JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| State of New York et al. (see attached) | Linda McMahon et al. (see attached) |

| (b) County of Residence of First Listed Plaintiff    n/a | County of Residence of First Listed Defendant    n/a |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| (see attached) | United States Department of Justice, 950 Pennsylvania Avenue NW, Washington D.C., 20530 (202-514-2000) |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark<br>[ ] 880 Defend Trade Secrets Act of 2016 | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit (15 USC 1681 or 1692)<br>[ ] 485 Telephone Consumer Protection Act<br>[ ] 490 Cable/Sat TV<br>[ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | [ ] 890 Other Statutory Actions<br>[ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | [ ] 440 Other Civil Rights<br>[ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | **Habeas Corpus:**<br>[ ] 463 Alien Detainee<br>[ ] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | [ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act | [ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | [ ] 893 Environmental Matters<br>[ ] 895 Freedom of Information Act<br>[ ] 896 Arbitration<br>[x] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes |
| | | | **IMMIGRATION** | | |
| | | | [ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Administrative Procedure Act, 5 U.S.C. sec. 702

Brief description of cause:
This case seeks to bar or mandate federal government policies or actions of nationwide impact, by declaratory judgment and/or any form of injunctive

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| March 13, 2025 | /s/ Katherine Dirks |

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

## I.     PLAINTIFFS AND COUNSEL:

State of New York

>   Rabia Muqaddam
>   Office of the Attorney General
>   28 Liberty Street, New York, NY 10005
>   T:  (212) 416-8883

Commonwealth of Massachusetts

>   Katherine Dirks
>   Office of the Attorney General
>   One Ashburton Place, 20th Floor, Boston, MA 02108
>   T:  (617) 963-2277

State of Hawai'i

>   Kaliko'onalani D. Fernandes
>   Department of the Attorney General
>   425 Queen Street, Honolulu, HI 96813
>   T:  (808) 586-1360

State of California

>   Lucia Choi
>   California Attorney General's Office
>   300 South Spring Street, Los Angeles, CA 90013
>   T: (213) 269-6364

State of Arizona

>   Hayleigh S. Crawford
>   Office of the Attorney General
>   2005 North Central Ave., Phoenix, AZ 85004
>   T:  (602) 542-3333

State of Colorado

>   David Moskowitz
>   Office of the Attorney General
>   1300 Broadway, #10, Denver, CO 80203
>   T: (720) 508-6000

State of Connecticut

      Patrick Ring
      Connecticut Office of the Attorney General
      165 Capital Ave., Hartford, CT 06106
      T:  (860) 808-5020

State of Delaware

      Ian R. Liston
      Delaware Department of Justice
      820 N. French Street
      Wilmington, DE 19801
      T: (302) 683-8899

The District of Columbia

      Eliza Simon
      Office of the Attorney General for the District of Columbia
      400 Sixth Street, NW, Washington D.C. 20001
      T:  (202) 258-0947

State of Illinois

      Karyn L. Bass Ehler
      Office of the Illinois Attorney General
      115 S. LaSalle St.
      Chicago, IL 60603
      T: (312) 814-4985

State of Maine

      Sean D. Magenis
      Office of the Attorney General
      6 State House Station, Augusta, ME 0433-0006
      T:  (207) 626-8800

State of Maryland

      Keith M. Jamison
      Office of the Attorney General
      200 Saint Paul Place, 20th Floor
      Baltimore, MD 21202
      T:  (410) 576-6960

Attorney General Dana Nessel for the People of Michigan

    Neil Giovanatti
    Michigan Department of the Attorney General
    525 W. Ottawa, Lansing, MI, 48909
    T:  (517) 335-7603

State of Minnesota

    Liz Kramer
    Office of the Attorney General
    445 Minnesota Street, Suite 1400, St. Paul, Minnesota, 55101
    T:  (651) 757-1010

State of Nevada

    Heidi Parry Stern
    Office of the Nevada Attorney General
    1 State of Nevada Way, Ste. 100, Las Vegas, NV 89119
    E:  hstern@ag.nv.gov

State of New Jersey

    Jessica L. Palmer*
    Office of the Attorney General
    25 Market Street, Trenton, NJ 08625-0093
    T: (609) 696-4607

State of Oregon

    Elleanor H. Chin
    Office of the Attorney General
    100 SW Market Street, Portland, OR 97201
    T: (971) 673-1880

State of Rhode Island

    Kathryn T. Gradowski
    Office of the Attorney General
    150 South Main Street, Providence, RI 02903
    Tel: (401) 274-4400, Ext. 2810

State of Washington

    Cristina Sepe
    Office of the Washington State Attorney General
    800 Fifth Avenue, Suite 2000, Seattle, WA 98104
    T:  (206) 464-7744

State of Wisconsin

    Charlotte Gibson
    Wisconsin Department of Justice
    Post Office Box 7857, Madison, Wisconsin 53707-7857
    T: (608) 957-5218

State of Vermont

    Jonathan T. Rose
    Office of the Attorney General
    109 State Street, Montpelier, VT 05609
    T:  (802) 793-1646

**II.     DEFENDANTS:**

Linda McMahon, in her official capacity as Secretary of the U.S. Department of Education

U.S. Department of Education

Donald J. Trump, in his official capacity as President of the United States