UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK et al.<br><br>   Plaintiffs,<br><br>   v.<br><br>LINDA McMAHON, et al.<br><br>   Defendants. | Case No. 1:25-cv-10601 |

### DECLARATION REGARDING SERVICE OF PROCESS

I hereby depose and state as follows:

1. I am over the age of eighteen and not a party to this litigation.

2. I received summons directed to defendants Secretary Linda McMahon, the U.S. Department of Education, and President Donald Trump.

3. On March 17, 2025, I sent copies of the summons described in the preceding paragraph, along with copies of the Complaint (Dkt. No. 1 and attachments) via certified mail to the defendants as follows:

| Entity to be Served | Address |
|---|---|
| U.S. Attorney's Office for the District of Massachusetts | U.S. Attorney's Office for the District of Massachusetts<br>John Joseph Moakley United States Federal Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Attn: civil process clerk |
| Attorney General Pam Bondi | Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington D.C. 20530 |

| Entity to be Served | Address |
|---|---|
| Secretary of Education Linda McMahon | U.S. Department of Education<br>400 Maryland Ave., SW<br>Washington D.C., 20202 |
| Department of Education | U.S. Department of Education<br>400 Maryland Ave., SW<br>Washington D.C., 20202 |
| President Donald Trump | The White House<br>1600 Pennsylvania Ave., NW<br>Washington D.C., 20500 |

I declare under penalty of perjury that the foregoing is true and correct.

March 17, 2025
Date

*[Signature]*
Signature

Donald F. Brooker Jr.
Printed Name