AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10601-MJJ |
| LINDA MCMAHON | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF STATE OF HAWAII.

Date: 03/18/2025

/s/ Ewan C. Rayner
*Attorney's signature*

Ewan C. Rayner (HI 10222)
*Printed name and bar number*
Department of the Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
*Address*

ewan.rayner@hawaii.gov
*E-mail address*

(808) 586-1360
*Telephone number*

(808) 586-8116
*FAX number*