UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STATE OF NEW YORK, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 25-10601-MJJ |
| LINDA MCMAHON, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

|  |  |  |
|---|---|---|
| SOMERVILLE PUBLIC SCHOOLS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 25-10677-MJJ |
| DONALD J. TRUMP, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**INDICATIVE RULING PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 62.1**

August 11, 2025

JOUN, D.J.

Having considered the parties' submissions, and for good cause shown, the Court GRANTS the Consolidated Plaintiffs' motion for an indicative ruling pursuant to Rule 62.1(a)(3) of the Federal Rules of Civil Procedure. The Court would grant the Consolidated Plaintiffs' motion to vacate the preliminary injunction if the United States Court of Appeals for the First Circuit were to remand the case for this purpose. The Consolidated Plaintiffs shall promptly

notify the Clerk of the First Circuit of this indicative ruling pursuant to Rule 12.1(a) of the Federal Rules of Appellate Procedure.

SO ORDERED.

                                                /s/ Myong J. Joun
                                                United States District Judge