UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>LINDA McMAHON, et al.<br><br>  Defendants. | Case No. 1:25-cv-10601 (MJJ) |

**MOTION FOR LEAVE TO SUBMIT PSEUDONYMOUS DECLARATIONS**

Plaintiffs New York, Massachusetts, Hawai'i, California, Arizona, Colorado, Connecticut, Delaware, the District of Columbia, Illinois, Maine, Maryland, Attorney General Dana Nessel for the People of Michigan, Minnesota, Nevada, New Jersey, Oregon, Rhode Island, Washington, Wisconsin, and Vermont (together, "Plaintiff States"), hereby respectfully move for entry of an order allowing certain non-party declarants (the "Doe Declarants") to file declarations in support of the Plaintiff States' anticipated preliminary injunction motion through the use of pseudonyms. As grounds for such motion, the Plaintiff States respectfully refer the Court to their memorandum of law, filed alongside this motion.

WHEREFORE, the Plaintiff States respectfully request that this Court enter their requested order, in the form attached hereto as **Exhibit A** to this motion.

Dated: March 21, 2025                                                 Respectfully submitted,

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth
of Massachusetts

By: */s/ Katherine Dirks*
Katherine Dirks (BBO No. 673674)
  Chief State Trial Counsel
Yael Shavit (BBO No. 695333)

**LETITIA JAMES**
Attorney General for the State of New York

By: */s/ Rabia Muqaddam*
Rabia Muqaddam**
Special Counsel for Federal Initiatives
Molly Thomas-Jensen**
Gina Bull*

1

<div style="column-count:2">

  Chief, Consumer Protection Division
Elizabeth Carnes-Flynn (BBO No. 687708)
Nathaniel Hyman (BBO No. 698506)
  Assistant Attorneys General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
yael.shavit@mass.gov
elizabeth.carnes-flynn@mass.gov
nathaniel.j.hyman@mass.gov

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: /s/ Kalikoʻonālani D. Fernandes
David D. Day**
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes**
Solicitor General
Ewan C. Rayner**
Deputy Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
ewan.rayner@hawaii.gov

Special Counsel
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
molly.thomas-jensen@ag.ny.gov
gina.bull@ag.ny.gov

**ROB BONTA**
Attorney General for the State of California

By: /s/ Lucia Choi
Lucia Choi**
Deputy Attorney General
Michael L. Newman*
Senior Assistant Attorney General
Srividya Panchalam**
James E. Stanley**
Supervising Deputy Attorneys General
Natasha A. Reyes**
Deputy Attorney General
California Attorney General's Office
300 South Spring Street
Los Angeles, CA 90013
(213) 269-6364
Lucia.Choi@doj.ca.gov
Michael.Newman@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
James.Stanley@doj.ca.gov
Natasha.Reyes@doj.ca.gov

**PHIL WEISER**
Attorney General for the State of Colorado

By: /s/ David Moskowitz
David Moskowitz**
Deputy Solicitor General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**KRISTIN K. MAYES**
*Attorney General*
*State of Arizona*

/s/ Clinten N. Garrett
Clinten N. Garrett**
Senior Appellate Counsel
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: (602) 542-3333

</div>

Clinten.Garrett@azag.gov
ACL@azag.gov

*Attorneys for the State of Arizona*

| | |
|---|---|
| **KATHLEEN JENNINGS** <br> Attorney General for the State of Delaware <br><br> By: /s/ *Ian R. Liston* <br> Ian R. Liston* <br> Director of Impact Litigation <br> Vanessa L. Kassab* <br> Deputy Attorney General <br> Delaware Department of Justice <br> 820 N. French Street <br> Wilmington, DE 19801 <br> (302) 683-8899 <br> ian.liston@delaware.gov | **WILLIAM TONG** <br> Attorney General for the State of Connecticut <br><br> By: /s/ *Patrick Ring* <br> Patrick Ring** <br> Assistant Attorney General <br> 165 Capitol Avenue <br> Hartford, CT 06106 <br> (860) 808 5020 <br> Patrick.ring@ct.gov |

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Andrew Mendrala*
Andrew Mendrala**
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.Mendrala@dc.gov

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Sean D. Magenis*
Sean D. Magenis*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
sean.d.magenis@maine.gov

**DANA NESSEL**
Attorney General for the People of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti**
Kathleen Halloran**
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
HalloranK1@michigan.gov

**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Karyn L. Bass Ehler*
Karyn L. Bass Ehler**
Assistant Chief Deputy Attorney General
Katharine P. Roberts**
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-4985
karyn.bassehler@ilag.gov
katharine.roberts@ilag.gov

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Keith M. Jamieson*
Keith M. Jamieson*
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6960
kjamieson@oag.state.md.us

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Liz Kramer*
Liz Kramer**
Solicitor General
445 Minnesota Street, Suite 1400
St. Paul, MN, 55101
(651) 757-1010
Liz.Kramer@ag.state.mn.us

**AARON D. FORD**
Attorney General for the State of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern**
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

**MATTHEW J. PLATKIN**
Attorney General for the State of New Jersey

By: */s/ Jessica L. Palmer*
Jessica L. Palmer**
*Deputy Attorney General*
25 Market Street
Trenton, NJ 08625-0093
(609) 696-4607
Jessica.Palmer@law.njoag.gov

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Elleanor H. Chin*
Elleanor H. Chin*
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
elleanor.chin@doj.oregon.gov

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: */s/ Kathryn T. Gradowski*
Kathryn T. Gradowski**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2810
kgradowski@riag.ri.gov

<div style="column-count: 2">

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: /s/ Jonathan T. Rose
Jonathan T. Rose**
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 793-1646
Jonathan.rose@vermont.gov


**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: /s/ Charlotte Gibson
Charlotte Gibson*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 957-5218
gibsoncj@doj.state.wi.us

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: /s/ Spencer W. Coates
Spencer W. Coates**
Assistant Attorney General
Cristina Sepe**
Deputy Solicitor General
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
spencer.coates@atg.wa.gov
cristina.sepe@atg.wa.gov

</div>

*Pro Hac Vice Applications Forthcoming
** Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE & RULE 7.1 CERTIFICATION

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

I further certify that at the time I filed this document, no counsel of record had entered an appearance for the federal defendants. However, I have nevertheless provided the U.S. Department of Justice with notice of this motion by emailing a copy of this motion to:

Abraham George
Chief, Civil Division, U.S. Attorney's Office for the District of Massachusetts
Abraham.george@usdoj.gov

Leah Foley
U.S. Attorney for the District of Massachusetts
Leah.foley@usdoj.gov

Brad Rosenberg
U.S. Department of Justice
Brad.rosenberg@usdoj.gov

Plaintiffs have not yet had an opportunity to meet and confer with Defendants' counsel, but are proceeding with this filing given the need for prompt relief, as set forth above.

/s/ Nathaniel J. Hyman
Nathaniel J. Hyman (BBO No. 698506)