UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK, et al.

    Plaintiffs,

    v.

LINDA McMAHON, et al.

    Defendants.

Case No. 1:25-cv-10601 (MJJ)

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR LEAVE TO SUBMIT PSEUDONYMOUS DECLARATIONS**

1

Plaintiffs New York, Massachusetts, Hawai'i, California, Arizona, Colorado, Connecticut, Delaware, the District of Columbia, Illinois, Maine, Maryland, Attorney General Dana Nessel for the People of Michigan, Minnesota, Nevada, New Jersey, Oregon, Rhode Island, Washington, Wisconsin, and Vermont (together, "Plaintiff States"), hereby respectfully move for entry of an order allowing certain non-party declarants (the "Doe Declarants") to file declarations in support of the Plaintiff States' anticipated motion for entry of a preliminary injunction through the use of pseudonyms.

## ARGUMENT

The Doe Declarants are current and former employees of defendant U.S. Department of Education (the "Department"). These declarants' anticipated declarations will provide the Court with important context and evidence regarding the impact that the Department and Secretary Linda McMahon's (together, the "Agency Defendants") challenged conduct has had on the day-to-day operations of the Department. The Doe Declarants have come forward despite serious concerns regarding the potential negative repercussions that might befall them from doing so.[1] The

---

[1] *See e.g.*, Executive Order 14,230, 90 Fed. Reg. 11781 (Mar. 6, 2025) ("Addressing Risks from Perkins Coie LLP") (targeting law firm affiliated with former political rivals); Barnes, Julian and Sanger, David, "Trump Administration Opens Leak Investigations," NYTimes.com (Mar. 14, 2025) accessible at: https://www.nytimes.com/2025/03/14/us/politics/trump-administration-leak-investigations.html (describing DNI investigation into "politically motivated leaks"); Bumiller, Elisabeth, "'People are going silent': Fearing Retribution, Trump Critics Muzzle Themselves," NYTimes.com (Mar. 6, 2025); accessible at: https://www.nytimes.com/2025/03/06/us/politics/trump-democracy.html; Hutzler, Alexandra and Demissie, Hannah, "Trump has moved quickly to exact 'retribution.' More revenge could come: ANALYSIS" abcnews.com (Jan. 29, 2025), accessible at: https://abcnews.go.com/Politics/trump-moved-quickly-exact-retribution-revenge-analysis/story?id=118180327 (noting targeting of former federal officials John Bolton, Mike Pompeo, and Gen. Mark Milley). Tanfani, Joseph et al. "Judges in Trump-related cases face unprecedented wave of threats," Reuters (Feb. 29, 2024) accessible at: https://www.reuters.com/investigates/special-report/usa-election-judges-threats/ (describing wave of death threats directed at federal judiciary and prosecutors involved in Trump-related suits).

Declarants particularly fear immediate termination if they are publicly outed given the Administration's attempts to terminate employees without following process required by law. *See e.g.*, "Temporary Restraining Order," *State of Maryland et al. v. U.S. Dep't of Agriculture et al.*, No. 25-cv-0748-JKB (D. Md. Mar. 13, 2025), ECF No. 44 (enjoining mass termination of probationary employees as unlawful violation of federal law). The Plaintiff States' requested relief is necessary to protect the Doe Declarants from any harm that they might otherwise suffer as a result of their decision to come forward and provide evidence in this matter.

While a party seeking to proceed via pseudonym "bears the burden of rebutting the strong presumption against it," the Doe Declarants meet that burden here. *Doe v. Massachusetts Institute of Technology*, 46 F.4th 61, 73 (1st Cir. 2022) ("*MIT*"). The First Circuit has previously found that amongst those "exceptional cases" that might call for the use of pseudonyms are instances in which an individual seeking anonymity "reasonably fears that coming out of the shadows will cause him unusually severe harm (either physical or psychological)." *Id.* at 71 (quotations and citations omitted). Pseudonyms are also appropriate, under the framework laid out in *MIT*, where "anonymity is necessary to forestall a chilling effect on future litigants who may be similarly situated." *Id.* (citations omitted). Because the Doe Declarants "reasonably fear[]" that submitting written declarations under their own names may result in significant harm, the Plaintiff States respectfully submit that good cause exists to allow the Doe Declarants to proceed pseudonymously.

Further, requiring the Doe Declarants to proceed under their true names is likely to have a significant "chilling effect" on current and former federal employees' willingness to provide testimony and other discoverable material regarding the Defendants' conduct in this and other suits moving forward. *MIT*, 46 F.4th at 71. If witnesses like the Doe Declarants are forced to proceed publicly under their own names, many, fearing retaliation or unwanted publicity, will choose to

stay silent, robbing the Court of important percipient evidence of key events. Such loss will be felt particularly acutely in high-profile, fast-moving cases like the present one, which seeks to prevent the federal defendants from incapacitating a cabinet agency in the coming weeks.

## CONCLUSION

For the reasons articulated herein, the Plaintiff States respectfully request that this Court grant the Plaintiff States' motion and allow the Doe Declarants to file pseudonymous declarations.

Dated: March 21, 2025                                        Respectfully submitted,

| | |
|---|---|
| **ANDREA JOY CAMPBELL**<br>Attorney General for the Commonwealth of Massachusetts<br><br>By: */s/ Katherine Dirks*<br>Katherine Dirks (BBO No. 673674)<br>  Chief State Trial Counsel<br>Yael Shavit (BBO No. 695333)<br>  Chief, Consumer Protection Division<br>Elizabeth Carnes-Flynn (BBO No. 687708)<br>Nathaniel Hyman (BBO No. 698506)<br>  Assistant Attorneys General<br>1 Ashburton Pl.<br>Boston, MA 02108<br>(617) 963-2277<br>katherine.dirks@mass.gov<br>yael.shavit@mass.gov<br>elizabeth.carnes-flynn@mass.gov<br>nathaniel.j.hyman@mass.gov | **LETITIA JAMES**<br>Attorney General for the State of New York<br><br>By: */s/ Rabia Muqaddam*<br>Rabia Muqaddam**<br>Special Counsel for Federal Initiatives<br>Molly Thomas-Jensen**<br>Gina Bull*<br>Special Counsel<br>28 Liberty St.<br>New York, NY 10005<br>(929) 638-0447<br>rabia.muqaddam@ag.ny.gov<br>molly.thomas-jensen@ag.ny.gov<br>gina.bull@ag.ny.gov |
| **ANNE E. LOPEZ**<br>Attorney General for the State of Hawaiʻi<br><br>By: */s/ Kalikoʻonālani D. Fernandes*<br>David D. Day**<br>Special Assistant to the Attorney General<br>Kalikoʻonālani D. Fernandes**<br>Solicitor General<br>Ewan C. Rayner**<br>Deputy Solicitor General<br>425 Queen Street | **ROB BONTA**<br>Attorney General for the State of California<br><br>By: */s/ Lucia Choi*<br>Lucia Choi**<br>Deputy Attorney General<br>Michael L. Newman*<br>Senior Assistant Attorney General<br>Srividya Panchalam**<br>James E. Stanley**<br>Supervising Deputy Attorneys General<br>Natasha A. Reyes** |

4

Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
ewan.rayner@hawaii.gov

**PHIL WEISER**
Attorney General for the State of Colorado

By: */s/ David Moskowitz*
David Moskowitz**
Deputy Solicitor General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**KATHLEEN JENNINGS**
Attorney General for the State of Delaware

By: */s/ Ian R. Liston*
Ian R. Liston*
Director of Impact Litigation
Vanessa L. Kassab*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

Deputy Attorney General
California Attorney General's Office
300 South Spring Street
Los Angeles, CA 90013
(213) 269-6364
Lucia.Choi@doj.ca.gov
Michael.Newman@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
James.Stanley@doj.ca.gov
Natasha.Reyes@doj.ca.gov

**KRISTIN K. MAYES**
*Attorney General*
*State of Arizona*

*/s/ Clinten N. Garrett*
Clinten N. Garrett**
Senior Appellate Counsel
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: (602) 542-3333
Clinten.Garrett@azag.gov
ACL@azag.gov

*Attorneys for the State of Arizona*

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: */s/ Patrick Ring*
Patrick Ring**
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808 5020
Patrick.ring@ct.gov

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Andrew Mendrala*
Andrew Mendrala**
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.Mendrala@dc.gov

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Sean D. Magenis*
Sean D. Magenis*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
sean.d.magenis@maine.gov

**DANA NESSEL**
Attorney General for the People of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti**
Kathleen Halloran**
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
HalloranK1@michigan.gov

**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Karyn L. Bass Ehler*
Karyn L. Bass Ehler**
Assistant Chief Deputy Attorney General
Katharine P. Roberts**
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-4985
karyn.bassehler@ilag.gov
katharine.roberts@ilag.gov

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Keith M. Jamieson*
Keith M. Jamieson*
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6960
kjamieson@oag.state.md.us

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Liz Kramer*
Liz Kramer**
Solicitor General
445 Minnesota Street, Suite 1400
St. Paul, MN, 55101
(651) 757-1010
Liz.Kramer@ag.state.mn.us

**AARON D. FORD**
Attorney General for the State of Nevada

By: /s/ *Heidi Parry Stern*
Heidi Parry Stern**
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: /s/ *Elleanor H. Chin*
Elleanor H. Chin*
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
elleanor.chin@doj.oregon.gov

**MATTHEW J. PLATKIN**
Attorney General for the State of New Jersey

By: /s/ *Jessica L. Palmer*
Jessica L. Palmer**
*Deputy Attorney General*
25 Market Street
Trenton, NJ 08625-0093
(609) 696-4607
Jessica.Palmer@law.njoag.gov

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: /s/ *Kathryn T. Gradowski*
Kathryn T. Gradowski**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2810
kgradowski@riag.ri.gov

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: /s/ Jonathan T. Rose
Jonathan T. Rose**
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 793-1646
Jonathan.rose@vermont.gov


**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: /s/ Charlotte Gibson
Charlotte Gibson*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 957-5218
gibsoncj@doj.state.wi.us

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: /s/ Spencer W. Coates
Spencer W. Coates**
Assistant Attorney General
Cristina Sepe**
Deputy Solicitor General
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
spencer.coates@atg.wa.gov
cristina.sepe@atg.wa.gov

*Pro Hac Vice Applications Forthcoming
** Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

I further certify that at the time I filed this document, no counsel of record had entered an appearance for the federal defendants. However, I have nevertheless provided the U.S. Department of Justice with notice of this motion by emailing a copy of this motion to:

>Abraham George
>Chief, Civil Division, U.S. Attorney's Office for the District of Massachusetts
>Abraham.george@usdoj.gov
>
>Leah Foley
>U.S. Attorney for the District of Massachusetts
>Leah.foley@usdoj.gov
>
>Brad Rosenberg
>U.S. Department of Justice
>Brad.rosenberg@usdoj.gov

Plaintiffs have not yet had an opportunity to meet and confer with Defendants' counsel, but are proceeding with this filing given the need for prompt relief, as set forth above.

*/s/ Nathaniel J. Hyman*
Nathaniel J. Hyman (BBO No. 698506)