UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LINDA McMAHON, et al. <br><br> Defendants. | C.A. No. 1:25-cv-10601 (MJJ) |

**PLAINTIFF STATES' MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Local Rule 7.1(b)(4), Plaintiff States respectfully request leave to file a 40-page memorandum of law in support of their request for entry of a preliminary injunction. Good cause exists for Plaintiffs' request. As reflected in the forthcoming memorandum of law, this case raises significant challenges to the federal defendants' systematic efforts to dismantle the U.S. Department of Education, a cabinet agency that will have immediate and severe effects on Plaintiffs and their instrumentalities. Addressing the basis for those challenges and the need for emergency relief requires more than the standard 20 pages. The need for excess pages also stems from the compressed timeline of this filing: on March 20, 2025, President Trump issued an executive order purporting to dismantle the U.S. Department of Education.

WHEREFORE, the Plaintiff States respectfully request that the Court grant this request and allow them to file a 40-page memorandum of law in support of their anticipated request for entry of a preliminary injunction.

1

Dated: March 21, 2025

Respectfully submitted,

| | |
|---|---|
| **ANDREA JOY CAMPBELL**<br>Attorney General for the Commonwealth of Massachusetts<br><br>By: */s/ Katherine Dirks*<br>Katherine Dirks (BBO No. 673674)<br>  Chief State Trial Counsel<br>Yael Shavit (BBO No. 695333)<br>  Chief, Consumer Protection Division<br>Elizabeth Carnes-Flynn (BBO No. 687708)<br>Nathaniel Hyman (BBO No. 698506)<br>  Assistant Attorneys General<br>1 Ashburton Pl.<br>Boston, MA 02108<br>(617) 963-2277<br>katherine.dirks@mass.gov<br>yael.shavit@mass.gov<br>elizabeth.carnes-flynn@mass.gov<br>nathaniel.j.hyman@mass.gov | **LETITIA JAMES**<br>Attorney General for the State of New York<br><br>By: */s/ Rabia Muqaddam*<br>Rabia Muqaddam**<br>Special Counsel for Federal Initiatives<br>Molly Thomas-Jensen**<br>Gina Bull*<br>Special Counsel<br>28 Liberty St.<br>New York, NY 10005<br>(929) 638-0447<br>rabia.muqaddam@ag.ny.gov<br>molly.thomas-jensen@ag.ny.gov<br>gina.bull@ag.ny.gov |
| **ANNE E. LOPEZ**<br>Attorney General for the State of Hawaiʻi<br><br>By: */s/ Kalikoʻonālani D. Fernandes*<br>David D. Day**<br>Special Assistant to the Attorney General<br>Kalikoʻonālani D. Fernandes**<br>Solicitor General<br>Ewan C. Rayner**<br>Deputy Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>david.d.day@hawaii.gov<br>kaliko.d.fernandes@hawaii.gov<br>ewan.rayner@hawaii.gov | **ROB BONTA**<br>Attorney General for the State of California<br><br>By: */s/ Lucia Choi*<br>Lucia Choi**<br>Deputy Attorney General<br>Michael L. Newman*<br>Senior Assistant Attorney General<br>Srividya Panchalam**<br>James E. Stanley**<br>Supervising Deputy Attorneys General<br>Natasha A. Reyes**<br>Deputy Attorney General<br>California Attorney General's Office<br>300 South Spring Street<br>Los Angeles, CA 90013<br>(213) 269-6364<br>Lucia.Choi@doj.ca.gov<br>Michael.Newman@doj.ca.gov<br>Srividya.Panchalam@doj.ca.gov<br>James.Stanley@doj.ca.gov<br>Natasha.Reyes@doj.ca.gov |

| | |
|---|---|
| **PHIL WEISER**<br>Attorney General for the State of Colorado<br><br>By: /s/ *David Moskowitz*<br>David Moskowitz**<br>Deputy Solicitor General<br>1300 Broadway, #10<br>Denver, CO 80203<br>(720) 508-6000<br>David.Moskowitz@coag.gov | **KRISTIN K. MAYES**<br>*Attorney General*<br>*State of Arizona*<br><br>/s/ *Clinten N. Garrett*<br>Clinten N. Garrett**<br>Senior Appellate Counsel<br>2005 North Central Avenue<br>Phoenix, Arizona 85004<br>Phone: (602) 542-3333<br>Clinten.Garrett@azag.gov<br>ACL@azag.gov<br><br>*Attorneys for the State of Arizona* |
| **KATHLEEN JENNINGS**<br>Attorney General for the State of Delaware<br><br>By: /s/ *Ian R. Liston*<br>Ian R. Liston*<br>Director of Impact Litigation<br>Vanessa L. Kassab*<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>ian.liston@delaware.gov | **WILLIAM TONG**<br>Attorney General for the State of Connecticut<br><br>By: /s/ *Patrick Ring*<br>Patrick Ring**<br>Assistant Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>(860) 808 5020<br>Patrick.ring@ct.gov |

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Andrew Mendrala*
Andrew Mendrala**
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.Mendrala@dc.gov

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Sean D. Magenis*
Sean D. Magenis*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
sean.d.magenis@maine.gov

**DANA NESSEL**
Attorney General for the People of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti**
Kathleen Halloran**
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
HalloranK1@michigan.gov

**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Karyn L. Bass Ehler*
Karyn L. Bass Ehler**
Assistant Chief Deputy Attorney General
Katharine P. Roberts**
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-4985
karyn.bassehler@ilag.gov
katharine.roberts@ilag.gov

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Keith M. Jamieson*
Keith M. Jamieson*
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6960
kjamieson@oag.state.md.us

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Liz Kramer*
Liz Kramer**
Solicitor General
445 Minnesota Street, Suite 1400
St. Paul, MN, 55101
(651) 757-1010
Liz.Kramer@ag.state.mn.us

| | |
|---|---|
| **AARON D. FORD**<br>Attorney General for the State of Nevada<br><br>By: */s/ Heidi Parry Stern*<br>Heidi Parry Stern**<br>Solicitor General<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>HStern@ag.nv.gov | **MATTHEW J. PLATKIN**<br>Attorney General for the State of New Jersey<br><br>By: */s/ Jessica L. Palmer*<br>Jessica L. Palmer**<br>*Deputy Attorney General*<br>25 Market Street<br>Trenton, NJ 08625-0093<br>(609) 696-4607<br>Jessica.Palmer@law.njoag.gov |
| **DAN RAYFIELD**<br>Attorney General for the State of Oregon<br><br>By: */s/ Elleanor H. Chin*<br>Elleanor H. Chin*<br>Senior Assistant Attorney General<br>100 SW Market Street<br>Portland, OR 97201<br>(971) 673-1880<br>elleanor.chin@doj.oregon.gov | **PETER F. NERONHA**<br>Attorney General for the State of Rhode Island<br><br>By: */s/ Kathryn T. Gradowski*<br>Kathryn T. Gradowski**<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2810<br>kgradowski@riag.ri.gov |

| | |
|---|---|
| **CHARITY R. CLARK**<br>Attorney General for the State of Vermont<br><br>By: /s/ Jonathan T. Rose<br>Jonathan T. Rose**<br>Solicitor General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 793-1646<br>Jonathan.rose@vermont.gov<br><br>**JOSHUA L. KAUL**<br>Attorney General for the State of Wisconsin<br><br>By: /s/ Charlotte Gibson<br>Charlotte Gibson*<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, WI 53707-7857<br>(608) 957-5218<br>gibsoncj@doj.state.wi.us | **NICHOLAS W. BROWN**<br>Attorney General for the State of Washington<br><br>By: /s/ Spencer W. Coates<br>Spencer W. Coates**<br>Assistant Attorney General<br>Cristina Sepe**<br>Deputy Solicitor General<br>Office of the Washington State Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 464-7744<br>spencer.coates@atg.wa.gov<br>cristina.sepe@atg.wa.gov |

*Pro Hac Vice Applications Forthcoming
** Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE & RULE 7.1 CERTIFICATION

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

Plaintiffs have not yet had an opportunity to meet and confer with Defendants' counsel, but are proceeding with this filing given the need for prompt relief, as set forth above.

                                    */s/ Nathaniel J. Hyman*
                                    Nathaniel J. Hyman (BBO No. 698506)