**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*;<br>Plaintiffs,<br>v.<br>LINDA McMAHON, *et al.*;<br>Defendants. | C.A. No. 1:25-cv-10601-MJJ |

**MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiffs New York, Massachusetts, Hawai'i, California, Arizona, Colorado, Connecticut, Delaware, the District of Columbia, Illinois, Maine, Maryland, Attorney General Dana Nessel for the People of Michigan, Minnesota, Nevada, New Jersey, Oregon, Rhode Island, Washington, Wisconsin, and Vermont (together, "Plaintiffs"), hereby respectfully move, pursuant to Fed. R. Civ. P. 65 and L.R. 7.1, for a preliminary injunction to restrain and enjoin defendants Secretary Linda McMahon and the U.S. Department of Education ("Agency Defendants") from implementing the mass termination of employees announced on March 11, 2025 and President Trump's March 21, 2025 directive to immediately transfer the federal student loan portfolio and special education programs out of the Department ("March 21 Directive"). The Plaintiffs further seek an order reinstating all Department of Education employees whose employment was terminated or otherwise eliminated by the Agency Defendants as part of the mass terminations announced on March 11, 2025 ("Mass Termination").

As described at length in the Plaintiffs' accompanying memorandum of law in support of this motion, Plaintiffs' requested relief is warranted in light of the Agency Defendants' unprecedented efforts to dismantle a cabinet-level congressionally created federal agency. First,

Plaintiffs are likely to succeed on the merits of their claims. They are likely to prevail in showing that the Agency Defendants' so-called reduction in force violates the Administrative Procedure Act in multiple respects, including that the Mass Termination is arbitrary and capricious and contrary to the laws governing the creation and administration of the Department of Education and its functions; they are likely to prevail in showing that the Mass Termination and immediate transfer of functions are a violation of the separation of powers, by usurping Congress's legislative authority and violating the Constitution's Take Care Clause; and they are likely to prevail in showing that the Agency Defendants' actions are *ultra vires*. Second, Plaintiffs demonstrate that without a preliminary injunction, Plaintiffs will suffer irreparable harm. Third, the balance of harms and the balance of equities lie in favor of a preliminary injunction in these extraordinary circumstances.

WHEREFORE, Plaintiffs respectfully request that the Court: (i) enter a preliminary injunction enjoining the Agency Defendants from proceeding with the mass termination announced by the Agency Defendants on March 11, 2025 and implementing President Trump's March 21 Directive; (ii) enter a preliminary injunction directing the Agency Defendants to reinstate federal employees whose employment was terminated or otherwise eliminated on or after January 20, 2025, as part of the mass terminations announced on March 11, 2025; (iii) order the Agency Defendants to provide notice of the preliminary injunction within 24 hours of entry to all defendants, their employees, and anyone acting in concert with them; and (iv) direct the Agency Defendants to file a status report with this Court within 72 hours, and weekly thereafter until otherwise ordered by this Court, describing all steps the Agency Defendants have taken to comply with the Court's Order, in the form attached hereto as **Exhibit A**.

Dated: March 24, 2025

Respectfully submitted,

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth of Massachusetts

By: */s/ Katherine Dirks*
Katherine Dirks (BBO No. 673674)
Chief State Trial Counsel
Yael Shavit (BBO No. 695333)
Chief, Consumer Protection Division
Elizabeth Carnes Flynn (BBO No. 687708)
Nathaniel Hyman (BBO No. 698506)
Assistant Attorneys General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
yael.shavit@mass.gov
elizabeth.carnes-flynn@mass.gov
nathaniel.j.hyman@mass.gov

**LETITIA JAMES**
Attorney General for the State of New York

By: */s/ Rabia Muqaddam*
Rabia Muqaddam*
Special Counsel for Federal Initiatives
Molly Thomas-Jensen*
Special Counsel
Gina Bull*
Assistant Attorney General
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
molly.thomas-jensen@ag.ny.gov
gina.bull@ag.ny.gov

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day*
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
Solicitor General
Ewan C. Rayner*
Caitlyn B. Carpenter**
Deputy Solicitors General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
ewan.rayner@hawaii.gov
caitlyn.b.carpenter@hawaii.gov

**ROB BONTA**
Attorney General for the State of California

By: */s/ Lucia Choi*
Lucia J. Choi*
Deputy Attorney General
Michael L. Newman**
Senior Assistant Attorney General
Srividya Panchalam*
James E. Stanley*
Supervising Deputy Attorneys General
Natasha A. Reyes*
Megan Rayburn**
Deputy Attorneys General
California Attorney General's Office
300 South Spring Street
Los Angeles, CA 90013
(213) 269-6364
Lucia.Choi@doj.ca.gov
Michael.Newman@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
James.Stanley@doj.ca.gov
Natasha.Reyes@doj.ca.gov
Megan.Rayburn@doj.ca.gov

**PHIL WEISER**
Attorney General for the State of Colorado

By: */s/ David Moskowitz*
David Moskowitz*
Deputy Solicitor General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: */s/ Clinten N. Garrett*
Clinten N. Garrett**
Senior Appellate Counsel
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
Clinten.Garrett@azag.gov

**KATHLEEN JENNINGS**
Attorney General for the State of Delaware

By: /s/ *Ian R. Liston*
Ian R. Liston**
Director of Impact Litigation
Vanessa L. Kassab**
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: */s/ Patrick Ring*
Patrick Ring*
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808 5020
Patrick.ring@ct.gov

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Andrew Mendrala*
Andrew Mendrala*
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.Mendrala@dc.gov

**KWAME RAOUL**
Attorney General for the State of Illinois

By: /s/ *Karyn L. Bass Ehler*
Karyn L. Bass Ehler*
Assistant Chief Deputy Attorney General
Katharine P. Roberts*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-4985
karyn.bassehler@ilag.gov
katharine.roberts@ilag.gov

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Sean D. Magenis*
Sean D. Magenis*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
sean.d.magenis@maine.gov

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Keith M. Jamieson**
Keith M. Jamieson*
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6960
kjamieson@oag.state.md.us

**DANA NESSEL**
Attorney General for the People of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Kathleen Halloran*
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
HalloranK1@michigan.gov

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Liz Kramer*
Liz Kramer*
Solicitor General
445 Minnesota Street, Suite 1400
St. Paul, MN, 55101
(651) 757-1010
Liz.Kramer@ag.state.mn.us

**AARON D. FORD**
Attorney General for the State of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

**MATTHEW J. PLATKIN**
Attorney General for the State of New Jersey

By: */s/ Jessica L. Palmer*
Jessica L. Palmer*
Andrew Simon*
*Deputy Attorney General*
25 Market Street
Trenton, NJ 08625-0093
(609) 696-4607
Jessica.Palmer@law.njoag.gov

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Elleanor H. Chin*
Elleanor H. Chin*
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
elleanor.chin@doj.oregon.gov

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: */s/ Kathryn T. Gradowski*
Kathryn T. Gradowski*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2810
kgradowski@riag.ri.gov

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jonathan T. Rose*
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 793-1646
Jonathan.rose@vermont.gov

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s/ Spencer W. Coates*
Spencer W. Coates*
Assistant Attorney General
Cristina Sepe*
Deputy Solicitor General
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
spencer.coates@atg.wa.gov
cristina.sepe@atg.wa.gov

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson**
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 957-5218
gibsoncj@doj.state.wi.us

*Admitted *Pro Hac Vice*
** Motion for *Pro Hac Vice* pending or forthcoming

**CERTIFICATE OF SERVICE**

    I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), and will be provided to the following counsel for the defendants by email:

Brad Rosenberg
Special Counsel
Federal Programs Branch
U.S. Department of Justice
Brad.Rosenberg@usdoj.gov

Michael Bruns
Federal Programs Branch
U.S. Department of Justice
Michael.Bruns@usdoj.gov

Lee Reeves
Federal Programs Branch
U.S. Department of Justice
Lee.Reeves2@usdoj.gov

Michael Fitzgerald
Assistant United States Attorney
District of Massachusetts
Michael.Fitzgerald2@usdoj.gov

                                                                          */s/* Katherine Dirks
                                                                          Katherine Dirks

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.1**

I hereby certify that I have made a good faith attempt to confer with counsel for the Defendants in this matter as follows:

On Friday, March 21, 2025, I emailed the following individuals regarding Plaintiffs' intention to file a motion for a preliminary injunction and requesting information on the attorney assigned to this matter:

Brad Rosenberg
Special Counsel
Federal Programs Branch
U.S. Department of Justice

Lisa Foley
United States Attorney
District of Massachusetts

Abraham George
Chief, Civil Division
District of Massachusetts

On Monday, March 24, 2025, I again emailed the above individuals and informed them that Plaintiffs intended to file a motion for a preliminary injunction that evening. I asked to confer on both the motion and on a joint proposed briefing schedule for the motion. At 4:49pm, Attorney George informed me that Assistant United States Attorney Michael Fitzgerald was assigned to this matter. At 5:04pm, I emailed Attorney Fitzgerald regarding the anticipated motion for a preliminary injunction and proposing a briefing schedule for the motion. At 5:08pm, Attorney Fitzgerald responded that Attorney Rosenberg would confer with counsel for Plaintiffs on a briefing schedule. Shortly thereafter, at approximately 5:18 pm, Attorney Rosenberg, copying colleagues Lee Reeves and Michael Bruns of the Department of Justice, requested that the Plaintiff States provide the DOJ attorneys with courtesy copies of the Plaintiffs' motion papers, and that the DOJ attorneys wished to review the motion papers prior to conferencing a potential briefing schedule. Counsel for the Plaintiffs will endeavor to conduct this conference, per the Court's order, as expeditiously as possible after serving the motion papers, and will file a status report with the Court regarding same.

/s/ Katherine Dirks
Katherine Dirks

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF NEW YORK; COMMONWEALTH OF MASSACHUSETTS; STATE OF HAWAIʻI; STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL FOR THE PEOPLE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; and STATE OF WISCONSIN;

Plaintiffs,

v.

LINDA McMAHON, in her official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION; and DONALD J. TRUMP, in his official capacity as President of the United States;

Defendants.

Case No. 1:25-cv-10601

**[PROPOSED] ORDER OF PRELIMINARY INJUNCTION**

After consideration of the Plaintiff States' memorandum of law, and for good cause shown, it is hereby **ORDERED** this _____ day of March, 2025 at _______ o'clock __.m. that the Plaintiffs' motion for a preliminary injunction is **GRANTED**. The Court finds that the Plaintiffs will continue to suffer irreparable injuries in the form described in Plaintiffs' memorandum of law in support of their motion unless Secretary Linda McMahon and the U.S. Department of Education (together, the "Agency Defendants") are enjoined from implementing the mass termination of employees announced on March 11, 2025 and President Trump's March 21, 2025 directive to

transfer management of federal student loans and special education functions out of the Department, and ordered to reinstate employees whose employment was terminated or otherwise eliminated on or after January 20, 2025, as part of the mass terminations announced on March 11, 2025.

It is **FURTHER ORDERED** that:

1. The Agency Defendants are and until further order of this Court shall remain enjoined from carrying out the mass termination announced on March 11, 2025 and implementing President Trump's March 21, 2025 directive to transfer management of federal student loans and special education functions out of the Department;

2. The Agency Defendants shall reinstate federal employees whose employment was terminated or otherwise eliminated on or after January 20, 2025, as part of the mass terminations announced on March 11, 2025;

3. The Agency Defendants shall provide notice of this Order of Preliminary Injunction within 24 hours of entry to all Agency Defendants, their employees, and anyone acting in concert with them;

4. The Agency Defendants shall file a status report with this Court within 72 hours of the entry of this Order, and every week thereafter until otherwise ordered by this Court, describing all steps the Agency Defendants have taken to comply with this Order; and

5. This Order shall become effective immediately upon entry by this Court. The Order shall expire at __________ on ______________, 2025, subject to further order of this Court.

**SO ORDERED**.

_______________________________
Hon. Myong J. Joun
U.S. District Court Judge