UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>LINDA McMAHON, et al.<br><br>  Defendants. | C.A. No. 1:25-cv-10601 (MJJ) |

### DECLARATION OF NATHANIEL J. HYMAN

Pursuant to 28 U.S.C. § 1746, I, Nathaniel J. Hyman, do hereby state:

1. I am an Assistant Attorney General in the Office of the Attorney General for the Commonwealth of Massachusetts. I am admitted to the U.S. District of Massachusetts, and appear on behalf of the Commonwealth of Massachusetts in this action.

2. I submit this declaration in support of the Plaintiff States' Motion for entry of a Preliminary Injunction, pursuant to Federal Rule of Civil Procedure 65.

3. I make the following statements of my own knowledge or a review of files in my possession, except as to those matters set forth herein as being based on my belief or understanding. With respect to the latter, I believe them to be true.

4. Attached as an appendix is the list of exhibits attached to this declaration, in chart form.

5. Attached as Exhibit 1 to this declaration is a true and accurate copy of Executive Order: Improving Education Outcomes by Empowering Parents, States, and Communities (March 20, 2025), downloaded by a member of my team from https://www.whitehouse.gov/presidential-

1

actions/2025/03/improving-education-outcomes-by-empowering-parents-states-and-communities/.

6.  Attached as Exhibit 2 to this declaration is a true and accurate copy of an August 19, 2021 GAO Letter to Congress entitled "Higher Education: Office of Federal Student Aid is Beginning to Identify and Address Workforce Needs," which I downloaded from the U.S. Government Accountability's website at https://www.gao.gov/products/gao-21-542r#:~:text=In%202020%2C%20FSA%20began%20taking,levels%20to%20its%20employees'%20workload.

7.  Attached as Exhibit 3 to this declaration is a true and accurate copy of a March 3, 2025 Letter from Secretary Linda McMahon to the U.S. Department of Education, which was downloaded from the U.S. Department of Education's website at: https://www.ed.gov/about/news/speech/secretary-mcmahon-our-departments-final-mission.

8.  Attached as Exhibit 4 to this declaration is a true and accurate copy of Barnum et al., *Draft of Trump Executive Order Aims to Eliminate Education Department*, Wall Street Journal (Mar. 5, 2025).

9.  Attached as Exhibit 5 to this declaration is a DPF print out of a press release issued by the U.S. Department of Education entitled "U.S. Department of Education Initiates Reduction in Force," U.S. Department of Education (Mar. 11, 2025), accessed online at: https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force on March 22, 2025.

10.  Attached as Exhibit 6 to this declaration is a true and accurate copy of a March 14, 2025 Letter from Principal Deputy Assistant Secretary and Acting Assistant Secretary Hayley B.

Sanon to Education Stakeholders, which I downloaded from the U.S. Department of Education's website at: https://www.ed.gov/sites/ed/files/2025-03/State%20Chief%20Letter.pdf.

11. Attached as Exhibit 7 to this declaration is a true and accurate copy of a March 14, 2025 Letter from Acting Undersecretary James Bergeron to Education Stakeholders, which I downloaded from the Office of Federal Student Aid's website at: https://fsapartners.ed.gov/sites/default/files/2025-03/ActingUnderSecretaryJamesBergeronLettertoEducationStakeholdersMarch142025.pdf.

12. Attached as Exhibit 8 to this declaration is a PDF print out of a press release issued by the Small Business Administration entitled "Small Business Administration Announces Agency-Wide Reorganization," News Release 25-38 (Mar. 21, 2025), accessed online at: https://www.sba.gov/article/2025/03/21/small-business-administration-announces-agency-wide-reorganization on March 22, 2025.

13. Attached as Exhibit 9 to this declaration is a true and accurate copy of Bender, M., "Trump is Said to be Preparing Order That Aims to Eliminate Education Department," New York Times (Mar. 6, 2025).

14. Attached as Exhibit 10 to this declaration is a true and accurate copy of Wolf, Zachary, "Trump and Musk are moving to smother these three pieces of government," CNN (Feb. 5, 2025).

15. Attached as Exhibit 11 is a true and accurate copy of a screen-grab of a March 20, 2025 social media post on the "X" platform by Elon Musk.

16. Attached as Exhibit 12 is a true and accurate copy of the Declaration of K. Mackey, Administrator for the Rehabilitation Services Administration at Arizona Department of Economic Security.

17. Attached as Exhibit 13 is a true and accurate copy of the Declaration of T. Thurmond, Superintendent of Public Instruction for the State of California, overseeing California Department of Education.

18. Attached as Exhibit 14 is a true and accurate copy of the Declaration of M. Acon, Deputy Director of the Children, Adolescents, Young Adults Services (CAYAS) division of the California Department of Developmental Services.

19. Attached as Exhibit 15 is a true and accurate copy of the Declaration of A. Paccione, Executive Director at the Colorado Department of Higher Education.

20. Attached as Exhibit 16 is a true and accurate copy of the Declaration of N. Fuerst, Vice President of Student Life and Enrollment at the University of Connecticut.

21. Attached as Exhibit 17 is a true and accurate copy of the Declaration of C. Marten, Secretary of the Delaware Department of Education.

22. Attached as Exhibit 18 is a true and accurate copy of the Declaration of L. Wilkinson, Director of the School Transformation Branch (STB) in the Office of Strategy Innovation and Performance at the State of Hawaii Department of Education.

23. Attached as Exhibit 19 is a true and accurate copy of the Declaration of D. Halbert, Vice President for Academic Strategy for the University of Hawai'i.

24. Attached as Exhibit 20 is a true and accurate copy of the Declaration of K. Gardner, Assistant Superintendent of the Office of Student Support Services, at the State of Hawai'i Department of Education.

25. Attached as Exhibit 21 is a true and accurate copy of the Declaration of E. Higashi, Assistant Superintendent of the Office of Strategy, Innovation and Performance, at the State of Hawaii Department of Education.

26. Attached as Exhibit 22 is a true and accurate copy of the Declaration of T. Sanders, Superintendent of Education.

27. Attached as Exhibit 23 is a true and accurate copy of the Declaration of A. Losasso, Chief of Staff of the Division of Rehabilitation Services.

28. Attached as Exhibit 24 is a true and accurate copy of the Declaration of M. Gable, Assistant State Superintendent for the Division of Student Support and Federal Programs in Maryland.

29. Attached as Exhibit 25 is a true and accurate copy of the Declaration of N. Ortega, Commissioner of Higher Education for the Massachusetts Department of Higher Education.

30. Attached as Exhibit 26 is a true and accurate copy of the Declaration of D. Barton, Chief Deputy General Counsel at the University of Massachusetts.

31. Attached as Exhibit 27 is a true and accurate copy of the Declaration of M. Rice, Superintendent of Public Instruction within the Michigan Department of Education.

32. Attached as Exhibit 28 is a true and accurate copy of the Declaration of B. Walker-Griffea, of the Michigan Office of Early Childhood Education, Office of Higher Education, and Office of Education Partnerships.

33. Attached as Exhibit 29 is a true and accurate copy of the Declaration of K. Ehling, Assistant Commissioner for the Division of Educational Services & State Director of the Elementary and Secondary School Emergency Relief Funds in New Jersey.

34. Attached as Exhibit 30 is a true and accurate copy of the Declaration of M. Gower, Executive Vice President -- Chief Financial Officer & Treasurer at Rutgers in New Jersey.

35. Attached as Exhibit 31 is a true and accurate copy of the Declaration of D. Morton-Bentley, Counsel & Deputy Commissioner for Legal Affairs for the New York State Education Department.

36. Attached as Exhibit 32 is a true and accurate copy of the Declaration of Dr. John King, Jr. Chancellor of the State University of New York (SUNY).

37. Attached as Exhibit 33 is a true and accurate copy of the Declaration of J. Boeckenstedt, Vice Provost of Enrollment Management at Oregon State University.

38. Attached as Exhibit 34 is a true and accurate copy of the Declaration of E. Nazrov, Government and Legal Affairs Manager for Oregon Department of Education.

39. Attached as Exhibit 35 is a true and accurate copy of the Declaration of D. Libutti, Associate Vice President for Enrollment Management and Student Success at the University of Rhode Island.

40. Attached as Exhibit 36 is a true and accurate copy of the Declaration of D. Echelson, Deputy Commissioner at the Rhode Island Department of Elementary and Secondary Education (RIDE).

41. Attached as Exhibit 37 is a true and accurate copy of the Declaration of K. Savage, Director of Division of Developmental Disabilities in Rhode Island.

42. Attached as Exhibit 38 is a true and accurate copy of the Declaration of K. Merolla-Britto, Director of the Rhode Island Department of Human Services.

43. Attached as Exhibit 39 is a true and accurate copy of the Declaration of C. Bailey Interim Executive Director for the Washington State Board of Community and Technical Colleges (SBCTC).

44. Attached as Exhibit 40 is a true and accurate copy of the Declaration of J. Carmichael, President of the Evergreen State College.

45. Attached as Exhibit 41 is a true and accurate copy of the Declaration of A. DeLaCruz, Education Attorney at the Tulalip Office of Civil Legal Aid.

46. Attached as Exhibit 42 is a true and accurate copy of the Declaration of T. Kelly, CFO, Washington Office of the Superintendent of Public Instruction.

47. Attached as Exhibit 43 is a true and accurate copy of the Declaration of J. Loveday, President of Clover Park Technical College.

48. Attached as Exhibit 44 is a true and accurate copy of the Declaration of P. Reid, Vice Provost for Academic Strategy and Affairs at the University of Washington.

49. Attached as Exhibit 45 is a true and accurate copy of the Declaration of J. Britz, Senior Vice President for Academic & Student Affairs at the University of Wisconsin.

50. Attached as Exhibit 46 is a true and accurate copy of the Declaration of Arne Duncan, former Secretary of the U.S. Department of Education.

51. Attached as Exhibit 47 is a true and accurate copy of the Declaration of Terri Gonzalez.

52. Attached as Exhibit 48 is a true and accurate copy of the Declaration of Catherine E. Lhamon.

53. Attached as Exhibit 49 is a true and accurate copy of the Declaration of Sheria Smith.

54. Attached as Exhibit 50 is a true and accurate copy of the Declaration of Rachel Gittleman.

55. Attached as Exhibit 51 is a true and accurate copy of the Declaration of Shayla Hamlin.

56. Attached as Exhibit 52 is a true and accurate copy of the Declaration of Chris Miller.

57. Attached as Exhibit 53 is a true and accurate copy of the Declaration of Doe Declarant 1.

58. Attached as Exhibit 54 is a true and accurate copy of the Declaration of Doe Declarant 2.

59. Attached as Exhibit 55 is a true and accurate copy of the Declaration of Doe Declarant 3.

60. Attached as Exhibit 56 is a true and accurate copy of the Declaration of Doe Declarant 4.

61. Attached as Exhibit 57 is a true and accurate copy of the Declaration of Doe Declarant 5.

62. Attached as Exhibit 58 is a true and accurate copy of the Declaration of Doe Declarant 6.

63. Attached as Exhibit 59 is a true and accurate copy of the Declaration of Doe Declarant 7.

64. Attached as Exhibit 60 is a true and accurate copy of the Declaration of Doe Declarant 8.

65. Attached as Exhibit 61 is a true and accurate copy of the Declaration of Doe Declarant 9.

66. Attached as Exhibit 62 is a true and accurate copy of the Declaration of Doe Declarant 10.

67. Attached as Exhibit 63 is a true and accurate copy of the Declaration of Doe Declarant 11.

68. Attached as Exhibit 64 is a true and accurate copy of the Declaration of Doe Declarant 12.

69. Attached as Exhibit 65 is a true and accurate copy of the Declaration of Dr. Jay Perman, Chancellor of the University System of Maryland.

70. Attached as Exhibit 66 is a true and accurate copy of the Declaration of Doe Declarant 14.

71. Attached as Exhibit 67 is a true and accurate copy of the Declaration of Doe Declarant 15.

72. Attached as Exhibit 68 is a true and accurate copy of the Declaration of Doe Declarant 16.

73. Attached as Exhibit 69 is a true and accurate copy of the Declaration of Colleen Campbell.

Signed under the penalties of perjury this 24th day of March, 2025.

                                                                    */s/ Nathaniel J. Hyman*
                                                                    Nathaniel J. Hyman (BBO No. 698506)
                                                                    Assistant Attorney General
                                                                    Office of the Attorney General, Massachusetts

**CERTIFICATE OF SERVICE**

      I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), and will be provided to the following counsel for the defendants by email:

Brad Rosenberg
Special Counsel
Federal Programs Branch
U.S. Department of Justice
Brad.Rosenberg@usdoj.gov

Michael Bruns
Federal Programs Branch
U.S. Department of Justice
Michael.Bruns@usdoj.gov

Lee Reeves
Federal Programs Branch
U.S. Department of Justice
Lee.Reeves2@usdoj.gov

Michael Fitzgerald
Assistant United States Attorney
District of Massachusetts
Michael.Fitzgerald2@usdoj.gov

                                                                  */s/* Katherine Dirks
                                                                  Katherine Dirks

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LINDA McMAHON, et al. <br><br> Defendants. | C.A. No. 1:25-cv-10601 (MJJ) |

**APPENDIX**

| Exhibit No. | Description |
|---|---|
| 1. | Executive Order: Improving Education Outcomes by Empowering Parents, States, and Communities (March 20, 2025) |
| 2. | August 19, 2021 Letter of U.S. General Accounting Office |
| 3. | March 3, 2025 Letter of Secretary Linda McMahon to U.S. Department of Education |
| 4. | Barnum et al., *Draft of Trump Executive Order Aims to Eliminate Education Department*, Wall Street Journal (Mar. 5, 2025) |
| 5. | Press Release, "U.S. Department of Education Initiates Reduction in Force," U.S. Department of Education (Mar. 11, 2025) |
| 6. | March 14, 2025 Letter from Principal Deputy Assistant Secretary and Acting Assistant Secretary Hayley B. Sanon to Education Stakeholders |
| 7. | March 14, 2025 Letter from Acting Undersecretary James Bergeron to Education Stakeholders |
| 8. | News Release 23-58, "Small Business Administration Announces Agency-Wide Reorganization" (Mar. 21, 2025) |
| 9. | Bender, M., "Trump is Said to Be Preparing Order That Aims to Eliminate Education Department," New York Times (Mar. 6, 2025) |
| 10. | Wolf, Zachary, "Trump and Musk are moving to smother these three pieces of government," CNN (Feb. 5, 2025) |
| 11. | March 20, 2025 X Post from E. Musk re: Tombstone for Department of Education |
| 12. | Declaration of K. Mackey <br> Arizona Department of Economic Security |
| 13. | Declaration of T. Thurmond <br> California Department of Education |

| Exhibit No. | Description |
|---|---|
| 14. | Declaration of M. Acon<br>California Department of Developmental Services |
| 15. | Declaration of A. Paccione<br>Colorado Department of Higher Education |
| 16. | Declaration of N. Fuerst<br>University of Connecticut |
| 17. | Declaration of C. Marten<br>Delaware Department of Education |
| 18. | Declaration of L. Wilkinson<br>Hawai'i Department of Education |
| 19. | Declaration of D. Halbert<br>University of Hawai'i |
| 20. | Declaration of K. Gardner<br>Hawai'i Department of Education |
| 21. | Declaration of E. Higashi<br>Hawaii Department of Education |
| 22. | Declaration of T. Sanders<br>Illinois Superintendent of Education |
| 23. | Declaration of A. Losasso<br>Illinois Division of Rehabilitation Services |
| 24. | Declaration of M. Gable<br>Maryland Division of Student Support and Federal Programs |
| 25. | Declaration of N. Ortega<br>Massachusetts Department of Higher Education |
| 26. | Declaration of D. Barton<br>University of Massachusetts |
| 27. | Declaration of M. Rice<br>Michigan Department of Education |
| 28. | Declaration of B. Walker-Griffea<br>Michigan Office of Early Childhood Education, Office of Higher Education, and Office of Education Partnerships |
| 29. | Declaration of K. Ehling<br>New Jersey Department of Education |
| 30. | Declaration of M. Gower<br>Rutgers University |
| 31. | Declaration of D. Morton-Bentley<br>New York State Education Department. |
| 32. | Declaration of Dr. J. King, Jr.<br>State University of New York (SUNY) |

| Exhibit No. | Description |
|---|---|
| 33. | Declaration of J. Boeckenstedt<br>Oregon State University |
| 34. | Declaration of E. Nazarov<br>Oregon Department of Education |
| 35. | Declaration of D. Libutti<br>University of Rhode Island |
| 36. | Declaration of D. Echelson<br>Rhode Island Department of Elementary and Secondary Education |
| 37. | Declaration of K. Savage<br>Rhode Island Division of Developmental Disabilities |
| 38. | Declaration of K. Merolla-Britto<br>Rhode Island Department of Human Services |
| 39. | Declaration of C. Bailey<br>Washington State Board of Community and Technical Colleges (SBCTC) |
| 40. | Declaration of J. Carmichael<br>Evergreen State College |
| 41. | Declaration of A. DeLaCruz<br>Tulalip Office of Civil Legal Aid |
| 42. | Declaration of T. Kelly<br>Washington Office of Superintendent of Public Instruction |
| 43. | Declaration of J. Loveday<br>Clover Park Technical College |
| 44. | Declaration of P. Reid<br>University of Washington |
| 45. | Declaration of J. Britz<br>University of Washington |
| 46. | Declaration of A. Duncan<br>Former Secretary of Education |
| 47. | Declaration of T. Gonzales<br>U.S. Department of Education, Office for Civil Rights, Dallas |
| 48. | Declaration of C. Lhamon<br>U.S. Department of Education, Office for Civil Rights |
| 49. | Declaration of S. Smith<br>AFGE Local 252; U.S. Department of Education, Office for Civil Rights |
| 50. | Declaration of R. Gittleman<br>U.S. Department of Education, Office of Federal Student Aid (Office of the Ombudsman) |
| 51. | Declaration of S. Hamlin<br>U.S. Department of Education, Office of Federal Student Aid (Office of Institutions of Higher Education Oversight & Enforcement) |

| Exhibit No. | Description |
|---|---|
| 52. | Declaration of C. Miller<br>U.S. Department of Education, Office of Institutions of Higher Education |
| 53. | Declaration of Doe Declarant 1<br>U.S. Department of Education, Office for Civil Rights, San Francisco |
| 54. | Declaration of Doe Declarant 2<br>U.S. Department of Education, Division of Adult Education and Literacy |
| 55. | Declaration of Doe Declarant 3<br>U.S. Department of Education, Office for Civil Rights, New York |
| 56. | Declaration of Doe Declarant 4<br>U.S. Department of Education, International and Foreign Language Office |
| 57. | Declaration of Doe Declarant 5<br>U.S. Department of Education, Office of Planning, Evaluation, and Policy Development |
| 58. | Declaration of Doe Declarant 6<br>U.S. Department of Education, Federal Student Aid, Office of the Ombudsman |
| 59. | Declaration of Doe Declarant 7<br>U.S. Department of Education, Office for Civil Rights, Cleveland |
| 60. | Declaration of Doe Declarant 8<br>U.S. Department of Education, Office of English Language Acquisition |
| 61. | Declaration of Doe Declarant 9<br>U.S. Department of Education, Federal Student Aid |
| 62. | Declaration of Doe Declarant 10<br>U.S. Department of Education, Federal Student Aid |
| 63. | Declaration of Doe Declarant 11<br>U.S. Department of Education, Federal Student Aid |
| 64. | Declaration of Doe Declarant 12<br>U.S. Department of Education, Institute of Education Sciences |
| 65. | Declaration of J. Perman<br>University System of Maryland |
| 66. | Declaration of Doe Declarant 14<br>U.S. Department of Education, Office of General Counsel |
| 67. | Declaration of Doe Declarant 15<br>U.S. Department of Education, Federal Student Aid |
| 68. | Declaration of Doe Declarant 16<br>U.S. Department of Education, Office of Federal Student Aid |
| 69. | Declaration of C. Campbell<br>U.S. Department of Education, Office of Federal Student Aid |