# EXHIBIT 4

Trump's First 100 Days    Trump Tracker    Trade War Timeline    Ukraine    Middle East    Ending DEI    Pardo

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/politics/policy/draft-of-trump-executive-order-aims-to-eliminate-education-department-5315c3a4

EXCLUSIVE | POLICY

# Draft of Trump Executive Order Aims to Eliminate Education Department

Secretary Linda McMahon would be directed to 'take all necessary steps to facilitate the closure'

By *Matt Barnum* [Follow] , *Ken Thomas* [Follow] and *Tarini Parti* [Follow]

March 5, 2025 9:24 pm ET

President Trump is expected to issue an executive order as soon as Thursday aimed at abolishing the Education Department, according to people briefed on the matter.

A draft of the order, viewed by The Wall Street Journal, directs Education Secretary Linda McMahon to "take all necessary steps to facilitate the closure of the Education Department" based on "the maximum extent appropriate and permitted by law."

The order has been in the works since Trump's transition. In early February, the Journal reported that administration officials were considering such a move.

"The experiment of controlling American education through Federal programs and dollars—and the unaccountable bureaucrats those programs and dollars support—has failed our children, our teachers, and our families," the draft order reads. The draft viewed by the Journal was labeled as "pre-decisional," suggesting it could change.

The White House didn't respond to a request for comment.

McMahon referred to the coming moves in an email to staff Monday night, soon after she was confirmed by the Senate, saying she would "send education back to

the states." She said Trump and the American voters had "tasked us with accomplishing the elimination of the bureaucratic bloat here at the Education Department—a momentous final mission—quickly and responsibly."



The Education Department has drawn the ire of conservatives since it was created during the Carter administration. PHOTO: KEVIN LAMARQUE/REUTERS

Fully unwinding the department would require a filibuster-proof, 60-vote majority in the Senate, legal experts have said. The major programs it administers—including money for students with disabilities and student loans—are codified in law and have significant political constituencies. The draft order doesn't mention Congress.

"It's hard to think of functions" of the department that aren't statutorily required "in large part because most are, or are in service of those functions," said Julia Martin, an education lawyer at the Bruman Group.

McMahon, during her confirmation hearing, said Trump wasn't intending to cut federal programs but to make them more efficient. She said Congress would need to go along with scrapping the department.

The Heritage Foundation's Project 2025, a conservative blueprint for a GOP administration, has laid out a detailed road map for closing the agency, which included placing the Education Department's Office for Civil Rights in the Justice Department and the student-loan portfolio in the Treasury Department. It calls for phasing out a longstanding funding stream for schools based on how many low-income students they serve.

The Trump administration has already taken a series of steps to weaken the agency. It laid off probationary employees and offered others buyouts. It paused some of its civil-rights enforcement work and canceled many grants and contracts related to research and teacher quality.

The administration has also used the agency's civil-rights arm to attempt to root out antisemitism on university campuses, accommodations for transgender students, and diversity, equity and inclusion programs.



Linda McMahon arriving for her confirmation hearing last month. PHOTO: WIN MCNAMEE/GETTY IMAGES

Conservatives have been targeting the Education Department since it was established in 1979 by President Jimmy Carter and Congress. Their ire reached a fever pitch during the Biden administration over student-loan forgiveness, the bungled financial-aid form rollout and the expansion of antidiscrimination rules to transgender students. Trump promised on the campaign trail to scrap the department.

With around 4,500 employees as of last year, the department is the smallest cabinet-level agency. Polls show most Americans are skeptical of eliminating the department, and Democrats have rallied in opposition to the idea.

Write to Matt Barnum at matt.barnum@wsj.com, Ken Thomas at ken.thomas@wsj.com and Tarini Parti at tarini.parti@wsj.com

*Appeared in the March 6, 2025, print edition as 'Education Department To Face Call For Closure'.*

**Further Reading**

Universities Sprint from 'We Will Not Cower' to Appeasing Trump

'No Way' to Please Everyone: Columbia's President Confronts Trump's Ultimatum

Trump Pauses $175 Million in Funding to Penn Over Trans Swimmer

OPINION   Ron DeSantis: Good Riddance to the U.S. Education Department

OPINION   Don't Cry for the Education Department

Videos