# EXHIBIT 11

Elon Musk
@elonmusk

Subscribe

...

DEPARTMENT OF EDUCATION
UNITED STATES OF AMERICA
@PlanetOfMemes
Departmen of Education

4:50 PM · Mar 20, 2025 · **1.1M** Views

2.2K 3.6K 30K 481