# EXHIBIT 12

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK, *et al.*,

    Plaintiffs,

        v.

LINDA McMAHON, *et al.*,

    Defendants.

C.A. No. 1:25-cv-10601

**DECLARATION**

## DECLARATION OF KRISTEN MACKEY

I, Kristen Mackey, declare as follows:

1. I am a resident of the State of Arizona. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Administrator for the Rehabilitation Services Administration (RSA) at the Arizona Department of Economic Security (DES), a position I have held since 2016. As the DES RSA Administrator, I have oversight of the Vocational Rehabilitation, Business Enterprise Program, and Independent Living Older Blind. Prior to holding this position, I was the DES RSA Policy Administrator.

3. As the DES RSA Administrator, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

4.     I submit this declaration in connection with the announcement by the United States Department of Education (the "Department") on March 11, 2025 that it would be reducing Department staff by nearly 50%.

5.     The RSA, within DES, provides vocational rehabilitation services to persons with disabilities to help them prepare, find and maintain competitive integrated employment.

6.     The Department annually provides DES with funding for various services that RSA provides. For example, in 2024, the Department awarded a formula grant to DES for vocational rehabilitation totaling $81,072,745. *See* https://rsa.ed.gov/about/programs/vocational-rehabilitation-state-grants/awards.

7.     The grant from the Department comprised a significant amount of RSA's total funding in 2024. The Department also provides supportive services to RSA so that RSA can perform RSA's core functions.

8.     The Department's announcement that it will immediately cut staff by nearly 50% raises concern about the Department's ability to assist RSA as it has previously.

9.     I understand that the Commissioner of the federal Rehabilitation Services Administration within the Department left his position concurrent with the change in the presidential administration, and that the next two senior level positions have opted for early retirement benefits. I am concerned that these departures leave the federal Rehabilitation Services Administration without continuity and authority needed for timely and efficient response to state requests and actions.

10.    The types of documents RSA seeks federal review of include plans, proposed rules, policies, and processes, and DES/RSA rely on the timely issuance of grant documents and the timely provision of other services and support.

11. Department services and support are provided through technical assistance centers (TAC) funded by the Department, which will end their 5-year term in Sept 2025. RSA has used three of the TACs—TAC on Quality Management for fiscal and data quality, TAC for Youth and Transition, and TAC on Independent Living Older Blind Program—to assist RSA with understanding various regulatory requirements, problem solving, and implementation of various program improvement strategies. Discontinuation of these assistance centers may hinder RSA's functionality in each of these areas.

12. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 19, 2025, at 9:30 a.m. in Phoenix, Arizona.

*Kristen Mackey*

KRISTEN MACKEY