# EXHIBIT 14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>  Plaintiffs,<br><br>         v.<br><br>LINDA McMAHON, *et al.*,<br><br>  Defendants. | C.A. No. 1:25-cv-10601<br><br>**DECLARATION OF MARICRIS ACON** |

### **DECLARATION OF MARICRIS ACON**

I, Maricris Acon, declare pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.  I am a resident of the state of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.  I am the Deputy Director of the Children, Adolescents, Young Adults Services (CAYAS) Division of the California Department of Developmental Services (CDDS). I have been Deputy Director of CAYAS since January 2023. In this role, I oversee Early Start Policy and Operations for the State of California. The Early Start (ES) program is California's statewide early intervention program for infants and toddlers with developmental delays or at risk for having a developmental disability and their families. This program is California's response to the 1986 enactment of the Early Intervention Program for Infants and Toddlers with Disabilities under the Individuals with Disabilities Education Act.

3.  I also develop and implement program policies for children who are transitioning from Early Start services (Part C) to Special Education services (Part B) under the federal Individuals with Disabilities Education Act (IDEA), transitioning from Early Start to Lanterman

1

Act eligibility or provisional eligibility, securing school-aged supports, and services provided for completing secondary education and pursuing higher education, competitive integrated employment, or other adult programs.

4. I serve as the California coordinator for all Part C activities. I also oversee grant and federal reporting and monitoring, child outreach, and community engagement in support of services for infants and toddlers with disabilities and their families.

5. As the Deputy Director of CAYAS, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

6. I hold a master's degree in public administration from California State University, East Bay. I also hold a bachelor's degree from Pamantasan ng Lungsod ng Maynila in the Philippines. Before becoming Deputy Director of CAYAS at CDDS, I served as the Deputy Director of Federal Programs in the Waiver and Rates Division from May 2020 to March 2023. Prior to being Deputy Director, I was the Assistant Division Chief of Federal Programs from July 2018 to May 2020. Prior to my time at CDDS, I spent approximately 12 years at the California Department of Finance. I was the Principal Program Budget Analyst for the Medicaid and Children's Health Insurance programs from October 2013 to June 2018. I was a Finance Budget Analyst from May 2007 to September 2013, and a Finance Program Evaluator from February 2006 to April 2007.

7. I am providing this declaration in connection with the announcement by the U.S. Department of Education ("the Department") on March 11, 2025, that it would be reducing its staff by 50%. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

8. I understand from reviewing the March 11 Press Release that the Department initiated a reduction in force (RIF) impacting nearly 50% of ED's workforce; that the RIF

affected all divisions within ED, with some divisions undergoing significant reorganization; and that impacted ED staff will be placed on administrative leave beginning Friday, March 21, 2025.

9. I am providing this declaration to explain more generally certain harms to the State of California that are or might be caused to the State of California from the RIF.

### Early Start: CDDS's Implementation of IDEA, Part C

10. The Early Start (ES) program is California's early intervention program for infants and toddlers with developmental delays or at risk for having a developmental disability and their families. Developmental delay exists when an infant or toddler has a delay in one of the five developmental domains (cognitive, social/emotional, self-help/adaptive, communication (expressive/receptive language) and physical development (fine and gross motor).

11. The ES program is California's response to the 1986 enactment of the Education of the Handicapped Act amendments which later become known as Part C under the Individuals with Disabilities Education Act. The program provides early intervention services for infants and toddlers with disabilities and their families in a coordinated, family-centered system of services that are available statewide. Based on the last publicly reported data, 107,311 infants and toddlers are served through the ES Program.

12. The California Early Intervention Services Act established state authority to develop an early intervention service system that was congruent with federal requirements. CDDS plans, develops, implements, and monitors the statewide early intervention services system in collaboration with the California Department of Education (CDE), and with advice and assistance from the State Interagency Coordinating Council and other state departments.

13. The ES program is available locally through local regional centers, county offices of education, local education agencies, health or social service agencies, and a network of local family resource centers throughout the state. The CAYAS division is responsible for monitoring and overseeing the entities that implement the ES program.

14. ES services are typically coordinated and implemented through a child's local regional center. Regional Centers are a statewide network of 21 community-based, non-profit

agencies. These regional centers help develop, pay for, and manage services for young children who have delays in their development. CDDS contracts and oversees each regional centers' coordination and delivery of services for Californians with developmental delays and disabilities. Services can include physical therapy, occupational therapy, speech and language services, vision services, audiology services, specialized instruction, and medical services for diagnostic/evaluation purposes only.

15. As described below, it is my opinion that the March 11, 2025 reduction of nearly 50% of the U.S. Department of Education's workforce would inflict significant harm upon CDDS's efforts to provide early intervention services for infants and toddlers with disabilities and their families.

## Federal Funding and Resources from the Department
## Supporting Early Intervention Services for Infants and Toddlers with Disabilities

16. The Office of Special Education Programs (OSEP) is an office under the U.S. Department of Education's Office of Special Education and Rehabilitative Services (OSERS). OSEP oversees the implementation of IDEA and disbursement of grant funds. OSEP works closely with CDDS in the implementation of the ES program.

17. As the lead agency charged with administering California's early intervention program pursuant to IDEA, Part C, CDDS receives an annual federal grant from the U.S. Department of Education, Office of Special Education Programs. In 2024, California was awarded a federal grant of $57,294,255. This grant accounts for approximately 10 percent of the total budget for administering the ES program and is one of the largest provision of funds CDDS receives. The grant is provided to CDDS as the lead agency for Part C.

18. The state encumbers expenses and then draws funds down to cover allowable expenditures. The Part C Grant is allocated to support both local implementation and service provision at regional centers and local educational agencies and CDDS' responsibilities as the state's designated Part C lead agency. The grant funds federal requirements, including required maintenance and implementation activities on training for personnel serving families in the

4

program, contracts with the Office of Administrative Hearings to adjudicate or mediate disputes, staffing to conduct general supervision responsibilities in administering the program such as program monitoring and technical assistance provision to local programs, funding for family resource centers, and funding additional early intervention services at regional centers and local educational agencies.

19. The grant funds services focused on early detection of developmental delays and disabilities and interventions during the critical first three years of life. Part C safeguards a family's ability to obtain early intervention services, participate in a team to determine appropriate services, and access to important dispute resolution processes when there is a disagreement that cannot be resolved.

### The Impact of a Major Reduction in Force to CDDS

20. With a major reduction in force, which I understand includes operational and administrative functions at OSERS, I expect that there is a high likelihood that the annual grant application and approval process for Part C funds will be affected. Moreover, I expect it will be more difficult to obtain confirmation that state policies, procedures, methods and descriptions are consistent with requirements of IDEA Part C and federal regulations. Further, the lack of oversight and technical assistance provided by OSERS may create uncertainty in the proper implementation of the program.

21. In addition to funding, the U.S. Department of Education provides several essential resources to CDDS and the families it serves, including access to technical assistance centers, parent resource centers, and a complaint process through the Department's Office for Civil Rights.

22. Historically, OSEP assigns a staff member, called a state lead, to each state as the primary contact and liaison between OSEP and the state's lead agency for the early intervention program. These leads provide guidance and technical assistance with federal requirements for the Part C grant application, as well as the program itself.

23. OSERS develops and implements policy that directly impacts individuals with disabilities and their families, including the children and families that CDDS serves. OSERS also plays a critical role in monitoring these laws and regulations. OSERS' policy office provides technical assistance to the OSEP state lead who supports California so state implementation and monitoring of the program is consistent with the spirit and provisions of IDEA. Without a policy office comprised of subject matter experts, there is a risk of inconsistency in monitoring states. I understand that the RIF eliminated policy functions at OSERS.

24. OSEP funds a technical assistance network to support the implementation of IDEA by State Educational Agencies, Part C Lead Agencies, institutions of higher education, Local Educational Agencies, local agencies, and programs. OSEP state leads serve as connectors to the technical assistance network, mainly identifying technical assistance support needs of a state and providing information on the most appropriate OSEP funded technical assistance center that could assist. The centers provide technical assistance to provide for the needs of infants, toddlers, children, and youth with disabilities and their families. The CAYAS division regularly relies on these centers to provide key guidance on best practices for implementing the ES program. Many federally funded centers support CDDS' ability to implement IDEA Part C. For example, since my time as California's Part C coordinator, CDDS has received technical assistance on the following:

a. Procedures on the evaluation and assessment of infants with critical health care diagnoses and conditions to better streamline the process for entry into Early Start.

b. Documentation related to IDEA requirements on fiscal data related to indirect cost or cost allocation plan, maintenance of effort, and use of funds.

c. Review of policies and procedures related to monitoring of the local implementation of the Early Start program.

d. Submission of a sampling plan that meets sampling standards for the annual family outcome survey. This survey is crucial for families to provide feedback on their understanding of

their rights, that early intervention was helpful to their families and their experience with early intervention resulted in them being able to better support their child with special needs.

      e.     CDDS has a new data manager for all Part C data. DaSY provides onboarding for state staff that and support for learning how to submit data and data collection responsibilities.

      f.     Assistance with state specific child outcome data that supports the improved outcomes of children enrolled in Early Start. This data is essential to the proven success of the program and is very complicated. CDDS has received vital technical assistance on this topic to improve the quality of data for the Early Start program.

25.     OSEP also funds the Center for Appropriate Dispute Resolution in Special Education (CADRE), a resource for State Education Agencies and Lead Agencies to assist with designing systems to prevent and resolve special education and early intervention disputes. Dispute resolution and the proper administration of dispute resolution are critical for families to resolve disagreements between parents and regional centers or local educational agencies. It ensures the right to access the program, the right for families to be a part of the team deciding on what will be most beneficial for their child and ensures a child's right to services in IDEA and ultimately aiming to ensure the best possible outcomes for children and family served by the program. A major reduction in force will likely impact CADRE's access to funds and may also impact their ability to staff the center.

26.     Without these centers, additional State resources and supports would have to be identified. These centers have the ability to connect CDDS to resources from other States along with subject matter experts on a variety of topics including procedural safeguards, fiscal, proper data reporting and program implementation.

27.     I expect that major a reduction in force will adversely impact CDDS's ability to seek guidance regarding federal compliance from OSEP's technical assistance centers. The CAYAS division has already experienced the effects of federal staffing issues on OSEP's technical assistance functions.

28. For example, the CAYAS division has worked with one of the technical assistance centers for years to assist in drafting a complex reporting on child outcome data and program success. Additionally, while preparing the data submission required by federal statute and regulations, my division was informed that the technical assistance contact from Ed Facts was unavailable to assist with any technical questions, thus resulting in the need for CDDS to utilize other sources of subject matter expertise.

29. The division was recently informed that federal employee designated as California's state lead is temporarily unavailable, and all questions should be directed to the lead's supervisor. California's state lead was well versed in the complexity of the Part C landscape in the state, mainly due to the bifurcated approach to delivering services (i.e. distinction between who coordinates services for children with developmental delay and children with solely low incidence.) Thus, this action has resulted in additional time and effort for California to reorient the lead's supervisor on prior discussions on issues requiring technical assistance and guidance.

30. The CAYAS division typically has a monthly coordination meeting with California's state lead. Because this lead is assigned to California, they are familiar with the California ES program and its implementation system. Due to California's size and interagency coordination with the California Department of Education, California's system is inherently complex. Without a knowledgeable federal counterpart who understands the California system, CDDS's essential ability to prepare for future Part C grant funds and an upcoming Differentiated Monitoring and Support audit is negatively affected.

31. CDDS was notified in early February that California's liaison at OSEP was temporarily unavailable. The liaison was in the process of reviewing two critical documents, including parent rights and procedural safeguards document provided to all families to inform them of their rights and California's system of payments document that informs families of the use of funds under Part C, the obligations of any family expenses that may incur as a result of participating in the Early Start program, the obligation to utilize public and/or private insurance, and the obligations of what local programs should fund for families enrolled in Part C. In

8

addition, the OSEP liaison was in the process of reviewing the annual performance report. This advocacy and understanding are vital to addressing and resolving longstanding issues.

32. In February, CDDS was required to submit data through an online platform (EMAPS/EDFacts). CDDS was notified that support was unavailable right before the submission of data on February 21, 2025. Prior to this notification, EDPass staff had provided critical technical assistance and supports to States in this data submission up until January 2025. Without this technical support, States would be unable to submit crucial data to the federal government on the outcomes for children exiting the Early Start program (i.e. the number of children that continued in Special Education in Part B of IDEA, etc.).

33. Additionally, OSEP conducted national technical assistance calls where all states could ask questions and receive guidance. We were recently informed these calls are cancelled. These monthly TA calls provided critical resources for state staff on topics, such as fiscal updates, resources and supports for Part C collaboration with Early Hearing and Detection programs with Center for Disease Control and Prevention, Early Childhood Inclusion, Support for Military Families, and IDEA Part C to B transition resources.

34. Upon information and belief, I understand that the U.S. Department has eliminated most of its Office for Civil Rights (OCR) offices and staff through the RIF, including the San Francisco regional office. A significant reduction in OCR removes a critical guardrail for addressing discrimination experienced by the children and families we serve.

### A Reduction in Force will Cause Substantial Harm to CDDS

35. The CAYAS division plays a pivotal role in channeling ES program funds to the local entities that implement the ES program, i.e. the regional centers and local educational agencies through the CDE. Additionally, it provides oversight and guidance to these regional centers regarding state and federal laws and regulations. Finally, the CAYAS division is the point of contact for OSEP.

36. Given my experience, I expect that a major reduction in force at the U.S. Department of Education will impact CDDS's access to the federal funds and resources that assist CDDS in providing high-quality services to its ES clients.

37. As outlined above, CDDS, particularly the CAYAS division, relies on the U.S. Department of Education for important financial and administrative support. A large reduction in force will inevitably impact the Department's ability to timely provide grant funding, leading to a greater burden on state entities to troubleshoot funding shortages while still providing quality services to children and families. For example, the monthly emails my division typically receives from OSEP regarding the remaining grant funds has stopped. The absence of this regular update adversely impacts coordination between program and fiscal staff within CDDS, and regional center fiscal staff.

38. Additionally, the reduction will eliminate much-needed resources, like state leads who are connectors to the technical assistance centers that CDDS regularly uses. Not only will resources be eliminated for states, but they will also be eliminated for families, like the parent assistance centers. This harm is imminent because it is directly tied to a staffing shortage that is scheduled to begin in less than a week. Further, it is not feasible to expect that the Department will be able to provide key support with only half of its workforce.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 20, 2025.in Roseville, California.

_____
Maricris Acon