# EXHIBIT 15

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LINDA McMAHON, *et al.*, <br><br> Defendants. | C.A. No. 1:25-cv-10601 <br><br> **DECLARATION** |

## DECLARATION OF ANGIE PACCIONE

I, Angie Paccione, declare as follows:

1. I am a resident of the State of Colorado. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Executive Director at the Colorado Department of Higher Education (CDHE), a position I have held since 2019. As Executive Director, I have oversight of the CDHE, which is responsible for overseeing and supporting Colorado's higher education institutions and systems. Before holding this position, I was a high school educator, administrator, and coach, a university professor, a state legislator, and most recently a global corporate consultant.

3. As the Executive Director, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

4. I submit this declaration in connection with the announcement by the federal Department of Education ("the Department") on March 11, 2025, that it would be reducing its

1

staff by 50% and that this was only the "first step" to a "total shutdown" of the Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

5. The CDHE, under its own authority and through the Colorado Commission on Higher Education (CCHE), oversees and coordinates policy for 31 public institutions of higher education (including community colleges, independent local district colleges and local area technical colleges) and authorizes and regulates private colleges, universities and occupational schools in Colorado. CDHE's mission statement: "We support students, advocate and develop policies to maximize higher education opportunities for all."

6. Given my experience, I do not think that the Department can meet its obligations to administer the programs described below.

7. The federal student loan programs administered by the Department under Title IV of the Higher Education Act of 1965, as amended, are vitally important for Colorado. The Department of Education's Office of Federal Student Aid (FSA) handles loan disbursement, servicing and borrower assistance for Colorado students and prospective students.

8. FSA administers Pell Grants, work-study programs and subsidized loans. There are 69,248 Colorado students receiving Federal Pell and 5,245 students receiving Work Study. In total, these two add up to over $328,000,000 for Colorado students pursuing postsecondary education. (Source: FY23-24 IHE Federal Financial Aid report)

9. Cutting nearly 450 staffers from Federal Student Aid (FSA) has major implications for Colorado. The office will struggle to perform even basic functions with the loss of institutional knowledge, specifically from staff who helped oversee the companies that manage the federal student loan portfolio, as well as a large group of IT specialists who help

maintain FSA's online presence, including cybersecurity compliance. We expect that this will create an undue burden for students and the state, leading to uncertainty, confusion and questions by Coloradans. We further expect this lack of transparency and information will result in some students not being able to access federal student aid depriving them of a quality education.

10. In 2023, those in the labor force without a high school diploma earned nearly 50% less than those who completed a bachelor's degree, but wage outcomes improve with every level of postsecondary credential or degree. Data show that higher education leads to positive economic mobility through increased median wages for all credential and degree levels. As education increases for Coloradans, annual wages also increase across all industry sectors in the state, regardless of the type of credential one completes. This positive return on investment in the workforce leads to a stronger labor market, vibrant communities, and ultimately, stronger Colorado families. If fewer low-income students are able to attend Colorado postsecondary institutions, not only will it affect college-going rates, it will ultimately affect the Colorado economy.

11. The FSA also develops the Free Application for Federal Student Aid (FAFSA) form and processes students' FAFSA submissions. Through March 7, 2025, 32% of the high school class of 2025 in Colorado completed a FAFSA; there have been 25,761 submissions in Colorado, a 14.8% increase (3,321 submissions) compared to last academic year (National College Attainment Network). Students enrolling in certain financial aid programs in Colorado must complete the FAFSA prior to their first year of college enrollment and then resubmit the FAFSA each subsequent year of schooling. The deadline for applicants to submit their FAFSA forms for the 2025-2026 school year is June 30, 2025, and many students choose to submit their FAFSA forms earlier because their understanding of what, if any, financial aid they qualify for

informs their decision about whether they can afford to attend college and, if so, which college or university.

12. Colorado knows that to meet the demands of its current and future workforce, Colorado needs to increase postsecondary attainment. To do this, we must help more students find affordable pathways to postsecondary education, so they have the confidence to enroll. One way to increase enrollment in higher education, particularly for low- and middle-income students, is to increase the number of students who complete FAFSA. Data from the 2024 Colorado Pipeline Report, Spring Edition on Education and Training show that, "To attract employers to the state and create high-paying jobs, the number of additional postsecondary credential completers will need to drastically increase. Given that the number of postsecondary credential holders currently sits at 60.5% (or 1,914,284 Coloradans), to boost this level just by 5.5% by 2034, Colorado's institutions of higher education would need to supply an additional 17,000 credential recipients annually for the next 10 years. To meet the projected need for Colorado's workforce in coming years, this number of additional credential earners would be even higher, with 73% of Coloradans estimated to need a postsecondary credential by 2031 to be considered competitive in the state in terms of workforce readiness." FAFSA completion is strongly associated with postsecondary enrollment: 92% of high school seniors who completed the FAFSA enrolled by the November following graduation vs. 51% who did not complete a FAFSA (National College Attainment Network).

13. The Department further manages large-scale data collection from and enforcement for institutions of higher education across the country. For example, the Department keeps records of campus safety incidents and disclosures under the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act.

14. CDHE also adheres to the Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99), a federal law that protects the privacy of student education records for non-educational purposes. With a reduction in Department staff, CDHE is concerned that parents (and students 18 or older) will not have access to information in their student's education record, and that record will not be protected from disclosure to third parties without parental consent.

15. The Department's Office of Postsecondary Education is responsible for formulating federal postsecondary education policy and administering programs to support increased access to quality postsecondary education. Student Service Grants could also be at risk. They support low-income, first-generation students and individuals with disabilities as they progress through the academic pipeline from middle school to graduate school, in addition to programs focused on college readiness, campus-based child care and graduate fellowships.

16. Institutions of higher education have statutorily required data reporting to the National Center for Educational Statistics (NCES), in particular through the Integrated Postsecondary Education Data System (IPEDS). CDHE assists institutions by reporting much of this data on their behalf. If institutions do not report the data to IPEDS, they risk losing Department funding for their institutions and their students. With almost every employee working for NCES and IPED having been cut by this reduction in workforce, this will likely lead to delays and issues with the data collection, which could be used to withhold or eliminate federal funding to Colorado institutions.

17. The regulatory accreditation triad consists of the federal government (financial integrity), the accreditors, (quality assurance), and the states (student protection). If the Department follows through on some or all of its assertions, the regulatory triad could become a two-legged stool consisting of the accreditors and states or even possibly fall to the states alone.

The latter two options would place a more substantial burden on states with no funding to ensure financial integrity. The National Advisory Committee on Institutional Quality and Integrity is an advisory body that makes recommendations to the U.S. Secretary of Education regarding the eligibility of accreditors. Under the current code, without the recognition of the Secretary, institutions of higher education cannot receive federal funds. If this were rescinded, states, including Colorado, would need to explore the possibility of having to fulfill an accreditation role in the event the federal government removes this requirement or substantively changes it.

18. Colorado works with the Department's Offce of Civil Rights (OCR) to ensure equal access to education across diverse student populations. The Denver regional offce of OCR has not been closed down, but civil rights divisions in Philadelphia, Chicago, San Francisco, Cleveland, Boston and New York were closed down entirely on or about March 12, 2025. There are potential impacts on families and students with disabilities in Colorado because the Department will likely lack the requisite staff within the Offce of Civil Rights to appropriately and effectively handle issues that are brought to their attention, which they are statutorily obligated to address.

Executed on March 19, 2025, at Denver, Colorado.

_____
DR. ANGIE PACCIONE