# EXHIBIT 16

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, | |
|   Plaintiffs, | |
|        v. | C.A. No. 1:25-cv-10601 |
| LINDA McMAHON, *et al.*, | **DECLARATION** |
|   Defendants. | |

<u>**DECLARATION OF NATHAN D. FUERST**</u>

I, Nathan D. Fuerst, declare as follows:

1.      I am a resident of the State of Connecticut. I am over the age of 18 and have personal knowledge of all the facts stated herein.  If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am the Vice President of Student Life and Enrollment at the University of Connecticut, a position I have held since August, 2023. As Vice President, I have oversight of matters impacting our students, which range from admissions to financial, as well as student health and wellness and our conduct office. Prior to holding this position, I held various other positions at UConn within the division I now lead.

3.      As the Vice President, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

4.      I submit this declaration in connection with the announcement by the Department of Education ("the Department") on March 11, 2025 that it would be reducing its staff by 50%

1

and that this was only the "first step" to a "total shutdown" of the Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

5.      The University of Connecticut ("UConn") is the flagship public university of the State of Connecticut, with programs ranging from undergraduate, graduate and professional programs at our medical school and law schools. We serve over 33,000 degree seeking students, with many thousands more in credit bearing courses and programs and through early college credit, adult education and community outreach programs.

6.      In the event the Department is unable to meet its obligations to administer the programs below,  UConn would expect a significant number of our students may be unable to appropriately fund their college educations and/or experience significant delays in processing related to the programs discussed below.

7.      The federal student loan programs administered by the Department under Title IV of the Higher Education Act of 1965, as amended, are vitally important for the operation of UConn, in particular for our students to finance their college educations. The Department of Education's Office of Federal Student Aid (FSA) handles loan disbursement, servicing and borrower assistance for 14,840 UConn students in Fiscal Year 24 under the Federal Direct Loan program, totaling $177M. The FSA ensures on time approval, disbursement and processing of these critical educational funds designed to ensure uninterrupted education for future members of the state's and country's workforce.

8.      FSA administers Pell Grants, work-study programs and subsidized loans.  At UConn, the Federal Pell Grant program benefits approximately 7,596 students annually with

nearly $43M of funds in the 2024 Fiscal Year. Likewise, the work-study program benefits 879 students annually at $2.1M in the 2024 Fiscal Year.  In addition, 8058 students received $34M in subsidized loans, providing the most affordable avenue to a college education for students from the vast majority of American households who would not otherwise be able to finance a college education.

9.     The reduction of the work force at the FSA is especially concerning in light of recent complications associated with accurate and timely transmission of FAFSA results to higher education institutions in 2024 via the FAFSA Simplification initiative. While the Department of Education recently corrected course, it is especially troubling that it included some of the staff who were instrumental in improving upon this critical step and may hold unique knowledge on how to avoid a repeat of the 2024 FAFSA simplification errors.

10.     The resulting delays and/or inaccuracies associated with the reduction in the workforce at SFA would cause substantial financial hardship for students impacted, causing them to discontinue their education. Such an impact would have long lasting financial consequences to these students and to our university directly. It would result in fewer tuition and fee paying students, aided by the support of the FSA programs cited above, subsequently causing budget shortfalls. These budget shortfalls are likely to cause our university and others like us to consider broad sweeping cuts of our own, impacting potential employment opportunities for tax paying citizens of Connecticut and the Unites States. Students without degrees, which they would have otherwise earned, would sacrifice substantial earnings. In Connecticut, according to a recent study by the Connecticut Department of Labor, and the Connecticut State Deparment of Education (https://public-edsight.ct.gov/performance/college-enrollment-dashboard/postsecondary-labor-and-earnings?language=en_US), within ten years of earning a

degree, students with bachelor's degrees earn approximately 85% more annually than those with a high school diploma.

Executed on March 18, 2025, at Storrs, Connecticut.

Nathan Fuerst, Vice President, UConn