# EXHIBIT 17

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>  Plaintiffs,<br><br>       v.<br><br>LINDA McMAHON, *et al.*,<br><br>  Defendants. | C.A. No. 1:25-cv-10601<br><br>**DECLARATION** |

## DECLARATION OF CYNTHIA MARTEN

I, Cynthia Marten, declare and swear, under penalty of perjury, as follows:

    1.    I am a resident of the State of Delaware. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

    2.    I am the Secretary, at the Delaware Department of Education ("DDOE") a position I have held since the beginning of February 2025. As Secretary, I have oversight of the DDOE. Prior to holding this position, I was the Deputy Secretary of the United States Department of Education.

    3.    As the Secretary, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

    4.    I submit this declaration in connection with the announcement by the United States Department of Education ("the Department") on March 11, 2025, that it would be reducing its staff by nearly 50% and that this was only the "first step" to a "total shutdown" of

the Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

5.  The DDOE exercises general control and supervision over the public schools of the State of Delaware.  In this role, DDOE develops and executes the educational policies and laws of the State around education, and provides resources, professional development, guidance, and grant access to Delaware's 19 public school districts and 24 public charter schools.

6.  Given my experience, I do not think that the Department can meet its obligations to administer the programs described below.

## Office of Civil Rights

7.  The Department through the Office of Civil Rights ("OCR") is authorized to investigate complaints alleging discrimination in public schools under Title II of the Americans with Disabilities Act, Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendment Act of 1972, Section 504 of the Rehabilitation Act of 1973 and other federal civil rights laws.  On March 15, 2025, the Department closed the Philadelphia field office of the OCR, which was the OCR office for Delaware, along with six additional locations leaving only five locations across the country with a large backload of cases significantly slowing resolution of discrimination cases. In addition, shuttering this office has left students and educators in Delaware facing sex, race, and disability-based discrimination uncertain of where they can turn to seek recourse.

## Office of Career, Technical and Adult Education

8.  The Department administers, through the Office of Career, Technical and Adult Education ("OCTAE"), programs related to adult education and literacy, career and technical

education and community colleges. Specific to the DDOE, the Department administers the Adult Education formula grant program and the state formula and discretionary grant programs under the Carl D. Perkins Career and Technical Education Act ("Perkins"); and provides technical assistance to improve program quality, accountability and capacity.

9. The DDOE is experiencing significant delays in responses from OCTAE to questions about how the reduction in force will impact the receipt of grants and Perkins funding for upcoming fiscal years forecasting the inevitable delays that will occur due to the reduction in staff on approving state plans and releasing fundings in the upcoming fiscal year.

10. Federal funding for career and technical education programs under Perkins are received in late fall. Delaware public schools cover Perkins expenses with state and local funds and then recode once they receive their federal funds. Additional delay would be especially problematic to public school districts and charter schools. State and local funds will not be enough to fund programs while schools wait for reimbursements. Therefore, schools may decide to pre-emptively cut and not offer Perkins programs.

11. Further, delay in receipt of federal Perkins funding, and delay or stoppage of technical assistance from OCTAE would delay or stop activities the DDOE is required to undertake according to federal law and the state's improvement plan. It would also inhibit DDOE's ability to plan, and execute activities required by Perkins legislation, which would put DDOE at risk of losing additional federal funding resulting in decreased access to programs for Delaware students and the loss of Perkins-funding staff positions within the DDOE.

12. Additionally, Delaware has a combined plan under the Workforce Innovation and Opportunity Act ("WIOA") and Perkins. Therefore, the reductions in staff at the Department are exacerbated by the reductions of staff at the U.S. Department of Labor leading to increased

communication challenges across the agencies required to coordinate activities associated with registered apprenticeship and WIOA funding that supports Career and Technical Education activities.

### Federal Student Aid Office

13. The Department, through the Federal Student Aid Office ("FSA"), is responsible for managing the student financial assistance programs authorized under Title IV of the Higher Education Act of 1965, as amended. FSA develops and processes the Free Application for Federal Student Aid ("FAFSA") form and administers Pell grants. Pell grants are the single largest source of federal grant aid supporting postsecondary education students.

14. Specific to Delaware, the reduction of force at the Department has resulted in a lack of customer services support for high school seniors and their families completing FAFSA forms forcing high school seniors to use the Stand By Me program for student support instead. Stand By Me is organization DDOE contracts to provide FAFSA supports to high school seniors. This organization will now need to provide additional resources to students and families who are unable to receive assistance from the Department.

15. Additionally, Delaware's Grow Your Own Educator Program,[1] Educator Apprenticeship Program,[2] Student Excellence Equals Degree Program,[3] and Inspire Scholarship[4] are all offset by Pell grants for eligible candidates. Shortfalls in Pell grants will impact the affordability of college for Delaware students and increase costs on the state-run programs.

---

[1] 14 *Del. C.* Ch. 45.
[2] 14 *Del. C.* Ch. 46.
[3] 14 *Del. C.* § 3404A(a)(3).
[4] 14 *Del. C.* Ch. 34.

16. The High Needs Educator Student Loan Payment Program[5] is also impacted by the reduction in force at the FSA office. The purpose of Delaware's High Needs Educator Student Loan Payment Program is to "improve educational outcomes for struggling student populations by working to retain educators of critical importance to those populations, including educators working in certification areas in which Delaware has a shortage and educators working in Delaware's hardest-to-staff schools."[6] High Needs Educator Student Loan Payment Program requires applicants to have secured a qualified educational loan which is defined as a government, commercial or foundation loan for the actual tuition costs and reasonable expenses involved in an undergraduate or graduate degree program.[7] Approximately 650 Delaware educators were just awarded the High Needs Educator Student Loan Payment. Processing delays in student loan payments due to lack of staff at the Department, will in return impact the payment of these High Needs Educator Student Loan Payments.

Comprehensive Center Network

17. The Educational Technical Assistance Act of 2002 requires the Department to establish twenty comprehensive centers with no less than one center in each of the ten geographic regions served by the regional educational laboratories established under section 941(h) of the Educational Research, Development, Dissemination and Improvement Act of 1994.[8] Each center provides training, professional development, and technical assistance regarding programs required under the Elementary and Secondary Education Act of 1965 (20 U.S.C. 6301 et seq.); supports the use of scientifically valid teaching methods and assessment

---

[5] 14 *Del. C.* §3437.
[6] 14 *Del. C.* §3437.
[7] 14 *Del. C.* §3437.
[8] 20 USCA §9602.

tools in core academic subjects; facilitates communication between education experts and practitioners; disseminates and provides information, reports and publications for improving academic achievement; and develops educator professional development models and best practices in technology. The Region 3 Comprehensive Center lost all funding and closed prompting the end of two Delaware-specific projects, one focused on administrator mentors and one on teacher leadership.

<u>International and Foreign Language Education Office</u>

18.     The International Foreign Language Education ("IFLE") Office in the Department administers Title VI of the Higher Education Act ("Title VI") grant programs. The programs advance Delaware students expertise and competence in world languages; advance national security; contribute to a globally competent workforce; expand access to international and foreign language learning especially for traditional underserved students; and support teaching and research on critical world regions, languages, and issues. The Department's reduction in force eliminated the entire IFLE office and with it the support and resources provided to DDOE staff and students by that office. Executed on March  20 , 2025, in Delaware.

*Cynthia Marten*

Cynthia Marten
Secretary of Education, Delaware

6