# EXHIBIT 18

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>    Plaintiffs,<br><br>                    v.<br><br>LINDA McMAHON, *et al.*,<br><br>    Defendants. | C.A. No. 1:25-cv-10601<br><br>**DECLARATION** |

**DECLARATION OF LISA WILKINSON**

I, Lisa Wilkinson declare as follows:

1.      I am a resident of the State of Hawaiʻi. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am the Director of the School Transformation Branch (STB) in the Office of Strategy Innovation and Performance, at the State of Hawaiʻi Department of Education (HIDOE), a position I have held since 2023. The STB is positioned under the Office of Strategy, Innovation and Performance. STB coordinates school improvement efforts which include administering the Title I, Part A grant in the state of Hawaiʻi. This includes insuring conditions are met for the grant administration in HIDOE schools, Public Charter schools, and equitable services for private school students who qualify. Prior to holding this position, I was the Title I, Part A Administrator in the HIDOE.

3.       As the Director of the School Transformation Branch, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

4.       I submit this declaration in connection with the announcement by the U.S. Department of Education (Education Department) on March 11, 2025 that it would be reducing its staff by 50% and that this was only the "first step" to a "total shutdown" of the Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

5.       HIDOE is the only public school district in Hawai'i. There are no local public school districts in Hawai'i, so HIDOE serves all public school students in the State.  HIDOE serves over 165,000 public school students in Hawai'i, across 296 schools on seven islands.

6.       HIDOE's School Transformation Branch administers the State's Title I, Part A (Title IA) and Title I, Part D (Title ID) programs. The School Transformation Branch relies heavily on the Education Department not only to provide those funds but to assist in administering the HIDOE's proper implementation of the funds.

7.       Given my experience, I am deeply concerned as to whether the Education Department can meet its obligations to properly administer or assist in HIDOE's implementation of the Title IA and Title ID programs in light of the Reduction in Force announced on March 11, 2025.

8.       Title I is a funding program administered by the Education Department to school districts to support educational services to children from low-income families. The Title IA Grant to Hawai'i for Fiscal Year 2024 was $69,934,653. The purpose of the funding is for

Academic Achievement for the disadvantaged. The majority of the funding goes directly to HIDOE schools and Charter schools identified as having a poverty rate of 47.2% or higher. 194 schools in Hawaiʻi, including 171 Department Schools and 23 Charter schools, receive Title IA funds. In order to receive the funds, schools must meet the requirements of the Elementary and Secondary Education Act (ESEA) and Education Department regulations. 7.70% of the funds is set aside to provide Title I services directly to private school students that qualify. The grant also meets the requirements of ESEA as it relates to school improvement, including providing structured support outlined in the statute for lower performing schools in Comprehensive Support and Improvement (CSI) and Targeted Support and Improvement (TSI) status.

9.     Schools in Hawaiʻi use the fiscal resources provided through Title IA to implement their Academic Plans, which are based on a Comprehensive Needs Assessment process at each individual school. Schools also use the fiscal resources to provide academic support for students, including providing additional teachers to lower the student/teacher ratio at the school, hiring paraprofessional educators to work with small groups of students, attending professional development or providing onsite coaching to increase teacher effectiveness, curriculum, interventions for struggling students, parent and family engagement support, etc.

10.    The purpose of Title ID is to improve educational outcomes for students who are neglected, delinquent, or at-risk. In fiscal year 2024, Hawaiʻi received $75,045 under Title ID.

11.    HIDOE schools rely heavily on Title IA and Title ID funds. If delivery of these federal funds to HIDOE schools were delayed, the state would need to cover the cost of several employees that are funded through Title I grants, including additional teachers and paraprofessional educators at schools, as well as those that administer the grant at the HIDOE.

Schools would need to delay purchasing supplies and other items needed for the students in order to administer their Academic Plans.

12.    HIDOE relies heavily on technical assistance from the U.S. Department of Education in administering its Title IA and Title ID funds.  For example, Education Department program officers provide technical assistance and monitoring and evaluation processes for all federal grants.  Monitoring and evaluation processes help ensure HIDOE is appropriately using funds and remaining compliant with statutes and regulations that govern the grant programs. And if the technical assistance currently provided to HIDOE ceases or is delayed, HIDOE schools could fall out of compliance with Title IA and Title ID funding conditions. Education program officers also ensure timely distribution of Grant Award Notifications and provide feedback to HIDOE coordinators on questions such as permissible use of funds and alignment and interpretations of non-regulatory guidelines to ensure the appropriate use of funds and implementation of the program.

13.    HIDOE also relies on updates from the Education Department regarding details about future funding amounts.  HIDOE relies on this information for future budgeting for schools. Schools submit yearly budgets in May of the year before the funding arrives, as a part of their requirements for Title IA funding. If information is not provided to HIDOE leaders about funding, schools will not know how much funds are available to execute their Academic Plans for the next school year. With inadequate funds, the students in the economically disadvantaged subgroup that Title I funds support would suffer from a lack of academic related support meant to help close achievement gaps and ensure a high quality education for students in all economic sectors of Hawaiʻi.

14.    Funding for Title ID is determined from an annual count conducted in Hawai'i of students that are eligible for the benefits of this grant. If the Education Department does not have sufficient staff to receive this data, the Department would not know the proper amount of funding to provide to HIDOE. For Title IA, HIDOE staff provides support in school district boundary review for census mapping. The Education Department works with the census bureau to determine and develop Title I funding allocations for Hawai'i. HIDOE's Title I Administrative staff is planning to work with the Education Department in the next year to begin the process to collaboratively consolidate federal and general funds for Title I schools. This is allowable and encouraged by the Education Department, and in order to consolidate funds and streamline spending for our Title I schools, HIDOE needs approval from the Education Department. Without proper staffing levels, however, we are unsure whether the Education Department will be able to provide this assistance to HIDOE, and our Title I schools will not be given the ability to streamline spending. HIDOE also planned to amend the HIDOE state Every Student Succeeds Act (ESSA) plan in the next year. This will require Education Department's approval, and without proper staffing, the amendment will not be approved in a timely manner.

15.    HIDOE currently employs many individuals in federally funded full-time positions, many of which are funded through Title I funds. This includes staff in roles such as teachers, paraprofessionals in schools, education officers, resource teachers, and clerical staff for administration of the grant.  Loss of funding support for these positions would hinder HIDOE's ability to carry out its function of providing education services to students who are eligible for benefits under Title I and other federal grants administered by HIDOE.

I declare under penalty of perjury that the above statements are true and accurate to the best of my knowledge and belief.

Executed on March ___, 2025, at Honolulu, Hawaiʻi.
Mar 20, 2025

_Lisa Wilkinson_
Lisa Wilkinson (Mar 20, 2025 13:54 HST)

LISA WILKINSON

6