# EXHIBIT 19

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>  Plaintiffs,<br><br>      v.<br><br>LINDA McMAHON, *et al.*,<br><br>  Defendants. | C.A. No. 1:25-cv-10601 |

### **DECLARATION OF DEBORA HALBERT**

I, DEBORA HALBERT declare as follows:

1. I am a resident of the State of Hawaiʻi. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Vice President for Academic Strategy for the University of Hawaiʻi (UH), a position I have held since 2022. As Vice President for Academic Strategy, I have oversight of facilitating and overseeing the establishment of academic programs and majors, and for developing and aligning policy and procedures relating to academic and student support system-wide. My office also promotes the creation of system-wide pathways that help students get to college and graduate with degrees and credentials that meet their career and personal goals. Prior to holding this position, I was the Associate Vice President for Academic Planning and Policy at UH.

1

3. As the Vice President for Academic Strategy, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

4. I submit this declaration in connection with the announcement by the Department of Education ("the Department") on March 11, 2025 that it would be reducing its staff by approximately 50% and that this was only the "first step" to a "total shutdown" of the Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

5. The University of Hawaiʻi is the only public higher education institution in the State of Hawaiʻi, playing a critical role in workforce advancement and research development while serving 50,000 students this year alone. The UH system encompasses a comprehensive network of higher education options across the Hawaiian islands, providing accessible pathways from certificates to doctoral degrees through its three university campuses, seven community colleges, and several distance learning programs.

6. The federal student loan programs administered by the Department under Title IV of the Higher Education Act of 1965, as amended, are vitally important for the operation of the University of Hawaiʻi system. The Department of Education's Office of Federal Student Aid (FSA) handles loan disbursement, servicing and borrower assistance for UH students and prospective students.

7. The University of Hawaiʻi system heavily depends on multiple FSA-administered programs, including the Federal Pell Grant Program, Supplemental Educational Opportunity Grants (SEOG), TEACH Grants, and Federal Work-Study. These programs provide critical

financial support to thousands of UH students annually. Pell Grants alone serve as a cornerstone of financial aid for our lowest-income students, while specialized grants like TRIO support targeted populations with additional needs. The Federal Work-Study program creates valuable campus employment opportunities while subsidizing wages to an annual average of $1.5 million. These federally administered programs complement state and institutional aid, creating a comprehensive financial support network that makes higher education accessible across our student population.

8. As the University of Hawaiʻi maintains an overall undergraduate population averaging nearly 37,000 students, threats to Pell Grant access would directly impact over a third of our campus community, representing a critical lifeline of approximately 11,500 students annually. These grants not only support individual students but strengthen our institution's mission of providing accessible higher education. Without Pell funding, we risk seeing increased financial strain on families already struggling to afford college. Additionally, this would likely lead to higher student loan debt burdens, increased dropout rates, and potentially force students to work more hours, reducing their academic engagement and extending time to graduation. The consistency of this data since 2020 demonstrates that Pell Grants aren't merely supplemental—they're a foundational component of higher education financing for a substantial and stable portion of our student population. Any threat to this program would have immediate, measurable impacts on enrollment, student success metrics, and economic mobility.

9. For UH students who have completed the FAFSA, their average family income is $84,000. For Pell recipients, that decreases to $31,500. These students face multiple barriers to college attendance including financial constraints, family obligations, and limited academic preparation resources in their communities. UH schools and student bodies benefit from a

diversity of experiences and income levels. If fewer students of lower income attend UH system schools, UH will be impacted in several critical ways: decreased enrollment numbers and associated tuition revenue, reduced socioeconomic diversity on campus, diminished classroom perspectives that enhance learning for all students, and ultimately, a failure to fulfill the university's mission of serving all citizens of Hawaiʻi regardless of financial background. This would also undermine UH's role in promoting social mobility and economic development throughout the state.

10. The Department of Education's FSA also oversees the administration of federally subsidized student loans.

11. Federally subsidized loans constitute a critical component of financial aid packages for UH students. While Pell serves our lowest-income students, federally subsidized loans—with their favorable interest rates and repayment terms—create vital pathways for middle-income families across Hawai'i who don't qualify for full grant support but still require financial assistance. In the 2023-2024 academic year, 35% of all four-year graduates had federal loans with an average of $19,000, nearly half when compared to those graduates with private loans carrying an average of $37,000.

12. The FSA also develops the Free Application for Federal Student Aid (FAFSA) form and processes students' FAFSA submissions. Over the past five years, UH System students have submitted approximately 22,374 FAFSA forms annually, representing about 61% of the student population. In total, more than 111,800 FAFSA submissions were processed for UH students during this period. Students enrolling in UH schools are encouraged to complete the FAFSA prior to their first year of enrollment and then must resubmit the FAFSA each subsequent year of schooling to qualify for continuing federal aid. The deadline for applicants to

submit their FAFSA forms for the 2025-2026 school year is June 30, 2025, and many students choose to submit their FAFSA forms earlier because their understanding of what, if any, financial aid they qualify for informs their decision about whether they can afford to attend college and, if so, which college.

13. FAFSA completion is a necessary first step that allows students access to federal financial aid so they can afford enrollment in college, or continue paying for college. If forms submitted by high school students or college students are not processed on time, this could make enrolling and college completion difficult or even impossible. While campuses can assist students with FAFSA completion, there are certain questions where students need to work directly with the FSA office. The hold times are currently longer than normal and chat options are limited. The FAFSA website was down last week, but has since been put back online. This has been a regular occurrence since the Better FAFSA was rolled out last year. When campus Financial Aid staff members have questions, they usually reach out to one of the regional offices. However, (GENERAL-25-14) Notice of Updated School Participation Division Contact Information dated March 14, 2025, states the following:

> *In response to our recent regional organizational changes, Federal Student Aid (FSA) is now centrally responding to all questions related to completion of the Application for Approval to Participate in the Federal Student Financial Aid Programs (E-App) and general school eligibility inquiries.*
>
> *Effective immediately, institutions of higher education should direct correspondence to CaseTeams@ed.gov. The Case Teams mailbox is monitored closely every weekday, and support continues to be available at 1-800-848-0978.*

At this time, it appears all communication with the regional offices is being directed to a different email address and phone number. The centralized nature of this structure means that all regions are now filtering into the same email and phone number. UH usually sees an increase in

5

FAFSA completions after Spring Break, coinciding with when students complete their taxes and have time to complete the FAFSA.

14. The Department further manages large-scale data collection and enforcement from institutions of higher education across the country. For example, the Department keeps records of campus safety incidents and disclosures under the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act.

15. The University of Hawaiʻi relies heavily on the Department of Education's clear guidance and consistent administration of the Family Educational Rights and Privacy Act (FERPA). This federal law directly impacts UH's data management practices, institutional policies, and day-to-day operations across all campuses. The Department's interpretations and technical assistance regarding FERPA compliance are essential for UH to properly balance student privacy rights with necessary educational record access. Any changes to FERPA administration or reduced support from the Department would require significant policy revisions, additional compliance training for faculty and staff, and potential technology investments to maintain proper data security and student privacy protections. This could divert critical resources away from direct educational services and create unnecessary compliance risks for the university.

16. The Institute of Education Sciences (IES) and its national centers provide the essential research and data infrastructure that drives evidence-based decision-making throughout America's education system. From federal policymaking to classroom practice, IES research addresses critical challenges in education, including boosting student achievement in our globally competitive environment.

17. The University of Hawai'i (UH) depends on IES data and analyses for strategic planning, policy development, program evaluation, and accreditation processes. This research directly informs UH's initiatives to improve student retention, graduation rates, learning outcomes, and workforce readiness. Any reduction in IES support would not only compromise UH's institutional research and planning effectiveness but also undermine the State of Hawai'i's capacity to develop the competitive, skilled workforce needed for economic success.

18. The Department also manages higher education accreditation through its authorization of accrediting commissions, which employ their own professional staff while also harnessing the expertise of volunteer commissioners and review teams consisting of experienced college and university administrators. Since institutions must obtain and maintain accreditation in order for their students to be eligible to receive federal financial aid, institutional accreditors are able to apply rigorous standards in support of student success. The decimation of the Department of Education would jeopardize the structure and integrity of institutional accreditation, inflicting a loss of quality control to the detriment of students.

19. UH works with the Department's Office of Civil Rights (OCR) to ensure equal access to education across diverse student bodies.

I declare under penalty of perjury that the above statements are true and accurate to the best of my knowledge and belief.

Executed on March 19, 2025, at Honolulu, Hawai'i.

_____
DEBORA HALBERT