# EXHIBIT 20

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK, *et al.*,

   Plaintiffs,

       v.

LINDA McMAHON, *et al.*,

   Defendants.

C.A. No. 1:25-cv-10601

**DECLARATION OF KINAU GARDNER**

## DECLARATION OF KINAU GARDNER

I, Kinau Gardner, declare as follows:

1. I am a resident of the State of Hawaiʻi. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Assistant Superintendent, Office of Student Support Services (OSSS) at the State of Hawaiʻi Department of Education (HIDOE), a position I have held since January 2025. In this position, I have oversight of the OSSS, whose mission is to ensure that students receive comprehensive academic, social, emotional, and behavioral supports through programs like Special Education and Alternative Learning. Prior to holding this position, I was a school and complex area administrator.

3. As the Assistant Superintendent of the Office of Student Support Services, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

1

4.      I submit this declaration in connection with the announcement by the U.S. Department of Education on March 11, 2025, that it would be reducing its staff by 50% and that this was only the "first step" to a "total shutdown" of the Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

5.      HIDOE is the only public school district in Hawai'i. There are no local public school districts in Hawai'i, so HIDOE serves all public school students in the State. HIDOE serves over 165,000 public school students in Hawai'i across 258 HIDOE schools and 39 public charter schools on seven islands.

6.      HIDOE's Office of Student Support Services administers the State's Title III - English Language Acquisition, Individuals with Disabilities in Education Act (IDEA), Education for Homeless Children and Youth, School-Based Mental Health, Migrant Education, and Trauma Mental Health Services grant programs. OSSS relies heavily on program officers and technical assistance staff at the U.S. Department of Education to administer those programs.

7.      Given my experience, I do not think that the U.S. Department of Education can meet its obligations to properly administer or assist HIDOE in implementing the programs described above in light of the Reduction in Force announced on March 11, 2025.

8.      Title III is a grants program that provides funds to states to improve the education of English Learner (EL) children and youth by helping them learn English and meet state academic achievement standards. These funds support extended learning opportunities within and beyond the school day. Services may include small group or individualized tutoring, parent

2

outreach, computer-based curriculum for language acquisition, and specialized professional development for school staff.

9.  The IDEA provides funding to states for delivering free, appropriate public K-12 education to eligible children with disabilities and for supporting early intervention services for infants, toddlers, and their families. Hawaiʻi receives about $50 million annually in IDEA funding. This funding covers personnel, training, curriculum materials, equipment, professional development, and contracted services for Applied Behavior Analysis (ABA), speech-language, physical, and occupational therapy.

10. The McKinney-Vento Homeless Assistance Act ensures that homeless children and youth have access to free and appropriate public education. Through the Education for Homeless Children and Youth (EHCY) Program, it addresses barriers to enrollment, attendance, and success. The HIDOE receives approximately $500,000 annually. This grant is overseen by the U.S. Department of Education's Office of Elementary and Secondary Education (OESE), and supports personnel, transportation services, outreach efforts, equipment, and supplies.

11. Program officers and their contracted technical assistance providers at the U.S. Department of Education provide essential assistance in several areas related to the HIDOE's Title III, IDEA, and EHCY programs.  For example, U.S. Department of Education program officers provide technical assistance on requests for application (RFA) procedures and monitoring and evaluation processes for all grants.  Monitoring and evaluation processes help ensure that HIDOE appropriately uses funds and complies with the grant programs' statutes and regulations.  U.S. Department of Education program officers also ensure timely distribution of Grant Award Notifications and provide feedback to HIDOE coordinators on permissible use of

funds and alignment and interpretations of non-regulatory guidelines to ensure the appropriate use of funds and implementation of the program.

12.     HIDOE must submit annual grant applications for IDEA administered by HIDOE's Office of Student Support Services. The grant application for the 2025-26 school year is due May 15, 2025. Any delay in funding for OSSS's grant programs would cause significant problems for the administration of these programs and ultimately harm the student beneficiaries of the programs. Contracts for service providers, such as speech-language pathologists, licensed behavior analysts, skilled nurses, etc. may be delayed if funds are not received prior to the start of the 2025-26 school year.

13.     On March 12, 2025, I was made aware that the U.S. Department of Education would no longer be providing technical assistance in support of HIDOE's Title III, IDEA, EHCY, and other grant programs. The loss of this support will hinder HIDOE's ability to remain compliant with grant conditions and regulations governing the grant programs that OSSS administers.

14.     OSSS currently employs approximately 180 individuals in federally funded full-time positions. This includes staff in roles such as social workers, audiologists, teachers, aides, clerical support, school psychologists, etc. Loss of funding support for these positions would hinder OSSS's ability to provide education services to students eligible for benefits under Title III, IDEA, and other grants administered by OSSS. Our ability to provide direct services, such as instruction and therapy, will be impacted.

15.     OSSS also relies on the Department of Education's Office of Civil Rights (OCR), particularly, for properly administrating HIDOE's IDEA program.

5

16.	The What Works Clearinghouse and IES support OSSS with evidence-based practices. This support has now ended as contracts have been terminated. Teachers will have limited access to the latest research and effective strategy applications.

I declare under penalty of perjury that the above statements are true and accurate to the best of my knowledge and belief.

Executed on March 21, 2025, at Honolulu, Hawai'i.

_____
KINAU GARDNER