# EXHIBIT 21

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>  Plaintiffs,<br><br>        v.<br><br>LINDA McMAHON, *et al.*,<br><br>  Defendants. | C.A. No. 1:25-cv-10601<br><br>**DECLARATION** |

### DECLARATION OF ELIZABETH HIGASHI

I, Elizabeth Higashi, declare as follows:

1. I am a resident of the State of Hawaiʻi. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Assistant Superintendent of the Office of Strategy, Innovation and Performance, at the State of Hawaii Department of Education (HIDOE), a position I have held since January 2024. As Assistant Superintendent of the Office of Strategy, Innovation, and Performance, I have responsibility for HIDOE's strategic planning, data gathering, analysis, and implementation systems. This includes but is not limited to the development, administration, management, evaluation, and maintenance of policies, programs, and procedures for the statewide systems and services supporting school improvement and improved student outcomes. Prior to holding this position, I was Director in the HIDOE Community Engagement Branch.

1

3. As the Assistant Superintendent of the Office of Strategy, Innovation and Performance, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

4. I submit this declaration in connection with the announcement by the U.S. Department of Education on March 11, 2025 that it would be reducing its staff by 50% and that this was only the "first step" to a "total shutdown" of the Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

5. HIDOE is the only public school district in Hawaiʻi. There are no local public school districts in Hawaiʻi, so HIDOE serves all public school students in the State. HIDOE serves over 165,000 public school students in Hawaiʻi, across 296 schools on seven islands.

6. HIDOE's Office of Strategy, Innovation, and Performance's goal is to drive continuous improvement in Hawaii's public schools. The office manages policy, assessments, federal compliance, and community engagement to elevate student success. In that role, my office administers the State's Title IV-A and Title IV-B grants programs. My office relies heavily on program officers at the U.S. Department of Education to administer and provide technical assistance on those programs.

7. Title IV-A is a grants program officially called the Student Support and Academic Enrichment Grants Program (SSAE). The SSAE program was created under the Every Students Succeeds Act (ESSA). The goal of the Title IV-A grants is to improve students' academic achievements by helping state and local education agencies to provide students with access to a well-rounded education, improve school conditions, and improve the use of technology in

2

schools. HIDOE receives approximately $6,659,535.00 annually in Title IV-A funds. Title- IVA Funds are used by HIDOE schools and complex areas to support teacher professional development in science, technology, engineering and math (STEM) strategies, mathematics summer programming for students, family community engagement activities, music and theater programs, project based learning professional development for teachers and supporting development and growth of school robotics and computer science programs.

8. HIDOE relies on the program officers of the U.S. Dept. of Education Title IV-A to provide technical assistance on appropriate administration of the funds. Title IV-A program officers provide technical assistance to HIDOE to ensure that programs and fund utilization are in alignment to requirements.

9. Title IV-B is a federal grants program run as a competitive grant that provides funds to States to establish community learning centers that provide out-of-school time academic enrichment opportunities for children, particularly those who attend high poverty and low-performing schools. These out-of-school time programming in critical in providing students with safe learning environments afterschool, during breaks and the summer. HIDOE receives approximately $6,515,398.00 annually in Title IV-B funds.

10. U.S. Department of Education Title IV-B program officers provide essential assistance in several areas related to the Title IV-B programs. For example, U.S. Department of Education program officers provide technical assistance on requests for application (RFA) procedures and on Title IV-B's monitoring and evaluation processes. Monitoring and evaluation processes help ensure Title IV-B subgrantees are appropriately using funds for high quality out of school time programs in alignment with their approved grant applications. Subgrantees include HIDOE schools and community organizations that provide out-of-school time

programming to Hawaii's students. U.S. Department of Education program officers also ensure timely distribution of Grant Award Notifications and provide feedback to HIDOE coordinators on questions such as permissible use of funds and alignment and interpretations of non-regulatory guidelines to ensure the appropriate use of funds and implementation of the program.

11. Given my experience, I am concerned regarding the U.S. Department of Education ability to properly administer or assist in HIDOE's implementation of the programs described above in light of the Reduction in Force announced on March 11, 2025.

I declare under penalty of perjury that the above statements are true and accurate to the best of my knowledge and belief.

Executed on March 21, 2025, at Honolulu, Hawai'i.

_____
ELIZABETH HIGASHI