# EXHIBIT 23

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>    Plaintiffs,<br><br>                v.<br><br>LINDA McMAHON, *et al.*,<br><br>    Defendants. | C.A. No. 1:25-cv-10601<br><br>**DECLARATION** |

## <u>DECLARATION OF CARL ANDREW LOSASSO</u>

I, Carl Andrew ("Andy") Losasso, declare as follows:

1.     I am a resident of the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2.     I am the Chief of Staff of the Division of Rehabilitation Services (DRS) at the Illinois Department of Human Services (IDHS), a position I have held since January 2023. As Chief of Staff of DRS, I have oversight of the Division's Personnel and Training Units as well as Illinois' four residential schools for youth with disabilities. Prior to holding this position, I have held senior leadership positions in federally-funded programs in Illinois and Wyoming.

3.     As Chief of Staff of DRS, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

4.     I submit this declaration in connection with the announcement by the Department of Education ("the Department") on March 11, 2025, that it would reduce its staff by

1

approximately 50% and that this was only the "first step" to a "total shutdown" of the

Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release,

Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-

department-of-education-initiates-reduction-force ("March 11 Press Release").

5.     Through DRS, IDHS provides services, including vocational rehabilitation,

benefiting Illinois residents with disabilities.

6.     Given my experience, I do not think that the Department can meet its obligations

to administer the program described below if Department personnel administering the program

are drastically reduced in conformity with the Reduction in Force announced on March 11, 2025.

7.     DRS receives a federal formula grant administered by the Rehabilitation Services

Administration, an office of the Department, for vocational rehabilitation (VR). This year, DRS

received a VR Formula Grant from the Department in the amount of $127,331,004.

8.     The VR Formula Grant constitutes 78.7 percent of DRS's VR budget; Illinois

provides the remainder, a 21.3 percent match.

9.     These VR funds are used to operate 48 local offices throughout the state. The

state's residential schools (the Illinois School for the Deaf, the Illinois School for the Visually

Impaired, and the two Illinois Centers for Rehabilitation and Education) benefit from VR funds

and services. Fifteen percent of the formula funds are used for workforce transition services for

students with individualized education programs (IEPs) (an IEP is a plan developed to meet the

unique educational needs of a particular child with a disability; for older children, the IEP must

include the transition services needed to prepare the student for life beyond high school). DRS

has contracts with 408 school districts, providing supportive funds for their workforce transition

programs.

10.     Local VR offices assist disabled Illinois residents who need assistance in training or retraining for a job and securing employment. DRS currently (as of second quarter 2025) has 36,426 active VR cases. There were 40,397 VR cases in Fiscal Year 2024. VR services are available to any Illinois resident with a disability and these services indirectly assist students' and adult clients' families.

11.     If federal VR funding administered by the Department were reduced, eliminated, delayed, or disrupted, Illinois would have to make up the $127,331,004 in VR funds received for the affected time period to maintain the current level of services, which enable Illinoisans with disabilities to access education and competitive employment to lead independent or less dependent lives.

12.     Department staff in the Rehabilitation Services Administration administer VR funds and conduct regular monitoring to ensure VR Formula Grant recipients, such as DRS, comply with all grant conditions and properly manage the federal funds without waste, fraud, or abuse. DRS staff recently worked closely with Department staff who conducted DRS' regularly scheduled grant monitoring; DRS benefited from their expertise and oversight. Any reductions in Rehabilitation Services Administration personnel would leave states such as Illinois with less support and guidance, which in turn will result in negative impacts to Illinois students with disabilities. These funds and the support provided by the staff of the Rehabilitation Services Administration give Illinoisians with disabilities the education and training they need to be economically self-sufficient and to integrate into the workforce.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2025, at Springfield, Illinois.

_Andy Losasso_
Carl Andrew "Andy" Losasso