# EXHIBIT 24

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

---

STATE OF NEW YORK, *et al.*,

    Plaintiffs,

           v.

LINDA McMAHON, *et al.*,

    Defendants.

C.A. No. 1:25-cv-10601

**DECLARATION**

---

### DECLARATION OF MARY GABLE

I, Mary L. Gable, declare as follows:

1.      I am a resident of the State of Maryland. I am over the age of 18 and have personal knowledge of the facts stated herein, except for those matters stated upon information and belief, and as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the Maryland State Department of Education (MSDE) as Assistant State Superintendent for the Division of Student Support and Federal Programs. I have served in this position since 2010.

3.      MSDE is responsible for ensuring a rigorous, high-quality education for every Maryland student. The Division of Student Support and Federal Programs administers critical state and federal education programs for economically and socially disadvantaged children.

4.      I submit this affidavit in connection with the March 11, 2025 announcement by the U.S. Department of Education (the Department) that it would be reducing its staff by 50% and that this was only the "first step" toward a "total shutdown" of the Department. *See* Ex. 1—Press Release, U.S. Dep't of Educ., U.S. Department of Education Initiates Reduction in Force

(Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force.

5.      The Department administers essential federal statutes and funding upon which Maryland relies to provide education services, including the Elementary and Secondary Education Act (ESEA), the Individuals with Disabilities Education Act (IDEA), and the Rehabilitation Act of 1973. These laws provide crucial funding and legal mandates that support Maryland's students, including those with disabilities and those in need of vocational rehabilitation services.

6.      While the Department asserts that critical functions will not be affected by the reduction in force (RIF), the March 11 announcement explicitly stated that "[a]ll divisions within the Department"—including data, research, operations, and legal counsel functions—"are impacted by the reduction." Ex. 1. It is difficult to believe that the elimination of "nearly 50% of the Department's workforce" will have no effect on the Department's work. *See id.*

7.      MSDE also received a March 14, 2025 letter from the Department that attempted to reassure states that the RIF would not affect the Department's Office of Elementary and Secondary Education (OESE), which allocates and manages ESEA Title formula funding and discretionary grant programs. *See* Ex. 2—Letter from Hayley B. Sanon, Acting Assistant Secretary, OESE, U.S. Dep't of Educ., to Education Stakeholders (Mar. 14, 2025). The March 14 letter acknowledged that OESE employees overseeing COVID-19 pandemic relief funds—which "[m]any states are still liquidating"—were terminated, and merely promised to "provide an update to states on what to expect for reimbursements moving forward." *Id.*

8.      The March 14 letter also acknowledged that "employees . . . involved in policy, operations, and administrative functions" were terminated from the Department's Office of

Special Education and Rehabilitative Services (OSERS), which supports programs to educate and rehabilitate persons with disabilities. *Id.* Although the letter stated that no staff were eliminated from OSERS' two subcomponents—the Office of Special Education Programs (OSEP) and the Rehabilitation Services Administration (RSA)—and claimed that the terminated employees' duties "were either duplicative or can be reassigned," *id.*, it is unclear how the Department will manage OSERS' existing workload with such a drastic staffing reduction.

9.    The funding administered by the Department directly impacts all Maryland school systems, supporting the education of hundreds of thousands of students. Any disruption to this funding because of delay or inaccuracy threatens the financial stability of Maryland's educational infrastructure and endangers the quality of education statewide.

10.    Upon information and belief, the Department terminated many data, research, and operations positions. The elimination of those staff is likely to impede the Department from providing timely and accurate grant allocation data to MSDE, which is essential for Maryland's local education agencies (LEAs) to develop their annual budgets. The remaining Department personnel must now process and distribute preliminary allocation information this month even as they navigate a "significant reorganization" of their agency. *See* Ex. 1. The risk that they fail— and that LEAs are left unable to make informed budgetary decisions—directly jeopardizes Maryland LEAs' financial planning and operations.

11.    Any delay will also threaten effective planning at the state level. Not only does MSDE rely on administrative and state activity funds that are part of certain federal grants, but also it uses the Department's EdFacts platform (which collects and analyzes pre-kindergarten through grade 12 data) to determine proper quality allocations to LEAs. The Department's staff has been reduced so severely—and the agency's description of the RIF has been so unclear—

that MSDE cannot be confident the Department's remaining personnel will be able to process

this data and respond to questions in a timely manner.

12.    Any significant delays or errors in preliminary grant allocations will force state

and local governments to revise anticipated funding levels, leading to budget shortfalls. Upon

information and belief, the effect of these shortfalls will include:

a. *Teacher Shortages and Increased Class Sizes*—An inability to fund salaries

will lead to widespread teacher layoffs, larger class sizes, and diminished student support

services.

b. *Loss of Critical Services for Students with Disabilities*—Maryland relies on

federal grants to fund assistive technology, specialized transportation, and individualized

support services under IDEA. Any interruption in funding will severely impact students

with disabilities, impeding their access to legally mandated educational resources.

c. *Threats to Vocational Rehabilitation Services*—MSDE's Division of

Rehabilitation Services (DORS) depends on federal funds to provide job training and

placement for individuals with disabilities. A staffing reduction at the federal level will

slow grant disbursement and hinder Maryland's ability to support its vocational

rehabilitation programs, depriving thousands of individuals of necessary workforce

development services.

13.    The reduction in force will also compromise MSDE's ability to manage and

administer federal grants effectively. The Department's G5 grants management system is a

critical tool for processing federal funds. Without assured and continued access to the G5 system,

any delays will directly impact MSDE's ability to allocate resources efficiently.

14.     The Department's inability to provide timely and accurate grant allocation data, combined with the potential increasing inaccessibility of the G5 system, places MSDE in a precarious financial position. Without reliable funding projections and grant processing capabilities, Maryland risks losing essential educational programs, staff, and student services. The effects of these disruptions will severely impair the State's ability to fulfill its constitutional obligation to provide a quality education to all students.

15.     The threat of these impacts is particularly severe due to public education's share of Maryland's finances. In fiscal year 2025, for example, expenditures for elementary and secondary education accounted for more than 17 percent of the state budget. For Maryland's local governments, the proportion is much higher. MSDE and Maryland's LEAs therefore cannot readily correct for budgeting errors caused by the Department's RIF.

16.     The State's ability to support LEAs, students, schools, and educators is of enormous concern for Maryland parents and educators. MSDE relies on collaboration at the state, local, and federal level. Due to the Department's RIF, however, the plan moving forward is unclear. The lack of direction for the Department's "final mission," and the stated goal to eliminate the Department entirely, threatens the State's pursuit of a rigorous, high quality education for all Maryland students.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2025 at Baltimore, Maryland.

*Mary L. Gable*

_____
Mary L. Gable

# EXHIBIT 1

🇺🇸 An official website of the United States government   Here's how you know

U.S. Department of Education

HOME / ABOUT US / NEWSROOM / PRESS RELEASES

**PRESS RELEASE**

# U.S. Department of Education Initiates Reduction in Force

MARCH 11, 2025

As part of the Department of Education's final mission, the Department today initiated a reduction in force (RIF) impacting nearly 50% of the Department's workforce. Impacted Department staff will be placed on administrative leave beginning Friday, March 21st.

"Today's reduction in force reflects the Department of Education's commitment to efficiency, accountability, and ensuring that resources are directed where they matter most: to students, parents, and teachers," said **Secretary of Education Linda McMahon.** "I appreciate the work of the dedicated public servants and their contributions to the Department. This is a significant step toward restoring the greatness of the United States education system."

The Department of Education will continue to deliver on all statutory programs that fall under the agency's purview, including formula funding, student loans, Pell Grants, funding for special needs students, and competitive grantmaking.

All divisions within the Department are impacted by the reduction, with some divisions requiring significant reorganization to better serve students, parents, educators, and taxpayers.

## Background

When President Trump was inaugurated, the Department's workforce stood at 4,133 workers. After today's actions, the Department's workforce will total roughly

2,183 workers. Included in the reduction in force are nearly 600 employees who accepted voluntary resignation opportunities and retirement over the last seven weeks, including:

- 259 employees accepted the Deferred Resignation Program
- 313 employees accepted the Voluntary Separation Incentive Payment

Remaining employees impacted by the reduction in force will be placed on administrative leave beginning next Friday, March 21. Pursuant to regulatory requirements and the Department's collective bargaining agreement, all impacted employees will receive full pay and benefits until June 9th, as well as substantial severance pay or retirement benefits based upon their length of service.

---

**CONTACT**

Press Office  |  press@ed.gov  |  (202) 401-1576  |  Office of Communications and Outreach (OCO)

---

**Office of Communications and Outreach (OCO)**

Page Last Reviewed: March 11, 2025

**Pay for College**

Fill out the FAFSA

529 Plans

Loan Forgiveness

1098 Tax Forms

# EXHIBIT 2



UNITED STATES DEPARTMENT OF EDUCATION
WASHINGTON, D.C. 20202

March 14, 2025

Dear Education Stakeholders,

Earlier this week, the Department of Education enacted a reduction in force in line with President Trump's commitment to return education to you, the states. These reductions are strategic cuts to offices and programs that will not directly impact students and families but rather empower states and localities.

I want to assure you that critical functions for elementary and secondary education will not be impacted by these cuts. The Office of Elementary and Secondary Education (OESE) employees who oversee the allocation, monitoring, and management of the Elementary and Secondary Education Act's (ESEA) title formula funding and discretionary grant programs were not impacted by the reduction in force. These funds will continue to flow normally, and program functions will not be disrupted. Supporting states in implementing and strengthening these programs continues to be a top priority for this Department.

OESE employees who oversee temporary COVID pandemic relief funds were impacted by the reduction in force. Most of these employees were term appointments or had accepted voluntary resignation opportunities. Many states are still liquidating these funds, and those reimbursements will proceed, under the Department's new February 2025 guidance.1 I understand the importance of states receiving requested reimbursements in a timely manner and staff are working to provide an update to states on what to expect for reimbursements moving forward. Information on this transition and where states can direct questions is forthcoming.

The Office of English Language Acquisition and management of ESEA's Title III will return to OESE, where it previously resided until December 2023. The Department is committed to fulfilling its statutory obligation to prepare English learners attain English proficiency and develop high levels of academic achievement in English.

Like OESE, the reduction in force will also not affect the Department's critical work supporting individuals with disabilities and their families. No employees in the Office of Special Education Programs or the Rehabilitation Services Administration were part of the reductions in force. The Department is committed to ensuring uninterrupted services to meet the needs and develop the potential of children and youth with disabilities, while also supporting states and other agencies in providing vocational rehabilitation and other services. The Office of Special Education and Rehabilitative Services (OSERS) employees impacted by the reduction were those involved in policy, operations, and administrative functions that were either duplicative or can be reassigned to create a more efficient and accountable organizational structure.

Across the Department, management and operation roles are being streamlined to reduce duplicative functions. For instance, human resources functions such as travel coordinators and timekeepers that can be more efficiently affected by one central office are being consolidated.

These reforms are the first step in removing bureaucratic excesses from the Department. Eliminating the red tape and bureaucratic barriers imposed by the Department will provide more flexibility for state and local education agencies to best serve their students. An effective and deliberate transfer of educational oversight to the states will mean more autonomy for local communities. Teachers, too, will benefit from less micromanagement in the classroom—enabling them to get back to basics and focus their attention on students.

You all will play a critical role in achieving this vision. I look forward to working with you to find ways to get the federal bureaucracy out of your way so you can give parents more choices, improve academic achievement, and ensure students reach their God-given potential.

Sincerely,

Hayley B. Sanon
Principal Deputy Assistant Secretary and
Acting Assistant Secretary
Office of Elementary and Secondary Education
U.S. Department of Education