# EXHIBIT 26

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

<table>
<tr>
<td>

STATE OF NEW YORK; COMMONWEALTH OF
MASSACHUSETTS; STATE OF HAWAI'I;
STATE OF CALIFORNIA; STATE OF ARIZONA;
STATE OF COLORADO; STATE OF
CONNECTICUT; STATE OF DELAWARE; THE
DISTRICT OF COLUMBIA; STATE OF
ILLINOIS; STATE OF MAINE; STATE OF
MARYLAND; ATTORNEY GENERAL DANA
NESSEL FOR THE PEOPLE OF MICHIGAN;
STATE OF MINNESOTA; STATE OF NEVADA;
STATE OF NEW JERSEY; STATE OF OREGON;
STATE OF RHODE ISLAND; STATE OF
VERMONT; STATE OF WASHINGTON; and
STATE OF WISCONSIN;

   Plaintiffs,

     v.

LINDA McMAHON, in her official capacity as
Secretary of Education; U.S. DEPARTMENT OF
EDUCATION; and DONALD J. TRUMP, in his
official capacity as President of the United States;

   Defendants.

</td>
<td>

Case No. 25-cv-10601 (MJJ)

</td>
</tr>
</table>

## <u>DECLARATION OF DENISE BARTON</u>

I, Denise Barton, declare as follows:

1. I am a resident of the Commonwealth of Massachusetts. I am over the age of 18. I have been an attorney since 1994 and am licensed to practice in the Commonwealth of Massachusetts. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the University of Massachusetts, in its Office of the General Counsel, as its Chief Deputy General Counsel.

1

3.  As Chief Deputy General Counsel for the University of Massachusetts, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by University of Massachusetts employees and believe that information to be true.

4.  The University of Massachusetts includes its five campuses (the University of Massachusetts Amherst, the University of Massachusetts Boston, the University of Massachusetts Chan Medical School, the University of Massachusetts Dartmouth, and the University of Massachusetts Lowell), as well as the University of Massachusetts Office of the President.  See M.G.L. ch. 75.  The University of Massachusetts maintains business records in the ordinary course of University of Massachusetts business which include, *inter alia*, records concerning the University of Massachusetts intersections with the Department of Education ("Department").

5.  On March 11, the Department announced through a press release that it is reducing its staff by 50%. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

6.  On March 20, 2025, the President of the United States issued an Executive Order entitled *Improving Education Outcomes by Empowering Parents, States and Communities* ("Executive Order") which, in sum, directs the Secretary of Education to close the Department.

7.  The closure of the Department incapacitates key, statutorily-mandated functions of the Department, and is causing and will continued to cause significant and irreparable harm to the University of Massachusetts, the students it serves, and the Commonwealth

workforce to which it and its students significantly contribute. In the face of the abolishment of the Department, the University of Massachusetts must assess difficult choices including layoffs, furloughs, program closures, and in extreme cases, shutdowns. The decimation of the Department staffing further compounds these challenges by reducing oversight, technical support, and processing capacity.

8. Stable, timely federal student aid funding is not merely a budgetary consideration—it is essential infrastructure that supports educational access, institutional stability, and economic opportunity. Any policy decisions regarding federal education funding must carefully weigh these profound impacts against potential short-term fiscal savings. Laying waste to federal student aid, whether through delays or decreases, represents a significant threat and patent irreparable harm to the future of higher education and the students it serves. Protecting and strengthening this vital resource must remain a national priority to ensure that higher education continues to serve as an engine of social mobility and economic development.

9. The Department manages the federal student loan system through its Office of Federal Student Aid ("FSA"), which handles loan disbursement, servicing and borrower assistance. 20 U.S.C. § 1018. Included in this system is the administration of Pell Grants, work-study programs and subsidized loans.

10. The federal student loan programs administered by the Department under Title IV of the Higher Education Act of 1965, as amended, are central components of the financial aid provided to students at the University of Massachusetts, providing critical assistance and expanding access to higher education to students who could not otherwise afford to pursue a degree.

11. The Department awards more than $120 billion a year in grants, work-study funds, and low-interest loans to approximately 13 million students.  Much of this funding is sent directly to colleges and universities, including the University of Massachusetts.  If Program Participation Renewals are not processed in a timely manner, it will impact the ability of the University of Massachusetts to operate and will prevent many of its students from attending by functionally eliminating the availability of financial aid.

12. The Department's FSA develops the *Free Application for Federal Student Aid* ("FAFSA") form and processes.  The deadline for University of Massachusetts' applicants to submit their FAFSA forms is June 30, 2025, although many students submit their FAFSA forms earlier, as their decision about whether they can afford to attend the University of Massachusetts is necessarily dependent on learning for what financial aid they qualify.  The Department's closure will negatively impact the FAFSA process, harming the University of Massachusetts and its applicants.

13. The Department's FSA also directs, coordinates, and recommends policies for programs that are designed to provide financial assistance to eligible students enrolled at the University of Massachusetts.  This assistance includes grants, loans, and work-study assistance to University of Massachusetts students.

14. The Department's closure will hobble, at best, the FSA's School Eligibility and Oversight Services Group ("Oversight Group"), which is responsible for administering the Department's program of eligibility, certification, financial analysis, and oversight of schools, like the University of Massachusetts, participating in Federal Student Aid programs.  In order for the University of Massachusetts to receive FSA funds, the

Oversight Group must assess compliance, process auditing results, and then release Title IV funding timely to the University of Massachusetts.

15. The Department's ostensible solution to this existential issue appears to be its recently announced transfer of its multi-billion dollar loan portfolio to the Small Business Administration ("SBA"), which just last week terminated over 40% of its own work force. This will cause a major systemic change in the administration of federal student aid, placing the student loan system at risk of irreparable harm.

16. The SBA's mission, function, and expertise is markedly different from the Department. The SBA, on the one hand, is primarily tasked with supporting small businesses via loans, loan guarantees, and advisory programs. Its processes revolve around business underwriting standards, job creation goals, and risk assessment tied to small-business growth. The Department, on the other hand, is (was) dedicated to expanding educational opportunity, protecting students (including through consumer-protection standards), and providing funding for higher education in a way that provides both institutional accountability with broad student access.

17. Administering student loans requires specialized policies around educational access, borrower protections, loan forgiveness or income-based repayment, and other initiatives. These typically differ greatly from business-loan norms. The SBA has no discernible expertise with enforcing rules that are informed by things such as accreditation standards and Title IV requirements that align with the educational environment. Shifting loan administration to the SBA will likely dilute the focus on educational access, borrower protections, and campus accountability measures that guide federal student lending programs. The SBA would need to build new capacity to manage the unique elements of

student lending (i.e. eligibility rules, forgiveness programs, compliance) which will very likely introduce short-term confusion and slow the processing of loans, especially where it just publicly announced the termination of over 40% of its staff.

18. There are also significant concerns about SBA's traditionally business-focused approach to borrower protections and repayment options. Specific impacts in this regard will likely include:

    a.  The potential elimination or restructuring of income-driven repayment and forgiveness.

    b.  Higher default risks that may occur without appropriate income-driven repayment plans. The result could be more borrowers struggling to afford payments, leading to higher delinquency or default rates.

    c.  Uncertainty would be likely for existing borrowers. Individuals already enrolled in income-driven repayment or loan-forgiveness programs might experience administrative hurdles or see changes to program rules.

    d.  Students would be at risk of fewer borrower protections and less flexible repayment plans and less likely to seek to borrow the funds necessary to pursue a college education.

    e.  Likelihood of a decrease in loan access, particularly if underwriting or lending terms change, which would be particularly harmful for financially disadvantaged students.

    f.  The administrative disruption will likely be deleterious if existing programs are not transitioned smoothly.

g. Likely resultant enrollment and revenue challenges if loans become harder to get or if they carry higher interest rates.

h. New policies and procedures will likely undermine organizational efficacy and may require new or different staffing in universities.

i. New rules and policies may not align with existing accreditation standards.

19. Regardless of what alternative resources are put in the place of the Department, whether it is the workforce-diminished SBA or another entity, the process of the Department's dismantling is creating disruption, uncertainty, delays and confusion for the University of Massachusetts and the students it serves.

20. For example, the University of Massachusetts' Boston campus ("UMass Boston") and the students it serves will be severely impacted by the Department's closure. UMass Boston's student population includes more than 60% first generation (first in their family to attend college), and nearly 50% of the undergraduate population receives a Pell Grant annually. Each year, approximately 70% of UMass Boston undergraduates file a FAFSA. Last year, UMass Boston processed more than 11,000 FAFSAs. UMass Boston promotes a May 1 FAFSA priority filing deadline to encourage students to complete the process in a timely manner so students can have a sound financial plan in place before they begin each academic year. Last year's rollout of a new Simplified FAFSA, demonstrated the harmful impact that technical glitches and delays associated with completing the FAFSA have on student's enrolling in college. UMass Boston's overall FAFSA filing rate was down significantly, a trend that was observed nationally. This ultimately impacted UMass Boston's first-year student enrollment, which was down almost 10% compared to the prior year. Other University of Massachusetts campuses experienced likewise. The

Department's shutdown will exponentially increase that harmful impact. The data collected on the FAFSA is used to calculate and award state and institutional aid, so any delay in processing a FAFSA will impact funding availability and students' ability to attend UMass Boston.

    a.  UMass Boston has 6,124 students who are Pell Grant recipients, who this year receive approximately $34,128,795 in Pell Grant funding.

    b.  UMass Boston has 1,488 students who are Federal Supplemental Educational Opportunity Grant ("FSEOG") recipients, who this year receive approximately $1,061,246 in FSEOG funding.

    c.  UMass Boston has 5,007 who utilize unsubsidized Federal Loans, who this year receive approximately $19,665,157 in unsubsidized Federal Loan funding.

    d.  UMass Boston has 451 students who participate in the Federal Work Study program, who this year receive approximately $1,754,410 in Federal Work Study funding.

21. The University of Massachusetts' Lowell campus ("UMass Lowell") and the students it serves will also be severely impacted by the Department's closure. At UMass Lowell approximately 42% of all students—54% of undergraduates and 14% of graduate students—rely on federal financial aid to pursue their education. Notably, about 27% of students receive federal Pell Grants, underscoring the critical role this support plays in making higher education accessible. A shutdown of the Department will have serious consequences. For example, critical programs like Pell Grants and Direct Student Loans could be delayed or frozen altogether, placing significant financial strain on those who depend on this funding to continue their education. Additionally, disruptions to Federal

Work-Study programs would impact students who rely on those wages for both academic and day-to-day living expenses. Currently, 219 UMass Lowell students hold work study positions on campus and 29 UMass Lowell students hold community work-study positions. These positions are to the UMass Lowell community in terms of providing customer service, student support and other important roles on campus. In short, a shutdown will jeopardize access to higher education for many of our students—particularly those who are most vulnerable.

22. The following tables provide data concerning the composition of UMass Lowell's student population and its reliance on the Department's processes for the need-based and non-need based financial aid that enables them to obtain a UMass Lowell education.

| Need-Based Federal Programs | 2023-2024 | # Recipients | 2024-2025 | # Recipients |
|---|---|---|---|---|
| Pell Grant | $20,398,609 | 3,894 | $25,390,572 | 4,471 |
| Federal Subsidized Loans | $16,307,914 | 4,723 | $16,036,651 | 4,271 |
| SEOG | $698,600 | 911 | $578,049 | 742 |
| Federal Work Study[1] | $703,437 | 255 | $692,774 | 235 |
| *Total* | $38,108,560 | 9,783 | $42,698,046 | 9,719 |
| *Unduplicated # of Recipients* | | 5,887 | | 5,848 |

| Non-Need Federal Programs | 2023 - 2024 | # Recipients | 2024 - 2025 | # Recipients |
|---|---|---|---|---|
| Federal Direct Parent PLUS | $7,826,116 | 525 | $8,442,405 | 521 |
| Federal Direct Graduate PLUS | $389,029 | 41 | $468,565 | 38 |
| Federal Direct Loan (unsubsidized) | $36,349,864 | 6,850 | $35,481,066 | 6,513 |
| TEACH Grant | $1,886 | 1 | $4,715 | 2 |

| | | | | |
|---|---|---|---|---|
| Nurse Faculty Loan Program | $68,329 | 6 | $36,463 | 3 |
| *Total* | $44,635,224 | 7,423 | $44,433,214 | 7,077 |
| *Unduplicated # of Recipients* | | 6,882 | | 6,552 |

| FY 24 Actual | Total Students | # Fed Aid | % Fed Aid | # 1st Gen | % 1st Gen | # Pell | % Pell |
|---|---|---|---|---|---|---|---|
| Undergraduate | 14,497 | 7,787 | 54% | 4,291 | 30% | 3,894 | 27% |
| Graduate | 5,921 | 850 | 14% | -- | -- | -- | -- |
| *Total* | 20,418 | 8,637 | 42% | 4,291 | 30% | 3,894 | 27% |

| FY 25 (Est.) | Total Students | # Fed Aid | % Fed Aid | # 1st Gen | % 1st Gen | # Pell | % Pell |
|---|---|---|---|---|---|---|---|
| Undergraduate | 14,462 | 7,781 | 54% | 4,452 | 31% | 4,471 | 31% |
| Graduate | 5,757 | 826 | 14% | -- | -- | -- | -- |
| *Total* | 20,219 | 8,607 | 43% | 4,452 | 31% | 4,471 | 31% |

23. In 2025, the students from Massachusetts, as well as those from other states, who attend the University of Massachusetts Dartmouth ("UMass Dartmouth") rely on the Department for the loans and financial aid that makes it possible for them to attend college.

| Program | In State Student Count | Out-of-State Student Count | Total Student Count | Total Dollar Amount |
|---|---|---|---|---|
| Federal Direct Loan Subsidized | 2,330 | 327 | 2,657 | $10,579,505 |
| Federal Work Study | 579 | 89 | 668 | $774,053 |
| Federal Pell Grant | 2,239 | 254 | 2,493 | $13,892,231 |
| Federal SEOG | 8 | 195 | 203 | $236,059 |
| Total | 2,869 | 375 | 3,244 | $25,481,848 |

24. Likewise, in 2024, UMass Dartmouth students also relied on the Department's financial assistance programs to obtain a college education.

| Description | In State Student Count | Out-of-State Student Count | Total Student Count | Total Dollar Amount |
|---|---|---|---|---|
| Federal Direct Loan Subsidized | 2,463 | 387 | 2,850 | $10,932,700 |
| Federal Work-Study | 576 | 103 | 679 | $1,005,395 |
| Federal Other Need Based | 50 | 10 | 60 | $36,000 |
| Federal Pell Grant | 1,912 | 270 | 2,182 | $11,525,931 |
| Federal SEOG | 605 | 94 | 699 | $226,066 |
| Total | 2,903 | 428 | 3,331 | $23,726,092 |

25. In the 2024-2025 academic year, 5,877 students at the University of Massachusetts Amherst ("UMass Amherst") received money from the federal Pell Grant program. The total amount awarded to those UMass Amherst students was $33,129,755, for an average award of $5,637. During that same period, 4,200 of those students also received $1,884,000 in federal Supplemental Educational Opportunity Grants (SEOG). The average SEOG received was $449.

26. The number of UMass Amherst students who have benefitted from federal work study this academic year has been 4,411, and the total amount awarded to date is $9,853,875. In sum, the total amount of federal aid distributed this year to UMass Amherst students from these three programs is just under $45 million.

27. To date, 7,097 UMass Amherst students have also benefited from the Federal Subsidized Direct Loan program. The total amount borrowed under that program by UMass Amherst students currently stands at $28,642,343.

28. The income level of those UMass Amherst students receiving the Pell Grants is well below that of the overall distribution of income in the Commonwealth. According to the Census Bureau, the median household income in Massachusetts is $99,858. In contrast, the median family income for those receiving Pell Grants is less than half of that at $38,905. The Pell amount received by UMass Amherst students ranges from a low of $146 per year to the Pell maximum of $7,396. However, the distribution of Pell funds for UMass Amherst student recipients weighs heavily toward the upper end, with 63 percent of them receiving the full amount of $7,396 and 75 percent receiving at least $5,000 a year. If these UMass Amherst students were to lose that amount of money each year,

very few would be able to continue their education.  Any disruption in the distribution of funds would lead to similar results.

29. First-generation students make up a significantly larger proportion of the UMass Amherst student Pell recipients than they do for the student population overall. With Pell, 47 percent of the recipients are first-generation, but first-generation students represent only 20 percent of the UMass Amherst student population.  The UMass Amherst Upward Bound program is a year-round college preparatory program for first-generation and/or low-income high school students.  Nearly 100% of those students receive the federal Pell Grant, many of whom receive the maximum $7,395.  Eighty percent of participants for this school year are both first-generation and low-income students.  Based on data from prior years, program participants are, on average, overwhelmingly low-income (95%) and first-generation (96.66%).  Without federal financial aid, the impact of the work of Upward Bound would be greatly reduced: The program has a six-year college graduation rate of 82% with the Pell Grant and other financial aid in place.  Few of the participants would be able to attend a four-year institution without the Pell Grant.  Regardless of the support and services provided, the application of federal funds makes a material change in students' realities and widens the opportunities available to them.  What might be an "affordable" cost or a "reasonable" amount of loans for other families is insurmountable to the population served by Upward Bound.

30. Federal financial aid bridges the gap for UMass Amherst students between a college-going future and an alternative one.  UMass Amherst already provides $55 million a year in need-based aid, so having to backfill the amount of federal money that could be lost would be a daunting challenge.  Any significant reduction in operating revenue would

result in a reduction of services.  The bulk of the services provided by UMass Amherst are student focused.  A reduction in those services would likely lead to an even further decrease in the number of students enrolled.  Even students who could afford to enroll might not, fearing that they would no longer get the high-quality UMass Amherst experience and education they have come to expect.  Loss of operating revenue would also likely result in academic programs and services being cut, as well as faculty and staff layoffs.

31. A loss in funding would also likely reduce the ability to provide UMass Amherst students with work-study and other employment opportunities.  Student employees are vital to the functioning of UMass Amherst's support services.  Over 400 Resident Assistants and Peer Mentors staff the 52 residential facilities, playing crucial roles in community development, student learning, and policy enforcement.  At Recreation and Wellbeing, more than 300 student staff support various operations, from facility management to peer education on nutrition, stress, sleep, and movement.  These roles not only keep operations running but also provide essential financial support to students, helping them stay in school and graduate.

32. The University of Massachusetts Chan Medical School ("UMass Chan Medical School") has graduate programs only and, therefore, does not have student recipients of Pell Grants.  In the 2024-2025 academic year, UMass Chan Medical School has 675 students who receive a total of $31,547,118 from the Federal Direct Loan program.  Of that total number of loan recipients in the 2024-2025 academic year, all 675 students receive Federal Direct Unsubsidized Loans for a total of $22,104,379.  And of that total number

of loan recipients (675) in the 2024-2025 academic year, 324 students receive Federal

Direct Grad PLUS Loans for a total of $9,442,739.

33. The cessation and/or compromised functionality of the Department's student loan

services further irreparably harms the students of institutions, like UMass Chan Medical

School, who have been severely and irreparably impacted by the failure of other federal

agencies including, but not limited to, the National Institutes of Health ("NIH") to honor

not only their funding obligations but the federal courts orders concerning them.  These

unlawful actions by federal agencies such as NIH, which are the subject of pending

litigation, have forced many institutions, including UMass Chan Medical School, to

freeze institutional financial aid, meaning UMass Chan Medical School cannot make up

for the Department's cessation and/or interruption to its student loan services by offering

students institutional financial aid.

34. Since the March 11, 2025 announcement of its impending closure, the University of

Massachusetts has observed numerous harmful impacts including, but not limited to, the

following:

    a.   A significant disruption of FAFSA completion for students and families.

    b.   FAFSA Call Center Customer Service Support has significantly declined.

    c.   Department Regional Offices that oversee the Program Participation Agreement

        ("PPA"), including statutory requirements outlined by the Higher Education Act

        ("HEA"), have been closed.  These Department offices were already dealing with

        a backlog of changes due to implementing the new PPA system in the

        Department's Common Origination and Disbursement system ("COD").

d.  There has been an increase in rejected Institutional Student Information Records ("ISIR") due to a lack of systematic support from the Department. The resolution timeline for these rejections is quite significant, which delays the processing of aid for University of Massachusetts' students.

e.  Uncertainty about the Department's future, including what services will continue to be supported, has caused an increase in phone calls from students and parents to University of Massachusetts' financial aid and other offices regarding the availability of aid and whether or not the FAFSA should be completed.

f.  Uncertainty regarding loan and repayment options hinders current and future loan borrowing conversations.

g.  There are significant staff concerns about the level of funding and support for federally-funded bridge programs.

35. The Department's closure and the potential loss of federal funding through the Department will have far-reaching and devastating effects on various educational initiatives and support systems which will impact University of Massachusetts students in significant ways including, but not limited to, the following:

a.  There would be a significant impact on the Massachusetts Inclusive Concurrent Enrollment Initiative ("MAICEI"), a program that relies heavily on state budget funding.  This initiative is crucial for students with intellectual disabilities and autism, as state law mandates their inclusion in state colleges and universities. Without federal support, the MAICEI program would face severe financial strain, jeopardizing its ability to provide necessary services and accommodations.

b.  Federal financial aid is a lifeline for many University of Massachusetts students with disabilities, and its loss would greatly hinder their ability to access higher education.  For example, diagnostic documentation is a critical component of the legally required review process for accommodations.  Students who cannot obtain this documentation through their school system must rely on healthcare and insurance, which often do not cover the necessary testing.  This financial burden would disproportionately affect students who acquire disabilities later in life or need testing for learning disabilities, making it difficult for them to access the accommodations they need.

c.  Additionally, the elimination of federal work-study funds would reduce job opportunities for University of Massachusetts student workers, forcing educational institutions, such as the University of Massachusetts to hire non-work-study students for essential positions such as exam proctors and classroom access assistants.  This shift would increase budgetary pressures and limit the ability to support students effectively.  Work study positions at the University of Massachusetts allow for another point of contact with student affairs professionals ensuring students don't fall through the cracks and can get connected to services and support.  Many students with work study maintain the need to work multiple jobs to sustain access to basic needs and ease financial burden to family members at home.

d.  The impact on Social Security benefits would further exacerbate these challenges. Many University of Massachusetts students with significant mobility or medical disabilities rely on Supplemental Security Income ("SSI") and MassHealth for

personal care assistance. The loss of these benefits would prevent these students from enrolling in college, as they would have to rely on family members for personal care. This situation would disproportionately impact family caregivers, particularly mothers, who often bear the brunt of these responsibilities. Consequently, students who are parents of children with disabilities would face additional challenges, including reduced time for study, increased costs, and extensive care duties. Students who receive financial aid are at greater risk of experiencing challenges accessing basic needs like housing and food security, mental health, and healthcare outside of the school environment. Without aid these students may fall through cracks and experience diminished outcomes.

e. Low-income University of Massachusetts students rely on the university structure, including curricular and cocurricular opportunities, to provide connection, services, mentoring and job coaching for work readiness. This university structure maintains protective, developmental, and support services to prepare them to become independent and productive contributing members of society. In addition to education, students on financial aid access an entire system of services that society would need to provide through alternate means, burdening the existing underfunded human service sector.

f. Student Parent Programs is dedicated to supporting undergraduate and graduate students at the University of Massachusetts who are caring for dependent children by providing wraparound services that support their educational goals. These services include, but are not limited to, managing the CCAMPIS grant which provides childcare subsidies to students, managing campus-based childcare

18

subsidies, connecting students to campus and community basic needs resources such as SNAP, WIC, housing subsidies, utilities subsidies, health care programs, etc.), hosting parenting workshops, support groups, and study lounges.  During the fall 2024 semester, SPP awarded $131,587.39 in childcare subsidies to undergraduate and graduate students representing 49.84% of the applicants need ($264,040.25).  In Fall 2024, 72% of undergraduate and 27% of graduate students who received childcare subsidies were single parents and 61% of undergraduate and 30% of graduate students had a household income that was less or equal to 100% of the 2024 federal poverty guidelines.

g.  In summary, the loss of federal funding through the Department will cause irreparable harm to educational initiatives and student support systems.  It will create significant financial barriers for students with disabilities, reduce job opportunities, and place undue burdens on family caregivers. The ripple effects of this funding loss will undermine efforts to create an inclusive and supportive educational environment, ultimately hindering the academic and socio-economic future of countless students.

36. The Department's responsibilities are not just financial. The Department manages large-scale data collection and enforcement which would not be possible on a state-by-state basis.  Such data are described in various Congressional Acts and often implicate campus safety.  Collecting this vital data across states, and therefore monitoring nationwide trends, would be infeasible for individual states to perform and would thereby go unenforced.

37. For example, the University of Massachusetts relies on the Department for information concerning important congressional acts, such as the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act ("Clery Act"), for information concerning local and national trends that can be helpful in securing campus safety, understanding trends, and assessing violence prevention and reporting mechanisms. Timely, accurate, and complete access to data and guidance from the Department is essential to the university's ability to comply with federal regulations, sustain accreditation, operate effectively, and promote student success. Delays, gaps, or losses in federally managed data compromise compliance with critical laws such as the Clery Act, the Drug-Free Schools and Communities Act, the Violence Against Women Act ("VAWA"), and the Family Educational Rights and Privacy Act ("FERPA"). For example, delayed access to crime data can result in incomplete or inaccurate Annual Security Reports and hinder the University of Massachusetts's ability to issue timely safety alerts, posing a direct risk to campus safety and resulting in non-compliance or fines.

38. Similarly, inaccurate or outdated substance use disorder data may undermine program evaluation and reporting efforts required by the Drug-Free Schools and Communities Act, jeopardizing federal funding. Under VAWA, lack of access to current definitions or national trends can lead to inconsistent training, policy implementation, and response protocols, increasing legal liability. FERPA compliance may also be compromised by delayed updates to privacy guidance, potentially leading to improper handling of student records in areas such as emergency data sharing, research, or parental access.

39. Collectively, these disruptions elevate institutional risk and weaken the university's ability to maintain current, effective, and legally sound practices. The impact extends directly to accreditation at both the institutional and program levels. Accrediting bodies depend on federally verified data—such as retention and graduation rates, financial aid distribution, and other performance metrics—to assess institutional effectiveness, regulatory adherence, and continuous improvement. Federal data is used to place institutional performance in context. Accreditors compare an institution's outcomes to those of peer institutions to evaluate whether it meets or exceeds national norms or regional expectations. Missing or delayed data can slow down self-study preparation, complicate accreditation reviews, and result in negative findings or delayed reaffirmation. At the program level, specialized accreditors in disciplines such as education, business, and healthcare rely on data to evaluate licensure pass rates, job placement outcomes, demographic equity, and compliance with federal standards. Data gaps may jeopardize programmatic accreditation, limiting students' access to licensure pathways or eligibility for federal aid. Without consistent, high-quality data, the university's ability to demonstrate accountability, transparency, and educational quality is significantly compromised.

40. In addition to compliance and accreditation, gaps in Department-managed data disrupt institutional business operations by weakening the university's ability to benchmark against national standards. Federal datasets serve as essential reference points for assessing performance in areas such as enrollment trends, financial aid distribution, student outcomes, and compliance effectiveness. Without access to these benchmarks, the university cannot accurately evaluate its position relative to peer institutions, identify

operational gaps or opportunities, or make informed, data-driven decisions about program development, resource allocation, and long-term strategy. This lack of comparative insight limits institutional accountability and diminishes competitiveness in an increasingly data-informed higher education environment.

41. Finally, student recruitment, retention, and success are closely tied to the availability of federal data. Prospective students and families use tools like IPEDS and the College Scorecard to assess graduation rates, affordability, and student outcomes when comparing institutions. Inaccurate or missing data in these public-facing platforms can harm the university's credibility and reduce its appeal to applicants. Internally, national benchmarks are vital for identifying at-risk student populations, assessing the effectiveness of support services, and guiding investment in student success initiatives. Without timely and complete federal data, the university's ability to proactively support students—from enrollment through graduation—is severely limited, weakening both retention strategies and overall student outcomes.

42. In addition, the closure or reduction in staffing at the Department's Institute of Education Sciences ("IES") will have negative impacts on the University of Massachusetts, as many programs and departments at the University of Massachusetts work closely with and depend upon IES. For example, UMass Boston's College of Education and Human Development ("CEHD") is its most productive research unit and receives significant Department and IES funding.

43. UMass Amherst also has several projects underway, funded by the Department's IES, in its College of Education, each with specific objectives and funding arrangements. These include two current training grants, as well as one grant and two subcontracts funded

through IES.  All of these projects have been impacted by current layoffs/RIF cuts in the Department, including the firing of the program officers who supported these projects beginning in the proposal phase and who request and review annual reports for active projects.

a. The Next Generation of Culturally Responsive Leaders for the Administration of Special Education ("NextGen") project is an OSEP funded training grant for doctoral students interested in Special Education Administration and School Psychology.  The aim is to cultivate culturally responsive leaders in special education.  With a total funding of over $1.2 million, the project has successfully engaged five fellows through each year of the project (five 10-hour/week graduate assistants currently) and contributes highly qualified professionals to local school districts . NextGen is set to conclude by September 30, 2026.

b. In collaboration with Arizona State University, UMass Amherst is working on another OSEP training program for doctoral trainees in Special Education.  Their training grant is titled Preparing Leaders in Education, Disability, and Juvenile Justice ("PLEDJJ").  The PLEDJJ consortium will empower special education teachers to enter future positions to teach, conduct transdisciplinary research, prepare special education professionals, and advance knowledge in the field while learning from experts at UMass Amherst and Arizona State University.  This project has received over $1.1 million in funding and currently supports three doctoral student fellows.

c. UMass Amherst also has another IES-funded project titled *Adult Skill Assessment Project: Actionable Assessments for Adult Learners* ("ASAP") with over $3

million in total funding.  This project, which aims to enhance adult learning

assessments, is projected to run until August 31, 2026.  The mission of this project

is to discover and document the assessment needs in adult education and

workforce development, and to meet these needs by creating and supporting

online banks of literacy and numeracy tasks to serve the assessment needs of adult

learners, adult educators, employers, and researchers. In this project, the research

team, composed of national leaders in the assessment and validation of academic

outcomes, technology, and adult literacy, will develop digital, personalized

assessments that leverage technology to increase access, effectiveness, and

meaningful learning opportunities for adult learners.  ASAP will result in digitally

distributable online banks of assessment tasks in literacy, numeracy, and the

intersection of these two domains; to serve the assessment needs of adult learners,

adult educators, career counselors, and employers.  ASAP assessments will be

available on practically any digital device anywhere at any time, using brief

assessment modules that can be taken in isolation or systematically pieced

together to form larger assessments tailored to specific assessment goals.  ASAP

is one of six projects that is part of the CREATE Adult Skills Network -- a

national initiative to build knowledge about using technology to support teaching

and learning funded by IES.

d.  UMass Amherst also has current subcontracts funded by IES.  An example of one,

is a project in collaboration with the University of South Florida and is titled

*Efficacy of a Selective Intervention to Improve Middle School Students' Subjective*

*Well-Being.*  This project received over $1.3 million in funding and is in its final

year.  This project has successfully implemented a positive psychology intervention across 15 schools in Florida and Massachusetts and includes almost 1,000 middle-school students, their caregivers, and teachers across four years of intervention implementation and evaluation.  The goal is to promote well-being, mental health outcomes, and academic achievement among middle school students.  The project is set to conclude by June 30, 2026 and is awaiting year five funds for dissemination activities next year.

e.  Another example is UMass Amherst's Para-to-Teacher Program for Early Childhood Education Licensure in Massachusetts.  This para-to-teacher training initiative, funded by the Department's Teacher Quality Partnership ("TQP") program, has secured over $2.3 million and is in its second year, with plans to continue until September 30, 2027.  This project is in partnership with Holyoke and Springfield Public School districts and is working to address teacher shortage areas in early childhood education through the development of high quality and accessible teacher training programs through blended online and in person training components.  This funding aims to develop 35 new teachers for these school districts, and to develop an ongoing model for training paraprofessionals working in schools to become licensed teachers.  The Department terminated this project in February 2025 and, through federal court proceedings, a preliminary injunction has been entered ordering the Department to continue that important project.

44. The closure and/or reduction in IES staffing will likely harm the University of Massachusetts in the following ways:

a.  Slower grant award and administration processes.

b.  Delayed funding decisions because of fewer IES reviewers and program officers available to process grant applications, leading to longer wait times for award announcements and potential gaps in funding.

c.  Extended grant negotiations concerning project scopes, budgets, and timelines, delaying project launches and key milestones.

d.  Reduced technical assistance and guidance.

e.  Proposal development will be negatively impacted as IES program officers often offer clarifications on Requests for Applications ("RFA") and feedback during the application process. With fewer staff, the University of Massachusetts will likely not receive timely support or guidance.

f.  Compliance and reporting will be negatively impacted, as grantees rely on IES for help interpreting program rules and reporting requirements. A smaller IES workforce will hamper the Department's responsiveness, making it harder to meet deadlines and/or navigate complex federal regulations.

g.  There will be less capacity for data collection and dissemination because national data sets for IES agencies, such as the National Center for Education Statistics ("NCES") (which produces major data collections such as IPEDS, NAEP) will likely delay data releases and/or limit the depth of available data, impacting our ability to conduct timely, data-driven studies.

h.  Research infrastructure will be weakened.  Large-scale studies funded by IES often generate new methodologies, tools, or databases that benefit the broader

research community.  Reduced staff will likely mean fewer such initiatives and less cutting-edge data infrastructure available to the University of Massachusetts.

i. Weakened policy and practice feedback will result from the Department's inability to conduct program evaluations.  With its current staffing, IES supports rigorous program evaluations that often inform higher-education and K–12 policies. With fewer staff to oversee evaluations or disseminate findings, the University of Massachusetts will likely be hampered in aligning research agendas with national education-policy priorities.

j. Limited Implementation Support: If the IES staff who translate research findings into practical guidance for schools and institutions are cut, campus administrators and faculty may have fewer federal resources to lean on when adapting programs for local needs.

k. The University of Massachusetts will likely experience a decrease in research opportunities and new funding competitions as a reduced and/or eliminated IES workforce is likely to result in fewer or scaled-back solicitations for new research which will reduce the volume and scope of projects.

l. Reduced innovation and collaboration will result as many IES-funded projects are collaborative, multi-institution efforts. IES staff shortages will likely deter and/or delay partnerships that rely on federal coordination, slowing innovation across the field.

m. Reduction/elimination of IES staff will cause the University of Massachusetts to incur increased administrative burdens and attendant costs.  When IES personnel are less available for troubleshooting or streamlined processes, the administrative

burden concerning grants will shift to the University of Massachusetts' grants offices to ensure compliance and keep projects on track. University of Massachusetts faculty will need to devote resources to navigating federal requirements, rather than on designing and implementing research.

45. The delays, at best, and complete cessation, at worst, of the Department's functionality including, but not limited to, its processing of federal student aid funding, grant provision and support, and its compilation of Congressionally-required information, have far-reaching and irreversible consequences. Students lose educational opportunities, with low-income and first-generation students and their families bearing the heaviest burden. These looming existential threats will lead to program closures, layoffs, and institutional shutdowns. The broader higher education ecosystem will lose capacity to fulfill its mission of expanding opportunity. Campus communities will become less of a contributor, and may cease contributing entirely, to the critical functions that drive the economic engines that have built and sustain the Commonwealth and this country.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 24, 2025, at Westborough, Massachusetts.

/s/ *Denise Barton*
Denise Barton