# EXHIBIT 27

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>  Plaintiffs,<br><br>       v.<br><br>LINDA McMAHON, *et al.*,<br><br>  Defendants. | C.A. No. 1:25-cv-10601 |

**DECLARATION OF MICHAEL F. RICE, PH.D.**

     I, Michael F. Rice, Ph.D., pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

     1.    I am the Superintendent of Public Instruction within the Michigan Department of Education (MDE), a position I have held since 2019. As State Superintendent, I oversee the entire MDE, including the Division of Business, Health, and Library Services; the Division of Assessment, School Improvement, and Systems Support; and the Division of Education Excellence, Career and Technical Education, Special Education and Administrative Law.

     2.    As State Superintendent, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

     3.    I submit this declaration in connection with the announcement by the U.S. Department of Education ("ED") on March 11, 2025, that ED would be reducing its staff by 50% and that this was only the "first step" to a "total shutdown" of the Department. U.S. Department of Education Initiates Reduction in Force, Press Release, Department of Education (Mar. 11,

1

2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

## Michigan Department of Education

4. MDE is the state education agency (SEA) for federal programs, including programs under the Individuals with Disabilities Education Act (IDEA) and Title I through V of the Elementary and Secondary Education Act (ESEA).

5. MDE is budgeted to receive more than $1.4 billion from the U.S. Department of Education (ED) in fiscal year 2025 which, among other things, funds approximately half of MDE's staff. Of the more than $1.4B that MDE receives from ED, approximately $488M is for special education through IDEA, $714M is for Title I-V programs, and $248M is for other federal programs.

6. Approximately 14% of Michigan's students qualify for special education services through the federal Individuals with Disabilities Education Act (IDEA). Federal funding is used to pay the excess costs for special education teachers and administrators; related service providers, materials, and supplies for students with disabilities; professional development; and specialized equipment or devices to improve learning outcomes for students. Full funding of IDEA Part B is necessary for ensuring that a free appropriate public education is provided to students with disabilities, a requirement of IDEA. Federal funds in the amount of $488M are critical to ensuring that Michigan can provide necessary services to students. As it stands now, Michigan already spends an additional $600M to cover the current gap between what districts receive in special education revenue and what they spend on special education programs and services to the State's more than 200,000 students with disabilities.

7. Over $700M in federal funding is annually provided to MDE to support the various Title I – V programs including those for improving educational programs (Title I Part A), supporting Migrant and Indian Education programs (Title I Part C), English learner and Immigrant Education programs (Title III Part A), Rural Low-Income Education programs (Title V Part B), and programs designed to support neglected and delinquent students (Title I Part D). The aforementioned programs are further supported with Title IIA funding, which supports effective instruction with, but not limited to, professional development, educator recruitment, and systems support. Without this critical federal funding, many students would be left with fewer supports to help them to be better learners. In addition, funding under the McKinney-Vento Act provides critical support for the student population experiencing homelessness that continues to grow after COVID-19. Post-federal relief funds (Elementary and Secondary School Emergency Relief (ESSER) and American Rescue Plan (ARP)) further support educational needs that have arisen after the COVID-19 pandemic. Over 90% of Michigan public schools receive some Title I funds, to help ensure that all children receive a more equitable, high-quality education. Title I is a critical program that is intended to address systemic funding and opportunity gaps.

8. MDE's budget for this year relies on all these federal funding sources and MDE made plans and allocated funding for staffing and programs based on the anticipated receipt of federal funding from ED promised under the IDEA, ESEA Title programs, and other federal programs.

**Impacts of the dismantling of ED**

9. The dismantling of ED, including the reducing of 50% of ED's staff, would have a direct, immediate, and adverse impact on the State of Michigan's ability to operate the

programs listed above. Given my experience, I do not believe ED can meet its obligations to administer the programs listed above with a 50% reduction in staff. Moreover, the 50% reduction in ED's staff is only a prelude to additional cuts at ED—in programs, protections, and funds—as demonstrated by the current administration's stated goal of eliminating ED. Without ED, MDE—and other state education agencies—would face the brunt of the burden to replace ED's functions, without funding and staff to support these functions.

10. **Funding.** To start, depending on the fiscal year, MDE receives approximately 10% of the State's education funding from ED, and federal funding from ED pays for more than half of MDE's staff. If this funding is affected by the reduction in ED's staff or other efforts to dismantle ED, local school districts would have to determine cuts to federally funded programs, including for economically disadvantaged students, and MDE would be forced to consider reducing its staffing and the services that it provides. Such reductions in staff and/or services would affect local school districts' ability to serve students and MDE's ability to assist local school districts in educating children. These reductions might also reduce or delay subgrants of funds to local districts.

11. **Federal Disbursements.** MDE draws $45M weekly in federal disbursements. Michigan requests weekly disbursements of these funds based on verified expenditures from both the state agency and local agencies. If MDE does not receive such disbursements, the State of Michigan would be required to cover those expenditures. If Michigan is not able to cover requests for disbursement, MDE may run afoul of federal regulations requiring timely disbursement to local agencies.

12. **Payments**. The reduction of staff at ED would affect the ability of ED to maintain payment systems and process disbursement on which MDE relies to fund educational programs

in Michigan. For example, the G5 grant system used by ED to disburse some federal grants was unavailable for several hours on March 12, 2025, the day after ED reduced its staff by 50%. In addition, MDE submitted a request for Elementary and Secondary School Emergency Relief (ESSER) funding in December 2024 under the American Rescue Plan Act (ARP) and the Coronavirus Response and Relief Supplemental Appropriations Act (CRRSA), which would usually be processed and paid within a week but has been pending for several weeks.

13.    **Administrative impacts.** MDE relies on ED staff for guidance and technical assistance to ensure compliance with federal program requirements. The 50% reduction in ED staff would lead to delay or would eliminate such assistance and could lead to compliance challenges.

14.    **Capacity-Building Cuts.** Cuts to capacity-building entities such as Regional Educational Laboratories and Comprehensive Centers undermine the ability of state, regional, and local school districts to serve children. In the last month, both Regional Educational Laboratories and Comprehensive Centers contracts have been terminated.

15.    **Data and Data Systems**. Nationally, the termination of nearly $900M in contracts issued by the Institute of Education Sciences could result in the halting of important education research and data gathering efforts that supports states and districts. MDE relies on data provided by these ED data systems to implement federal programs.

16.    **Teacher Preparatory and High Impact Leadership Grants.** In February, ED announced cuts to those grants. Western Michigan University lost two grants: the Urban Teacher Residency Program and High Impact Leadership for School Renewal.

17.    **Civil rights protections for students.** ED's Office of Civil Rights (OCR) provides a mechanism for students to pursue civil rights violations against local school districts

and schools. Students in Michigan—particularly economically disadvantaged students, who may be unable to afford lawyers to pursue litigation—rely on OCR for enforcement of federal civil rights laws against local districts. The reduction of staff at ED, including substantial numbers of OCR staff and several of the regional OCR branches accordingly to media reports, leaves Michigan students vulnerable to federal civil rights violations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  March 19, 2025

                                                              Michael F. Rice, Ph.D.
                                                              State Superintendent
                                                              Michigan Department of Education