# EXHIBIT 28

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>　Plaintiffs,<br><br>　　　　v.<br><br>LINDA McMAHON, *et al.*,<br><br>　Defendants. | C.A. No. 1:25-cv-10601 |

**DECLARATION OF BEVERLY WALKER-GRIFFEA, PH.D. (MICHIGAN)**

I, Beverly Walker-Griffea, Ph.D., pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1.　I am the Director of the Michigan Department of Lifelong Education, Advancement and Potential (MiLEAP). In this role, I oversee the Office of Early Childhood Education, Office of Higher Education, and Office of Education Partnerships. MiLEAP's mission is to establish and implement a statewide vision for lifelong education from birth to preschool to postsecondary, including expanding equitable access to quality, affordable programs and services and improving outcomes for all Michiganders in early learning and care and higher education.

2.　I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

3.　I submit this declaration in connection with the announcement by the U.S. Department of Education ("ED") on March 11, 2025 that it was reducing its staff by approximately 50% and that this was only the "first step" to a "total shutdown" of the

Department. U.S. Department of Education Initiates Reduction in Force, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

### Michigan Department of Lifelong Education, Advancement and Potential

4. MiLEAP is state agency that focuses on preparing children for kindergarten and helping more people earn a skill certificate or degree post-high school.

5. MiLEAP receives approximately $68M from ED for fiscal year 2025. This includes approximately $14M for preschool grants under Part B of the Individuals with Disabilities Education Act (IDEA), $14M for early intervention grants under IDEA Part C, and $40M for 21st Century Community Learning Centers.

6. MiLEAP's budget for this year has relied on the federal funds listed above and, based on the anticipated receipt of this federal funding, MiLEAP made plans and allocated funding for grants to local service providers, support for childcare providers of 43,000 children from working families, and for MiLEAP staffing.

### Impacts of the dismantling of ED

7. The dismantling of ED, including the reducing of 50% of ED's staff, would have a direct, immediate, and adverse impact on the State of Michigan's ability to operate the programs listed above. Given my experience, I do not believe ED can meet its obligations to administer the programs listed above with a 50% reduction in staff. Moreover, the 50% reduction in ED's staff is only a prelude to additional cuts at ED—in programs, protections, and funds—as demonstrated by the current administration's stated goal of eliminating ED. Without ED, MiLEAP would face the brunt of the burden to replace ED's functions related to the programs addressed above, without funding and staff to support these functions.

8. For the IDEA programs operated through MiLEAP, these programs help support children with developmental delays or disabilities through special education services from birth to five years-old. A reduction or elimination of these IDEA programs by ED would decrease or eliminate specialized staff and assistive technology at local schools, and children will not receive special education services outlined in their IEPs (individual education plans) or Individual Family Support Plans (IFSPs). In addition, 80% of federal funding from IDEA Part C supports Early On Services for Michigan's youngest children with developmental delays. Reduction or elimination of these funds would negatively impact the number of children that can be served and staff who are providing those services. In Michigan, Early On Services served 27,629 children during the 2023-2024 program year.

9. For the 21st Century Community Learning Center program operated through MiLEAP, this program supports the creation of community learning centers that provide academic enrichment opportunities for K-12 students before and after school hours, focusing on students from high-poverty and low-performing schools. Reduction or elimination of the 21st Century program would reduce or eliminate options for students who benefit from this additional support.

10. In addition, the reduction in staff and elimination of ED will directly impact the Pell grant program operated by ED and the Free Application for Federal Student Aid (FAFSA) form overseen by Federal Student Aid. Michigan students in colleges and universities, who meet the financial needs requirements, received nearly $800M in Pell grants for the current academic year. If Pell grants were eliminated or reduced, or if the reduction in staff at ED delays the disbursement of Pell grants, Michigan students would immediately face increased college costs.

Neither MiLEAP—nor any state government agency in Michigan—has the infrastructure, staff, or funding to replace the elimination of Pell grants.

11. The reduction of staff at ED would also affect the ability of ED to maintain payment systems and process disbursement on which MiLEAP relies to fund programs in Michigan. For example, the G5 grant system used by ED to disburse some federal grants was unavailable for several hours on March 12, 2025, the day after ED reduced its staff by 50%.

12. In addition, MiLEAP relies on ED staff for guidance and technical assistance to ensure compliance with federal program requirements. The 50% reduction in ED staff would lead to delay or would eliminate such assistance and could lead to compliance challenges.

Dated: March 20, 2025

*Beverly D. Walker-Griffea*
Beverly Walker-Griffea
Director
MiLEAP