# EXHIBIT 30

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>  Plaintiffs,<br><br>       v.<br><br>LINDA McMAHON, *et al.*,<br><br>  Defendants. | C.A. No. 1:25-cv-10601<br><br>**DECLARATION** |

### DECLARATION OF J. Michael Gower

I, J. Michael Gower, declare as follows:

    1.    I am a resident of the State of New York. I am over the age of 18 and have personal knowledge of all the facts stated herein, except for those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

    2.    I am the Executive Vice President – Chief Financial Officer & Treasurer at Rutgers, the State University of New Jersey ("Rutgers" or "the University"). My educational background includes a B.A. in Political Science and an MBA, each from Duke University. I have been employed as Rutgers's Chief Financial Officer & Treasurer since September 30, 2013. I have been employed in the role of Chief Financial Officer at two other universities, each of which received significant research awards from the National Institutes of Health. I also previously served as the Chief Financial Officer at the Duke University School of Medicine.

1

3.  As the Executive Vice President – Chief Financial Officer and Treasurer at Rutgers, I have personal knowledge of the matters set forth below or know of them based on my review of information and records gathered by Rutgers staff.

4.  I submit this declaration in connection with the announcement by the Department of Education ("the Department") on March 11, 2025, that it would be reducing its staff by 50% and that this was only the "first step" to a "total shutdown" of the Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

5.  Founded in 1766, Rutgers is the oldest, largest, and highest-ranked public university in the New York/New Jersey Metropolitan area and is among the nation's highest-ranked public research universities. As New Jersey's land-grant university, Rutgers has a significant academic and clinical health sciences presence across the state, including activity in each of the State's 21 counties and three campuses located in the cities of Camden, Newark, and New Brunswick, New Jersey. Rutgers is accredited as one university, and the president presides over the University as the chief executive officer. Reporting to the president are four chancellors: the Chancellors of Rutgers University–New Brunswick and Rutgers Health—whose units together compose the Association of American Universities (AAU) unit of Rutgers—and the chancellors of Rutgers University–Newark and Rutgers University–Camden. Within this four-unit structure are numerous research centers and institutes, academic medical centers, and 29 schools and colleges, including colleges of liberal arts and sciences, a school of environmental and biological sciences, a school of engineering, a school of the arts, other professional schools, and graduate programs. We presently serve over 69,000 students, 82% of whom are New Jersey

residents. As one of the largest employers in the state, Rutgers has a workforce that includes more than 10,000 full- and part-time faculty members and more than 17,450 full- and part-time staff. Each of the Rutgers units has its own distinct characteristics that contribute to the strength of our university; all are recognized within the U.S. News & World Report: America's Best Colleges top 50 public, national universities. Rutgers–New Brunswick, established in 1766, is New Jersey's leading public research university—a Research 1 designated institution and our largest chancellor-led unit. Rutgers–Newark, is an urban research (R2) university located in New Jersey's largest city that leverages its diversity and proximity to New York City. It is recognized as a driver of economic prosperity and social mobility and an anchor institution for its host city of Newark. Rutgers–Camden, our southern-most and smallest campus, is located in the Delaware Valley, which affords its community access not just to a personalized, close-knit, and robust experience on campus but also to the academic, cultural, and career resources available just across the Delaware River in Philadelphia. The University's fourth chancellor-led unit, Rutgers Health, is one of the nation's largest academic health centers, integrating education, research, and clinical care. It is also the largest academic health center within the state. Rutgers Health offers the broadest scope of programs for educating doctors, nurses, dentists, pharmacists, and other healthcare professionals in medicine, nursing, dentistry, pharmacy, and other health professions, making it a leading institution for healthcare education in New Jersey. It is home to Rutgers Cancer Institute of New Jersey, the State of New Jersey's only National Cancer Institute-designated Comprehensive Cancer Center.

6. As detailed below and given my experience and the information provided to me through Rutgers staff, I do not think that the Department can meet its obligations to administer the programs described below in light of the expected reduction in its workforce. The

Department's failure to meet its program obligations will have a profound and long-term negative impact on Rutgers. This will affect the administration of federal student aid and the thousands of Rutgers students who rely on federal funding. Beyond encountering a sense of frustration and exhaustion, students and families who repeatedly encounter difficulty while attempting to access the information and services on which they rely may eventually even resort to abandoning the pursuit of a college degree. The workforce reduction in the Department will also disrupt the data collection and enforcement of federal programs that Rutgers relies on for its operations. The University will face difficulties complying with changing regulations without timely Department guidance and resources. Policymakers who rely on Department data, guidance, and resources will face hurdles in creating effective policies that improve access, affordability, and student success. In short, for the reasons indicated below, the Department's workforce reduction will cause significant risks and impacts, approaching a crisis, to Rutgers student finance operations, university operations, and student success. These are not isolated to Rutgers and will undoubtedly be experienced across the higher education sector.

## Federal Student Aid

7.  The federal student loan programs administered by the Department under Title IV of the Higher Education Act of 1965, as amended, are vitally important for Rutgers's operation. The Department of Education's Office of Federal Student Aid (FSA) handles loan disbursement, servicing, and borrower assistance for Rutgers students and prospective students.

8.  FSA administers Pell Grants, work-study programs, and subsidized loans. In the 2023-24 aid year, Rutgers students received over $491 million in federal aid through Pell Grants, Supplemental Educational Opportunity Grants, Federal Work-Study, and Direct Loans. For the current aid year, 2024-25, which is in progress, over $626 million in federal aid has been

awarded-to-date to Rutgers students. The below chart shows a breakdown of the number of students who have received each federal grant or loan and the amount paid to students for the 2023-24 and 2024-25 aid years:

| 2023 – 2024 AID YEAR | | |
|---|---|---|
| **Grant** | **Student Recipients** | **Amount Paid to Students** |
| Pell Grant | 16,013 | $93,899,466 |
| Supplemental Education Opportunity Grant | 2,025 | $4,637,139 |
| Direct Subsidized Stafford Loan | 13,640 | $58,806,515 |
| Direct Unsubsidized Stafford Loan | 20,173 | $200,215,089 |
| Direct Graduate Plus Loan | 2,606 | $81,928,252 |
| Direct Plus Loan | 2,129 | $46,995,163 |

| 2024 – 2025 AID YEAR (in progress) | | |
|---|---|---|
| **Grant** | **Student Recipients** | **Amount Paid to Students** |
| Pell Grant | 18,545 | $109,479,184 |
| Supplemental Education Opportunity Grant | 1,743 | $2,332,684 |
| Direct Subsidized Stafford Loan | 12,250 | $53,011,560 |
| Direct Unsubsidized Stafford Loan | 20,285 | $274,535,605 |
| Direct Graduate Plus Loan | 2,547 | $133,053,156 |
| Direct Plus Loan | 2,679 | $54,566,716 |

9.  FSA also develops the Free Application for Federal Student Aid (FAFSA) form and processes students' FAFSA submissions. In the 2023-24 aid year, Rutgers received 45,586 FAFSA forms for enrolled Rutgers students. For the current aid year, 2024-25, which is in progress, Rutgers has received 45,816 FAFSA forms for enrolled Rutgers students. Students enrolling in Rutgers schools must complete the FAFSA before their first year of enrollment and then resubmit the FAFSA each subsequent year of schooling. The federal deadline for applicants to submit their FAFSA forms for the 2025-26 school year is June 30, 2026. Many students choose to submit their FAFSA forms earlier because their understanding of what, if any,

financial aid they qualify for informs their decision about whether they can afford to attend college and, if so, which college they can afford to attend. As such, Rutgers established a priority FAFSA submission filing deadline of February 1, 2025, for the 2025-26 school year, applicable to both incoming and returning students. Meeting this priority deadline ensures maximum financial aid consideration. The FAFSA is also used for non-Federal financial aid considerations, such as financial aid from the state of New Jersey and institutional aid from Rutgers. For states, FAFSA filing deadlines are often well before the federal deadline.[1]

10. The Department's workforce reduction is expected to impact Rutgers's day-to-day operations significantly and have a detrimental effect on students. These anticipated consequences are expected to be significantly worse than the well-documented challenges experienced by higher education institutions and their students during the implementation of the FAFSA Simplification Act of 2024.[2] In that case, Rutgers, like institutions of higher education across the country, alongside secondary schools and prospective college students, navigated months of delays and uncertainty that arose from FSA's challenged launch of a new FAFSA form. Colleges and universities were late in developing students' financial aid offers because they could not access the information they needed. Prospective students and their families, who were waiting for delayed admission and/or aid offers, were forced to make rushed decisions about where to enroll—or whether to forego enrollment until information could be available. These FAFSA delays and other related issues led to a nine percent decline in submitted FAFSA

---

[1] Higher Education Student Assistance Authority, *New Jersey Financial Aid Deadlines for Academic Year 2025-2026,* https://tinyurl.com/4rnp6wr2.
[2] U.S. Government Accountability Office, *Botched FAFSA Rollout Leaves Uncertainty for Students Seeking Financial Aid for College* (Sept. 24, 2024), https://tinyurl.com/3cat7jdm; Inside Higher Ed, *Untangling the Bungled FAFSA Launch* (March 4, 2024), https://tinyurl.com/4cf2dwhh.

applications among first-time applicants, with an overall decline of about 432,000 applications as of the end of August 2024. The delays disproportionately affected low-income students, whose rushed decisions put them at risk of taking on more debt than necessary or forgoing college altogether.[3]

      11.     The Department's workforce reduction will likely delay the availability of federal financial aid if the forms are not processed on time, creating cash flow challenges for Rutgers. The Department's Common Origination and Disbursement system determines the amount of funds available by program. The amount available is based on the aggregate of student eligibility determined through the FAFSA. Institutions receive these funds via a "drawdown" process. The funds are then dispersed to individual students, either paying their direct outstanding federal aid-eligible tuition and fee charges to Rutgers and/or refunding the excess amount to the student for their use toward indirect qualified expenses. At the beginning of each semester, these drawdowns typically consume the most available funds to support financial aid programs such as the Pell Grant, work-study, and Supplemental Educational Opportunity Grant programs. Delays in Rutgers's ability to process and refund aid due to the workforce reduction at the Department will impact students' timely access to funds they use for tuition, housing, and other expenses. When students experience delays in receiving their financial aid (e.g. grants, loans, and work-study), they have difficulty paying their term bills on time. This leads to increased outstanding receivables for Rutgers, negatively impacting cash flow, working capital, and the university's ability to meet its financial obligations.

---

[3] MarketWatch, *How did the bungled FAFSA rollout affect America's Students* (Oct 23, 2024), https://tinyurl.com/bdd757ha.

12. Interruptions in access to federal systems operated by the Department, including but not limited to the Common Origination and Disbursement System, National Student Loan Data System, and Central Processing System, will also impact Rutgers's ability to exchange financial aid data and reconcile and return federal funds within mandated timeframes. This increases the risk of non-compliance and will require additional institutional resources to track and document reconciliation efforts.

13. For Rutgers, the uncertainty related to federal student aid programs will complicate financial aid forecasting and planning. The Department's workforce reduction announcement included FSA's School Eligibility and Oversight Service Group, which administers program eligibility, certification, financial analysis, and oversight of institutions participating in federal student aid programs. This includes the addition of new locations and new programs that will require guidance and approval from FSA's School Eligibility and Oversight Service Group. It will be difficult for Rutgers to commit student aid and provide accurate financial guidance to students, their families, and/or financial supporters in expanded locations or new programs.

14. Delays in the Department's processing of student FAFSA forms will create financial uncertainty for new and continuing students. Some will choose to delay or forgo enrollment altogether, similar to a phenomenon seen during the implementation of the new FAFSA form in 2024. Additionally, students who cannot pay their term bill receive a hold that does not allow them to register for courses to continue their enrollment. If students forego continuing their enrollment, this also harms Rutgers through reduced cash flow from the loss of tuition and fee revenue, lower performance ratings for retention and graduation rates, and

Financial Value Transparency and Gainful Employment (FVT/GE) ratings. Prospective students use these rates and ratings to help determine which colleges they may wish to attend.

15. Students requiring FAFSA corrections, eligibility verification, or assistance with direct loan servicing will face longer response times from FSA. This will reduce Rutgers's ability to provide timely support, leaving students with unresolved financial aid issues. Rutgers students who experience delays in receiving their financial aid (grants, loans, and work-study) are at significant risk of experiencing financial hardships that affect their daily lives and academic success.

16. Without timely disbursement and refunds of financial aid, students may struggle to pay rent, plan meals, and budget for other basic living expenses, increasing the risk of experiencing housing instability and food insecurity. Students who cannot purchase required textbooks, technology, and other course materials are disadvantaged in completing their coursework. Uncertainty about financial aid can lead to significant stress and anxiety, affecting students' mental health and overall well-being. This may result in decreased focus, engagement, and academic outcomes. Students may be forced to take on additional work hours or work multiple jobs to make ends meet, reducing their ability to dedicate time to their coursework and increasing the risk of not attaining satisfactory academic progress, which puts them at risk of not being eligible for financial aid. Financial instability is a leading cause of college attrition, and if students cannot secure funds to continue their education, they may be forced to take a leave of absence or stop out/withdraw from school. Studies show that this will reduce future earning potential. These challenges will directly pressure the student and academic affairs staff (e.g., academic advisers, deans of students, residence life directors, etc.) and other faculty and staff members at Rutgers who are responsible for supporting our students. It also will impact the

financial bottom line of institutions, such as Rutgers, which have a limited ability to fill this gap by providing emergency institutional financial aid, in the form of grants or loans, to support students facing financial obligations that are impacting their well-being and inhibiting their ability to persist in school. Such funds are already stretched in normal academic years. Moreover, students in these circumstances also often require other forms of institutional support, which puts additional pressure on institutional services such as mental health counseling services.

17. Rutgers risks reputational harm if the Department's workforce reduction disrupts the financial aid process for students. Rutgers serves as the front door for its students who receive federal financial aid. If students face challenges or problems with their aid packages, and the Department cannot address these issues due to inadequate staffing, those students will feel unsupported by the University, regardless of what caused the problem.

**Data Collection and Enforcement**

18. In addition to overseeing student financial aid, the Department also manages large-scale data collection and enforces laws nationwide that protect students, like the Family Educational Rights and Privacy Act, Title VI of the Civil Rights Act of 1964, and Title IX of the Education Amendments Act of 1972, 20 U.S.C. § 1681.

19. Expected delays in data collection, processing, and enforcement will also likely negatively impact Rutgers and its student population in multiple ways.

20. For example, the Department keeps records of campus safety incidents and disclosures under the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act ("Clery Act"). The Clery Act requires colleges and universities to disclose, via an annual report, crimes that occur on or near campus. *See* 20 U.S.C. § 1092; 34 CFR 668.46.

Rutgers discloses relevant information to the Department under the Clery Act and subsequently interprets and relies on the Department's data reports to support campus safety.

21. The Department also collects and disseminates key data such as institutional profiles, admissions, enrollment, financial aid, retention, and degrees conferred through the Integrated Postsecondary Education Data System. In addition, it publishes a consumer tool, the College Scorecard, that provides data by higher education institutions on average earnings and loan debt of their students after graduation. This information is crucial for policymaking, research and trend analysis, data-informed decision-making within the University, and consumer decision-making. The Department's workforce reduction is expected to delay the processing and publishing of this key data. This will negatively impact researchers studying student enrollment trends and student success. It will also harm students and families who rely on this data to make informed decisions about their choice of institution.

22. The Department's Office of Postsecondary Education is responsible for formulating federal postsecondary education policy and administering programs to support increased access to quality postsecondary education. Rutgers depends on the Department's Office of Postsecondary Education for thoughtful innovation on existing education programs. This was particularly important at the peak of the COVID-19 pandemic when higher education institutions needed creative adaptive solutions in order to serve students.

23. The Department also runs the Institute of Education Sciences, National Center for Educational Research, National Center for Education Statistics, National Center for Education Evaluation and Regional Assistance, and National Center for Special Education Research. Rutgers provides data to these centers and institutes and then uses the resulting data internally by Rutgers units and nationally within the higher education sector for research, administrative, and

policy-making purposes. For instance, the Rutgers Graduate School of Education relies on data provided by the Institute of Education Sciences to train the next generation of educators. The benefit of the Department's databases are their breadth, depth, and longitudinal nature, and the loss of such sources—or the disruption to them—may have implications for individual researchers as well as for institutional operations.

24.  The Department is also responsible for recognizing approved accrediting agencies, and it limits access to some services to only accredited institutions. Rutgers is currently in the planning stages of its institutional accreditation process. If the Department were to make changes or reduce resources that impact accreditation, that could imperil the University's status as an accredited postsecondary institution and its access to resources such as Title IV funding (financial aid). Information that may be used as part of our accreditation that comes from—or is in the custody of the Department resources—may also inhibit the University's ability to submit an informed self-study to our accrediting body.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 19, 2025, at New Brunswick, New Jersey.

*[signature]*

NAME:  J Michael Gower
TITLE:  Executive Vice President – Chief Financial Officer and Treasurer, Rutgers, The State University of New Jersey