# EXHIBIT 32

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK, *et al.*,

  Plaintiffs,

       v.

LINDA McMAHON, *et al.*,

  Defendants.

C.A. No. 1:25-cv-10601

**DECLARATION**

### DECLARATION OF DR. JOHN B. KING, JR.

I, Dr. John B. King, Jr., declare as follows:

    1.    I am a resident of the State of New York. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

    2.    I am the Chancellor of the State University of New York (SUNY), a position I have held since January 2023. As Chancellor, I lead the nation's largest comprehensive system of public higher education, which is made up of 64 colleges and universities and includes four academic health centers, five hospitals, four medical schools, two dental schools, a law school, the country's oldest school of maritime, and the state's only college of optometry. In this capacity, I establish and monitor SUNY's strategic direction; develop, lead, and oversee SUNY's strategic initiatives; and implement SUNY Board of Trustees policies.

    3.    I previously served as the 10th United States Secretary of Education. I held that position at the United States Department of Education (the "Department") from January 1, 2016 through January 20, 2017 (first as Acting Secretary and, following confirmation by the United States

Senate, as Secretary), after serving from January 2015 to December 2015 as the Department's Delegated Deputy Secretary.

4. As the United States Secretary of Education, I had a specific understanding of the operational and personnel needs for fulfilling the Department's statutory authority and goals. I have carried this understanding into my current role at SUNY.

5. As the Chancellor of SUNY, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

6. I submit this declaration in connection with Plaintiff States' Motion for a Preliminary Injunction. The Department announced that it would be reducing its workforce by 50% and that this was only the "first step" to a "total shutdown" of the Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release"). This unprecedented Reduction in Force has either devastated or effectively dismantled vital Department offices tasked with statutory mandates, including the Office of Federal Student Aid ("FSA"), the Office for Civil Rights ("OCR"), the Office of Postsecondary Education, the Institute of Education Sciences (including the National Center for Education Statistics (NCES)), and the Office of General Counsel.

7. I am providing this declaration because SUNY's vast economic impact on New York State and the transformational upward mobility for students made possible by the excellence of SUNY's academic programs rely heavily on the Department fulfilling its obligations as required by law. Given my experience as the United States Secretary of Education, I am in a position to state emphatically that the Department simply cannot meet its obligations to administer the programs described herein if the Defendants carry out the plan set forth in the March 11 Press Release.

8. SUNY is the largest comprehensive system of public higher education in the United States. SUNY is an integral part of the New York economy and any interruption in the educational services that SUNY provides would have a direct and deleterious effect on New York's economy. This effect would be both immediate – in terms of direct economic impact for SUNY institutions and the communities that rely on those institutions – as well as long term, in terms of the weakened ability of SUNY to educate and train the next generation of students. The Department's inability to fulfill its statutory financial aid responsibilities, in particular, would represent a staggering failure and an existential threat to the success of our students.

9. SUNY campuses are economic engines of the communities they are privileged to serve. In the 2020-21 academic year, SUNY had a total economic impact of $31 billion. If SUNY were a private company, it would rank among the top 10 employers in New York State. In addition to its direct employment of New Yorkers, SUNY indirectly supports 85,415 jobs through the economic activity of our students and campuses in the communities that they serve. For example, in Central New York, SUNY represents 10.9% of total regional economic output; in the Southern Tier, SUNY contributes 10.5% of total regional economic output; and on Long Island, SUNY is responsible for more than $8.5 billion in economic output, or 4.1% of the regional total. Rockefeller Institute of Government, *The Economic Impact of the State University of New York (AY 2020)*, https://rockinst.org/wp-content/uploads/2024/02/SUNY-Economic-Report-AY2020.pdf

10. SUNY is composed of 64 institutions, including research universities, academic medical centers, liberal arts colleges, community colleges, and colleges of agriculture and technology. SUNY's credit-bearing programs and courses, workforce development programs, and continuing education and community outreach programs have a total of nearly 1.1 million annual enrollments.

11. SUNY's 64 campuses are geographically distributed widely across New York State, including 18 campuses located in rural areas. More than 95 percent of all New Yorkers live within 30 miles of a SUNY campus.

12. An estimated one in three New Yorkers with a college degree are graduates of SUNY colleges and universities. As a result, SUNY plays a unique and vital role in preparing New York State's workforce, supporting the success of employers in a vast range of industries and providing a pathway for students of all ages – from recent high school graduates to individuals who have been in the workforce for decades – to pursue their chosen career path, to fill critical positions, and to improve the economic security of themselves and their families.

13. For example, SUNY Maritime is one of only seven maritime academies in the entire United State and prepares students for careers in the global shipping industry. SUNY's College of Agriculture and Technology at Cobleskill is home to a 200-cow dairy facility and the Northeast's largest cold-water fish hatchery. SUNY's health care education and workforce programs produce one-third of New York State's nursing graduates, one-third of its Doctors of Medicine (MDs), and all new optometrists. Onondaga Community College was selected as an education partner for Micron, which is building the largest semiconductor fabrication facility in the history of the United States.

14. These and other programs across SUNY's campuses play an important part in economic and social mobility. New Yorkers with either an associate's degree or bachelor's degree have consistently lower unemployment rates and higher median weekly earnings than New Yorkers without a degree (Current Population Survey via New York State Department of Labor). SUNY campuses make it possible for students and families to achieve an enormous return on their investment in a college degree. This return can be seen empirically by comparing the median earnings in the 10 years after a student enrolls at an institution to the average net price of the institution: for example, +$274,000 at Farmingdale State College, +$252,000 at Binghamton University, and +$245,000 at

SUNY Polytechnic Institute (Georgetown University Center on Education and the Workforce analysis of data from the U.S. Department of Education, College Scorecard). Notably, even this valuable information for families considering the economic advantages of college would not be possible without the Department's data collection and reporting, including through NCES.

15. There is a place at SUNY for every New Yorker, and SUNY's total enrollment has increased in each of the last two years. This represents the first time in 15 years that SUNY has experienced back-to-back enrollment increases in every SUNY sector.

16. Under Title IV of the Higher Education Act of 1965, as amended, the Department's Office of Federal Student Aid (FSA) administers Pell Grants, work-study programs, subsidized loans, and handles loan disbursement, servicing and borrower assistance for SUNY students and prospective students.

17. New Yorkers receive approximately $1.9 billion in Pell grants annually, including $633 million for 112,000 SUNY students. In Fall 2024, nearly half (49.7 percent) of first-time SUNY undergraduate students were recipients of Pell grants. SUNY's four pre-eminent University Centers (the University at Albany, Binghamton University, University at Buffalo, and Stony Brook University) together enroll twice as many Pell recipients as the entire Ivy League combined. Pell grant recipients represent 55.2 percent of undergraduate students at SUNY Canton, 63.5 percent of undergraduate students at SUNY Morrisville, and 67.4 percent of students at Herkimer Community College.

18. The FSA also develops the Free Application for Federal Student Aid (FAFSA) form, maintains the technology required for students to submit their FAFSA, processes students' FAFSA submissions, and transmits FAFSA data to college campuses for use in generating current and prospective students' financial aid packages. Completing the FAFSA is essential not only for Pell grant eligibility but also for determining eligibility for New York State-based financial aid programs,

including the New York State Tuition Assistance Program (TAP) and Excelsior Scholarship. More than 100,000 SUNY students rely on TAP and Excelsior, which together provide approximately $340 million in financial aid to SUNY students.

19.     Families in New York State rely on the FAFSA to be able to afford college, and the state is consistently ranked among the top 10 for FAFSA completion.  Current high school seniors are in the midst of the FAFSA submission process right now, and a fully functioning FAFSA is essential to their families' ability to make college acceptance decisions for the fall.  Of particular concern is the threat of technical problems with the FAFSA processes that FSA is responsible for overseeing.  Under New York State's Universal FAFSA law, all high school seniors are expected to complete the FAFSA (or applicable alternative).  However, as of March 14, 2025, only 99,267 New York State high school seniors have completed the FAFSA, representing 46.7 percent of this year's grade 12 cohort. The Reduction in Force announced by the Department will hinder significantly the ability of the remaining students to complete the process.  It has been reported that "more than 300 people" were "cut from Federal Student Aid — two dozen of them from Federal Student Aid's technology division," including "the entire team responsible for systems supporting the FAFSA form." Collin Binkley & Jocelyn Gecker, *Federal student loan site down Wednesday, a day after layoffs gutted Education Department*, Associated Press (March 13, 2025), Student loans website down after Education Department layoffs | AP News.

20.     Intentionally putting the FAFSA system at risk is educational malpractice: it will cause immediate, and needless, injuries for New York families and students, as well as for SUNY. Even under the staffing level prior to the Reduction in Force, past federal FAFSA delays and technical problems have led to uncertainty for hardworking families and fewer SUNY students receiving financial aid; reducing staff levels will make delays and technical problems more frequent and longer-lasting – harming SUNY students and prospective students far more significantly. In fact, in order to

help SUNY respond to last year's federal FAFSA delays, the Department facilitated a grant of $500,000 that funded student and family FAFSA completion assistance, campus staffing enhancements to process financial aid packages, and extensive community outreach. This year, via email on February 19, 2025, the Department terminated that FAFSA support grant program, stating that "the Department decided a second round of funding is no longer needed since students and families are not experiencing high levels of technical difficulties and customer service issues." Yet the Department's StudentAid.gov website experienced outages for several hours on March 13, 2025, the day after the Reduction in Force was implemented. Fifty-two percent of in-state SUNY undergraduate students have their tuition fully covered through a combination of State, Federal, and institutional financial aid. As a result, 42 percent of SUNY students graduate with no debt, and those who do graduate with loans owe far less than the national average. There is no replacement for this financial aid, and without it many of our students would simply be unable to complete their degrees.

21. I now understand that President Trump has ordered the immediate transfer of student loan functions to the Small Business Administration, which itself just announced a 40% reduction in force. I cannot imagine how this transfer could occur without severely compounding the problems just discussed, as the SBA lacks any appropriate subject matter expertise.

22. Since its founding, the Department has provided statutorily required civil rights oversight and enforcement that protects the educational rights of every American. This fundamental responsibility helps ensure a pipeline of college-ready students by addressing and preventing civil rights violations that keep K-12 students from accessing high-quality educational experiences. For example, SUNY currently serves more than 30,000 students who identify as having a disability. Disability-related discrimination complaints were the second most common type of complaint handled by the Department's Office for Civil Rights (OCR) in fiscal year 2023, and OCR's enforcement made it possible for students with disabilities to receive the K-12 services and supports

to which they were entitled, contributing to successful high school graduation and college matriculation.

23.     In addition, SUNY is committed to ensuring that every campus is safe and inclusive, and OCR plays a critical role in these efforts. A student will not choose to attend (or remain at) an institution where they do not feel like a valued member of the campus community.  OCR enforces several Federal civil rights laws, including Title VI, Title IX, Section 504, the Age Discrimination Act, and certain aspects of Title II of the Americans with Disabilities Act.  OCR not only engages in investigation and enforcement activities, but it also provides critical guidance materials to effectuate compliance across all institutions of higher education.  For example, to combat antisemitism and other forms of discrimination and harassment, SUNY has taken extensive steps to fulfill its responsibilities under Title VI of the Civil Rights Act of 1964.  These steps include mandatory Title VI training for all SUNY faculty and staff; requiring that campuses complete Title VI checklists before relevant events; and promulgating guidance with expectations for how students can submit and campuses will receive Title VI complaints, demonstrate that complaints are taken seriously and investigated fully, and provide appropriate information to complainants and other interested stakeholders.  These efforts by SUNY would not have been possible without the direct and ongoing guidance from OCR.  However, OCR's New York Region Office has been entirely eliminated as a result of the Department's Reduction in Force.  In areas including Title VI and Title IX, a prompt and efficient OCR complaint and resolution process is essential to SUNY campuses' ability to demonstrate that they are fulfilling their responsibilities under applicable federal civil rights law.  The New York Regional Office was one of seven out of twelve that were entirely closed down. Collin Binkley, *Education Department layoffs gut its civil rights office, leaving discrimination cases in limbo*, Associated Press (March 12, 2025), https://apnews.com/article/trump-education-department-layoffs-civil-rights-8cbf463cce765f497c10d688ab4d51e1.  A loss of 240 staff members, as was reported by

the Associated Press, combined with the loss of the regional offices, will make it impossible for OCR to meet its statutory obligations. *Id.*

24.     The Department further manages large-scale data collection and enforcement from institutions of higher education across the country.  For example, the Department keeps records of campus safety incidents and disclosures under the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act.  The Clery Compliance Group within the FSA is responsible for enforcement of this Act.  It requires institutions of higher education to be transparent about crime reporting on their campuses with the Department and to post Annual Security Reports on their public facing websites for its campus community and prospective students to review.  The Violence Against Women Act (VAWA) amendments to the Clery Act further require reporting on incidents of sexual assault, dating violence, domestic violence, and stalking as well as incidents of hate crime related to gender identity and national origin.  Without sufficient enforcement staff, the accuracy of such reporting will be unreliable at best.  Further, in December 2024, Congress passed amendments to this Act (the Stop Campus Hazing Act) to include hazing reporting, with compliance on collecting statistics commencing January 1, 2025.  Without appropriate staffing, there is a high degree of possibility that no regulations will be promulgated around this new law, nor will there be any guidance from the Department on the implementation of this law, which would be within their purview. This would, again, cause the Department not to fulfill its mission and purpose.

25.     The Department's OCR is also responsible for providing guidance and technical assistance on Title IX, which is crucial for campuses, including SUNY. SUNY is at a critical juncture of compliance with the recent court decision that invalidated the Title IX regulations promulgated in 2024 in their entirety, along with all institutions across the country, and lack of guidance and information from OCR causes harm for all institutions attempting to comply with an immediate

switch back to the previous regulations promulgated in 2020. The Reduction in Force further harms efforts to achieve nationwide compliance on federal civil rights laws, including Title IX.

26. Additionally, FSA is principally responsible for compliance with the Higher Education Act, and its components. Reducing its workforce in the manner that has been done will effectively make higher education inaccessible for many, if not most, SUNY students if student loans are delayed in administration. Delay of release of Title IV funding to institutions that has been authorized will cause significant harm to SUNY, and the students attempting to attend a SUNY institution.

27. The Department is also responsible for compliance with the Drug Free Schools and Community Act, and removing critical resources will cause the Department to not fulfill its oversight duties as outlined in 34 C.F.R. Part 86.

28. In addition, the Department's Student Privacy Policy Office (SPPO) is responsible for the administration and enforcement of the Family Educational Rights and Privacy Act (FERPA). The SPPO also provides SUNY and other colleges with technical assistance on various privacy issues. The SPPO's Privacy Technical Assistance Center (PTAC) provides resources related to privacy, confidentiality, and data security, including training, webinars, and technical assistance. In a rapidly changing data environment and amid accelerating advances in artificial intelligence, SUNY relies upon guidance and resources from the Department's SPPO to ensure that student data is adequately protected. Any disruption or delay in these functions will undermine student and family confidence in data collection, security, and use, harming SUNY's ability to fulfill its educational mission.

29. The Department's Office of Postsecondary Education ("OPE") is responsible for formulating federal postsecondary education policy and administering programs to support of increased access to quality postsecondary education. SUNY campuses are currently implementing approximately 150 unique grants overseen by OPE, and the Department's monitoring and technical

support are important to the successful completion of grant-funded activity, transparent reporting on campus and student outcomes, and appropriate stewardship of the public funds involved.

30. Accurate and timely data are essential to student success and institutional accountability, and the Department's National Center for Education Statistics is the gold standard for data collection and integrity. In particular, the Integrated Postsecondary Education Data System (IPEDS) – which conducts statutorily required data collection – plays a critical role across all aspects of higher education, from accreditation to financial aid administration to research that improves student outcomes and program efficiency. The National Center for Education Statistics, including the IPEDS team, was reportedly completely eliminated as part of the Reduction in Force. Benjamin Siegel, *Education Department cuts agency that compiles 'Nation's Report Card' and measures student performance*, ABC News (March 12, 2025), https://abcnews.go.com/Politics/education-department-cuts-agency-compiles-nations-report-card/story?id=119735831.

31. SUNY relies on this data for many purposes. The most common is for benchmarking – at the national level, at the sector (Carnegie classification) level, and for campus-specific current and aspirational peer groups. Similarly, the data is used for understanding nationwide and regional trends in higher education (e.g., enrollment overall, at different campus levels, at different award levels; retention and graduation rate trends; etc.). These snapshot benchmarking and trend analyses provide critical context in regard to how SUNY is performing, and require the Department's IPEDS functionality. Absent these measurements, SUNY will be unable to make any comparison as to its performance and thus will be less able to fulfill its goal of continued improvement in order to provide its students with the best education possible.

32. The College Scorecard and College Navigator, both of which utilize data collected via IPEDS, also play a critical role in informing prospective students and families about their colleges and academic areas of interest, thereby helping prospective SUNY students and families make

11

informed decisions on college-related enrollment decisions. In addition, these tools are used for external reporting, providing consistency in how colleges across the nation are represented. The College Scorecard is also utilized in Return on Investment (ROI) analyses that are made publicly available, which help colleges examine their ROIs in a larger context. SUNY relies on these tools to disseminate reliable information about our affordability and value, and our campuses would be at a significant enrollment disadvantage without this data. This is an especially important consideration for public higher education institutions like SUNY, which do not have the marketing resources of private institutions.

33. In addition, to participate in Title IV student loan programs, SUNY colleges participate in the Middle States Commission on Higher Education (MSCHE) accreditation process, whose data portions of the report are based on IPEDS data, again providing for consistent and standardized metrics.

34. In addition, the Department's oversight of predatory for-profit colleges and universities provides an essential protection not only for students who would be subject to their fraudulent practices, but also to SUNY and other public and private higher education institutions that rely on students and families being able to make informed decisions about college cost and outcomes using accurate information. According to the National Bureau of Economic Research, a non-partisan research organization, students who choose to attend for-profit schools as opposed to similarly selective public schools borrow more money to attend, default on their student loans at a higher rate, and have a lower likelihood of employment post-graduation than at public higher education counterparts. National Bureau of Economic Research, *The Effects of For-Profit Colleges on Student Outcomes and Debt* (November 26, 2018), https://www.nber.org/digest/dec18/effects-profit-colleges-student-outcomes-and-debt. Such disparities exist despite the Department's historical

oversight. Abandonment of that critical responsibility by the Department due to a lack of staffing will only serve to exacerbate that situation and lead to higher student debt and lower expected outcomes.

35. In sum, I can state unequivocally that the Department's planned Reduction of Force would prevent the execution of its statutorily mandated mission and functions. Secretary McMahon sent education stakeholders a letter on March 14, stating that statutorily mandated services will not be disrupted. Given my experience both as Secretary of the Department and now at SUNY, I can attest, as described extensively above, this cannot be true. I directly oversaw all of the offices impacted by the Reduction in Force, and each of the federal workers in the eliminated lines reported up to me. The impact of the Reduction in Force on the New York state economy and SUNY and the students and communities who rely on SUNY would be immediate and disastrous both in economic terms and in the ability of one of the nation's premier public higher education systems to continue to provide a highly affordable, excellent education to residents of New York State.

36. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 24, 2025, at Albany, New York.

/s/ John B. King Jr.
JOHN B. KING JR., J.D., ED.D.