# EXHIBIT 33

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK, *et al.*,

   Plaintiffs,

        v.

LINDA McMAHON, *et al.*,

   Defendants.

C.A. No. 1:25-cv-10601

**DECLARATION OF**

**JON BOECKENSTEDT**

## DECLARATION OF JON BOECKENSTEDT

I, Jon Boeckenstedt declare pursuant to 28 USC § 1746 that the following is true and correct:

    1.    I am a resident of the State of Oregon. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

    2.    I am the Vice Provost of Enrollment Management, at Oregon State University, a position I have held since 2019. My professional duties include oversight of Admissions, Scholarships, Financial Aid, and Enrollment Technology Systems. Prior to holding this position, I was Associate Vice President of Enrollment Management at DePaul University in Chicago, Illinois, for 17 years.

    3.    As the Vice Provost, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

    4.    I submit this declaration in connection with the announcement by the Department of Education ("the Department") on March 11, 2025 that it would be reducing its staff by 50%

1

and that this was only the "first step" to a "total shutdown" of the Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

5. OSU is Oregon's land-grant university. Chartered in 1868, OSU has over 38,000 students on multiple campuses and extension sites. OSU's academic programs offer degrees, certificates, and coursework across dozens of disciplines, divided among eleven colleges, including agricultural sciences, business, forestry, marine science, and engineering. OSU offers one of only 32 veterinary medicine programs in the United States and has ROTC detachments for the Army, Navy, and Air Force.

6. Given my experience, it does not seem possible for the Department to meet its statutory obligations to administer the programs described below with staff cuts proposed.

7. The federal student loan programs administered by the Department under Title IV of the Higher Education Act of 1965, as amended, are vitally important for OSU's operations. The Department's Office of Federal Student Aid (FSA) handles loan disbursement, servicing and borrower assistance for thousands of OSU students and prospective students.

8. FSA administers Pell Grants, work-study programs and subsidized loans. OSU students receive funds through all of these sources plus numerous other Department of Education programs.

9. Approximately 28%, or 8,900 of OSU's 32,900 undergraduate students receive Pell Grants. Pell Grants are vital for students with exceptional financial need, including first generation college students. Impairment to Pell Grant funding risks approximately $ 38 million in tuition, room, and board funds for OSU.

2

10. Loss, delay, and reduction of Pell Grant funds, as well as federally subsidized loans and work study programs would result in thousands of OSU students interrupting or ceasing their college education entirely. OSU does not have endowment funds to bridge the gap and as a public university, OSU serves students from a wide variety of income backgrounds, many of whom do not have access to other funds for their education.

11. The FSA also develops the Free Application for Federal Student Aid (FAFSA) form and processes students' FAFSA submissions. In academic year 2024-25, over 63,000 students considering or enrolling at Oregon State University used the FAFSA to apply for federal grants, federal loans, and state funding offered by the state of Oregon.  OSU students seeking any form of federal financial aid must complete the FAFSA prior to their first year of enrollment and then resubmit the FAFSA each subsequent year of schooling. The deadline for applicants to submit their FAFSA forms for the 2025-2026 school year is June 30, 2025, and many students choose to submit their FAFSA forms earlier because their understanding of what, if any, financial aid they qualify for informs their decision about whether they can afford to attend college and, if so, which college.

12. In the 2024-25 academic year, OSU and colleges and universities across the country witnessed first-hand the extraordinary disruption brought about by technology glitches in the newly revised FAFSA.  The form effectively opened three-to-four months behind schedule, and was only made salvageable by massive commitments from staff in FSA; even then, there were many students who were left unable to fill out electronic forms due to family status issues and continuing technology bugs.

13. Additionally, with recently-announced firings of staff in the National Center for Education Statistics (NCES), the future of the Integrated Postsecondary Education System

3

(IPEDS) is in peril. IPEDS serves as an important federal repository for federal education data, allowing administrators to ensure federal funds spent on education are allocated and used responsibly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2025, at Corvallis, Oregon.

DocuSigned by:

Jon Boeckenstedt

90E6213178CA43A...

Jon Boeckenstedt

4