# EXHIBIT 34

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>  Plaintiffs,<br><br>        v.<br><br>LINDA McMAHON, *et al.*,<br><br>  Defendants. | C.A. No. 1:25-cv-10601<br><br>**DECLARATION OF EMILY NAZAROV** |

**DECLARATION OF EMILY NAZAROV**

I, Emily Nazarov, declare pursuant to 28 USC § 1746 that the following is true and correct:

1. I am a resident of the State of Oregon. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Government and Legal Affairs Manager for Oregon Department of Education (ODE), a position I have held since November 2017. As Government and Legal Affairs Manager my responsibilities include serving on the agency's executive leadership team to provide strategic advice and leadership for ODE, proactively and strategically mitigating legal risk for ODE, and providing leadership to the Government and Legal Affairs Team. Prior to holding this position, I was the Legislative Coordinator for ODE.

3. In connection with my professional responsibilities, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by other employees of the Oregon Department of Education.

1

4. I submit this declaration in connection with the announcement by the United States Department of Education ("the Department") on March 11, 2025, that it would be reducing its staff by 50% and that this was only the "first step" to a "total shutdown" of the Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

5. ODE is an executive agency of the State of Oregon charged with policy development and program support for public K-12 education in the State of Oregon, including administration of state and federal grants, providing instructional training and resources, developing practice standards, gathering and providing data to inform instruction, and managing early learning, public preschool, regional programs for children with disabilities, education of youth in correctional facilities, and the Oregon state School for the Deaf.

6. Oregon has over 560,000 students in public K-12 institutions, in over 1,200 public schools across 197 school districts in 36 counties. Oregon public schools employ over 63,000 Oregonians. The majority of Oregon's public school districts are small, comprised of less than 1,000 students. Many of the small public school districts are in less populated, rural counties.

7. Given my experience, I do not believe the Department can meet its statutory obligations to administer the programs described below with staff cuts proposed.

8. There are approximately 500 Title I eligible schools in Oregon. In the 2023-2024 School year 179 school districts received $151,509,659.33 million in Title I-A Every Student Succeeds Act (ESSA) Funds.

9. Oregon has approximately 20,000 K-12 students experiencing housing insecurity and in the 2023-24 school year Oregon received over $850,000 in McKinney-Vento Act funds for supporting the education of unaccompanied or housing insecure children.

10. Approximately 30% of operating revenue for Oregon public elementary and secondary schools derives from federal sources. This includes Individuals with Disabilities Education Act (IDEA) funds, equity grants, and Title VII funds.

11. In 2023-2024 IDEA funds helped support the education nearly 83,000 children in Oregon.

12. In the upcoming 2025-2027 biennium it is estimated that ODE will provide an estimated $540 million in federal USDA reimbursement for meals served in a total of 1260 schools (including private schools and residential childcare institutions), as well as non-residential child care institutions, family day care home operations and summer food service programs.

13. Loss, delay, and reduction of any of these funding sources would drastically impact the health and education of tens of thousands of Oregonians between the ages of 4 and 18.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 20, 2025, at Salem, Oregon.

/s/ Emily Nazarov
———————————————
Emily Nazarov

4