# EXHIBIT 35

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK, *et al.*,

    Plaintiffs,

        v.

LINDA McMAHON, *et al.*,

    Defendants.

C.A. No. 1:25-cv-10601

**DECLARATION**

## DECLARATION OF DEAN LIBUTTI

I, Dean Libutti, declare as follows:

    1.    I am a resident of the State of Rhode Island. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

    2.    I am the Associate Vice President for Enrollment Management and Student Success, at the University of Rhode Island (URI), a position I have held since 2010. As Associate Vice President for Enrollment Management and Student Success, I have oversight of undergraduate recruitment, enrollment, financial aid, and retention. I have been employed at the University since 1999.

    3.    As the Associate Vice President for Enrollment Management and Student Success, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

1

4.  I submit this declaration in connection with the announcement by the Department of Education ("the Department") on March 11, 2025, that it would be reducing its staff by 50% and that this was only the "first step" to a "total shutdown" of the Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

5.  URI is Rhode Island's public flagship university. It is one of three public institutions of higher education in Rhode Island and the only public research university. It is a land and sea-grant university as well. The university has a total enrollment of approximately 14,000 full-time, in-person undergraduate students, including an average of 3,300 first-year students. Forty-seven states are represented in URI's undergraduate population.

6.  Given my experience, I do not think that the Department can meet its obligations to administer the programs described below.

**Federal Student Aid**

7.  The federal student loan programs administered by the Department under Title IV of the Higher Education Act of 1965, as amended, are vitally important for the operation of URI. The Department of Education also issues regulations and sub-regulatory guidance for the complex laws related to financial aid. Financial aid administrators rely on this guidance to maintain compliance with the letter and spirit of enacted legislation.

8.  The Department of Education's Office of Federal Student Aid (FSA) handles loan disbursement, servicing and borrower assistance for URI students and prospective students. The FSA develops the Free Application for Federal Student Aid (FAFSA) form and processes students' FAFSA submissions. Students enrolling at URI must complete the FAFSA prior to

2

their first year of enrollment and then resubmit the FAFSA each subsequent year of schooling to qualify for financial aid. To date, there have been 48,025 FAFSA transactions for 25,739 unique students (current and prospective URI students) in the 2024-25 academic year. Many students have multiple transactions for changes, corrections, and updates throughout the year. URI reviews every transaction when awarding financial aid to students. So far in the 2024-25 academic year, 10,675 current and enrolled URI students, including both undergraduate and graduate, have completed the FAFSA.

9. For the upcoming 2025-26 academic year, there have been 26,544 FAFSA transactions for 20,412 unique students, including current and prospective URI students. The deadline for applicants to submit their FAFSA forms for the 2025-2026 school year is June 30, 2025, and many students choose to submit their FAFSA forms earlier because their understanding of what, if any, financial aid they qualify for informs their decision about whether they can afford to attend higher education and, if so, which institution. Delays and complications in completing the FAFSA make it harder for universities to award financial aid and impacts students' ability to enroll in and attend higher education, including URI.

10. The median family income of URI students who complete the FAFSA is $129,000. Over 1,500 URI students have an income level consistent with the federal poverty guidelines for a family of four. Over 2,900 URI students have income within 200 percent of the federal poverty line for a family of four. Students of lower income are the most reliant on federal financial aid to afford higher education. Any disruption with the FAFSA and any resulting decrease or uncertainty in the awarding of financial aid would likely most impact the ability of students of lower income to attend URI.

11. In 2024, there were repeated delays by the Department of Education in rolling out that year's FAFSA, contributing to an approximately 12 percent decline in FAFSA completion nationally. This had a negative impact on the number of students who enrolled in higher education in fall 2024. Like many higher education institutions across the country, URI did not meet its enrollment projections for first-year undergraduates in 2024, and the delays and challenges with the FAFSA were a principal contributing factor. This had a significant financial impact on the University for which tuition is the largest source of revenue. If there are significant delays with the FAFSA in the future due to staffing cuts in the Department of Education, URI would expect to experience similarly significant enrollment and financial consequences.

12. FSA also administers several grants and programs that are relied upon by students who attend URI. This includes Federal Pell Grant, Federal Work-Study, the Federal Supplemental Educational Opportunity Grant (for high-need students), Federal TEACH Grant (for students intending to teach in high-need areas), Federal Direct Loans (subsidized/unsubsidized), and Federal Direct PLUS Loans (for parents of dependent students and graduate students). Any change in access to these programs and grants could impact current and potential students' ability to attend URI.

13. As of Fall 2024, 23.8 percent of undergraduate students at URI received Pell Grants. This excludes non-degree/non-credit bearing students and off-campus study students. Pell Grants are for students of exceptional financial need and enable access to higher education for many first-generation students. Given the exceptional financial need of Pell eligible students, any change in access to Pell grants is likely to result in students having to leave URI due to the inability to afford attendance. Decreased access to Pell Grants would similarly impede potential students' ability to enroll at URI and could even impact their decision to apply.

14. The Department of Education's FSA also oversees the administration of federally subsidized student loans, which contribute to many students' ability to attend higher education, including URI. To date in the 2024-25 academic year, 4,825 URI students have borrowed a Federal Direct Subsidized loan, totaling $19,955,967 gross ($19,748,808 net of fees).

15. Even with federal financial aid and the institutional aid that URI provides, there is approximately $100,000,000 of unmet financial need spread across URI's students. Unlike some private institutions, URI does not have the financial means to meet 100 percent of financial need, making access to federal financial aid, including grants and loans, that much more impactful in students' ability to attend URI. If staffing cuts in the Department of Education result in delays in processing or providing federal financial aid, URI would be unable to fill in the shortfall and would likely experience a decline in enrollment and resulting tuition revenue.

**Higher Education Data**

16. The Higher Education Act of 1965, as amended (20 USC 1094, Section 487(a)(17)), mandates reporting to the Integrated Postsecondary Education Data System (IPEDS), which is managed by the National Center for Education Statistics within the Institute of Education Sciences. Additionally, the IPEDS spring data collection is essential for meeting the reporting requirements of the Federal Student Right to Know Act and maintaining Title IV aid eligibility. Even if the IPEDS surveys continue to be updated, the loss of institutional knowledge due to the dismissal of NCES staff will create challenges for URI in reporting consistent and reliable data to the system.

17. Data collected and made available by IPEDS is used by URI for strategic planning and benchmarking. This benchmarking data supports internal decision-making and contextualizes the institution's data when presenting to internal and external stakeholders. IPEDS

data is also used to meet the reporting requirements of URI's accrediting body, the New England Commission on Higher Education. Fully replacing the data provided by IPEDS would impose a significant data collection burden on URI. This would include, but not be limited to, the collection of audited financial statements from peer institutions and standardizing the data into a usable format. This would place a significant burden on URI staff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2025, at Kingston, Rhode Island.

_____
Dean Libutti