# EXHIBIT 37

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA McMAHON, *et al.*,<br><br>Defendants. | C.A. No. 1:25-cv-10601 |

### DECLARATION OF KEVIN SAVAGE

I, Kevin Savage, declare as follows:

1. I am a resident of Rhode Island. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Director for the Division of Developmental Disabilities (DDD), Department of Behavioral Healthcare, Developmental Disabilities, and Hospitals (BHDDH), a position I have held since 2021. As Director for the Division of Developmental Disabilities, I have responsibilities for planning, funding, and overseeing a community system of services and supports for individuals with intellectual and developmental disabilities (I/DD), including but not limited to assisting those with I/DD transitioning from school-aged services to adult services.

3. I submit this declaration in connection with the announcement by the Department of Education ("the Department") on March 11, 2025 that it was reducing its staff by approximately 50% and that this was only the "first step" to a "total shutdown" of the Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release,

Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

4. Given my experience, I do not think that DDD can meet its obligations to administer the programs described below with the reduction in force announced on March 11, 2025.

5. I oversee DDD's efforts to achieve substantial compliance related to pending and ongoing litigation of a consent decree (Consent Decree) in the matter United States of America v. State of Rhode Island, C.A. No. 1:14-cv-175-JJM-PAS, pending in the United States District Court for the District of Rhode Island.

6. In 2014, the State of Rhode Island entered into the Consent Decree with the United States of America to address findings that the State violated the Americans with Disabilities Act (ADA) by failing to serve individuals with I/DD in integrated settings and by placing youth with I/DD at serious risk of segregation. Under the terms of the Consent Decree, the State has committed to transforming its service system and is required to achieve certain goals each year; the ultimate goal being to provide integrated educational, employment, and community-based day services for Rhode Islanders with I/DD.

7. Under the terms of the Consent Decree, there are various target populations who are ensured access to integrated educational, employment, and community-based day services. With specificity to the reduction in force, the Youth in Transition population is at risk for failure in the administration of DDD programing. Youth in Transition includes students who have not yet entered the adult services system. These are students who are ages 14-21, in secondary school, and eligible or likely to be eligible for developmental disabilities services as adults.

8. Specifically for the Youth in Transition population, the State has worked, and continues working to ensure that every individual has a person-centered career development plan. "Person centered" means the plan matches that person's unique needs, interests and goals. For students who will be leaving school, this plan must include a plan to transition from youth to adult services. Plans must also include vocational (employment) goals.

9. Annually, National Technical Assistance Center on Transition: The Collaborative (NTACT:C) assists the State, among other states, and its transition council in creating a collaborative state plan for youth in transition, ensuring transition-age youth with disabilities receives high-quality education services and graduate prepared for success in post-secondary education and employment, all requirements of the Consent Decree.

10. Representatives from the State transition council, including representatives from DDD Office of Rehabilitation Services, RIDE, and parent advocacy groups utilize NTACT:C through its Capacity Building Institute, which is co-funded by the Rehabilitation Services Administration (RSA) and the Office of Special Education Programs (OSEP) through grants. The Capacity Building Institute allows for and is vital to the State to create a collaborative and strategic plan for the year that is heavily focused on employment opportunities for transition-age youth, including students with I/DD under the Consent Decree.

11. At least in part, due to the workforce reductions within the Department of Education, it is expected that the State will lose access in its entirety to NTACT:C. Loss of NTACT:C would have devastating consequences for the State, including but not limited to loss of technical assistance for transition-focused practices, relevant transition data to reflect on current practices, development of state interagency strategic plans, development of new

and strengthen existing partnerships with other states and entities related to transition-age youth and building capacity of state-level transition team leadership from the perspective of education and vocational rehabilitation, as well as other agencies.

12. Utilization of NTACT:C and participation in the Capacity Building Institute significantly assists the State in achieving and maintaining substantial compliance with the terms of the Consent Decree related to Youth in Transition. If substantial compliance is not achieved and maintained, the consequences to the State could be significant and devastating, including but not limited to contempt proceedings, contempt findings, and daily fines assessed against the State for non-compliance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2025, at Cranston, Rhode Island.

*/s/ Kevin W. Savage*

_____
Kevin Savage as Director for the Division of
Developmental Disabilities, Department of Behavioral
Healthcare, Developmental Disabilities, and Hospitals