# EXHIBIT 38

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LINDA McMAHON, *et al.*, <br><br> Defendants. | C.A. No. 1:25-cv-10601 <br><br> **DECLARATION** |

### DECLARATION OF KIMBERLY MEROLLA-BRITO, DIRECTOR RHODE ISLAND DEPARTMENT OF HUMAN SERVICES

I, Kimberly Merolla-Brito, declare as follows:

1. I am a resident of Rhode Island. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Director for the Department of Human Services (DHS), overseeing the Office of Rehabilitation Services (ORS) in addition to the rest of DHS. This is a position I have held since June, 2022. As Director for DHS, I have oversight of ORS, the agency which has responsibilities for planning, funding, and overseeing a community system of services and supports for individuals with disabilities, including but not limited to assisting those students with disabilities transitioning from school-aged services to adult services, as well as adults with disabilities seeking employment. ORS also has separate units: Vocational Rehabilitation, Services for the Blind and Visually Impaired, and Disability Determination Services.

1

ORS receives funding through the Rehabilitation Services Administration (RSA) which falls under the U.S. Department of Education and has to follow the federal dictates of the 2014 Workforce Innovation and Opportunities Act (WIOA). RSA guidelines to ORS promulgate the acceptable use of federal funds.

3. I submit this declaration in connection with the announcement by the U.S. Department of Education (ED) on March 11, 2025 that it was reducing its staff by approximately 50% and that this was only the "first step" to a "total shutdown" of the Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

4. In the State of Rhode Island, there are 66 public Local Education Agencies (LEAs) or districts in Rhode Island. These include: 32 regular school districts, 4 regional school districts, 4 state operated schools, 1 regional collaborative and 23 charters. The number of Rhode Island students in public school this academic year is 135,978. In order to fulfill its program obligations, ORS assigns a Vocation Rehabilitation (VR) counselor to each public and charter school in Rhode Island to ensure students with disabilities are aware of and access services and supports to prepare them for employment subsequent to graduation or to prepare them for secondary education degrees necessary for employment in certain professional positions.

5. Given my experience, I do not think that ORS can meet its obligations to administer the programs described below with the reduction in force announced on March 11, 2025. If ED is dissolved, ORS's three units may fall under different federal agencies, and the fear

is that services for individuals with disabilities will be severely impacted. The cohesiveness of ORS's three units could be impacted as well.

6. VR services – which involve funding a wide array of employment services directly to individuals with disabilities to prepare for employment -- may be drastically reduced or eliminated if RSA funding leads to block grants to the States and could involve a "watering down" of WIOA and RSA requirements for services. As part of VR services, Supported Employment programming requires services be given to those individuals with the most significant disabilities. Also, WIOA regulations require ORS to delegate fifteen percent of the overall ORS grant to the provision of Pre-Employment Transition Services (Pre-ETS). Pre-Employment Transition Services are designed to assist students with disabilities prepare for employment and post-secondary education. These services are provided by ORS in collaboration with schools and community organizations. The focus is early career exploration and skill building to support students in achieving successful transition from school to work or higher education. Pre-ETS services play a crucial role in preparing students with disabilities for successful transition to adulthood. Pre-ETS ensures that students can achieve their employment and educational goals with confidence and independence.

7. If ED is dissolved, and funding to schools reduced, ORS will likely have to provide a greater number of services to students and adults with disabilities, and that greater need could result in a waitlist for services. In addition, changes/reductions in funding could seriously impact the capacity of the Community Rehabilitation Service Providers to maintain staff to provide services to individuals and students with disabilities.

3

8. Services for the Blind and Visually Impaired (SBVI) – which include the provision of orientation and mobility training, rehabilitation teaching, assistive technology, social services (children), vocational rehabilitation and independent living services for adults and older blind independent living program – could also be drastically reduced and that unit may be transferred to another federal agency.

9. Disability Determination Services (DDS) - which provide social security disability determinations – could result in DDS moving under the Social Security Administration where workforce reductions appear imminent, which would directly impact the ability of workers to keep up with disability determinations that, ultimately provide access to services and supports, as well as access to medical coverage, for disabled individuals.

10. In addition, I oversee ORS's efforts to achieve substantial compliance related to pending and ongoing litigation of a consent decree (Consent Decree) in the matter United States of America v. State of Rhode Island, C.A. No. 1:14-cv-175-JJM-PAS, pending in the United States District Court for the District of Rhode Island.

11. In 2014, the State of Rhode Island entered into a Consent Decree with the United States of America to address findings that the State violated the Americans with Disabilities Act (ADA) by failing to serve individuals with intellectual and Developmental Disabilities (I/DD) in integrated settings and by placing youth with I/DD at serious risk of segregation. Under the terms of the Consent Decree, the State has committed to transforming its service system and is required to achieve certain goals each year; the ultimate goal being to provide integrated educational, employment, and community-based day services for Rhode Islanders with I/DD.

12. Under the terms of the Consent Decree, there are various target populations who are ensured access to integrated educational, employment, and community-based day services. With specificity to the reduction in force, the Youth in Transition population is at risk for failure in the administration of Pre-Employment Transition Services (Pre-ETS) programing. Youth in Transition includes students who have not yet entered the adult services system. These are students who are ages 14-21, in secondary school, and eligible or likely to be eligible for VR services as adults.

13. Specifically for the Youth in Transition population, the State has worked, and continues working, to ensure that every individual has a person-centered career development plan. "Person centered" means the plan matches that person's unique needs, interests, goals, and abilities. For students who will be leaving school, this plan must include a plan to transition from youth to adult services. Plans must also include vocational (employment) goals.

14. Annually, the National Technical Assistance Center on Transition: The Collaborative (NTACT:C) assists the State, among other states, and its transition council in creating a collaborative state plan for youth in transition, ensuring transition-age youth with disabilities receives high-quality education services and graduate prepared for success in immediate employment and post-secondary education also leading to employment, all requirements of the Consent Decree.

15. Representatives from the State transition council, including representatives from Rhode Island's Behavioral Health Developmental Disabilities and Hospital's (BHDDH) Developmental Disability Division (DDD,) ORS, RIDE, and parent advocacy groups utilize NTACT:C through its Capacity Building Institute, which is co-funded by the

Rehabilitation Services Administration (RSA) and the Office of Special Education Programs (OSEP) through grants. The Capacity Building Institute allows for and is vital to the State to create a collaborative and strategic plan for the year that is heavily focused on employment opportunities for transition-age youth, including students with I/DD under the Consent Decree.

16. At least in part, due to the workforce reductions within the Department of Education, it is expected that the State will lose access in its entirety to NTACT:C. Loss of NTACT:C would have devastating consequences for the State, including but not limited to loss of technical assistance for transition-focused practices, relevant transition data to reflect on current practices, development of state interagency strategic plans, development of new and strengthen existing partnerships with other states and entities related to transition-age youth and building capacity of state-level transition team leadership from the perspective of education and vocational rehabilitation, as well as other agencies.

17. Utilization of NTACT:C and participation In the Capacity Building Institute significantly assist the State in achieving and maintaining substantial compliance with the terms of the Consent Decree related to Youth in Transition. If substantial compliance is not achieved and maintained, the consequences to the State could be significant and devastating, including but not limited to contempt proceedings, contempt findings, and daily fines assessed against the State for non-compliance.

18. In addition to the DOJ Consent Decree, ORS is also part of the statewide stakeholder group for the Olmstead Act strategic planning that the Governor has charged the State to facilitate the equitable provision of employment services to individuals with disabilities. Elimination of ED could severely impact services for those individuals.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 20, 2025, at Cranston, Rhode Island.

*(signature)*

Kimberly Merolla-Brito as Director
for the Department of Human Services,
overseeing the Office of Rehabilitation Services