# EXHIBIT 39

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                     Plaintiffs,<br><br>         v.<br><br>LINDA McMAHON, *et al.*,<br><br>                     Defendants. | C.A. No. 1:25-cv-10601-MJJ |

### DECLARATION OF CHRISTOPHER BAILEY

Pursuant to 28 U.S.C. § 1746, I, Christopher Bailey, declare as follows:

1. I am a resident of the State of Washington. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Interim Executive Director for the State Board of Community and Technical Colleges (SBCTC), a position I have held since 2024. As Interim Executive Director, I have executive oversight of a state agency that oversees Washington state's system of 34 community and technical colleges. Collectively, the colleges serve 290,000 students across Washington each year. Prior to holding this position, I was the President of Lower Columbia College before retiring in January 2024.

3. As the Interim Executive Director, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

4. I submit this declaration in connection with the announcement by the Department of Education (the Department) on March 11, 2025 that it would be reducing its staff by 50% and that this was only the "first step" to a "total shutdown" of the Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025),

1

https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force (March 11 Press Release).

5. SBCTC is the oversight agency established by the Washington State Legislature and codified in RCW 28B.50.050. 050 and .090. SBCTC has general supervision and control over the state system of community and technical colleges, which includes coordinating and governing the work of each of the community and technical college districts, holding title to the land upon which community college campuses are situated, and allocating to college districts the legislatively appropriated funding provided to the college system.

6. Given my experience, I do not think that the Department can meet its obligations to administer the programs described below.

**Loss or Delay of Federal Student Loans**

7. The federal student loan programs administered by the Department under Title IV of the Higher Education Act of 1965, as amended, are vitally important for the operation of SBCTC and system colleges. The Department of Education's Office of Federal Student Aid (FSA) handles loan disbursement, servicing and borrower assistance for system college students and prospective students.

8. FSA administers Pell Grants, work-study programs, Direct Student Loans and Supplemental Education Opportunity Grants. In Fiscal Year 2024 (July 1, 2024 to June 30, 2024), rounded to the nearest thousand dollars, our colleges collectively received the following amounts of funding for Pell Grants, Work Study Programs, Direct Student Loans, Supplemental Educational Opportunity Grants.

9. **Pell Grants: $172,644,000**. Pell Grants provide essential financial aid to students with significant financial need, helping cover tuition, fees, and some living expenses. Proper administration ensures that funds are distributed accurately and efficiently, preventing delays that could disrupt enrollment or retention. Currently, 26 percent of award-seeking SBCTC students receive Pell Grants, highlighting their critical role in college affordability. If major reductions in force at FSA were to be sustained, processing delays could create uncertainty about financial aid

packages, making it harder for students to plan for college. First-generation students, with less financial guidance, would be especially impacted. This would lead to lower enrollment rates, increased financial stress, decreased degree completion rates, and reduced future economic growth.

10. **Work Study: $2,514,000.** The Work-Study program provides income for students who rely on campus jobs to cover essential expenses. Proper administration ensures funds are distributed efficiently, allowing eligible students to access these jobs. If FSA faces major staff cuts, Work-Study funds could be delayed or misallocated, reducing available positions. Students may struggle to find alternative income, forcing them to seek off-campus jobs that are unrelated to college Work-Study programs that conflict with academics. This would lead to lower retention and graduation rates as financial stress forces students to prioritize work over education.

11. **Direct Student Loans: $80,158,000.** Direct Student Loans help students finance their education with lower interest rates and federal protection. Proper administration ensures timely processing and disbursement. If FSA staff are reduced or positions eliminated for an extended period of time, loan delays could leave students without funds for tuition, leading to late fees or enrollment issues. Weakened oversight may also increase errors and confusion over repayment options. A reduction in staff and confusion for students regarding repayment options can cause students to default on loans which impacts institutions' default cohort rates. If default cohort rates exceed the threshold, institutions can lose eligibility, effectively causing them to shutter.

12. **Supplemental Educational Opportunity Grants (SEOG): $4,731,000.** SEOG provides students with exceptional need additional funding to cover tuition, other college related expenses and living expenses. These funds are limited and awarded on a first come first serve basis. Delays in FAFSA processing can result in students missing out on SEOG funds, as the grant is awarded on a first come first serve basis.

13. Improper administration or delays in distributing these critical federal student aid funds would destabilize our colleges, leading to budget deficits, staff reductions, and cuts to

3

academic and support programs. A decline in enrollment due to disruptions in these funding sources would force difficult decisions to address major funding and enrollment gaps; SBCTC would likely be forced to implement statewide cost-cutting measures, such as reducing student services, freezing or eliminating staff positions, and scaling back academic programs.

14. Unlike private institutions with large endowments that can offset reductions in public financial aid, our colleges have limited discretionary funding and rely heavily on these federal programs. As a result, students—particularly those from low-income backgrounds—would be most affected. Low-income students (who make up 35% of our student body) disproportionately rely on these funds to cover tuition, housing, and other essential expenses. Without these funds, many would face greater barriers to enrollment and degree completion, limiting their economic mobility and access to family-sustaining careers. Over time, this would further reduce the number of skilled graduates entering the workforce.

**Loss or Delays in FAFSA Administration**

15. The FSA also develops the Free Application for Federal Student Aid (FAFSA) form and processes students' FAFSA submissions. Washington community and technical colleges receive over 200,000 FAFSA submissions each year. Students enrolling in SBCTC schools must complete the FAFSA prior to their first year of enrollment and then resubmit the FAFSA each subsequent year of schooling. The deadline for applicants to submit their FAFSA forms for the 2025-2026 school year is June 30, 2025, but many students choose to submit their FAFSA forms earlier because their understanding of what, if any, financial aid for which they qualify informs their decision about whether they can afford to attend college and, if so, which college.

16. Among the many impacts of delayed processing of FAFSA forms are:

- Delayed processing in awarding federal aid to students affecting students' ability to purchase books and supplies, causing them to drop courses because they do not have the materials to be successful.

4

- Potential loss of work-study opportunities for students causes a significant loss of income for students who rely on work-study to help cover educational and living expenses.
- Late disbursements which leads to late drawdown funds made by colleges.
- Delay in reconciliations of federal programs which impacts a colleges ability to meet compliance requirements. In addition to delay of reconciliations it will also increase the amount of times colleges reconcile to ensure data accuracy.
- Increase in financial aid awarding errors because students are making corrections to their FAFSA and colleges are not receiving the corrected ISIRs in a timely manner which can cause overpayments or underpayments. This will also increase the administrative burden for financial aid staff to correct these errors.
- Delay in processing corrected FAFSAs may lead to an increase of utilization of institutional funds to address aid disbursement discrepancies.
- Delay in students receiving state funds and institutional funds that rely on FAFSA information for awarding and disbursement.

17. Further, FSA administers the Federal Student Aid Handbook each year which outlines the regulations every financial aid office must follow to remain in compliance and continue to be eligible for Title IV funding. Without a complete handbook, our institutions will not have access to updated regulations and run the risk of being out of compliance. Failure to remain in compliance can result in audits and potential loss of Title IV eligibility.

18. Moreover, after the Department's RIF goes into effect we anticipate further delays in approvals through the Electronic Application for Approval to Participate in Federal Student Financial Aid Programs (E-App approvals). Even without a reduction in workforce, institutions were experiencing delays in the E-App approvals. A reduction in force would delay the approvals even further, which could effectively stymie our institutions' ability to operate programs at new sites, and creates grave concerns about future receipt of federal student aid. If federal student aid were to stop flowing to an institution it would, at best, lead to lower enrollment rates, increased

financial stress, and decreased degree completion rates. It would also likely require a reduction in force and programming at the affected college

19.     Overall, based on our collective experience and knowledge, our institutions strongly believe FAFSA processing will be deeply impacted by the cuts to the FSA's technology office. FAFSA is just beginning to recover from the launch of the simplification which had technical glitches, system errors, and missing applications. Reduced call center support, application processing, and data transmission to colleges will significantly impact students' ability to apply and receive their federal aid timely. Our institutions expect to see a loss in enrollment and increased need for state programs to support students. Programs that have policies built around FAFSA application for eligibility will be the most impacted, such as Opportunity Grant, Washington College Grant, BFET, and WorkFirst.

**Loss of Educational Statistics and Data**

20.     The Department further manages large-scale data collection and enforcement from institutions of higher education across the country. For example, the Department keeps records of campus safety incidents and disclosures under the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act. The Department has staff resources that help colleges with interpreting and adequately reporting data retrieved from local law enforcement agencies. Without this aid, colleges are at risk of misreporting data and as such being out of compliance with their duties under the Clery Act. Such compliance failure carries with it large risks such as the college being fined large sums of money, sometimes millions of dollars.

21.     The Department's Office of Postsecondary Education is responsible for formulating federal postsecondary education policy and administering programs to support increased access to quality postsecondary education. Grant Programs managed by the Department's Office of Postsecondary Education (OPE) includes TRIO Programs, the Title III Strengthening Institutions Program and other grants that provide opportunities for low-income and marginalized students to access Higher Education. Collectively those programs provided $30.9 million in funding for system colleges in Fiscal Year 2024. Other OPE grants within our system

include specific topic areas such as Open Educational Resources that provide funding to develop and disseminate course materials on a cost-effective basis for students.

22. The college system also relies on and benefits from the Institute of Education Sciences, National Center for Educational Research, National Center for Education Statistics, National Center for Education Evaluation and Regional Assistance, or National Center for Special Education Research. Among the impacts on our college system are the following:

- A loss of access to the Educational Resources Information Center (ERIC) that has been utilized by our staff to access research of significance to program and policy development. ERIC is a comprehensive, easy-to-use, searchable, Internet-based bibliographic and full-text database of education research and information. It is sponsored by the Institute of Education Sciences within the U.S. Department of Education. For instance, ERIC is utilized to find studies and reports about non-credit credentials (policy & practice).

- The Institute of Education Sciences (IES) provides publications, use cases, evaluations and resources and is the statistics, research, and evaluation arm of the Department. For example, our institutions' staff regularly use IES for research on short-term Pell Grant eligibility.[1] Our mission is to provide scientific evidence on which to ground education practice and policy and to share this information in formats that are useful and accessible to educators, parents, policymakers, researchers, and the public. Loss of this information critically compromises this mission.

---

[1] https://ies.ed.gov/use-work/resource-library/report/evaluation-report/effects-expanding-pell-grant-eligibility-short-occupational-training-programs-new-results-employment

**Loss of Quality Assurance Services**

23. Reduction in Department staff also reduces quality assurance in higher education, which will hit our institutions especially hard. This is true in a number of ways, including in the lowering of the role of accrediting agencies and College Score Cards in protecting students and providing access to information about educational quality. In addition, the Department plays a significant role in the Private Career School (PCSC) complaint process and federal aid compliance that go beyond what the State Workforce Training and Education Coordinating Board provides. Elimination of Department staff would further deregulate PCSCs, making students - including those receiving Worker Retraining funds - vulnerable to fraud and misrepresentation.

24. The Division of Adult Education and Learning (DAEL), within the Office of Career, Technical, and Adult Education (OCTAE) administers the Workforce Innovation and Opportunity Act (WIOA) Title II Adult Education and Family Literacy Act (AEFLA) formula grants. The formula grant for Washington state is administered through the SBCTC in the Basic Education for Adults (BEdA) department. As part of the RIF actions at the Department, the Monitoring and Administration Branch and the Innovation and Administration Branch have been eliminated. Because of these eliminations BEdA no longer has a point of contact in the Department, as the area coordinator assigned to Washington state was part of the Monitoring and Administration Branch. Through the area coordinator, we had bimonthly calls and frequent email exchanges where we received guidance and technical assistance for questions related to grant management. Now, we fear losing that line of communication entirely, affecting our institutions' ability to stay in full compliance with grant conditions moving forward.

**Loss of Effective Communication Lines With the Department**

25. To date we have not been formally notified of the RIF or been assigned any other contact within the Department. The Division also put on monthly "Shop Talk" calls with updates and Q&A and those have been discontinued. The Annual State Director Meeting (ASDM) originally scheduled for May 15-16 was also cancelled, removing the annual opportunity for all

state grantee directors to come together for a learning exchange with the Department and each other.

26. The Department of Education's Office of Career, Technical, and Adult Education (OCTAE) provides guidance to ensure compliance with federal standards. The department also provides oversight of various federal education programs, including special education, vocational education, and support services for disadvantaged students. If these functions were removed, we could become more reliant on for-profit sectors stepping in to fill the void--incurring additional, and heavier, costs for our students and institutions.

27. Additionally, disruption in DOE funding would lead to delays or reductions in the distribution of Perkins funds. Funding uncertainty impacts purchasing decisions which could negatively impact student and program success. This would also affect the ability of our community and technical colleges to maintain and expand their CTE programs. CTE programs are crucial for workforce development. Any disruption in Perkins funding would hinder the ability of community and technical colleges to meet the evolving needs of the local and national workforce.

Executed on March 18, 2025, at Olympia, Washington.

_____
CHRISTOPHER BAILEY
Interim Executive Director
State Board of Community and Technical Colleges