# EXHIBIT 40

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LINDA McMAHON, *et al.*, <br><br> Defendants. | C.A. No. 1:25-cv-10601-MJJ |

### **DECLARATION OF JOHN P. CARMICHAEL**

Pursuant to 28 U.S.C. § 1746, I, John P. Carmichael, declare as follows:

1.      I am a resident of the State of Washington. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am the President of The Evergreen State College (Evergreen), a four-year liberal arts college based in Olympia, WA. I have held this position since 2021. As President, I have ultimate oversight of most of Evergreen's operations, including our efforts to achieve necessary accreditations from the Department of Education to our Program Participation Agreements (PPA). Prior to holding this position, I served as Vice President for Finance and Operations and prior to that as the President's Chief of Staff, also at The Evergreen State College.

3.      As the President of Evergreen, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

4.      I submit this declaration in connection with the announcement by the Department of Education (the Department) on March 11, 2025, that it would be reducing its staff by 50% and that this was only the "first step" to a "total shutdown" of the Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025),

1

https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force (March 11, 2025 Press Release).

5. Evergreen enrolled 2,505 students (2,386 FTEs) in the most recent fall term. Of those students, 35.2% received a Pell Grant. Of Evergreen's total financial aid budget (approximately $28.3 million), 61% (approximately $17.3 million) comes from Title IV financial aid programs.

6. To maintain eligibility to provide Title IV financial aid to students, Evergreen must periodically seek recertification of its PPA with the Department of Education. Evergreen has submitted an application for recertification. The Department of Education acknowledged receipt of that application on August 29, 2024. On January 25, 2025, in response to an inquiry to the Department of Education's San Francisco Regional Office, the Department of Education informed Evergreen that its PPA renewal was under review. Evergreen has received no further communication from the Department of Education regarding the application since that date.

7. Evergreen's previous PPA authorized Evergreen to provide federal financial aid to students through September 30, 2024. Although this date has passed, the Department of Education continues to provide access to federal financial aid for Evergreen's eligible students.

8. The PPA renewal that Evergreen applied for on August 29, 2024 also seeks authorization to offer federal financial aid students at an additional instructional site, Washington state's Stafford Creek Correctional facility. Evergreen intends to enroll a cohort of approximately 18 incarcerated students in a baccalaureate degree program at this site to begin instruction in the Fall 2025 term.

9. To be Title IV-eligible, this additional instructional site must be approved by the Department, meaning that until such approval is received, students at that site cannot be awarded federal financial aid to cover the costs associated with their education.

10. Our hopes for timely action on our application are low, given the continued lack of substantive response and the reported massive cuts in the Department's Office of Federal Student Aid, including the near-complete dismantling of the School Eligibility and Oversight Service

Group (SEOSG), which is responsible for administering program eligibility, certification, financial analysis and oversight of schools participating in Title IV programs.[1]

11.  Ultimately, if Evergreen's PPA re-certification is not approved or if the Department of Education ceases to honor the prior PPA, the consequences for students and the college would be severe. Without access to Title IV federal financial aid, a large but unknown number of students would drop out. With fewer students and reduced revenue, the college would be forced to substantially reduce academic offerings, which would in turn lead to more students leaving the college. Revenue losses to the college could exceed $17 million. It is not clear how long the college could continue to operate in this scenario.

12.  If the Department of Education does not approve the additional site at the Stafford Creek Correctional Facility by May 31, 2025, Evergreen will be forced to cancel plans to hire faculty to teach this new cohort of students. Practically speaking, because so many students at this site will rely on federal financial aid, Evergreen will be unable to continue operation of this site without approval of the PPA. Students at this site have no other options to pursue a baccalaureate degree while incarcerated.

Executed on March 17, 2025, at Olympia, Washington.

_____
JOHN P. CARMICHAEL

---

[1] https://www.duanemorris.com/alerts/bracing_impact_how_colleges_universities_can_navigate_us_department_educations_0325.html