# EXHIBIT 41

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LINDA McMAHON, *et al.*, <br><br> Defendants. | C.A. No. 1:25-cv-10601-MJJ |

**DECLARATION OF ALEXIS M. DELACRUZ**

Pursuant to 28 U.S.C. § 1746, I, Alexis M. DeLaCruz, declare as follows:

1. I am a resident of the State of Washington. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Education Attorney at the Tulalip Office of Civil Legal Aid (TOCLA), a position I have held since November 2024. TOCLA provides free legal aid services to enrolled members of the Tulalip Tribes, a federally recognized Indian tribe whose reservation is located in Tulalip, WA. As the Education Attorney, I represent individual Tulalip students, and their families, in a variety of education civil rights matters. Prior to holding this position, I was the Senior Attorney at the Native American Disability Law Center, the only federally recognized protection & advocacy agency serving Native American individuals with disabilities in the United States. I served in that role from March 2014 to October 2024.

3. As the Education Attorney at TOCLA, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by myself.

4. The Freedom of Information Act (FOIA) allows members of the public, including lawyers and the media, to request records from federal agencies, including the U.S. Department of Education (DOE).

1

5.  A FOIA request is an important tool that allows lawyers to not only ensure government agency transparency and accountability, but also to investigate and examine how agencies, like the DOE, operate.

6.  In my role as an education civil rights lawyer, I routinely make FOIA requests of the DOE in the course of my practice.

7.  I made one such request of the DOE's Office of Civil Rights (OCR) on December 3, 2024 seeking records related to the Marysville School District No. 25 (MSD), a public school district located in Marysville, WA. A true and correct copy of the December 3, 2024 FOIA Request is attached hereto as Exhibit 1.

8.  I received a DOE FOIA Acknowledgment Letter (Letter) from DOE on December 4, 2024. A true and correct copy of the December 4, 2024 Letter is attached hereto as Exhibit 2.

9.  I received an email from DOE OCR Attorney Margot Stevens on December 12, 2024 asking to discuss my request. On information and belief, Ms. Stevens is located in OCR's Seattle Office–one of the remaining OCR Offices that was not closed by the DOE.

10. I spoke with Ms. Stevens, and another attorney, Hannah Belleau, also of the OCR Seattle Office, on December 16, 2024 regarding my request. During this call, amongst other matters discussed, I agreed to receive the records I requested on a rolling basis as OCR believed it would need to gather older, responsive records from its Archives, which, on information and belief, is located in Washington D.C.

11. From January 3, 2025 through March 14, 2025, I have followed up four times with OCR's Seattle Office regarding the status of my FOIA request.

12. While I have received some documents responsive to my December 3, 2024 request totaling approximately 850 digital pages, I do not believe the production is complete.

13. I last e-mailed Ms. Stevens at 11:24 a.m. on March 14, 2025 regarding the status of my request. In the email, I wrote: "Good morning, Margot, I hope you're well. I am writing to

2

determine whether there will [sic] any additional productions in this FOIA request? Thank you for any update you're able to provide. Best, Alexis."

14. By email, Ms. Stevens responded at 11:36 a.m. on March 14, 2025 as follows: "Good morning, Alexis: I will follow up with our request to Archives, because I am not sure whether that was impacted by Wednesday's cuts. Thank you for your patience! Margot [.]"

15. I did not send any further communication to Ms. Stevens, or any other DOE employee after receiving her response.

16. Given Secretary of Education Linda McMahon's reduction in DOE staffing, my FOIA request may not be fulfilled timely, if it is fulfilled at all.

17. Producing public records pursuant to the mandates of FOIA is a core function of the DOE.

18. Not fulfilling my FOIA request, or further delaying it, will impact my ability to review records that are germane to my legal work on behalf of my individual Tulalip students, many of whom are children with disabilities entitled to protection under both Section 504 of the Rehabilitation Act of 1973 and the Individuals with Disabilities Education Act.

19. While some amount of reasonable delay is expected in producing voluminous records that may be located in multiple, physical DOE OCR Offices, I have never received a response like the one I did on March 14, 2025 suggesting that a local OCR Office's "request to Archives" may have been "impacted by Wednesday's cuts."

20. As a career education civil rights lawyer who relies on access to public records from state and local government agencies, like the DOE, it is alarming to not know the future of my lawful FOIA request, a request that is already now over three (3) months old and still pending.

21. Of note, Ms. Belleau, who was originally included on communications related to my FOIA request has no longer been included on communications. It is unclear whether Ms. Belleau's position was eliminated by DOE.

22. By reducing its staff by over 50%, DOE is frustrating its ability to comply with core functions of the agency like responding to FOIA requests such as mine.

23. I submit this declaration in connection with the announcement by the Department of Education ("the Department") on March 11, 2025 that it would be reducing its staff by 50% and that this was only the "first step" to a "total shutdown" of the Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

Executed on March 17, 2025, at Tacoma, WA.

*Alexis M DelaCruz*
ALEXIS M. DELACRUZ

4

# Exhibit 1



# TULALIP OFFICE OF CIVIL LEGAL AID

**6332 31ST AVE NE #B | TULALIP, WA 98271**
**360-716-4166 | ADELACRUZ@TULALIPTRIBES-NSN.GOV**

<u>Via E-mail ONLY</u>

December 3, 2024

U.S. Department of Education
Office of the Secretary
400 Maryland Ave., SW., LBJ7W104
Washington, DC 20202-4500
**Attn: FOIA Service Center**
p. 202.401.8365
EDFOIAManager@ed.gov

To Whom It May Concern:

I am writing to request the following U.S. Department of Education Office of Civil Rights (OCR) records pursuant to 5 U.S.C. § 552; 35 C.F.R § 5:

1) Any and all OCR complaints received regarding any school or institution located in the Marysville School District #25 (MSD #25) in Marysville, WA since 2000 including, but not limited to, any and all complaints alleging violations of:
    a. Title VI of the Civil Rights Act of 1964;
    b. Title IX of the Education Amendment of 1972;
    c. Section 504 of the Rehabilitation Act of 1973;
    d. Title II of the Americans with Disabilities Act of 1990; and/or,
    e. Age Discrimination Act of 1975.
2) Any and all communication between OCR and the MSD #25 regarding any filed complaint and/or investigation or resolution of any filed complaint;
3) Any and all written dismissals of any filed complaint sent to MSD #25;
4) Any and all final resolutions letters, agreements, regardless of type, for any filed complaint;
5) Any and all records related to any compliance review of MSD #25;
6) Any and all records related to any monitoring resolution agreement of MSD #25;
7) Any and all records related to any rapid resolution of a complaint regarding MSD #25; and
8) Any U.S. Department of Justice (DOJ) referral made by OCR regarding MSD #25.



**6332 31ST Ave NE #B | Tulalip, WA 98271**
**360-716-4166 | adelacruz@tulaliptribes-nsn.gov**

To be sure, this request is being made in contemplation of OCR releasing the following publicly available information regarding each request made above:
- Name of the school or institution alleged to have discriminated;
- Date the complaint was filed;
- Type of discrimination alleged in the complaint;
- Date the complaint was resolved;
- Basic reasons for OCR's decision; and
- Any other related information.

Thank you for your prompt attention to this request. You may contact me at adelacruz@tulaliptribes-nsn.gov or at 360-716-4166. I look forward to hearing from you.

Sincerely,

*Alexis M DeLaCruz*
Alexis M. DeLaCruz
Education Attorney

2

# Exhibit 2



United States Department of Education

Office of the Deputy Secretary

FOIA Service Center

December 4, 2024

Alexis De La Cruz
6332 31st Ave NE #B
Tulalip, WA  98271

RE: FOIA Request No. 25-01411-F
Fee Waiver Requested: No
Expedited Processing Requested: No

Dear Alexis De La Cruz:

This is an acknowledgment of your request for information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, dated December 3, 2024, and received in the Department of Education's (Department) FOIA Service Center (FSC) on December 4, 2024. You requested the following:

"I am writing to request the following U.S. Department of Education Office of Civil Rights (OCR) records pursuant to 5 U.S.C. § 552; 35 C.F.R § 5:
1) Any and all OCR complaints received regarding any school or institution located in the Marysville School District #25 (MSD #25) in Marysville, WA since 2000 including, but not limited to, any and all complaints alleging violations of:
a. Title VI of the Civil Rights Act of 1964;
b. Title IX of the Education Amendment of 1972;
c. Section 504 of the Rehabilitation Act of 1973;
d. Title II of the Americans with Disabilities Act of 1990; and/or,
e. Age Discrimination Act of 1975.
2) Any and all communication between OCR and the MSD #25 regarding any filed complaint and/or investigation or resolution of any filed complaint;
3) Any and all written dismissals of any filed complaint sent to MSD #25;
4) Any and all final resolutions letters, agreements, regardless of type, for any filed complaint;
5) Any and all records related to any compliance review of MSD #25;
6) Any and all records related to any monitoring resolution agreement of MSD #25;
7) Any and all records related to any rapid resolution of a complaint regarding MSD #25; and
8) Any U.S. Department of Justice (DOJ) referral made by OCR regarding MSD #25.

To be sure, this request is being made in contemplation of OCR releasing the following publicly available information regarding each request made above:
• Name of the school or institution alleged to have discriminated;
• Date the complaint was filed;
• Type of discrimination alleged in the complaint;

- Date the complaint was resolved;
- Basic reasons for OCR's decision; and
- Any other related information."

Please review the Additional Information section below to learn if we need additional clarification and/or documentation in order to continue processing your request. **If no additional information is needed, nothing more is required from you at this time.** If we do require supplemental information, you have ten business days to respond. If you do not respond within this time frame, we will administratively close your case. An administrative closure is not a denial of your request and does not preclude you from making requests in the future.

Please be advised that the current average request processing time is 185 business days. If you have any questions, please contact the FSC at 202-401-8365 or EDFOIAManager@ed.gov. You may also check the status of your request at https://foiaxpress.pal.ed.gov/app/CheckStatus.aspx.

## Additional Information

No additional information is needed at this time. However, we will contact you if, in the future, any additional information is needed in order to complete our search for documents.

## Fees and Expedited Processing

There are currently no fees associated with this request. If we determine that a fee assessment is necessary, we will provide you with a fee estimate and the status of your requester category. If you requested a fee waiver and we determine a fee assessment is necessary, we will include our determination along with the fee estimate.

## Additional Assistance

You have the right to seek assistance and/or dispute resolution services from the Department's FOIA Public Liaison or the Office of Government Information Services (OGIS).  The FOIA Public Liaison is responsible, among other duties, for assisting in the resolution of FOIA disputes.  OGIS, which is outside the Department, offers ombuds services, including dispute resolution, to assist FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Please note, OGIS's assistance does not replace the administrative appeal process described below. You may contact the FOIA Public Liaison or OGIS at:

> FOIA Public Liaison
> Office of the Deputy Secretary
> U.S. Department of Education
> 400 Maryland Ave., SW, LBJ 7W104

Washington, DC 20202-4500
Email: robert.wehausen@ed.gov
Phone: 202-205-0733
Fax: 202-401-0920

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road, OGIS
College Park, MD 20740-6001
Email: OGIS@nara.gov
Phone: 202-741-5770 or 1-877-684-6448

If expedited processing and/or a fee waiver was requested and denied, you have the right to appeal the Department's decision by submitting an appeal to the address below, no later than 90 calendar days from the date of this letter. Using the FOIA Public Liaison or OGIS services described above does not affect your right or the deadline to file an appeal. Your appeal must be in writing and must include a detailed statement of all legal and factual bases for the appeal. It should be accompanied by this letter, a copy of your initial letter of request, and any documentation that supports the argument you wish the Department to consider in making an administrative determination on your appeal. You may submit your appeal by:

Mail: Appeals Office
       Office of the Deputy Secretary
       U.S. Department of Education
       400 Maryland Avenue, SW, LBJ 7W104
       Washington, DC 20202-4536

Online Form: www.ed.gov/policy/gen/leg/foia/foia-appeal-form.pdf

E-mail: EDFOIAappeals@ed.gov

Fax: 202-401-0920

    Sincerely,

    ED FOIA Service Center

    Office of the Deputy Secretary