# EXHIBIT 42

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>       Plaintiffs,<br><br>   v.<br><br>LINDA McMAHON, *et al.*,<br><br>       Defendants. | C.A. No. 1:25-cv-10601-MJJ |

### DECLARATION OF THOMAS J. KELLY

I, Thomas J. Kelly, declare as follows:

1. I am a resident of the State of Washington. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the Washington Office of Superintendent of Public Instruction (OSPI) as the Chief Financial Officer, and have been for the last eight years.

3. OSPI is responsible for the supervision of public K-12 education in Washington State. We have supervisory authority over 295 public school districts, 16 public charter schools, and 7 state-tribal education compact schools. Washington K–12 schools serve over 1,147,000 students in over 2,400 schools. 45.3% of students are identified as low income, qualifying for free and reduced-priced school meals; 11.7% of students are identified as English-language learners; and 14.4% identified as students with disabilities receiving special education services.

4. OSPI allocates funding and provides tools, resources, and technical assistance to school districts and families across Washington State. This includes students younger than five years old, such as Transition to Kindergarten (TK) students, as well as preschool students who are impacted by Individuals with Disabilities Act (IDEA) federal funding.

5. As the Chief Financial Officer, I oversee the Financial Resources department of

1

OSPI, which provides vital information, fiscal services and policy support that OSPI needs to serve the children of Washington State. Financial Resources plays a central role in budget planning, policy development, and fiscal administration for OSPI. My job duties include overseeing OSPI's school apportionment division, capital division, student transportation division, internal financial services office, and the audit resolution team.

6. As Chief Financial Officer for OSPI, I have knowledge of how OSPI receives funding from both the state and federal governments and how those funds are used and distributed in providing public education.

7. I am aware of the massive Reduction in Force (RIF) issued by the Department of Education (DOE) on or about March 11, 2025. It is my understanding that Department employees who were affected by this RIF were notified of their termination on March 11 or 12, currently have limited access to their departmental resources and will be placed on administrative leave starting March 21, 2025.

8. These actions would likely have a devastating effect on the K-12 public education system for the State of Washington, its operations, and its residents.

9. OSPI regularly reports its State Expenditure of Federal Awards (SEFA). The SEFA report includes all federal funds that Washington State receives in a given fiscal year.

10. For the most recent 2023–2024 school year (FY2024), running from September 1, 2023, to August 31, 2024, school districts received over $1.4 billion in federal funding. This comprised approximately 7% of school district revenue for that school year. In the next approximately 20 months (through September 30, 2026), Washington State is scheduled to receive access to approximately $750 million under our current federal grants. These funds include Title I Basic and IDEA-B, 611 Special Education disbursements.

11. The federal funding data displayed below shows federal funding as a percentage of total K–12 funding in the 2023–24 school year, with one-time federal emergency relief funds (Elementary and Secondary School Emergency Relief funds, American Rescue Plan funds, etc.) removed. School districts shown in green receive federal funds below the statewide average of

6.95%, while those shown in red receive federal funds above the statewide average. The areas in red reflect the school districts (largely rural school districts) where federal funding, mostly administered by the Department of Education, is 34-44% of the school district's entire budget:



12.     School districts in Washington report to OSPI federal aid claimed through over 70 distinct funding streams. These programs serve some of our most vulnerable students. If funding streams administered by the DOE are delayed or eliminated, it puts a number of programs at risk.

13.     *National School Lunch Program:* The USDA administered nearly $361 million to Washington in FY2024 SEFA. This revenue reimburses school districts for student meals served under a variety of school meals programs offered through the federal government. Public school districts, private schools, residential childcare institutions, and charter schools participate in school

meal programs.[1]

Funds are awarded to OSPI and then paid to the district based on the rate of eligible reimbursable meals served as reported to OSPI. Payments are made monthly based on claims made in the prior month. Because of the substantial amounts of money at issue, any delay in the monthly processing of these funds will put OSPI, and subsequently the schools, in precarious financial positions. While these funds are not administered by DOE, Washington has seen the immediate cancellation of USDA administered funds without warning. This raises concern for funding streams that are administered by DOE given the significance of the RIFs within the department.

14. *Title I Education Grants*:  The DOE administered over $310 million in FY2024 SEFA. Title I funds provide instructional help to children whose academic performance is below standard, based on a formula that targets funding to schools and districts with higher percentages of students experiencing poverty.[2]

Title I funds are awarded to Washington, and then proportionally paid to districts per federal guidance. In some, but not all years, the DOE reviews those allocations to make sure OSPI's model complies with the federal rules. Getting an accurate count is vitally important, especially in years where there are changes in census data and reconciling changes annually because of population changes. Given the broad scope of the RIF, the DOE's future availability for review assistance is seriously jeopardized.

15. *Special Education Grants*: The DOE administered over $275 million in FY2024 SEFA. This program serves to meet the excess costs of providing special education and related services to children with disabilities, including support and direct services, technical assistance and personnel preparation, assisting schools in providing positive behavioral interventions and supports, and improving the use of assistive technology in the classroom.[3] Special education funds

---

[1] https://ospi.k12.wa.us/policy-funding/child-nutrition/school-meals/national-school-lunch-program.
[2] https://ofm.wa.gov/budget/agency-activities-and-performance/agency-activities/350#:~:text=The%20state%20Learning%20Assistance%20Program,learning%20needs%20in%20the%20district.
[3]    https://www.ed.gov/grants-and-programs/formula-grants/formula-grants-special-populations/special-education-grants-to-states.

are given based on a formula approved by Congress. Washington determines how much can be retained for state administrative purposes, and the remainder is distributed to districts on a dollar per student basis determined at the state level. OSPI is deeply concerned that the administration of these programs will be heavily impacted by the staffing cuts in the DOE's Office of Special Education and Rehabilitative Services (OSERS), which is charged with the DOE's administration of these funds. Because special education is a component of basic education in Washington, federal funding lapses will likely fall on Washington to backfill with state funding, which, as noted below, is difficult to come by given Washington's current budget deficit.

16. *Impact Aid:* Washington school districts reported receiving over $120 million in Impact Aid payments from the Department of Education FY2024 SEFA. This program reimburses school districts for the loss of local tax revenue due to the presence of the Federal Government, such as military bases or tribal lands, of which there many in Washington (such as Joint Base Lewis-McChord and NAS Whidbey Island). Impact Aid is distributed directly to school districts by the DOE without state involvement. However, loss of Impact Aid will inevitably, and massively, burden Washington and its schools if it is forced to backfill the hundreds of millions of dollars that should have been awarded to federally-affected school districts within the state. OSPI currently does not perform calculations regarding the allocation of these funds nor does it administer a grant claims process, but would have to do so if this funding is in any way delayed, leading to an immense resource strain for our staff.

17. Title III *Migrant and English Language Acquisition*: Washington school districts reported receiving over $20 million in funding for migrant students and English learners from the Department of Education. The allocation is based on our reported migrant and English learner identification. Approximately 14% of our students identify in one of these two student populations. Washington state has the third largest migrant student population in the United States and tracks and supports migrant students and their families all over the state. Washington is well regarded for our migrant and English learner data that annually is reported to the DOE. Both the funding and the reported data remain concerns as the dismantling of the DOE continues.

18.     *Head Start*: Washington school districts reported receiving over $16 million in Impact Aid payments from the Department of Education FY2024 SEFA. This program provides instructional programs for children ages 3 and 4 and, in some locations, pregnant women and children birth to age 3. This program is administered not by OSPI, but by Washington's Department for Children, Youth, and Families (DCYF). This funding is critical for many students in their early stages of learning and disruption of the federal funding streams would wreak havoc for those children, their parents, and the schools that depend on them.

19.     *Vocational Education*: Also referred to as Perkins funds, are awarded by the DOE to Washington's Workforce Board. OSPI receives half of the award and then calculates each district's portion thereof. The district portion is based on a per student amount that complies with federal law and can change annually based on the total eligible student count. Washington school districts reported receiving over $11 million in vocational education payments from the Department of Education FY2024 SEFA. OSPI is reliant on DOE for technical assistance, accountability and reporting requirements. DOE has only two employees let after the RIFs in the Office of Career, Technical and Adult Education.

20.     *OCR*: While not a direct funding source for Washington schools, OSPI is also deeply concerned about the effect of the DOE's RIF on the operation of the DOE - Office for Civil Rights (OCR). OSPI is aware of a significant number of investigations in Washington that are currently in OCR's backlog. If OCR's ability to process these cases is further diminished, the responsibility for ensuring compliance with civil rights laws, disability rights laws, and appropriate accommodations for students with special needs will fall on already-over burdened state resources, especially the Equity and Civil Rights Office (ECR) at OSPI. Moreover, given what we understand to be deep cuts to the OCR and its personnel (including the elimination of every office on the West Coast except Seattle, the termination of nearly half its staff, and the current prohibition on investigators making outside communications), we are increasingly concerned that OCR's inability to investigate and pursue claims of disability or other types of discrimination will inevitably create a mammoth of additional responsibility for already-strained state resources to

ensure the safety of Washington's students.

21.  *Education Statistics*: Although it does not come in the form of direct funding, OSPI is also deeply concerned by what appears to be a wholesale dismantling of the DOE's Institute of Education Sciences and National Center for Education Statistics. OSPI regularly relies on information produced by these offices to inform its own efforts at serving its student population. For instance, the NCES's National Assessment of Educational Progress (NAEP), which is the country's only assessment of student achievement where comparisons can be drawn between states and long-term trends can be observed, takes place every two years and includes a statistically representative sample of students across the country. Because OSPI can only collect data from within Washington, it is heavily reliant on the data reported by the NAEP to ascertain how its students compare to those in other states. OSPI also relies on this data to better direct its resources to students in need. Curtailing or cutting the staff that performs these analyses not only shift more data-gathering functions to OSPI, but places OSPI at a significant informational disadvantage in serving Washington students.

22.  Overall, OSPI continues to be concerned that funding will be delayed or denied given the broad elimination of personnel and departments at the DOE that are critical for timely processing and administration of federal funds intended for Washington schools and residents. These fears are not theoretical, as OSPI has already experienced significant delays in receiving funding and services from the federal government that OSPI normally relies on. For example, the recent cancellation of the Local Foods to Schools program has led to real impact.  The cancellation is effective 60 days after March 7, 2025, and as a result all funding for the program in SY 2025–26 are cancelled. The total impact of this program's cancellation is in excess of $11.4 million dollars and will result in fewer local, nutritious foods being included in students school lunches. Further, the abrupt nature of the cancellation, without forenotice to the state, has required OSPI to expend additional resources for purposes of communication and understanding with districts and other partners.

23.  This threat to our schools' funding comes at a precarious time for Washington. Our

state is one of several states facing a budget shortfall. Washington is facing a forecasted budget deficit of more than $12 billion over the next four years. Moreover, several public-school districts are already under financial oversight from OSPI, a process that occurs when a school district is unable to produce a balanced budget and must request assistance from OSPI to come into financial compliance, and to that end must agree to meet certain financial benchmarks.[4]

24. Any difficulty in receiving these hundreds of millions of dollars in federal funding, even temporarily, would interfere with critical state education programs, impact delivery of services to Washington K-12 students, negatively impact already challenging school district budgets, significantly worsen Washington's budget shortfall, and make it nearly impossible for state agencies to prioritize budgeting needs. Washington school districts are already experiencing several budget challenges related to declining student enrollment, inflation, and lapsing of the one-time federal pandemic funds. Washington state has more districts currently managing budgets that reflect negative fund balances than ever before, as well as many that have a significant lack of resources. Instability at the federal level specific to the DOE reduction in force is creating significant challenges to budgeting and staffing for the 2025–26 school year. This has a real impact on the staff and students of the K-12 system given that most federal funding is used to employ staff to provide specific services to students.

25. If federal funds continue to be withheld or even delayed temporarily, the State of Washington and Washington public schools simply do not have funds to cover all of these critical programs that are currently funded through federal dollars. And Washington most certainly does not have the funds to backfill federal dollars while continuing to pay for all of the many state-funded programs on which its youngest residents rely. Thus, loss (even temporary loss) of these federal funds would necessarily entail cuts—likely drastic cuts—to the education services provided by the Washington K-12 public school system, which includes OSPI and local education agencies.

---

[4] *See* Washington Administrative Code (WAC) 392-123-060.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2025, at Olympia, Washington.

_TKelly_
THOMAS J. KELLY
Chief Financial Officer
Washington Office of Superintendent of Public Instruction

9