# EXHIBIT 43

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK, *et al.*,

        Plaintiffs,

v.

LINDA McMAHON, *et al.*,

        Defendants.

C.A. No. 1:25-cv-10601-MJJ

## DECLARATION OF DR. JOYCE LOVEDAY

Pursuant to 28 U.S.C. § 1746, I, Dr. Joyce Loveday, declare as follows:

1. I am a resident of the State of Washington. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the President of Clover Park Technical College (Clover Park), a technical college based in Lakewood, WA. I have held this position since 2016. As President, I have ultimate oversight of most of Clover Park's operations, including our efforts to achieve necessary accreditations from the U.S. Department of Education to our Program Participation Agreements (PPA). Prior to holding this position, I served in the Clover Park college community for over a decade (since 2002) as Dean for Business and Computer Technology, Assistant to the President, Associate VP for Instruction, and VP for Student Learning.

3. As the President of Clover Park, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

4. I submit this declaration in connection with the announcement by the U.S. Department of Education (the Department) on March 11, 2025, that it would be reducing its staff by 50% and that this was only the "first step" to a "total shutdown" of the Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education

1

(Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

5. Clover Park currently has two campuses: our main campus in Lakewood, WA, and our aviation-focused South Hill campus just south of Puyallup, WA. As a technical college, Clover Park offers certificates, associate degrees and bachelor's degrees focused on preparing people with the skills and knowledge to excel in fields such as aerospace, advanced manufacturing, health sciences, technology, transportation and trades. We currently enroll over 5,000 students (over 3,000 FTEs), with a median age of 28. Almost half of our students receive need-based financial assistance, typically in the form of student loans.

6. Last year, in order to better serve our student population and the needs of our community, Clover Park decided to invest in the opening of an additional technical training site on the East side of Tacoma, WA, to expand educational access to a part of our community experiencing greater unemployment and poverty than other parts of our county. We plan to offer training in the high-wage fields of HVAC, construction, electrician, and plumbing. Clover Park has already secured a lease at this site and did so in anticipation of its expanded program offerings to East Tacoma residents.

7. After receiving approval to offer classes at the new site from the State Board of Community and Technical Colleges and the Northwest Commission on Colleges and Universities, Clover Park's Financial Aid Director electronically submitted a request to the Department of Education on December 6, 2024, to update our institution's Program Participation Agreement (PPA) to add this additional training site in Tacoma. To be Title IV-eligible, this additional campus must be approved by the Department, meaning that until such approval is received, students at that site cannot be awarded federal financial aid to cover the costs associated with their education. Practically speaking, because so many of our students rely on federal financial aid, without this update of our PPA we are not likely to be able to continue operation of this new facility.

8. Because the training programs themselves are established programs already approved for financial aid, we anticipated that approval to provide the training at a new site would

Case 1:25-cv-10601-MJJ    Document 71-43    Filed 03/24/25    Page 4 of 6

be fairly quick, as it had been in the past. Our last application submitted prior to the new administration took 6.5 weeks to be reviewed and approved. Unfortunately, that has not been the case here. At this point our current request has been sitting with no review or response for 14 weeks.

9. On March 13, 2025, concerned about the status of our application and needing to make plans for our students for the upcoming school year, our Director of Student Aid and Scholarships sent an email to FSA Case Teams (CaseTeams@ed.gov), the Department's email address that recently has been used by the Department to respond to eligibility questions. We also copied Rachel Oglesby, who we understood was the Chief of Staff for the Department, in the hope of getting support or direction for how to proceed with our outstanding request:

> From: Boon, Celva <Celva.Boon@cptc.edu>
> Sent: Thursday, March 13, 2025 2:31 PM
> To: FSA Case Teams <CaseTeams@ed.gov>
> Cc: Oglesby, Rachel <Rachel.Oglesby@ed.gov>
> Subject: Status of Eligiblity application
>
> Some people who received this message don't often get email from celva.boon@cptc.edu. Learn why this is important
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> I submitted an update to my institutions PPA to add an additional location on 12/6 but have not heard back. The case number is 00229486. Is there anything that you can tell me about the status?
>
> Celva L. Boon
> Director-Student Aid & Scholarships

10. Instead of any substantive response, within one hour we received a one sentence email from James Bergeron, the Department's recently-appointed Deputy Under Secretary, asking who told us to send our status inquiry to "FSACases and cc Rachel":

3

> **From:** Bergeron, James <James.Bergeron@ed.gov>
> **Sent:** Thursday, March 13, 2025 11:56 AM
> **To:** Boon, Celva <Celva.Boon@cptc.edu>
> **Subject:** Fwd: Status of Eligiblity application
>
> You don't often get email from james.bergeron@ed.gov. Learn why this is important
> **CAUTION:** This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
>
> Hey Celva, who told you guys to email FSACases and cc Rachel ?

11. We received no further communication from the Department related to our request. Our hopes for any additional action on our application are low, given the continued lack of substantive response, and the reported massive cuts in the Department's Office of Federal Student Aid, including the near-complete dismantling of the School Eligibility and Oversight Service Group (SEOSG), which is responsible for administering program eligibility, certification, financial analysis and oversight of schools participating in Title IV programs.[1]

12. Without approval from the Department in the near future, we will be unable to effectively operate our training site for the upcoming school year. Currently, for spring quarter, only 9 students (funded through sources other than Financial Aid) are enrolled for the courses at the East Tacoma location. Our budget and operations forecast planned for fifty (50) students in order to make this facility financially viable, but because of the Department's inaction we have not been able to enroll interested students who depend on federal financial aid awards to support educational costs. The loss of tuition for Spring quarter 2025 so far is approximately $60,000 ($1,500 x 40 students). Our projected college enrollments for summer and fall 2025 were 60 for summer and 100 for fall. Without the ability to offer financial aid to students at this site, I conservatively anticipate our tuition loss would be $60,000 again for summer ($1500 x 40 students) and $105,000 for fall ($1500 x 70 students). We are also incurring annual leasing costs

---

[1] https://www.duanemorris.com/alerts/bracing_impact_how_colleges_universities_can_navigate_us_department_educations_0325.html.

4

of $240,000. Combined with costs associated with getting the training site up and running (signage, renovations for handicap accessibility, minor space changes, and instruction equipment), these expenses could quickly escalate to nearly a half a million dollars by the fall quarter if the Department's inaction on our application continues.

13.     Clover Park cannot afford this continued financial imposition. If our application is not approved in the coming weeks, we will likely have to cancel our Tacoma lease, potentially terminate associated staffing positions, and end program offerings at our Tacoma location. The greatest loss, however, will be to the low- and middle-income community members on Tacoma's Eastside with limited access to employment training for high-wage fields.

Executed on March 17, 2025, at Lakewood, Washington.

*Joyce Loveday*
DR. JOYCE LOVEDAY
President
Clover Park Technical College