# EXHIBIT 44

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>       Plaintiffs,<br><br>  v.<br><br>LINDA McMAHON, *et al.*,<br><br>       Defendants. | C.A. No. 1:25-cv-10601-MJJ |

### DECLARATION OF PHILIP JAMES REID

Pursuant to 28 U.S.C. § 1746, I, Philip James Reid, declare as follows:

  1.  I am a resident of the State of Washington. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

  2.  I am the Vice Provost for Academic Strategy and Affairs, at the University of Washington, a position I have held since 2017. As Vice Provost, I have oversight of Enrollment Management including Financial Aid. Prior to holding this position, I was Associate Vice Provost for Academic Services.

  3.  As the Vice Provost, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

  4.  I submit this declaration in connection with the announcement by the Department of Education (the Department) on March 11, 2025 that it would be reducing its staff by 50 percent and that this was only the "first step" to a "total shutdown" of the Department. Press Release, Dep't of Educ., *U.S. Department of Education Initiates Reduction in Force*, (Mar. 11, 2025),

1

https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force (March 11, 2025), (the March 11 Press Release).

5. The University of Washington is the flagship public, comprehensive University for the State of Washington. The University includes three campuses with over 60,000 students, UW Medicine which is a comprehensive medical system, schools and colleges including Arts & Sciences, Engineering, Business, Law, and an online learning network. We serve over 100,000 learners in credit bearing courses and programs and through continuing education and community outreach programs.

6. Given my experience, I do not think that the Department can meet its obligations to administer the programs described below.

7. The federal student loan programs administered by the Department under Title IV of the Higher Education Act of 1965, as amended, are vitally important for the operation of the University of Washington. The Department of Education's Office of Federal Student Aid (FSA) handles loan disbursement, servicing and borrower assistance for University of Washington students and prospective students.

8. FSA administers the Federal Pell Grant, Federal SEOG, and Federal Work Study programs, along with the Federal Direct Loan programs.

9. Roughly 30 percent of University of Washington students receive Pell Grants. Pell Grants are for students of exceptional financial need, and are essential for low-income students to attend the University of Washington. Many of these students are the first in their family to attend college, with Pell Grants providing an essential component of financial support allowing these students to attend college. As a public university, providing access to higher education is an essential goal. Pell Grants are a critical resource in helping us achieve this goal.

10. The University of Washington receives roughly $75,000,000 in Pell Grants per year. If these grants were cancelled, the University would be forced to redirect other forms of financial aid (specifically, tuition-derived aid) to Pell-eligible students. The main effect of this shift would be to reduce available aid to middle-class students which would in turn lead to an increase in loans assumed by these students and their families. Ultimately, many of these students would leave the University with increased debt. The alternative would be to not backfill the loss of Pell Grants which would result in the majority of the students currently receiving these grants not matriculating or simply leaving the University.

11. The FSA also develops the Free Application for Federal Student Aid (FAFSA) form and processes students' FAFSA submissions. The University of Washington receives roughly 60,000 FAFSA applications/year. Students interested in receiving financial aid at the University of Washington must submit a FAFSA in order to be eligible for aid (Pell, Washington College Grant, etc.). The preferred deadline for applicants to submit their FAFSA was February 28, 2025, with the majority of students submitting FAFSA forms earlier because their understanding of what, if any, financial aid they qualify for informs their decision about whether they can afford to attend college.

12. Previous delays in receiving FAFSA information during the FAFSA modernization resulted in students not knowing what aid they would qualify for until well past notification of their acceptance (typically the second week of March). With current reductions in staff at FSA, students have not been able to submit a FAFSA due to the application portal not being available, and the rate of data received from FSA has decreased. These issues may require the University to again push back deadlines.

13. The Department further manages large-scale data collection and enforcement from institutions of higher education across the country. For example, the Department keeps records of campus safety incidents and disclosures under the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act. Prompt reporting and processing of campus safety issues are jeopardized by the reduction in force at FSA.

14. The Department's Office of Postsecondary Education is responsible for formulating federal postsecondary education policy and administering programs in support of increased access to quality postsecondary education. The reductions in force at FSA will jeopardize the offering of these programs and subsequently disrupt access to higher education for communities supported by these programs.

15. The Department also manages higher education accreditation along with states. The lack of clarity regarding accreditation standards combined with lack of staff to support these activities will result in reduced accreditation compliance which will ultimately impact educational quality, learning outcomes and will lead to an increase in "bad actor" institutions interested in revenue rather than student success.

Executed on March 17, 2025, at Seattle, Washington.

_____
PHILIP JAMES REID
Vice Provost for Academic Strategy and Affairs
University of Washington