# EXHIBIT 45

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK, *et al.*,

   Plaintiffs,

        v.

LINDA McMAHON, *et al.*,

   Defendants.

C.A. No. 1:25-cv-10601

**DECLARATION**

## DECLARATION OF JOHANNES BRITZ

I, Johannes Britz, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am a resident of the State of Wisconsin. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Senior Vice President for Academic & Student Affairs, at the Universities of Wisconsin (UW), a position I have held since 2022. As Senior Vice President for Academic & Student Affairs, I oversee the UW's commitment to academic excellence, faculty and student success, shared governance, and community engagement.

3. As the Senior Vice President for Academic & Student Affairs, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by UW staff.

4. I submit this declaration in connection with the announcement by the Department of Education ("the Department") on March 11, 2025 that it would be reducing its staff by 50% and that this was only the "first step" to a "total shutdown" of the Department. *U.S. Department*

1

*of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

5. UW is a comprehensive public university system in the state of Wisconsin. Comprising 13 universities, the system offers a wide range of programs and academic opportunities, including large research institutions, liberal arts colleges, and specialized academic medical centers. UW also offers extensive online learning opportunities enabling students across the state and beyond to pursue degrees remotely. Together, UW serves more than 165,000 students annually, providing access to a diverse array of education experiences and ensuring that students from all backgrounds have the opportunity to succeed in higher education.

6. Given my experience, I do not believe the Department can meet its obligations to administer the programs described below.

7. The federal student loan programs administered by the Department under Title IV of the Higher Education Act of 1965, as amended, are vitally important for the operation of UW. The Department's Office of Federal Student Aid (FSA) administers Pell Grants, work-study programs, handles loan disbursement, servicing and borrower assistance, including subsidized loans, for UW students and prospective students.

8. During the 2023-24 academic year, 31,555 (or 21%) of UW students received Pell Grants. If access to Pell Grants is disturbed, UW's ability to fulfill its core mission of providing accessible, high-quality education to its student population will be undermined. Pell Grants are a critical financial lifeline for low-income students, many of whom rely on this assistance to pursue higher education and secure a better future. Unlike loans, which pose barriers such as the need for repayment and the risk of accumulating debt, Pell Grants provide a distinct and vital

2

form of support that enables these students to focus on their studies without the weight of financial burdens. Without this funding, a significant portion of the student body would be unable to attend or complete their studies, leading to a sharp decline in enrollment and social mobility. The long-term consequences would ripple through the state's workforce, economic stability, and innovation, weakening the very foundation of the public education system that has long been an engine of opportunity and growth for Wisconsin. UW would not only be deprived of its mission to provide quality education but would also face an unprecedented financial strain, potentially compromising its academic programs, faculty, and future sustainability.

9. Proper administration of student financial aid funds, including Pell Grants, work-study programs, and subsidized loans, is vital to UW's ability to support its student body and ensure that higher education remains accessible to all. These funds are essential for students who would otherwise be unable to afford tuition, fees, and living expenses, allowing them to focus on their academic success rather than financial hardship. The efficient processing and disbursement of these funds directly impact students' enrollment, retention, and graduation rates. With the Department's recent major reduction in its FSA workforce, there is a significant concern that these essential funds may not be administered in a timely or effective manner. A decrease in staffing will likely lead to delays in processing applications, disbursements, and responses to student inquiries, disrupting students' access to critical financial aid. This disruption will not only jeopardize the educational opportunities for thousands of students across UW but could also increase the administrative burden on UW campuses, straining resources and further complicating the financial aid process at a time when students need it most.

10. The FSA also develops the Free Application for Federal Student Aid (FAFSA) form and processes students' FAFSA submissions. During the 2023-24 academic year, 93,150

FAFSA forms were submitted by UW students. Students enrolling in UW schools must complete the FAFSA prior to their first year of enrollment and then resubmit the FAFSA each subsequent year of schooling. Many students choose to submit their FAFSA as early as they are able because their understanding of what, if any, financial aid they qualify for informs their decision about whether they can afford to attend college, and if so, which college.

11. The timely and accurate administration of FAFSA forms is crucial to ensuring that students at UW have access to the financial aid necessary for their education. FAFSA forms are the gateway to federal financial aid, including grants, loans, and work-study opportunities, which are essential for many students to afford tuition, fees, and living expenses. As experienced during deployment of the 2024-25 FAFSA, any disruptions to the availability of the FAFSA, the timely implementation of corrections to completed forms whether from the university or the student, the verification process, or disbursement of funds could mean students face delays in receiving their financial aid, leading to difficulties in securing enrollment or continuing their education. As a result, some students may be forced to delay or forgo attending UW institutions altogether, particularly those from low-income backgrounds who rely heavily on this aid. The consequences of this are far-reaching, as students who do not enroll or complete their education are more likely to face lower earning potential and limited career opportunities. Additionally, UW could see reduced enrollment, which would not only impact its financial stability but also diminish its overall educational mission, reducing its capacity to contribute to the state's workforce and economic development.

12. UW, like other systems of higher education across the country, relies heavily on the Department's large-scale data collection and enforcement to maintain compliance with federal regulations and to ensure transparency and accountability in campus operations. One key

area of this data collection is the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act, which requires universities to publicly disclose campus safety incidents and crime statistics. This data is crucial not only for the safety of students and staff but also for guiding university policies and practices aimed at preventing and addressing campus safety issues. The Department's oversight ensures that UW and other universities adhere to these standards, providing a clear record of incidents and policies that can inform decisions about campus safety and support efforts to create a safer environment. Any disruption to this data collection or enforcement process, especially if it leads to less rigorous monitoring or incomplete records, could severely undermine the ability to fulfill UW's obligations under federal law and compromise the trust of students, parents, and the public in UW's commitment to maintaining a safe campus.

13.  The Department's Office of Postsecondary Education (OPE) plays a vital role in formulating federal postsecondary education policy and administering programs designed to increase access to quality education for students. OPE oversees a range of initiatives, including Title IV financial aid programs, such as Pell Grants, work-study programs, and federal student loans, which are essential for supporting students in their pursuit of higher education. Additionally, the OPE is responsible for setting policies that help UW enhance student access and success, through initiatives that promote academic excellence. UW heavily relies on these policies to guide its own financial aid, admissions, and student support programs. Without the ability of the OPE to effectively administer these programs and policies, UW could face significant challenges in maintaining financial aid eligibility for its students, ensuring compliance with federal standards, and delivering the resources needed to support students from low-income and underrepresented communities. Any disruption in OPE's ability to formulate or

enforce these policies could lead to delays in financial aid disbursement, reduced funding for access programs, and an overall decline in UW's capacity to serve its student population, ultimately hindering efforts to increase postsecondary education access.

14. UW routinely uses data from the National Center for Education Statistics (NCES) for accountability reporting to meet both statutory and Board of Regents reporting requirements. These data are thoroughly defined standardized data enabling consistent comparison across UW and non-UW institutions. Specifically, NCES data inform direct comparison to peer institutions, surrounding state public universities, and the national higher education community. Lacking access to these clearly defined consistently managed data would be detrimental to the effort of the Universities of Wisconsin, and ability to monitor, measure, or maintain high quality institutions of higher education throughout these United States.

15. The Department plays a crucial role in managing the accreditation process for higher education institutions, working in partnership with accrediting agencies and individual states to ensure that universities meet rigorous academic and operational standards. Accreditation is essential for maintaining the quality of education, ensuring that institutions provide a meaningful, effective learning experience that prepares students for success in their careers. The process involves the review and evaluation of academic programs, faculty qualifications, student services, and financial stability, with accrediting agencies certifying that universities meet federal and state guidelines. Accreditation also affects eligibility for federal funding, including financial aid programs such as Pell Grants and federal student loans. If the Department is unable to effectively manage accreditation, institutions may face delays in certification, jeopardizing their ability to receive vital federal funding, which can lead to significant financial instability. For UW, this could disrupt the academic experience for students, delay disbursements of

financial aid, and undermine the institution's reputation. Moreover, it could discourage prospective students from enrolling, given the importance of accreditation in ensuring the value and transferability of their degrees. The inability to administer accreditation could thus have a far-reaching impact on both UW and the students it serves.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 21, 2025, at Madison, Wisconsin.

_____
Johannes Britz