# EXHIBIT 49

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK, *et al.*,

    Plaintiffs,

               v.

LINDA McMAHON, *et al.*,

    Defendants.

C.A. No. 1:25-cv-10601

**DECLARATION OF SHERIA SMITH**

## DECLARATION OF SHERIA SMITH

Pursuant to 28 U.S.C. § 1746, I, Sheria Smith, hereby declare as follows:

1.      I am a resident of Texas. I am over the age of 18 and have personal knowledge of all the facts stated herein.  If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am also the president of AFGE Local 252, a role I have held since 2019. I am also a Civil Rights Attorney at the Department of Education's Office of Civil Rights (OCR), a position I have held since 2016.

3.      This declaration is submitted in support of the States' Request for a Preliminary Injunction.

4.      As president of AFGE Local 252, I work with the agency leadership to negotiate workplace policies that impact the bargaining unit, which includes roughly 2,800 employees nationwide who are non-supervisors, non-managers, and non-politically appointed employees in the Department of Education ("the Department").

5.      On March 11, AFGE Local 252 received a formal notice of the Department's "intent to implement a department-wide reduction-in-force (RIF)" to the AFGE Local 252 email account, to which I have access. Annexed hereto as Exhibit 1 is a true and correct copy of this email, dated March 11, 2025 ("the March 11 RIF Notice"). There were two attachments to this email: one, a spreadsheet called listing all bargaining unit employees impacted by the RIF, and two, an organizational chart entitled "Competitive Areas."  Annexed hereto as Exhibit 2 is a true and correct copy of the "Competitive Areas" chart attachment, dated March 11, 2025. To my understanding, this email and its attachments are not confidential, and I understand the "Competitive Areas" attachment (Exhibit 2) was also made public in a *Politico* article.

6.      As an employee of OCR, I personally received notice that I would be included in the RIF less than two hours after AFGE Local 252 received the March 11 RIF Notice. The email was sent by Chief Human Capital Officer, Jacqueline Clay and stated, "your organizational unit is being abolished along with all positions within the unit—including yours." A true and correct copy of this email is annexed hereto as Exhibit 3 to this Declaration, dated March 11, 2025. To my understanding, the "organizational unit" referenced by Ms. Clay is the Dallas branch of OCR ("OCR-Dallas").

7.      As president of AFGE Local 252, I have knowledge and experience with the protocols required when an agency implements a RIF, including experience with the Department's implementation of RIFs in the past.

8.      The March 11 RIF Notice did not comply with normal protocols or regulations as laid out in 5 C.F.R. Part 351 and as required by AFGE Local 252's collective bargaining agreement (CBA) with the Department.

9.      The union should receive a RIF notice 20 workdays before any employee that we represent receives such notice. Instead, employees received emails informing them of the RIF less than two hours after the union did. The purpose of the 20-day lead time is to provide adequate time for the union to have briefings and discuss why the agency is eliminating certain areas and employees and not others. There are rules that dictate which employees should be retained based on factors such as seniority, veteran status, or performance. Employees may have the right to "bump" (replace) another employee with lower retention standing in the same competitive level, or to "retreat" to a previously held position. According to our CBA, the Department also must provide the union with an employee registry listing who has seniority, veteran status, and rehire rights. If that list is not available when they send us the notice, it is normally made available to discuss during briefing.

10.     Following receipt of the March 11 Notice, we requested that the Department schedule a formal briefing. To date, they have not provided a date for this briefing. They also have not provided us with the retention registry, which we have a right to review.

11.     The attachments to the March 11 Notice email included a spreadsheet listing every employee in the AFGE Local 252 bargaining unit whom the Department determined should be included in the RIF, and a "Competitive Areas" organizational chart (Exhibit 2) in which certain units of the Department are shaded in red. In the March 11 Notice email, another attachment included a spreadsheet of all the bargaining unit employees included in the planned RIF. The spreadsheet lists 970 bargaining unit employees, which constitutes 35 percent of the 2,770 bargaining unit employees as of March 5, 2025. I crossed referenced this spreadsheet with the "Competitive Areas" chart and determined that the organizational units shaded in red are units in which every single bargaining unit employee is planned to be eliminated in the RIF.

12.     The spreadsheet attachment to the March 11 Notice does not include bargaining unit employees who have accepted incentives from the Department to voluntarily leave the organization, including the Deferred Resignation Program, the Voluntary Early Retirement Authority (VERA), and  the Voluntary Separation Incentive Payment (VSIP). We have requested the number of bargaining unit employees who have accepted these offers but have not received a response from the Department. We understand the number of employees to have left under these voluntary incentive programs to be substantial, on top of the employees impacted by the planned RIF.

13.     Since March 11, 2025, AFGE Local 252 has filed two grievances with the Department. The first grievance is related to the Department's restructuring of the agency without giving the union notice and opportunity to bargain that restructuring. The second grievance is the Department's deficiency in giving the union adequate notice of the RIF before informing employees and without an opportunity for a briefing in advance, as required.

14.     As a Civil Rights Attorney at OCR-Dallas, I have knowledge of the work for which OCR-Dallas is responsible.  OCR-Dallas is one of the busiest and largest offices within OCR, having jurisdiction over all civil rights complaints in Texas, Mississippi, and Louisiana. I am unaware of what will become of that work, including open complaints submitted to our office. OCR-Dallas' work is mandated by statute like the Civil Rights Act of 1964 and the Americans with Disabilities Act. I do not believe this statutorily mandated work can be completed by the few staff remaining in OCR as a whole.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 21, 2025 in Dallas, Texas.

_/s/ Sheria Smith_
SHERIA SMITH

# EXHIBIT 1



AFGE Local 252 <info@afge252ed.org>

---

## Formal Notice re: Implementation of a Department-Wide RIF

**Riase, Adriane** <Adriane.Riase@ed.gov>                                          Tue, Mar 11, 2025 at 4:45 PM
To: AFGE Local 252 <info@afge252ed.org>
Cc: Labor Relations <laborrelations@ed.gov>

Good afternoon, AFGE Officials,

Consistent with President Trump's February 25, 2025, Executive Order titled *Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative* (the "Order"), this is official notice of the Agency's intent to implement a department-wide reduction in force (RIF).  The Executive Order directed agencies to "eliminat[e] waste, bloat, and insularity" to "empower American families, workers, taxpayers, and our system of Government itself" and agency heads to "promptly undertake "preparations to initiate large-scale reductions in force. This action will impact approximately bargaining 969 unit employees nation-wide.

<u>**Attachments**</u>:

- Excel File: List of the bargaining unit employees impacted (1st attachment)
- PowerPoint: Competitive areas impacted in each POC (2nd attachment)

The RIF actions will be effective on or after Monday, June 9, 2025.

Pursuant to the terms of Section 8.02(D) of the Parties' collective bargaining agreement (CBA), please let us know on or before Tuesday, March 18, 2025, if you would like a formal briefing on this matter.

Thanks,

ADR

**Adriane Riase**

**Director & Chief Negotiator**

**Labor & Employee Relations Division**

**Office of Human Resources**

**U.S. Department of Education**

**Email: adriane.riase@ed.gov**

**Cell Phone:    (202) 710-6487**

**Phone Number: (202) 219-6066**



---

**2 attachments**

 **UnionWorkforceReshapingList(031125).xlsx**
82K

**Competitive Areas- Union.pdf**
520K

# EXHIBIT 2



# U.S. Department of Education
# Organizational Charts

Version Date – March 11, 2025

**Organizational Charts** | **U.S. Department of Education**



**Office of the Secretary (OS)**

**Secretary**
Denise Carter (A)

**Chief of Staff**
Rachel Oglesby

**Senior Advisor**
VACANT

**White House Initiatives**

Org: EAS

**Deputy Chief of Staff for Operations**
Chase Forrester

**White House Liaison**
Stephen Warzoha

**Deputy Chief of Staff for Policy & Programs**
Jonathan Pidluzny

**Executive Secretariat**
Tracey St. Pierre

**Director International Affairs Office**
Rafael Nevarez (A)

Org: EASO – Operations Team



## Organizational Charts | U.S. Department of Education



**Office of the Deputy Secretary (ODS)**

**Chief of Staff**
VACANT

**Org: EB**

**Deputy Secretary**
Richard Smith (D)

**Org: EBF**

**FOIA Service Center**
Deborah Moore

**Senior Policy Advisor**
Nicholas Kent

**Senior Operations Advisor**
Denise Carter

**Org: EBN**

Office of Non-Public Education
Maureen Dowling

**Org: EBT**

**Office of Education Technology**
VACANT

**Org: EBE**

**Office of Equal Employment Opportunity Services**
Michael Chew

**Org: EBM**

**Office of Management and Planning**

**Org: EBP**

**Performance Improvement Office**
Nikki Churchwell (A)



**Organizational Charts**    **U.S. Department of Education**

Institute of Education Sciences
(IES)

**Org: ER**

Director
Matthew Soldner (A)

National Board for
Education Sciences

**Org: ERB**
Deputy Director for
Administration & Policy
Jonathan Bettis

Deputy Director
For Science
Anne Ricciuti
**Org: ERA**

**Org: ERD**
Deputy Director for
Communications
Management
Beth Greene

Data Sciences Unit
VACANT

**Org: ERR**
National Center for
Education Research
Elizabeth Albro

**Org: ERN**
National Center for
Education Statistics
Peggy Carr

**Org: ERT**
National Center for
Educational Evaluation &
Regional Assistance Matthew
Soldner

ERH
National Center for
Special Education Research
Nathan Jones

Org: ERRP - Policy &
Systems Division

Org: ERRT – Teaching &
Learning Division

Org: ERN1 – Annual Report &
Information Staff

Org: ERN2 – Stats standards &
Data Confd Staff

Org: ERTE – Evaluation
Division

Org: ERTK – Knowledge
Use Division

Org: ERNB – Administrative Data Division

Org: ERND – Sample Surveys Division

Org: ERNS – Assessments Division

| Organizational Charts | U.S. Department of Education |
|---|---|

**Office for Civil Rights (OCR)**



**Organizational Charts** | **U.S. Department of Education**



**Office of Planning, Evaluation and Policy Development (OPEPD)**

**Org: ED**
Assistant Secretary
Larry Kean (A)
Principal Deputy Assistant Secretary
VACANT
Chief of Staff
VACANT
DAS P-12 Education
VACANT

**Org: ED2**
Executive Office
Ann Margaret Owens

**Org: ED1**
Grants Policy Office
Jessica Ramakis

**Org: EDB**
Office of Budget Service
Larry Kean

**Org: EDB1** – Budget Line of Business Prgm Mgmt Office

**Org: EDBB** – Budget Policy & Coordination Division

**Org: EDBC** – Cost Estimation & Analysis Division

**Org: EDBE -** Budget Execution and Administrative Analysis Division

**Org: EDBP:** Program Analysis Division

**Org: EDS**
Student Privacy Policy Office
Frank Miller (A)

**Org: EDC**
Office of the Chief Data Officer
Ross Santy

**Org: EDC1** – Execution, Formulation and RPT Branch

**Org: EDC2** – Cost Estimation & Modeling Branch

**Org: EDC3** – Innovation and Engagement Division

**Organizational Charts**　　**U.S. Department of Education**

Office of the General Counsel (OGC)



**Org: EG**

**General Counsel**
Thomas Wheeler (A)

**Chief of Staff** VACANT

**Org: EG**

**Principal Deputy General Counsel**
Thomas Wheeler

**Org: EGB**

**Deputy General Counsel for Program Services**
Phil Rosenfelt

**Org: EGP**

**Deputy General Counsel for Postsecondary Education**
VACANT

**Org: EGR**

**Deputy General Counsel for Regulations, Legislation, and Ethics**
Hilary Malawer

EGP1 – Business & Law Division

Legislative Council Division - EGR1

Regulatory Services Division – EGR2

Ethics Division – EGR3



**Organizational Charts** | **U.S. Department of Education**



**Org: EI**

**Chief Information Officer**
Thomas Flagg

**Deputy Chief Information Officer**
Ray Crawford (A)

**Chief of Staff**
Stephanie Taylor

**Office of the Chief Information Officer (OCIO)**

**Org: EII**
Information Assurance Services
Peter Hoang (A)

**Org: EIP**
Information Technology Program Services
Walter McDonald

**Org: EIE**
Enterprise Technology Services
Gary Stevens

Org: EII5 – Governance, Risk and Policy Branch

Org: EII6 – Cyber Operations Branch

Org: EII7 – Security Eng & Arch Mgmt Branch

Org: EII8 – Information System Security Branch

Org: EIE3 – Technology Solutions Branch

Org: EIE5 – Tech Implementation & Integration

Org: EIE7 - Operational Supp Serv Branch



**Organizational Charts** | **U.S. Department of Education**



Office of Communications and Outreach (OCO)

**Org: EO**

**Assistant Secretary**
Madison Biedermann (D)

**Chief of Staff**
VACANT

**Deputy Assistant Secretary for Communications**
VACANT

**Deputy Assistant Secretary for Management and Planning**
Maria Temiquel

**Deputy Assistant Secretary for State and Local Outreach**
VACANT

**Org: EO**

Press and Customer Relations
Monica Bates, Director — **Org: EOP**

Digital Media and Creative Services
Sally Harris, Director — **Org: EOD**

Writing
Naweed Lemar, Director — **Org: EOW**

Management Support Unit
Jeanne Gilroy, Director — **Org: EOC2**

Executive Office
Sheryl Adler, Director — **Org: EOC1**

National Engagement Division
Kimberly Watkins Foote, Director — **Org: EON**

State and Local Engagement
Adam Honeysett, Director — **Org: EOS**





**Office of Finance and Operations (OFO)**

Org: EK — Assistant Secretary/Chief Financial Officer

Office of Small and Disadvantaged Business Utilization*

Org: EKC

Org: EKJD Alternative Dispute Resolution

Org: EKJ Office of Hearings and Appeals

Principal Deputy Assistant Secretary/Deputy Chief Financial Officer Chief of Staff

Executive Office

Org: EKC1 Admin Ops Branch

Org: EKC2 Budget and Contracts Mgmt

**Org: EKG** — Office of Grants Management
**Org: EKA** — Office of Acquisitions Management
**Org: EKF** — Office of Financial Management
**Org: EKH** — Office of Human Resources
**Org: EKS** — Office of Security, Facilities and Logistics
**Org: EKT** — Office of Business Support Services

Org: EKGP — Grants Management Policy Division

Org: EKGE — Grants Risk Management Services Division

Org: EKGC — Indirect Cost Division

Strategic Acquisition Management Initiatives Division

Org: EKAS

Contracts and Acquisitions Management Division

Org: EKAC

Financial Data Integrity and Controls Division

Financial Systems Transactions and Payments Division

Cash and Business Financial Management Services Division

General Ledger Division
Org: EKFG

Accounts Receivable and Bank Management Division

Accountability and Financial Reporting Division

Business and Administrative Services
Org: EKHB

Org: EKHC Human Capital Policy and Accountability Division

Labor and Employee Relations Division

Org: EKHL Talent Development Division

Executive Resources Division

Human Capital Strategy Division

Recruitment, Staffing and Compensation Division

Workforce Relations Division

EKSF Facilities and Logistics Services Division

Org: EKSL2 – Transportation Services

Org: EKSL3 – Federal Real Property Branch

Personnel Security and Disaster Preparedness Division

Physical Security and Emergency Preparedness Division

Protective Service Division

Customer and Systems Support Division

Business Systems Support Division

Shared Services and Cybersecurity Division

* The Director of OSDBU reports Directly to the Principal Deputy Assistant Secretary

# OFFICE OF ELEMENTARY AND SECONDARY EDUCATION



**OFFICE OF THE ASSISTANT SECRETARY**

**Office of Administration (ESA)**
- **Management Support Office (ESA1)**
- **Executive Office (ESA2)**
- **Contracts Administration Office (ESA3)**
- Grants Administration Office (ESA4)

Office of Discretionary Grants and Innovation
- Innovation and Early Learning (ESD1)
- Rounded Education Programs
- Charter School Programs (ESD2)
- Community & Improvement Programs
- Effective Educator Programs (ESD5)

Office of Formula Grants and Program Support Services (ESF)
- Office of School Support and Accountability
- Grant Accountability Systems (ESFG)
- Impact Aid Program (ESFI)
- Rural, Insular and Native Achievement Programs (ESR)
- Program and Grantee Support Services (ESFP)
- Safe and Supportive Schools (ESFS)

**Office of State & Grantee Relations (ESG)**
- **Policy Accounting & Strategic Communications Group (ESGR1)**
- **Program Management Group (ESGR2)**
- **Knowledge Management & Program Development Group (ESGR3)**

Office of Migrant Education (ESM)
- Group 1 (ESM1)
- Group 2 (ESM2)

Office of Indian Education (ESV)
- Group 1 (ESV1)
- Group 2 (ESV2)

**Office of Elementary and Secondary Education (OESE)**

## Organizational Charts     U.S. Department of Education



**Office of English Language Acquisition (OELA)**

**Assistant Deputy Secretary/Director,** (ET)

**Deputy Assistant Secretary** (ET1)

**Deputy Assistant Secretary for Policy and Programs** (ETE)

**Office of Multilingual Initiatives** (ETM)



**Organizational Charts**    **U.S. Department of Education**



Office of Special Education and Rehabilitative Services (OSERS)

**ORG: EH**

**Assistant Secretary**
Erin McHugh (A)

**Chief of Staff**
VACANT

**ORG: EHE**

**Office of Special Education Programs**
VACANT

**ORG: EH**

**Deputy Assistant Secretary for Management and Planning**
Erin McHugh

**ORG: EHR**

**Rehabilitation Services Administration**
VACANT

**ORG: EH3**

**Office of Policy and Planning**
Rebecca Walawender, Director

**ORG: EH1**

**Executive Office**
Melanie Winston, Executive Officer

**ORG: EH2**

**Communications and Customer Service**
Kristen Kushiyama, Director



**Organizational Charts** | **U.S. Department of Education**

**Office of the Under Secretary (OUS)**



## ORG: EE

**Under Secretary**

**Office of Career, Technical & Adult Education (OCTAE)**
Gregory Fortelny (A)

**Office of Postsecondary Education (OPE)**
James Bergeron (D)

**Federal Student Aid (FSA)**
Denise Carter (D)



## Organizational Charts — U.S. Department of Education



**Office of Career, Technical, and Adult Education (OCTAE)**

**Office of the Assistant Secretary**
Gregory Fortelny (A)

**Policy, Research, and Evaluation**
Director
VACANT

**Executive Office**
Stacey St. Holder

(EV1)

**Org: EVA**

**Division of Adult Education and Literacy**
LaToya Newson, Director
Grace Air, Deputy Director

**Division of Academic and Technical Education**
Sharon Miller, Director
Robin Utz, Deputy Director

**Org: EVA5 – Monitoring and Administration Branch**

**Org: EVA6 – Innovation and Administration Branch**





**Office of Postsecondary Education (OPE)**

**Office of Postsecondary Education**

Office of Postsecondary Education
(EP)
**James Bergeron (D)\***
*Delegated the Authority to Perform the
Functions and Duties of the Assistant Secretary
Chief of Staff
(vacant)

**Management & Planning**
(EP)
**Deputy Assistant Secretary**
Tiwanda Burse

**Executive Office**
(EP1)
**Executive Officer**
LaKisha Reid

**Management Support Unit**
(EP2)
**Director**
(vacant)

**Policy, Planning & Innovation**
(EPA)
Deputy Assistant Secretary
Victor Shirley

**International & Foreign Language Education**
(EPF)
**Deputy Assistant Secretary**
(vacant)

**Higher Education Programs**
(EPH)
Deputy Assistant Secretary
Gaby Watts

Policy Development, Analysis & Accreditation Service
(EPAE)
Senior Director
Scott Prince
Administrative and Auxiliary Services
Director - Valerie Lefor

**International & Foreign Language Education**
(EPF)
**Senior Director**
**Cheryl Gibbs**

Institutional Service
(EPHI)
Senior Director
James Laws (Acting)

Student Service
(EPHS)
Senior Director
James Davis (Acting)

Policy Coordination Group
(EPAE1)
Director
Tamy Abernathy

**Advanced Training & Research Group**
(EPFR)
**Director**
**Sarah Beaton**

**International Studies Group**
(EPFS)
**Director**
**Gary Lima**

Institutional Group A
(EPHP1)
Director
James Laws

Student Group A
(EPHS1)
Director
Sharon Easterling

Policy Development Group
(EPAE2)
Director
(vacant)

Institutional Group B
(EPHP2)
Director
(vacant)

Student Group B
(EPHS2)
Director
James Davis

Accreditation Group
(EPAE3)
Director
Elizabeth Daggett

Institutional Group C
(EPHP3)
Director
Stacey Slijepcevic

Student Group B
(EPHS3)
Director
ReShone Moore

Policy Analysis & Forecasting Group
(EPAE4)
Director
(vacant)

Fund for the Improvement of
Postsecondary Education
(EPHP4)
Director
(vacant)

Student Group C
(EPHS3)
Director
(vacant)

Special Initiatives Group
(EPAE5)
Director
(vacant)

**Boards and Committees**
Jacob K. Javits Fellow Program Fellowship Board
National Advisory Committee on Institutional Quality and Integrity- Georgia Smith, Executive Director (reports
directly to Senior Director of Policy Development, Analysis & Accreditation Service)
National Committee on Foreign Medical Education and Accreditation -George Smith, Executive Director (reports
directly to Senior Director of Policy Development, Analysis & Accreditation Service)
Historically Black College and University Capital Financing Advisory Board- Donald Watson, Executive Director
(reports directly to Senior Director of Institutional Service)
National Board of the Fund for the Improvement of Postsecondary Education

Institutional Programs Development
Group
(EPHP5)
Director
(vacant)

Student Programs Development Group
(EPHS4)
Director
Emery Morrison

**Office of Postsecondary Education**

## Organizational Charts | U.S. Department of Education



**Chief Operating Officer**

**Chief of Staff**

**Deputy Chief Operating Officer**

**ORG: ENM**

Office of Strategic Planning & Policy Implementation

ENMD – Data Division

ENMI – Policy Implementation Division

ENMP – Strategic Planning & Performance Division

ENMR – Enterprise Risk Management Division

ENMT – Transformation Division

**ORG: ENG**

Office of Communications, Outreach & Engagement

ENGE – Employee Communications Division

ENGM – Marketing, Design and Deliver Division

ENGX – External Outreach and Stakeholder Engagement Division

**ORG: ENA**

Office of Institutions of Higher Education (IHE) Oversight & Enforcement

ENAEEA – Atlanta School Participation Section

ENAEED – Dallas School Participation Section

ENAEEK – Kansas City School Participation Section

ENAEEM– Multi-Region and Foreign School Participation Section

ENAEEN– New York/ Boston School Participation Section

ENAEES– San Francisco/ Seattle School Participation Section

**ORG: ENO**

Office of the Ombudsman

Christian Odom

ENOE – Community Support Division

ENOI – Intake Division

**ORG: ENP**

Office of Management & Planning

Wayne Sullivan

ENPH – Human Capital Mgmt division

ENPP – Privacy & Records Division

ENPX – Executive Officer Division

**Federal Student Aid (FSA)  (EN)**

## Organizational Charts | **U.S. Department of Education**

**Federal Student Aid (FSA)  (EN)**

Chief Operating Officer

Chief of Staff

Deputy Chief Operating Officer

**ORG: ENI**

Chief Technology Office

ENIM – Product Management Division

ENIO – Technology Operations Division

ENIT – Technology Services Division

**ORG: ENI**

Office of Loan Portfolio Management

ENLP – Vendor Performance Division

**ORG: ENF**

Office of Student Aid Program Management

**ORG: ENH**

Office of Institutions of Higher Education (IHE) Program Management

ENHS – IHR Support Services Division

**ORG: ENC**

Office of Customer Contact Center Management

ENCI – Institution of Higher Education (IHR) Call Center Operations Division

**ORG: ENJ**

Office of Finance

ENJB – Budget Division

**ORG: ENS**

Office of Strategic Acquisitions Planning

ENSA – Office of Strategic Acquisition Planning

ENSP – Acquisition Policy & Modernization Division

ENSR – Business Requirement Management Division



# EXHIBIT 3

AFGE Local 252 <info@afge252ed.org>

---

## FW: CHCO - Notice to Employees Impacted by Reduction in Force (RIF)

AFGE Local 252 <info@afge252ed.org>                    Mon, Mar 17, 2025 at 6:58 PM
Draft

---

**From:** Clay, Jacqueline <Jacqueline.Clay@ed.gov>
**Sent:** Tuesday, March 11, 2025 6:36 PM
**To:** CHCO <CHCO@ed.gov>
**Subject:** CHCO - Notice to Employees Impacted by Reduction in Force (RIF)

Dear Colleagues,

I am writing to share some difficult news. This email serves as notice that your organizational unit is being abolished along with all positions within the unit – including yours. Please note, if you elected to separate under another program e.g., Deferred Resignation Program, Voluntary Early Retirement Authority (Early-Out), or Voluntary Separation Incentive Payment (Buy-Out), you are NOT impacted by the Reduction in Force (RIF).

To provide you with the maximum opportunity to focus on your transition, you will be placed on paid administrative leave starting **Friday, March 21, 2025**.

- ***Please take immediate action to review and comply with the Instructions for Employees Impacted by the RIF (attached). This document contains important information regarding access to ED facilities, transitioning your work, and preparing for administrative leave.***

- ***Ensure* your Principal Operating Component (POC) has your current mailing address, and a good personal phone number and email address to contact you.**

- During the transition period, you will retain limited equipment and systems access to enable official communications regarding your RIF standing. Please note:

  - You are only authorized to back-up your data to a network device or approved backup device.

  - You are prohibited from storing sensitive or mission-critical data on your systems' hard drive or handheld device.
  - All Department of Education system resources, including hardware, software programs, files, paper reports, and data are the sole property of the Department of Education, and there should be no expectation of privacy.

- You are prohibited from transmitting electronic copies of Department of Education materials to your home or other personal accounts.
- Personnel using remote access shall not download or store Government information on private equipment, optical or digital media.

- Unauthorized or improper use of this system may result in disciplinary action, as well as civil and criminal penalties.

- No earlier than 30 days from the date of this email you will receive your official RIF notice, which will begin an additional 60 days of paid administrative leave prior to your separation from the agency.

- This will give you a total of 90 days on paid leave to help facilitate your transition.

- Your official RIF notice will provide more detailed information on your specific benefits and standing and be delivered to your mailing address on file.

- You will only retain your Ed.gov email to facilitate communications with the agency through March 21, 2025.

ED has made the determination to initiate RIF procedures as part of the agency's restructuring process.  These actions support Executive Order (EO) 14158, Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative, dated February 11, 2025 and Office of Personnel Management Guidance on Agency RIF and Reorganization Plans, dated February 26, 2025.  This decision is in no way a reflection of your performance or contributions, which we deeply appreciate.

I recognize that this is a challenging moment, and my team is committed to supporting you through this transition.

➢ For additional information about Reductions in Force, visit the Office of Personnel Management RIF site.

➢ For general questions regarding next steps, please email workforcereshaping@ed.gov.

➢ For specific retirement or benefits questions, please contact benefits@ed.gov.

➢ Use the Employee Assistance Program, if needed. The Employee Assisstance Program (EAP) and WorkLife4You Program, provided by Federal Occupational Health (FOH), are available 24 hours a day, 7 days a week at 1-800-222-0364 (TTY: 1-888-262-7848) or at www.FOH4you.com or www.worklife4you.com.

➢ Should you lose access or need IT support, please contact the Help Desk at ocioenterprisehelpdesk@ed.gov; or call 202-708-HELP (202-708-4357) and select Option 2.

With regard,


Jacqueline Clay

Chief Human Capital Officer


**Attachments:**

Instructions for ED Employees Impacted by RIF

ED RIF Information and Resources

Benefits and Work/Life Email: Office Hours – Retirement Paperwork and Process