# EXHIBIT 50

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>　Plaintiffs,<br><br>　　　v.<br><br>LINDA McMAHON, *et al.*,<br><br>　Defendants. | C.A. No. 1:25-cv-10601<br><br>**DECLARATION OF RACHEL GITTLEMAN** |

### **DECLARATION OF RACHEL GITTLEMAN**

I, Rachel Gittleman, declare pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a federal employee at the U.S. Department of Education (ED). The statements made in this declaration are based on my personal knowledge and information provided to me while performing my duties.

2. I serve as a Management and Program Analyst in the Community Support Division of the Office of the Ombudsman, in ED's office of Federal Student Aid (FSA). I have served in this role since July 31, 2022. During this time, I received the highest ratings on my performance reviews and received "spot awards" for specific, exceptional work conduct. On March 12, 2025, I received a notice from ED's Chief Human Capital Officer, Jacqueline Clay, notifying me that I was to be terminated pursuant to an agency-wide reduction in force as the entire Community Support Division was being eliminated.

3. In my role, I resolve complaints submitted by student loan borrowers as required by 20 U.S.C. § 1018(f)(3)(A). In fiscal year 2024, I managed nearly 400 complaints. As of March 14, 2025, I had an open caseload of 322 complaints and the Ombudsman Office had a backlog of 16,000 complaints from borrowers awaiting research and resolution.

1

4. Federal law requires that the Ombudsman provide "timely assistance" to student loan borrowers per 20 U.S.C. § 1018(f)(1). Given the significant backlog of complaints, without the Community Support Division, the Ombudsman will be unable to provide timely assistance.

5. The Community Support Division is the primary office in FSA responsible for executing stakeholder consultation as required by 20 U.S.C. § 1018(c)(3). The Community Support Division staff consult with government, advocacy, industry, and higher education communities regarding the degree of satisfaction with the Title IV delivery system. Further, Community Support Division staff seek suggestions on means to improve the delivery system, as required by law.

6. In 2019, the Congressional Research Service reported that stakeholders considered ED's efforts to solicit feedback as "perfunctory" (https://www.congress.gov/crs-product/R46143). Since the establishment of the Community Support Division (previously called "Stakeholder Engagement"), stakeholders routinely expressed appreciation for greater access to FSA and described how they considered FSA to be more responsive to their concerns. Without the Community Support Division, ED will no longer be soliciting feedback as required by 20 U.S.C. § 1018(c)(3).

7. Additionally, the Community Support Division is the sole business unit responsible for maintaining ED's compliance with key provisions of the Stop Student Debt Relief Scams of 2019 (STOP Act). The statute requires, in part, that ED develop a third-party data system for authorized persons, such as legal aid attorneys and state government entities, to access borrower records. As of March 20, 2025, ED has been unable to develop and implement such a system. In lieu of this system, ED leadership directed Community Support Division staff to work directly with authorized representatives as defined in the STOP Act to provide borrower records.

8. I am the sole staff member responsible for providing these records to state student loan ombudsman offices, state regulators, state attorneys general, and state higher education offices. Each of these entities offer complaint resolution channels to their constituents. The borrower records provided through me enable more timely and effective complaint resolution.

Moreover, these interactions allow states to provide feedback on the effectiveness of the federal aid system. Without my work, ED will immediately be in non-compliance with the STOP Act.

9. I am also the primary staff member responsible for maintaining the inbox established to receive alerts of suspected fraud from FSA's servicing vendors, as required by 20 U.S.C. § 1018(b)(2)(C)(ii). The statute requires ED to "maintain a reporting system for contractors" to alert ED to suspected scams. ED directs its servicing vendors to report suspected scams to [Fraud.Risk@ed.gov](mailto:Fraud.Risk@ed.gov). I monitor this inbox for trends in scam activity so that ED may take appropriate action.

10. I am the sole staff member responsible for coordinating with state and federal law enforcement agencies on third-party student loan debt relief scams. I manage all complaint referrals about scam activity and refer these complaints to state and federal law enforcement partners. In fiscal year 2024, I shared 3,504 student debt relief scam complaints with attorneys general in 41 states and the District of Columbia, as well as the Federal Communications Commission (FCC), Consumer Financial Protection Bureau (CFPB), and the Federal Trade Commission (FTC). These referrals led to two enforcement actions taken by the FTC, one taken by the FCC, four investigations by state attorneys general, and multiple consumer alerts with educational materials about third-party debt relief scams. FSA does not have any enforcement authority over third-party debt relief companies, so without these referrals, victims are unlikely to receive restitution.

11. I also lead FSA's engagement and coordination with Veteran and Military Service Organizations. I resolve complaints from and manage outreach to military and veteran borrowers through partnership with veterans and military service organizations. Military and veteran borrowers disproportionately struggle to access critical statutory protections like Public Service Loan Forgiveness (PSLF), Total and Permanent Disability Discharge (TPD) and military service deferment.

12. Further, the Community Support Division is the only division within ED facilitating its statutorily mandated participation in the Financial Literacy and Education Commission

3

(FLEC), as required in 20 U.S.C. § 9703. The Community Support Division leads the FLEC post-secondary working group. Additionally, I work with direct service providers, financial coaches, and state and local financial empowerment offices to execute other requirements of the statute.

13. Without the Community Support Division, ED will be unable to satisfy its statutory duties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed March 22, 2025.

*Rachel D Gittleman*
Rachel Gittleman
