# EXHIBIT 51

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

STATE OF NEW YORK, *et al.*,

    Plaintiffs,

    v.

LINDA McMAHON, *et al.*,

    Defendants.

C.A. No. 1:25-cv-10601

**DECLARATION OF
SHAYLA HAMLIN**

---

## DECLARATION OF SHAYLA HAMLIN

Pursuant to 28 U.S.C. § 1746, I, Shayla Hamlin, declare as follows:

1. I am a resident of New York. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. This declaration is submitted in support of the States' Request for a Preliminary Injunction.

3. I am a compliance review specialist in the Multi-Regional and Foreign School Participation Division (MRFSPD), a branch of the Office of Institutions of Higher Education (IHE) Oversight & Enforcement, which is a subdivision of the Federal Student Aid (FSA) office in the Department of Education (the Department). Until recently, the IHE Oversight & Enforcement subdivision was called the School Eligibility and Oversight Service Group (SEOSG). I have been in the MRFSPD for about five years and have worked at the Department for 12 years.

4. IHE Oversight & Enforcement (or SEOSG) manages eligibility, certification, financial analysis, and oversight of all schools that participate in loan programs under Title IV of the Higher Education Act of 1965 (Title IV). We are the buffer in between schools and federal funding, rooting out everyone trying to not do the right thing, and ensuring compliance with Title IV rules and regulations.

5. In addition to being a compliance review specialist within the MRFSPD, I am the Freedom of Information Act (FOIA) coordinator, an eligibility analyst, a timekeeper, and a training specialist assistant. My duty is to ensure that our unit complies with FOIA rules and regulations when responding to requests, and to review schools' applications for eligibility for Title IV funding, which includes updates and acknowledgements, location changes, and recertifications. It is my job to approve or deny their FOIA requests.

6. On the evening of Tuesday March 11, 2025, I received an email from the Chief Human Capital Officer, Jacqueline Clay, stating, "your organizational unit is being abolished along with all positions within the unit—including yours." The email also said that I will be placed on administrative leave beginning March 21, 2025, and that I will receive an "official RIF notice" no earlier than 30 days after March 11, 2025. I understand this email to mean that the entire MRFSPD is being abolished and no one will be assigned to perform the duties I and my colleagues have been responsible for.

7. Prior to receiving this email on March 11, 2025, we were told not to come to the office the next day (Wednesday March 12, 2025) because of "security" reasons. I work remotely, which meant that I would be on administrative leave for the day. After the email, however, we learned that we had lost control of our work computers so we could only view incoming emails

but not send emails outside of the Department, could not access Microsoft Teams to meet or speak with one another, and could not access personnel files or work product.

8. Because I can see incoming emails to the MRFSPD email inbox, I know that schools are reaching out, for example, saying that students cannot access the FAFSA forms, asking for guidance on pending applications, and informing us that borrowers are not sure if they will accrue interest or be penalized because applications on studentaid.gov have been disabled. I personally tried to fill out a FAFSA form and found that it was disabled on March 12, 2025 and for several days thereafter.

9. Based on my experience, I believe the cuts to FSA will mean that some schools will not be able to participate in Title IV programs and enrollment in post-secondary education will drop. Friends and family members of mine who work at universities tell me that students are afraid that they will lose access to financial aid and be unable to complete their education. The MRFSPD oversees foreign and domestic for-profit, non-for-profit, and public program reviews. I believe that if our work is not done, schools will overcharge students. For schools that are required certify with the Department every year, we look at your student financial aid files and your books with a fine-tooth comb. When the financial reviews that we perform are not done or are not done properly, schools that are not financially sound will default later and could even go bankrupt. This will harm students and could have ripple effects on the economy writ large.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 22, 2025 in New York, New York.

_____
SHAYLA HAMLIN