# EXHIBIT 54

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK, *et al.*,

   Plaintiffs,

       v.

LINDA McMAHON, *et al.*,

   Defendants.

C.A. No. 1:25-cv-10601

**DECLARATION OF DOE DECLARANT 2**

## DECLARATION OF DOE DECLARANT 2

Pursuant to 28 U.S.C. § 1746, I, Doe Declarant 2, declare as follows:

1. I am a resident of Virgina. I am over the age of 18 and have personal knowledge of all the facts stated herein through personal experience and through conversations with my colleagues. If called as a witness, I could and would testify competently to the matters set forth below.

2. This declaration is submitted in support of the States' Request for a Preliminary Injunction.

3. I am an Area Coordinator in the Monitoring and Administration Branch of the Division of Adult Education and Literacy ("DAEL"). DAEL is part of the Office of Career, Technical, and Adult Education within the Department of Education. I started working in the position in January of 2024.

4. As the Area Coordinator in the Monitoring and Administration Branch of DAEL, I have knowledge about the responsibilities of the division through my personal knowledge and experience, as well as through documents and information I have reviewed.

1

5. DAEL administers adult education and literacy programs that help adults acquire basic skills including math, reading, writing, English language proficiency, and problem-solving. DAEL assists states in improving the quality of their programs and provides national leadership activities to enhance the overall quality of adult education. Its core responsibilities also include administering formula grant programs under Title II of the Workforce Innovation and Opportunity Act and the Adult Education and Family Literacy Act to States.

6. The Monitoring and Administration Branch is responsible for providing support and technical assistance to state grantees and conducting monitoring and review as required by statute. Per the Adult Education and Family Literacy Act, states must submit a plan every four years, and a modification plan every 2 years. The Monitoring and Administration Branch reviews and approves these state plans. The Monitoring and Administration Branch also reviews state assessment policies and state reports, which are submitted for accountability and performance measures.

7. In addition to providing statutorily required monitoring and review, the Monitoring and Administration Branch also provides professional development for grantees. This professional development includes webinars and two annual conferences. One conference is a meeting for all new state directors, and the other is an annual conference for all directors and staff. These conferences provided professional development, training, and technical assistance support.

8. The Monitoring and Administration Branch also provides daily support and technical assistance to grantees who have questions about implementing their grants in accordance with statutory and regulatory requirements.

9. The Monitoring and Administration Branch consists of a branch chief, a management and program analyst, and four area coordinators. The United States and its territories are divided into four areas, with one person in charge of each area. My area is comprised of states where adult education programs operate out of the state's workforce agency, such as its department of labor, rather than out of the state's department of education.

10. I provide daily support and technical assistance to all of the state grantees in my area. I also review and approve state plans and modifications along with state assessment policies and reports to ensure compliance with statutory and regulatory requirements.

11. The Monitoring and Administration Branch's responsibilities are required under Title II of the Workforce Innovation and Opportunity Act and the Adult Education and Family Literacy Act.

12. On March 11, 2025, I received an internal email stating that my office building was closing and would be closed the next day due to a threat. The email directed all staff to leave the building by 6 p.m. Later that evening, once I was home, I received an email stating that "your organizational unit is being abolished along with all positions within the unit—including yours." The email further informed me that I would be placed on administrative leave beginning March 21, 2025. I was only able to take a photograph of the email. Annexed hereto as Exhibit 1 to this Declaration is a true and correct copy of the photograph I took of this email.

13. I am supposed to be transitioning my work, but I only have access to internal email. I do not have access to any documents or databases that I need to do my work. As a result, I am unable to meaningfully transition any of my work. I also do not know who will be taking over my work.

14. My understanding is that the Accountability Branch is the only branch remaining at DAEL. Based on my knowledge and experience, I do not think that the Department of Education can meet its statutory obligations to administer Title II of the Workforce Innovation and Opportunity Act and the Adult Education and Family Literacy Act if the entire Monitoring and Administration Branch is abolished and only the Accountability Branch remains.

15. It will be next to impossible for the Accountability Branch alone to provide the level of monitoring required to ensure that state grantees comply with Title II of the Workforce Innovation and Opportunity Act and the Adult Education and Family Literacy Act. The Monitoring and Administration Branch provides daily technical assistance to state grantees, including responding to fiscal questions about whether something is an allowable expense or whether they can allocate money in a particular way. With the significant decrease in staff, state grantees cannot get timely responses to their questions. As a result, they may incorrectly allocate grant funds. When those allocation decisions are later reviewed, state grantees may have to return the money that they allocated improperly. Or, they may be put on a corrective action plan, which can last up to six months or longer. All of this results in a tremendous loss of resources for the state grantee. If states are able to receive accurate, timely technical assistance in advance, then they can avoid a mistake and all of the fallout that accompanies it. The goal of the Monitoring and Administration Branch is to provide technical assistance in advance to make sure that states are in compliance with the grant requirements.

16. This reduction in staffing will also have long term impacts on the Division's ability to meet its statutory obligations. In the Spring of 2026, states grantees will submit two year modification plans for review. The statute requires that these plans be reviewed and

approved within 90 days. An interagency team reviews the plans, which are very lengthy. The review process often includes back-and-forth with the state grantees to revise certain portions that may not meet the statutory requirements. The employees in the Accountability Branch cannot feasibly conduct this extensive review of 57 plans in 90 days in addition to their other required job duties.

17. Nearly 7 million people over the age of 18 in the United States are without a high school degree and/or have limited English proficiency. Federal funding allocated under the Workforce Innovation and Opportunity Act enables states to provide adult basic education, adult secondary education, and English language acquisition services to over 1 million individuals annually. The Office of Career, Technical, and Adult Education serves as a thought partner to state agencies to assist in providing these services. The Office is also responsible for helping students acquire academic and technical skills and prepare for in-demand occupations as identified by labor market information. Without assistance and partnership from the Office of Career, Technical, and Adult Education, these educational services are at risk. People who rely on adult education services to acquire the skills to earn a livable, family-sustaining wage will be the most negatively impacted. This negative impact will ripple far beyond the individual, impacting the family, the community, and ultimately, the local economy.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 21, 2025, at _____, Virginia.

/s/ Doe Declarant 2
_____
Doe Declarant 2

# EXHIBIT 1

