# EXHIBIT 57

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK, *et al.*,

  Plaintiffs,

       v.

LINDA McMAHON, *et al.*,

  Defendants.

C.A. No. 1:25-cv-10601

**DECLARATION OF DOE DECLARANT # 5**

## DECLARATION OF DOE DECLARANT # 5

I, Doe Declarant # 5, declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

    1. I am employed by the United States Department of Education ("the Department"), Office of Planning, Evaluation and Policy Development, Office of the Chief Data Officer ("Data Office") as a program and project management analyst. I have served as a program and project management analyst in the Data Office for the past five years. I am one of six technical employees in the Division of Innovation and Engagement, who report to the Deputy Chief Data Officer for Innovation and Engagement, who in turn reports to the Chief Data Officer. I, along with all staff working in the Office of the Chief Data Officer received reduction in force notices from the Department on March 11, 2025. As a result, my team and my office no longer exists. I along with the Data Products team received accolades from the Government Accountability Office for our efficiency and transparency.

    2. The Data Office came into existence under the Foundations for Evidence-Based Policymaking Act of 2018 (Evidence Act), 44 U.S.C. § 3561, et seq. (PL 115-435, 132 Stat. 5529). The Data Office is/was comprised of three divisions: the Innovation and Engagement Division; Analytics and Infrastructure Division; and Governance and Strategy Division. Our total staff was comprised of approximately 25 people.

3. The Office of the Chief Data Officer (OCDO) is responsible for managing and improving the Department's ability to leverage data as a strategic asset. The OCDO is led by the Department's Chief Data Officer (CDO), whose authority is partially set forth in the OPEN Government Data Act. The OCDO has oversight over the Department's information collections approval and associated OMB clearance process. It develops and enforces the Department's open data plan, including management of a centralized comprehensive data inventory accounting for all data assets across the Department. It develops and maintains a technological and analytical infrastructure responsive to the Department's strategic data needs, exploiting traditional and emerging analytical methods to improve decision making, optimize outcomes, and create efficiencies; and it coordinates the Department's data across the Department, federal government, and public and private sectors.

4. The reduction in force will likely result in the inability of any of the above functions to be completed.

5. I hold a B.S. in Geology and Earth Sciences and a M.S.in Biogeochemistry from the University of Massachusetts, Dartmouth. Before joining the office, I worked at the Census Bureau for three years in the population division, where I was involved in project management as a geospatial data expert.

6. I am providing this declaration to explain certain immediate and irreparable harms resulting from the RIF.

7. On the afternoon of Tuesday, March 11, 2025, I along with the rest of the department received an email informing me that the premises needed to be evacuated by 6:00 p.m. and to not come into the office the next day. The email came from Jacqueline Clay, Chief Human Capital Officer in the Department of Education. The email, a copy of which is attached, provided information on steps that I should take, but my access from home to the office's data systems was disabled. I have no access to any Department files or information. I am unable to do any work at all. Having spoken to my colleagues, their lack of access and inability to perform any work is the same as mine. All I can do is access email in a read only mode. I

cannot send emails to coworkers. On Friday, March 21, 2025, I was completely locked out of the system.

8. The Data Office came into existence under the Foundations for Evidence-Based Policymaking Act of 2018 (Evidence Act), 44 U.S.C. § 3561, et seq. (PL 115-435, 132 Stat. 5529). Attached hereto is a copy of the U.S. Department of Education Organization Chart as of March 21, 2025. All of the boxes marked in red have been eliminated.

9. The Data Office was eliminated in a way to avoid the full RIF requirements. Instead of choosing essential staff, entire units were eliminated. What was said "we kept the good people." But, we had amazing performance reports and awards. But we were all eliminated anyhow.

10. Within the Data Office, the Data Products team, of which I am a member, maintains the Department's most accessed website: the College Scorecard (collegescorecard.ed.gov). That website collects, organizes, and displays basic return on investment information for colleges and their programs. Up to date, website information is vital to student college selection because it helps students and families determine whether a college is "worth it" for the studies and major that a student desires to undertake compared to the cost of the program. Without the team that collects the data, and without our team that updates the website with that data, the College Scorecard will become outdated and of limited to no value because no new data will be collected, analyzed, and displayed. That is relevant for current high school juniors, who are beginning the college search process.

11. As part of our duties in maintaining the College Scorecard website, our team was able to access financial data from the IRS. The IRS financial data provides aggregate information on paid salaries for the jobs and job categories displayed on the website. Our team has the historical knowledge and personal relationships necessary to effectively liaise with the IRS to obtain and work with their data. The loss of my entire team will result in students and parents losing access to a most valuable financial tool that will have a lasting impact on their educational and financial decisions.

12. The Education Stabilization Fund (ESF) is an investment of over $276 billion into state and institutional COVID-19 recovery and rebuilding efforts, managed by the U.S. Department of Education to prevent, prepare for, and respond to the coronavirus impacts on education for our nation's students.

13. Our team was committed to providing the public with a transparent view into how ESF funds are awarded and spent by collecting and reporting Elementary and Secondary School Emergency Relief (ESSER) Fund, Higher Education Emergency Relief (HEER) Fund, Emergency Assistance to Non-Public Schools (EANS) Fund, and Governor's Emergency Education Relief (GEER) Fund data.

14. Approximately six federal employees and under ten contractors tracked $276 billion dollars that went to schools from the Coronavirus Aid, Relief, and Economic Security Act (CARES Act). And while the contractor contracts are still in place, there no longer is anyone to instruct the contractors. Secretary of Education Cardona swore before Congress that the Department would track every single dollar spent under the CARES Act.

15. The Strategic Collections and Clearance (SCC) team within the Office of Planning, Evaluation, and Policy Development (OPEPD), is responsible for ensuring the agency's information collections are consistent with data management best practices and compliant with both the Foundations for Evidence-Based Policymaking Act of 2018 and Paperwork Reduction Act (PRA) of 1995 (Public Law 104-13). The SCC ensures all new and existing information collection requests (ICRs) are reviewed and approved internally and facilitates submission to the Office of Management and Budget (OMB) to obtain final approval. Key work managed by the SCC team include Information Collection, Information Quality, and liaising with the Office of Management and Budget (OMB). No information from more that ten people can be collected without violating the applicable statutes. The SCC team are the only people who have the knowledge and expertise to comply with the applicable statutes, and they have all been eliminated.

16.     Within NCES, 90% of the staff have been eliminated.  Since 1867, NCES has been the federal statistical agency responsible for collecting, analyzing, and reporting data on the condition of U.S. education—from early childhood to adult education—to help improve student outcomes. The NCES surveys and programs collect and produce data in many ways including from state reports, direct student assessments, longitudinal studies, international surveys, postsecondary institutions, adult surveys, and synthesizing data from federal sources. Similar to the Data Office's situation, those Department employees who have been working in it for decades are unable to transfer their knowledge to someone else. Without the information obtained by, analyzed by, and then displayed in an organized format, the Department, educators, researchers and the public will be able to understand how the Department's money is being used and the long and short term outcomes from the programs funded by the Department.

17.     Based on my five years of experience with the Data Office, it is my opinion that it will take years to reconstruct, update, and maintain past information and to acquire working knowledge of the data's intricacies, if it can be done at all.  Being locked out of the computer system means I and my colleagues are unable to transfer the processes, knowledge, files, standard operating procedures and rules to an incoming team.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 21st day of March 2025.

        */s/ Doe Declarant # 5*

        Doe Declarant # 5