# EXHIBIT 60

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

---

STATE OF NEW YORK, *et al.*,

   Plaintiffs,

         v.

LINDA McMAHON, *et al.*,

   Defendants.

C.A. No. 1:25-cv-10601

**DECLARATION OF**
**DOE DECLARANT 8**

---

**DECLARATION OF DOE DECLARANT 8**

Pursuant to 28 U.S.C. § 1746, I, Doe Declarant 8, hereby declare as follows:

1.      I am over the age of 18 and have personal knowledge of all the facts stated herein through personal experience and through conversations with my colleagues.  If called as a witness, I could and would testify competently to the matters set forth below.

2.      This declaration is submitted in support of the States' Request for a Preliminary Injunction.

3.      I am an Education Program Specialist at the Department of Education's Office of English Language Acquisition (OELA), a position I have held for approximately 5 years.

4.      As an Education Program Specialist at OELA, I am deeply familiar with the responsibilities of OELA. OELA oversees policy for the education needs of linguistically and culturally diverse students as required under 20 U.S.C. § 3420. OLEA was designed to serve the five million English Language Learners (ELLs) who comprise about 10 percent of all students in the United States. We provide national leadership and support to local and state school systems to ensure that ELLs become proficient in English. We help to set policy relevant to ELLs, provide research and data resources at the National Clearinghouse for English Language

Acquisition (NCELA), and fund three programs: Title III English Language Acquisition State

Grants, the National Professional Development (NPD) Program, and the Native American and

Alaska Native Children in School (NAM) discretionary grants program. All of these programs

are authorized by the Elementary and Secondary Education Act (ESEA) of 1965, as amended by

Every Student Succeeds Act of 2015. Together, OELA administers approximately $818 million

in Title III formula, $64.2 million in National Professional Development (NPD), and $5 million

in Native American and Alaska Native Children in School (NAM) annually.

5.      The purpose of Title III is to provide block grants to states and local education

agencies to help ensure that ELLs attain English language proficiency and meet state academic

standards. The other two grant programs under OELA—NPD and NAM—are discretionary

grants. The NPD program supports institutions of higher education (IHEs) or public or private

entities with relevant experience and capacity, in consortia with State educational agencies

(SEAs) or local educational agencies (LEAs), as they strive to meet the demands of ELLs and

improve classroom instruction for ELLs. The grants provide training to teachers and provide

scholarships and stipends for pre-service and in-service teachers to teach ELLs. The NPD

Program portfolio, which I manage, totals $55 million over the five-year period of the program.

Finally, the NAM Program provides grants to support the learning of Native American languages

and to increase the English language proficiency of ELLs from Native American, Alaska Native,

Native Hawaiian, and Pacific Islander backgrounds.

6.      My specific role within OELA is an Education Program Specialist, also known as

a "program officer," for the NPD Program. I essentially serve as the guardrails on federal

expenditures under that discretionary grant program. I am the person grantees come to with

questions about what they can do with their grant funding, and I require and review reports from

grantees to make sure money is spent in accordance with federal law and regulations under 2

CFR 200, EDGAR, and program rules. Annexed hereto as **Exhibit 1** to this Declaration is a true

and correct copy of my job description, dated October 18, 2020.

7.      On March 12, 2025, I received an email ("the RIF Email") from the Chief Human

Capital Officer, Jacqueline Clay, stating, "your organizational unit is being abolished along with

all positions within the unit—including yours." Annexed hereto as **Exhibit 2** to this Declaration

is a true and correct copy of the RIF Email and its attachments, dated March 12, 2025.

8.      I received the RIF Email to my personal email account. I do not have access to

my work email account or any systems I need to complete my work product despite the RIF

Email's statement that I would retain my Ed.gov email through March 21, 2025.

9.      To my understanding, the "organizational unit" that is "being abolished"

according to the RIF Email is the entire OELA division. There were 12 employees at OELA who

received identical emails to the RIF Email that I received. That leaves just one employee who I

understand is planning to retire at the end of month and the Deputy Assistant Secretary as the

only employees of OELA who remain at the Department of Education ("the Department"). That

means that only the Deputy Assistant Secretary will remain to perform all the necessary and

statutorily required duties that OELA is responsible for.

10.     Based on my knowledge and experience, I do not think that the Department can

meet its obligations to administer the programs described above with the abolishment of OELA.

Even if the Department transfers the duties of OELA to other parts of the Department, those

employees do not have the knowledge, training, or experience to manage the work that we

performed. I and my colleagues were provided no opportunity to facilitate the transfer of our

work to anyone else in the Department.

11.     The impact of OELA's abolishment is severe. States will no longer have guidance from the Department on their Title III expenditure formula grant money or the resources that NCELA provides. Their ability to raise questions with us and to receive monitoring assistance and technical assistance was wiped out overnight. We regularly monitor grantees to ensure that money was funding programs as authorized by Congress that I and my coworkers were unable to complete this work.

12.     We do not know what this means for future funding. The cuts will impact individuals who are applying for money under one of these programs—whether they are currently teaching ELLs or want to and are trying to secure scholarship funding—who may face uncertainty about whether their funding is in jeopardy. Students will also be impacted because schools risk losing teachers in an area where there is already shortage. 5 million students also risk losing the necessary supports funded from Title III Formula money. In the immediate future, I was in the midst of preparing the 2026 National Professional Development (NPD) Competition, where competition for discretionary grant funding is fierce. I do not know what will happen to that competition now. Most importantly, this abolishment increases the risk of fraud, risk, and abuse.  Recipients of discretionary grants and formula funding will no longer have guardrails on their expenditures or technical assistance on the implementation of their programs.  I am aware of grantees who have tried to spend money inappropriately. OELA serves to ensure that all grant spending is allocable according to statute, allowable according to statute, and a reasonable cost anyone could incur. These rules—which are necessary to ensure that federal funds are going where they are intended to go—will go out the window without OELA overseeing the funds.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 23, 2025.


      /s/ Doe Declarant 8
      DOE DECLARANT 8

# EXHIBIT 1

## POSITION DESCRIPTION

**PD Tracking Number**    T9988T

**Series, Title and Grade**    1720   Education Program Specialist   GS-12

**Department**    Office of English Language Acquisition

### Introduction Statement

This position is located in the Department of Education, the Office of English Language Acquisition (OELA), Language Enhancement and Academic Achievement for Limited English Proficient students. The position requires the performance of a variety of program assignments directed at improving education for English language learners. The incumbent works with Title III discretionary grants, including the National Professional Development Program and the Native American and Alaska Children in School program.

### Major Duties

Researches and develops program criteria for selection, funding, evaluation and other grant/contract processes, and where applicable, the competitive selection of awardees. Develops, writes, and obtains necessary clearances for the technical review plan to be used for evaluation and grant/contract review processes.

As assigned, conducts projects involving the analysis of policy related issues. Elicits and compiles other viewpoints and options from program offices which afford management a more complete perspective. Consults literature in the field, regulations, program records, and other Department offices to develop the analysis and support conclusions drawn.

Establishes monitoring criteria and monitoring plans. Conducts monitoring reviews to assess the educational effectiveness and progress, and to determine compliance with Department rules and regulations, with grant/contract terms and agreements, and with proposal objectives.

Advises on the selection of procurement and grant/contract review panel members for the application review process. Selects members and ensures that they are knowledgeable in all areas necessary to the competitive process. Participates in the grant/contract review process. Conducts briefings for panel members and serves as panel monitor.

Initiates, plans and participates in national, state and local meetings, workshops, seminars and conferences for the purpose of providing training to professionals on grant/contract management matters.

Interprets program requirements, criteria, rules and regulations, and as directed, comments on proposed regulations and policies. Meets and consults with staff and program officials to obtain their cooperation and input. Elicits and compiles viewpoints and alternatives that afford management the benefit of several views and options.

Represents the Office in a variety of meetings and conferences and maintains effective relations with lay and professional organizations and education officials at the Federal, state and local levels.

Performs other related duties as assigned.

### Primary Factor Level Statements

**Factor 1    Knowledge Required by the Position            Factor Level 1-7         1250   pts.**

Professional knowledge of education theories, principles and practices and the roles of the federal, state, and local governments sufficient to plan, evaluate and advise on funded educational programs, their requirements and problems.

PD Date modified: 10/18/2020        PD Version number: v.1.0

Skill in adapting education principles and practices to projects and problems for which there are no closely related precedents.

**Factor 2      Supervisory Controls**                    **Factor Level 2-4          450   pts.**
The supervisor makes assignments in terms of scope, objectives and overall policies affecting the work. The incumbent works independently in carrying out assignments, determine the approach, and resolves most problems. The supervisor is kept apprised of potentially controversial problems. The review is in terms of compliance with established policies and the accomplishment of objectives.

**Factor 3      Guidelines**                    **Factor Level 3-4          450   pts.**
Guidelines include laws, regulations, ED policy, and education principles. The available guidelines provide limited and often inadequate guidance. The incumbent uses sound judgment and resourcefulness in adapting the available guidelines and devising new approaches.

**Factor 4      Complexity**                    **Factor Level 4-5          325   pts.**
The work involves planning, advising on, and evaluating assigned education projects. Work products may include the development of guidance and resource materials on major problem areas in education for grantees, contractors, and state and local officials engaged in efforts to improve education programs and practices. The projects planned, developed, monitored, or evaluated by the employee have an impact on the conduct, direction, and success of efforts important to the achievement of major agency program objectives.

**Factor 4      Complexity**                    **Factor Level 4-5          325   pts.**
Assignments include a range of program issues and problems. The work is complicated by unusual circumstances, variations in approaches to problems, inadequate and conflicting data, and differences in views among interested parties. The incumbent assesses, selects, adapts and applies a variety of education concepts, practices and approaches to independently plan, monitor and evaluate projects.

**Factor 6      Personal Contacts**                    **Factor Level 6-3          60   pts.**
Contacts include program and staff officials; state , local and institutional officials; and representatives of education groups.

**Factor 7      Purpose of Contacts**                    **Factor Level 7-3          120   pts.**
Contacts are for the purpose of providing technical assistance, defining and developing solutions for complex problems, developing new and applicable procedures, and directing and monitoring special projects and assignments.

**Factor 8      Physical Demands**                    **Factor Level 8-1          5   pts.**
There are no special or unusual physical demands.

**Factor 9      Work Environment**                    **Factor Level 9-1          5   pts.**
The work is performed in a typical office setting.

**Factor Points Total**    2990

**Position Classification Standards Used**
Education Program Series, 1720, TS-109 October 1991

# EXHIBIT 2

---------- Forwarded message ---------
From: **CHCO** <CHCO@ed.gov>
Date: Wed, Mar 12, 2025 at 10:06 AM
Subject: CHCO - Notice to Employees Impacted by Reduction in Force (RIF)
To: CHCO <CHCO@ed.gov>

Dear Colleagues,

I am writing to share some difficult news.  This email serves as notice that your organizational unit is being abolished along with all positions within the unit – including yours.  Please note, if you elected to separate under another program e.g., Deferred Resignation Program, Voluntary Early Retirement Authority (Early-Out), or Voluntary Separation Incentive Payment (Buy-Out), you are NOT impacted by the Reduction in Force (RIF).

To provide you with the maximum opportunity to focus on your transition, you will be placed on paid administrative leave starting **Friday, March 21, 2025**.

- ***Please take immediate action to review and comply with the Instructions for Employees Impacted by the RIF (attached).  This document contains important information regarding access to ED facilities, transitioning your work, and preparing for administrative leave.***

- ***Ensure* your Principal Operating Component (POC) has your current mailing address, and a good personal phone number and email address to contact you.**

- During the transition period, you will retain limited equipment and systems access to enable official communications regarding your RIF standing.  Please note:

    o You are only authorized to back-up your data to a network device or approved backup device.

    o You are prohibited from storing sensitive or mission-critical data on your systems' hard drive or handheld device.

    o All Department of Education system resources, including hardware, software programs, files, paper reports, and data are the sole property of the Department of Education, and there should be no expectation of privacy.

- o  You are prohibited from transmitting electronic copies of Department of Education materials to your home or other personal accounts.

- o  Personnel using remote access shall not download or store Government information on private equipment, optical or digital media.

- o  Unauthorized or improper use of this system may result in disciplinary action, as well as civil and criminal penalties.

- No earlier than 30 days from the date of this email you will receive your official RIF notice, which will begin an additional 60 days of paid administrative leave prior to your separation from the agency.

- This will give you a total of 90 days on paid leave to help facilitate your transition.

- Your official RIF notice will provide more detailed information on your specific benefits and standing and be delivered to your mailing address on file.

- You will only retain your Ed.gov email to facilitate communications with the agency through March 21, 2025.

ED has made the determination to initiate RIF procedures as part of the agency's restructuring process.  These actions support Executive Order (EO) 14158, Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative, dated February 11, 2025 and Office of Personnel Management Guidance on Agency RIF and Reorganization Plans, dated February 26, 2025.  This decision is in no way a reflection of your performance or contributions, which we deeply appreciate.

I recognize that this is a challenging moment, and my team is committed to supporting you through this transition.

Ø  For additional information about Reductions in Force, visit the Office of Personnel Management RIF site.

Ø  For general questions regarding next steps, please email workforcereshaping@ed.gov.

Ø For specific retirement or benefits questions, please contact benefits@ed.gov.

Ø Use the Employee Assistance Program, if needed. The Employee Assisstance Program (EAP) and WorkLife4You Program, provided by Federal Occupational Health (FOH), are available 24 hours a day, 7 days a week at 1-800-222-0364 (TTY: 1-888-262-7848) or at www.FOH4you.com or www.worklife4you.com.

Ø Should you lose access or need IT support, please contact the Help Desk at ocioenterprisehelpdesk@ed.gov; or call 202-708-HELP (202-708-4357) and select Option 2.

With regard,

Jacqueline Clay

Chief Human Capital Officer

Attachments:

Instructions for ED Employees Impacted by RIF

ED RIF Information and Resources

**INSTRUCTIONS**
**FOR**
**EMPLOYEES IMPACTED BY REDUCTION IN FORCE (RIF)**
3/11/25

**PHYSICAL ACCESS TO ED FACILITY:**
*Effective 9:00 pm on March 11, 2025*, your PIV card access to ED facilities will be removed.  You are no longer permitted to use it to access federal buildings or property, including your former ED office space, without prior ED approval.

- The agency will schedule a period of time for those employees who may need to pick-up personal belongings.

**TRANSITION OF WORK:**
*March 12, 2025 - March 21, 2025*:  During this period, you will have limited IT access to complete work transition activities – you will have access to ed.gov email, Quicktime, FedTalent and Login.gov.

> **NOTE 1**:  **Please ensure your Principal Operating Component (POC) has your current mailing address, and a good phone number and email address to contact you.**
>
> **NOTE 2:**  Please follow the instruction on Login.gov to change your account settings (i.e., phone number, email, etc.) and authentication method.  This will help you retain access to Employee Express (Leave and Earnings Statements, W-2 tax prep forms).
>
> **NOTE 3:**  See item 5 in the attached Information and Resources document for important instructions on downloading eOPF records.

**TIME AND ATTENDANCE:**
During your transition period make sure you:
- ➢ Cancel all leave requests in Quicktime.
- ➢ Code your timecards for Pay Periods 7 through 13 as follows:
  - **PP 7:**   3/10/25-3/21/25:  Code your timecard as you normally would
  - **PP 8:**   Use Code 065 for week 1 and week 2
  - **PP 9:**   Use Code 065 for week 1 and week 2
  - **PP 10:**  Use Code 065 for week 1 and week 2
  - **PP 11:**  Use Code 065 for week 1 and week 2
  - **PP 12:**  Use Code 065 for week 1 and week 2
  - **PP 13:**  Use Code 065 for 6/2/25 and 6/9/25.  Leave the remainder blank.

Once these timekeeping tasks are complete, do NOT continue to report your time and do NOT make any other changes to past timesheets.  The payroll team will confirm that your timecard is coded properly for the duration of your administrative leave.

**ADMINISTRATIVE LEAVE AND LIMITED TECHNOLOGY ACCESS:**
*Effective 5:00 pm on March 21, 2025*, you will be placed on administrative leave and no longer have access to ED accounts or systems.

- Once your IT account is disabled, you will be mailed a shipping box and label to return government property (IT equipment, phone, PIV Card, Travel Card, etc.).  You are required to return all government property within 7 days of receipt.
- **Returning Government Property:  It is very important that your POC has your current mailing address and a good phone number and email address to contact you**.

**OFFICIAL SPECIFIC EMPLOYEE RIF NOTICE:**
***On or about April 9, 2025***, you will receive your employee specific RIF notice.  It will include information regarding severance pay and retirement benefits.

**SEPARATION FROM THE DEPARTMENT OF EDUCATION:**
***On or about June 9, 2025***, your employment with the Department of Education will end.

For additional information about Reductions in Force, visit the Office of Personnel Management RIF site.

For questions, please email WorkforceRestructuring@ed.gov.

2

**Reduction in Force (RIF)**
**Information and Resources**
3/11/25

To help you navigate during this transition period, please use the information below in conjunction with the information provided in the *Instructions for ED Employees Impacted by RIF*.

1. **REDUCTION IN FORCE INTENT**

ED has made the determination to initiate RIF procedures as part of the agency's restructuring process.  These actions support Executive Order (EO) 14158, Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative, dated February 11, 2025 and Office of Personnel Management Guidance on Agency RIF and Reorganization Plans, dated February 26, 2025.

2. **ADMINISTRATIVE LEAVE**

Once you receive written notice that you have been impacted by the RIF, you will be afforded a brief period to transition work activities; after which, you will be placed on paid administrative leave effective **Friday, March 21, 2025.**

You will remain on paid administrative leave for the duration of the "notice period" as specified in your written notice.

Once on administrative leave, you will no longer be permitted to conduct the duties of your position and your accounts will be disabled.

> **NOTE 1**:  **Please ensure your Principal Operating Component (POC) has your current mailing address, and a good phone number and email address to contact you**.
> **NOTE 2:**  Please follow the instruction on Login.gov to change your account settings (i.e., phone number, email, etc.) and authentication method.  This will help you retain access to Employee Express (Leave and Earnings Statements, W-2 tax prep forms).
> **NOTE 3:**  See item 5 below for important instructions on downloading eOPF records.
> **NOTE 4**:  Once your IT account is disabled, you will be mailed a shipping box and label to return government property (IT equipment, phone, PIV Card, Travel Card, etc.).  You are required to return all government property within 7 days of receipt.

3. **PAY AND BENEFITS**

 **Pay During Administrative Leave**
 While on paid administrative leave:
  - You will continue to be paid at the same rate and frequency as you did before you were placed on administrative leave.
  - You will continue to accrue annual and sick leave.
  - You will receive any scheduled Within Grade (Step) Increases.
  - You will maintain the same benefits as you did before you were placed on administrative leave.

 **Pay After Separating from the Agency**

1

Once you separate from the agency:
- You will receive your RIF severance payout, if eligible.
- OPM's Severance Pay Estimation Worksheet is intended to allow those eligible for severance pay to calculate the approximate amount of severance pay he or she may receive.
- The actual calculation formula is somewhat more complicated and technical therefore the actual payout will be provided by Office of Human Resources, Benefits and Retirement Branch.

**Federal Employee Health Benefits**
While on paid administrative leave, your health benefits will not change.  Upon separation from the agency:
- Federal Employee Health Benefits (FEHB) will continue for 31 days and may continue, with the employee paying 100%, plus a 2% administrative fee of the premium (with no contribution from the agency) for up to 18 months.
- Federal Dental and Vision Insurance Program (FEDVIP) coverage ends upon separation.
- Flexible spending accounts are closed on separation.  Unspent money in a health care FSA is not refunded, although claims for purchases up to the date of separation will still be paid.  Unspent money in a childcare FSA will remain available for use through the plan year.
- For more information, visit OPM's RIF Benefits Summary page.

### 4.  VOLUNTARY SEPARATION INCENTIVES

**Voluntary Early Retirement Authority (VERA):**  ED is currently offering Voluntary Early Retirement (Early Out), **through March 25, 2025**.  VERA is a strictly voluntary option that allows eligible employees to retire early.  This authority encourages more voluntary separations and helps agencies to complete needed organizational changes with minimal disruption to the workforce.
- There is no reduction in annuity if you are under the age of 62 as a FERS employee, unlike retiring under the normal Minimum Retirement Age (MRA) +10 rules. However, you must be at your MRA to become eligible for the FERS supplement.

As a reminder, employees who meet age and service requirements for Voluntary Retirement do not need the VERA authority to retire and may apply to retire at any time.

**Who is eligible for VERA?**
If you are  covered by the Civil Service Retirement System (CSRS) or the Federal Employees Retirement System (FERS), then you are eligible for VERA if you meet the following requirements:

- At least 20 years of creditable service and at least 50 years old OR completed at least 25 years of creditable service regardless of age.
- Continuously employed by ED since at least January 12, 2025.
- Be in good standing with the agency (i.e., not in receipt of a final removal decision based upon misconduct, or unacceptable performance).
- **Agree to separate from the Department by March 31, 2025**

**Application Procedures**
- **To request a VERA, you must submit a complete retirement package by March 25, 2025**.  **For your convenience, the attached Benefits and Work/Life email provides important information and forms required to apply for retirement.**
- **All VERA applications must be received by 5:00 pm ET on March 25, 2025.**
- **Incomplete packages will not be considered.**

- **SUBMIT APPLICATION VIA EMAIL to** BenefitsandWork/Life@ed.gov

5. **SEPARATION**

**Retaining Personnel Records - Electronic Official Personnel Folder (eOPF)**
To download and save your entire eOPF, please follow the instructions below using **your ED account**:
- Go into the eOPF portal at OPM
- Click "My eOPF Print Folder" tab at the top
- Check "Select All"
- Click one of the two print buttons
- Click "My eOPF Print Status" tab at the top
  - Wait for the print request to process (this can take several minutes or longer depending on volume)
  - While waiting, read the instructions describing what the password will be for your document password
  - Password will be your last name plus the print number, which you will see in a box as the request is processing.  Example:  John Doe requested the print job and the system assigned 1234 as the job number.  The password would be Doe1234
- When "View" appears in the "Action" box, click on it.
- Save as a PDF
- Open the PDF in Adobe and enter password

**Outside Employment and Unemployment Benefits**
  **While on administrative leave**:
- You are not eligible to receive state unemployment benefits.
- You are free to accept other employment subject to the ethics rules for outside employment and applicable federal law; however, you may not accept employment with another federal agency.

**Once you are separated**:
- You are eligible to receive state unemployment benefits.
- You are free to accept federal or non-federal employment, subject to the post-government employment ethics rules and applicable federal law.
- You are entitled to reinstatement rights afforded all federal "displaced employees" for a period of three years.

**Retention Standing**
Your retention standing will be provided in your individual official RIF notice. Retention standing is an employee's relative standing on a retention register based on tenure, veterans' preference, and length of service augmented by performance credit.

6. **CAREER TRANSITION**

**Available Employee Support**
- The Employee Assisstance Program (EAP) and WorkLife4You Program, provided by Federal Occupational Health (FOH), are available 24 hours a day, 7 days a week at 1-800-222-0364 (TTY: 1-888-262-7848) or at www.FOH4you.com or www.worklife4you.com (new user registration code: ED) at no cost to you!  You can also contact the benefits team at: BenefitsandWork/Life@ed.gov for additional information.

**Career Transition Assistance Plan (CTAP)**
The Career Transition Assistance Plan (CTAP) is an intra-agency program that helps surplus or displaced federal employees improve their chances of finding a new job in their agency, by giving them selection priority over other applicants, as long as they're qualified for the job.

You're eligible for CTAP if:
1. You're a current federal employee who meets the definition of a surplus or displaced employee—you've received official notice that your job is no longer needed or that you will lose your job by a Reduction in Force.
2. Your agency is accepting applications from within or outside of the permanent workforce.
3. You meet the qualifications and other requirements of the job you're applying for.

**Interagency Career Transition Assistance Plan (ICTAP)**
The Interagency Career Transition Assistance Plan (ICTAP) is an interagency program that helps surplus or displaced federal employees improve their chances of finding a new job at another agency (not their current or former agency), by giving them selection priority over other applicants from outside the agency.

You're eligible for ICTAP if:
1. You're a current federal employee who meets the definition of a surplus or displaced employee—you've received official notice that your job is no longer needed or that you will lose your job by a Reduction in Force.
2. The agency you're applying to is accepting applications from outside of their workforce.
3. The job you're applying to is in the local commuting area.
4. You meet the qualifications and other requirements of the job you're applying for. For more information on Career Transition, please visit the Employee's Guide to Career Transition

7. **CONTACTS**

➢ For additional information about Reductions in Force, visit the Office of Personnel Management RIF site.

➢ For general questions regarding next steps, please email workforcereshaping@ed.gov.

➢ For specific retirement or benefits questions, please contact benefits@ed.gov

➢ Use the Employee Assistance Program, if needed. The Employee Assisstance Program (EAP) and WorkLife4You Program, provided by Federal Occupational Health (FOH), are available 24 hours a day, 7 days a week at 1-800-222-0364 (TTY: 1-888-262-7848) or at www.FOH4you.com or www.worklife4you.com.

➢ Should you lose access or need IT support, please contact the Help Desk at ocioenterprisehelpdesk@ed.gov; or call 202-708-HELP (202-708-4357) and select Option 2.
➢

4

| From: | Benefits and Work/Life |
|---|---|
| **Cc:** | Benefits and Work/Life |
| **Subject:** | Office Hours – Retirement Paperwork and Process | Questions and Answers |
| **Date:** | Friday, February 21, 2025 1:31:05 PM |
| **Attachments:** | image001.png |
| | Office Hours - Retirement Paperwork and Process_Questions and Answers FINAL.pdf |
| | FERS Retirement Forms.zip |
| | CSRS Retirement Forms.zip |

**Distribution List:** Employees who attended the *"Office Hours – Retirement Paperwork and Process"* meeting on Tuesday, February 18, 2025, 12:00 PM-1:00 PM Eastern

Colleagues,

Thank you for joining me to discuss paperwork and process regarding retirement.  As promised, attached are the questions from the Teams Chat along with answers.

Thank you,


Mary Tittle
Branch Chief (Division of Benefits and Work/Life)
Office of Finance and Operations
U.S. Department of Education

Email: mary.tittle@ed.gov
Phone Number: (202) 987-1033


decorative
