# EXHIBIT 61

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>    Plaintiffs,<br><br>         v.<br><br>LINDA McMAHON, *et al.*,<br><br>    Defendants. | C.A. No. 1:25-cv-10601<br><br>**DECLARATION OF**<br>**DOE DECLARANT 9** |

## DECLARATION OF DOE DECLARANT 9

Pursuant to 28 U.S.C. § 1746, I, Doe Declarant 9, hereby declare as follows:

1. I am a resident of Washington, D.C. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. This declaration is submitted in support of the States' Request for a Preliminary Injunction.

3. I am a Management Program Analyst in the Product Management Group, Chief Technology Office of the Federal Student Aid (FSA) Office of the Department of Education ("the Department"). I have been worked at FSA for almost 15 years.

4. The Product Management Division was recently created as part of reorganization within FSA and is under the Office of the Chief Technology Officer. It had previously been called the Office of the Student Experience and Aid Delivery (SEAD). The Chief Technology Office essentially touches everything that is technology within FSA's work. We correct technological architecture, ensure security protocols are in place, and oversee the lifecycle of a

loan on our digital products—collecting and processing borrower information, getting student funding out the door, and making sure that loans eventually go into payment.

5. The responsibility of the Product Management Division is to ensure the procedures and requirements of the Higher Education Act, as amended, and related regulations, are followed in the digital products that FSA uses to administer federal loans. Whenever there is an application process for a loan, for example, it must follow a certain flow to comply with the applicable rules, which also often limit the information that can be collected. The Product Management Division makes necessary changes to update the process as needed, resolves any issues that arise, and monitors customer satisfaction.

6. My job internally is called a "product owner" in the Product Management Division. I am responsible for making changes, improvements, and fixing bugs of any digital product under my oversight. We divide the development operations cycle into three parts: requirements gathering, testing, and post-implementation verification. We make sure that all the planned-to and agreed-to changes are implemented appropriately in the digital products managed day-to-day by contracted vendors.

7. The Product Management Division oversees all the digital products that are found on Studentaid.gov. The flagship product of the Product Management Division is the FAFSA. The FAFSA is used more than 17.6 million people each year to apply for federal financial aid and determine the amounts for which they qualify. The FAFSA has major releases that take place every quarter, and my division ensures that happens. Other products include the Direct PLUS Loan application, the process for appealing adverse credit decisions, repayment plan applications, Public Service Loan Forgiveness, Borrower Defense Loan Discharge, and other loan and loan discharge or forgiveness applications. Critically, we also oversee the Master

Promissory Note (MPN), the agreement between the borrower and the government to repay the loan. If the MPN is not available, the school is not supposed to disburse the loan.

8. The Product Management Division is responsible for ensuring that vendors know what requirements are needed for our products and we approve any changes. Vendors are not subject-matter experts, so they need someone to explain the details of our processes and our regulatory requirements. I have a graduate degree in higher education administration, so I have deep insight into what is necessary to make our products effective, accurate, and legally compliant.

9. We frequently need to resolve issues that come up in collaboration with our vendor partners. To do so, we open tickets and work with vendors to prioritize and resolve the problems that inevitably arise. Because we have scarce funding for our products, we often need to oversee how to quickly and most cost effectively fix issues, and we must measure the impact of these fixes so we can maintain necessary funding for the products.

10. On March 11, 2025, I received an email sent by Chief Human Capital Officer, Jacqueline Clay, and stated, "your organizational unit is being abolished along with all positions within the unit—including yours" ("the RIF Email"). A true and correct copy of this email is annexed hereto as **Exhibit 1** to this Declaration, dated March 11, 2025. The RIF Email also said that I will be placed on administrative leave beginning March 21, 2025, and that I will receive an "official RIF notice" no earlier than 30 days after March 11, 2025. I understand the "organizational unit" referenced here to mean the entire Product Management Division.

11. Immediately after the RIF Email, most of my access to work systems was removed, including the platforms that we use to store and share documents and the database that we use to log and track tickets with our vendors. I was able to access my email but I could not

open any links to the work systems within the emails, and I could not send any emails outside the Department. Although I was not supposed to be on administrative leave until March 21, 2025, there was little I could do to close out or follow up on any of my work because I did not have access to the systems I need to do my job.

12. I understand that everyone in the Product Management Division received the RIF Email but that a few people were asked to come back the following week. I do not know how many employees in the division remain today, but it is my understanding that the vast majority of our division is still subject to the RIF.

13. Based on my knowledge and experience, it is not possible for the Product Management Division to fulfill its duties following such vast cuts to our staff. In addition to the RIF Email, many staff left because of the various incentives offered to leave in the "fork-in-the-road" email, Voluntary Early Retirement Authority (VERA), and the Voluntary Incentive Separation Payment (VSIP). Without these necessary staff, the Department cannot meet its statutory and regulatory obligations to manage federal student aid programs.

14. If there are insufficient people to manage FSA's digital products, there will be regular technological problems and inaccurate information that will impact schools and borrowers. I am concerned for students who face great uncertainty about the impact of these changes on their student loans.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 22, 2025.

*Doe Declarant 9*

DOE DECLARANT 9

# EXHIBIT 1

Dear Colleagues,

I am writing to share some difficult news.  This email serves as notice that your organizational unit is being abolished along with all positions within the unit – including yours.  Please note, if you elected to separate under another program e.g., Deferred Resignation Program, Voluntary Early Retirement Authority (Early-Out), or Voluntary Separation Incentive Payment (Buy-Out), you are NOT impacted by the Reduction in Force (RIF).

To provide you with the maximum opportunity to focus on your transition, you will be placed on paid administrative leave starting **Friday, March 21, 2025**.

- *Please take immediate action to review and comply with the Instructions for Employees Impacted by the RIF (attached).  This document contains important information regarding access to ED facilities, transitioning your work, and preparing for administrative leave.*

- *Ensure* **your Principal Operating Component (POC) has your current mailing address, and a good personal phone number and email address to contact you.**

- During the transition period, you will retain limited equipment and systems access to enable official communications regarding your RIF standing.  Please note:
    - You are only authorized to back-up your data to a network device or approved backup device.
    - You are prohibited from storing sensitive or mission-critical data on your systems' hard drive or handheld device.
    - All Department of Education system resources, including hardware, software programs, files, paper reports, and data are the sole property of the Department of Education, and there should be no expectation of privacy.
    - You are prohibited from transmitting electronic copies of Department of Education materials to your home or other personal accounts.
    - Personnel using remote access shall not download or store Government information on private equipment, optical or digital media.

- ○ Unauthorized or improper use of this system may result in disciplinary action, as well as civil and criminal penalties.

- No earlier than 30 days from the date of this email you will receive your official RIF notice, which will begin an additional 60 days of paid administrative leave prior to your separation from the agency.

- This will give you a total of 90 days on paid leave to help facilitate your transition.

- Your official RIF notice will provide more detailed information on your specific benefits and standing and be delivered to your mailing address on file.

- You will only retain your Ed.gov email to facilitate communications with the agency through March 21, 2025.

ED has made the determination to initiate RIF procedures as part of the agency's restructuring process.  These actions support Executive Order (EO) 14158, Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative, dated February 11, 2025 and Office of Personnel Management Guidance on Agency RIF and Reorganization Plans, dated February 26, 2025.  This decision is in no way a reflection of your performance or contributions, which we deeply appreciate.

I recognize that this is a challenging moment, and my team is committed to supporting you through this transition.

> Ø For additional information about Reductions in Force, visit the Office of Personnel Management RIF site.

> Ø For general questions regarding next steps, please email workforcereshaping@ed.gov.

> Ø For specific retirement or benefits questions, please contact benefits@ed.gov.
>
> Ø Use the Employee Assistance Program, if needed. The Employee Assisstance Program (EAP) and WorkLife4You Program, provided by Federal Occupational Health (FOH), are available 24 hours a day, 7 days a week at 1-800-222-0364 (TTY: 1-888-262-7848) or at www.FOH4you.com or www.worklife4you.com.
>
> Ø Should you lose access or need IT support, please contact the Help Desk at ocioenterprisehelpdesk@ed.gov; or call 202-708-HELP (202-708-4357) and select Option 2.

With regard,

Jacqueline Clay

Chief Human Capital Officer

Attachments:

Instructions for ED Employees Impacted by RIF

ED RIF Information and Resources

Benefits and Work/Life Email: Office Hours – Retirement Paperwork and Process