# EXHIBIT 63

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK, *et al.*,

   Plaintiffs,

        v.

LINDA McMAHON, *et al.*,

   Defendants.

C.A. No. 1:25-cv-10601

**DECLARATION OF
DOE DECLARANT 11**

## DECLARATION OF DOE DECLARANT 11

Pursuant to 28 U.S.C. § 1746, I, Doe Declarant 11,  declare as follows:

1.     I am a resident of New York. I am over the age of 18 and have personal knowledge of all the facts stated herein.  If called as a witness, I could and would testify competently to the matters set forth below.

2.     This declaration is submitted in support of the States' Request for a Preliminary Injunction.

3.     I am a case manager in the Multi-Regional and Foreign School Participation Division (MR&FSPD), a branch of the Office of Institutions of Higher Education (IHE) Oversight & Enforcement, which is a subdivision of the Federal Student Aid (FSA) office in the U.S. Department of Education (the Department). Until recently, the IHE Oversight & Enforcement subdivision was called the School Eligibility and Oversight Service Group (SEOSG). I have held my current position for just over 10 years. Before that time, I was in the New York/Boston School Participation Division for just under 10 years.

4.     As a case manager in the IHE Oversight & Enforcement subdivision, I am knowledgeable about the responsibilities and functions of the subdivision through my personal experience, as well as through documents and information I have reviewed, and conversations I have had with my colleagues.

5.     IHE Oversight & Enforcement (or SEOSG) is responsible for administering eligibility, certification, financial analysis, and oversight of over 5,500 schools that participate in loan programs under Title IV of the Higher Education Act of 1965 (Title IV), including Pell Grants, Direct Loans, Federal Work Study, the Federal Supplemental Educational Opportunity Grant (FSEOG), the TEACH Grant Program, and the Iraqi and Afghanistan Service Grants. These programs are designed to provide critical assistance to prospective students and expand access to higher education to students who could not otherwise afford to pursue a degree or certificate. Generally, the schools administer this aid, so we are a check on that system to make sure that they manage the funds properly. When the system works properly, students submit a FAFSA form, which provides information to their school who then packages the financial aid they are eligible for. If agreed to, the school enters this information for each student in the Common Origination and Disbursement System (COD) and the totals get batched and transferred to G6, which is the system that the school draws and returns funds from. FSA serves to ensure that that system operates appropriately and smoothly, and that fraud and abuse cannot occur.

6.     My responsibilities and those of my colleagues are required by Title IV of the Higher Education Act and associated regulations, including 20 U.S.C. §§ 1011, 1094, 1099c, 1099c-1, and 34 C.F.R. Part 668. We are regularly trained and informed about the statutory and regulatory rules that govern our work.

7.      There are ten School Participation Divisions (SPDs) that are responsible for
schools based in their regional area, including Atlanta, Chicago/Denver, Dallas, Kansas City,
New York/Boston, Philadelphia, and San Francisco/Seattle. Additionally, there is an eleventh
division, the MR&FSPD which is responsible for overseeing publicly traded companies that own
participating schools and large school groups, as well as foreign schools that participate in Title
IV programs. MR&FSPD oversees many proprietary schools and those with the largest and those
with most complicated ownership.

8.      Each SPD is responsible for four statutorily required functional areas:

a.  **Eligibility**: We oversee everything that a school needs to do to gain
eligibility to Title IV funds, to expand eligibility, to merge locations, to
undergo change in ownership, to update officials, and re-certify eligibility.
To continue eligibility, schools must have a program participation
agreement (PPA) with the Department delineating their responsibilities for
administering FSA program funds, as dictated under 20 U.S.C. § 1094.

b.  **Compliance:** Every school must submit a compliance audit annually of
the funds that they expend. Regulations provide for further auditing for
proprietary schools. We have 180 days to resolve audits, and our
timeliness is reported to Congress. The purpose of this oversight is to
ensure that schools are distributing Title IV funds appropriately and not
retaining funds that belong to students or the taxpayers.

c.  **Financial Responsibility**: Schools must also submit financial statements
annually that are reviewed by financial analysts to come up with a
composite score that measures how financially responsible they are. If

schools do not meet a threshold of financial responsibility as dictated by the Department and the Higher Education Act, they need to provide a letter of credit to continue to be eligible for Title IV funds and it potentially impacts their PPA obligations. This process seeks to protect students and taxpayers from the precipitous closure of a financially precarious school, which could leave students in the lurch.

d. **Program Review**: Statutes require a risk-based approach to identify schools for program review and therefore FSA uses data elements to come up with candidates for review. FSA sends staff to schools that present as high risk to do a program review, which initiates a process of identifying findings and any funds that need to be returned to students or the Department.

e. **Method of Payment:** Federal regulations provide the Department the ability to restrict a school's ability to draw funds directly if the school meets certain financial statement risks or if there have been significant administrative errors, or in instances of fraud. In these types of instances, FSA can require that a school must post funds to the student account first and request reimbursement, or in some instances, the school could be required to submit student files for review by the FSA staff, and if there are no errors or a few errors in the sample reviewed, then the FSA releases the funds.

9.    As a case manager, my work includes overseeing all of the above areas for the 10–15 schools and school groups assigned to me, which include some of the largest schools in

the country. Generally, I help to ensure that compliance audit findings are adequately addressed, that the risks identified through a financial statement submission is adequately handled in the approval process for a schools eligibility items, and I work with program review teams to set the scope of the review and assist onsite. I also work on complex changes of ownership transactions and provide input on all eligibility applications for my school groups. I am a subject matter expert at FSA about my schools whenever questions arise anywhere in the organization, and the first point of contact for the school groups in my portfolio.

10.    On January 31, 2025, I was notified that I was placed on administrative leave pursuant to the president's executive order on DEIA. I thought that the email must have been in error because my role has nothing to do with DEIA.

11.    The morning after I received the email notifying me that I was put on leave, my work identification and the personal identity verification (PIV) card I must insert in my laptop to work was disabled so I could not access any of my work files or emails. As a result, I have been unable to finish any work product that I had in process, and I am not even able to transition my work to others in the office.

12.    On March 12, 2025, I received an email from the Chief Human Capital Officer, Jacqueline Clay, stating, "your organizational unit is being abolished along with all positions within the unit—including yours." A true and correct copy of this email is annexed as **Exhibit 1** to this Declaration. The email further informed me that I will be placed on administrative leave beginning March 21, 2025, although I had already been on leave since February 1, 2025.

13.    As a result of this notice, I understand that my entire unit, the MR&FSD, is being abolished and no one will be assigned to perform the duties I have been responsible for. My

program director informed me that this same notice went out to others throughout my unit, and that every SPD was eliminated except for the Philadelphia and Chicago/Denver SPDs.

14.    In my opinion, it is not possible for the few remaining staff to perform the statutory duties that IHE Oversight & Enforcement is responsible for. I believe all financial analysts who were in the Atlanta office have been eliminated under the RIF and there is only one remaining in the Chicago/Denver SPD.  There are only two to three individuals remaining performing compliance audits. Prior to the RIF, 18 analysts were working on changes in ownership; now I believe there is only one. The work that we do to ensure compliance with Title IV requires significant training and cannot be easily transferred to people who do not have experience in that work.

15.    Since February, I have been unable to close out any of my work, and I cannot imagine anyone could make sense of my work without my guidance. For example, I was about to finish two Final Program Review determinations that would assert liability for schools in the millions of dollars for their inappropriate retention of funds to which they were not entitled. As a result, thousands of students may not have their loans reduced as they likely would if I am able to complete my work.

16.    The cuts to my division effectively remove the people responsible for holding schools accountable to laws and regulations, which I expect will result in outright fraud by bad actors and an increase in misspent funds. Without staff adept at rooting out fraud, students will be taken advantage of, and taxpayer money will be wasted. Schools that try to do the right thing will no longer have anyone to answer their questions and will experience backlogs when they need our office's approval pursuant to statutory and regulatory procedures. Students will also likely be impacted over the long-run—they will pay more than they should because there is no

one to oversee schools' administration of funds and require them to pay back money improperly

retained. Many of the schools that I oversee are more non-traditional programs, for example,

small private equity-owned firms that may find it harder to certify new programs in medical

fields like nursing. States may suffer when it becomes more difficult for new educational

programs to attain and retain eligibility for Title IV funds.

I declare under penalty of perjury under the laws of the United States that, to the best of

my knowledge, the foregoing is true and correct.

Executed on March 22, 2025 in New York, New York.

Doe Declarant #11

DOE DECLARANT 11

# EXHIBIT 1

6:41                                        ıll 🛜 57

✕       Gmail – CHCO – Notice to Employees Im...

 Gmail

**CHCO - Notice to Employees Impacted by Reduction in Force (RIF)**

**CHCO** <CHCO@ed.gov>                    Wed, Mar 12, 2025 at 9:06 AM
To: CHCO <CHCO@ed.gov>

Dear Colleagues,

I am writing to share some difficult news. This email serves as notice that your organizational unit is being abolished along with all positions within the unit – including yours. Please note, if you elected to separate under another program e.g., Deferred Resignation Program, Voluntary Early Retirement Authority (Early-Out), or Voluntary Separation Incentive Payment (Buy-Out), you are NOT impacted by the Reduction in Force (RIF).

To provide you with the maximum opportunity to focus on your transition, you will be placed on paid administrative leave starting **Friday, March 21, 2025**.

- *Please take immediate action to review and comply with the Instructions for Employees Impacted by the RIF (attached). This document contains important information regarding access to ED facilities, transitioning your work, and preparing for administrative leave.*

- *Ensure your Principal Operating Component (POC) has your current mailing address, and a good personal phone number and email address to contact you.*

- During the transition period, you will retain limited equipment and systems access to enable official communications regarding your RIF standing. Please note:

  - You are only authorized to back-up your data to a network device or approved backup device.
  - You are prohibited from storing sensitive or mission-critical data on your systems' hard drive or handheld device.
  - All Department of Education system resources, including hardware, software programs, files, paper reports, and data are the sole property of the Department of Education, and there should be no expectation of privacy.
  - You are prohibited from transmitting electronic copies of Department of Education materials to your home or other personal accounts.
  - Personnel using remote access shall not download or store Government information on private equipment, optical or digital media.
  - Unauthorized or improper use of this system may result in disciplinary action, as well as civil and criminal penalties.

- No earlier than 30 days from the date of this email you will receive your official RIF notice, which will begin an additional 60 days of paid administrative leave prior to your separation from the agency.

- This will give you a total of 90 days on paid leave to help facilitate your transition.

- Your official RIF notice will provide more detailed information on your specific benefits and standing and be delivered to your mailing address on file.

- You will only retain your Ed.gov email to facilitate communications with the agency through March 21, 2025.

6:41                                    ．ｌｌ 令 57

✕        Gmail - CHCO - Notice to Employees Im...

- Your official RIF notice will provide more detailed information on your specific
  benefits and standing and be delivered to your mailing address on file.

- You will only retain your Ed.gov email to facilitate communications with the
  agency through March 21, 2025.

ED has made the determination to initiate RIF procedures as part of the agency's
restructuring process. These actions support Executive Order (EO) 14158,
Implementing the President's "Department of Government Efficiency" Workforce
Optimization Initiative, dated February 11, 2025 and Office of Personnel
Management Guidance on Agency RIF and Reorganization Plans, dated February
26, 2025. This decision is in no way a reflection of your performance or
contributions, which we deeply appreciate.

I recognize that this is a challenging moment, and my team is committed to
supporting you through this transition.

Ø For additional information about Reductions in Force, visit the Office of Personnel
Management RIF site.

⊛ For general questions regarding next steps, please email
workforcereshaping@ed.gov.

Ø For specific retirement or benefits questions, please contact benefits@ed.gov.

Ø Use the Employee Assistance Program, if needed. The Employee Assisstance
Program (EAP) and WorkLife4You Program, provided by Federal Occupational
Health (FOH), are available 24 hours a day, 7 days a week at 1-800-222-0364
(TTY: 1-888-262-7848) or at www.FOH4you.com or www.worklife4you.com.

Ø Should you lose access or need IT support, please contact the Help Desk at
ocioenterprisehelpdesk@ed.gov; or call 202-708-HELP (202-708-4357) and
select Option 2.

With regard,

Jacqueline Clay
Chief Human Capital Officer

Attachments:

Instructions for ED Employees Impacted by RIF

ED RIF Information and Resources

Benefits and Work/Life Email: Office Hours – Retirement Paperwork and Process

---------- Forwarded message ----------
From: "Benefits and Work/Life" <BenefitsandWork/Life@ed.gov>
To:
Cc: "Benefits and Work/Life" <BenefitsandWork/Life@ed.gov>
Bcc:
Date: Fri, 21 Feb 2025 18:30:46 +0000
Subject: Office Hours – Retirement Paperwork and Process | Questions and Answers

**Distribution List:** Employees who attended the *"Office Hours – Retirement Paperwork and*
*Process"* meeting on Tuesday, F▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Eastern