# EXHIBIT 65

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>    Plaintiffs,<br><br>            v.<br><br>LINDA McMAHON, *et al.*,<br><br>    Defendants. | C.A. No. 1:25-cv-10601<br><br>**DECLARATION** |

## DECLARATION OF JAY A. PERMAN, M.D.

I, Jay A. Perman, declare as follows:

1.      I am a resident of the State of Maryland. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am Chancellor of the University System of Maryland (USM), the State of Maryland's public higher education system. I have held this position since 2020. As Chancellor, I serve as the Chief Executive Officer of the USM and Chief of Staff to the Board of Regents, the USM's governing body. In my role, I advise the Board of Regents on policy, conduct systemwide planning, coordinate among USM's constituent institutions, and assist institutions in achieving performance goals. Prior to holding this position, I was President of the University of Maryland, Baltimore, a USM constituent institution and the State's public health, law, and human services university.

3.      As Chancellor, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

1

4.     I submit this declaration in connection with the announcement by the Department of Education ("the Department") on March 11, 2025, that it would be reducing its staff by 50 percent and that this was only the "first step" to a "total shutdown" of the Department. *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

5.     USM comprises twelve Maryland public institutions of higher education and three regional centers. USM serves more than 170,000 students and employs more than 40,000 individuals. USM institutions develop critical research in the areas of bioinformatics, cybersecurity, environmental science, food science, photonics, the social sciences, and vaccine development—accruing over $1 billion in external grants and contracts annually. USM institutions address critical workforce shortage areas, especially those related to science, technology, engineering and mathematics (STEM). USM institutions awarded nearly eighty percent of the state's STEM degrees in FY 2020. The USM also advances commercialization and technology transfer, facilitating the launch of more than 900 companies since 2012. USM institutions' faculty, staff, and students contribute millions of hours of service annually to crucial community programs in the areas of law, medicine, and culture and offer critical support to Maryland's public schools and business communities.

6.     Given my experience, after the Department reduces its staff by 50 percent, I do not think that the Department can meet its obligations to administer the programs described below.

7.     The federal student loan programs administered by the Department under Title IV of the Higher Education Act of 1965, as amended, are vitally important for the operation of USM.

The Department's Office of Federal Student Aid (FSA) handles loan disbursement, servicing and borrower assistance for USM students and prospective students.

8. More than $101 million of need-based aid was awarded to USM students in 2024. Annual trends show that USM students receiving financial aid are more likely to remain enrolled and ultimately graduate than those without aid.

9. FSA administers Pell Grants, work-study programs and subsidized loans. Given the vital nature of these FSA programs to students' access to higher education, I am concerned that the abrupt and considerable workforce changes that have occurred at the Department will have extensive consequences for USM students and institutions. If these programs lose funding or face serious delays due to administrative dysfunction, the cost of higher education will rise, and the most vulnerable students, including low-income and first-generation college students, will be impacted first and most critically.

10. Pell Grants provide funds for students of exceptional need, which, in turn, provide access to higher education for many first-generation and low-income students who would not otherwise have had higher education opportunities. Approximately thirty-four percent of USM undergraduates receive Pell Grants. Administrative delay or difficulty in administering this program will impact a significant population of the USM student community who are most in need of financial assistance.

11. The Work-Study program is a critical career development tool, especially for low-income and first-generation college students who may not have professional networks from other sources. These programs provide structured opportunities to gain skills in communication, leadership, and problem-solving as well as provide important financial support. If key offices within the Department are dismantled, as reporting indicates, students may be unable to access (or

effectively and timely access) these opportunities. If FAFSA processing is substantially disrupted, as is expected, students may not have the ability to access what type of aid they are qualified for or may receive, in time to plan for other employment options. And institutions will potentially lose the funding associated with federal work study as well as the services of the students who would be employed through those programs.

12.  The FSA also develops the Free Application for Federal Student Aid (FAFSA) form and processes students' FAFSA submissions. Students enrolling in USM institutions and seeking federal aid must complete the FAFSA prior to their first year of enrollment and then resubmit the FAFSA each subsequent year of schooling. The deadline for applicants to submit their FAFSA forms for the 2025-2026 school year is June 30, 2025. Many students choose to submit their FAFSA forms earlier because their understanding of what, if any, financial aid they qualify for informs their decision about whether they can afford to attend college and, if so, which college. Delay or disruption in this process will undoubtedly impact students making these critical decisions and could even lead to students deferring higher education opportunities for the upcoming year. Any impact on students and prospective students that affects their access to higher education will result in a decline in institutional enrollments, creating budgetary problems, particularly for smaller institutions. Reduced enrollments will impact graduating classes and reduce the State's educated workforce.

13.  After nearly 4 years of a federal student loan repayment freeze, many borrowers are now unfamiliar with loan repayment and will likely need assistance with repayment options, methods, and the resulting forms. Due to the proposed reduction in the Department's workforce, however, borrowers will likely experience longer processing times for their forbearance, deferment, or consolidation paperwork. They will also likely experience longer wait times to speak

with customer service representatives. Such disruptions could lead to higher loan default rates for borrowers.

14. At the USM, more than 85,000 students received federal aid in 2024, which represents 48% of the system-wide student population. Increasing difficulty obtaining, understanding, or repaying federal aid is a significant barrier to higher education opportunities. First-generation and lower-income students are likely to be primarily and most significantly affected, and these barriers may lead to a serious decrease in graduation and enrollment, particularly in these populations, affecting the State's institutions and workforce.

15. USM institutions are already reporting significantly slower responses from FSA staff regarding questions and updates to their Program Participation Agreements, which will impact institutions' ability to administer aid to students. Rising defaults will also directly harm institutions, who are penalized if their percentage of borrowers in default rises above the permitted threshold.

16. The Department administers millions of dollars in federal grants to USM institutions. These grants provide central educational and employment opportunities to USM students, faculty and staff. In the area of education-focused grants alone, USM calculates that approximately $11 million in pending grants may be in jeopardy should the Department close or experience a significant reduction in workforce that would make grant administration difficult or impossible. This would not only deprive USM students of valuable research opportunities but would also impact the vulnerable communities to which this research is designed to provide crucial support (for example, programs that support English language learning, students with disabilities, and overall literacy).

17. The Department manages and enforces large-scale data collection from institutions of higher education across the country. For example, the Department keeps records of campus safety incidents and disclosures under the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act (Clery Act). Among other responsibilities, the Clery Act requires institutions to provide annual security reporting, provide timely alerts of ongoing threats, and provide resources to victims of crime. These reporting requirements provide critical safety measures for students and inform institutions' efforts in implementing safety, security, and disciplinary policies.

18. Students also rely on the Department to review and adjudicate complaints in the areas of FERPA compliance, Clery Act compliance, civil rights, and financial aid. Significant reduction in Department workforce and closure of field offices would inevitably eliminate or reduce complaint avenues for students, which may be a barrier to continuing education. Moreover, institutions rely on decisions from the Department in these cases in order to inform critical policy decisions on campus and to ensure compliance and consistency. In particular, the recent closure of the Philadelphia Office of Civil Rights, which was the applicable office for USM institutions, has already put countless student complaints in uncertain territory and, at best, increased the already-monumental delay in resolving these matters.

19. The Department also investigates and adjudicates borrower defense claims. Specifically, the settlement in *Sweet v. Cardona* requires the Department to investigate and issue a decision on each claim within a certain deadline. If the proposed staff reduction renders the Department unable to comply with its responsibilities in this case, borrowers will be unable to receive settlements. In the event borrowers' claims are inadequately resolved due to delay or

administrative failures, institutions are at risk of recoupment actions and serious reputational harm.

20. USM institutions annually submit data on enrollment, completion, institutional characteristics, human resources, finance, financial aid and more, to the Integrated Postsecondary Education Data System (IPEDS) of the Department of Education's National Center for Education Statistics. These data, which are collected from every institution participating in federal student financial aid programs, are used by students and parents as well as institutions and researchers. Institutions rely on such data for assessment and accountability measures, benchmarking analyses for various projects, and peer identification and selection in connection with funding guidelines. If the collection of this data is discontinued or interrupted, institutions will lose a valuable source of information for assessment and accountability.

21. The Department also manages higher education accreditation, along with states. Although the Department itself does not accredit institutions, it does provide oversight over the postsecondary accreditation system through its review of all federally recognized accrediting agencies. The Department holds accrediting agencies accountable by ensuring that they enforce their accreditation standards effectively. Also, as a part of the Department's oversight roles, the Secretary of Education is required by law to publish a list of nationally recognized accrediting agencies that the Secretary determines to be reliable authorities as to the quality of education or training provided by the institutions of higher education and programs they accredit. A reduction in the Department's workforce will almost certainly impact these duties. The public's reliance on the accreditation process is fundamental to higher education and absent these crucial responsibilities, institutions will undoubtedly face difficulties in enrollment and poor outcomes for

graduates entering the workforce, affecting the institutions, the workforce, and ultimately the State's economy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2025, in Baltimore, Maryland.

/s/ Jay A. Perman
JAY A. PERMAN, M.D.