# EXHIBIT 67

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>    Plaintiffs,<br><br>            v.<br><br>LINDA McMAHON, *et al.*,<br><br>    Defendants. | C.A. No. 1:25-cv-10601<br><br>**DECLARATION OF**<br>**DOE DECLARANT 15** |

<u>**DECLARATION OF DOE DECLARANT 15**</u>

Pursuant to 28 U.S.C. § 1746, I, Doe Declarant 15, declare as follows:

1.    I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2.    This declaration is submitted in support of the States' Request for a Preliminary Injunction.

3.    I am a Senior Regional Representative in the Human Capital Management Division, which is a subdivision of the Federal Student Aid (FSA) office in the Department of Education ("the Department"). I have been an employee of the FSA and the Department for 13 years. Before that time, I served in the military. In my past roles in FSA, I have served as a Clery Compliance Specialist and as a Branch Chief in the Philadelphia School Participation Division.

4.    The Human Capital Management Division is a result of a recent reorganization of what used to be called the Management Services Group. We are responsible for supporting FSA employees with Human Resources (HR), facilities, IT support, and any other administrative support employees may need.

5.      On the evening of Tuesday March 11, 2025, I received an email from the Chief Human Capital Officer, Jacqueline Clay, stating, "your organizational unit is being abolished along with all positions within the unit—including yours" ("the RIF Email").  A true and correct photograph of the RIF Email is annexed hereto as **Exhibit 1**. The RIF Email also said that I will be placed on administrative leave beginning March 21, 2025, and that I will receive an "official RIF notice" no earlier than 30 days after March 11, 2025. I understand the "organization unit" referenced in this email to mean the entire Human Capital Management Division.

6.      I first learned about the RIF Email before I saw it myself because my colleagues contacted me on my personal cell phone telling me they had received it. Immediately after the email went out, the Microsoft Teams network that my colleagues and I used to communicate with each other was disabled and access to my work cell phone shut off that night. I could not access any work systems I need to update our payroll or any other shared folders or sites I need to use to complete my job duties. For the rest of the week, I still could not access any work documents and can only email within the Department.

7.      In my prior position as Branch Chief in the Philadelphia School Participation Division (SPD), a part of the School Eligibility and Oversight Service Group (SEOSG), which was responsible for eligibility, certification, financial analysis, and oversight of all schools that participate in loan programs under Title IV of the Higher Education Act of 1965 (Title IV). I believe there were around 300 institutional review specialists who worked in SEOSG prior to the RIF Email. Now I believe there are 29 institutional review specialists remaining—just the Philadelphia SPD and the Chicago/Denver SPD.

8.      Based on my extensive experience working for FSA, the Department cannot meet its statutory obligations with the staff remaining after the RIF Emails went out. Even when I was

Branch Chief of the Philadelphia SPD, we did not have enough staff to handle our caseload after inheriting many of the Chicago SPD's legacy reviews that they were unable to finish. It would simply be impossible for these two SPD offices to come anywhere near completing the caseload for the whole country.

9.    As a result, there will be insufficient oversight of Title IV institutions and I believe it is likely that we will see corruption, extreme fraud, waste, and abuse at post-secondary institutions.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 23, 2025.



DOE DECLARANT 15

# EXHIBIT 1



CHCO - Notice to Employees Impacted by Reduction in Force (RIF)

Clay, Jacqueline
To ⚪CHCO

⤺ Reply    ⤺ Reply All    → Forward    ...

Tue 3/11/2025 7:38 PM

ⓘ You forwarded this message on 3/17/2025 10:30 AM.

📄 Instructions for ED Employees Impacted by RIF, 3-11-25.docx
   34 KB

📄 ED RIF Information and Resources, 3-11-25.docx
   44 KB

✉ Office Hours – Retirement Paperwork and Process | Questions and Answers

Dear Colleagues,

I am writing to share some difficult news. This email serves as notice that your organizational unit is being abolished along with all positions within the unit – including yours. Please note, if you elected to separate under another program e.g., Deferred Resignation Program, Voluntary Early Retirement Authority (Early-Out), or Voluntary Separation Incentive Payment (Buy-Out), you are NOT impacted by the Reduction in Force (RIF).

To provide you with the maximum opportunity to focus on your transition, you will be placed on paid administrative leave starting **Friday, March 21, 2025**.

> ➢ *Please take immediate action to review and comply with the Instructions for Employees Impacted by the RIF (attached). This document contains important information regarding access to ED facilities, transitioning your work, and preparing for administrative leave.*

This folder is up to date.    Connected to: Microsoft Exchange (Headers)

59°F Clear    1:37 PM 3/19/2025



CHCO - Notice to Employees Impacted by Reduction in Force (RIF)

Clay, Jacqueline
To ○ CHCO

😊   ↩ Reply   ↩ Reply All   → Forward

Tue 3/11/2025 7:38 PM

ⓘ You forwarded this message on 3/17/2025 10:30 AM.

W Instructions for ED Employees Impacted by RIF, 3-11-25.docx ∨
34 KB

W ED RIF Information and Resources, 3-11-25.docx ∨
44 KB

✉ Office Hours – Retirement Paperwork and Process | Questions and Answers
*and preparing for administrative leave.*

➢ **Ensure your Principal Operating Component (POC) has your current mailing address, and a good personal phone number and email address to contact you.**

➢ During the transition period, you will retain limited equipment and systems access to enable official communications regarding your RIF standing.  Please note:

  ○ You are only authorized to back-up your data to a network device or approved backup device.
  ○ You are prohibited from storing sensitive or mission-critical data on your systems' hard drive or handheld device.
  ○ All Department of Education system resources, including hardware, software programs, files, paper reports, and data are the sole property of the Department of Education, and there should be no expectation of privacy.
  ○ You are prohibited from transmitting electronic copies of Department of Education materials to your home or other personal accounts.
  ○ Personnel using remote access shall not download or store Government information on private equipment, optical or digital media.

This folder is up to date.   Connected to: Microsoft Exchange (Headers)    —   ▬   +   100%

59°F  Clear

1:38 PM
3/19/2025



Clay, Jacqueline
To ○ CHCO

Tue 3/11/2025 7:38 PM

😊  ↩ Reply    « Reply All    → Forward

You forwarded this message on 3/17/2025 10:30 AM.

Instructions for ED Employees Impacted by RIF, 3-11-25.docx
34 KB

ED RIF Information and Resources, 3-11-25.docx
44 KB

Office Hours – Retirement Paperwork and Process | Questions and Answers ...

optical or digital media.

- o Unauthorized or improper use of this system may result in disciplinary action, as well as civil and criminal penalties.

➢ No earlier than 30 days from the date of this email you will receive your official RIF notice, which will begin an additional 60 days of paid administrative leave prior to your separation from the agency.

➢ This will give you a total of 90 days on paid leave to help facilitate your transition.

➢ Your official RIF notice will provide more detailed information on your specific benefits and standing and be delivered to your mailing address on file.

➢ You will only retain your Ed.gov email to facilitate communications with the agency through March 21, 2025.

ED has made the determination to initiate RIF procedures as part of the agency's restructuring process. These actions support

This folder is up to date.    Connected to: Microsoft Exchange (Headers)

59°F Clear    1:38 PM 3/19/2025



CHCO - Notice to Employees Impacted by Reduction in Force (RIF)

Clay, Jacqueline
To ○ CHCO

😊  ← Reply    « Reply All    → Forward

Tue 3/11/2025 7:38 PM

ⓘ You forwarded this message on 3/17/2025 10:30 AM.

Instructions for ED Employees Impacted by RIF, 3-11-25.docx
34 KB

ED RIF Information and Resources, 3-11-25.docx
44 KB

✉ Office Hours – Retirement Paperwork and Process | Questions and Answers

ED has made the determination to initiate RIF procedures as part of the agency's restructuring process.  These actions support Executive Order (EO) 14158, Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative, dated February 11, 2025 and Office of Personnel Management Guidance on Agency RIF and Reorganization Plans, dated February 26, 2025.  This decision is in no way a reflection of your performance or contributions, which we deeply appreciate.

I recognize that this is a challenging moment, and my team is committed to supporting you through this transition.

➤  For additional information about Reductions in Force, visit the Office of Personnel Management RIF site.

➤  For general questions regarding next steps, please email workforcereshaping@ed.gov.

➤  For specific retirement or benefits questions, please contact benefits@ed.gov.



CHCO - Notice to Employees Impacted by Reduction in Force (RIF)

Clay, Jacqueline
To ○ CHCO

☺  ↩ Reply    ↩ Reply All    → Forward    ...

Tue 3/11/2025 7:38 PM

ⓘ You forwarded this message on 3/17/2025 10:30 AM.

Instructions for ED Employees Impacted by RIF, 3-11-25.docx
34 KB

ED RIF Information and Resources, 3-11-25.docx
44 KB

Office Hours – Retirement Paperwork and Process | Questions and Answers

➤ Use the Employee Assistance Program, if needed. The Employee Assisstance Program (EAP) and WorkLife4You Program, provided by Federal Occupational Health (FOH), are available 24 hours a day, 7 days a week at 1-800-222-0364 (TTY: 1-888-262-7848) or at www.FOH4you.com or www.worklife4you.com.

➤ Should you lose access or need IT support, please contact the Help Desk at ocioenterprisehelpdesk@ed.gov; or call 202-708-HELP (202-708-4357) and select Option 2.

With regard,

Jacqueline Clay
Chief Human Capital Officer

Attachments:
Instructions for ED Employees Impacted by RIF