# EXHIBIT 68

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK, *et al.*,

   Plaintiffs,

        v.

LINDA McMAHON, *et al.*,

   Defendants.

C.A. No. 1:25-cv-10601

**DECLARATION OF
DOE DECLARANT 16**

## DECLARATION OF DOE DECLARANT 16

I, Doe Declarant 16, declare as follows:

1. I am a resident of North Carolina. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Branch Chief, Compliance and Remediation Branch of the Vendor Performance Division, within the Department of Education's Federal Student Aid (FSA) office. I have worked at the Department of Education ("the Department") for almost 16 years, with 13 years of experience in loan servicing. I have served in a management role for about eight years.

3. The Vendor Performance Division was part of the newly reorganized Office of Loan Portfolio Management, which included three other divisions as well: the Program Management Division, the Loan Operations Division, and the Borrower Processing Division. My role as Branch Chief of the Compliance and Remediation Branch has been ensuring that our servicers were properly managing and consistently servicing borrowers' accounts in compliance with federal regulations, Departmental requirements, and FSA guidance. All the vendors we

work with are Title IV loan agencies who have been contracted to manage the Department's portfolio of Direct Loans, as well as a small portfolio of Federal Family Education Loans (FFEL). The vendors include Aidvantage, CRI, Ed Financial, Mohela, and NelNet.

4. The role of the Vendor Performance Division is set forth by regulation, including 34 C.F.R. 682 and 685, the Student Loan Borrower Bill of Rights, as well as Unified Servicing and Data Solutions (USDS) requirements for servicing student loans. We are required to provide oversight over our servicers and to ensure they are servicing all borrowers' accounts in the Title IV programs efficiently, effectively, and within the letter of the law and requirements outlined in USDS where some of these requirements are procedural in nature. For example, if there is a credit balance on borrower's account, the servicer is required to refund that credit balance to the borrower within a certain number of days. When it is necessary to transfer a loan from one servicer to another, there are requirements that detail what must occur at the point in time the loans are transferred, including providing notice to the borrower from the sending vendor and notice to the borrower from the receiving vendor or servicer. There are also requirements where the vendor must inform the borrower within a specified number of days that their loan has been transferred to another vendor or servicer, and the receiving vendor or servicer must also inform the borrower that they will now be servicing their loan and provide information regarding their bill, where they can set up an online account, and where to send payments, for example.

5. My team in the Vendor Oversight Group (before reorganization took place in February) would also work with third party entities like state banking regulators to provide them with the servicer's data whenever they intended to perform a review of servicer. We would review the data, involve the Office of General Counsel (OGC) if the data involved personally

identifying information (PII), and allow the entity access to the borrower data so that reviews could take place.

6. The Compliance and Remediation Branch also had a role in oversight activities in the discharging of loans under Public Service Loan Forgiveness (PSLF) or Income-Based Repayment (IBR). Our data review branch would look at the borrowers who fell within those particular categories and examine any anomalies. In instances where the servicer did something wrong, we would work with the servicer to make a plan to fix it and track the issue to ensure the servicer remediated the problem. There have been several issues in the past, for example, with inaccurate data in the processing of PSLF eligibility. In one instance when a servicer granted PSLF to borrowers who had not reached eligibility yet, we had to work with the servicer to remediate that issue. In another instance, during a transfer from one servicer to another, borrowers' payment history was deleted. We worked with the servicers to get the underlying files corrected.

7. On March 11, 2025, I was on vacation and received a call from my division chief letting me know that the entire Vendor Performance Division was going to be eliminated in a reduction-in-force (RIF), including him and me. I learned that all four branches within the Vendor Performance Division, including Compliance Remediation, Data Quality, Evaluation Branch, and Loan Legacy, were subject to the RIF.

8. I later saw an email that I received on March 11, 2025, from the Chief Human Capital Officer, Jacqueline Clay, stating, "your organizational unit is being abolished along with all positions within the unit—including yours." A true and correct copy of this email and its attachments are annexed as **Exhibit 1** to this Declaration. The email further informed me that I

will be placed on administrative leave beginning March 21, 2025 and that I will receive an "official RIF notice" no earlier than 30 days after March 11, 2025.

9. My team later told me that they had been instructed to stay at home on Wednesday, March 12, 2025, because of a threat of some sort, and then received the email the night of Tuesday, March 11, 2025. Following the email, staff were shut out of all work systems. We could see requests come through our email but could not send or respond to external emails. We have only slowly gotten access back to complete our timesheets.

10. The abolishment of the Vendor Performance Division will hurt schools and borrowers that rely on Title IV funding. As one example, we were working with the Contracts Office to write up corrective action plans (CAPs) with financial assessment appropriately so we could validate the CAPs are implemented as they should be. I am further concerned that no one is left to preemptively identify systemic issues and/or errors to provide vendors or servicers a remediation plan and CAP to avoid reoccurrence on impacted accounts and new ones.

11. As an example, if the most recent evaluation and quality review had not been performed on Closed School Discharge, a statutory requirement which provides that borrowers can apply to discharge their loans within 180 days of a school closing, there could have been a serious impact on eligible borrowers. Our last service level agreement accuracy review determined that almost all servicers were below standard on Closed School Discharge protocols, meaning they were not accurately processing discharge applications according to regulations and USDS requirements.

12. Finally, I have concerns that there is potential for borrowers to not receive specific benefits that they are due because of improper processing of payments, the potential for duplicate tradelines when transfers occur, and a lack of oversight that could result in adverse

credit reporting.  In Fiscal Year 2024, the Vendor Performance Division collected over 20 million in fines and fees based on servicing non-compliance. In my experience, servicers make mistakes regularly. We manage compliance because none of them want to pay a fine or go through CAPs. Without this necessary oversight, I believe it is likely that more mistakes will occur, harming borrowers and taxpayers.

 I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

 Executed on March 24, 2025.

                 /s/ Doe Declarant 16
                 DOE DECLARANT 16

# EXHIBIT 1

Dear Colleagues,

I am writing to share some difficult news.  This email serves as notice that your organizational unit is being abolished along with all positions within the unit – including yours.  Please note, if you elected to separate under another program e.g., Deferred Resignation Program, Voluntary Early Retirement Authority (Early-Out), or Voluntary Separation Incentive Payment (Buy-Out), you are NOT impacted by the Reduction in Force (RIF).

To provide you with the maximum opportunity to focus on your transition, you will be placed on paid administrative leave starting **Friday, March 21, 2025**.

- ➢ *Please take immediate action to review and comply with the Instructions for Employees Impacted by the RIF (attached).  This document contains important information regarding access to ED facilities, transitioning your work, and preparing for administrative leave.*

- ➢ **Ensure your Principal Operating Component (POC) has your current mailing address, and a good personal phone number and email address to contact you.**

- ➢ During the transition period, you will retain limited equipment and systems access to enable official communications regarding your RIF standing.  Please note:
    - o You are only authorized to back-up your data to a network device or approved backup device.
    - o You are prohibited from storing sensitive or mission-critical data on your systems' hard drive or handheld device.
    - o All Department of Education system resources, including hardware, software programs, files, paper reports, and data are the sole property of the Department of Education, and there should be no expectation of privacy.
    - o You are prohibited from transmitting electronic copies of Department of Education materials to your home or other personal accounts.
    - o Personnel using remote access shall not download or store Government information on private equipment, optical or digital media.

- o Unauthorized or improper use of this system may result in disciplinary action, as well as civil and criminal penalties.

➢ No earlier than 30 days from the date of this email you will receive your official RIF notice, which will begin an additional 60 days of paid administrative leave prior to your separation from the agency.

➢ This will give you a total of 90 days on paid leave to help facilitate your transition.

➢ Your official RIF notice will provide more detailed information on your specific benefits and standing and be delivered to your mailing address on file.

➢ You will only retain your Ed.gov email to facilitate communications with the agency through March 21, 2025.

ED has made the determination to initiate RIF procedures as part of the agency's restructuring process. These actions support Executive Order (EO) 14158, Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative, dated February 11, 2025 and Office of Personnel Management Guidance on Agency RIF and Reorganization Plans, dated February 26, 2025. This decision is in no way a reflection of your performance or contributions, which we deeply appreciate.

I recognize that this is a challenging moment, and my team is committed to supporting you through this transition.

➢ For additional information about Reductions in Force, visit the Office of Personnel Management RIF site.

➢ For general questions regarding next steps, please email workforcereshaping@ed.gov.

➢ For specific retirement or benefits questions, please contact benefits@ed.gov.

➢ Use the Employee Assistance Program, if needed. The Employee Assisstance Program (EAP) and WorkLife4You Program, provided by Federal Occupational Health (FOH), are available 24 hours a day, 7 days a week at 1-800-222-0364 (TTY: 1-888-262-7848) or at www.FOH4you.com or www.worklife4you.com.

➢ Should you lose access or need IT support, please contact the Help Desk at ocioenterprisehelpdesk@ed.gov; or call 202-708-HELP (202-708-4357) and select Option 2.

With regard,

Jacqueline Clay

Chief Human Capital Officer

Attachments:
Instructions for ED Employees Impacted by RIF
ED RIF Information and Resources
Benefits and Work/Life Email: Office Hours – Retirement Paperwork and Process

**INSTRUCTIONS**
**FOR**
**EMPLOYEES IMPACTED BY REDUCTION IN FORCE (RIF)**
3/11/25

**PHYSICAL ACCESS TO ED FACILITY:**
*Effective 9:00 pm on March 11, 2025*, your PIV card access to ED facilities will be removed. You are no longer permitted to use it to access federal buildings or property, including your former ED office space, without prior ED approval.
- The agency will schedule a period of time for those employees who may need to pick-up personal belongings.

**TRANSITION OF WORK:**
*March 12, 2025 - March 21, 2025*: During this period, you will have limited IT access to complete work transition activities – you will have access to ed.gov email, Quicktime, FedTalent and Login.gov.
> **NOTE 1**: **Please ensure your Principal Operating Component (POC) has your current mailing address, and a good phone number and email address to contact you.**
> **NOTE 2:** Please follow the instruction on Login.gov to change your account settings (i.e., phone number, email, etc.) and authentication method. This will help you retain access to Employee Express (Leave and Earnings Statements, W-2 tax prep forms).
> **NOTE 3:** See item 5 in the attached Information and Resources document for important instructions on downloading eOPF records.

**TIME AND ATTENDANCE:**
During your transition period make sure you:
- Cancel all leave requests in Quicktime.
- Code your timecards for Pay Periods 7 through 13 as follows:
  - **PP 7:** 3/10/25-3/21/25: Code your timecard as you normally would
  - **PP 8:** Use Code 065 for week 1 and week 2
  - **PP 9:** Use Code 065 for week 1 and week 2
  - **PP 10:** Use Code 065 for week 1 and week 2
  - **PP 11:** Use Code 065 for week 1 and week 2
  - **PP 12:** Use Code 065 for week 1 and week 2
  - **PP 13:** Use Code 065 for 6/2/25 and 6/9/25. Leave the remainder blank.

Once these timekeeping tasks are complete, do NOT continue to report your time and do NOT make any other changes to past timesheets. The payroll team will confirm that your timecard is coded properly for the duration of your administrative leave.

**ADMINISTRATIVE LEAVE AND LIMITED TECHNOLOGY ACCESS:**
*Effective 5:00 pm on March 21, 2025*, you will be placed on administrative leave and no longer have access to ED accounts or systems.
- Once your IT account is disabled, you will be mailed a shipping box and label to return government property (IT equipment, phone, PIV Card, Travel Card, etc.). You are required to return all government property within 7 days of receipt.
- **Returning Government Property: It is very important that your POC has your current mailing address and a good phone number and email address to contact you**.

**OFFICIAL SPECIFIC EMPLOYEE RIF NOTICE:**
*On or about April 9, 2025*, you will receive your employee specific RIF notice.  It will include information regarding severance pay and retirement benefits.

**SEPARATION FROM THE DEPARTMENT OF EDUCATION:**
*On or about June 9, 2025*, your employment with the Department of Education will end.

For additional information about Reductions in Force, visit the Office of Personnel Management RIF site.

For questions, please email WorkforceRestructuring@ed.gov.

**Reduction in Force (RIF)**
**Information and Resources**
3/11/25

To help you navigate during this transition period, please use the information below in conjunction with the information provided in the *Instructions for ED Employees Impacted by RIF*.

1. **REDUCTION IN FORCE INTENT**

ED has made the determination to initiate RIF procedures as part of the agency's restructuring process. These actions support Executive Order (EO) 14158, Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative, dated February 11, 2025 and Office of Personnel Management Guidance on Agency RIF and Reorganization Plans, dated February 26, 2025.

2. **ADMINISTRATIVE LEAVE**

Once you receive written notice that you have been impacted by the RIF, you will be afforded a brief period to transition work activities; after which, you will be placed on paid administrative leave effective **Friday, March 21, 2025.**

You will remain on paid administrative leave for the duration of the "notice period" as specified in your written notice.

Once on administrative leave, you will no longer be permitted to conduct the duties of your position and your accounts will be disabled.
> **NOTE 1**: **Please ensure your Principal Operating Component (POC) has your current mailing address, and a good phone number and email address to contact you**.
> **NOTE 2:** Please follow the instruction on Login.gov to change your account settings (i.e., phone number, email, etc.) and authentication method. This will help you retain access to Employee Express (Leave and Earnings Statements, W-2 tax prep forms).
> **NOTE 3:** See item 5 below for important instructions on downloading eOPF records.
> **NOTE 4**: Once your IT account is disabled, you will be mailed a shipping box and label to return government property (IT equipment, phone, PIV Card, Travel Card, etc.). You are required to return all government property within 7 days of receipt.

3. **PAY AND BENEFITS**

**Pay During Administrative Leave**
While on paid administrative leave:
- You will continue to be paid at the same rate and frequency as you did before you were placed on administrative leave.
- You will continue to accrue annual and sick leave.
- You will receive any scheduled Within Grade (Step) Increases.
- You will maintain the same benefits as you did before you were placed on administrative leave.

**Pay After Separating from the Agency**

1

Once you separate from the agency:
- You will receive your RIF severance payout, if eligible.
- OPM's Severance Pay Estimation Worksheet is intended to allow those eligible for severance pay to calculate the approximate amount of severance pay he or she may receive.
- The actual calculation formula is somewhat more complicated and technical therefore the actual payout will be provided by Office of Human Resources, Benefits and Retirement Branch.

**Federal Employee Health Benefits**
While on paid administrative leave, your health benefits will not change.  Upon separation from the agency:
- Federal Employee Health Benefits (FEHB) will continue for 31 days and may continue, with the employee paying 100%, plus a 2% administrative fee of the premium (with no contribution from the agency) for up to 18 months.
- Federal Dental and Vision Insurance Program (FEDVIP) coverage ends upon separation.
- Flexible spending accounts are closed on separation.  Unspent money in a health care FSA is not refunded, although claims for purchases up to the date of separation will still be paid.  Unspent money in a childcare FSA will remain available for use through the plan year.
- For more information, visit OPM's RIF Benefits Summary page.

4. **VOLUNTARY SEPARATION INCENTIVES**

**Voluntary Early Retirement Authority (VERA):**  ED is currently offering Voluntary Early Retirement (Early Out), **through March 25, 2025**.  VERA is a strictly voluntary option that allows eligible employees to retire early.  This authority encourages more voluntary separations and helps agencies to complete needed organizational changes with minimal disruption to the workforce.
- There is no reduction in annuity if you are under the age of 62 as a FERS employee, unlike retiring under the normal Minimum Retirement Age (MRA) +10 rules. However, you must be at your MRA to become eligible for the FERS supplement.

As a reminder, employees who meet age and service requirements for Voluntary Retirement do not need the VERA authority to retire and may apply to retire at any time.

**Who is eligible for VERA?**
If you are  covered by the Civil Service Retirement System (CSRS) or the Federal Employees Retirement System (FERS), then you are eligible for VERA if you meet the following requirements:

- At least 20 years of creditable service and at least 50 years old OR completed at least 25 years of creditable service regardless of age.
- Continuously employed by ED since at least January 12, 2025.
- Be in good standing with the agency (i.e., not in receipt of a final removal decision based upon misconduct, or unacceptable performance).
- **Agree to separate from the Department by March 31, 2025**

**Application Procedures**
- **To request a VERA, you must submit a complete retirement package by March 25, 2025**.  **For your convenience, the attached Benefits and Work/Life email provides important information and forms required to apply for retirement.**
- **All VERA applications must be received by 5:00 pm ET on March 25, 2025.**
- **Incomplete packages will not be considered.**

2

- **SUBMIT APPLICATION VIA EMAIL to** BenefitsandWork/Life@ed.gov

5.  **SEPARATION**

**Retaining Personnel Records - Electronic Official Personnel Folder (eOPF)**
To download and save your entire eOPF, please follow the instructions below using **your ED account**:
- Go into the eOPF portal at OPM
- Click "My eOPF Print Folder" tab at the top
- Check "Select All"
- Click one of the two print buttons
- Click "My eOPF Print Status" tab at the top
    - Wait for the print request to process (this can take several minutes or longer depending on volume)
    - While waiting, read the instructions describing what the password will be for your document password
    - Password will be your last name plus the print number, which you will see in a box as the request is processing. Example: John Doe requested the print job and the system assigned 1234 as the job number. The password would be Doe1234
- When "View" appears in the "Action" box, click on it.
- Save as a PDF
- Open the PDF in Adobe and enter password

**Outside Employment and Unemployment Benefits**
  **While on administrative leave**:
- You are not eligible to receive state unemployment benefits.
- You are free to accept other employment subject to the ethics rules for outside employment and applicable federal law; however, you may not accept employment with another federal agency.

**Once you are separated**:
- You are eligible to receive state unemployment benefits.
- You are free to accept federal or non-federal employment, subject to the post-government employment ethics rules and applicable federal law.
- You are entitled to reinstatement rights afforded all federal "displaced employees" for a period of three years.

**Retention Standing**
Your retention standing will be provided in your individual official RIF notice. Retention standing is an employee's relative standing on a retention register based on tenure, veterans' preference, and length of service augmented by performance credit.

6.  **CAREER TRANSITION**

**Available Employee Support**
- The Employee Assisstance Program (EAP) and WorkLife4You Program, provided by Federal Occupational Health (FOH), are available 24 hours a day, 7 days a week at 1-800-222-0364 (TTY: 1-888-262-7848) or at www.FOH4you.com or www.worklife4you.com (new user registration code: ED) at no cost to you! You can also contact the benefits team at: BenefitsandWork/Life@ed.gov for additional information.

3

**Career Transition Assistance Plan (CTAP)**
The Career Transition Assistance Plan (CTAP) is an intra-agency program that helps surplus or displaced federal employees improve their chances of finding a new job in their agency, by giving them selection priority over other applicants, as long as they're qualified for the job.

You're eligible for CTAP if:
1. You're a current federal employee who meets the definition of a surplus or displaced employee— you've received official notice that your job is no longer needed or that you will lose your job by a Reduction in Force.
2. Your agency is accepting applications from within or outside of the permanent workforce.
3. You meet the qualifications and other requirements of the job you're applying for.

**Interagency Career Transition Assistance Plan (ICTAP)**
The Interagency Career Transition Assistance Plan (ICTAP) is an interagency program that helps surplus or displaced federal employees improve their chances of finding a new job at another agency (not their current or former agency), by giving them selection priority over other applicants from outside the agency.

You're eligible for ICTAP if:
1. You're a current federal employee who meets the definition of a surplus or displaced employee— you've received official notice that your job is no longer needed or that you will lose your job by a Reduction in Force.
2. The agency you're applying to is accepting applications from outside of their workforce.
3. The job you're applying to is in the local commuting area.
4. You meet the qualifications and other requirements of the job you're applying for. For more information on Career Transition, please visit the [Employee's Guide to Career Transition](#)

7. **CONTACTS**

   ➢ For additional information about Reductions in Force, visit the Office of Personnel Management [RIF](#) site.

   ➢ For general questions regarding next steps, please email [workforcereshaping@ed.gov](mailto:workforcereshaping@ed.gov).

   ➢ For specific retirement or benefits questions, please contact [benefits@ed.gov](mailto:benefits@ed.gov)

   ➢ Use the Employee Assistance Program, if needed. The [Employee Assisstance Program (EAP)](#) and [WorkLife4You Program](#), provided by Federal Occupational Health (FOH), are available 24 hours a day, 7 days a week at 1-800-222-0364 (TTY: 1-888-262-7848) or at [www.FOH4you.com](http://www.FOH4you.com) or [www.worklife4you.com.](http://www.worklife4you.com)

   ➢ Should you lose access or need IT support, please contact the Help Desk at [ocioenterprisehelpdesk@ed.gov](mailto:ocioenterprisehelpdesk@ed.gov); or call 202-708-HELP (202-708-4357) and select Option 2.
   ➢

4