AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| State of New York, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-10601-MJJ |
| McMahon, Et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, the State of California                                                                                      .

Date:      03/26/2025

/s/ Panchalam S. Srividya
*Attorney's signature*

Panchalam S. Srividya, CA SBN# 265398
*Printed name and bar number*
Office of the Attorney General California
300 S. Spring Street, Ste 1702
Los Angeles, CA  90013

*Address*

srividya.panchalam@doj.ca.gov
*E-mail address*

(213) 269-6000
*Telephone number*

*FAX number*

**Print**     **Save As...**                                                                **Reset**