AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of New York, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10601-MJJ |
| Linda McMahon et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, District of Columbia.

Date: 03/31/2025

/s/ Andrew Mendrala
*Attorney's signature*

Andrew Mendrala (D.C. Bar No. 1009841)
*Printed name and bar number*

Office of the Attorney General
400 Sixth Street, N.W., 10th Floor
Washington, D.C. 20001

*Address*

andrew.mendrala@dc.gov
*E-mail address*

(202) 724-9726
*Telephone number*

(202) 347-8922
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

                                              /s/ Andrew Mendrala
                                              Andrew Mendrala