UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK, *et al.*,

  Plaintiffs,

      v.

LINDA McMAHON, *et al.*,

  Defendants.

C.A. No. 1:25-cv-10601

**DECLARATION OF DOE DECLARANT 4**

## DECLARATION OF DOE DECLARANT 4

Pursuant to 28 U.S.C. § 1746, I, Doe Declarant 4, declare as follows:

1. I am a resident of Maryland. I am over the age of 18 and have personal knowledge of all the facts stated herein through personal experience and through conversations with my colleagues. If called as a witness, I could and would testify competently to the matters set forth below.

2. This declaration is submitted in support of the State's Request for a Preliminary Injunction.

3. I am the Director of the International Studies Division of the International and Foreign Language Education Office. The International and Foreign Language Education Office is in the Office of Postsecondary Education within the U.S. Department of Education ("the Department"). I have been in my position since June of 2015.

4. As the Director of the International Studies Division, I have knowledge about the overall responsibilities and mission of the International and Foreign Language Education Office in general and the International Studies Division in particular.

1

5. The International and Foreign Language Education Office consists of two organizational units: the International Studies Division and the Advanced Training and Research Division. I oversee the International Studies Division, which includes a team of 7 staff members. My division is responsible for administering four programs under the Fulbright-Hays Act of 1961. These include the Doctoral Dissertation Research Abroad program, the Seminars Abroad program, the Group Projects Abroad program, and the Faculty Research Abroad program. These programs provide U.S. K-12 teachers, faculty, undergraduate, and graduate students with opportunities to study abroad for intensive language training in critical languages such as Russian, Korean, Chinese, Arabic, and Swahili. Additionally, U.S. scholars participate in group research projects and curriculum development initiatives overseas, with the expectation that they will apply their experiences to the U.S. education system or pursue careers utilizing these newly acquired skills, such as in national security, cyber security, or language translation. Each year, we send between 500-600 educators abroad, and this year, we anticipate sending approximately 600 U.S. scholars.

6. My team also administers two Title VI programs authorized under the Higher Education Act of 1965, as amended, including the Undergraduate International and Foreign Language program and the Business and International Education program. These programs support institutions of higher education in building international education capacity on their campuses.

7. The Advanced Training and Research Division administers 6 additional international education programs authorized under the Higher Education Act. These programs focus on building domestic capacity for international education on college and university campuses.

8.      In addition to administering grants, the International Studies Division also monitors institutional awards to ensure that awardees are in compliance with statutory and regulatory provisions and that their program objectives are aligned with the goals articulated in their approved and funded grant applications. We also assist in developing pre-departure orientations before institutions send students and other participants overseas so that they are fully prepared for their experience.

9.      My division also provides technical assistance to scholars while they are overseas. We work with the Fulbright Commissions through interagency agreements and our long-standing coordination with the U.S. Department of State, who is the liaison agency with the Commissions. In collaboration with State, my staff and I monitor scholars and assist with safety and security issues as they arise. We also help scholars establish research affiliations, assist with the visa application process, and assist with securing housing.

10.     On the evening of March 11, 2025, I received an email stating that my organizational unit was being abolished along with all positions within it, including my position. The email further informed me that I would be placed on paid administrative leave beginning March 21, 2025.

11.     The entire International and Foreign Language Education Office, made up of 18 highly skilled international education professionals, was subjected to the Reduction in Force (RIF). Our team administered approximately $85.3 million in grants, supporting over 1,000 U.S. colleges and universities, students, educators, and administrators. We possessed specialized expertise in curriculum development, language learning, and international education research, as outlined in our position descriptions. Additionally, most of our program officers were multilingual, a critical asset in managing international education programs effectively. Even with

these international education work experiences, it takes at a minimum, 2-3 years to be able to effectively and efficiently manage and administer all aspects of these discretionary grant programs.

12.     In the weeks leading up to the RIF, we observed that other grant-making units within the Office of Postsecondary Education (OPE) were experiencing a significant loss of institutional knowledge due to early retirements and "buyouts." Programs such as TRIO, GEAR UP, and those supporting Historically Black Colleges and Universities (HBCUs) and Minority-Serving Institutions (MSIs) were already severely understaffed. Despite these challenges, our team had remained largely intact.

13.     Based on my knowledge and experience, I do not think that the Department of Education can meet its statutory obligations to administer the 4 programs authorized under the Fulbright-Hays Act of 1961 and the 8 programs authorized under the Higher Education Act if the entire International and Foreign Language Education Office is abolished.

14.     On March 14, my supervisor told me that our 12 international education programs had been reassigned to these already overburdened and understaffed divisions. The individuals who now are responsible for these programs lack the technical and content expertise required to manage complex international education grants. Moreover, after the RIF, I was contacted and asked to provide some basic background information on these programs, revealing that Department officials and the Administration had not adequately planned for this transition. The complete removal of our team, leaving underqualified and overwhelmed staff left to manage these programs, seems to suggest to me that the decision was not made for budgetary efficiency but rather as part of a broader effort to dismantle international education initiatives within the Department and the America education system.

15. The consequences of this decision have been immediate. Approximately 200 U.S. citizens currently conducting research and language learning abroad are now without experienced support. The remaining staff at OPE do not have the necessary international education expertise to administer these programs effectively, leading to confusion and delays in assistance. Our team routinely provided guidance on navigating complex research environments, including safety and security protocols in case of civil unrest or other crises. We put in lifesaving mechanisms to ensure that scholars overseas are safe. The absence of this expertise puts scholars at extreme risk. We are very concerned for their safety.

16. Grantees are now reaching out for assistance, but due to restricted access to computers and vital systems, we cannot track their status, provide technical assistance, or ensure compliance with grant requirements. As committed public servants, we prioritized oversight, risk mitigation, and stewardship of federal funds. With our removal, these responsibilities are now in the hands of individuals lacking the necessary expertise, increasing the risk of mismanagement.

17. We previously opened applications for 4 Fullbright-Hays programs for this summer and currently have over 400 applicants. The competition for making awards is usually very streamlined because of the time-frame constraints. The applications, however, have not been processed, and it does not appear as though any grants will be awarded this year

18. This is both an economic loss for the country and a major learning loss for students. Fullbright scholars focus on intensive language training in less commonly taught, but equally critical languages. Scholars bring back those important language skills to the United States, benefitting the country's economy. Scholars also engage in collaborative research projects and make meaningful connections around the world that can benefit international business. During their time overseas, some scholars engage in curriculum projects. Many of

these scholars are from low-income or rural areas where their students are not often exposed to international experiences. The curriculum projects provide instruction for students to develop global competencies at early ages. Studies show that when students are exposed to international education, they tend to do better in school, in their careers, and in life as local and global citizens.

19. Ultimately, the abrupt elimination of the International and Foreign Language Education Office has severely weakened the Department's ability to administer international education programs, jeopardizing grantee success, the responsible use of taxpayer dollars, and U.S. national security needs.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on April 9, 2025, at Baltimore, Maryland.

/s/ doe declarant 4

DOE Declarant 4