DAN RAYFIELD
Attorney General
ELLEANOR H. CHIN  #61484
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  elleanor.chin@doj.oregon.gov

Attorneys for State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, COMMONWEALTH OF MASSACHUSSETTS, STATE OF HAWAI'I, STATE OF CALIFORNIA, STATE OF ARIZONA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, THE DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, ATTORNEY GENERAL DANA NESSEL FOR THE PEOPLE OF MICHIGAN STATE, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF WASHINGTON, STATE OF WISCONSIN, and STATE OF VERMONT,<br><br>        Plaintiffs,<br><br>   v.<br><br>LINDA McMAHON, in her official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION; and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>        Defendants. | Case No.  C.A. No. 1:25-cv-10601-MJJ |

Page 1 -
   EC/lnt/985390496

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for plaintiff, State of Oregon in this case.

DATED April __11__, 2025.

                                                Respectfully submitted,

                                                DAN RAYFIELD
                                                Attorney General

                                                *s/ Elleanor H. Chin*
                                                ELLEANOR H. CHIN #61484
                                               Senior Assistant Attorney General
                                               Trial Attorney
                                               Tel (971) 673-1880
                                               Fax (971) 673-5000
                                               elleanor.chin@doj.oregon.gov
                                               Of Attorneys for Plaintiff

Page 2 -
   EC/lnt/985390496

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on April  11 , 2025, I served the foregoing NOTICE OF APPEARANCE upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| **Nathaniel J. Hyman** | ___ HAND DELIVERY |
| **Katherine B. Dirks** | ___ MAIL DELIVERY |
| **Elizabeth C. Carnes Flynn** | ___ OVERNIGHT MAIL |
| Office of the Attorney General | ___ TELECOPY (FAX) |
| One Ashburton Place | ___ E-MAIL |
| Boston, MA 02108 |  X  E-SERVE |
| *Attorney for Plaintiff Commonwealth of Massachusetts* | |
| | |
| **Karyn L. Bass Ehler** | ___ HAND DELIVERY |
| **Katharine Pinckney Roberts** | ___ MAIL DELIVERY |
| Illinois Attorney General's Office | ___ OVERNIGHT MAIL |
| 115 S. LaSalle St | ___ TELECOPY (FAX) |
| Ste 31st Floor | ___ E-MAIL |
| Chicago, IL 60603 |  X  E-SERVE |
| *Attorney for Plaintiff State of Illinois* | |
| | |
| **Gina Bull** | ___ HAND DELIVERY |
| **Molly Thomas-Jensen** | ___ MAIL DELIVERY |
| **Rabia Muqaddam** | ___ OVERNIGHT MAIL |
| NYS Office of The Attorney General | ___ TELECOPY (FAX) |
| 28 Liberty Street | ___ E-MAIL |
| New York, NY 10005 |  X  E-SERVE |
| *Attorneys for Plaintiff State of New York* | |
| | |
| **Caitlyn Babington Carpenter** | ___ HAND DELIVERY |
| **Ewan Christopher Rayner** | ___ MAIL DELIVERY |
| **Kalikoonalani Diara Fernandes** | ___ OVERNIGHT MAIL |
| **David Dana Day** | ___ TELECOPY (FAX) |
| State of Hawaii - Department of the Attorney General | ___ E-MAIL |
| |  X  E-SERVE |
| 425 Queen Street | |
| Honolulu, HI 96813 | |
| *Attorneys for Plaintiff State of Hawaii* | |

Page 1 -   CERTIFICATE OF SERVICE
          EC/lnt/987040527

| | |
|---|---|
| **Lucia Choi** | ___ HAND DELIVERY |
| **Natasha Adriana Reyes** | ___ MAIL DELIVERY |
| **Panchalam Seshan Srividya** | ___ OVERNIGHT MAIL |
| Office of The Attorney General | ___ TELECOPY (FAX) |
| 300 South Spring Street | ___ E-MAIL |
| Los Angeles, CA 90013 | _X_ E-SERVE |
| *Attorneys for Plaintiff State of California* | |

| | |
|---|---|
| **Spencer Wade Coates** | ___ HAND DELIVERY |
| State of Washington Attorney General's Office | ___ MAIL DELIVERY |
| 800 5th Ave Ste. 2000 | ___ OVERNIGHT MAIL |
| Seattle, WA 98104 | ___ TELECOPY (FAX) |
| *Attorney for Plaintiff State of Washington* | ___ E-MAIL |
| | _X_ E-SERVE |

| | |
|---|---|
| **Clinten N. Garrett** | ___ HAND DELIVERY |
| Arizona Attorney General's Office | ___ MAIL DELIVERY |
| 2005 North Central Avenue | ___ OVERNIGHT MAIL |
| Phoenix, AZ 85004 | ___ TELECOPY (FAX) |
| *Attorney for Plaintiff State of Arizona* | ___ E-MAIL |
| | _X_ E-SERVE |

| | |
|---|---|
| **Charlotte Gibson** | ___ HAND DELIVERY |
| Wisconsin Department of Justice | ___ MAIL DELIVERY |
| 17 W. Main Street | ___ OVERNIGHT MAIL |
| P.O. Box 7857 | ___ TELECOPY (FAX) |
| Madison, WI 53707 | ___ E-MAIL |
| *Attorney for Plaintiff State of Wisconsin* | _X_ E-SERVE |

| | |
|---|---|
| **Neil Giovanatti** | ___ HAND DELIVERY |
| **Kathleen Ann Halloran** | ___ MAIL DELIVERY |
| MI Department of Attorney General | ___ OVERNIGHT MAIL |
| Health, Education & Family Services Division | ___ TELECOPY (FAX) |
| 525 W. Ottawa Street | ___ E-MAIL |
| P.O. Box 30758 | _X_ E-SERVE |
| Lansing, MI 48909 | |
| *Attorneys for Plaintiff Attorney General Dana Nessel for the People of Michigan* | |

| | |
|---|---|
| **Kathryn Gradowski** | ___ HAND DELIVERY |
| RI Department of Attorney General | ___ MAIL DELIVERY |
| 150 South Main Street | ___ OVERNIGHT MAIL |
| Providence, RI 02903 | ___ TELECOPY (FAX) |
| *Attorney for Plaintiff State of Rhode Island* | ___ E-MAIL |
| | _X_ E-SERVE |

Page 2 -   CERTIFICATE OF SERVICE
           EC/lnt/987040527

| | |
|---|---|
| **Keith Jamieson**<br>Office of the Attorney General- State of Maryland<br>200 St Paul Place<br>Baltimore, MD 21202<br>    *Attorney for Plaintiff State of Maryland* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |
| **Elizabeth C. Kramer**<br>Minnesota Attorney General's Office<br>Solicitor General<br>445 Minnesota Street<br>Ste 600<br>St. Paul, MN 55101<br>    *Attorney for Plaintiff State of Minnesota* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |
| **Sean D. Magenis**<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04330<br>    *Attorney for Plaintiff State of Maine* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |
| **Andrew Charles Mendrala**<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street N.W.<br>Washington, DC 20001<br>    *Attorney for Plaintiff District of Columbia* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |
| **Amanda I. Morejon**<br>New Jersey Attorney General's Office<br>124 Halsey St., 5th Fl.<br>Newark, NJ 07101<br>    *Attorney for Plaintiff State of New Jersey* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |
| **David Moskowitz**<br>Colorado Department of Law<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>    *Attorney for Plaintiff State of Colorado* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |

Page 3 -   CERTIFICATE OF SERVICE
            EC/lnt/987040527

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

**Jessica L Palmer**  
NJ Office of the Attorney General  
25 Market Street  
Trenton, NJ 08861  
    *Attorney for Plaintiff State of New Jersey*

___ HAND DELIVERY  
___ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX)  
___ E-MAIL  
_X_ E-SERVE

**Patrick Ring**  
Connecticut Attorney General  
165 Capitol Avenue  
Hartford, CT 06106  
    *Attorney for Plaintiff State of Connecticut*

___ HAND DELIVERY  
___ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX)  
___ E-MAIL  
_X_ E-SERVE

**Jonathan T Rose**  
Office of the Attorney General  
Appellate Unit  
109 State Street  
Montpelier, VT 05609  
    *Attorney for Plaintiff State of Vermont*

___ HAND DELIVERY  
___ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX)  
___ E-MAIL  
_X_ E-SERVE

**Cristina Sepe**  
Washington State Office of the Attorney General  
1125 Washington Street SE  
PO Box 40100  
Olympia, WA 98504-0100  
    *Attorney for Plaintiff State of Washington*

___ HAND DELIVERY  
___ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX)  
___ E-MAIL  
_X_ E-SERVE

**Andrew Simon**  
200 East 89th Street, Ste 5g  
New York, NY 10128  
    *Attorney for Plaintiff State of New Jersey*

___ HAND DELIVERY  
___ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX)  
___ E-MAIL  
_X_ E-SERVE

**James Edward Stanley**  
California Department of Justice  
1300 I Street  
Sacramento, CA 95814  
    *Attorney for Plaintiff State of California*

___ HAND DELIVERY  
___ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX)  
___ E-MAIL  
_X_ E-SERVE

Page 4 -   CERTIFICATE OF SERVICE  
    EC/lnt/987040527

Department of Justice  
100 SW Market Street  
Portland, OR 97201  
(971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| **Heidi Parry Stern** | ___ HAND DELIVERY |
| Nevada Attorney General's Office | ___ MAIL DELIVERY |
| Solicitor General | ___ OVERNIGHT MAIL |
| 1 State of Nevada Way, Ste 100 | ___ TELECOPY (FAX) |
| Las Vegas, NV 89119 | ___ E-MAIL |
| *Attorney for Plaintiff State of Nevada* | _X_ E-SERVE |
| | |
| **Brad P. Rosenberg** | ___ HAND DELIVERY |
| 1100 L Street, NW | ___ MAIL DELIVERY |
| Washington, DC 20005 | ___ OVERNIGHT MAIL |
| *Attorney for Defendants* | ___ TELECOPY (FAX) |
| | ___ E-MAIL |
| | _X_ E-SERVE |

           *s/ Elleanor H. Chin*
           ELLEANOR H. CHIN #61484
           Senior Assistant Attorney General
           Trial Attorney
           Tel (971) 673-1880
           Fax (971) 673-5000
           elleanor.chin@doj.oregon.gov
           Of Attorneys for Plaintiff State of Oregon

Page 5 -   CERTIFICATE OF SERVICE
      EC/lnt/987040527
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000