UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*;<br><br>    Plaintiffs,<br><br>    v.<br><br>LINDA McMAHON, *et al.*;<br><br>    Defendants. | C.A. No. 1:25-cv-10601-MJJ |

**PLAINTIFF STATES' MOTION FOR LEAVE TO FILE 15-PAGE REPLY BRIEF**

The Plaintiff States hereby respectfully request that this Court allow them leave to file a 15-page reply brief in support of their motion for entry of a preliminary injunction. In support of this motion, the Plaintiff States state as follows:

    1.    The Plaintiff States filed the instant action on March 13, 2025. *See* Doc. No. 1.

    2.    On March 24, 2025, the Plaintiff States filed their motion for entry of a preliminary injunction, together with a memorandum of law in support and supporting materials. *See* Doc. Nos. 69 – 71-69.

    3.    On April 11, 2025, the federal defendants in the above-captioned matter filed their omnibus opposition to the Plaintiff States' and another's[1] motions for entry of preliminary injunctions. Doc. No. 95.

    4.    In order to address the issues raised in the federal defendants' opposition to the Plaintiff States' motion for entry of a preliminary injunction, and address a number of new developments, the Plaintiff States respectfully request that the Court grant the instant motion and

---

[1] The Federal Defendants' submission addressed both the arguments raised in the Plaintiff States' brief and those raised by plaintiffs in a related case, *Somerville Public Schools, et al. v. Trump et al.*, No. 1:25-cv-10677-MJJ (D. Mass.).

1

allow them fifteen (15) pages for their reply brief, due to be filed with this Court on Friday, April 18, 2025.

5. Counsel for the Plaintiff States have conferred with counsel for the federal defendants regarding Plaintiff States' request for a 15-page reply brief, and counsel for the federal defendants stated that they do not oppose Plaintiff States' request for additional pages.

WHEREFORE, the Plaintiff States respectfully request that their motion be granted, and that they be allowed fifteen (15) pages for their reply brief in support of their motion for entry of a preliminary injunction.

Dated: April 14, 2025                                      Respectfully submitted,

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth of Massachusetts

By: */s/ Katherine Dirks*
Katherine Dirks (BBO No. 673674)
  Chief State Trial Counsel
Yael Shavit (BBO No. 695333)
  Chief, Consumer Protection Division
Elizabeth Carnes Flynn (BBO No. 687708)
Nathaniel Hyman (BBO No. 698506)
  Assistant Attorneys General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
yael.shavit@mass.gov
elizabeth.carnes-flynn@mass.gov
nathaniel.j.hyman@mass.gov

**LETITIA JAMES**
Attorney General for the State of New York

By: */s/ Rabia Muqaddam*
Rabia Muqaddam*
Special Counsel for Federal Initiatives
Molly Thomas-Jensen*
Special Counsel
Gina Bull*
Assistant Attorney General
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
molly.thomas-jensen@ag.ny.gov
gina.bull@ag.ny.gov

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day*
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
Solicitor General

**ROB BONTA**
Attorney General for the State of California

By: */s/ Lucia Choi*
Lucia J. Choi*
Deputy Attorney General
Michael L. Newman**
Senior Assistant Attorney General

| | |
|---|---|
| Ewan C. Rayner* <br> Caitlyn B. Carpenter** <br> Deputy Solicitors General <br> 425 Queen Street <br> Honolulu, HI 96813 <br> (808) 586-1360 <br> david.d.day@hawaii.gov <br> kaliko.d.fernandes@hawaii.gov <br> ewan.rayner@hawaii.gov <br> caitlyn.b.carpenter@hawaii.gov | Srividya Panchalam* <br> James E. Stanley* <br> Supervising Deputy Attorneys General <br> Natasha A. Reyes* <br> Megan Rayburn** <br> Deputy Attorneys General <br> California Attorney General's Office <br> 300 South Spring Street <br> Los Angeles, CA 90013 <br> (213) 269-6364 <br> Lucia.Choi@doj.ca.gov <br> Michael.Newman@doj.ca.gov <br> Srividya.Panchalam@doj.ca.gov <br> James.Stanley@doj.ca.gov <br> Natasha.Reyes@doj.ca.gov <br> Megan.Rayburn@doj.ca.gov |
| **PHIL WEISER** <br> Attorney General for the State of Colorado <br><br> By: */s/ David Moskowitz* <br> David Moskowitz* <br> Deputy Solicitor General <br> 1300 Broadway, #10 <br> Denver, CO 80203 <br> (720) 508-6000 <br> David.Moskowitz@coag.gov | **KRISTIN K. MAYES** <br> Attorney General for the State of Arizona <br><br> By: */s/ Clinten N. Garrett* <br> Clinten N. Garrett** <br> Senior Appellate Counsel <br> 2005 North Central Avenue <br> Phoenix, AZ 85004 <br> (602) 542-3333 <br> Clinten.Garrett@azag.gov |
| **KATHLEEN JENNINGS** <br> Attorney General for the State of Delaware <br><br> By: /s/ *Ian R. Liston* <br> Ian R. Liston** <br> Director of Impact Litigation <br> Vanessa L. Kassab** <br> Deputy Attorney General <br> Delaware Department of Justice <br> 820 N. French Street <br> Wilmington, DE 19801 <br> (302) 683-8899 <br> ian.liston@delaware.gov | **WILLIAM TONG** <br> Attorney General for the State of Connecticut <br><br> By: */s/ Patrick Ring* <br> Patrick Ring* <br> Assistant Attorney General <br> 165 Capitol Avenue <br> Hartford, CT 06106 <br> (860) 808 5020 <br> Patrick.ring@ct.gov |
| **BRIAN L. SCHWALB** <br> Attorney General for the District of Columbia | **KWAME RAOUL** <br> Attorney General for the State of Illinois |

3

By: */s/ Andrew Mendrala*
Andrew Mendrala*
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the
District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.Mendrala@dc.gov

By: */s/ Karyn L. Bass Ehler*
Karyn L. Bass Ehler*
Assistant Chief Deputy Attorney General
Katharine P. Roberts*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-4985
karyn.bassehler@ilag.gov
katharine.roberts@ilag.gov

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Sean D. Magenis*
Sean D. Magenis*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
sean.d.magenis@maine.gov

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Keith M. Jamieson*
Keith M. Jamieson*
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6960
kjamieson@oag.state.md.us

**DANA NESSEL**
Attorney General for the People of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Kathleen Halloran*
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
HalloranK1@michigan.gov

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Liz Kramer*
Liz Kramer*
Solicitor General
445 Minnesota Street, Suite 1400
St. Paul, MN, 55101
(651) 757-1010
Liz.Kramer@ag.state.mn.us

**AARON D. FORD**
Attorney General for the State of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*

**MATTHEW J. PLATKIN**
Attorney General for the State of New Jersey

By: */s/ Jessica L. Palmer*
Jessica L. Palmer*

4

Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Elleanor H. Chin*
Elleanor H. Chin*
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
elleanor.chin@doj.oregon.gov

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jonathan T. Rose*
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 793-1646
Jonathan.rose@vermont.gov

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson**
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 957-5218
gibsoncj@doj.state.wi.us

Andrew Simon*
*Deputy Attorney General*
25 Market Street
Trenton, NJ 08625-0093
(609) 696-4607
Jessica.Palmer@law.njoag.gov

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: */s/ Kathryn T. Gradowski*
Kathryn T. Gradowski*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2810
kgradowski@riag.ri.gov

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s/ Spencer W. Coates*
Spencer W. Coates*
Assistant Attorney General
Cristina Sepe*
Deputy Solicitor General
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
spencer.coates@atg.wa.gov
cristina.sepe@atg.wa.gov

*Admitted *Pro Hac Vice*

** Motion for *Pro Hac Vice* pending or forthcoming

## **CERTIFICATE OF SERVICE**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

                                                      */s/ Nathaniel J. Hyman*
                                                      Nathaniel J. Hyman

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.1**

I hereby certify that on April 14, 2025, I emailed counsel for the federal defendants in the above-captioned matter regarding the Plaintiff States' request for leave to file a 15-page reply brief. Later that afternoon, counsel for the federal defendants confirmed that the federal defendants do not oppose the Plaintiff States' request for additional pages.

                                                              */s/  Nathaniel J. Hyman*
                                                              Nathaniel J. Hyman