**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF NEW YORK, et al., | |
| Plaintiffs, | |
| v. | C.A. No. 1:25-cv-10601 (MJJ) |
| LINDA McMAHON, et al. | |
| Defendants. | |

**SUPPLEMENTAL DECLARATION OF NATHANIEL J. HYMAN**

Pursuant to 28 U.S.C. § 1746, I, Nathaniel J. Hyman, do hereby state:

1.       I am an Assistant Attorney General in the Office of the Attorney General for the Commonwealth of Massachusetts.  I am admitted to the U.S. District of Massachusetts, and appear on behalf of the Commonwealth of Massachusetts in this action.

2.       I submit this supplemental declaration in support of the Plaintiff States' Motion for entry of a Preliminary Injunction, docketed as Doc. No. 69.

3.       I make the following statements of my own knowledge or a review of files in my possession, except as to those matters set forth herein as being based on my belief or understanding. With respect to the latter, I believe them to be true.

4.       Attached as an appendix is the list of exhibits attached to this declaration, in chart form.  For the Court's convenience, this chart includes both the exhibits submitted alongside the Plaintiff States' initial filing (Doc. Nos. 71-1 through 71-69) and those referenced and included with this supplemental declaration.  Exhibits appended hereto have been consecutively numbered, so as to create a consistent, consecutive list with those exhibits submitted in connection with the Plaintiff States' initial filing.

1

5.      Attached as Exhibit 70 to this declaration is a true and accurate copy Linda McMahon, "My vision for eliminating the Department of Education," Foxnews.com (Mar. 21, 2025), accessible at:  https://www.foxnews.com/opinion/linda-mcmahon-my-vision-eliminating-department-education.

6.      Attached as Exhibit 71 to this declaration is a true and accurate copy of Danielle Douglas-Gabrielle, "College financial aid hit with glitches, delays due to federal staffing cuts," Washington Post (Apr. 14, 2025), accessible at: https://www.washingtonpost.com/education/2025/04/14/student-loans-financial-aid-glitches-education-department-layoffs/.

7.      Attached as Exhibit 72 to this declaration is a true and accurate copy of J. Kavaal, "Policy Direction on Preventing Student Loan Default Memorandum,"  U.S. Department of Education (Jan. 13, 2025), accessed at:  https://ticas.org/wp-content/uploads/2025/01/Policy-Direction-Preventing-Student-Loan-Default-SIGNED_1.15.25.pdf.

8.      Attached as Exhibit 73 to this declaration is a true and accurate copy of Dylan Peers McCoy, "Families say school civil rights investigations have stalled after federal cuts," NPR.com (Apr. 16, 2025), accessible at:  https://www.npr.org/2025/04/16/nx-s1-5338830/trump-federal-cuts-civil-rights-education-investigations.

9.      Attached as Exhibit 74 to this declaration is a true and accurate copy of Bernie Sanders, "President Trump's Decision to Gut the Office for Civil Rights has Left Over 46 Million Students Without Protection from Discrimination," United States Senate Health, Education, Labor, and Pensions Committee (Mar. 27, 2025), accessed at:  https://www.sanders.senate.gov/wp-content/uploads/03.27.25-OCR-Report-Draft-v9.pdf.

10.     Attached as Exhibit 75 to this declaration is a true and accurate copy of Arthur Jones II, "McMahon hijacks House Democrats' presser after closed-door meeting outside Department of Education," ABC News (Apr. 2, 2025), accessed at:  https://abcnews.go.com/Politics/mcmahon-hijacks-house-democrats-presser-after-closed-door/story?id=120416571.

11.     Attached as Exhibit 76 to this declaration is a true and accurate copy of the declaration of Melissa Branson, Executive Administrator in the Complaint Investigation Unit, Special Education Division, California Department of Education.

12.     Attached as Exhibit 77 to this declaration is a true and accurate copy of the declaration of Doe Declarant 17.

13.     Attached as Exhibit 78 to this declaration is a true and accurate copy of the declaration of Doe Declarant 18.

14.     Attached as Exhibit 79 to this declaration is a true and accurate copy of the declaration of Doe Declarant 19.

15.     Attached as Exhibit 80 to this declaration is a true and accurate copy of the declaration of Lisa Tessitore.

16.     Attached as Exhibit 81 to this declaration is a true and accurate copy of the declaration of Brittany Coleman.

17.     Attached as Exhibit 82 to this declaration is a true and accurate copy of the declaration of David Downey.

18.     Attached as Exhibit 83 to this declaration is a true and accurate copy of the supplemental declaration of Shayla Hamlin.

Signed under the penalties of perjury this 18th day of April, 2025.

/s/ Nathaniel J. Hyman
Nathaniel J. Hyman (BBO No. 698506)
Assistant Attorney General
Office of the Attorney General, Massachusetts

## **CERTIFICATE OF SERVICE**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

*/s/ Nathaniel J. Hyman*
Nathaniel J. Hyman

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF NEW YORK, et al., | |
| Plaintiffs, | |
| v. | C.A. No. 1:25-cv-10601 (MJJ) |
| LINDA McMAHON, et al. | |
| Defendants. | |

**APPENDIX**

| Exhibit No. | Docket No. | Description |
|---|---|---|
| 1. | 71-1 | "Improving Education Outcomes by Empowering Parents, States, and Communities" Executive Order, Exec. Order No. 14,242, 90 Fed. Reg. 13,679 (Mar. 20, 2025) |
| 2. | 71-2 | August 19, 2021 Letter of U.S. General Accounting Office |
| 3. | 71-3 | March 3, 2025 Letter of Secretary Linda McMahon to U.S. Department of Education |
| 4. | 71-4 | Barnum et al., *Draft of Trump Executive Order Aims to Eliminate Education Department*, Wall Street Journal (Mar. 5, 2025) |
| 5. | 71-5 | Press Release, "U.S. Department of Education Initiates Reduction in Force," U.S. Department of Education (Mar. 11, 2025) |
| 6. | 71-6 | March 14, 2025 Letter from Principal Deputy Assistant Secretary and Acting Assistant Secretary Hayley B. Sanon to Education Stakeholders |
| 7. | 71-7 | March 14, 2025 Letter from Acting Undersecretary James Bergeron to Education Stakeholders |
| 8. | 71-8 | News Release 23-58, "Small Business Administration Announces Agency-Wide Reorganization" (Mar. 21, 2025) |
| 9. | 71-9 | Bender, M., "Trump is Said to Be Preparing Order That Aims to Eliminate Education Department," New York Times (Mar. 6, 2025) |
| 10. | 71-10 | Wolf, Zachary, "Trump and Musk are moving to smother these three pieces of government," CNN (Feb. 5, 2025) |
| 11. | 71-11 | March 20, 2025 X Post from E. Musk re: Tombstone for Department of Education |
| 12. | 71-12 | Declaration of K. Mackey Arizona Department of Economic Security |

2

| Exhibit No. | Docket No. | Description |
|---|---|---|
| 13. | 71-13 | Declaration of T. Thurmond California Department of Education |
| 14. | 71-14 | Declaration of M. Acon California Department of Developmental Services |
| 15. | 71-15 | Declaration of A. Paccione Colorado Department of Higher Education |
| 16. | 71-16 | Declaration of N. Fuerst University of Connecticut |
| 17. | 71-17 | Declaration of C. Marten Delaware Department of Education |
| 18. | 71-18 | Declaration of L. Wilkinson Hawai'i Department of Education |
| 19. | 71-19 | Declaration of D. Halbert University of Hawai'i |
| 20. | 71-20 | Declaration of K. Gardner Hawai'i Department of Education |
| 21. | 71-21 | Declaration of E. Higashi Hawaii Department of Education |
| 22. | 71-22 | Declaration of T. Sanders Illinois Superintendent of Education |
| 23. | 71-23 | Declaration of A. Losasso Illinois Division of Rehabilitation Services |
| 24. | 71-24 | Declaration of M. Gable Maryland Division of Student Support and Federal Programs |
| 25. | 71-25 | Declaration of N. Ortega Massachusetts Department of Higher Education |
| 26. | 71-26 | Declaration of D. Barton University of Massachusetts |
| 27. | 71-27 | Declaration of M. Rice Michigan Department of Education |
| 28. | 71-28 | Declaration of B. Walker-Griffea Michigan Office of Early Childhood Education, Office of Higher Education, and Office of Education Partnerships |
| 29. | 71-29 | Declaration of K. Ehling New Jersey Department of Education |
| 30. | 71-30 | Declaration of M. Gower Rutgers University |

| Exhibit No. | Docket No. | Description |
|---|---|---|
| 31. | 71-31 | Declaration of D. Morton-Bentley<br>New York State Education Department. |
| 32. | 71-32 | Declaration of Dr. J. King, Jr.<br>State University of New York (SUNY) |
| 33. | 71-33 | Declaration of J. Boeckenstedt<br>Oregon State University |
| 34. | 71-34 | Declaration of E. Nazarov<br>Oregon Department of Education |
| 35. | 71-35 | Declaration of D. Libutti<br>University of Rhode Island |
| 36. | 71-36 | Declaration of D. Echelson<br>Rhode Island Department of Elementary and Secondary Education |
| 37. | 71-37 | Declaration of K. Savage<br>Rhode Island Division of Developmental Disabilities |
| 38. | 71-38 | Declaration of K. Merolla-Britto<br>Rhode Island Department of Human Services |
| 39. | 71-39 | Declaration of C. Bailey<br>Washington State Board of Community and Technical Colleges (SBCTC) |
| 40. | 71-40 | Declaration of J. Carmichael<br>Evergreen State College |
| 41. | 71-41 | Declaration of A. DeLaCruz<br>Tulalip Office of Civil Legal Aid |
| 42. | 71-42 | Declaration of T. Kelly<br>Washington Office of Superintendent of Public Instruction |
| 43. | 71-43 | Declaration of J. Loveday<br>Clover Park Technical College |
| 44. | 71-44 | Declaration of P. Reid<br>University of Washington |
| 45. | 71-45 | Declaration of J. Britz<br>University of Washington |
| 46. | 71-46 | Declaration of A. Duncan<br>Former Secretary of Education |
| 47. | 71-47 | Declaration of T. Gonzales<br>U.S. Department of Education, Office for Civil Rights, Dallas |
| 48. | 71-48 | Declaration of C. Lhamon<br>U.S. Department of Education, Office for Civil Rights |
| 49. | 71-49 | Declaration of S. Smith<br>AFGE Local 252; U.S. Department of Education, Office for Civil Rights |

4

| Exhibit No. | Docket No. | Description |
|---|---|---|
| 50. | 71-50 | Declaration of R. Gittleman<br>U.S. Department of Education, Office of Federal Student Aid (Office of the Ombudsman) |
| 51. | 71-51 | Declaration of S. Hamlin<br>U.S. Department of Education, Office of Federal Student Aid (Office of Institutions of Higher Education Oversight & Enforcement) |
| 52. | 71-52 | Declaration of C. Miller<br>U.S. Department of Education, Office of Institutions of Higher Education |
| 53. | 71-53 | Declaration of Doe Declarant 1<br>U.S. Department of Education, Office for Civil Rights, San Francisco |
| 54. | 71-54 | Declaration of Doe Declarant 2<br>U.S. Department of Education, Division of Adult Education and Literacy |
| 55. | 71-55 | Declaration of Doe Declarant 3<br>U.S. Department of Education, Office for Civil Rights, New York |
| 56. | 71-56 | Declaration of Doe Declarant 4<br>U.S. Department of Education, International and Foreign Language Office |
| 57. | 71-57 | Declaration of Doe Declarant 5<br>U.S. Department of Education, Office of Planning, Evaluation, and Policy Development |
| 58. | 71-58 | Declaration of Doe Declarant 6<br>U.S. Department of Education, Federal Student Aid, Office of the Ombudsman |
| 59. | 71-59 | Declaration of Doe Declarant 7<br>U.S. Department of Education, Office for Civil Rights, Cleveland |
| 60. | 71-60 | Declaration of Doe Declarant 8<br>U.S. Department of Education, Office of English Language Acquisition |
| 61. | 71-61 | Declaration of Doe Declarant 9<br>U.S. Department of Education, Federal Student Aid |
| 62. | 71-62 | Declaration of Doe Declarant 10<br>U.S. Department of Education, Federal Student Aid |
| 63. | 71-63 | Declaration of Doe Declarant 11<br>U.S. Department of Education, Federal Student Aid |
| 64. | 71-64 | Declaration of Doe Declarant 12<br>U.S. Department of Education, Institute of Education Sciences |
| 65. | 71-65 | Declaration of J. Perman<br>University System of Maryland |
| 66. | 71-66 | Declaration of Doe Declarant 14<br>U.S. Department of Education, Office of General Counsel |

5

| Exhibit No. | Docket No. | Description |
|---|---|---|
| 67. | 71-67 | Declaration of Doe Declarant 15<br>U.S. Department of Education, Federal Student Aid |
| 68. | 71-68 | Declaration of Doe Declarant 16<br>U.S. Department of Education, Office of Federal Student Aid |
| 69. | 71-69 | Declaration of C. Campbell<br>U.S. Department of Education, Office of Federal Student Aid |
| 70. | | Linda McMahon, "My vision for eliminating the Department of Education," Foxnews.com (Mar. 21, 2025) |
| 71. | | Danielle Douglas-Gabrielle, "College financial aid hit with glitches, delays due to federal staffing cuts," Washington Post (Apr. 14, 2025) |
| 72. | | J. Kavaal, "Policy Direction on Preventing Student Loan Default Memorandum," U.S. Department of Education (Jan. 13, 2025) |
| 73. | | Dylan Peers McCoy, "Families say school civil rights investigation have stalled after federal cuts," NPR.com (Apr. 16, 2025) |
| 74. | | Bernie Sanders, "President Trump's Decision to Gut the Office for Civil Rights has Left Over 46 Million Students Without Protection from Discrimination," United States Senate Health, Education, Labor, and Pensions Committee (Mar. 27, 2025) |
| 75. | | Arthur Jones II, "McMahon hijacks House Democrats' presser after closed-door meeting outside Department of Education," ABC News (Apr. 2, 2025) |
| 76. | | Declaration of M. Branson,<br>Complaint Investigation Unit, Special Education Division, California Department of Education |
| 77. | | Declaration of Doe Declarant 17<br>U.S. Department of Education, Federal Student Aid, Vendor Oversight |
| 78. | | Declaration of Doe Declarant 18<br>U.S. Department of Education, Institute of Education Sciences |
| 79. | | Declaration of Doe Declarant 19<br>U.S. Department of Education, Office of Elementary and Secondary Education |
| 80. | | Declaration of L. Tessitore<br>U.S. Department of Education, Federal Student Aid |
| 81. | | Declaration of B. Coleman<br>U.S. Department of Education, Office for Civil Rights |
| 82. | | Declaration of D. Downey<br>U.S. Department of Education, Office of Grants Management |
| 83. | | Supplemental Declaration of S. Hamlin<br>U.S. Department of Education, Office of Federal Student Aid |