# EXHIBIT 76

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>  Plaintiffs,<br><br>            v.<br><br>LINDA McMAHON, *et al.*,<br><br>  Defendants. | C.A. No. 1:25-cv-10601 |

**DECLARATION OF MELISSA BRANSON**

I, Melissa Branson, declare pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am an Education Administrator in the Complaint Investigation Unit, Special Education Division, at the California Department of Education (CDE). As the Education Administrator, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

3.      The Special Education Division's Complaint Investigation Unit is one of two units at the CDE that handle complaints relating to educational programming for students with disabilities. My office handles direct investigation of complaints that allege a violation of special education law. And the CDE's Educational Equity Uniform Complaint Procedures Office (EEUCPO) handles appeals, and some direct investigations, of complaints that allege a violation of disability discrimination law. The two offices often collaborate on matters involving students with disabilities.

4. I submit this declaration in connection with the announcement by the Department of Education ("the Department") on March 11, 2025, that it was reducing its staff by nearly 50% as part of the Department's "final mission." *U.S. Department of Education Initiates Reduction in Force*, Press Release, Department of Education (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force ("March 11 Press Release").

5. I understand that the Department's Reduction in Force resulted in the closure of seven regional offices for the Department's Office for Civil Rights (OCR), including the San Francisco regional office that serves California, and the termination of all the employees in those regional offices.

6. I understand that the Department's Reduction in Force was scheduled to go into effect on March 21, 2025.

7. On March 22, 2025, the CDE's Special Education Division received an email from the parent of a student with a disability. The parent's email indicated that they believed their student had been discriminated against based on disability by their local educational agency (LEA). Specifically, the parent indicated they believed their student had been denied participation in a particular educational program in the LEA because of their disability. The parent stated that they had filed a complaint about this with OCR in 2024, that the matter had been investigated, that OCR had identified violations by the LEA, and that March 22, 2025, was the deadline for the LEA to comply with OCR's directives. The parent expressed concern that the dismantling of the San Francisco OCR office would cause the matter to be abandoned. The parent asked, therefore, that the State step in to hold the LEA accountable.

8.    I am concerned that this will be just one example of a trend. If California complainants are not able to have their disability discrimination claims processed at and resolved by OCR, this will place a significant additional burden on the CDE's Special Education Division's Complaint Investigation Unit as well as the CDE's EEUCPO unit. Whereas in the past California complainants have filed a significant portion of their complaints relating to educational programming for students with disabilities with the federal OCR, now in the absence of the San Francisco OCR office they are likely to turn to the CDE. This will place an extraordinary additional burden on the CDE that for which we have neither the staff nor budget capacity.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on April 16, 2025, at Sacramento, California.

Melissa Branson
Digitally signed by Melissa Branson
Date: 2025.04.16 20:31:33 -07'00'

Melissa Branson