EXHIBIT 77

STATE OF NEW YORK, et al.

      Plaintiffs,

        v.

LINDA McMAHON, et al.

      Defendants.

Case No. 1:25-cv-10601 (MJJ)

## DECLARATION OF DOE DECLARANT 17

Pursuant to 28 U.S.C. § 1746, I, DOE Declarant 17, hereby declare and state as follows:

1.      I am over the age of 18 and have personal knowledge of all the facts stated herein based either on my own experiences or on conversations I have had with other current and former employees of the U.S. Department of Education (the "Department"). If called as a witness, I could and would testify competently as to the matters set forth below.

2.      This declaration is submitted in support of the Plaintiff States' request for entry of a preliminary injunction.

3.      I have worked for the Federal government for over 16 years and for the Department of Education for over 5 years.

4.      While working at the Department of Education, I served in Federal Student Aid's (FSA) Office of Student Experience and Aid Delivery (SEAD) in the Vendor Oversight and Program Accountability (VOPA) Directorate.

5.      One of the two teams that fell under VOPA was the Vendor Oversight Group (VOG). This vendor oversight team had 60 full-time employees who were responsible for ensuring

1

that the Department's student facing vendors (e.g., loan servicers and debt collectors) complied with all statutory, regulatory and contractual requirements.

6. Prior to the March 11, 2025 RIF, VOG had over 1,000 years of federal experience and many more years of student loan and debt collection related experience working in the private sector (e.g., working for federal student loan servicers).

7. As President Trump recently, noted, "[t]he Department of Education currently manages a student loan debt portfolio of more than $1.6 trillion. This means the Federal student aid program is roughly the size of one of the Nation's largest banks, Wells Fargo. But although Wells Fargo has more than 200,000 employees, the Department of Education has fewer than 1,500 in its Office of Federal Student Aid."[1]

8. In order to service such a large loan portfolio the Department of Education spends approximately $2 billion a year on federal student loan servicers for the approximately 35 million non-defaulted borrowers and even more to collect on the approximately 7 million defaulted borrowers.

9. Those non-default loan servicers are responsible for:

    a. Sending borrowers timely and accurate billing statements,

    b. Answering tens of millions of borrower questions about their student loans,

    c. Posting borrower payments to the correct accounts,

    d. Processing refunds for any overpayments,

    e. Reporting to the national credit reporting agencies, and

---

[1] "Improving Education Outcomes by Empowering Parents, States, and Communities" Executive Order, Exec. Order No. 14,242, 90 Fed. Reg. 13,679 (Mar. 20, 2025) ("Executive Order")

f.  Processing borrower applications (e.g., requests to change repayment plans, to be placed on forbearance/deferment or have their loans forgiven).

10.  The primary goal of VOG was to ensure FSA was complying with its founding statutory requirements as a "Performance-Based Organization" in the Higher Education Act (20 U.S.C § 1018). FSA was established "for managing the administrative and oversight functions authorized under Title IV." 20 U.S.C. § 1018(a)(1). The statutory purpose of FSA is "to improve service to students... to reduce the costs of administering those programs... maintain a student financial assistance system that contains complete, accurate, and timely data to ensure program integrity." *Id.* at § 1018(a)(2).  FSA was responsible for "all aspects of contracting for the information and financial systems supporting the Federal student financial assistance programs" and "ensuring the integrity of the Federal student financial assistance programs." *Id.* at § 1018(b)(2)(A)(iv), (vi).

11.  While FSA has always had operational teams to manage the administrative functions of the Title IV repayment program, VOG served as FSA's primary contract oversight team for "ensuring the integrity" of the student loan repayment system. *Id.* at 1018(b)(2)(A)(vi).

12.  In response to several GAO recommendations that FSA strengthen its  oversight of its student loan servicers[2] and the Department's failure to comply with a court order in the *Manriquez v. Devos et al.*, (a class action suit, that resulted in the Secretary of Education being held in contempt of court and fined $100,000),[3] FSA adopted a management best practice called the Three Lines of Defense (3LoD) model.

---

[2] *See e.g.*, July 27, 2018 GAO Letter to Congress, accessible at https://www.gao.gov/assets/gao-18-587r.pdf (attached as Exhibit A to this Declaration).
[3] "Order Regarding Sanctions," *Manriquez v. Devos et al.*, No. 17-cv-07210-SK (N.D. Cal. Oct. 24, 2019), ECF No. 130.

13.    This 3LoD model is a framework for managing risk and ensuring compliance by defining distinct roles and responsibilities across three levels: operational management (First Line), risk and compliance functions (Second Line), and internal audit (Third Line).

14.    VOG has historically served as FSA's primary second line of defense for ensuring statutory, regulatory and contractual compliance. Put another way, the first line operations team told the vendors what they needed to do, and the second line oversight team made sure they actually did what they were told.

15.    VOG greatly "improve[d] service to student[]" borrowers, § 1018(a)(2)(A), by regularly identifying loan servicing errors and ensuring FSA's vendors both corrected those errors and instituted proper controls to prevent the errors from happening again.

16.    These servicing errors ranged from billing borrowers for the wrong amount, unexpectedly auto debiting a borrower's account, losing payments, and having duplicate student loans showing up on a borrower's credit report.

17.    During the historic and unprecedented return to repayment after the COVID payment pause, VOG identified millions of borrowers affected by servicing errors and proactively remediated the accounts of harmed borrowers, preventing lasting borrower harm and staving off countless borrower lawsuits.[4]

18.    VOG routinely "reduce[d] the costs of administering"[5] the student loan programs by saving taxpayers tens of millions of dollars each year through the identification of improper

---

[4] *See e.g.*, October 29, 2023 Department of Education Decision Memorandum Requesting Approval for the Use of the Secretary's Compromise Authority for Remediating Potential Harm to Borrowers Caused by Return to Repayment Servicing Errors, attached hereto as Exhibit B, accessible online at: https://www.ed.gov/sites/ed/files/policy/gen/leg/foia/decision-memorandum-return-to-repayment-servicing-errors-10-29-23-signed-redacted.pdf

[5] 20 U.S.C. § 1018(a)(2)(B).

billing (e.g., when MOHELA double billed FSA by $12 million for processing PSLF applications) or improper servicing (e.g., charging borrowers the wrong variable interest rates or improperly discharging loans).

19.    VOG also "reduce[d] the costs of administering"[6] the student loan programs by rigorously enforcing contractually required service level agreements (SLAs) that saved taxpayers millions of dollars and were poised to save taxpayers tens of millions more dollars.

20.    Two years ago, the Department negotiated new servicing contracts for non-defaulted loans called the Unified Servicing and Data Solution (USDS) contract. Non-default servicers under the USDS contract are required to adhere to FSA's Service Level Agreements (SLAs), including meeting basic levels for "Customer Satisfaction", "Interaction Quality", "Processing Accuracy", "Timeliness", "Call Center Abandon Rates" and "Financial Reporting".

21.    "Failure to meet an SLA Metric will result in a negative performance incentive (NPI) of up to 5% per SLA metric from the USDS Servicer's invoice... If a USDS Servicer fails to meet multiple SLA metrics the cumulative NPI will not exceed 20%... In the event a USDS Servicer repeatedly fails to meet SLA Metrics, consecutively fails to meet the same SLA Metric for at least two periods, the NPI shall be increased by fifty percent (50%) upon each additional failure."[7]

22.    Per the USDS contract SLA's are measured and NPIs are calculated on a quarterly basis.

---

[6] *Id.*
[7] "Attachment 08: Service Level Methodology Performance Metrics," USDS Award Notice Attachments (accessed on April 16, 2025 at https://sam.gov/opp/9696795fb4c7469c97ff7b4dff36490b/view), included with this declaration as Exhibit C.

23.     Depending on the size of the loan servicer, failing a single SLA could cost a servicer and save taxpayers anywhere from $150,000 (CRI) to $2.5 million (Nelnet) per SLA per quarter. If all of the servicers were to fail a particular SLA in a given quarter, taxpayers would save $7 million. If all the loan servicers failed 4 or more SLA's in a given quarter that would save taxpayers a combined $28 million/quarter. If loan servicers repeatedly failed the same SLA's the quarterly NPI would keep increasing by 50%.

24.     VOG was directly and solely responsible for measuring the "interaction quality" and processing "accuracy" SLA's under the USDS contract. VOG listened to and scored thousands of servicer interactions with student loan borrowers to ensure servicers were giving borrowers accurate and timely information. VOG also reviewed thousands of back-office processing tasks and data reporting to FSA's National Student Loan Database System (NSLDS) to check for accuracy.

25.     It was standard procedure that when VOG identified any interaction or accuracy performance issues, the group would flag those issues directly to the servicers. Loan servicers would then have an opportunity dispute the findings before any SLA calculations were finalized.

26.     While most (but not all) servicers passed the SLA for "interaction quality", many of the loan servicers failed the "accuracy" SLA requirement resulting in significant NPIs that saved taxpayers millions of dollars each quarter and would have saved tens of millions of dollars each year if the VOG team had not been ultimately RIF'ed.

27.     To put the savings VOG generated into perspective, the entire annual salary for VOG was just under $8 million. If one were to include all of the fringe benefits associated with federal service, the total cost of employing VOG was just shy of $11 million/year.

28.     VOG "reduce[d] the costs of administering"[8] student loan programs by tens of millions of dollars each quarter and paid for itself many times over each year.

29.     VOG played a critical role in "program integrity"[9] by ensuring FSA's National Student Loan Database System (NSLDS), "a centralized, integrated view of federal student aid loans and grants that are tracked through their entire lifecycle from aid approval through disbursement and repayment"[10] "contains complete, accurate and timely data."[11]

30.     In FY2023 the Department's "independent auditor issued a disclaimer of opinion as it was not able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion because of unresolved errors identified in the underlying [student loan] data."[12]

31.     In FY2024, the Department's independent auditors issued another disclaimer of opinion "because of errors identified in the underlying [student loan] data".[13]

32.     Underlying both of the "disclaimers of opinion" was the fact that the independent auditor found significant discrepancies between (i) the data being kept in the loan servicing systems maintained by FSA's vendors and (ii) the data being centralized in the National Student Loan Database System (NSLDS). Since the auditor relies on "a series of assumption models that are updated using a statistically valid sample of... NSLDS data", when NSLDS data is wrong, the entire audit findings are wrong.

---

[8] 20 U.S.C. § 1018(a)(2)(B).
[9] 20 U.S.C. § 1018(a)(2)(G).
[10] "National Student Loan Data System (NSLDS)" FSAPartners.ed.gov (accessed on April 15, 2025 at https://fsapartners.ed.gov/financial-aid-delivery/nslds).
[11] 20 U.S.C. § 1018(a)(2)(G).
[12] FY 2023 Federal Student Aid Financial Statemen Audit: Report Information (Nov. 16, 2023), accessed on April 15, 2025 at: https://oig.ed.gov/reports/audit/fy-2023-federal-student-aid-financial-statement-audit.
[13] FY 2024 Financial Statement Audit – Federal Student Aid: Report Information (Nov. 15, 2024), accessed on April 15, 2025 at: https://oig.ed.gov/reports/audit/fy-2024-financial-statement-audit-federal-student-aid.

33. The Government Accountability Office (GAO) said these "disclaimers of opinion were based on errors identified in underlying data Education used to develop assumptions to estimate the cost of its student loan programs. Education's auditor also reported a material weakness in internal control over financial reporting in fiscal years 2024 and 2023 related to loans receivable and loan guarantees."[14]

34. The former Chairwoman of the House Education and the Workforce Committee described the results of these audit findings accordingly, "Your Department has again failed America's hardworking taxpayers . . . . [T]he Department has failed an audit two years in a row, been derelict in its duties, and continues to make up estimates it cannot defend to its auditor. We are deeply disturbed by this administration's bungling, general ineptness, and deliberate wasteful spending of taxpayer dollars. The American people deserve better."[15]

35. Disclaimers of opinion result in increased congressional scrutiny, triggering at least one mandatory congressional hearing[16] and based on my understanding significantly more budgetary oversight by the Office of Management and Budget (OMB).

36. As part of an FSA-wide effort to comply with FSA's statutory requirement to "maintain a student financial assistance system that contains complete, accurate, and timely data"[17] and obtain a clean audit for the Department, VOG was tasked with spearheading an NSLDS data

---

[14] https://www.fiscal.treasury.gov/files/reports-statements/financial-report/2024/gao-audit-report-2024.pdf
[15] Jan. 17, 2024 Letter from Members of Congress to Sec. Cardona, attached as Exhibit D to this Declaration.
[16] Rule 1(7) of the Rules of the Committee on House Administration for the 119th Congress, Committee on House Administration  (accessible at https://cha.house.gov/committee-rules-119 ) ("The Committee shall hold at least one hearing during any session in which the Committee receives disclaimers of agency financial statements of any Federal agency that it authorizes or such disclaimers from representatives of any such agency")  https://cha.house.gov/committee-rules-119
[17] 20 U.S.C. § 1018(a)(2)(G).

quality assurance effort. Each quarter, VOG would compare tens of thousands of data points between the loan servicing systems and what was being reported to NSLDS. VOG's quarterly reports on NSLDS data quality significantly improved the quality of data in NSLDS and improved the Department's chances of obtaining a clean audit opinion.

37.    In February 2025, VOG was reorganized within FSA and the sixty (60) staff were split across multiple new teams, including forty-seven (47) to the Vendor Performance Division (under the new Office of Loan Portfolio Management), fourteen (14) to the Vendor Oversight Division (under the new Office of Acquisitions) and nine (9) to the Program Management Division (under the new Office of Loan Portfolio Management).

38.    In parallel with these reorganization efforts, FSA, and the VOG team, were hit hard by successive waves of layoffs, return to the office mandates and legally dubious buyout offers, often without any advanced warning.

39.    Shortly after the new administration entered office, for instance, employees throughout the Department were placed on administrative leave without any explanation or any advanced warning to Departmental management, apparently because of their participation in a DEI training.  Shortly thereafter, we learned that probationary employees would be terminated; two rounds of probationary employee terminations followed.

40.    On January 24th, the Department's Acting Secretary Denise Carter sent an email to all Department staff stating that all employees were expected to return to full-time in-person work at their designated duty station or their nearest/most appropriate Department facility as follows: February 23, 2025: Employees on current telework and remote work agreements who do not need to relocate. June 1, 2025: Employees on remote work agreements who need to relocate to report to their nearest/most appropriate Department facility.

41.     For context the Washington Post reported that at the time this order was issued 55% of Department of Education employees were "permanently remote" (more than any other cabinet level agency) and 98% of Department workers were telework-eligible. The Post also reported that only 39% of Department of Education work was done "on site". [18]

42.     This sudden return to office order and even shorter implementation deadlines caused significant levels of confusion and frustration for entire Department and especially the VOG team. Many of VOG's employees were fully remote staff (living more than 50 miles from a Department of Education Office). Returning to the office meant some VOG employees would need to commute 2-3 hours each way to the nearest Departmental office, while others would be forced to move or lose their jobs.

43.     To add to the return to the office confusion the Department failed to adequately communicate what this order actually meant for Department employees. After several weeks of not providing any substantive information at all, FSA leadership attempted to hold a townhall to discuss how this order affected employees only to have the TEAMS technology fail in a way that prevented remote employees (who had the most questions) from participating. When the Department did eventually communicate to employees about the return to the office mandate, leadership gave mixed and sometimes contradictory messaging. For example, leadership initially suggested that remote employees may be able to report to local GSA buildings instead of reporting to the closest ED regional office. It my understanding that even after GSA publicly announced that they would not be hosting employees from other agencies, FSA leadership still implied to some employees they would be able to make exceptions.

---

[18] Azi Paybarah et al., "How many federal workers will be affected by Trump's return-to-office policy?" Washington Post (January 29, 2025), accessed on April 16, 2025 and attached hereto as Exhibit E.

44.     In February 2025, Department leadership demanded that senior managers identify statutory functions that their groups performed.  My understanding is that VOG personnel were identified through this process as performing statutorily mandated functions pursuant to 20 U.S.C.§ 1018.

45.     Based on my experience and conversations with other former VOG employees, my understanding is that on March 11th, 2025, almost all of the staff from the former VOG were summarily fired in a reduction in force (RIF) announcement, despite being identified as performing statutory functions. My understanding is that the RIF included the entire new Vendor Performance Division and Vendor Oversight Division. My understanding is that most of the remaining former VOG employees that were assigned to the Program Management Division took the early buyout (VERA/VISP), leaving only a handful of former VOG members left at FSA. My understanding is that all of the remaining members were part of VOG's Collaborative Audit Resolution Team (CART).

46.     Despite the new administration's statements to the contrary, it is my belief that the March 11, 2025 RIF did not get rid of "bureaucratic bloat"[19] (Secretary McMahon) or "keep the best people [and] cut [the] people who weren't working"[20] (President Trump). Based on my understanding of the scope and effect of the RIF, the RIF cut hard working, dedicated civil servants like the members of the former VOG who fulfilled vital statutory functions, kept the trains running

---

[19] Linda McMahon, "Secretary McMahon: Our Department's Final Mission" (March 3, 2025), accessed on April 15, 2025 at https://www.ed.gov/about/news/speech/secretary-mcmahon-our-departments-final-mission.
[20] Brian Bennett, "Amid Education Department Layoffs, Trump Says Many of the Fired Workers 'Don't Work at All'" Time Magazine (Mar. 12, 2025), accessed on April 15, 2025 at: https://time.com/7267383/donald-trump-department-education/.

on time, and ensured taxpayers got the full value for the billions that the federal government spends each year on federal contractors.

47.     Based on my experience and understanding of FSA employees' performance reviews, many VOG employees who were RIF'ed were actually superstars at FSA. They consistently received the highest annual performance ratings and regularly received merit awards. One VOG employee was known colloquially as the $12 million man because he identified a vendor that had overbilled FSA by $12 million and many others were considered subject matter experts in their respective fields.

48.     Based on my understanding of the scope and effect of the RIF, it is clear to me that the RIF'ed VOG staff were not given a particularized assessment before being let go. In fact, it appears that the RIF was implemented without regard for the staff's tenure, veteran's preference or performance ratings.

49.     To add insult to injury, it is my understanding that the former VOG staffers were immediately locked out of any shared files (which housed almost all of their work), were prevented from communicating with any non-Department employees (e.g., they could not communicate with any vendors they were working with) and were only given 5 days before they were placed on administrative leave. Consequently, the VOG staff were effectively prevented from meaningfully transitioning their critical and statutorily required work to their colleagues who had survived the RIF and did not take the early buyouts.

50.     In the short-term, my understanding is that this RIF immediately halted all of VOG's SLA work for the latest quarter, and all of their work to date has been effectively lost. Consequently, this work stoppage likely means that FSA's contracting officer (CO) will be forced

to waive the SLA's requirements for "interaction quality" and "processing accuracy" for the previous quarter immediately costing taxpayers millions of dollars.

51.     Going forward, FSA will no longer have the administrative capability to measure these two SLA's, and that lack of capacity will result in declining customer service to borrowers and increasing the cost to administer the student loan program.

52.     In the medium-term, outstanding servicing issues will continue to fester and new issues will likely not be identified until they become full-blown problems. It is my understanding that at the time of the RIF, FSA's VOG was tracking approximately 183 open servicing issues that are no longer being effectively monitored and tracked to resolution. These outstanding issues include MOHELA's abysmal call center performance (MOHELA just disclosed in the *Sweet* litigation that their "average wait time during [the] last 30 days" was "3 hours and 26 minutes and 29 seconds"[21]), hundreds of thousands of borrowers who are missing eligible months toward Public Service Loan Forgiveness (PSLF) and Income Drive Repayment (IDR) forgiveness, and over ten thousand borrowers are still owed refunds due to late adjustments to their student loan accounts.

53.     In the longer term, FSA is now like a house of cards. In my opinion and based on my significant experience with the Department, the RIF and the early buy-outs have completely destabilized the Department's ability to handle any coming shocks to the federal student loan system.   I believe that it is virtually guaranteed that the Department and/or its vendors will be repeatedly sued for failing to comply with the myriad federal and state consumer protection laws it is no longer monitoring for compliance.

---

[21] "April 14, 2025 Letter from Thompson Coburn LLP to Judge William H. Alsup, United States District Judge," *Sweet et al. v. Cardona et al.*, No. 19-cv-03674-WHA (N.D. Cal. Apr. 14, 2025), ECF No. 468-2.

54.     The largest tidal wave heading toward FSA's shore is the coming default cliff in October 2025. Nearly 45% of borrowers who owe a payment on their student loans are behind on their payments (approximately 9.5 million borrowers are delinquent). Many of those borrowers have missed multiple payments and are quickly heading toward default later this year.

55.     In my experience, a 45% delinquency rate would have normally been considered a 4-alarm fire within FSA and spurred a government-wide response to encourage borrowers to avoid default by enrolling in affordable repayment plans. Unfortunately, the primary income driven repayment (IDR) plan, called the SAVE plan, is currently being held up in the courts[22] and the Department has been slow to reopen the online IDR application process to borrowers to enroll in one of the other IDR programs. The Department and its servicers have not resumed fully processing IDR applications for the non-SAVE repayment plans, forcing borrowers to either stay in an unaffordable repayment plan or be placed in a litigation forbearance for undetermined period of time.

56.     Exacerbating the coming default cliff is the fact that nearly all of these new defaults will be occurring over a severely compressed time frame, causing borrowers to land in a collections process that is not ready to receive them.

57.     Due the CARES Act payment pause in March 2020 and the subsequent "On ramp" program implemented under the previous administration; no borrowers were reported as delinquent to credit reporting agencies (CRAs) through October 2024. However, starting in November 2024, borrowers who missed a payment stayed delinquent and any borrowers who miss a year's worth of payments will default on their federal student loans. Since almost all of the 9.5 million delinquencies started around the same time, nearly all of the new defaults will also occur

---

[22] *See e.g.*, *Missouri v. Trump*, 128 F.4th 979, 997-98 (8th Cir. 2024).

around the same time. The tidal wave of borrowers going over the default cliff will start around October 2025.

58.     During the several years long CARES Act payment pause, FSA dismantled its debt collection process by dismissing their primary debt collection vendors (also known as Privation Collection Agencies or PCAs). Additionally, the contract to manage the "Debt Management and Collection System" (DMCS), which houses all FSA's information about defaulted loans, had recently expired.

59.     To the best of my knowledge, as of the date I signed this declaration, FSA has yet to replace those debt collectors or even stand up a new debt collection regime. While the Department has taken some steps toward reestablishing the default collection process, FSA is woefully behind schedule and will likely not be ready to receive millions of newly-defaulted borrowers pouring over the default cliff later this year.

60.     Under the Fair Debt Collection Practices Act (FDCPA) and related state debt collection statutes, default collection is one of the most regulated activities undertaken by FSA's vendors.

61.     It is folly to believe that FSA can successfully stand up a brand new, statutorily compliant debt collection regime for millions of newly defaulted borrowers without any oversight team rigorously and consistently testing the new vendors and systems.  Yet by RIF'ing VOG, that is exactly what the administration appears to be attempting to do.

62.     FDCPA violations can result in $1,000 damages per violation. In cases where the collector's actions were caused by reckless behavior, these penalties can include additional punitive damages. The potential legal liability for the Department (and its vendors) engaging in debt collection without dedicated vendor oversight staff rigorously testing and monitoring its debt

collection activities is truly mind numbing. Even if only 1% of the 9.5 million potential new defaulters were subject to FDCPA violations, the legal liability could be over $95 million (over 9.5 times the annual salary of VOG). In fact, based on similar testing I have conducted on new servicing systems, I estimate that the actual error/violation rate will likely be in the 10-20% range for the first couple of years putting the potential legal liability in the billions.

63. Non-default loan servicers (USDS servicers) are contractually required to "comply with all Federal, State, and local laws, rules, and regulations applicable to its performance under this contract."[23]

64. These statutory and regulatory requirements extend well beyond the Higher Education Act (HEA). The USDS contract specifically calls out the following statutory requirements for compliance:

    a.    Fair Credit Reporting Act (FCRA)[24]

    b.    Telephone Consumer Protection Act (TCPA)[25]

    c.    Service Member Civil Relief Act (SCRA)[26]

    d.    Higher Education Reconciliation Act of 2005 (HERA)[27]

    e.    Rehabilitation Act of 1973[28]

    f.    Plain Writing Act of 2010[29]

---

[23] USDS Section 17001.010, "USDS Business Operations Servicing Requirements: Attachment 01," at 101 (attached hereto as Exhibit F and accessible online at: https://sam.gov/opp/9696795fb4c7469c97ff7b4dff36490b/view).
[24] USDS Section 30000.050, Exh. F at 209.
[25] USDS Section 49001.000, Exh. F at 268-69.
[26] USDS Section 25010.000, Exh. F at 174.
[27] USDS Section 500.000, Exh. F at 29.
[28] USDS Section 2012.000, Exh. F at 8.
[29] USDS Section 3001.000, Exh. F at 10.

g.      Electronic Signatures in Global and National Commerce Act (E-Sign Act)[30]

h.      Freedom of Information Act (FOIA) and Privacy Act[31]

65.     The Consumer Financial Protection Bureau (CFPB)'s "Education Loan Examination Guide" lists some of the other statutory requirements federal student loan servicers and debt collectors are required to comply:

a.      Dodd-Frank Wall Street Reform and Consumer Act of 2010

b.      Electronic Funds Transfer Act (EFTA)

c.      Fair Debt Collection Practices Act (FDCPA)[32]

66.     The Department no longer has any dedicated vendor oversight staff ensuring that its vendors are complying with all of these various federal and state consumer protection laws. This lack of a second line oversight team actively monitoring for compliance puts borrowers and the Department at significant risk.

I declare under penalty of perjury that, to the best of my knowledge, the following is true and correct. Executed this 16th day of April, 2025.

s/ Doe Declarant 17
Doe Declarant 17

---

[30] USDS Section 3006.000, Exh. F at 14.
[31] USDS Section 32014.000, Exh. F at 228-29.
[32] "CFPB Examination Procedures: Education Loan Examination Procedures," Consumer Financial Protection Bureau (September 2022), accessed on April 16, 2025 at https://files.consumerfinance.gov/f/documents/cfpb_education-loan-examination-procedures_2022-10.pdf.

# DOE 17 DECLARATION EXHIBIT INDEX

| Exhibit | Description |
|---------|-------------|
| A | July 27, 2018 GAO Letter to Congress |
| B | October 29, 2023 Department of Education Decision Memorandum |
| C | Attachment 8 to USDS Contract:  Service Level Methodology Performance Metrics |
| D | January 17, 2024 Letter from Congresspersons to Sec. Cardona |
| E | Azi Paybarah et al., "How many federal workers will be affected by Trump's return to office policy?" Washington Post (Jan. 29, 2025) |
| F | USDS Business Operations Servicing Requirements:  Attachment 01 |

# EXHIBIT A

![GAO logo] **U.S. GOVERNMENT ACCOUNTABILITY OFFICE**

**441 G St. N.W.**
**Washington, DC 20548**

July 27, 2018

The Honorable Robert C. "Bobby" Scott
Ranking Member
Committee on Education and the Workforce
House of Representatives

The Honorable Sanford D. Bishop, Jr.
House of Representatives

The Honorable Emanuel Cleaver, II
House of Representatives

**Federal Student Loans: Further Actions Needed to Implement Recommendations on Oversight of Loan Servicers**

Federal student loans play a key role in ensuring access to higher education for millions of students each year. Nearly 43 million borrowers held almost $1.4 trillion in federal student loans as of December 2017, which were primarily provided through Education's William D. Ford Federal Direct Loan (Direct Loan) program. Education relies on contracted loan servicers to help manage its Direct Loan portfolio. These servicers process payments, provide borrowers with information on repayment plans, and carry out other responsibilities. We issued a report and a testimony over the last 3 years examining weaknesses in Education's management and oversight of these servicers.[1] We found deficiencies in Education's guidance to servicers, oversight of servicer call centers, complaint tracking, and performance metrics. As a result, we made six recommendations to Education. You asked us to provide an update on Education's oversight of student loan servicers.

This report examines the status of Education's efforts to implement our prior recommendations for improving oversight of federal student loan servicers. To address this issue, we reviewed Education documentation on the actions it has taken to implement our prior recommendations, reviewed its recent solicitation of proposals for a new student loan servicer system, and interviewed agency officials.

We conducted this performance audit from April 2018 to July 2018 in accordance with generally accepted government auditing standards. Those standards require that we plan and perform the audit to obtain sufficient, appropriate evidence to provide a reasonable basis for our findings and conclusions based on our audit objectives. We believe that the evidence obtained provides a reasonable basis for our findings and conclusions based on our audit objectives.

---

[1]GAO, *Federal Student Loans: Education Could Improve Direct Loan Program Customer Service and Oversight,* GAO-16-523 (Washington, D.C.: May 16, 2016); and *Federal Student Loans: Key Weaknesses Limit Education's Management of Contractors,* GAO-16-196T (Washington, D.C.: Nov. 18, 2015).

## Background

Under the Direct Loan program, Education issues several types of postsecondary loans to students and their parents, including Subsidized, Unsubsidized, Consolidation, and PLUS Loans.[2] Education administers the Direct Loan program through its Office of Federal Student Aid (FSA), which oversees the performance of contracted loan servicers (see fig.1). While Education formerly used a single contractor to handle all loan servicing, it shifted into performance-based contracts with multiple loan servicers beginning in 2009. These contracts were awarded as part of Education's strategy to increase servicing capacity and improve performance by fostering competition among vendors. Currently, Education has contracts with nine servicers.[3] Loan servicing includes such activities as communicating with borrowers about the status of their loans, counseling borrowers on selecting repayment plans, processing payments, and maintaining loan records. These servicers receive monthly payments from Education for each borrower they serve, with the amount per borrower based on each borrower's repayment status.

**Figure 1: Selected Roles and Responsibilities in the Direct Loan Program**

Source: GAO analysis of U.S. Department of Education information.  |  GAO-18-587R

In administering the Direct Loan program, Education uses numerous approaches to oversee the performance of its contractors, including issuing instructions and guidance to loan servicers. In addition to providing written communications, Education meets with servicers to discuss program operations and policy. Education also conducts various monitoring activities, including monitoring selected calls between servicers and Direct Loan borrowers to help ensure both acceptable customer service and servicer compliance with statutory, regulatory, and contractual requirements.

In February 2018, Education issued a solicitation for proposals to redesign its loan servicing system. According to Education, this new approach will modernize the technology and operational components that support federal student aid programs from application through repayment. Among other things, it will seek to improve efficiency, customer service, and program outcomes. In May 2018, Education reported that it plans to award contracts and implement this new system over the next 2 years.

---

[2]Subsidized loans are loans for which borrowers are generally not responsible for paying interest while in school or during certain grace and deferment periods; on unsubsidized loans, borrowers must ultimately pay all interest. Direct consolidation loans allow borrowers to combine multiple federal education loans into one loan. PLUS loans include Graduate PLUS and Parent PLUS loans, which are granted to graduate students or the parents of dependent undergraduate students, respectively.

[3]These current contracts expire in 2019, according to Education.

In March 2018, the Consolidated Appropriations Act of 2018 established a range of requirements related to Education's oversight and management of student loan servicers.[4] These included changes to how Education allocates new borrower accounts to servicers and the fee structure for servicing more vulnerable borrowers. The legislation also establishes certain criteria for Education to use when evaluating servicer proposals for participating in the redesigned servicing system. In May 2018, Education reported that these provisions will require certain adjustments to its procurement strategy, although Education is still working to determine what those adjustments will be.

## Education Has Taken Steps to Implement GAO's Recommendations, but Further Actions Are Needed

Education has implemented two of the six recommendations we made in our 2015 testimony and 2016 report addressing weaknesses in Education's management and oversight of student loan servicers (see table 1).[5] Education reported that the remaining four recommendations will be addressed over time through Education's broader redesign of its student loan servicing system, although an Education official said the specifics of that system have not yet been determined. We will continue to monitor Education's progress in implementing these open recommendations, which would help Education provide better service to borrowers and improve program integrity.

**Table 1: Status of GAO Recommendations on Education's Oversight of Student Loan Servicers**

| Closed/implemented recommendations | Report |
|---|---|
| Improve methodology for monitoring calls between servicers and borrowers | GAO-16-196T |
| Better document call monitoring results | GAO-16-196T |
| **Open recommendations** | **Report** |
| Ensure clear, sufficient, and consistent guidance to loan servicers | GAO-16-196T |
| Establish minimum call center hours for servicers | GAO-16-523 |
| Improve tracking of borrower complaints | GAO-16-523 |
| Evaluate and adjust performance metrics used for servicers | GAO-16-523 |

Source: GAO analysis of information from the Department of Education. | GAO-18-587R
Note: Recommendations from GAO, *Federal Student Loans: Key Weaknesses Limit Education's Management of Contractors*, GAO-16-196T (Washington, D.C.: Nov. 18, 2015); and *Federal Student Loans: Education Could Improve Direct Loan Program Customer Service and Oversight*, GAO-16-523 (Washington, D.C.: May 16, 2016). As part of GAO's audit responsibilities under generally accepted government auditing standards, GAO follows up on recommendations we have made. Recommendations remain open until they are designated as Closed-implemented or Closed-not implemented. A recommendation is closed when actions that satisfy the intent of the recommendation have been taken, when it is no longer valid because circumstances have changed, or when implementation cannot reasonably be expected.

## Call Monitoring and Documentation

We found weaknesses in the processes that Education used for selecting calls to monitor between servicers and borrowers and for documenting the results. As a result, Education had incomplete information on how well servicers met the needs of borrowers.

---

[4]See Consolidated Appropriations Act, 2018, Pub. L. No. 115-141, Title III, Student Aid Administration.

[5]We issued three recommendations in our 2015 testimony (GAO-16-196T) and three recommendations in our 2016 report (GAO-16-523). For the purposes of this report, we renumbered these recommendations.

Recommendation 1: FSA should implement a more rigorous methodology for selecting recorded calls between servicers and borrowers to review, including a clearer definition of the sample servicers should select, a sample that targets more critical and more frequent types of calls, and a verification process to ensure integrity of the call selection process. (GAO-16-196T)

- Status: Closed – Implemented

- Description: As of May 2016, Education implemented a more rigorous selection methodology for reviewing recorded calls, which significantly increases the number of incoming and outgoing calls that are sampled and reviewed each month. This new methodology also explicitly requires the inclusion of calls related to specific accounts or business activities, such as issues with loans to military service members, loan rehabilitation, Public Service Loan Forgiveness, and loan consolidation.[6] Additionally, it includes a verification process to ensure that servicers meet the new requirements.

Recommendation 2:  FSA should better document call monitoring results to allow analysis of trends over time and facilitate the sharing of complete and consistent information from these efforts with FSA management. (GAO-16-196T)

- Status: Closed – Implemented

- Description: In June 2016, Education implemented a new call monitoring plan, which includes enhancements to help assess and improve the performance of loan servicers. The plan includes formal scoring and reporting of call monitoring results, improved documentation by Education and servicers, and improved quality assurance tracking when issues are identified. Reports generated from this review process contain consistent information and sufficient detail to allow Education to identify trends over time and address any issues that arise.

**Guidance to Loan Servicers**

We found that Education's guidance to loan servicers was sometimes lacking, leading to inconsistent and inefficient service to borrowers.

Recommendation 3: FSA should review its methods of providing instructions and guidance to servicers, identifying areas to improve clarity and sufficiency, and ensure consistent delivery of instructions and guidance to ensure program integrity and improve service to borrowers. For example, Education could consider implementing a detailed, common servicing manual for the Direct Loan program. (GAO-16-196T)

- Status: Open

- Description: Education agreed with this recommendation and reviewed its process for providing guidance to servicers. It has issued a few clarifications to servicers to help with consistency. In June 2018, Education reported that it would implement this recommendation through its broader redesign of the loan servicing system which would streamline the process for communicating guidance and instructions, although the details of how that will be done have not yet been decided. Education needs to demonstrate that its new loan servicing system provides clear, sufficient, and consistent guidance to servicers to ensure program integrity and improve service to borrowers.

---

[6]The Public Service Loan Forgiveness program allows eligible borrowers to have their loans forgiven after at least 10 years of qualifying payments. To receive loan forgiveness, borrowers must participate in a qualifying repayment plan and make 120 on-time monthly payments while employed full-time in a public service job.

**Call Center Hours**

We found that there was no minimum standard for servicers' call center hours and each servicer set its own, which resulted in limited access for some borrowers. For example, a borrower on the West Coast may have had an East Coast servicer whose call center hours ended at 1:30 p.m. Pacific time.

Recommendation 4: Education should develop a minimum standard that specifies core call center operating hours to provide borrowers, including those on the West Coast, with improved access to servicers. (GAO-16-523)

- Status: Open

- Description: Education agreed with this recommendation and said it planned to establish core hours in the requirements for servicers to help borrowers access live customer service representatives. In May 2018, an Education official told us that one of the goals of the proposed redesigned loan servicing system is to ensure a consistent experience for all borrowers. The official said all borrowers will have access to the same call center number and other customer service functions, but the specifics have not yet been decided. As Education completes its loan servicing redesign, it should ensure that borrowers have improved access to customer service representatives to aid them in managing their loans.

**Complaint Tracking**

We found weaknesses in Education's methods for tracking borrower complaints, particularly for those complaints submitted directly to loan servicers. Education was developing a new, unified complaint tracking system, although we also identified weaknesses in the design of this new system.

Recommendation 5: Education should ensure the new unified borrower complaint tracking system includes comprehensive and comparable information on the nature and status of borrower complaints made to both Education and servicers, to allow Education to track trends and better manage the program to effectively meet borrower needs. (GAO-16-523)

- Status: Open

- Description: In May 2018, Education reported that as part of its redesigned loan servicing system, it plans to develop a single platform that maintains a record of all customer service interactions, including any complaints that borrowers submit. While the details have yet to be determined, the goal is to create a unified process consistent with the intent of this recommendation, according to Education. Education must ensure that it collects comprehensive and comparable information on borrower complaints in order to ensure the program meets borrower needs.

**Servicer Performance Metrics**

We found that the performance metrics Education used to reward servicers did not fully align with its goals of superior service and program integrity. For example, because servicers are compensated based on the number of borrowers they serve, there may be a disincentive for them to counsel borrowers on debt relief programs that may benefit the borrower but require loan transfers to a different servicer. Similarly, because no performance metrics are related to

compliance with program requirements, servicers with more compliance errors experience no reduction in assigned loans, even as their borrowers may experience servicing problems.

Recommendation 6: Education should evaluate and make needed adjustments to Direct Loan servicer performance metrics and compensation to improve assessment, including using baseline data, and alignment with FSA's strategic goals aimed at superior customer service and program integrity, and to ensure that the assignment of new loans to servicers takes program compliance into account. (GAO-16-523)

- Status: Open

- Description: Education agreed with this recommendation and stated that it would evaluate existing and alternative performance metrics and compensation strategies as part of its process for procuring a new loan servicing solution. In May 2018, an Education official told us that Education's new loan servicing system would eventually address this recommendation. However, the official said the metrics that will be used to evaluate loan servicers have not yet been determined. Unless Education better aligns its servicer performance metrics, borrowers will continue to be at risk of experiencing errors and poor customer service.

**Agency Comments**

We provided a draft of this report to Education for its review and comment. In its comments, reproduced in the attached enclosure, Education generally concurred with our assessment regarding the status of each recommendation. The agency reiterated its plans to address the remaining open recommendations through the broader redesign of Education's student loan servicing system.

- - - - -

As agreed with your offices, unless you publicly announce the contents of this report earlier, we plan no further distribution until 30 days from the report date. At that time, we will send copies to the appropriate congressional committees, the Secretary of Education, and other interested parties. In addition, the report will be available at no charge on the GAO website at http://www.gao.gov.

If you or your staff have any questions about this report, please contact me at (617) 788-0534 or emreyarrasm@gao.gov. Contact points for our Offices of Congressional Relations and Public Affairs may be found on the last page of this report. GAO staff who made key contributions to this report include Debra Prescott (Assistant Director), Liam O'Laughlin (Analyst-in-Charge), Susan Aschoff, Deborah Bland, William Colvin, Elizabeth Dretsch, Kristy Kennedy, Sheila McCoy, Mimi Nguyen, Steven Putansu, Vernette Shaw, Benjamin Sinoff, and Rebecca Woiwode.

Melissa Emrey-Arras, Director
Education, Workforce, and Income Security Issues

Enclosure

**Enclosure: Comments from the Department of Education**



July 18, 2018

Ms. Melissa Emrey-Arras
Director, Education, Workforce, and Income Security Issues
United States Government Accountability Office
Washington, D.C. 20548

Dear Ms. Emrey-Arras:

Thank you for providing the Department of Education (the Department) with a draft copy of the Government Accountability Office's (GAO) performance audit, "Federal Student Loans: Further Actions Needed to Implement Recommendations on Oversight of Loan Servicers." The purpose of this audit was to evaluate the Department's efforts to implement prior GAO recommendations for improving oversight of federal student loan servicers. We appreciate the opportunity to comment on the draft report.

In the report, GAO evaluated the Department's efforts to implement six specific recommendations made by GAO in testimony in 2015 and in a report issued in 2016. Below, we list each GAO recommendation and respond to GAO's comments on the Department's implementation of that recommendation.

**Recommendation 1:** FSA should implement a more rigorous methodology for selecting recorded calls between servicers and borrowers to review, including a clearer definition of the sample servicers should select, a sample that targets more critical and more frequent types of calls, and a verification process to ensure integrity of the call selection process. (GAO-16-196T)

**Response:** The Department welcomes GAO's acknowledgement that the Department's actions to address this recommendation have resulted in the implementation of a more rigorous selection methodology. This action significantly increases the number of incoming and outgoing calls that are sampled and reviewed each month. GAO also recognized that the new methodology explicitly requires the inclusion of calls related to specific accounts or business activities, such as issues with loans to military service members, loan rehabilitation, Public Service Loan Forgiveness, and loan consolidation. GAO noted that the Department has included a verification process to ensure that servicers meet the new requirements. We are grateful that with our efforts on this recommendation, GAO considers the recommendation closed.

**Recommendation 2:** FSA should better document call monitoring results to allow analysis of trends over time and facilitate the sharing of complete and consistent information from these efforts with FSA Management. (GAO-16-196T)



*An OFFICE of the U.S. DEPARTMENT of EDUCATION*

830 First St. N.E., Washington, DC 20202

**Response:** The Department welcomes GAO's acknowledgement that the new call monitoring plan implemented by the Department includes enhancements to help assess and improve the performance of loan servicers. GAO also found that the plan includes formal scoring and reporting of call monitoring results, improved documentation by the Department and servicers, and improved quality assurance tracking when issues are identified. GAO concluded that the reports generated from this review process contain consistent information and sufficient detail to allow the Department to identify trends over time and address any issues that arise. We are pleased that the Department's efforts on this recommendation led GAO to consider the recommendation closed.

**Recommendation 3:** FSA should review its methods of providing instruction and guidance to servicers, identifying areas to improve clarity and sufficiency, and ensure consistent delivery of instructions and guidance to ensure program integrity and improve service to borrowers. For example, Education could consider implementing a detailed, common servicing manual for the Direct Loan program. (GAO-16-196T)

**Response:** As noted by GAO, the Department plans to implement this recommendation through our broad redesign on the loan servicing system. As the Department moves forward with that redesign, we will ensure that the new system provides clear, sufficient, and consistent guidance to ensure program integrity and improve service to borrowers.

**Recommendation 4:** Education should develop a minimum standard that specifies core call center operating hours to provide borrowers, including those on the West Coast, with improved access to servicers. (GAO-16-523)

**Response:** As noted by GAO, the Department agrees with the recommendation and plans to implement the recommendation as part of the redesign of the loan servicing system. One of the core goals of the redesign of the loan servicing system is to provide an improved borrower experience. An integral component of the solution is to ensure that borrowers have improved access to customer service representatives to aid them in managing their loans.

**Recommendation 5:** Education should ensure that the new unified borrower complaint tracking system includes comprehensive and comparable information on the nature and status of borrower complaints made to both Education and servicers, to allow Education to track trends and better manage the program to effectively meet borrower needs. (GA0-16-523)

**Response:** As noted by GAO, the Department plans to address this recommendation through the redesign of the loan servicing system. As part of that redesign, the Department plans to develop a single platform that maintains a record of all customer service interactions, including any complaints that borrowers submit. The goal is to create a unified process to collect comprehensive and comparable information on borrower complaints to ensure continuous improvement in meeting borrower needs.

**Recommendation 6:** Education should evaluate and make needed adjustments to Direct Loan servicer performance metrics and compensation to improve assessment, including using baseline

data, and alignment with FSA's strategic goals aimed at superior customer service and program integrity, and to ensure that the assignment of new loans to servicers takes program compliance into account. (GAO-16-523)

**Response:** As noted by GAO, the Department agrees with this recommendation and intends to evaluate existing and alternative performance metrics and compensation strategies as part of our initiative to redesign the loan servicing system. The Department plans to use performance metrics to accomplish the goal of improving the borrower experience to reduce the risk of borrowers experiencing errors and poor customer service. Our goal is to provide a world-class customer service experience.

I appreciate your examination of the Department's efforts to improve oversight of federal student loan servicers.

Sincerely,

James F. Manning
Acting Chief Operating Officer

(102750)

This is a work of the U.S. government and is not subject to copyright protection in the United States. The published product may be reproduced and distributed in its entirety without further permission from GAO. However, because this work may contain copyrighted images or other material, permission from the copyright holder may be necessary if you wish to reproduce this material separately.

| | |
|---|---|
| **GAO's Mission** | The Government Accountability Office, the audit, evaluation, and investigative arm of Congress, exists to support Congress in meeting its constitutional responsibilities and to help improve the performance and accountability of the federal government for the American people. GAO examines the use of public funds; evaluates federal programs and policies; and provides analyses, recommendations, and other assistance to help Congress make informed oversight, policy, and funding decisions. GAO's commitment to good government is reflected in its core values of accountability, integrity, and reliability. |
| **Obtaining Copies of GAO Reports and Testimony** | The fastest and easiest way to obtain copies of GAO documents at no cost is through GAO's website (https://www.gao.gov). Each weekday afternoon, GAO posts on its website newly released reports, testimony, and correspondence. To have GAO e-mail you a list of newly posted products, go to https://www.gao.gov and select "E-mail Updates." |
| **Order by Phone** | The price of each GAO publication reflects GAO's actual cost of production and distribution and depends on the number of pages in the publication and whether the publication is printed in color or black and white. Pricing and ordering information is posted on GAO's website, https://www.gao.gov/ordering.htm. |
| | Place orders by calling (202) 512-6000, toll free (866) 801-7077, or TDD (202) 512-2537. |
| | Orders may be paid for using American Express, Discover Card, MasterCard, Visa, check, or money order. Call for additional information. |
| **Connect with GAO** | Connect with GAO on Facebook, Flickr, Twitter, and YouTube. Subscribe to our RSS Feeds or E-mail Updates. Listen to our Podcasts. Visit GAO on the web at https://www.gao.gov. |
| **To Report Fraud, Waste, and Abuse in Federal Programs** | Contact: Website: https://www.gao.gov/fraudnet/fraudnet.htm Automated answering system: (800) 424-5454 or (202) 512-7470 |
| **Congressional Relations** | Orice Williams Brown, Managing Director, WilliamsO@gao.gov, (202) 512-4400, U.S. Government Accountability Office, 441 G Street NW, Room 7125, Washington, DC 20548 |
| **Public Affairs** | Chuck Young, Managing Director, youngc1@gao.gov, (202) 512-4800 U.S. Government Accountability Office, 441 G Street NW, Room 7149 Washington, DC 20548 |
| **Strategic Planning and External Liaison** | James-Christian Blockwood, Managing Director, spel@gao.gov, (202) 512-4707 U.S. Government Accountability Office, 441 G Street NW, Room 7814, Washington, DC 20548 |

Please Print on Recycled Paper.



EXHIBIT B

**DECISION MEMORANDUM**

Date:       October 29, 2023

To:         James Kvaal, Under Secretary, Department of Education

From:       ███████████, Executive Director, Vendor Oversight & Program Accountability

Thru:       ███████████ Executive Director, Delivery Systems and Extended Workforce
            ███████ Director, Policy Implementation and Oversight
            ███████ Deputy Chief Operating Officer (SEAD)
            Richard Cordray, FSA's Chief Operating Officer

Subject:    Request Approval: Use of Secretary's Compromise Authority for Remediating Potential
            Harm to Borrowers Caused by Return to Repayment Servicing Errors

**Scope**

This decision memo requests approval of certain actions to ensure borrowers are not harmed by servicing errors during Return to Repayment (R2R). Specifically, this memo requests approval to adjust any interest that accrued for affected borrowers while their accounts were being remediated. The memo also requests approval to grant credit toward Income Driven Repayment (IDR) and Public Service Loan Forgiveness (PSLF) for borrowers who were taken out of a repayment status and placed in an administrative forbearance to resolve these servicing errors. The memo treats the populations of below on a group-wide basis because it would not be administratively feasible to correct these errors on an individualized or opt-in basis.

**Background**

Congress and the Department paused collections and interest charged on Department-held loans beginning in March 2020. Consistent with the Fiscal Responsibility Act of 2023, the Department ended the pause at the end of August 2023. Now that the pause has ended, loans, as of September 1, 2023, are accruing interest and, as of October 1st, 2023, most borrowers are required to make student loan payments.

Federal student loan programs are complex, and it takes significant resources from both borrowers and servicers to navigate loan terms and conditions and to submit and process applications for programs that will help borrowers succeed in repayment. In preparation for the end of the payment pause, the Department has long been planning several steps to help borrowers manage their student loans, including creating a more affordable IDR plan, the Saving on a Valuable Education (SAVE) plan, through the publication of new regulations.

As part of FSA's ongoing oversight efforts and based on reports from loan servicers, we have identified several cohorts of borrowers returning to repayment who may have been harmed by servicing errors:

- **Errors with Converting to SAVE Plan Caused Incorrect Monthly Bills** (78,000 borrowers)

- o When borrowers whose accounts were transferred to new servicers were converted from an older IDR plan to the new SAVE plan, their monthly payments were incorrectly calculated based on incorrect family sizes, family income and spousal loan balances.
- o For over 5 million borrowers, their new loan servicers did not have the necessary information to complete the SAVE conversions because it was never transferred by the borrower's previous servicer. These receiving servicers needed to find alternative sources for the IDR information, and many relied on the previous servicer's reporting of IDR information to NSLDS. Unfortunately, approximately 8 percent of the time the prior servicer reported conflicting IDR data to NSLDS.
- o For 78,000 borrowers, these conflicting data was used and caused the servicers to miscalculate the borrower's monthly payments.
- o For example, one borrower received a bill showing she owed $355 per month. With her previous servicer, prior to the pandemic, her payment was $130 per month. Under the new SAVE plan her new payment should have been $58 per month. The prior servicer inaccurately reported to NSLDS that her family size was only one, when in fact this same servicer had reported to NSLDS in a different record that she was married, had a dependent child and her spouse had eligible loans for spousal proration.
- o A subsequent analysis of the inaccurate reporting showed that 90 percent of the time the prior servicer had incorrectly reported the family size as too low (causing the borrower's amount due to be too high). The remaining 10 percent of the time, the family size was too high (causing the borrower's amount due to be too low).

- **Incorrect Monthly Bills** (>21,000 borrowers)
  - o Over 21,000 borrowers received monthly billing statements with very high and potentially incorrect amounts due. Hundreds of borrowers received bills stating they owed over $10,000 per month and a few borrowers over $100,000 per month.
  - o For example, one transferred borrower received a billing statement saying they owed $108,895.19 that month (the borrower's whole balance) because the borrower's loan servicer erroneously reduced the loan term (how long the borrower has to repay the loan) down to 2 months from 120 months.
  - o These borrowers were primarily loan transfers or Fresh Start borrowers and their servicers erroneously set their loans' repayment term to 1-2 months (vs 120-240 months). A handful of these borrowers were affected by "fat fingering" the borrower's annual income ($500,000 or $1 million per year) by either the servicer staff or the borrower themselves.

- **Late or No Billing Statements Sent** (approximately 2.5 million borrowers)
  - o One loan servicer reported they did not send timely billing statements to approximately 2.5 million borrowers returning to repayment for the first time in 3.5 years. The servicer has reported that as of October 19, 2023, over 830,000 of these borrowers missed making a full payment by their due date and are now considered delinquent.
  - o For example, one borrower was sent her first billing statement on September 28th, 2023, with a due date of 10 days later (October 7th, 2023). This borrower also saw her monthly payment unexpectedly jump from $167 per month to $644 per month. The borrower was unable to contact her servicer to resolve the issue.

- o Borrowers returning to repayment after such a long hiatus were promised by the Department and their loan servicers that they would be given at least 21 days' notice before their first bill was due.[1]
  - ▪ 1.9 million borrowers (79 percent) were sent notices 15-20 days prior to their due date.
  - ▪ 499,000 borrowers (20 percent) were sent notices 8-14 days prior to their due date.
  - ▪ 16,000 borrowers (1 percent) were sent notices 7 days or less than their due date.
- o 30 percent of these affected borrowers (741,000) were mailed billing notices such that the borrower likely received the billing statement even later than the send date. 6,000 of those billing notices were mailed with 7 days or less notice.

- **Borrowers with Pending Borrower Defense (BD) Applications or Discharges Were Not Kept in Forbearance** (approximately 16,000 borrowers)
  - o Servicers placed approximately 16,000 borrowers with pending BD applications or discharges in repayment status when those borrowers should have been kept in BD forbearance.
  - o For example, one borrower who submitted a BD application in June of 2022 was erroneously taken out of forbearance when borrowers returned to repayment. She was sent a billing statement on September 23, 2023, and made a payment on October 6th, 2023.
  - o Borrowers with pending BD applications or pending BD discharges, should be in a BD forbearance or other non-pay status, unless the borrower has opted out, has $0 per month IDR payment or the BD discharge and per or interest credit has already been fully processed. Any loan eligible for group discharge should be in a BD forbearance or other non-pay status, until the discharge has been processed.
  - o FSA is prohibited from actively collecting against many borrowers with pending BD applications or discharges due to a court order (e.g., *Manriquez* case) or settlement (e.g., *Sweet* case).

- **No Income Driven Repayment Disclosures Sent** (approximately 153,000 borrowers)
  - o When converting borrowers from the older REPAYE IDR plan to the new SAVE plan one servicer failed to send revised disclosures stating the borrower's new monthly payment until after or contemporaneously to the due date.
  - o When monthly payments are recalculated, Federal regulations require the Department to send borrowers a written notification that provides the borrower with the borrower's scheduled monthly payment amount and the time period during which this scheduled monthly payment amount will apply.[2]
  - o While the IDR regulations and servicer contractual requirements do not specifically state when these disclosures must be sent, FFEL regulations require that commercial lenders must send borrowers loan disclosures "in simple and

---

[1] "You'll receive a billing statement from your loan servicer at least 21 days before your payment is due. The statement will include your payment amount and the payment due date."
https://studentaid.gov/help-center/answers/article/how-much-do-i-need-to-pay-on-loan
https://studentaid.gov/manage-loans/repayment/prepare-payments-restart
[2] 34 CFR 685.209 Income-contingent repayment plans

understandable terms... not less than 30 days... before the first payment on the loan is due from the borrower".[3]

- o For over 110,000 of these borrowers their first notice of their revised monthly payments under the new IDR plan (which may or may not have been right) was their monthly bill (which may or may not have been sent on time). Additionally, these monthly bills did not state which repayment plan the borrower was on nor did they state the time period during which the scheduled monthly payments would apply.

As was anticipated, borrowers are facing substantial challenges requesting help from their loan servicers when an issue arises. More than 28 million borrowers now owe payments for the first time in at least 3.5 years, more than 20 times greater than the number of borrowers who would typically enter repayment in a single month and five times more borrowers than would normally enter repayment in an entire year. Borrowers' need for support has been many times greater than in a typical year, which is also juxtaposed within an environment where servicers have diminished call center capacity (e.g., reduced hours, and less experienced call center representatives).

Consequently, FSA and servicer call centers have struggled to handle the volume of borrowers seeking information and making repayment arrangements. While the number of borrower calls are just now returning to pre-pandemic rates, the length and complexity of the calls has extended hold times significantly (on average 58 min per borrower), borrowers are asking their servicers more questions (call lengths are approximately 70 percent longer than 2019) and only half of borrowers trying to call their servicer this week actually got through (approximately 52 percent abandonment rate).

Compounding the issue, during the pause, the Department transferred 24 million borrowers and hundreds of millions of loans between loan servicers during the payment pause. There were sound benefits for these loan transfers, including efforts to strengthen accountability for loan servicers. However, loan transfers interrupt borrowers' relationships with servicers, requiring them to establish new accounts, seek information from new sources, and send payments to new destinations. Moreover, loans which are transferred between servicers are historically prone to account errors: one study suggested that when borrowers change servicers, as many as one in five borrowers experience problems with inaccurate account information, leading to inaccurate payments.[4] Such issues may be particularly challenging and increase loan repayment over time.[5] Consequently, new servicers may not have ready access to all the necessary information to fix a mistake.

These borrowers are returning to a student loan system that is midstream in making fundamental reforms to student loan servicing and borrower benefits, at a time when FSA is managing multiple management priorities with constrained funding. In sum, returning to repayment after the payment pause is one of the most significant management challenges in FSA's history.

**Borrowers Were Harmed by These Servicing Errors.**

---

[3] 34 CFR 682.205 Disclosure requirements for lenders

[4] *See* https://files.consumerfinance.gov/f/201509_cfpb_student-loan-servicing-report.pdf.

[5] *See* https://www.aeaweb.org/articles?id=10.1257/app.20200362.

Affected borrowers who either did not make a full, on-time payment due to an incorrect or missing monthly bill/disclosure or made a payment they did not need to make were harmed in the following ways:

- **Delinquency** - Borrowers who failed to make full, on-time payments are considered and appear as delinquent in servicer and FSA systems. While the on-ramp period will help ensure these borrowers are not reported as delinquent to the credit bureaus, if these borrowers call their servicer or log into their online account, they will see a past due notice. If a borrower does eventually make a payment, that payment will be applied to the previous and erroneous past due amount. The remediation here is to put these borrowers in a retroactive administrative forbearance immediately to remove these delinquencies.

- **Lost IDR/PSLF Credit** – While delinquent borrowers in a repayment status would receive credit toward IDR and PSLF under the IDR adjustment, if these borrowers are placed in retroactive administrative forbearances in a way that does not leave at least one day per month in a repayment status for each month, these borrowers will likely not receive IDR/PSLF credit (unless they qualify for the forbearance exceptions). The remediation here is to ensure these borrowers receive appropriate credit toward IDR and PSLF forgiveness.

- **Lost Interest Subsidy** – Borrowers on the SAVE plan who make full- and on-time payments, will not see their balance increase due to the new 100 percent interest subsidy. If borrowers on the SAVE plan cannot make a payment because the servicer miscalculated their monthly payment and placed them in administrative forbearance these borrowers will lose out on any potential interest subsidies for that month. The remediation for this is to ensure these borrowers' balances do not increase due to interest while the monthly payments are being recalculated.

- **NSF Fees –** For some borrowers, the reason why they did not pay is that their auto-debit payment exceeded their banking balance and then these borrowers were also hit with an nonsufficient fund fee (NSF). FSA will require servicers to refund any NSFs due to servicer error directly to the borrowers.

**FSA's Remediation Plan Will Ensure Borrowers Are Not Harmed Due to These Servicing Errors**

In order to ensure that affected borrowers are not harmed by these servicing errors identified during the Return to Repayment period, FSA has already instructed the servicers to:
- Place these borrowers in an administrative forbearance until their IDR applications have been reviewed,
- Notify these borrowers of the reason for placing their loan(s) in administrative forbearance,
- Offer to refund any impacted or recent payments made by these borrowers,
- Pay any non-sufficient fund (NSF) fees that may have occurred,
- Reprocess the IDR applications for these borrowers using the correct family size, household income and spousal loan information contained in the file,
- Send these borrowers new IDR disclosures with the revised monthly payment amount (MPA).

Pending your approval FSA intends to instruct servicers to:

- Ensure borrowers receive credit toward IDR/PSLF forgiveness while their monthly payments are being recalculated and
- Ensure affected borrowers effectively do not accrue any interest while their accounts are being corrected.

Many but not all affected borrowers would have been eligible for an interest subsidy under the SAVE and PAYE IDR programs. FSA believes a remediation plan that ensures all affected borrowers are fully remediated and can be easily communicated (e.g., a customer service representative can explain it when a borrower calls in and asks what is happening to their account) is the best approach and prevents putting additional strain on the already strained contact centers. Additionally, FSA believes that addressing these problems now and restoring affected borrowers to the position they should have been in will put those borrowers in the best position to repay their loans in the future.

## Evaluating Factors

When evaluating if approval of corrections to borrower accounts in non-standard situations is warranted, FSA should consider the following factors:[6]

- <u>Statutory/regulatory requirements</u>: What are the relevant statutory and regulatory requirements related to this issue?
- <u>World Class Customer Service</u>: Would using the standard account correction procedures mean that FSA is not providing world class customer service?
- <u>Customer Reliance</u>: Has an unreasonable amount of time passed before the issue was discovered and did the customer reasonably rely on the status quo?
- <u>Good Faith</u>: Did the customer's action substantially contribute to the issue?
- <u>De Minimis Harm</u>: Would using the standard account correction procedures result in unreasonable amount of work for FSA or our vendors to implement while curing only a de minimis amount of harm?
- <u>Potential for litigation</u>: Would using the current regulatory application result in potential litigation risk against the Department or one of FSA's vendors? (e.g., a class action lawsuit)
- <u>Reputational risk</u>: Would using the standard account correction procedures result in substantial reputational risk to FSA? (e.g., unfavorable media coverage)

Below is an evaluation of these approved factors.

**<u>Statutory/regulatory requirements:</u>** *What are the relevant statutory and regulatory requirements related to this issue?*

At the start of the pandemic, the CARES Act suspended collection of Federally held student loan debt and ensured there would be no accrual of interest during the payment pause. The CARES Act also required the Department to "carry out a program to provide not less than six notices by mail, telephone, or electronic communications indicating when the borrower's normal payment obligations will resume; and that the borrower has the option to enroll in income-driven repayment, including a brief description of such options."[7]

---

[6] FSA's Vendor Corrective Action Plans (CAPs)/Work Plans, Financial Penalties for Vendors and Corrections to Borrower Accounts: Standard Operating Procedures (SOPs), Approved November 2021
[7] Public Law 116-136 §3513(g)(2). TEMPORARY RELIEF FOR FEDERAL STUDENT LOAN BORROWERS.

The payment pause was extended by Secretary a number of times until on June 3, 2023, the President signed the "Fiscal Responsibility Act of 2023"[8] that ended the payment pause "sixty days after June 30, 2023." On September 1st, 2023, interest began to accrue on borrower accounts and generally borrowers had to make their first payments after the pause during the month of October 2023.

On July 10th, 2023, the Secretary issued new regulations[9] making improvements to the Income Driven Repayment (IDR) programs. These regulations amended the Revised Pay as You Earn (REPAYE) repayment plan and gave it the new name of the Saving on a Valuable Education (SAVE) plan. In the first year of implementation, borrowers converted from the old REPAYE plan to the new SAVE plan should see their monthly payments lowered because the amount of protected income increased from 150 percent of the Federal poverty guidelines to 225 percent. Additional changes will be implemented next year.

Starting July 1, 2024, the new regulations will allow borrowers to count certain periods of "administrative forbearance" toward IDR forgiveness. Specifically, borrowers will now receive "up to 60 days" of IDR credit while their servicers "collect and process documentation supporting the borrower's request for a deferment, forbearance, change in repayment plan, or consolidation loan."[10]

On November 1, 2022, the Secretary issued new PSLF regulations that allow borrowers to count these same periods of "administrative forbearance" toward PSLF. [11] This change to PSLF was effective July 1, 2023.

According to the Higher Education Act (HEA), the Secretary may "enforce, pay, compromise, waive, or release any right, title, claim, lien, or demand, however acquired, including any equity or any right of redemption."[12]

The Federal Claims Collection Standards (FCCS) regulations state the bases for compromising a borrower's debt.[13] In this instance the Department "may compromise a debt if the Government cannot collect the full amount because... there is significant doubt concerning the Government's ability to prove its case in court...If there is significant doubt concerning the Government's ability to prove its case in court for the full amount claimed, either because of the legal issues involved or because of a bona fide dispute as to the facts, then the amount accepted in compromise of such cases should fairly reflect the probabilities of successful prosecution to judgment, with due regard given to the availability of witnesses and other evidentiary support for the Government's claim. In determining the litigative risks involved, agencies should consider the probable amount of court costs and attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412, that may be imposed against the Government if it is unsuccessful in litigation."

Affected borrowers could argue that the servicing errors effectively resulted in notices that did not comply with the notice requirements of the CARES Act and the regulatory requirements for sending disclosures, and FSA believes that these servicing errors pose litigation risks, as addressed below,

---

[8] PUBLIC LAW 118–5 §271. FISCAL RESPONSIBILITY ACT OF 2023

[9] https://www.federalregister.gov/documents/2023/07/10/2023-13112/improving-income-driven-repayment-for-the-william-d-ford-federal-direct-loan-program-and-the-federal/

[10] 34 CFR 685.205(b)(9)

[11] https://www.federalregister.gov/documents/2022/11/01/2022-23447/institutional-eligibility-under-the-higher-education-act-of-1965-as-amended-student-assistance, 34 CFR § 685.219

[12] 20 U.S. Code § 1082(a)(6) - Legal powers and responsibilities

[13] 31 CFR § 902.2 Bases for compromise.

and therefore meet the basis for compromise under the FCCS (see potential for litigation section below).

**World Class Customer Service:** *Would using the standard account correction procedures mean that FSA is not providing world class customer service?*

It has been said that "customers don't expect your business to be perfect, but they do expect you to own up to your mistakes and make them right." Providing world class customer service is preventing as many of these issues as possible and when they still happen, ensure that borrowers are not harmed by those servicing errors.

With 28 million borrowers returning to repayment for the first time in over 3.5 years, implementation of the new IDR program and budgetary restraints, borrowers and the public at large likely expected there to be some bumps in the road. Providing world class customer service is acknowledging these servicing errors and making them right for borrowers.

In fact, it was the anticipation of issues like these that lead to the Department authorizing the on-ramp program that prevents the reporting of delinquencies to the credit reporting agencies for one year after the payment pause.

**Customer Reliance:** *Has an unreasonable amount of time passed before the issue was discovered and did the customer reasonably rely on the status quo?*

These customers reasonably relied on their loan servicers to send them accurate monthly bills and repayment disclosures in a timely manner prior to returning to repayment for the first time in over 3.5 years.  In some cases, these customers have experienced financial detriment due to the servicers' failure to provide accurate and timely bills and disclosures.

If any of these borrowers did notice any potential issues with their monthly bills or repayment disclosures only about half of them would have actually been able to get through to their loan servicers after waiting on hold for an average of 1 hour.

FSA's call monitoring team has listened to several borrowers calls with loan servicers where issues like these were raised and nearly all of the customer service representatives advised the borrower to just submit a new IDR application online (which borrowers were hesitant to do because it may increase their monthly payments due to a larger family income and the months spent processing the new applications would not count toward IDR/PSLF forgiveness).

**Good Faith:** *Did the customer's action substantially contribute to the issue?*

The issues contributing to these servicing errors were largely out of the borrower's control (e.g., return to repayment, the transition to the new IDR program, and historic numbers of borrowers transferring loans servicers). Borrowers asking for remediation acted in good faith.

28 million borrowers are returning to a student loan system that is midstream in making fundamental reforms to student loan servicing and borrower benefits, at a time when FSA is managing multiple management priorities with constrained funding.

**De Minimis Harm:** *Would using the standard account correction procedures result in an unreasonable amount of work for FSA or our vendors to implement while curing only a de minimis amount of harm?*

N/A. Either remediation approach, the standard account correction procedure or the proposed non-standard account correction proposed in this memo, will require a significant amount of work to implement.

**Potential for litigation:** *Would using the current regulatory application result in potential litigation risk against the Department or one of FSA's vendors? (e.g., a class action lawsuit)*

If FSA does not fully remediate the harm experienced by borrowers due to servicing errors, there is a significant litigation risk against the Department and/or our vendors.

> "We take our oversight role very seriously," the agency said in a statement, "and when mistakes happen, we work swiftly to resolve them and make sure there is as little impact as possible on borrowers." The department estimates that 420,000 borrowers have been affected by the miscalculations. Still, it may be difficult to gauge the full extent of the problem, with piles of applications yet to be processed.[14]

It is likely that, if FSA fails to fully remediate these borrower as promised, borrowers who were financially harmed due to servicing errors would seek a legal remedy against their servicers and/or the Department. Although the Department is immune from certain types of borrower claims related to servicing and oversight of servicers, liability for the servicers themselves could also limit the Department's ability to enforce these loans in full in the future.

Additionally, these servicing errors potentially violate several federal and state consumer protection laws. Federal and state regulators who are currently conducting supervisory examinations of FSA's loan servicers to monitor return to repayment have already indicated that if FSA does not fully remediate these borrowers, they will likely find violations of their consumer protection laws and require servicers to remediate the problems experienced by borrowers themselves and impose monetary fines against the servicers, while not fully fixing the problems caused for borrowers. Servicers facing these penalties may file "Requests for Equitable Adjustments" (REAs) demanding that FSA reimburse them for the additional costs beyond those clearly attributable to their own errors, such as receiving conflicting information from prior servicers and unclear or erroneous information from FSA.

**Reputational risk:** Would using the standard account correction procedures result in substantial reputational risk to FSA?

Failing to correct these servicing errors would result in substantial reputation risk to the Department and FSA.

---

[14] "Rollout of Biden's new student loan repayment plan hits early snags", Washington Post, October 7, 2023, https://www.washingtonpost.com/education/2023/10/07/save-student-loan-payment-errors/

**Level of Approval Required**

The Secretary of Education has delegated FSA's Chief Operating Officer (COO) authority for "collection and compromise claims against individuals under the Federal Student Aid (FSA) Programs."

Due to the inability for FSA to accurately estimate the potential compromise amounts associated with remediating these accounts, this decision memo is being directed to the Under Secretary through FSA's COO.

**Conclusion**

Based on the evaluation of the factors above, FSA recommends that the Department use the Secretary's compromise authority to adjust any interest that accrued for affected borrowers while their accounts were being remediated. The memo also requests approval to grant credit toward IDR and PSLF for borrowers who were taken out of a repayment status and placed in an administrative forbearance to resolve these servicing errors.

Nothing in this document limits the government's ability to exercise its full settlement and compromise authority under the HEA.

 **RECOMMENDATION: FSA should use the Secretary's compromise authority under 20 USC 1082(a) to direct loan servicers** to adjust any interest that accrued for affected borrowers while their accounts were being remediated. The memo also requests approval to grant credit toward Income Driven Repayment (IDR) and Public Service Loan Forgiveness (PSLF) for borrowers who were taken out of a repayment status and placed in an administrative forbearance to resolve these servicing errors.

✔ DECISION

☒ Yes          ☐ No               ☐ No, with comment

JAMES KVAAL



Digitally signed by JAMES KVAAL
Date: 2023.10.29
21:18:17 -04'00'

# EXHIBIT C

# I. PERFORMANCE MANAGEMENT:

Unified Servicing and Data Solution (USDS) Servicers shall adhere to FSA's Service Level Agreements and Service Level Objectives and shall include performance management mechanisms that would enable improved and ongoing achievement of metrics. FSA has established common performance metrics that USDS Servicers shall adhere to during the performance period of this contract.

The performance of USDS Servicers will be evaluated against the Service Level Agreements ("**SLA Metrics**") and Service Level Objectives ("**SLO Metrics**") on a monthly basis.

**SLA Metrics** measure performance on key borrower facing tasks that are critical to providing high quality customer service. Failure to meet an SLA Metric will result in a negative performance incentive (NPI) of **up to 5%** per SLA metric from the USDS Servicer's invoice for CLIN 3 Contact Center and Back-Office Processing Operation & Maintenance for the corresponding month which was measured where the services were performed. If a USDS Servicer fails to meet multiple SLA metrics the cumulative NPI will **not exceed 20%** in a given month. Below is the list of **SLA Metrics** that USDS Servicers are expected to comply with while performing this contract.

| SLA Metric | Metric Threshold | | Requirement | NPI Factor |
|---|---|---|---|---|
| **Customer Satisfaction** | 70% | or higher | 49000.030 | 25 |
| **Abandon Rate** | 4.0% | or lower | 49000.040 | 100 |
| **Interaction Quality Monitoring** | 95% | or higher | 49000.050 | 40 |
| **Accuracy Rate** | 95% | or higher | 17000.120 | 40 |
| **Timeliness** | 95% | or higher | 20015.010 | See NPI Factors below: |
| IDR Applications (Process) | 15 | business days | 5012.010 | 20 |
| Discharge (Predetermination) | 30 | business days | 23001.040 | 20 |
| Discharge (Process) | 30 | business days | 23001.050 | 20 |
| Auto Closed School (Discharge) | 30 | business days | 23007.020 | 20 |
| Borrower Defense (Discharge) | 15 | business days | 23018.033 | 20 |
| TPD - VA (Discharge) | 15 | Business days | 13008.023 | 20 |
| IDR (Discharge) | 15 | Business days | 42012.000 | 20 |
| PSLF (Discharge) | 15 | Business days | 23020.020 | 20 |
| Deferment (Process) | 10 | business days | 21000.010 | 20 |
| Forbearance (Process) | 10 | business days | 22000.002 | 20 |
| Loan Consolidations (LVC) | 10 | business days | 15007.022 | 20 |
| Loan Transfers (Loading) | 10 | business days | 18000.060 | 20 |
| Control Mail (Draft Responses) | 4 | business days | 32000.040 | 20 |
| FSA Feedback (Resolve) | 60 | business days | 32005.042 | 20 |
| **Finance** | | | | |
| Unmatched Fund Balance = $0 | 60 | calendar days | 6028.020 | |
| Suspense Balance <=5% | 60 | calendar days | 6023.000 | |
| Unapplied Balance = $0 | 10 | Months | 8049.000 | |

**SLO Metrics** are key performance indicators of USDS Servicers compliance with various servicing requirements. Failure to meet an SLO Metric will result in the USDS Servicer submitting and implementing an FSA approved corrective action plan (CAP) to achieve compliance with the SLO Metric. This does not remove or limit all other options available under the contract when the SLO Metric is also a contractual requirement.

In order to strengthen transparency and comply with statutory requirements[1], FSA intends to publicly release data related to the USDS Servicers' performance including, but not limited to, call center performance, timeliness, accuracy and customer satisfaction. FSA reserves the right to release performance and operational metrics related to the performance of this contract.

## II. Calculating SLAs:

This section outlines how FSA will measure SLAs and calculate any NPI for failing to meet the SLA Metrics. (Also see <u>Attachment 09 - SLA and Future Borrower Allocation Calculator</u>)

Key Terms:

- **Completed Tasks w/n SLA threshold**: Number of tasks completed during the review period within the SLA requirements.
- **Completed Tasks**: Number of tasks completed during the review period.
- **NPI Factor**: A weighting factor that affects when a full or partial NPI will be applied.
- **Overdue Tasks**: Number of tasks at the end of the review period that have been open for more than twice the SLA threshold.
- **SLA NPI Factor**: The NPI for failing to meet an SLA and does not exceed 5%.
- **SLA On Time Rate**: A calculated rate comparing the number of completed tasks, completed task with the SLA threshold and overdue task (See equation below).
- **SLA Threshold**: The minimum level of service required for each SLA Metric (e.g., the SLA threshold for Abandon Rate is 4%).
- **USDS Performance**: The actual level of performance for that SLA metric (e.g., the USDS Performance would be the actual abandon rate for the relevant month).

### A. *Customer Satisfaction*, *Quality Monitoring* and *Accuracy* SLA Metrics
For evaluating these metrics FSA will use the following formula:

([SLA Threshold] - [USDS Performance]) * [NPI Factor] / 10000 = [SLA NPI]

For example, if a USDS Servicer had a monthly *Customer Satisfaction* score of 65%, this is how the NPI would be calculated:

---

[1] P.L. 117-103, FY2022 Consolidated Appropriations Act, "That FSA shall strengthen transparency through expanded publication of aggregate data on student loan and servicer performance."

- SLA Threshold        70
- USDS Performance    65
- NPI Factor    25
- FORMULA    NPI: (70 – 65) * 25 / 10000 = 1.25%

## B. *Abandon Rate* SLA Metric

For evaluating this metric FSA will use the following formula:

([USDS Performance] - [SLA Threshold]) * [NPI Factor] / 10000 = [SLA NPI]

For example, if a USDS Servicer had a monthly abandon rate of 6%, this is how the NPI would be calculated:

- SLA Threshold        4
- USDS Performance    6
- NPI Factor    100
- FORMULA        NPI: (6 – 4) * 100 / 10,000 = 2.0%

## C. *Timeliness* SLA Metrics

For evaluating these metrics FSA will use the following formula:

([Completed Tasks w/n SLA] – [Overdue Tasks]) / [Completed Tasks] = [USDS Performance]

([SLA Threshold] - ([USDS Performance]) * [NPI] / 10000 = [SLA NPI]

For example, if a USDS Servicer fully processed 15,000 IDR applications in a given reporting period, 12,500 IDR applications were processed within the 15 business day SLA and 100 IDR applications are overdue and have been open for 30 business days.

- Completed Tasks        15,000
- Completed Tasks w/n SLA    12,500
- Overdue Tasks        100
- SLA Threshold        95
- USDS Performance        See SLA On Time Rate
- NPI Factor    20
- FORMULAS
    - SLA On Time Rate:    (12,500 – 100) / 15,000 = 83%
    - NPI: (95 – 83) * 20 / 10000 = 2.5%

On an annual basis, FSA reserves the right to unilaterally adjust the SLA NPI Factors each by up to 100% up or down at no additional cost to the Government. For example, at end of the first year of contract performance FSA may adjust the NPI factor for timeliness from 20 to 30.

## D. Finance SLA Metrics

Federal agencies rely on the Department of the Treasury (Treasury) to accept their daily collections (e.g., borrower payments) received from designated financial institutions. Treasury settles millions of collection transactions every day. Treasury tracks these collections by assigning each to a Treasury schedule number (schedule). Treasury typically reports multiple borrower collections on a single schedule to allow agencies to automate and simplify collection reporting in accordance with government-wide requirements.

Contractors are required to report those collections with the Treasury schedule number to FSA's general ledger (FMS) via a summary deposit (SUMDEP) transaction. The SUMDEP transaction places the borrower collections in a suspense fund (3875FNY). 3875FNY is a temporary fund the Department of Education (Department) uses to hold collection transactions until the transaction is applied to a loan program fund (e.g., Direct Loan fund, FFEL fund, TEACH fund, etc.).

As the contractor applies these collections to borrowers' accounts, the contractor reports collection transactions (COLLEC) to FMS by the Treasury schedule number. These COLLEC transactions move the collections from the suspense fund to the loan program fund associated with the borrower's account. Cash reporting is tracked by the Treasury schedule number.

For Fund Balance with Treasury (FBwT) reporting purposes, a schedule number is considered unmatched when the amounts reported by Treasury and the contractor (e.g., via the SUMDEP transaction) do not equal. For Suspense reporting purposes, a suspense account balance is the total dollar amount (i.e., absolute value) of unapplied schedules remaining in 3875FNY. A schedule is considered unapplied when it does not equal zero (e.g., SUMDEP transactions ≠ COLLEC transactions). Note that there are additional cash management related FMS transactions, but these were not needed to provide a high-level overview of the FBwT and Suspense reporting processes. Additional information is contained in **Attachment 2 Financial Technical Requirements** in the 6000, 7000, and 8000 financial requirements sections.

The Department reports to the Office of Management and Budget (OMB) & Treasury on the status of FSA's suspense account balances (i.e., 3875FNY). FSA must reconcile suspense account balances on a monthly basis. Suspense account balances are subject to scorecard performance evaluations by Treasury for continual authorization to use suspense accounts (i.e., approved waiver). Treasury may reconsider FSA's approved waiver authorization at any time based on FSA's performance.

Failure to meet one of the three financial SLA Metrics will result in a NPI of **1%** per SLA metric not met from the USDS Servicer's invoice for CLIN 3 (Contact Center and Back-Office Processing Operation & Maintenance) for the corresponding month which was measured where the services were

performed. For evaluating this metric FSA will use the following formula based on three completed tasks required to meet a minimum level of service:

1. Unmatched Fund Balance with Treasury (FBwT) schedules will not exceed 60 calendar days of aging.
2. The contractor shall ensure that at no time will the absolute value of the servicer's suspense balance older than 60 calendar days exceed 5% of the servicer's total suspense balance's absolute value.
3. No unapplied balances will remain after the 10th month.

*Unmatched Fund Balance with Treasury (FBwT)*

Unmatched FBWT schedules will not exceed 60 calendar days of aging.

For evaluating this metric FSA will use the following formula:

Number of Unmatched FBWT Schedules Older than 60 Calendar Days > 0 = 1.0% NPI

For example, the contractor had 100 unmatched FBwT schedules exceeding 60 days of aging.

- # of Unmatched FBwT Schedules > 60 Calendar Days          100
- FORMULAS
    - NPI:                     100 > 0 = 1.0%

*Suspense Balance*

The contractor shall ensure that at no time will the absolute value of the contractor's suspense balance older than 60 calendar days exceed 5% of the contractor's total suspense balance's absolute value.

For evaluating this metric FSA will use the following formula:

Percent of 3875FNY Suspense Balance over 60 Calendar Days >5% = 1.0% disincentive

For example, the contractor had 10% of the contractor's suspense balance older than 60 days.

- Suspense Balance Total              $500,000
- Suspense Balance (Over 60 days)      $ 50,000
- FORMULAS
    - NPI:    $50,000 / $500,000 > 5% = 1.0%

*Unapplied Balance*

No unapplied balance (i.e., suspense balance) will remain after the 10th month.

For evaluating this metric FSA will use the following formula:

Total Unapplied Balances Remaining After the 10th month > $0 = 1.0% disincentive

For example, the contractor had a $100,000 suspense balance that remained after the 10th month

- Total Unapplied Balance > 10th month        $100,000
- FORMULAS
    - NPI =              $100,000 > $0 = 1.0%

## NEGATIVE PERFORMANCE INCENTIVES:

Failing to meet a single SLA Metric will result in a negative performance incentive of **up to 5%** per SLA metric from the USDS Servicer's invoice for CLIN 3 (Contact Center and Back-Office Processing Operation & Maintenance) for the corresponding month which was measured where the services were performed. Total negative performance incentives for all the SLA Metrics will not exceed **20%** in each month. This does not remove or limit all other options available under the contract when the SLA Metric is also a contractual requirement.

If a USDS Servicer fails to meet an **SLA Metric**, the sum of the corresponding negative performance incentives shall be calculated and provided to the USDS Servicer for application to the applicable invoice for the month of services measured.

By the end of the month after services are delivered, FSA will provide the USDS Servicer a summary of the SLA Metric(s) the USDS Servicer failed to meet and the total amount of the NPI. The total amount of the NPI shall be shown as a reduction in the invoice submitted for the performance period for the corresponding month which was measured where the services were performed. Should the Contractor disagree with the Government's calculation of a negative performance incentive, it shall proceed in accordance with FAR 52.233-1, Disputes.

In the event a USDS Servicer repeatedly fails to meet SLA Metrics, consecutively fails to meet the same SLA Metric for at least two periods, the NPI shall be increased by fifty percent (50%) upon each additional failure (calculated as 1.50 multiplied by the NPI that would have been payable had it not been for the multiple consecutive SLA defaults), and shall be further increased by an additional fifty percent (50%) for any subsequent, consecutive failure to meet the Minimum Service Level Target of the same individual Service Level. In no event shall the sum of NPI due to Government with respect to all **SLA Metrics** occurring in a single month exceed the total value of the invoice for the associated month measured.

USDS Servicer acknowledges and agrees that the NPI shall not be deemed or construed to be liquidated damages or a sole and exclusive remedy or in derogation of any other rights and remedies Government has hereunder or under the Contract, including but not limited to the "Non-Compliance and Invoicing" section in the Performance Work Statement.

# MEASURING SLA & SLO PERFORMANCE

Operational reporting and evaluations by FSA or our vendors will be utilized to determine a USDS Servicer's compliance with the **SLA Metrics** and **SLO Metrics**. The assessment methodology for each metric (e.g., description of each metric, how it is measured, etc.) shall be provided and finalized post award. FSA reserves the right to waive any performance metric in a given period.

At the end of each review period, FSA will compile the relevant operational, performance and oversight reports. FSA will provide the USDS Servicer with FSA's assessment of their performance for the review period. If the USDS Servicer does not concur with the assessment, the Servicer may provide their written rationale within 5 business days of receipt for FSA's consideration. The written rationale shall describe why the areas of non-concurrence should be changed along with any supporting data. FSA will consider the response before finalizing the assessment.

## DEFINING SLO METRICS

The requirements defining the **SLO Metrics** are described in **Attachment "01 – Business Operations Servicing Requirements"** and associated attachments; **Attachment "02 – Financial Technical Requirements"** and associated attachments, and **Attachment "03 - IT Requirements Repository"** and associated attachments (collectively, Requirements),

The list of SLO Metrics can be found in **<u>Attachment 08 - SLA and Future Borrower Allocation Calculator</u>** under the "SLOs Servicing Timeliness" and "SLOs Financial: tabs.



EXHIBIT D

MAJORITY MEMBERS:

VIRGINIA FOXX, NORTH CAROLINA,
*Chairwoman*

JOE WILSON, SOUTH CAROLINA
GLENN THOMPSON, PENNSYLVANIA
TIM WALBERG, MICHIGAN
GLENN GROTHMAN, WISCONSIN
ELISE M. STEFANIK, NEW YORK
RICK W. ALLEN, GEORGIA
JIM BANKS, INDIANA
JAMES COMER, KENTUCKY
LLOYD SMUCKER, PENNSYLVANIA
BURGESS OWENS, UTAH
BOB GOOD, VIRGINIA
LISA C. MCCLAIN, MICHIGAN
MARY E. MILLER, ILLINOIS
MICHELLE STEEL, CALIFORNIA
RON ESTES, KANSAS
JULIA LETLOW, LOUISIANA
KEVIN KILEY, CALIFORNIA
AARON BEAN, FLORIDA
ERIC BURLISON, MISSOURI
NATHANIEL MORAN, TEXAS
JOHN JAMES, MICHIGAN
LORI CHAVEZ-DEREMER, OREGON
BRANDON WILLIAMS, NEW YORK
ERIN HOUCHIN, INDIANA



MINORITY MEMBERS:

ROBERT C. "BOBBY" SCOTT, VIRGINIA,
*Ranking Member*

RAÚL M. GRIJALVA, ARIZONA
JOE COURTNEY, CONNECTICUT
GREGORIO KILILI CAMACHO SABLAN,
NORTHERN MARIANA ISLANDS
FREDERICA S. WILSON, FLORIDA
SUZANNE BONAMICI, OREGON
MARK TAKANO, CALIFORNIA
ALMA S. ADAMS, NORTH CAROLINA
MARK DESAULNIER, CALIFORNIA
DONALD NORCROSS, NEW JERSEY
PRAMILA JAYAPAL, WASHINGTON
SUSAN WILD, PENNSYLVANIA
LUCY MCBATH, GEORGIA
JAHANA HAYES, CONNECTICUT
ILHAN OMAR, MINNESOTA
HALEY M. STEVENS, MICHIGAN
TERESA LEGER FERNÁNDEZ,
NEW MEXICO
KATHY E. MANNING, NORTH CAROLINA
FRANK J. MRVAN, INDIANA
JAMAAL BOWMAN, NEW YORK

# COMMITTEE ON
# EDUCATION AND THE WORKFORCE
### U.S. HOUSE OF REPRESENTATIVES
### 2176 RAYBURN HOUSE OFFICE BUILDING
### WASHINGTON, DC 20515-6100

January 17, 2024

Honorable Miguel Cardona
Secretary
U.S. Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202

Dear Secretary Cardona:

Your Department has again failed America's hardworking taxpayers. Errors in student loan data uncovered by KPMG LLP (KPMG) and used by the Department of Education (Department) "to develop assumptions . . . to calculate . . . subsidy re-estimates" for the Direct Loan and Federal Family Education Loan (FFEL) programs put the lack of competence of the Department and its leadership in sharp relief.[1] Uncovered during KPMG's annual audit of the Department's Fiscal Year 2023 financial statements, the errors resulted in a Disclaimer of Opinion for the second consecutive year. KPMG was not able to obtain "sufficient appropriate audit evidence [from the Department] to provide a basis for an audit opinion."[2] Indeed, the Department itself "was unable to determine the extent of the impact of these issues on the balance sheet and related notes."[3] Simply put, the Department has failed an audit two years in a row, been derelict in its duties, and continues to make up estimates it cannot defend to its auditor. We are deeply disturbed by this administration's bungling, general ineptness, and deliberate wasteful spending of taxpayer dollars. The American people deserve better.

## **Material Weakness**

KPMG also found a material weakness in the Department's internal controls, noting its "Controls over the Relevance and Reliability of Underlying Data Used in Credit Reform Estimates Need Improvement."[4] We are aware the Department annually performs subsidy re-estimates of its Direct Loan and FFEL programs as of September 30, and that it calculates the re-

---

[1] KPMG LLP, Independent Auditors' Report, FY2023, Agency Financial Report, U.S. Department of Education (Nov. 16, 2023) at 102.
[2] *Id.*
[3] *Id.*
[4] *Id.* at 105.

estimates using the Department-developed cash flow model, the Student Loan Model (SLM).[5] In turn, the SLM uses assumptions based on "internally sourced data elements" from the Department's Information Technology (IT) systems.[6] In a final step, the future cash flows generated by the SLM are then inserted into the Office of Management and Budget's present value tool to produce the subsidy re-estimates.[7]

The material weakness certainly casts doubt on the inputs for the SLM and potentially the overall operation of the SLM. As KPMG noted, "[Department] [m]anagement did not design and implement sufficiently precise controls over the relevance and reliability of certain data used in key assumptions for the SLM."[8] Further, as KPMG noted, the Department's risk assessment process was faulty. It was insufficient to "identify the risk related to the relevance and reliability of the…data used in significant assumptions for the subsidy re-estimates."[9]

Communication problems were cited by KPMG as well. The Department's management failed to "sufficiently communicate errors in the underlying data internally to those responsible for calculating the subsidy re-estimates."[10] Based on the findings of the audit, it is unclear when Department management first became aware of the errors in the underlying data and why management did not properly communicate those data errors to others in the Department in charge of the subsidy re-estimates. Finally, as a part of its material weakness determination, KPMG warned the Department that such errors can "increase[] the risk that the balance sheet and related notes could be materially misstated."[11]

## Significant Deficiencies

KPMG drew attention to prior-year Department and Federal Student Aid (FSA) significant IT control deficiencies that had not been fully remediated (e.g., logical access administration, separated and transferred user access removal, user access reviews and recertification, configuration management, and computer operations).[12] Significantly, KPMG reported in past years a deficiency in IT controls "due to persistent unmitigated IT control deficiencies."[13] KPMG also cited the Department and FSA for "[n]ew and existing" deficiencies "related to security management, access controls, and segregation of IT duties for the department's core financial management system, three of FSA's financial and mixed systems, and one identity and access management support system."[14]

---

[5] *Id.*
[6] *Id.*
[7] *Id.*
[8] *Id.*
[9] *Id.*
[10] *Id.*
[11] *Id.*
[12] *Id.* at 106.
[13] *Id.*
[14] *Id.*

## Committee on Education and the Workforce (Committee) Needs

Given the second consecutive Disclaimer of Opinion while on your watch, we have become more and more concerned about the Department's basic ability to manage the resources entrusted to it and to calculate accurately the value of the Direct and FFEL programs.

Rule XI, Clause 2(o) of the House of Representatives requires the Committee to hold a hearing on "disclaimers of agency financial statements" issued by an auditor.[15] As earlier referenced, KPMG issued a Disclaimer of Opinion on the Department's FY2023 financial statements on November 16, 2023.[16] Given the requirement of Rule XI and the need for oversight of the Department's failures, the Committee insists upon your personal testimony at a hearing, imminently. We will be in communication with you about a February hearing date. We expect you to be fully knowledgeable and conversant with the matters raised in the auditor's report and to provide complete answers to Members' questions at the hearing.

To help the Committee better understand the errors cited by KPMG, please also respond in writing to the following questions and document requests (instructions attached) no later than Wednesday, January 31, 2024:

1. Was the Department aware of the errors through its own sampling or other means prior to KPMG's notification to the Department, and if not, what is the date the Department was first notified by KPMG of the errors associated with the subsidy re-estimates cited in the Independent Auditors' Report? If the Department was aware of the errors prior to KPMG's notification, when did the Department become aware, what actions did the Department take to address the errors, and when did the Department disclose the errors to KPMG?

2. Provide a detailed description of the "errors in the underlying data" used by the Department "to develop assumptions used to calculate the subsidy re-estimates." Include in the above description the breadth and scope of the errors as determined by the Department.

3. Provide a detailed status report and timeline of the progress of the Department in resolving the errors covering the period the Department first became aware of the errors (either internally or through notification by KPMG) through the date of the Department's response.

4. Provide communications and correspondence, including but not limited to electronic mail (email), email attachments, texts, letters, memoranda, and other documentation and virtual meeting recordings of or between any of the following Department officials (during the period October 1, 2022, through the date the search for the communications and correspondence is conducted) that mention or otherwise are associated with errors in the underlying data used to develop assumptions used to calculate the subsidy re-estimates for the Direct Loan and FFEL programs:

---

[15] Rules of the House of Representatives, 118th Cong. at 20 (Dec. 11, 2023).
[16] FY2023 Agency Financial Report, U.S. Department of Education at 102-113 (Nov. 16, 2023).

A. Secretary of Education Miguel Cardona
B. Under Secretary James Kvaal
C. Deputy Secretary Cindy Marten
D. FSA Chief Operating Officer Richard Cordray
E. Deputy Under Secretary and Chief Economist Jordan Matsudaira
F. Acting Assistant Secretary for the Office of Finance and Operations and Delegated to Perform the Functions and Duties of the Chief Financial Officer Denise L. Carter
G. Director of Budget Service Larry Kean
H. Chief of Staff of FSA Colleen McGinnis
I. Chief Financial Officer at FSA Mehul Parekh
J. Chief of Staff in the Office of the Under Secretary Melanie Muenzer

5. Provide communications and correspondence, including but not limited to electronic mail (email), email attachments, texts, letters, memoranda, and other documentation and virtual meeting recordings between any Department staff and representatives of KPMG (during the period October 1, 2022, through the date the search for the communications and correspondence is conducted) that mention or otherwise are associated with errors in the underlying data used to develop assumptions used to calculate the subsidy re-estimates for the Direct Loan and FFEL programs

Secretary Cardona, it is imperative that you understand and take responsibility for the Department's failures. The Department's bungling, dereliction of duties, and general disregard for the interests of the taxpayer are an embarrassment. The Nation deserves better.

Should you need clarification of these needs, please contact Committee staff member Gabriella Pistone at Gabriella.Pistone@mail.house.gov or 202-225-6558.

Sincerely,

Virginia Foxx
Chairwoman
U.S. House Committee on Education
and the Workforce

Lloyd Smucker
Member of Congress

Enclosure

# EXHIBIT E

# How many federal workers will be affected by Trump's return-to-office policy?

See agency by agency, the more than one million federal workers who could be affected.

January 29, 2025

By Azi Paybarah, Andrew Ba Tran and Chris Alcantara

One of the most visible signs of how President Donald Trump is trying to reshape the federal government is the actions he's taken to shrink the federal workforce. On his first day, Trump signed an executive order that called for an end to remote work and later that week, agencies were instructed to end their telework policies. On Tuesday, the Trump administration sent an email to federal employees incentivizing them to resign.

Officials have not specified a number for the amount of people they think will voluntarily leave, but officials have estimated that the administration's return-to-office policy could impact more than 1 million federal workers.

Many federal agencies have a percentage of their workforce eligible to work from home, although the percentage of employees eligible for telework varies by agency. And few agencies have large shares of employees who can work remotely, according to the latest government data from the Office of Management and Budget. Remote work, for purposes of the OMB report, refers to full-time work outside the office, whereas telework refers to a hybrid situation.

## Few federal workers are permanently remote

Share of workers who can work remotely or are eligible to telework by agency. Federal departments with more than 1,000 employees shown.



All employees
Telework-eligble
**Permanently remote**



| Education | General Services Administration | Environmental Protection Agency | NASA | Energy | U.S. AID |
|---|---|---|---|---|---|
| 91% / **6%** | 88 / **41** | 82 / **9** | 77 / **29** | 76 / **13** | 74 / **16** |
| State | OPM | Treasury | Health & Human Services | Interior | Agriculture |
| 73% / **29%** | 67 / **10** | 53 / **7** | 31 / **8** | 26 / **8** | 20 / **1** |
| Commerce | Transportation | Homeland Security | Defense | Veterans Affairs | Justice |

Source: Office of Management and Budget

THE WASHINGTON POST

At the Environmental Protection Agency, for example, nearly 98 percent of 16,000 employees are telework-eligible, with 15 percent working remotely. But in the far larger Department of Veterans Affairs, just 26 percent of 485,000 employees are eligible, with 8 percent working remotely.

Not all employees eligible for telework utilize it, however. Most federal employees who have hybrid work schedules already spend most of their time in the office.

**Most federal employees who can telework spend at least half their time on-site**

| NAME | SHARE OF EMPLOYEES WHO CAN TELEWORK | SHARE OF TIME WORKED ON SITE BY EMPLOYEES WHO CAN TELEWORK ▽ |
|---|---|---|
| Agriculture | 74 | 81% |
| State | 91 | 80% |
| Interior | 76 | 75% |
| DHS | 53 | 74% |
| Veterans Affairs | 26 | 68% |
| Defense | 31 | 64% |
| HHS | 77 | 61% |
| Transportation | 67 | 60% |
| Energy | 94 | 57% |
| Justice | 20 | 57% |
| Labor | 100 | 47% |
| Commerce | 73 | 42% |
| Education | 98 | 39% |
| HUD | 99 | 36% |
| EPA | 98 | 36% |
| Treasury | 82 | 36% |

Note: Remote employees are not included in the calculation for the share of time worked on-site

Source: Office of Management and Budget

But similar to how the share of workers eligible for telework varied by agency, the amount of work done on-site also varied. At the Department of Agriculture, where nearly three-quarters of the workforce is eligible to do hybrid work, about 81 percent of work was done on-site. Whereas, at the Department of Housing and Urban Development, and the Environmental Protection Agency — where 99 percent and 98 percent of employees, respectively, have hybrid work schedules — just 36 percent of the work from those employees was done on-site.

The data comes from a 2024 report published by the Office of Management and Budget, which assessed telework practices in different federal agencies under the Biden administration as it worked to increase the in-office presence of federal workers following the end of the covid-19 public health emergency in early 2023.

## Trump presidency

Follow [live updates on the Trump administration](#). We're tracking [Trump's progress on campaign promises](#) and [legal challenges to his executive orders and actions](#).



A recent [report](#) from the Office of Personnel Management cited telework policies as having helped increase employment opportunities for underserved populations, including nearly 42,000 veterans and military spouses doing teleworking and 2,250 doing remote work; veterans and military spouses, as well as 131,000 individuals with disabilities who can do telework and 14,000 that can work remotely.

The end of these policies under the Trump administration could result in fewer workers like this in the federal government.

One woman, who works for the Department of Veterans Affairs, told The Washington Post that she chose the job for its flexibility, as her husband is in the military and often deployed, which means she is often the primary caregiver for her children. The employee, who spoke on the condition of anonymity out of fear of professional retribution, said, "It is difficult to build security as a military spouse, but remote federal work was providing a solution."

*Emily Davies contributed reporting.*

**What readers are saying**

The comments express strong opposition to ending remote work policies for federal employees, highlighting several key points. Many argue that remote work has been a longstanding practice, not just a COVID-era trend, and has proven to enhance productivity, employee morale, and... <u>Show more</u>

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.



EXHIBIT F



# Business Operations Servicing Requirements

**Attachment 01**

## Revision History

| VERSION | DATE | AUTHOR | DESCRIPTION |
|---------|------|--------|-------------|
| Version 0.0.1 | 3/29/2022 | Acquisition Team | Initial USDS Procurement Package |
| Version 0.0.2 | 6/22/2022 | Acquisition Team | USDS Amendment 0003 |
| Version 0.0.3 | 7/06/2022 | Acquisition Team | USDS Amendment 0004 |
| Version 0.0.4 | 7/12/2022 | Acquisition Team | USDS Amendment 0005 |
| Version 0.0.5 | 2/23/2023 | Acquisition Team | USDS Discussions |
| Version 0.0.6 | 3/07/2023 | Acquisition Team | USDS Award |
| | | | |

*TABLE OF CONTENTS*

| Section | Category | Deferred Future CLIN 7 Requirements |
|---|---|---|
| 2000 | Accessibility | |
| 3000 | Website and applications | 3002.030, 3002.031, 3002.050, 3002.070 |
| 4000 | Common Origination and Disbursement Interface | |
| 5000 | Repayment Plans | |
| 9000 | Treasury | |
| 12000 | NSLDS | |
| 14000 | Interaction with DMCS | |
| 15000 | Consolidation Origination | |
| 16000 | Common Application Interface | |
| 17000 | Compliance & Monitoring | |
| 18000 | Servicing Transfers | |
| 19000 | System Access | |
| 20000 | Processing - General | 20014.000 |
| 21000 | Deferments | |
| 22000 | Forbearances | |
| 23000 | Discharges, Forgiveness, Bankruptcy, and Litigation | 23003.000 |
| 24000 | Correspondence, Communication & Due Diligence | 24019.020, 24019.051 |
| 25000 | Borrower Benefits & Subsidies | |
| 26000 | Interest Rates, Interest Calculation, Charges and Fees | |
| 27000 | Interest Capitalization | |
| 28000 | Payment & Refund Processing | 28008.031, 28008.040, 28015.031 |
| 29000 | Adjustment Processing | |
| 30000 | Credit Reporting & Processing | 30027.000, 30027.010, 30027.020 |
| 31000 | Cohort Default Rate Activity | |
| 32000 | Control Mail, Ombudsman & Escalated Issues | |
| 33000 | Outreach Campaigns | |
| 34000 | Specialty Programs | |
| 35000 | Specialty Tasks | |
| 36000 | Training | |
| 40000 | Change Management | |
| 42000 | IDR Forgiveness | |

| 46000 | Records Retention | |
|--------|-------------------|---|
| 47000 | Data Management & Integration | 47000.000, 47001.000, 47002.002, 47003.000, 47006.000, 47008.000, 47009.000, 47010.000, 47011.000 |
| 48000 | Reporting | 48000.000 |
| 49000 | Contact Center | |
| 50000 | Other | |
| Appendix A | Attachment Crosswalk | |

| | Instructions for these requirements |
|---|---|
| 1 | These requirements are referenced as Attachment #1 in the Statement of Work (SOW). If you are submitting a proposal for this solicitation, it is assumed the proposed solution will meet all of these requirements. For any requirements not currently met, the offeror should clearly identify those requirements and provide a plan for meeting them within the implementation schedule in accordance with the solicitation instructions to offerors. |
| 2 | There are attachments referenced as part of the requirements. As with the statement above, submitting a proposal assumes the system meets all of the requirement at go-live. |
| 3 | The requirements mention the work required by the contractor. The word contractor is synonymous with "USDS Servicer".  All vendors should ensure their solution can support the requirements. |
| 4 | The term "system" in this document refers to the offeror's total solution, if not specifically spelled out. |

*Section 2000: Accessibility*

- **2000.000: The Contractor shall provide a solution that gives the borrowers the option of requesting and receiving communications via alternative formats.**

  - o 2000.010: The contractor shall create a process to in-take, track, and change alternative format requests for borrowers. The requests shall be received via phone, text, physical mail, email or via the contractor website. The borrower requests shall each be included/stored within the borrowers servicing history record and available on the servicing system for customer service representatives to access.
  - o 2000.020: The contractor shall create a process to provide communications via alternative formats, including Braille, HTML, Large Print, Electronic (digital navigable formats supported by computers and digital talking-book players) and/or Audio when requested by the borrower.
  - o 2000.030: The contractor shall in-take requests for publications in alternative formats on an individual basis (can be different from the default format and a different format for each publication).
  - o 2000.040: The contractor shall halt other delivery types once a borrower has chosen to receive communications via alternative formats.
  - o 2000.050: If a third-party vendor is utilized to provide this capability, the contractor shall ensure all cybersecurity requirements are met by the vendor and submit the appropriate System Impact Assessment to obtain FSA approval when implemented.

- **2001.000: The contractor shall inform borrowers of the availability of the alternative formats and the process for borrowers to request alternative formats.**

  - o 2001.010: The contractor shall post the alternative format availability language on the servicing website.
  - o 2001.020: The contractor shall include the alternative format availability language on the loan statements.
  - o 2001.040: The contractor shall post on website and include on loan statements the following text about availability of alternative formats:
    Borrowers are entitled to receive any student loan related communication or document in an accessible, alternative format. Borrowers interested in receiving student aid forms, student loan statements, notices, written communications, and publications in alternative formats should contact us directly at <loan contractor phone number> or by email at <loan contractor email address>. <Name of contractor> offers various alternative formats such as Braille, large print, audio CD, and digital navigable formats supported by computers and digital talking-book players or delivered through data CD.

- **2004.000: The contractor shall create and provide the alternative formats to the borrowers.**

  - o 2004.010: The contractor shall tag the borrower account with one default alternative format for all communications, specifically forms, loan statements, notices, publications, and other written communications.
  - o 2004.020: The contractor shall update the default alternate format for all communications when requested by the borrower.
  - o 2004.030: The contractor shall provide a means for FSA to monitor the quality of the alternative formats created and ensure the readability of the communications.
  - o 2004.040: The contractor shall store copies of the information provided to borrowers in standard formats as part of the borrower's servicing record.

  **2005.000: The contractor shall track any borrower feedback (i.e., complaints, inquiries on status of the alternative status) regarding the borrower's alternative format in the borrower account history.**

- o 2005.010: The contractor shall track any alternative format issues in the borrower account history (e.g. braille unreadable or audio CD does not work).
- o 2005.020: The contactors shall provide an on-line method for borrowers to report accessibility issues

- **2006.000: The contractor shall carry out escalated issues process with Federal Student Aid operations points of contact**

  - o 2006.010: The contractor shall log any requests that do not follow the general request process and set-up of the requirements. The logging of this information must be submitted to the contractor or can be logged electronically in the system for reporting. Examples:
    – Borrower wants a specific set up for alternative format that does not follow the available options (authorized agents and borrower want both mail and braille to be sent).
    – Borrower wants a specific alternative format not available.
    – Co-borrower wants alternative format but not the borrower.
  - o 2006.020: The contractor shall submit to FSA escalated issues for any logged requests.
  - o 2006.030: The contractor shall work with FSA to resolve the issue.
  - o 2006.040: The contractor shall capture the resolution in the borrower's account history.

- **2007.000: The contractor shall accept requests from borrowers to receive additional copies of communications via non-alternative formats.**

  - o 2007.010: The contractor shall accept requests, via a representative or request through mail, for regular mail or email communications from borrowers with a current option to get all communications via an alternative format (for previously sent communication in an alternative format back one year).
  - o 2007.020: The contractor shall note in the borrower servicing history the date of each request and details of the request.

- **2008.000: The contractor shall create and provide operational reports detailing summary of alternative format requests, fulfillment, request fulfillment turnaround times, and borrower feedback.**
  **See Attachment: 2008 Alternative Format Operational Report**

  - o 2008.010: The contractor shall include the report(s) as part of the operational reports to be identified in the Operations Reports requirements and provided to FSA by the 10 business day of each month.
  - o 2008.020: The contractor shall track and include within report(s) a list of alternative format requests by type (with a description of the type) and a count of total borrowers receiving that format.
  - o 2008.030: The contractor shall track and include within report(s) a count and description of all complaints and/or feedback in relation to alternative requests, the results of the request or the overall process.
  - o 2008.040: The contractor shall track and report on turnaround times for when requests have been fulfilled as well as volume of outstanding requests and date of oldest unfulfilled request.

- **2009.000: The contractor shall include alternative format request information in all account transfers.**

  - o 2009.010: The contractor shall be prepared to provide the alternative format request indicator to the receiving contractor for any transferred loans.

- o 2009.020: The contractor shall transfer all alternative format information contained in the borrower history to the receiving contractor for the contractor's record.
  - o 2009.030: The contractor shall request any alternative format information on borrowers received from the sending contractor.

- **2010.000: The contractor shall process inbound large print communications from the borrower.**

- **2011.000: It is the responsibility of the contractor to provide specially trained customer service representatives (CSR) to assist with accessibility issues raised by the blind and/or other borrowers with disabilities or requesting alternative formats.**

  - o 2011.010: The contractor shall train all CSRs on the basic availability of and process to request alternative formats. All contact center staff should also be trained on how and when to refer accessibility issues to the specially trained accessibility CSR(s).
  - o 2011.020: The contractor shall accept requests from blind and visually impaired borrowers via email, chat, website, text, postal mail, or telephone as well as accept/respond to TDD (Telecommunications Device for the Deaf) calls.
  - o 2011.030: The contractor shall provide blind and visually impaired borrowers the ability to contact a designated CSR or representative(s) via email, internet, or telephone.
  - o 2011.040: The contractor shall have the ability to read/interpret incoming Braille correspondence if received from borrowers.

- **2012.000: The contractor shall comply with Section 508 of the Rehabilitation Act of 1973, which requires that federal agencies' electronic publications (forms, letters, etc.) and information technology (websites) is accessible to people with disabilities.**

  - o 2012.010: The contractor shall ensure the website meets all Section 508 standards and Web Content Accessibility Guidelines (WCAG 2.0)
  - o 2012.020: The contractor shall complete internal testing of the website prior to implementation of the initial website and prior to any future implementation of website modifications.
  - o 2012.030: The contractor shall ensure all testing efforts (internal, independent and FSA) include review of all electronic forms including, but not limited to student loan statements, notice, communications, and publications.

- **2013.000: The contractor shall provide independent testing of the website to ensure it meets Section 508 standards and WCAG 2.0.**

  - o 2013.010: The contractor shall secure an independent testing service (approved by FSA) to execute testing of the website and provide certification that the independent agency confirms the site meets the proper standards.
  - o 2013.020: The contractor shall have the website tested by the independent service at least one time per calendar year and prior to any significant website changes.
    - ▪ 2013.021: A significant change is defined as any changes that add new features and functions or new design patterns. Text changes, configuration changes or functional enhancements that fit within existing design patterns that had previously been tested would not need new independent testing.
  - o 2013.030: The contractor shall resolve high and medium priority problems/issues found by the independent testing service and have the website re-tested for compliance to ensure the website meets standards prior to any implementations.
  - o 2013.040: The contractor shall share all testing results from the independent service with FSA, including all details, issues, recommendations.

- o 2013.050: The contractor shall conduct its own pre-release accessibility testing for any new websites.
- o 2013.060: The contractor shall conduct its own pre-release accessibility testing (see attachment 2013 Section 508 Compliance Test Process for Applications) for any substantial changes to its website(s). Substantial changes are defined as website changes that affect user interface interactive elements and or documents.
- o 2013.070: The contractor shall produce a pre-release testing report for each pre-release accessibility test.
- o 2013.080: The contractor shall produce pre-release testing reports according to the attached standard template (see Attachment 2013 Accessibility Testing Report).
- o 2013.090: The contractor shall deliver each pre-release accessibility testing report to Federal Student Aid (FSA).
- o 2013.100: The contractor shall fix any issues identified in the pre-release accessibility test.
- o 2013.110: The contractor shall provide a pre-release accessibility test report to FSA without any 'fail' results prior to any new website implementation or substantial change implementation.
- o 2013.120: The contractor shall provide a certification with each pre-release accessibility test report without any 'fail' results that certifies that the new website or substantial changes to existing website(s) is in compliance with Section 508/WCAG 2.0
- o standards

- **2014.000: The contractor shall request and support FSA testing of the website to ensure it meets Section 508 standards and WCAG 2.0.**

  - o 2014.010: The contractor shall request to have the website tested on the Section 508/WCAG 2.0 accessibility standards every 6 months by the Department of Education, Assistive Technology Team (ED-AT) and every 3 months after each implementation of any substantial changes to its website(s). Substantial changes are defined as website changes that affect user interface interactive elements and or documents.
  - o 2014.020: If the ED Assistive Technology Office gets a complaint about a particular portion of a website that had previously passed 508 reviews and the AT team determines that the fix needs remediation. The contractor shall remediate the issue in the earliest possible release.

- **2015.000: The contractor shall monitor for any Section 508 or WCAG modifications.**

  - o 2015.010: The contractor shall inform FSA of any changes to Section 508 or WCAG standards that may impact the website, forms, or practices.
  - o 2015.020: The contractor shall support FSA in identifying, analyzing and creating any change requests needed to support changes to Section 508 or WCAG standards.

***Section 3000: Website and Mobile Application***

- **3000.000: The Contractor shall develop and host a Federal Servicing website that allows borrowers/students to access to loan and grant servicing accounts.**

  - 3000.010: The website shall adhere to Federal best practices for availability and accessibility
  - 3000.020: The website shall at minimum be compatible (allowing all functionality) and tested with the leading browsers and operating systems, as defined in https://studentaid.gov/notices/site-requirements. This list will be reevaluated and updated by FSA annually.
  - 3000.030: The website shall be available 24 hours a day, 365 days a year (366 in leap years) except during FSA-approved routine maintenance or during FSA approved outages.
    - 3000.031: Requests for routine maintenance or approved outages shall be made to FSA no less than 30 calendar days prior to the outage date, except under emergency situations.
  - 3000.040: The website shall be compliant with Sections 504 and 508 of the Rehabilitation Act of 1973 (29 U.S.C. sections 794 and 794d, as amended), including WCAG 2.0 Level AA Success Criteria, and WCAG 3.0 criteria (upon finalization of the standard).
    - 3000.041: The contractor shall monitor the 508 standards for updates and compliance and have a remediation plan approved by FSA for any discovered accessibility issues.
  - 3000.050: The website shall be optimized for mobile device experiences (mobile web) through responsive design. All website functionality and content shall be fully available in both desktop and mobile device viewports.
    - 3000.051: Mobile applications are not required to be launched or maintained, provided all app functionality is available in equivalent mobile responsive views and with equivalent ease of use in the website.
  - 3000.060: The contractor shall make all website content and functionality accessible to FSA, including authenticated borrower account information and functionality, though the use of dummy or test account log-ins or test environment access.
  - 3000.070: The contractor shall make all digital communications accessible to FSA electronically, including all website accessible content, such as page copy, response form templates, secure inbox communication templates, chatbot intents (if applicable), annual report templates, and notifications. This access is informational, and prior approval for content by FSA is not required.
    - 3000.071: The contractor shall provide FSA with electronic updates to all new or changed website accessible digital communications on a quarterly basis. Notice of changes and updates is informational, and prior approval for content additions or changes by FSA is not required.

- **3001.000: The website shall provide plain language information and communications to borrowers.**

  - 3001.010: All future content shall adhere to the standards of the Plain Writing Act of 2010 (the Act) (Public Law 111-274), as expressed in the Federal Plain Language Guidelines (see https://www.plainlanguage.gov/guidelines/), as well as the FSA Writing Style Guide.
  - 3001.020: The website shall display summary account level information to the user.
    - 3001.021: Title IV loan data that is NOT owned by Government must be separated from loans that are owned by the Government but can be displayed together for presentation purposes for the borrower as long as they meet all cyber security requirements. However, full separation of loans not owned by the Government on the website is the preferred solution.

- o 3001.030: The website shall display detailed loan level information to the user.
- o 3001.040: The website shall provide a link to allow users to submit a complaint directly to the FSA Ombudsman through https://studentaid.gov/feedback-center, accessible in the unauthenticated and authenticated header.
- o 3001.050: The website shall provide borrowers with the ability to access accessible PDF versions of forms prior to authentication in both English and Spanish (as available). The PDF forms will be hosted in a forms center within StudentAid.gov rather than the contractor website.
    - ▪ 3001.051: Links to specific forms hosted on StudentAid.gov shall also be available on each electronic application's or flow's landing page prior to beginning the electronic application/flow.
- o 3001.060: The website shall provide links for all servicing functions, including those hosted on StudentAid.gov rather than on servicer sites, and including links to support documentation. Servicing functions hosted on StudentAid.gov currently include Income Driven Repayment applications, Loan Consolidation requests, and Loan Simulator.
    - ▪ 3001.061: The website shall provide links to support documentation for all servicing functions, including plain language help articles, guidance on contacting appropriate CSRs, and links to the StudentAid.gov flows within website navigation and dashboards.
- o 3001.070: The website shall provide IDR payment counters.

- **3002.000: The Co-Branded website will have the following key features and functions.**

- o 3002.010: The website shall provide the ability to display announcements and/or banners using a standard component style as provided by FSA, to include a headline, body copy, and optional link.
- o 3002.020: The contractor will update the website announcements and/or banners at FSA's direction (e.g., announcing new program or requirement) without additional cost to FSA, within 8 business hours from being provided the announcement.
- o DEFERRED FUTURE CLIN 7 REQUIREMENT - 3002.030: The website shall offer the user the option to complete key borrower tasks not currently available on StudentAid.gov
    - ▪ DEFERRED FUTURE CLIN 7 REQUIREMENT - 3002.031: These key borrower tasks shall include:
        - Reviewing and changing personal information and communications preferences
        - Real-time review of loan balance, loan information, and repayment progress, including capitalization events and disbursement notices,
        - Making a payment including: updating information, custom payments, providing standing instructions for payments, accepting debit card payments, processing extra payments, enrolling / disenrolling in auto-debit, pending/posted payments immediately visible, recurring payment
        - TEACH Grant conversion document submission,
        - Accessing tax information and statements,
        - Applying for teacher loan forgiveness,
        - Applying for military benefits,
        - Applying for Service Member Civil Relief Act (SCRA) Interest Rate Limitation
        - Applying for other forms of forgiveness and discharge
        - setup/changes
        - Change due dates,
        - Estimated early payoff,
        - Secure document inbox,
        - Secure document upload,
        - Past statements history,
        - Printable account statements,

- Requesting and cancelling forbearance,
- Requesting and cancelling deferment,
- Changing repayment plans and viewing repayment options,
    - 3002.032: As key tasks are transitioned over time to StudentAid.gov, the website shall direct users to the StudentAid.gov website and supporting documentation and retire functionality on the contractor website.
  - 3002.040: The website shall allow the borrower the option to choose/change repayment plans via a form.
  - DEFERRED FUTURE CLIN 7 REQUIREMENT - 3002.050: The contractor shall support through a common library of APIs provided by FSA the ability on studentaid.gov for borrowers to submit initial and recurrent income documentation for income driven repayment plans.
  - 3002.060: The contractor shall support the use of standardized header and footer styles, including servicer and FSA co-branding logo, on the website, including authenticated and unauthenticated global menu sections, and information on what it means to be an official servicer of FSA and how borrowers can avoid fraud. Specifications to be provided by FSA.  See attachment 3002 Code Snippets and Brand Templates Attachments.zip
    - 3002.061: The contractor shall support the use of standardized headers and footers in all borrower communications, including email, paper, CSR greetings, and chatbot intents (if applicable). These templated headers and footers will be provided by FSA and include servicer and FSA co-branding logos.
    - 3002.062: The contractor shall support the use of FSA brand standards for illustrations, graphics, photography, and icons on the website, either through the use of FSA provided materials, or through the use of brand compliant illustrations, graphics, and icons and defined by the FSA Brand Style Guide.
  - DEFERRED FUTURE CLIN 7 REQUIREMENT - 3002.070: The contractor shall enable post-transactional surveys for a representative sample of users for all key customer tasks.
  - 3002.080: 1.0 The contractor shall implement the functionality for borrowers to electronically upload all the approved OMB formed used by servicers and all supporting documentation for servicing (e.g. alternative documentation of income).

- **3003.000:  The information system, including all customer facing interfaces (i.e., mobile and web), shall provide and/or a seamless Single Sign-on access experience across servicing functions hosted by either the contractor or FSA on StudentAid.gov.**

  - 3003.010: The website shall use FSA's Person Authentication Service (PAS) with FSA ID exclusively for sign on, account creation, and account recovery flows.
  - 3003.020: The contractor shall support the orderly transition from servicer account authentication to FSA ID sign on.
    - 3003.021: During a transition period, the contractor shall provide borrowers with the ability to log on using the servicer's log in credentials/process and single sign on/FSA ID. Single sign on does not extend to servicer ID logins during this transition period.
    - 3003.022: Borrowers logging in through their servicer credentials/process will see messaging and communications encouraging them to transition to using FSA ID.
    - 3003.023: The contractor shall support the sequencing of contractor website authentication transition from offering both servicer credentials and PAS/FSA ID to exclusively PAS/FSA ID to balance the load on FSA support systems and contact centers. The sequencing and timing shall be determined by FSA.
    - 3003.024: For borrower issues with PAS/FSA ID authentication, the contractor shall direct users to the Federal Student Aid Information Center (FSAIC) support channels.  FSAIC will be responsible for supporting borrower access inquiry and password resets.

- 3003.025: The contractor shall support a borrower communication campaign prior to implementation of FSA ID on the authentication transition.
  - 3003.025.1: These communications shall include custom communication to borrowers without active FSA IDs. Particular at-risk pools of borrowers will be provided by FSA, with emphasis placed on borrowers who have not used their FSA ID in more than a year.
  - 3003.026: The contractor shall support the pre-population of account information and preferences for new FSA IDs in FSA's systems for of borrowers who do not have active FSA ID accounts.
  - 3003.027: The contractor shall support conducting a limited pilot SSO prior to full rollout at the discretion of FSA.
  - 3003.030: The contractor shall support the two-way updating of account information between contractor systems and FSA systems in near real-time.
    - 3003.031: The contractor shall record the borrower's updates, including the date/time and option chosen. The history of all options and when chosen/changed shall be stored and be part of the two-way updating solution for account information.
    - 3003.032: The website shall direct users to email and SMS verification through the PAS solution or at studentaid.gov.
    - 3003.033: The contractor shall track borrower communication preferences, including contact via cell phone, text messaging, and any promotional/marketing emails.
    - 3003.034: The contractor shall track all borrower consent to receive communications through email (eCorrespndence/eCorr) with a validity (True/False) indicator and a validity date.
    - 3003.035: Account information shall include FSA ID enabled status, First Name, Middle Initial, Last Name, Date of Birth, email address, mobile phone number, alternate phone number, work phone number, permanent address, and communication preferences and authorizations (including the option to receive communication through email or through postal mail).
  - 3003.040: The solution shall participate in the FSA single sign on solution ensuring that users can navigate between site participating in the SSO without being signed off if the user switches between websites.
  - 3003.050: It is FSA's vision and current direction for the contractor to use OpenID Connect (OIDC) for SSO.
  - 3003.060: Existing mobile applications will use FSA PAS solution for sign-on using standards that are consistent with FSA's mobile app.
  - 3003.070: Servicer Mobile Applications shall migrate to the FSA PAS mobile authentication solutions
    - 3003.071: Although existing contractor mobile apps will not be required to support SSO, they shall migrate to FSAs PAS OIDC authentication flows and use PAS as the underlying authentication solution.

- **3004.000: The servicing solution shall support the incremental migration of current and future functionality to the DCC mobile responsive web experience, with the future goal of all servicing front-end functions being provided exclusively through studentaid.gov.**

  - 3004.010: To support this transition, the contractor shall implement generic API specifications (provided by FSA in collaboration with the DCC team) that will be implemented by all contractors ensuring that DCC has a consistent API interface layer access with all contractors.
  - 3004.020: The contractor shall collaborate with FSA to design and specify generic APIs that can be used by all contractors enabling FSA to implement a constant user experience in DCC.
  - 3004.030: All APIs supporting DCC web and mobile applications shall be compliant with FSAs future Enterprise API Management standard.

- **3005.000: The contractor shall support through APIs the ability for borrowers to make online payments. The contractor shall enable the following capabilities:**

  - 3005.010: The website shall provide the ability to sign up for and end autopay.
  - 3005.020: The website shall display the effective interest rate of each loan.
  - 3005.030: The website shall allow a borrower to choose how to allocate their payments.
  - 3005.040: The website shall allow a borrower to set standing instructions on how to allocate future payments.
  - 3005.050: The website shall allow a borrower to schedule a payment date and shall also provide the borrower the option to advance or not advance the due date for each online payment.
  - 3005.060: The website shall provide a payoff amount.
  - 3005.070: [DELETED]

- **3006.000: The contractor shall accept eSigned and Digital signatures per Electronic Signatures in Global and National Commerce Act (E-Sign Act) as they apply to electronic transactions conducted by lenders, guaranty agencies, schools, and borrowers (program participants) under the student loan programs authorized by Title IV of the Higher Education Act of 1965 (HEA), as amended.**

  **Note: Please refer to:**

  https://fsapartners.ed.gov/sites/default/files/attachments/dpcletters/gen0106Arevised.pdf

  - 3006.010: The contractor should accept digitally signed documents, as long as the digital signature complies with prior E-SIGN guidance (where applicable).
  - 3006.020: Certificate-Based Signatures: The only acceptable form of certificate-based signatures are those signed using a certificate issued by US Government, and the certificate must be marked as valid. In such a case, the contractor would need to either retain a copy of the original document containing the valid certificate or retain a copy of the "certificate properties" showing the validity of the signature and the signer's information. The signer's information should clearly show that the United States Government issued the certificate.
  - 3006.030: Digital Facsimile Signatures: This is a digitally drawn signature using a Pen Pad, touch enabled device, or similar technology. This is fundamentally no different from a photocopy or fax of a "wet-signature." As an example, a document or form signed using some product suites associated with DocuSign or Adobe Sign (formerly EchoSign), would be an example of a digital facsimile signature that is equivalent to an actual, physical signature. In these cases, contractor do not need to verify the signature any more than they would a wet signature. If the signature appears to be drawn by hand, no further verification is required, and it should be accepted.
  - 3006.040: Digitization of Wet Signatures: A digitization of a pen and ink manually drawn signature begins with a signature with ink on paper, which is then digitized using a scanner or camera. Like digitally drawn signatures, these signatures are not fundamentally different from a photocopy or fax of a "wet signature". In these cases, contractor do not need to verify the signature any more than they would a wet signature.
  - 3006.050: A Typeset Signature (e.g. typing one's name, initials, or other representation in place of a signature) is not an example of an acceptable digital signature.

- **3007.000: The contractor shall allow borrower forms on the website to be completed via "Form Wizards" on the website.**

  - 3007.010: The contractor shall maintain the currently existing  website form wizard version of each form.  No new wizards are required to be developed.  The wizard shall allow the user to complete the form in a step-by-step process and allows the user to fill in

responses to each needed piece of information, and then electronically sign and submit the form. The step-by-step process should assist the borrower with completing the form, pre-populating sections when possible, and providing explanations or hints to assist the user.

- 3007.011: The contractor shall ensure the form wizard includes the functionality for a borrower to upload an image of their signature or otherwise electronically sign.
- 3007.012: The contractor shall make the form wizard generate at the end of the process a filled out accessible PDF (either fully completed and submitted or one that contains the image signature for printing out).
- 3007.013: The contractor shall provide instructions at the end of the form wizard explaining next steps.
- 3007.014: The contractor shall have the HTML form wizard to include at the beginning a link to an HTML preview of the entire form (text and image).
- 3007.015: The contractor shall include a 'close' button on the HTML preview of the entire form
- 3007016: The contractor shall have the 'close' button on the HTML preview of the entire form return the user back to the form wizard.
- 3007017: The contractor shall make any unfilled parts of the form fillable.
- 3007.018: The contractor shall make any unfilled signature boxes restricted to imaged signatures only. The user shall not be allowed to "type" in a signature - it must be a uploaded image of the borrower's signature.
- 3007.019: The contractor shall create and maintain the HTML form wizard and preview based on the current version of the paper form (updates to existing forms will be requested via change control).

  o 3007.020: The contractor shall ensure the form is savable upon completion in HTML-based or other universally accessible, non-proprietary format.
  o 3007.030: The contractor shall ensure the form wizard allows for the user to review a read-only HTML version prior to completing the questions.
  o 3007.040: The contractor shall ensure the form wizard is kept current as changes are initiated to the form. FSA will provide notice of form changes but will not issue a CR to cover servicer costs associated with this maintenance.
  o 3007.050: The contractor shall ensure the form wizards shall include all "high volume forms", including the following applications/request forms.
    General Forbearance form.
    Unemployment Deferment Request
    Economic Hardship Deferment Request
    In-School Deferment Request
    Repayment Plan Selection
    Mandatory Forbearance Request Student Loan Burden
    General Forbearance Request
    Teacher Loan Forgiveness Application
    Teacher Loan Forgiveness Forbearance Request
    Income-Based (IBR) / Pay As You Earn / Income-Contingent (ICR) Repayment Plan Request
    Cancer Treatment Deferment Request Form
    Service Members Civil Relief Act (SCRA): Interest Rate Limitation Request form.
    Any 'high volume' Loan Discharge Application forms
    Reaffirmation Agreement

- **3008.000: The contractor shall direct borrowers to the unfilled PDF forms available on StudentAid.gov**

- **3009.000: The contractor may rehost any or all borrower unfilled forms in PDF format for backend purposes as needed.**

- o 3009.010: The contractor shall create the forms in compliance with PDF, WCAG 2.0 and WCAG 3.0 (upon finalization) standards to be viewable, fillable, savable and signable with a facsimile signature.
  3009.020: The contractor shall maintain all forms using this format as changes are initiated, matching functionality and content from the unfilled forms hosted on StudentAid.gov. FSA will provide notice of form changes but will not issue a CR to cover servicer costs associated with this maintenance.
- **3010.000: All forms offered to the borrower shall also be accessible in read-only HTML format.**
  - o 3010.010: The contractor shall create the forms in a read-only HTML based format in compliance with WCAG 2.0 and WCAG 3.0 (upon finalization) standards and be viewable as a read-only document available on the contractor's website.
  - o 3010.020: The contractor shall maintain all forms using this format as changes are initiated by FSA change request.

- **3011.000: The contractor shall properly denote trademarks like FAFSA®.**

  - o 3011.010: The contractor shall use FAFSA® on all customer facing instances (websites user documentation, etc.).
  - o 3011.020: The contractor shall use GI Bill® on all customer facing instances (websites user documentation, etc.).

- **3012.000: The contractor shall remove references old FSA websites.**

  - o 3012.010: The contractor shall remove all any references to the Direct Loan Website. The references could be found in printed materials, technical documents, help text, websites, etc.
  - o 3012.010: The contractor shall remove all direct URLs if referenced. This could include the following aliases:
    http://www.direct.ed.gov/
    http://www2.ed.gov/offices/OSFAP/DirectLoan/index.html
    http://www.ed.gov/fsa/DirectLoan/index.html3011.020: The contractor shall use GI Bill® on all customer facing instances (websites user documentation, etc.).

- **3013.000: The contractor shall inventory and report links to FSA websites.**

  - o 3013.010: The contractor shall inventory any links to FSA (ed.gov) URLs that are currently being used throughout its products (including app(s), website(s), electronic/paper correspondences, and electronic/paper forms).
  - o 3013.020: The contractor shall report the inventory to FSA on periodic basis.
  - o 3013.030: The contractor shall ensure that new URLs and vanity URLs are reflected and implemented throughout its products (including app(s), website(s), electronic/paper correspondences, and electronic/paper forms).
  - o 3013.040: The contractor shall identify existing FSA (ed.gov) URLs that were not included in the initial redirect plan and list of DCC/vanity URLs, so that FSA can provide guidance.
  - o 3013.050: The contractor shall work with FSA to develop and provide a sequencing plan for updating impacted its URLs/links.

- **3014.000: The contractor shall create an HTML, or other universally accessible, non-proprietary format version of all student loan electronic statements.**

  - o 3014.010: The contractor shall render the HTML, or other universally accessible, non-proprietary format version of all student loan electronic statements shall be read only.

- o 3014.020: The contractor shall make the HTML, or other universally accessible, non-proprietary format version of all student loan electronic statements be for user (borrower) reference only.
- o 3014.030: The contractor shall escalate to Federal Student Aid's established borrowers resolution process any borrower notifications of a difference between the official versions of the loan statement (e.g. the portable document format (PDF) version).
- o 3014.030: The contractor shall work with Federal Student Aid to research the issue, resolve the issue, or adjust the borrower's account status when there are differences between the HTML, or other universally accessible, non-proprietary format version of all student loan statements and the official version. inventory and report links to FSA websites.
-

*Section 4000: Common Origination and Disbursement Interface*

- **4000.000: The contractor shall implement the Common Servicing Interface with the Common Origination and Disbursement (COD) system to send and receive Direct Loans, including Teach Loans awards (if applicable).**

- **4001.000: The contractor shall send and receive the Common Servicing Interface files using the Student Aid Internet Gateway (SAIG).**

  - o 4001.010: Common Servicing interface files shall be submitted via the Electronic Data exchange over SAIG.
    Links to SAIG Mailbox resources are located at:
    https://fsapartners.ed.gov/knowledge-center/topics/software-and-other-tools
  - o 001.020: The contractor shall send and receive files daily; excluding Federal Holidays and outages.
    \*\*\*Changes due to scheduled COD System releases or other outages will be communicated during the COD/Servicer Weekly meetings.
  - o 4001.030: The contractor shall have a unique Test TG mailbox number to send and receive files from COD using SAIG.
  - o 4001.040: The contractor shall have a unique Production TG mailbox number to send and receive files from COD using SAIG.

- **4002.000: The contractor shall receive and process the Common Servicing Interface file. See attachments:**
  **4002_CommonServicingSchemaFileLayout**
  **4002_CommonServicingXSD**

  - o 4002.010: The Request file shall be provided from COD via an XML interface.
  - o 4002.020: Common Servicing files shall be sent via SAIG using specific message classes for the file type.
  - o 4002.030: The contractor shall expect to receive an unlimited amount of borrowers, loans, and grants within each daily file.
  - o 4002.040: The contractor shall process the files in the order they are received.
  - o 4002.050: If there is no activity for the contractor on a given processing day, COD will send a minimal file. The file will include only the SAIG header, Document Block, and SAIG trailer.
  - o 4002.060: COD shall send the Common Servicing file daily between 12:00am and 8:00am and the contractor's shall send receipts and responses within 24 hours.

- **4003.000: The contractor shall adhere to the Common Servicing Schema Processing rules as outlined in the Additional Servicer Interface Support Guide.**
  **See attachment 4003 Additional Servicer Interface Support Guide**

  - o 4003.010: If a document does not validate against the XML Common Servicing Schema, the contractor shall not process the document and shall contact the LDE Service desk at LDEServicedesk@accenturefederal.com
  - o 4003.020: The contractor shall code according to the XSD; however, additional details regarding the field descriptions, format, valid values, and business/processing rules can be found in the Common Servicing Schema Layout document and the Interface Support Guide.

- **4004.000: The contractor shall receive Initial booked Direct Loan and disbursement information in the Loan Activity File (LAF).**

- 4004.010: The LAF file shall be sent via SAIG with message class
  --LAASTQOP--Test File
  --LAASPQOP--Production File
- 4004.020: A loan and grant is "booked", when a loan or grant that has an award and disbursement amount greater than or equal to $0, and the award is linked to a Master Promissory Note/Agreement to Serve, and the initial disbursement date is less than or equal to the current processing date.

  ***Schools may disburse and zero out an award in the same day, therefore, the contractor shall accept a zero dollar award.
- 4004.030: Initial loan activity shall be sent to the contractor in the LAF file with all required tags, per the schema, in the borrower block, award block(s), disbursement block(s) as well as the most recent information for optional tags.
- 4004.040: The disbursement amount and disbursement adjustment amount shall be the same for initial loan activity.
- 4004.050: The Master Promissory Note and Agreement to Serve reference information will be included in the initial loan activity file for a new loan.
- 4004.060: The endorser (if any for PLUS loans) will be included in the initial loan activity file.
- 4004.070: The contractor shall accept the SSN, Name, and Date of Birth fields from COD even if that data does not match their system. If the data does not match the contractor's records, the contractor shall not update any borrower data before validating that the data on COD is more current than the data on the contractor's system. If the contractor's data is more current, no changes should be made to their records. The records can be placed in WIP while validation occurs. COD has an upfront edit that matches the SSN/NAME/DOB sent from the school's to the borrower's FAFSA data. The FAFSA data is matched to the IRS.

- **4005.000: The contractor shall receive modifications to borrower, award, and disbursement information for Direct Loans (including TEACH Loans) via the Loan Activity File from COD.**

  - 4005.010: COD will send updates to borrower and award level information with replacement values in the relevant tag, except in the case of a SSN or date of birth change. In the case of SSN or date of birth, COD will send the previous identifier and the current identifier in the borrower block.
    ***SSN and Name changes will be sent with one award block and trigger borrower only blocks to be submitted on other awards. Example: if a school submitted a change to the name on the Direct Subsidized loan, then the borrower block for the Direct Plus loan will also be triggered.
  - 4005.020: Modifications to the student or endorser information in a Direct PLUS loan will not be sent to the contractor after the initial loan activity is sent unless there is a corresponding award modification made.
  - 4005.030: The replacement value of 0 in the <FinancialAwardAmount> tag is valid and indicates the award was inactivated by the school.
    ***Servicer shall accept the reduction to zero even if all disbursements have not been reduced to zero. Due to Heightened Cash Monitoring schools, the disbursement adjustment requires FSA approval prior to being sent to the contractor and will delay the disbursement modifications from being sent the same day.
  - 4005.040: COD will not send borrower and/or award level modifications to the contractor for borrower's with only a Direct Consolidation Loan or Federally held FFEL loans.
  - 4005.050: COD will not send borrower and/or award level modifications to the contractor for an award with the Paid in Full indicator set to true.
    **Only valid for Loan's PIF by consolidation.
  - 4005.060: Borrower and award level modifications shall be sent for the current award year and previous two years.

- o 4005.070: If there is an award modification, the entire award block with the most recent information will be sent along with the entire borrower block.
- o 4005.080: COD will send updates to disbursement level information with replacement and delta/adjustment values. In cases where there are multiple changes within the same day, COD will send the Servicer both the final value from the latest change (as the replacement value) and the total delta (from all changes).
- o 4005.090: The contractor shall receive a unique disbursement number for each disbursement and a unique sequence number for each adjustment to a specific disbursement number.
- o 4005.100: The actual numerical value of the disbursement number/sequence number does not indicate what the most recent information is. The unique combination of a disbursement number and sequence number for a specific loan indicates that an adjustment needs to be processed.
- o 4005.110: Sequence numbers are assigned based on source of the adjustment.
  Sequence 1-65--School Assigned
  Sequence 66-90--COD Assigned (web processing)
  Sequence 99-91--Servicer assigned (Payment to Servicing)
- o 4005.120: Multiple modifications made to a disbursement in the same day will be sent with the most updated information associated with the latest sequence number for that disbursement and the combined adjustment amount for the day.
- o 4005.130: The contractor shall follow the business rules as outlined in the Additional Servicer Interface Support Guide for borrower, award, and disbursement modifications.
- o 4005.140: The contractor shall process Loan Activity Files in the order in which they are received according to the date the file was created (<CreatedDateTime> tag in the schema) and prior to processing the next file.

- **4006.000: The contractor shall receive corrections for previously rejected items for Direct Loans (including TEACH Loans) via the Loan Activity File from COD.**

  - o 4006.010: The contractor shall be able to accept all rejects for a single award/disbursement in a single file.
    Example: If a disbursement was initially rejected and 2 subsequent adjustments to that disbursement were also rejected, COD will send all 3 transactions in one file to the contractor.

- **4007.000: The contractor shall send a receipt file to COD, via SAIG, for each Loan Activity File received.**

  - o 4007.010: The contractor shall send a Receipt to acknowledge the receipt of the file as a whole and indicate that the Loan Activity File was received by the Servicer.
  - o 4007.020: The Receipt file shall be provided to COD via an XML interface.
  - o 4007.030: Loan Activity Receipt files shall be sent via SAIG using specific message classes for the file type:
    LAASTCIN--Test Receipt File
    LAASPCIN--Production Receipt File

- **4008.000: The contractor shall process the Loan Activity File and send a Response file to COD.**
  - o 4008.010: The contractor shall send one Response file document for each Loan Activity File processed, returned in order.
  - o 4008.020: The Response file shall be provided to COD via an XML interface.
  - o 4008.030: Loan Activity Response files shall be sent via SAIG using specific message classes for the file type:
    LAASTSIN--Test Receipt File
    LAASPSIN--Production Receipt File

- 4008.040: The contractor shall send the LAF response file within 24 hours of receiving the LAF file.
  ***The contractor shall send response files on Saturdays for Friday files.
- 4008.050: The contractor shall send a response block at the document, borrower, award, and disbursement level.
- 4008.060: The contractor shall process transactions received from COD in the Loan Activity File and return edits and/or accepted responses for each transaction ID in a Loan Activity Response file to COD.
- 4008.070: The contractor shall create/send a Response complex element for each Transaction ID associated with Document, Borrower, Award, and/or disbursement complex elements sent in the Loan Activity File.
- 4008.080: A response complex element with a Response code of 'accepted' does not exclude another complex element(s) in the hierarchy from being accepted or rejected. Example: If a borrower complex element is accepted, this does not exclude the possibility of the award or disbursement complex elements may be accepted or rejected.
- 4008.090: When a response complex element is rejected, the contractor shall include at least one Error Code and return no more than one hundred Error Codes per transaction ID.
- 4008.100: A response complex element with a response code of "rejected" can result in other complex elements being rejected.
- 4008.110: If there is a reject at the document level, the contractor shall return a response only to the Document Transaction ID and it will be assumed all other transactions are rejected.
- 4008.120: If a borrower complex element is rejected, then the award complex element and all associated elements will also be rejected. The contractor shall return a response with the error code and reason at the borrower level, and the award will just have a response of "rejected" without the code and reason.
- 4008.130: The contractor shall return edit 001 at the document level if the batch was sent to the wrong mailbox.
- 4008.140: The contractor shall return edit 002 at the document level if COD sent a duplicate batch ID.
- 4008.150: The contractor shall return edit 002 at the borrower, award, and/or disbursement level if COD submits duplicate transaction ID's within the same file.
- 4008.160: The contractor shall return edit 003 at the document level if the create date is greater than the current date.
- 4008.170: The contractor shall return edit 004 when the New borrower, New Award, and/or New disbursement indicator are inconsistent with servicer data. New Borrower is a SSN that the contractor has "Never" had on their system with a Federally held FFEL Loan, Direct Loan, or TEACH Loan.
  Note: This includes all Federal loan types for the above programs (TEACH, Direct Loan, Direct Loan Consolidation, FFEL, and FFEL consolidation).
- 4008.180: The contractor shall return edit 005 at the batch level if there are schema validation errors.
- 4008.190: The contractor shall return edit 006 if the borrower has been transferred to another servicer.
  This does not include transfer to DMCS. If a borrower has been transferred to DMCS, the contractor shall accept the transaction.
- 4008.200: The contractor shall return edit 007 at the borrower and/or award level when the data is inconsistent with what the contractor has on file. This only applies to non-financial borrower identifier, non-financial discrepancies. It should only be returned in cases where edit 4, 6, or 18 are not returned. (Such as non-financial disbursement fields such as disbursement date.)
- 4008.210: The contractor shall return edit 13 at the batch, borrower, award, or disbursement level when the file is missing functionally required tags.

- o 4008.220: The contractor shall return edit 018 when the disbursement adjustment amount does not match the calculated difference between the new disbursement amount in the LAF file and the previous disbursement amount that the servicer has on file.

- **4009.000: The contractor shall use the <Correspondence Type> (paper or electronic) and <CorrespondenceEffectivedate> fields in the LAF file to determine if they need to establish or update the borrower's electronic correspondence option within their systems.**
    - o 4009.010: The contractor shall only process a correspondence option change from COD if the effective date received is more current than the most recent option effective date stored on the contractor's system.
    - o 4009.020: The contractor shall use the effective date to determine if the borrower has changed their correspondence type option.
      Example
      1. New Loan sent in LAF file on 1/15/2013
      a. Correspondence Type is electronic
      b. Effective date is 12/15/2012
      c. Servicers shall set the borrower's correspondence type to electronic.
      2. Adjustment sent on 2/10/2013
      a. Correspondence type is paper
      b. Effective date is 02/08/2013
      c. Servicer shall update their system to send paper correspondence
    - o 4009.030: The schema contains 2 email address fields.
      <PermittedAddress> This is the email address that the borrower consented for use with eCorrespondence.
      < NonpermittedAddress> is supplemental information that was provided to COD by a source (school/FAFSA) other than the borrower. This is informational and should not be used for eCorrespondence
      Note: Per schema this is a required field but, based on business rules it is required when borrower's Opt in, so it is only required for specific scenarios. It is possible the same email will be in both fields.
    - o 4009.040: The contractor shall use the attached eCorrespondence Consent Language on all communications/websites/applications that allow a user to consent to eCorrespondence
      See attachment 4009_4010 Current SMS_ eCorr Consent language on SL.gov

- **4010.000: The contractor shall use the text messaging <SMSAllowedFlag> and <SMSEffectivedate> fields in the LAF file to determine if they need to establish or update the borrower's text messaging option within their systems.**

    - o 4010.010: The contractor shall only process a SMS text messaging option change from COD if the effective date received is more current than the most recent option effective date stored on the contractor's system.
      See attachment 4009_4010 Current SMS_ eCorr Consent language on SL.gov

- **4011.000: The contractor shall use the <InSchoolDefermentFlag> and the <SixMonthDefermentOption> fields in the LAF file to apply the In School deferment to a Direct Parent Plus loan.**

    - o 4011.010: Parents have an option to defer their payments while the student is in school, in addition, they can also defer payments during the student's grace period. The contractor shall use these fields to determine whether a deferment needs to be applied or if the Parent borrower will go into repayment.
    - o 4011.020: If the parent borrower elects to defer their payments, the contractor shall apply the Parent Plus borrower deferment. See requirements 21000.

- **4012.000: The contractor shall maintain COD SSN, COD Name, and COD DOB information for a borrower. These data elements are to be used when sending the Servicer Activity File (SAF) to COD.**

  - 4012.010: SSN, Name, and DOB updates made on the contractor's system are not reported to COD, therefore, the contractor needs to maintain COD data in order to process future transactions from COD as well as send data to COD in the SAF file.
  - 4012.011: All SAF files shall use the COD Name, COD DOB, and COD SSN for the borrower information. Example: Identity theft discharge: a servicer may move the accounts to be under a pseudo SSN, but when responding to COD, you need to use the data for the borrower the loan was originated under.

- **4013.000: The contractor shall send a Servicer Activity File (SAF) to COD on each processing day.**

  - 4013.010: The SAF file shall be sent via SAIG with message class
    --SAASTQIN--Test File
    --SAASPQIN--Production File
  - 4013.020: The contractor shall send Payment to Servicer, Transfer, and Discharge activity to COD by end of day each processing day. COD will process and send receipts and responses around 6:00am the next business day.
  - 4013.030: The contractor shall only send Payment to servicer and discharge activity for awards that are currently on the COD system. If COD has archived an award year, the contractor shall no longer send the transactions.
    - 4013.031: COD will annually notify the contractor's when an award year will be archived.
    - 4013.032: The contractor shall update their systems to no longer send the payment to servicer or discharge transactions for the "archived" year on the date provided by COD in the notification.
  - 4013.040: The contractor shall include payment to servicer (School Payments or Borrower payments received within 120 calendar days of disbursement date (Cash Cancels)) transactions for Direct Loan Subsidized, and Direct Loan Unsubsidized loans in the Servicer Activity File.
    Note: Perkins is not a program that is currently processed by COD, however, it is a valid value in the schema.
  - 4013.050: The contractor shall assign a new disbursement sequence number for each payment to servicer transaction on a disbursement, using 99 - 91 as sequence numbers (descending order).
  - 4013.060: Payment to servicer activity will be sent as a negative amount for a standard payment and as a positive amount for an adjustment that decreases the payment amount, or to represent a NSF.
  - 4013.070: If a payment modification is made, the contractor shall provide the current payment amount values as well as the payment adjustment amount values. If the payment is not a modification, the payment adjustment values will be populated with the payment amount.
  - 4013.080: The contractor shall only send one payment per Servicer Activity File per borrower, award, and disbursement combination.
  - 4013.090: The contractor shall include transfer activity in the Servicer Activity File.
  - 4013.100: Transfer activity includes loans/grants that have been transferred, New consolidation loans, and Paid In full indicator on underlying loans that were PIF by consolidation.
  - 4013.110: The contractor shall send the transfer notification to COD the day the transfer is received. The contractor shall include the previous servicer ID and effective date of the transfer.

- o 4013.120: The contractor shall send the transfer notification to COD the day the New Consolidation Loan is booked.
- o 4013.130: The contractor shall send the transfer notification to COD when underlying loans are PIF by a consolidation loan. Once received, COD will no longer send borrower level updates for the underlying award.
- o 4013.140: All records sent in the transfer block are required to have the effective date, previous servicer ID, and Paid in Full indicator populated with valid values
- o 4013.150: The contractor shall include discharge activity in the Servicer Activity File for Direct Loans (see support guide for list of discharge types).
  Note: Perkins is not an eligible program at this time.
- o 4013.160: The contractor shall include full and partial discharges and discharge reversals in the Servicer Activity File.
- o 4013.170: The contractor shall include the following discharges:
  --Closed School
  --False Certification--ability to benefit
  --False Certification--disqualifying status
  --Unpaid Refund
  --Unauthorized signature/unauthorized payment
  --Bankruptcy
  --Death
  --Disability
  --Veterans Disability
  --Teach Forgiveness
  --[DELETED] [USDS contractors will not receive or process discharges for TEACH grants]
  --Identity Theft
  --Borrower Defense
  --Natural Disaster
- o 4013.180: The contractor shall send the <DischargePerson> tag populated with either 'borrower' or 'student' for every discharge transaction.
  Note: Student will only be used for Direct Parent Plus loans
- o 4013.190: In the case of a discharge due to "Death", the contractor shall send in all Award ID's (all of the Award IDs that the contractor has on file for that Borrower or Student), with the relevant discharge reason, discharge amount, discharge date, discharge action code discharge person and index (SSN and DOB of the person who is deceased) information.
- o 4013.200: In the case of the death of both a borrower and student (DL Parent PLUS award), the contractor shall send 2 discharge blocks.
- o 4013.210: The contractor shall send the actual disbursement amount in the discharge amount field. (They should not report the principle/interest amounts that were written off) The amount of the discharge cannot be greater than the gross disbursement amount.
- o 4013.220: In the case of a partial discharge and a subsequent partial discharge for the same awards, the contractor shall send a replacement discharge amount (total discharge).
- o 4013.230: Discharge and Discharge reversals should not be sent in the same Servicer Activity File. If a discharge and reversal are processed in the same day, the contractor shall not send the discharge information.
- o 4013.240: If there is no activity on that processing day, a minimal Servicer Activity File without borrower activity will be sent.

- **4014.000: The contractor shall receive a receipt from COD for every Servicer Activity File.**

  - o 4014.010: The contractor shall receive a Receipt to acknowledge the receipt of the file as a whole and indicate that the Servicer Activity File was received by COD.
  - o 4014.020: The Receipt file shall be provided to the contractor.

- 4014.030: Servicer Activity Receipt files shall be sent via SAIG using specific message classes for the file type:
  SAASTCOP--Test Receipt File
  SAASPCOP--Production Receipt File

- **4015.000: The contractor shall receive a response from COD for every Servicer Activity File.**

  - 4015.010: The SAF response file shall be sent via SAIG with message class
    --SAASTSOP--Test File
    --SAASPSOP--Production File
  - 4015.020: The contractor shall receive a Response complex element for each Transaction ID associated with Document, Borrower, Award, and/or disbursement complex elements sent in the Loan Activity File.
  - 4015.030: A response complex element with a Response code of 'accepted' does not exclude another complex element(s) in the hierarchy from being accepted or rejected.

    Example: If a borrower complex element is accepted, this does not exclude the possibility of the award or disbursement complex elements may be accepted or rejected.
  - 4015.040: When a response complex element is rejected, the contractor shall include at least one Error Code and return no more than one hundred Error Codes per transaction ID
  - 4015.050: A response complex element with a response code of "rejected" can result in other complex elements being rejected.
  - 4015.060: If there is a reject at the document level, COD shall return a response only to the Document Transaction ID and it will be assumed all other transactions are rejected.
  - 4015.070: If a borrower complex element is rejected, then the award complex element and all associated elements will also be rejected.  The contractor shall return a response with the error code and reason at the borrower level, and the award will just have a response of "rejected" without the code and reason.
  - 4015.080: COD shall return edit code 002 for duplicate transaction ID's at the borrower, award, and disbursement level.
  - 4015.090: COD shall return edit code 007 when the borrower/award/discharge/payments/transfer information is inconsistent with what COD has on file
  - 4015.100: COD shall return edit code 008 on payment/discharge/transfer notifications if the award ID is not found on the COD system.
  - 4015.110: COD shall return edit code 009 for payment to servicer gross amount is greater than COD disbursement amount.
  - 4015.120: COD shall return edit code 010 for discharge transactions and the borrower/student SSN is not found
  - 4015.130: COD shall return edit code 011 if the discharge or payment effective date is out of range. Effective date must be less than or equal to current processing date.
  - 4015.140: COD shall return edit 012 for discharge reversals when no discharge is on file.
  - 4015.150: COD shall return edit 014 for invalid discharge amounts. Discharge amount must be less than or equal to the COD disbursement amount.
  - 4015.160: COD shall return edit 015 for missing disability date for discharge types of Veterans and Disability.
  - 4015.170: COD shall return edit code 016 for missing borrower SSN or DOB
  - 4015.180: COD shall return edit code 018 for Payment Adjustment amount does not match the calculated difference between the new payment amount in the SAF file and the previous payment amount that COD has on file.
  - 4015.190: COD shall return edit code 021 if a payment is submitted on Consolidation or Federally held FFEL loans.
  - 4015.200: COD shall return edit code 022 if a discharge is submitted on consolidation or federally held FFEL loans.

- **4016.000: The contractor shall receive Daily Interface Activity Reports from COD.**

    - 4016.010: The contractor shall receive a Daily Outbound Activity Summary and detail report that contains a summary of the COD outgoing file and the contractor incoming response to that file along with batch detail.
    - 4016.020: The contractor shall receive a Daily Inbound Activity Summary and detail report that contains the summary of the COD inbound file from the contractor and COD's response to that file along with batch detail.

- **4017.000: The contractor shall provide support for resolving rejected transactions returned to COD for the Loan Activity File.**

    - 4017.010: Contact name(s) and information shall be provided to FSA/COD. Support should include the ability to review rejected transactions, work with COD personnel to analyze why the reject occurred and assist with resolution on a daily basis.

- **4018.000: The contractor shall resolve rejected transactions received from COD in the SAF response file.**

    - 4018.010: Resolution shall include the ability to review rejected transactions, work with COD personnel to analyze why the reject occurred and assist with resolution on a daily basis.
    - 4018.020: These rejects shall be considered Work in Process (WIP) for the contractor, the contractor shall review the rejects daily and resubmit them.
    - 4018.030: The contractor shall track and report all WIP to FSA weekly. File layout of report will be determined during detailed requirement/design reviews, but will include at the minimum the below fields:
      --Document Batch ID
      --SSN
      --Loan ID
      --Reject type (Discharge, transfer, Payment to servicer)
      --Edit code
      --Edit field (field that triggered the edit)
      --Field value(s)
      --Age of reject (days since record reject)
      --Resend indicator
      --Resend date

- **4019.000: The contractor shall complete inter system testing (IST) with COD prior to being able to accept the Common Application files.**

    - 4019.010: The contractor shall coordinate testing scope with FSA and COD, create and stage test data as needed, and provide a test region to support IST. FSA shall have access to the test region to validate testing.
    - 4019.020: The contractor shall complete a connection test prior to the start of IST.
    - 4019.030: The contractor shall participate in daily IST test meetings
    - 4019.040: The contractor shall provide copies of all data and files, as well as account level screen prints to FSA for review.

      Note: Detailed Artifact information will be provided with the IST test scripts.
    - 4019.050: The contractor shall provide a final IST evaluation artifact that includes daily notes and test status once IST has been completed.

- **4020.000: The contractor shall accept all transactions for loans that were transferred to DMCS.**

- 4020.010: The contractor shall put the transactions into suspense (WIP) and on a monthly basis, create a manual adjustment spreadsheet to forward the transfer update to DMCS. See requirements 29000 Adjustment Processing for more detail

- **4021.000: The contractor shall process "late bookings" from schools.**
  - 4021.010: Late bookings are new loans or new disbursements for existing loans that are not sent timely to COD, therefore, the student may already have left school.
  - 4021.020: The contractor shall accept the transactions and apply a non-capping admin forbearance to bring the account current.
  - 4021.030: If the borrower has other loans, the loan shall be put on the same repayment plan. The account shall be re-disclosed and a new repayment schedule generated.

- **4022.000: The contractor shall update a borrower's separation date or apply In-School deferments to borrower's accounts when new loans are booked to the servicing system.**

  - 4022.010: If the contractor has the borrower's loan(s) in any other status than an in-school, in-grace, or in a school deferment, the contractor shall use new loan bookings as an indicator that the borrower is in school at least half time.
  - 4022.020: The contractor shall extend the borrower's separation date if the borrower was continuously enrolled.
  - 4022.030: The contractor shall apply In-School deferments to borrower's loans when new loans are booked to the servicing system. The begin date of the deferment shall be the award period begin date and the end date shall be the borrower's separation date sent by COD.
  - 4022.040: The contractor shall extend the borrower's separation date or apply the in-school deferment using the enrollment status of "half time".
  - 4022.050: The contractor shall use the NSLDS enrollment reporting process from the school to validate accurate separation dates/deferment end dates. If the contractor does not receive confirmation within 120 business day from the receipt of the COD information, the contractor shall reach out to the school to validate the borrower actually enrolled in school.

- **4023.000: The contractor shall determine if updates are needed to the borrower's demographic information.**

  - 4023.010: The contractor has an option to process SSN, Name, DOB, Address, email, and phone numbers changes from COD. If the contractors believe their information is accurate, they do not need to process the change from COD.
    Note: As per requirement 4012, the contractor needs to update and maintain the COD identifiers.

- **4024.000: The contractor shall report all transactions related to COD originations to FMS. See Financial Activity and Transactions for more information on FMS reporting**

- **4025.000: The contractor shall reconcile all financial activity on their servicing system and with FMS.**
  **See Financial Reconciliations and Reporting.**

- **4026.000: The contractor shall participate in COD/Servicer/FSA status meetings.  The meetings will review file processing and any open LDE Service desk tickets.**

  - 4026.010: The contractor shall send any issue/research request to the LDE Service Desk, PII data shall not be sent in email as the contractor shall post documents to the SharePoint site.

- **4027.000: The contractor shall maintain a ticket tracking solution to track any system issues that they have regarding the interface. Examples include but are not limited to: The servicing system is rejecting items back to COD incorrectly, the servicing system is not updating accounts accurately based on data with the files**

    - 4027.010: The contractor shall provide reports to FSA and review the errors during the COD/Servicer/FSA status meetings in requirement 4026.000.

- **4028.000: The contractor shall provide Contact names, emails, and phone numbers for the operational contacts for this interface.**

    - 4028.010: The contractor shall also need to provide production schedules as needed (if applicable).

***Section 5000: Repayment Plans***

- **5000.000: The contractor shall provide and support repayment plan options for all loan types, including plans in existence prior to, and after, the Higher Education Reconciliation Act of 2005 (HERA).**

    **See attachment 5000_DL Repayment Guide**
    - o 5000.010: The contractor shall provide and support Traditional Repayment Plans:
         Standard - Pre-HERA ('grandfathered') and Post-HERA repayment terms
         Graduated - Pre-HERA ('grandfathered') and Post-HERA repayment terms
         Extended - Pre-HERA ('grandfathered') and Post-HERA repayment terms
    - o 5000.020: The contractor shall provide and support Income Driven Repayment Plans:
         Income-Contingent Repayment (ICR)
         Income-Based Repayment (IBR)
         Pay As You Earn Repayment (PAYE)
         Revised Pay As You Earn Repayment (REPAYE)
    - o 5000.030: The contractor shall provide and support Alternative Repayment Plans:
         Alternative Fixed Payment
         Alternative Fixed Term
         Alternative Graduated
         Alternative Negative Amortization

- **5001.000: The contractor shall allow a borrower to change repayment plans as applicable based upon regulations for the various loan programs.**

    - o 5001.010: There is no limit to how often a borrower may change repayment plans.
    - o 5001.020: The new repayment plan monthly payment amount shall take effect with the current payment due date if the new amount is less than the current plan.
      The new repayment plan monthly payment amount shall take effect with the next payment due date if the new payment amount is more than the current plan.
      For Example: If Billy Borrower's due date is the 14th today is June 7th, Billy's "current Due Date would be June 14th, the amount if a "lower payment" it would be effective on June 14th, if a "higher" payment amount it would be effective as of July 14th.
    - o 5001.030: The contractor shall change the borrower repayment plan without changing the due date unless the borrower also requests a change in the due date.
    - o 5001.040: If the borrower's due date is advanced more than 30 calendar days, the contractor shall remove any prepaid status and make the borrower due for the new monthly payment amount within the next 30 calendar days.
    - o 5001.050: If the borrower's due date is less than 21 calendar days in the future, and the new monthly payment amount is more than the current monthly payment amount, the new payment amount will be in effect for the following billing cycle.
      For Example: If Billy Borrower's due date is the 14th and on June 7th he requests to change his repayment plan, which results in a higher payment amount, the new higher payment amount will not take effect until the July 14th billing. The June 14th bill should remain at the current lower payment amount.
    - o 5001.060: If the borrower's due date is less than 21 calendar days in the future, and the new monthly payment amount is the same or less than the current monthly payment amount, the new payment amount will be in effect this current billing cycle.
      For Example: If Billy Borrower's due date is the 14th and on June 7th he requests to change his repayment plan, which results in the same or a lower payment amount, the new payment amount will take effect with the June 14th billing.

- **5002.000: The contractor shall allow a borrower to change their due date. The day the payment is due shall be limited to the 1st to 28th of the month.**

- o 5002.010: The contractor shall secure the borrower's permission before changing a due date and may not change the payment due dates arbitrarily.


- **5003.000: The contractor shall apply the following limitations for repayment plan changes.**

  - o 5003.010: A borrower may change to another plan as long as the new plan has a repayment term longer than the amount of time already spent in repayment. The new repayment term is determined by subtracting the amount of time spent in repayment from the term allowed under the new plan.
  - o 5003.020: The contractor shall exclude any periods of deferment and forbearance when determining the repayment term unless the borrower is changing into an IDR plan which allows the borrower to have periods of economic hardship deferment count toward the repayment term (forgiveness), in which case periods of economic hardship deferment count towards the remaining repayment term.
  - o 5003.030: If the borrower is required to repay the consolidation loan under an IDR plan ("forced IDR"), the borrower must make three consecutive on-time monthly payments of a payment amount based on income (not interest only payments that may be due under ICR) before changing to another plan. If the borrower's scheduled payment is $0.00, the borrower is required to make 3 consecutive monthly payments of at least $5.00 prior to changing to another plan.

    Note: Forced IDR is only for newly originated consolidation loans that are loaded to the contractor's system. Contractors will never place a borrower onto the forced IDR plan unless correcting an error.
  - o 5003.040: Borrowers who are removed from a Pre-HERA plan, per their request, do NOT have the option of going back on a Pre-HERA plan UNLESS:
    - The borrower is being removed from ICR due to lack of required documentation.
    - The borrower is on the Consolidated Standard Plan with a term > 10 years and is requesting a Standard 10 year term for purposes of Public Service Loan Forgiveness.
  - o 5003.050: The contractor shall track a borrower's repayment history while the borrower is serviced by the contractor, including the dates when a borrower began and ended a particular repayment plan, forbearance or deferment.


- **5004.000: Borrowers currently repaying under Pre HERA plans shall remain on those plans until the borrower requests to be removed. New loans for borrowers repaying on Pre-HERA plans may also be repaid using Pre-HERA plans.**


- **5005.000: The contractor shall require a borrower to use the same repayment plan for all loans unless the borrower qualifies for an exception.**

  - o 5005.010: The contractor shall assign new loans received for a borrower to the same repayment plan the borrower is currently using.
  - o 5005.020: If the borrower makes a different selection, the contractor shall change all loans to the new repayment plan, if applicable.
  - o 5005.030: The contractor shall allow for the following exception when a borrower chooses a plan for which not all of their loans are eligible. The loans that are not eligible for the plan the borrower has chosen may be repaid under any other repayment plan for which the loans are eligible.

    • Borrower has both Parent PLUS and Parent PLUS consolidation loans that do not qualify for all of the IDR plans as well as Direct Unsubsidized or Subsidized loans.

    • Borrower has federally held FFEL and Direct loans. The FFEL are only eligible for the IBR plan of the possible IDR plans.

Example: Borrower has a mix of Direct Unsubsidized Loans and Direct PLUS loans made to parents. The Direct Unsubsidized Loans are eligible for IDR plans and the Direct PLUS Loan made to parents is not eligible for IDR plans.

- **5006.000: The contractor shall apply a capitalizing administrative forbearance to cover all prior delinquency when applying any payment plan change.**

  - o 5006.010: If the administrative forbearance is immediately followed by a non-capitalizing administrative forbearance applied to a borrower while collecting income documentation, there should be only one period of capitalization, at the end of the non-capitalizing forbearance. Only the interest that accrued during the capitalized forbearance period (which was used to cover prior delinquency) shall be capitalized.
  - o 5006.020: The capitalizing administrative forbearance should ONLY cover delinquent payments and not the current due payment.

- **5007.000: If the borrower is on a traditional repayment plan (non-IDR), the contractor shall recalculate and re-disclose borrower's repayment amounts when subsequent disbursements, disbursement adjustments, principal/ interest manual adjustments, interest rate, deferment/forbearance ends, and repayment plans adjustments occur.**

  - o 5007.010: Please reference 5001.050 and 5001.060 for borrower's next payment due date.

- **5008.000: If the borrower is on a traditional repayment plan (non-IDR), the contractor shall amortize borrower's accounts no less than annually to ensure the borrower's scheduled payment amount will pay the loan off within the available term.**

  - o 5008.010: The contractor shall review the amortization schedule of every borrower on a traditional repayment plan at least annually to validate that the account will pay off within the previously disclosed term.
  - o 5008.020: The contractor shall recalculate and re-disclose the borrower's repayment amount due for any account identified during the review that will not completely payoff within the disclosed terms and update the payment schedule.
  - o 5008.030: The contractor shall re-disclose to the borrower any change to the borrower's monthly payment amount at least 21 calendar days prior to the change taking effect.

- **5009.000: The contractor shall notify the borrower of repayment options while in grace.**

  - o 5009.010: The contractor shall communicate the various repayment plan options 60 calendar days prior to grace end. This communication should reference the Loan Simulator that is available on https//studentaid.gov.

- **5010.000: The contractor shall assign borrowers not choosing a repayment plan to the Standard repayment plan.**

  - o 5010.010: The contractor shall assign borrowers to the Standard repayment plan until another plan is chosen by the borrower.

- **5011.000: The contractor shall notify the borrower when a repayment plan selection is received from the borrower. (This includes when the repayment plan is selected via web, mobile application, mail, fax, text, chat, or phone)**

  - o 5011.010: The contractor must notify the borrower that the repayment plan selection was received. Notification by phone is acceptable provided the contractor keeps a record of the contact, time and date contacted along with subject matter provided.

- o 5011.020: The contractor shall describe the review and approval process, including the roles and responsibilities of all the entities involved in the process of selecting a repayment plan.
- o 5011.030: The contractor shall describe the option and process for changing plans in the future.

- **5012.000: The contractor shall notify the borrower of the result of an IDR plan application.**

  - o 5012.010: The contractor shall process IDR applications within 15 business days.
  - o 5012.020: The contractor shall notify the borrower when the repayment plan is applied to the borrower's account.
  - o 5012.030: The contractor shall notify the borrower if the IDR repayment application is incomplete.
  - o 5012.040: The contractor shall send notification to the borrower within 1 business day that the application is initially found to be incomplete. The contractor shall notify the borrower based on the borrower's selected communication option informing the borrower what additional information is needed to complete the application and how the information can be provided to the contractor.
  - o 5012.050: The contractor shall notify the borrower if the application to enroll in an IDR plan is denied. The notification will inform the borrower of the criteria necessary to qualify for the plan and which criteria the borrower did not meet in order to qualify for the plan as well as provide information for other plans the borrower is eligible for.
  - o 5012.060: The contractor shall only deny IDR applications if the borrowers loan type(s) is ineligible for the plan applied for; the borrower's information does not indicate partial financial hardship prohibiting enrollment in the plan, or the borrower has failed to respond within 60 calendar days to resolve incomplete/missing application information.
  - o 5012.070: The notification for requirement 5011.10 (receipt of application) and requirement 5012.20 (result of application) can be combined into a single notification ONLY if the determination of the application is completed within 7 calendar days.

- **5013.000: The contractor shall only provide "Pre HERA" standard, extended, graduated, and Pre 7/1/96 Income Contingent (ICR 1 and ICR 2) repayment plan options to borrowers eligible for these plans. Only borrowers with loans currently on these plans are eligible for these repayment options.**

  **(See 5000_Repayment Guide)**

  - o 5013.010: Standard Repayment plan has payments that are a fixed amount. These payments can be amortized up to 10 years (up to 30 years for Consolidation Loans).
  - o 5013.020: Extended Repayment plan has payments that may be
  - o fixed or graduated and can be amortized for up to 25 years.
  - o 5013.030: Graduated Repayment plan has payments that are lower at first, and then increase every two years. These payments can be amortized for up to 10 years (up to 30 years for Consolidation Loans).
  - o 5013.040: Graduated Repayment plan terms should be disclosed to the borrower each time they graduate.
  - o 5013.050: The ICR1 and ICR2 plans were available for "Pre-Hera" borrowers. The difference between the two plans is the way the borrower's payments are calculated.
    ICR1
    A calculation in which the borrower's monthly payment amount is the lesser of either:
    An income principal balance-based calculation, or
    20 percent of the borrower's discretionary income
    If the calculated monthly payment amount is less than $15, the borrower is not required to make a payment.
    ICR2
    A calculation in which the borrower's monthly payment amount is the amount the

borrower would repay under a 12-year standard amortization calculation, or $15, whichever is greater.

- **5014.000: The contractor shall provide alternative repayment plan options for borrowers.**

  - o 5014.010: The contractor shall provide the 4 existing alternative repayment plans (fixed payment, fixed term, alternate graduated, and negative amortizing).
  - o 5014.020: The contractor shall annually review the alternative plans to ensure the borrower will pay off in within the disclosed payment schedule.
  - o 5014.030: Restrictions on Alternative Plans - Maximum Term 30 years, minimum payment $5.00, payments cannot vary by more than 3x from the smallest to largest payment. Negative Amortization can only be applied for 1 year
    (See 5000_Repayment Guide)

- **5015.000: The contractor shall be held to understand the following definitions for the purpose of all Income Driven Repayment requirements.**

  - o 5015.010: Anniversary Date: the Month and day on which the borrower entered IDR, for example if the borrower entered the IDR plan on July 1, 2015, their anniversary date would be July 1st of every year thereafter until they left the plan or an early recertification resets the anniversary date.
  - o 5015.020: Annual Payment Period: the period of one year for which a borrower's calculated payment is effective, based on the anniversary date. For example; July 1, 2015 - June 30, 2016.
  - o 5015.030: Soft Deadline: the date by which the borrower should submit updated income documentation as part of the annual recertification process. For example; 35 calendar days prior to the borrower's anniversary date, e.g., for an anniversary date of July 1, the soft deadline would be May 27.
  - o 5015.040: Hard Deadline: 10 days after the soft deadline, For example; for an anniversary date of July 1, the hard deadline would be June 6.
  - o 5015.050: Eligible Loans: All DL Program loans, except for loans that are in default (loans over 359 calendar days delinquent), Parent PLUS Loans, or Consolidation Loans that repaid a Parent PLUS Loan are eligible for any IDR Plans
    Loans that consolidate already consolidated Parent PLUS loans are eligible for ANY IDR plan.
    FFEL loans are ONLY eligible for IBR
    Consolidated Parent PLUS loans are ONLY eligible for ICR3
    Note: Technically borrowers >270 calendar days delinquent are ineligible, however, per 5042.000, a capping administrative forbearance may be applied to cover delinquency prior to a repayment plan change to allow a borrower who is in technical default to change repayment plans. (See Guide)
  - o 5015.060: Forced REPAYE: A borrower required to repay the consolidation loan under the REPAYE ("forced REPAYE") to resolve default, the borrower must make three consecutive on-time monthly payments of a payment amount under REPAYE before changing to another plan.
  - o 5015.070: Standard-Standard: The 10-year standard payment amount calculated using the loan balance on eligible loans that was outstanding when the borrower initially entered repayment on the loan.
  - o 5015.080: Permanent-Standard: The 10-year standard payment amount calculated using the loan balance that was outstanding on the borrower's eligible loans when the borrower began repayment on the loan under IBR. For consolidation loans, the Permanent-Standard payment amount is a 10-year standard payment amount regardless of whether the borrower's consolidation loan qualified for a repayment term beyond 10 years under the Consolidation Standard Repayment Plan.
  - o 5015.090: Expedited-Standard: If the borrower chooses to completely leave IBR, the payment amount is calculated using the loan balance outstanding when the borrower

exits IBR and the remaining repayment period (up to 10 years) for Stafford, SLS and eligible PLUS loans; or the applicable remaining repayment period (10-30 years) for consolidation loans.

- o 5015.100: Partial Financial Hardship: A circumstance in which the Standard-Standard payment amount or the Permanent-Standard payment amount, whichever is greater, exceeds the payment amount under IBR or PAYE.
- o 5015.110: Family Size: always includes the borrower and the children of the borrower (including unborn children who will be born during the year which the borrower certifies family size), if the children receive more than half their support from the borrower.
- o 5015.120: Family Size - For the REPAYE plan, family size includes the borrower's spouse unless the spouse's income is excluded from the calculation of payment amount because the borrower files a separate federal income tax return from their spouse AND are (1) separated from their spouse or (2) unable to access their spouse's income information. For IDR plans other than REPAYE, the borrower's spouse will always be included.
- o 5015.130: Family Size also includes other people if they live with the borrower, receive more than half their support from the borrower and will continue to receive this support for the year the borrower certifies family size. For the purposes of repayment plans, family size may be different from the number of exemptions filed on federal income tax returns.
- o 5015.140: If the family size for the borrower has increased by more than 10 from the prior year's IDR application, the contractor shall suspend the IDR application process and reach out to the borrower within 3 business days requesting a list of new family members.
- o 5015.150: Discretionary Income:
  REPAYE: The amount by which your income exceeds 150% of the poverty guideline amount.
  PAYE: The amount by which your income exceeds 150% of the poverty guideline amount.
  IBR: The amount by which your adjusted gross income exceeds 150% of the poverty guideline amount.
  ICR: The amount by which your adjusted gross income exceeds the poverty guideline amount for your state of residence and family size.
  - ▪ 5015.151: Discretionary Income For ICR, if the borrower is married, files a separate tax return with their spouse, and requests to repay eligible Direct Loans jointly, income includes the spouse's income.
  - ▪ 5015.152: Discretionary Income: For REPAYE, if the borrower is married, the income includes the spouse's income regardless of whether the borrower and spouse's filing status on federal income tax return unless the spouses are separated or if the borrower indicates that they cannot access the spouse's income information, in which case income includes only the borrower's income.
  - ▪ 5015.153: Discretionary Income for Married Borrowers: For IBR, PAYE, and ICR, if the borrower is married, the income includes the spouse's income if the borrower files their federal income tax return jointly with their spouse or files jointly, but the borrower indicates that they cannot access the spouse's income information, only the borrower's income will be used.

- **5016.000: The contractor shall uniquely identify all income-driven repayment plans in NSLDS reporting. See 12000_NSLDS DPI for specific codes and reporting guidelines.**

- **5017.000: The contractor shall refer to attachment 5017_IDR_protocol for specific details in reviewing and processing the IDR application requests.**

- **5018.000: The contractor shall provide the link to the electronic IDR request to their borrowers (e.g. provide link in repayment plan information on the website).**
  - o 5018.010: The contractor shall process all IDR Request eApps received from COD.

- **5019.000: If forecasted processing times are running longer than 7 days, the contractor shall notify applicant of IDR Request eApp status within 3 business days of receipt from COD via email, website notification, phone, text, or US postal mail. Phone calls will be handled by the contractor.**

- **5020.000: The contractor shall use as the figure for current income the borrower's Adjusted Gross Income (AGI), or combined AGI, if applicable, if:**
  **a) the borrower filed a federal tax return in either of the two most recently completed tax years**
  **and**
  **b) neither the income of the borrower, or the borrower's spouse, as applicable, is significantly different than the income reported on the most recent federal income tax return**
  - o 5020.010: The contractor shall obtain the borrower's AGI from:
    - • the IRS Data Retrieval Tool;
    - • a signed or unsigned copy of the borrower's latest federal income tax return; or
    - • an IRS tax return transcript for the last year for which the borrower filed a federal income tax return.

- **5021.000: The contractor shall obtain current income from Alternative Documentation of Income (ADOI) if:**
  **a) the borrower did not file a federal tax return in either of the two most recently completed tax years; or**
  **b) the borrower's current income, or the borrower's spouse's income is significantly different than the income reported on the most recent federal income tax return.**

  - o 5021.010: The contractor shall require the borrower to provide documentation to verify the spouse's taxable income if the borrower indicates that their spouse has taxable income. For married borrowers filing separately, the AGI of both the borrower and spouse are used to calculate the monthly payment amount unless the borrower indicates that they and spouse are separated or unless the borrower is unable to access the spouse's income.
  - o 5021.020: The contractor may require the borrower to submit ADOI if they have a specific reason for suspecting fraud, even if it is indicated on the IDR Request that neither the borrower nor their spouse has taxable income.

- **5022.000: When using ADOI, the contractor shall require the borrower to provide documentation to verify all sources of taxable income, including, but not limited to, income from employment, unemployment income, dividend income, interest income, tips, and alimony. If this is done through a phone call it will be the responsibility of the contractor. Refer to attachment 5017_IDR_Protocol.**

  - o 5022.010: The contractor shall accept as documentation of taxable income pay stubs, letters from employers listing pay, bank statements, or dividend statements.
  - o 5022.020: The contractor shall accept oral corrections to paycheck frequency and correct typographical or other errors and document the source of the update.
  - o 5022.030: The contractor shall not accept supporting documentation that is older than 90 calendar days from the date the borrower/spouse signs this form.
  - o 5022.040: The contractor shall require that the frequency of the income be clearly indicated in the documentation or in supplemental materials, including either a written communication from the borrower or an oral conversation between the borrower and the loan contractor.
  - o 5022.050: The contractor shall not require the borrower to provide more than one piece documentation per source of taxable income.
  - o 5022.060: The contractor shall allow the borrower to provide more than one piece of documentation per source of income.

- o 5022.070: The contractor shall accept copies of original documentation.
- o 5022.080: The contractor shall accept, in place of documentation, a signed statement explaining the income source(s) and giving the name and the address of the income source(s), if such a statement is supplied by the borrower.
- o 5022.090: The contractor shall not require the borrower to document untaxed income such as Supplemental Security Income, child support, or federal or state public assistance.

- **5023.000: When using ADOI to calculate annual income, the contractor shall project the income amount from each source to cover a 12-month period by multiplying the stated income by the frequency with which the income is received.**

  - o 5023.010: For each source of income, the contractor will subtract from the gross income on the income documentation provided:
    a) any pre-tax deductions to the income that were deducted from income on a pre-tax basis; or
    b) any pre-tax deductions identified by the borrower as a pre-tax deduction in an oral or written communication to the contractor
  - o 5023.020: The contractor may use a pay stub's "federal taxable wage" as the gross income (and may assume that pre-tax deductions have already been subtracted from the "federal taxable wage").
  - o 5023.030: The contractor may not use a pay stub's "net pay" as the gross income less pre-tax deductions.
  - o 5023.040: If the borrower submits documentation that covers a calendar year, such as a W-2, the contractor shall assume that the income stated on the documentation covers a 12-month period unless identified by the borrower in an oral or written communication to the contractor.
  - o 5023.050: If the borrower identifies that the income included in such documentation was received over a less-than-12-month period, the contractor shall estimate income over a 12-month period by extrapolating the average monthly earnings.
    For example, if the borrower informs the contractor that he received the $40,000 in income reported on his W-2 only over the course of 8 months, the borrower's annual income for IDR purposes is $60,000 ($40,000 divided by 8, multiplied by 12).
  - o 5023.060: When calculating income using ADOI that has Overtime or Bonus pay included, the contractor shall only include the Overtime / Bonus earning as a one-time event unless the borrower indicates otherwise in an oral or written communication to the contractor.

- **5024.000: The contractor shall require that the borrower certify family size and submit updated income documentation to the contractor by the hard deadline. If this is done through a phone call it will be the responsibility of the contractor.**

  - o 5024.010: For borrowers who do not indicate whether they have children or other dependents, the contractor shall use a family size of one if the borrower is unmarried and shall use a family size of two if the borrower is married. For REPAYE, a family size of two shall be used only if the spouse can be included in family size according to requirement 5015.120.
  - o 5024.020: The contractor shall consider any application received prior to the deadline communicated to the borrower on time for the purpose of recertifying income and family size under an income-driven repayment plan.

- **5025.000: If the contractor cannot process documentation prior to the expiration of any anniversary period, the contractor shall maintain the borrower's payment amount at the IDR payment amount for the previous anniversary period until the contractor can determine the new scheduled payment amount, provided that the contractor receives updated income documentation by the hard deadline.**

- 5025.010: If the contractor cannot process the documentation that was submitted by the hard deadline prior to the anniversary date, the contractor maintains the borrower's anniversary date notwithstanding the delay.
- 5025.020: Regardless of whether the eventual evaluation date results in the borrower payment amount going up or down, the contractor shall hold the borrower harmless for all purposes for payments made at the prior payment amount, e.g., PSLF, IDR forgiveness, delinquency, etc.

  EXAMPLE: For example, a borrower's anniversary period runs from July 1, 2012 - June 30, 2013 (2012-2013 payment). The borrower's 2012-2013 payment amount is $100. The borrower submits income documentation by the hard deadline, June 6, 2013, but the contractor cannot process that documentation prior to the borrower's anniversary date. The contractor maintains the $100 payment amount from 2012-2013 until the contractor calculates a new payment amount. The contractor calculates the new payment amount of $120. The payments of $100 made during the 2013-2014 payment period, and while the contractor was calculating the new payment amount, will qualify for IDR/PSLF forgiveness and the contractor must not consider these payments delinquent or otherwise treat the payments as contributing to delinquency.
- 5025.030: If the new payment amount is less than the old payment amount, the contractor shall adjust the borrower's account, apply (1) the newfound excess payment and (2) the amount of the interest subsidy that the borrower would have otherwise received, if any, as a lump sum payment and, unless the borrower requests otherwise, prevent the due date from being advanced regardless of the excess amount.
- 5025.040: If the new payment amount is equal to or greater than the old payment amount, the contractor does not make any adjustments to the borrower's account.

- **5026.000: If the contractor receives an IDR application and income documentation after the hard deadline but the recertification can be processed prior to the anniversary date, the contractor shall process the recertification, and keep the anniversary date.**
  **If the contractor receives an IDR application and income documentation after the hard deadline and the recertification cannot be processed prior to the anniversary date, the contractor shall:**
  - **If the borrower is in PAYE, place the borrower in permanent-standard and capitalize interest subject to the limitations**
  - **If the borrower is in ICR, place the borrower in permanent-standard**
  - **If the borrower is in REPAYE, the contractor shall place the borrower on the Alternative Repayment Plan described in the Guide and capitalize any outstanding interest.**
  - **If the borrower is in IBR, place the borrower in permanent-standard and capitalize interest.**

- **5027.000: After placing the borrower on an IDR plan and for each subsequent year that the borrower remains on an IDR plan, the contractor shall send an annual notification of terms and conditions to the borrower indicating that the borrower is on their IDR plan and explaining the terms and conditions of the plan, including:**

  - 5027.010: The borrower's monthly payment amount and the time period for which it will be effective (annual payment period).
  - 5027.020: Information about the requirement that the borrower provide updated AGI or other income documentation annually and explanation that the contractor will notify the borrower of this requirement in advance of the due date.
  - 5027.030: Explanation of the consequences if the borrower does not submit updated information by the hard deadline, including explanation that the monthly payment amount may increase, what the new monthly payment amount will be, that any unpaid interest will be capitalized at the end of the current annual payment period if they do not recertify, and

For REPAYE , the borrower will be placed in a repayment plan that will amortize their remaining balance across the least of the following: 120 months or among the number of months remaining in their 20/25 year repayment term.

- o 5027.040: Information about the borrower's option to request, at any time during the borrower's current annual payment period, that the contractor recalculate the borrower's monthly payment amount if the borrower's financial circumstances have changed and the income amount that was used to calculate the borrower's current monthly payment no longer reflects the borrower's current income.

- **5028.000: If the contractor recalculates the borrower's monthly payment amount early based on the borrower's request, the contractor must send the borrower a new annual notification of terms and conditions and the contractor shall reset the borrower's anniversary date to the date the contractor made the new determination.**

- **5029.000: The contractor shall notify the borrower of the upcoming recertification and approval of the annual recertification for all Income Driven Plans.**

  - o 5029.010: The contractor shall provide a notice to the borrower informing them of the need for recertification of income and instructions on how to do so.
    - ▪ 5029.011: The contractor shall send a notice 95 calendar days (or 1st business day following) prior to IDR recertification deadline (must be separate from other notices).
    - ▪ 5029.012: The contractor shall send a notice 45 calendar days (or 1st business day following) prior to IDR recertification deadline (must be separate from other notices) if the borrower has not recertified by then.
  - o 5029.020: The contractor shall provide a notice to the borrower if the borrower has not provided the needed recertification information.
    - ▪ 5029.021: The contractor shall send a notice the 1st business day following the recertification deadline if not renewed.
    - ▪ 5029.022: The contractor shall send a notice on the 1st business day following 14th calendar day after the recertification deadline if not renewed.
  - o During the payment pause (starting 3/13/2020 through the end of the payment pause), the contractor shall extend all IDR plan recertification/end dates (if they end or require recertification prior to the end of the payment pause) for 20 months from the current recertification/end date, [No recertification or end date should occur during the forbearance period] (CARES)

- **5030.000: The contractor shall be able to receive and process the 4506T form. The 4506T form is an IRS authorization form to allow the borrower (and spouse with Joint returns) to provide their Direct loan contractor with their income information for that specified year. Any manual processing of this form will be the responsibility of the contractor.**

  - o 5030.010: The contractor shall make the 4506T form available on their website via a link to the IRS.

- **5031.000: The contractor shall accept the borrower's response that they are separated or cannot reasonably access their spouse's information and have their spouse sign the IDR application as fact.**

  - o 5031.010: The contractor does not need any type of documentation from the borrower to validate either status.
  - o 5031.020: For all IDR plans, If a borrower's most recent tax return was filed jointly, but the borrower indicates they are separated from their spouse or cannot reasonably access the spouse's income information and have the spouse sign the IDR application, the contractor shall request/require documentation of just the borrower's income.

- o 5031.030: For REPAYE only, if borrower's most recent tax return was filed jointly, but the borrower indicates they are separated from their spouse or cannot reasonably access the spouse's income information and have the spouse sign the IDR application, the contractor shall calculate the IDR payment amount to exclude the spouse from the family size.
- o 5031.040: If a borrower contacts the contractor during the year while on IDR and indicates they have separated from their spouse, the contractor will counsel the borrower on the next steps to have their IDR plan re-calculated to exclude the spouse's income and also, if on REPAYE, exclude the spouse from family size.

- **5032.000: The contractor shall allow the borrower to prepay the loan without penalty.**

  - o 5032.010: The contractor shall apply the excess payment as a lump sum payment and shall apply normal payment application rules if the borrower's monthly payment amount equals or exceeds a monthly payment amount of $10.00 or more. (See 28000 series - Payments and Refunds - for additional information)
  - o 5032.020: The contractor shall apply the excess payment as a lump sum payment, and shall not advance the due date if the borrower's monthly payment amount is $0. (See 28000 series - Payments and Refunds - for additional information)
  - o 5032.030: The contractor shall allow a borrower to direct the excess payment to a specific loan or group of loans.

    For example if Sally Student has 4 subsidized and 4 unsubsidized loans and a monthly payment of $150.00 a month for all of her loans, if the borrower were to send a payment for $250 the contractor shall allow the borrower to apply the additional $100 to the unsubsidized loans, or even to just one of the loans to pay that off faster. See the 28000 Payment Processing requirements for more details on how to apply the additional payment amount.

- **5033.000: The contractor shall not, for loans in IDR plans, pre-pay the loan beyond the certification anniversary date.**

- **5034.000: Contractors are required to update Poverty Guidelines and income percentage factors annually to current guideline factors. (FSA will provide formal notice through the contract office when new Poverty Guidelines are available but will not issue a CR to cover contractor costs associated with this routine maintenance)**
  - o 5034.010: The contractor shall apply the poverty guidelines (for the relevant family size) for the 48 contiguous States if the borrower is not a resident of a State identified in the poverty guidelines.
  - o 5034.020: For exact incomes not shown in the income percentage factor table, the contractor shall calculate an income percentage factor based on the intervals between the incomes and income percentage factors in the table (by linear interpolation).

- **5035.000: The contractor shall calculate and apply a separate repayment term, which begins when that loan enters repayment, if a borrower repays more than one loan under an IDR plan.**

- **5036.000: The contractor shall track total payments made to date towards the borrower's progress on each of the IDR plans regardless of the borrower being on an IDR plan.**

  - o 5036.010: For all borrowers that are currently in IDR and subsequently move out of IDR.
  - o 5036.020: For all borrowers that first enter repayment as of the implementation of this contract.

- **5037.000: The contractor shall make appropriate adjustments so that borrowers do not incur negative consequences if income documentation has been provided on time.**

- 5037.010: If the contractor is delayed in processing the borrower's income documentation, and the contractor maintains the borrower PFH payment at the old payment amount, and the subsequent evaluation of the borrower's documentation yields a new payment amount that is lower than the old payment amount, the contractor shall make appropriate adjustments so that the borrower receives the full benefit of interest subsidy for excess payments.
- 5037.020: EXAMPLE of this Scenario: A borrower with a PFH payment of $50 submits documentation timely for IBR or PAYE where the borrower has subsidized loans with interest that accrues monthly in the amount of $50. The contractor cannot process it timely. The contractor maintains the borrower's payment amount at $50 for two months. On the third month, the contractor processes the borrower's paperwork and determines that the borrower's payment goes down to $40 per month.

  The borrower has paid a total of $20 more than he would have been obligated to pay if it were not for the contractor/ contractor's delay. Therefore, an adjustment must occur. The $20 is treated as a lump sum payment, which will not advance the due date unless the borrower so requests.

  The borrower also received less in subsidy than he should have. Therefore, the borrower's balance is reduced by the total amount of the difference between the amount of the subsidy that the borrower should have received and the amount of the subsidy that the borrower received in fact. For the two months that the borrower paid under the old PFH amount, the borrower received a total of $100 in subsidy ($100 in interest - $50 in payment * 2 months = $100). However, had the borrower's payment amount been recalculated timely, the borrower would have received $120 in subsidy ($100 in interest - $40 in payment * 2 months). The difference between the two being $20, the borrower receives another reduction in balance of $20.

- **5038.000: The contractor shall apply a non-capping administrative forbearance for a period up to 60 calendar days necessary to collect and process documentation related to a change in the repayment plan. The contractor shall begin the period of administrative forbearance when the borrower indicates an intention to change repayment plans via means such as a phone call or receipt of a Repayment Application.**

  - 5038.010: Note 1: If the borrower is overdue at the time of the non-capping 60-day administrative forbearance, the contractor shall apply a capping administrative forbearance for the period for which payments were overdue at the beginning of the 60-day administrative forbearance.
  - 5038.020: Note 2: For the ICR plan, the borrower has the option of Interest-only payments or the forbearance.  The contractor shall counsel the borrower on the impacts, such as Interest-only payments count towards PSLF.

- **5039.000: For PAYE, ICR, and IBR: If a borrower submits income documentation after the hard deadline and after the contractor sets the Permanent-Standard payment amount, and the borrower's new IDR payment amount is lower than the previous IDR payment amount; the contractor shall apply an administrative forbearance to cover all payments that were overdue, or would be due, at the time the new IDR payment amount was determined. The contractor shall not capitalize interest that accrued during the portion of the administrative forbearance occurring after the contractor sets the Permanent-Standard payment amount.**

  **For REPAYE: If a borrower submits income documentation after the hard deadline, the contractor shall capitalize unpaid, accrued interest and increase the payment to ensure the loan(s) is paid in full over the lesser of 10 or the remainder of 20 or 25 years.**

- **5040.000: The 36-month Interest Subsidy is applicable across IBR, PAYE, and REPAYE. A borrower does not get a new 36-month subsidy benefit as they enter each of the applicable plans. For example, if a borrower enters REPAYE on 01/01/16 and then switches to IBR on 01/01/17 they would only have 24 months left of Interest Subsidy. If the borrower had been in IBR since 01/01/2010 and has used all of their 36 months if interest subsidy prior to entering REPAYE on 01/01/2016, the borrower would only receive the 50% interest subsidy on all of their loans, when applicable .**

  **NOTE: Interest Subsidy is when the government pays all or a portion of the daily interest that accrues on the borrower's loan(s).**

  - 5040.010: Other deferments – If the borrower receives other deferments while on IBR, PAYE or REPAYE the contractor shall process subsidy during the deferment period, but the deferment period is not excluded from the three consecutive years of interest subsidy for negative amortization under IBR, PAYE or REPAYE. (e.g., A borrower enters REPAYE and makes payments under REPAYE for a year. The borrower then enters unemployment deferment for a year. The borrower resumes payment under REPAYE. The borrower has one year of interest subsidy remaining.)
  - 5040.020: Forbearance - The contractor shall not process subsidy for negative amortization under IBR, PAYE or REPAYE during the forbearance period. Also, the contractor shall reduce the three consecutive years of interest subsidy for negative amortization for the time in forbearance. (e.g., A borrower enters REPAYE and makes payments under REPAYE for a year. The borrower then enters a general forbearance for a year. The borrower resumes payment under REPAYE . The borrower has one year of interest subsidy remaining.)
  - 5040.030: The contractor shall process interest subsidy if a subsidized loan negatively amortizes under REPAYE to cover the amount of the negative amortization, for up to three consecutive years from the repayment start date under REPAYE, PAYE, or IBR, excluding periods of economic hardship deferment, and, for a Consolidation Loan, including any periods of interest subsidy on an underlying loan. (e.g., A borrower enters IBR and makes payments under IBR for a year. The borrower then enters economic hardship deferment for a year.  The borrower resumes payment under IBR and has a PFH. When the borrower resumes payment under IBR, the borrower has two years of interest subsidy remaining.)
  - 5040.040: After the borrower has exhausted their 36 months of Interest Subsidy on their Subsidized loans the borrower qualifies for 50% interest subsidy for the remainder of the time the borrower remains in REPAYE and negatively amortizes based on the monthly payment amount.
  - 5040.050: The contractor shall ensure that interest subsidies that are to be paid by the government are accrued, recorded, written off and reported to FMS. The accounting is necessary to adequately capture the lost interest to the taxpayer for the IBR and PAYE (and any subsequent) programs.

- ## PAYE--Pay as you Earn
- **5041.000: The contractor shall allow only eligible borrowers to enter the PAYE plan. (See 5000_Repayment Guide)**

  - 5041.010: This plan is limited to new borrowers on or after October 1,2007, who received a Direct Loan disbursement on or after October 1, 2011.

- **5042.000: The contractor shall only allow borrowers who have a partial financial hardship to enter PAYE.**

- **5043.000: The contractor shall determine eligibility for PAYE upon receipt of the borrowers AGI or Alternative Documentation of Income.**

- - 5043.010: The contractor shall calculate and store the Standard-Standard payment amount.
  - 5043.020: The contractor shall calculate and store the Permanent-Standard payment amount.

- **5044.000: The contractor shall calculate the monthly payment amount for borrowers being placed on PAYE and shall annually recalculate the monthly payment amount based on the borrower's updated AGI, family size and updated HHS poverty guidelines.**

  - 5044.010: The contractor shall calculate a borrower's monthly payment amount as 10 percent of the amount by which the borrower's AGI exceeds 150 percent of the most recent poverty guideline for their family size and state, divided by 12.
  - 5044.020: Under PAYE, for purposes of determining eligibility and payment amounts for married borrowers, the contractor shall use both incomes and both eligible loan debts (if any held by the spouse) to calculate payment where the borrower has filed a joint federal income tax return.
  - 5044.030: For married borrowers that both have eligible loans and filed a joint Federal tax return, the contractor shall determine --
    (A) Each borrower's percentage of the couple's total eligible loan debt;
    (B) The adjusted monthly payment for the borrower that applied for PAYE or by multiplying the calculated payment by the appropriate percentage.
  - 5044.040: The contractor shall determine if a borrower has eligible loans held by another loan holder or are serviced by another contractor and adjust the monthly payment by multiplying the calculated payment by the percentage of total outstanding principal amount of eligible loans that are held by the loan holder. NSLDS may be used to verify loans held by another loan holder for this purpose.
  - 5044.050: If the borrower has FFEL loans eligible for IBR and Direct Loans eligible for PAYE, and the borrower requests IBR, the contractor shall prorate the IBR payment amount for the FFEL loans and the PAYE payment amount for the Direct Loans as if the loans were held by different loan holders.
    For example, a borrower has $30,000 in Direct Loans eligible for PAYE, and $20,000 in FFEL loans eligible for IBR. The borrower has an AGI of $30,000, a family size of 1, and lives in Maryland. The IBR payment amount is calculated to be $165.56 and the PAYE payment amount is calculated to be $110.38 Upon proration, the total IBR payment amount would be $66.22 (at 40% proration) and the total PAYE payment amount would be $66.23 (at 60% proration) for a combined, total monthly payment amount of $132.45.
  - 5044.060: The contractor shall adjust the borrower's PAYE fixed payment amount to $0.00 if the calculated payment is less than $5.00.
  - 5044.070: The contractor shall adjust the borrowers PAYE fixed payment amount to $10.00 if the calculated payment is greater than or equal to $5.00, but less than $10.00

- **5045.000: For PAYE, If the contractor recalculates the borrower's monthly payment amount to be the Permanent-Standard payment amount because the borrower no longer has a partial financial hardship, the contractor shall send the borrower a notice that includes:**

  - 5045.010: The borrower's new monthly payment amount.
  - 5045.020: An explanation that unpaid interest will be or has been capitalized.
  - 5045.030: An explanation of the borrower's right to, at any time, request that the federal loan contractor re-determine whether the borrower has a partial financial hardship.
  - 5045.040: An explanation of the fact that the borrower will receive an annual notice reminding them of their right to request that the federal loan contractor re-determine whether the borrower has a partial financial hardship.

- **5046.000: The contractor shall only capitalize unpaid, accrued interest for borrowers on the PAYE Plan when the borrower leaves the plan or is placed on the permanent-standard plan.**
  - 5046.010: This requirement overrides any other capitalization requirement.
  - 5046.020: For PAYE, the amount of unpaid, accrued interest that may be capitalized if you no longer qualify to make payments that are based on your income (no longer have a PFH) is limited to 10% of your original loan principal balance at the time you entered the PAYE plan.
  - 5046.030: The contractor shall capitalize interest on the day after the borrower leaves the PAYE plan or no longer has a PFH. When the borrower no longer has a PFH, the contractor shall capitalize interest.
  - 5046.040: For a borrower who is repaying under PAYE and receives a deferment or forbearance and still has a PFH when the deferment period ends, unpaid interest is not capitalized at the end of the deferment or forbearance.
  - 5046.050: If a borrower who is repaying under PAYE receives a deferment or forbearance and loses PFH status while the deferment or forbearance is running, unpaid interest is not capitalized until the end of the deferment or forbearance.

- **5047.000: The subsidy benefit is capped at 36 months, regardless of whether a borrower switches from PAYE to another IDR plan, or from another IDR plan to PAYE. Refer to 5040.000 for additional detail.**

- **5048.000: Under PAYE, the contractor shall begin the loan forgiveness period of 20 years of payments on the date the borrower makes a qualifying payment or receives an economic hardship deferment on an eligible loan.**

- **5049.000: The contractor shall not require the borrower to request forgiveness for PAYE; the contractor shall process forgiveness of eligible loans automatically. (See 42000 for additional information)**

  - 5049.010: Any outstanding balance is forgiven after 20 years of qualifying repayment.

- **5050.000: The contractor shall begin the loan forgiveness period for PAYE on the date the borrower makes a qualifying payment or receives an economic hardship deferment on an eligible loan. (See 42000 for additional information)**

- **ICR--Income Contingent Repayment (Includes ICR1, ICR2 and ICR3)**
- **5051.000: The contractor shall provide a "Pre 7/1/96" Income Contingent repayment plan options (ICR1 & ICR2) for borrowers eligible for this plan. Only borrowers with loans currently on this plan are eligible for this repayment option.**

- **5052.000: The contractor shall provide a "Post 7/1/96" Income Contingent repayment plan options (ICR3) for borrowers eligible for this plan.**

- **5053.000: The contractor shall calculate the borrower's monthly ICR payment based on the following calculations.**

  - 5053.010: The contractor shall calculate monthly payment as lesser of:
    a) Amount repaid annually over 12 years under standard amortization multiplied by income percentage factor corresponding to AGI, divided by 12; or
    b) 20% of difference between AGI and 100% of poverty line amount, divided by 12
    - 5053.011: The contractor shall update the income percentage factor used in this calculation annually. The income percentage factor is published in the Federal Register. (FSA will provide formal notice through the contract office when

income percentage factor changes but will not issue a CR to cover contractor costs associated with this routine maintenance).

- o 5053.020: When calculating the amount repaid annually over 12 years, the contractor shall use the Direct Loan balance that existed on the borrower's Direct Loans when the borrower's first Direct Loan entered repayment.
- o 5053.030: The contractor shall calculate the monthly payment based on a Direct Loan balance, other than the balance when the Direct Loans entered repayment, under certain conditions, as follows:
  a) If the borrower subsequently obtains another Direct Loan, the contractor shall use the balance outstanding at the time the most recent loan entered repayment.
  b) If the borrower subsequently chooses to repay loans jointly with his or her spouse, the contractor shall use the Direct Loan balance outstanding at the time the borrowers choose joint repayment.
  c) If the borrower's payments are less than interest accrued on the loan, the contractor shall use the sum of unpaid accrued interest and the highest outstanding principal loan amount (including amount capitalized) for that borrower while paying under the ICR plan.
- o 5053.040: For married borrowers that choose to repay jointly under the ICR plan, the contractor shall determine --
  (A) Each borrower's percentage of the couple's total eligible loan debt;
  (B) The adjusted monthly payment for each borrower by multiplying the calculated payment by the appropriate percentage.
  (Married borrowers choosing to repay their loans jointly must provide documentation of both incomes, regardless of their filing status.)
  (See 5000_Repayment Guide)
- o 5053.050: The contractor shall adjust the borrower's ICR fixed payment amount to $5.00 if the calculated payment is greater than $0.00, but less than or equal to $5.00

- **5054.000: The contractor shall place a borrower requesting ICR on interest only payments until income information is received and a payment based on income has been calculated.**

  - o 5054.010: The contractor shall apply a 60-day non-capping administrative forbearance until income information has been received and an initial payment is calculated, if the borrower requests an administrative forbearance instead of interest-only payments.

- **5055.000: For purposes of the annual recalculation, after periods in which a borrower makes payments that are less than interest accrued on the loan, the contractor shall recalculate the payment based on unpaid accrued interest and the highest outstanding principal loan amount (including amount capitalized) for that borrower while paying under the ICR plan.**

- **5056.000: The contractor shall capitalize interest that accrues due to a negatively amortizing ICR Plan or a negatively amortizing Alternative Repayment Plan.**

  - o 5056.010: The contractor shall capitalize the negatively amortized interest that accrues through June 30 annually with an effective date of July 31.
  - o 5056.020: The contractor shall capitalize negatively amortized interest up to 10% of the loan balance that existed at the time the loan entered repayment. When aggregating capitalized interest to apply the 10% cap, the contractor shall not include interest capitalized while the borrower paid under the ICR plan.
  - o 5056.030: For loans that are in a deferment or forbearance at the time of the annual capitalization, the contractor will delay capitalization until the end of the deferment or forbearance.
  - o 5056.040: Interest is deemed "negative amortization interest" or "negatively amortized interest" if it accrues because the borrower's repayment plan naturally causes more interest to accrue than the borrower pays. Interest accrued during a deferment or forbearance is NOT considered negative amortization interest.

- **5057.000: The contractor shall not require the borrower to request forgiveness for the ICR plans; the contractor shall process forgiveness of eligible loans automatically. (See 42000 for additional information)**

  - o 5057.010: Any outstanding balance is forgiven after 25 years of qualifying repayment.

- **5058.000: The contractor shall begin the loan forgiveness period for ICR on the date the borrower makes a qualifying payment or receives an economic hardship deferment on an eligible loan. (See 42000 for additional questions)**

  - o 5058.010: If the borrower made payments under ICR, the contractor shall begin the forgiveness period on the date the borrower made a payment on the loan under ICR any time after July 1, 1994.
  - o 5058.020: If the borrower did not make payments under ICR, the contractor shall not begin the forgiveness period earlier than July 1, 2009.

- ## REPAYE--Revised Pay as you Earn
- **5059.000: The contractor shall determine eligibility for REPAYE upon receipt of the borrowers AGI or Alternative Documentation of Income.**

  - o 5059.010: [DELETED]
  - o 5059.020: [DELETED]

- **5060.000: The contractor shall calculate the monthly payment amount for borrowers being placed on REPAYE and shall annually recalculate the monthly payment amount based on the borrower's updated AGI, family size and updated HHS poverty guidelines.**

  - o 5060.010: The contractor shall calculate a borrower's monthly payment amount under REPAYE as 10 percent of the amount by which the borrower's AGI exceeds 150 percent of the most recent poverty guideline for their family size and state, divided by 12.
  - o 5060.020: For married borrowers the contractor shall determine --
    (A) Each borrower's percentage of the couple's total eligible loan debt;
    (B) The adjusted monthly payment for the borrower that applied for REPAYE by multiplying the calculated payment by the appropriate percentage.
  - o 5060.030: For borrowers who do not indicate whether they have children or other dependents, the contractor shall use a family size of one if the borrower is not married and shall use a family size of two if the borrower is married. For REPAYE, a family size of two shall be used only if the spouse can be included in family size according to requirement 5015.120.
  - o 5060.040: The contractor shall determine if a borrower has eligible loans held by another loan holder or are serviced by another contractor and adjust the monthly payment by multiplying the calculated payment by the percentage of total outstanding principal amount of eligible loans that are held by the loan holder.
    NSLDS shall be used to verify loans held by another loan holder for this purpose.
  - o 5060.050: If the borrower has FFEL loans eligible for IBR and Direct Loans eligible for REPAYE, and the borrower requests IBR, the contractor shall prorate the IBR payment amount for the FFEL loans and the REPAYE payment amount for the Direct Loans as if the loans were held by different loan holders.
  - o 5060.051: For example, a borrower has $30,000 in Direct Loans eligible for REPAYE, and $20,000 in FFEL loans eligible for IBR. The borrower has an AGI of $30,000, a family size of 1, and lives in Maryland. The IBR payment amount is calculated to be $165.56 and the PAYE payment amount is calculated to be $110.38 Upon proration, the total IBR payment amount would be $66.22 (at 40% proration) and the total REPAYE payment

amount would be $66.23 (at 60% proration) for a combined, total monthly payment amount of $132.45.

- o 5060.060: The contractor shall adjust the borrower's REPAYE fixed payment amount to $0.00 if the calculated payment is less than $5.00.
- o 5060.070: The contractor shall adjust the borrowers REPAYE fixed payment amount to $10.00 if the calculated payment is greater than or equal to $5.00, but less than $10.00

- **5061.000: The contractor shall send the borrower a written request for AGI or other documentation of income and certification of family size 60 calendar days before the soft deadline. The written request must include:**

  - o 5061.010: An explanation of the Soft Deadline (See 5015.030).
  - o 5061.020: Explanation of the consequences if the borrower does not submit updated information by the hard deadline, including explanation that the monthly payment amount may increase, what the new monthly payment amount will be, that any unpaid interest will be capitalized at the end of the current annual payment period if they do not recertify, and the borrower will be placed in a repayment plan that will amortize their remaining balance across the least of the following: 120 months or among the number of months remaining in their 20/25 year repayment term.

- **5062.000: The contractor shall remove the borrower from the REPAYE plan and place them in an alternative repayment plan if the borrower does not provide the income information needed to recalculate the monthly repayment amount.**

  - o 5062.010: The contractor shall place the borrower on the alterative repayment plan. The plan shall have fixed payment and repayment period shall be the lesser of 10 years or whatever is left on the borrower's repayment period under 20 or 25 years under REPAYE. The $50 minimum monthly payment installment applies. Remember that the minimum should be at billing group level not loan level.

- **5063.000: The contractor shall allow the borrower to return to the REPAYE plan if the borrower provides the income (Tax Return or ADOI) and family size information for the period that the borrower was on the alternative plan or any other repayment plan.**

  - o 5063.010: The contractor will require the borrower to provide income for themselves and spouse if applicable during the years they were on a plan other than REPAYE. If the borrower is unable to provide income for the years they were not on REPAYE the contractor cannot place the borrower back on the REPAYE plan. The borrower will need to select another plan.
  - o 5063.020: If the borrower can be placed back on REPAYE, the contractor needs to determine if the payments the borrower made under the alternative repayment plan or any other repayment plan are less than the payments the borrower would have been required to make under the REPAYE plan, the monthly REPAYE payment amount is adjusted to an amount that is equal to the difference between the amount the borrower actually paid and should have paid divided by the number of months in the borrowers remaining 20 or 25 year period.
  - o 5063.030: Payments made under the alternative repayment plan do not count toward Public Service Loan Forgiveness but would count for forgiveness under the REPAYE plan or another income-driven repayment plan if the borrower returns to the REPAYE plan or changes to another income-driven repayment plan.

- **5064.000: The borrower may have a catch up payment obligation calculated each time the borrower leaves REPAYE either by failing to recertify or requesting to change repayment plans. The catch up payment would be determined when the borrower returns to REPAYE. (See 5000_Repayment Guide)**

- **5065.000: The contractor shall allocate additional payments to reduce the Catch Up Payment obligation
  (See 5000_Repayment Guide)**

  - o 5065.010: Although the Catch Up Payment amount is not an outstanding balance, it is a monthly obligation and the borrower may decrease that monthly obligation by making additional payments.

- **5066.000: The contractor shall allow borrowers to immediately exit REPAYE if there is term remaining on the plan that they wish to repay their loans under.**

  **For example, if a borrower with Unsubsidized and subsidized loans, has been in Repayment for 15 years, the borrower would NOT be able to select Standard as their repayment plan. Standard repayment has a term of 10 years for (non-consolidated loans) and since the borrower had already been in repayment for 15 years there would be no term left for them to enter that plan.**

  - o 5066.010: For a borrower who no longer wishes to repay under REPAYE, the contractor shall allow the borrower to change to a different repayment plan that has enough remaining term.

- **5067.000: The contractor shall capitalize unpaid, accrued interest for borrowers on the REPAYE Plan when the borrower leaves REPAYE and follow other standard capping rules for Deferment and Forbearances.**

  - o 5067.010: The contractor shall capitalize interest at the time the borrower leaves the REPAYE plan, either voluntarily by changing plans or by failing to complete their required annual re-certification.
  - o 5067.020: If the borrower exits REPAYE while in a deferment or forbearance the outstanding interest will capitalize at the end of the deferment or forbearance status.
  - o 5067.030: For a borrower who is repaying under REPAYE and receives a deferment or forbearance; when the deferment period ends, unpaid interest is capitalized.
  - o 5067.040: If the borrower submits income documentation after the hard deadline, the contractor shall capitalize unpaid, accrued interest and increase the payment to ensure the loan(s) is paid in full over the lesser of 10 or the remainder of 20 or 25 years.

- **5068.000: The subsidy benefit is capped at 36 months, regardless of whether a borrower switches from REPAYE to another IDR plan, or from another IDR plan to REPAYE. Refer to 5040.000 for additional detail.**

  - o 5068.010: After the borrower has exhausted their 36 months of Interest Subsidy on their Subsidized loans the borrower qualifies for 50% interest subsidy for the remainder of the time the borrower remains in REPAYE and negatively amortizes based on the monthly payment amount.

- **5069.000: The contractor shall not require the borrower to request forgiveness for REPAYE; the contractor shall process forgiveness of eligible loans automatically. (See 42000 for additional information)**

  - o 5069.010: Any outstanding balance is forgiven after 20 years of qualifying repayment (if all loans were taken out for undergraduate study) or 25 years (if any loans were taken out for graduate or professional study).

- **5070.000: The contractor shall begin the loan forgiveness period for REPAYE on the date the borrower makes a qualifying payment or receives an economic hardship deferment on an eligible loan. (See 42000 for additional information)**

- ## Income Based Repayment (IBR) Overview

- **5071.000: The contractor shall allow only eligible borrowers to enter IBR. (See 5000_Repayment Guide)**

  - o 5071.010: There are two variations of the IBR plan based on when a borrower's loans were originated:

    Original IBR: For borrowers who are not new borrowers as of July 1, 2014. Any outstanding balance is forgiven after 25 years of qualifying repayment.

    "New" IBR: For "new" borrowers on or after July 1, 2014. Borrowers are considered "new" if they have no outstanding balance on a Direct Loan of a FFEL Loan on or after July 1, 2014, and they receive a Direct Loan on or after July 1, 2014. Any outstanding balance is forgiven after 20 years of qualifying repayment.

    Please also note the variations mentioned above are not identified as such in the public domain, and as such should not be differentiated in communication with borrowers.

- **5072.000: The contractor shall only allow borrowers who have a partial financial hardship to enter IBR.**

- **5073.000: The contractor shall automatically place qualifying new borrowers on 'IBR for new borrowers' (aka IBR 2014) if the new borrower selects IBR as a repayment plan.**

## Original IBR

- **5074.000: The contractor shall only allow borrowers who have a partial financial hardship to enter Original IBR.**

- **5075.000: The contractor shall determine eligibility for Original IBR upon receipt of the borrowers AGI or Alternative Documentation of Income.**

  - o 5075.010: The contractor shall calculate and store the Standard-Standard payment amount.
  - o 5075.020: The contractor shall calculate and store the Permanent-Standard payment amount.

- **5076.000: The contractor shall calculate the monthly payment amount for borrowers being placed on Original IBR and shall annually recalculate the monthly payment amount based on the borrower's updated AGI, family size and updated HHS poverty guidelines.**

  - o 5076.010: The contractor shall calculate a borrower's monthly payment amount under Original IBR as 15 percent of the amount by which the borrower's AGI exceeds 150 percent of the most recent poverty guideline for their family size and state, divided by 12.
  - o 5076.020: For married borrowers that both have eligible loans and filed a joint Federal tax return, the contractor shall determine --
    (A) Each borrower's percentage of the couple's total eligible loan debt;
    (B) The adjusted monthly payment for the borrower that applied for IBR by multiplying the calculated payment by the appropriate percentage.

- 5076.030: The contractor shall determine if a borrower has eligible loans held by another loan holder or are serviced by another contractor and adjust the monthly payment by multiplying the calculated payment by the percentage of total outstanding principal amount of eligible loans that are held by the loan holder. NSLDS may be used to verify loans held by another loan holder for this purpose.
- 5076.040: If the borrower has FFEL loans eligible for IBR and Direct Loans eligible for PAYE, and the borrower requests IBR, the contractor shall prorate the IBR payment amount for the FFEL loans and the PAYE payment amount for the Direct Loans as if the loans were held by different loan holders.
  For example, a borrower has $30,000 in Direct Loans eligible for PAYE, and $20,000 in FFEL loans eligible for IBR. The borrower has an AGI of $30,000, a family size of 1, and lives in Maryland. The IBR payment amount is calculated to be $165.56 and the PAYE payment amount is calculated to be $110.38 Upon proration, the total IBR payment amount would be $66.22 (at 40% proration) and the total PAYE payment amount would be $66.23 (at 60% proration) for a combined, total monthly payment amount of $132.45.
- 5076.050: The contractor shall adjust the borrower's Original IBR fixed payment amount to $0.00 if the calculated payment is less than $5.00.
- 5076.060: The contractor shall adjust the borrowers Original IBR fixed payment amount to $10.00 if the calculated payment is greater than or equal to $5.00, but less than $10.00

- **5077.000: For Original IBR, If the contractor recalculates the borrower's monthly payment amount to be the Permanent-Standard payment amount because the borrower no longer has a partial financial hardship, the federal loan contractor shall send the borrower a notice that includes:**

  - 5077.010: The borrower's new monthly payment amount.
  - 5077.020: An explanation that unpaid interest will be or has been capitalized.
  - 5077.030: An explanation of the borrower's right to, at any time, request that the federal loan contractor re-determine whether the borrower has a partial financial hardship.
  - 5077.040: An explanation of the fact that the borrower will receive an annual notice reminding them of their right to request that the federal loan contractor re-determine whether the borrower has a partial financial hardship.

- **5078.000: For a borrower who no longer wishes to repay under Original IBR and who is required to repay the Expedited-Standard amount, the contractor shall allow the borrower to change to a different repayment plan after making one full monthly payment of the Expedited-Standard amount or a reduced forbearance payment.**

- **5079.000: The contractor shall, for borrowers who choose to exit Original IBR, set their monthly payment to the Expedited-Standard payment amount, based on:**

  - 5079.010: for Stafford, SLS and eligible PLUS loans, the number of months remaining in the 10-year repayment period (e.g., a borrower has been in IBR for 5 years and since entering repayment, if the borrower exits IBR, 5 years of repayment remain); or
  - 5079.020: for a consolidation loan, the number of months remaining in the original loan repayment period, (which could have been a 10 - 30 -year repayment period depending on the original loan balance). (e.g., a borrower with an original balance of $70,000 has been in IBR for 5 years and since entering repayment, if the borrower exits IBR, 25 years of repayment remain) (See Guide)

- **5080.000: The contractor shall only capitalize unpaid, accrued interest for borrowers on the Original IBR Plan when the borrower is placed on the permanent-standard repayment plan or exiting IBR.**

  - 5080.010: This requirement overrides any other capitalization requirement.

- o 5080.020: The contractor shall capitalize interest on the day after the borrower leaves the IBR plan or no longer has a PFH.
- o 5080.030: For a borrower who is repaying under IBR and receives a deferment or forbearance and still has a PFH when the deferment period ends, unpaid interest is not capitalized at the end of the deferment or forbearance.
- o 5080.040: If a borrower who is repaying under IBR receives a deferment or forbearance and loses PFH status while the deferment or forbearance is running, unpaid interest is not capitalized until the end of the deferment or forbearance.
- o 5080.050: For IBR, all unpaid, accrued interest is capitalized if the borrower no longer qualify to make payments that are based on income (no longer have a PFH).
- o 5080.060: The contractor shall capitalize interest on the day after the borrower leaves the IBR plan or no longer has a PFH.

- **5081.000: The subsidy benefit is capped at 36 months, regardless of whether a borrower switches from Original IBR to another IDR plan, or from another IDR plan to Original IBR. Refer to 5040.000 for additional detail.**

- **5082.000: The contractor shall begin the loan forgiveness period for Original IBR on the date the borrower makes a qualifying payment or receives an economic hardship deferment on an eligible loan. (See 42000 for additional information)**

- **5083.000: The contractor shall not require the borrower to request forgiveness for Original IBR; the contractor shall process forgiveness of eligible loans automatically. (See 42000 for additional information)**

  - o 5083.010: Any outstanding balance is forgiven after 25 years of qualifying repayment.

- ## New IBR
- **5084.000: For "new" borrowers. Borrowers are considered "new" if they have no outstanding balance on a Direct Loan of a FFEL Loan on or after July 1, 2014, and they receive a Direct Loan on or after July 1, 2014.**

- **5085.000: The contractor shall only allow borrowers who have a partial financial hardship to enter New IBR.**

- **5086.000: The contractor shall determine eligibility for New IBR upon receipt of the borrowers AGI or Alternative Documentation of Income.**

  - o 5086.010: The contractor shall calculate and store the Standard-Standard payment amount.
  - o 5086.020: The contractor shall calculate and store the Permanent-Standard payment amount.

- **5087.000: The contractor shall calculate the monthly payment amount for borrowers being placed on New IBR and shall annually recalculate the monthly payment amount based on the borrower's updated AGI, family size and updated HHS poverty guidelines.**

  - o 5087.010: The contractor shall calculate a borrower's monthly payment amount under IBR as 10 percent of the amount by which the borrower's AGI exceeds 150 percent of the most recent poverty guideline for their family size and state, divided by 12.
  - o 5087.020: For married borrowers that both have eligible loans and filed a joint Federal tax return, the contractor shall determine --
    (A) Each borrower's percentage of the couple's total eligible loan debt;
    (B) The adjusted monthly payment for the borrower that applied for IBR by multiplying the calculated payment by the appropriate percentage.

- 5087.030: The contractor shall determine if a borrower has eligible loans held by another loan holder or are serviced by another contractor and adjust the monthly payment by multiplying the calculated payment by the percentage of total outstanding principal amount of eligible loans that are held by the loan holder.
  NSLDS may be used to verify loans held by another loan holder for this purpose.
- 5087.040: If the borrower has FFEL loans eligible for IBR and Direct Loans eligible for PAYE, and the borrower requests IBR, the contractor shall prorate the IBR payment amount for the FFEL loans and the PAYE payment amount for the Direct Loans as if the loans were held by different loan holders.
  For example, a borrower has $30,000 in Direct Loans eligible for PAYE, and $20,000 in FFEL loans eligible for IBR. The borrower has an AGI of $30,000, a family size of 1, and lives in Maryland. The IBR payment amount is calculated to be $165.56 and the PAYE payment amount is calculated to be $110.38 Upon proration, the total IBR payment amount would be $66.22 (at 40% proration) and the total PAYE payment amount would be $66.23 (at 60% proration) for a combined, total monthly payment amount of $132.45.
- 5087.050: The contractor shall adjust the borrower's IBR or PAYE fixed payment amount to $0.00 if the calculated payment is less than $5.00.
- 5087.060: The contractor shall adjust the borrowers IBR or PAYE fixed payment amount to $10.00 if the calculated payment is greater than or equal to $5.00, but less than $10.00

- **5088.000: For New IBR: If the contractor recalculates the borrower's monthly payment amount to be the Permanent-Standard payment amount because the borrower no longer has a partial financial hardship, the federal loan contractor shall send the borrower a notice that includes:**

  - 5088.010: The borrower's new monthly payment amount.
  - 5088.020: An explanation that unpaid interest will be or has been capitalized.
  - 5088.030: An explanation of the borrower's right to, at any time, request that the federal loan contractor re-determine whether the borrower has a partial financial hardship.
  - 5088.040: An explanation of the fact that the borrower will receive an annual notice reminding them of their right to request that the federal loan contractor re-determine whether the borrower has a partial financial hardship.

- **5089.000: The contractor shall only capitalize unpaid, accrued interest for borrowers on the New IBR Plan when the borrower is placed on the permanent-standard repayment plan or exiting IBR.**

  - 5089.010: This requirement overrides any other capitalization requirement.
  - 5089.020: The contractor shall capitalize interest on the day after the borrower leaves the IBR plan or no longer has a PFH.
  - 5089.030: For a borrower who is repaying under IBR and receives a deferment or forbearance and still has a PFH when the deferment period ends, unpaid interest is not capitalized at the end of the deferment or forbearance.
  - 5089.040: If a borrower who is repaying under IBR receives a deferment or forbearance and loses PFH status while the deferment or forbearance is running, unpaid interest is not capitalized until the end of the deferment or forbearance.
  - 5089.050: For IBR, all unpaid, accrued interest is capitalized if the borrower no longer qualify to make payments that are based on income (no longer have a PFH).
  - 5089.060: The contractor shall capitalize interest on the day after the borrower leaves the IBR plan or no longer has a PFH.

- **5090.000: The subsidy benefit is capped at 36 months, regardless of whether a borrower switches from New IBR to another IDR plan, or from another IDR plan to New IBR. Refer to 5040.000 for additional detail.**

- **5091.000: The contractor shall begin the loan forgiveness period for New IBR on the date the borrower makes a qualifying payment or receives an economic hardship deferment on an eligible loan. (See 42000 for additional information)**

- **5092.000: The contractor shall not require the borrower to request forgiveness for New IBR; the contractor shall process forgiveness of eligible loans automatically. (See 42000 for additional information)**

    o 5092.010: Any outstanding balance is forgiven after 20 years of qualifying repayment.

- **5093.000: The contractor/ shall temporarily allow any borrower currently on, or applying for, any IDR plan to provide self-certification of their current income amount, family size, and authorization for the period beginning 3/13/2020 and ending 6 months after the end of the payment pause(CARES Act).**

    o 5093.010: The contractor shall use this self-certified information to determine the borrower's monthly payment amounts in the same way they currently use information from the DRT or provided by the borrower.
    o 5093.020: The contractor shall accept self-certification of income, family size, and the borrower request.
    o 5093.030: The contractor shall accept self-certified information provided during a phone conversation with the borrower.
    o 5093.040: The contractor shall allow self-certified information via website, email or postal mail (any mode currently offered by the contractor to certify their IDR). Borrower communications clearly indicating they are attempting to provide information to satisfy IDR application requirements shall be accepted. The contractor must send a direct email (no e-correspondence) or postal mail (if e-mail is undeliverable or is the borrower's preference) informing the borrower that the request was received and processed.
    o 5093.050: The contractor shall annotate on the account the date, method, and amount of self-certified income.
    o 5093.060: For borrowers with a recertification date that occurred during the period outlined in 5093.000, the contractor shall process a recertification through its existing process using the same information provided during the borrower's most recent previous IDR application or recertification for the current IDR plan, which will then make the next recertification date be one year from the current recertification date.
    o 5093.070: The contractor shall create a system identifier to uniquely mark and track all borrowers that self-certify their income and family size for IDR.
    o 5093.080: The contractor shall create a system identifier to uniquely mark and track all borrowers whose recertification is processed using the most recently provided information where new documentation is not required.

*Section 9000: Treasury*

- **9000.000: The contractor shall require entities making payments on federally held loans (borrowers, lenders, etc.) to direct payments to a Treasury designated service.**

    o 9000.010: Treasury designated services include but are not limited to: a) Over the Counter Network (e.g. OTCNet & TGA); b) Mail (e.g. Lockbox & ECP); c) Phone & Internet (e.g. Pay.gov); d) Credit Gateway (e.g. Fedwire Deposit System-FDS and ACH Credit); e) Debit Gateway (e.g. ACH Debit); f) Card Acquiring Service (CAS) and d) IPAC.

      Note: Receipts must be processed in accordance with guidance provided in Treasury Financial Manual (TFM), available at: http://tfm.fiscal.treasury.gov/home.html
      - 9000.011: The contractor shall integrate all FSA approved Treasury applications into the servicing system environment.
      - 9000.012: The contractor shall establish a Statement of Work on behalf of the contractor and FSA between Treasury and Treasury's designated contractor for all FSA approved Treasury applications.
      - 9000.013: The contractor shall ensure all FSA approved Treasury applications are available to the borrower to submit payments.
      - 9000.014: The contractor shall ensure all data associated with borrower payments submitted thru FSA approved Treasury applications is accurately and timely posted to the servicing system and subsequently to the borrower's account.
      - 9000.015: References to Treasury's Collection Information Repository (CIR) in these requirements is used as a placeholder for any Treasury designated reporting system or process. The contractor shall ensure connectivity and the accurate, timely and complete exchange of data between the servicing system and any Treasury designated reporting system or process.
    o 9000.020: Note: Payments on non-federally held loans cannot be directed to a Treasury service.

- **9001.000: The contractor shall work with FSA, Treasury and the Lockbox to establish a Lockbox Statement of Work on behalf of the contractor and FSA between Treasury and the Lockbox contractor.**

    o 9001.010: Samples documents available:
      1) Sample Statement of Required Services (see attachment 09001_Sample SRS.doc)
      2) Blank Agency Cashflow Profile (see Attachment 09001_ECP_ACP Template_2-4-2019.pdf
      3) A high-level Department of Education contractor lockbox process flow (see Attachment 09001_Lockbox Work Flow_07112022.pdf); and,
      4) A high-level Department of Education contractor ACH Credits process flow (see Attachment 09001_ACH_Credit_PaymentFlow_v4_112819.pdf).

    o 9001.020: Foreign checks (except for Canadian checks payable in US dollars) forwarded from Lockbox to the contractor, per the Statement of Work, shall be returned to the Payer by the contractor. The contractor shall return the foreign check along with a request for the Payer to make payments through an acceptable source.

- **9002.000: The contractor shall work with FSA and Treasury to establish a Memorandum of Understanding (MOU) and an Interconnection Security Agreement (ISA) between the contractor and the Department of Treasury Financial Management Services (FMS) for the**

**exchange of data between the contractor and Treasury's Collection Information Repository (CIR).**

- o 9002.010: MOU and ISA templates will be provided after contract is awarded and confidentiality agreement is signed.

- **9003.000: The contractor shall establish an interface with the Treasury's Collection Information Repository (CIR) for the receipt of Treasury Lockbox ECP (electronic check processing) payments file.**

- **9004.000: The contractor shall establish an interface with the Treasury's CIR for the receipt of Treasury Lockbox ECP returns file.**

  - o 9004.010: The contractor shall establish an interface with CIR to receive and process the lockbox return files through the XML file format specified by CIR.

    See requirement 9012 for CIR specifications.
  - o 9004.020: Roster payments (list payments) are processed through ECP and the returns are reported in this return file.
  - o 9004.030: The ECP Return File Layout is attached.

    See Attachment 9004_ECP Generic Return file Layout.xls

- **9005.000: The contractor shall access the Electronic Check Processing (ECP) system to access ECP check images.**

  - o 9005.010: The contractor shall send new user request forms to an FSA designee - (FSA_EDcontractor@ed.gov).  Staff contacts may be updated as needed.

    See Attachment 9005_ECP_User_Access_Request_Form.doc
  - o 9005.020: New users will receive an email from Treasury's FMS Security with login and password instructions.  The web site to access ECP check images is: https://www.treaslockbox.gov/TREASLBX/main.do.

- **9006.000: The contractor shall establish an interface with Pay.gov for ACH debit processing.**

  - o 9006.010: The contractor shall establish an interface with Pay.gov to transmit payment requests.
  - o 9006.020: If the contractor chooses, the contractor may establish an interface with Pay.gov to send and receive pre-notifications (also known as the pre-note process).
  - o 9006.030: The contractor shall use Pay.gov's Trusted Collection Services (TCS) to interface with Pay.gov.

    See Attachment 9006a_TCS Technical Reference Manual.pdf. (not included in RFP package for security reason)
  - o 9006.040: The contractor shall use the Adapter interface.  The Pay.gov ACH Collections Adapter Technical Reference Manual is attached.

    See Attachment 9006b_Adapter Technical Reference Manual071910.pdf.
  - o 9006.050: Other Pay.gov documentation can be obtain from the following link: https://qa.pay.gov/agencydocs/index.html
        Helpful documentation (from the Agency Guides to Pay.gov page) include the Pay.gov Overview Guide, Pay.gov Users Guide, Agency Guide to Collections Service and Agency Guide to the Reporting Service.

- o 9006.060: Pay.gov Agency Configuration Templates will need to be completed by the contractor.  A blank Agency Configuration Template is attached.

  See Attachment 9006c_Blank_ACT.doc.
- o 9006.070: The contractor shall send a new users request form to an FSA Security contact.

  See Attachment 9006d_access_control_wksht_oci_ccp.xls
- o 9006.080: The contractor shall send a request form to obtain the TCS security certificate to an FSA designee.

  See Attachment 9006e_Access Control Worksheet for TCS.xls

- **9007.000: The contractor shall establish an interface with Treasury's CIR for Pay.gov ACH debit processing.**

  - o 9007.010: The contractor shall establish an interface with CIR to receive and process Pay.gov ACH payments activity files through the XML file format specified by CIR.

    See requirement 9012 for CIR specifications.

- **9008.000: The contractor shall establish an interface with CIR for Pay.gov debit card payment processing.**

  - o 9008.010: This requirement requires contractor to accept debit card payments from borrowers using Pay.gov.
  - o 9008.020: The contractor shall train a subset of representatives with access to the Pay.gov interface to be able to accept debit card payments from borrowers via telephone.

- **9009.000: The contractor shall establish an interface with the Treasury's Lockbox for processing ACH credits (example - billpayer).**

  - 9009.010: The ACH file layout will be established as part of the Statement of Work

    See Requirement 9001.000 (removed due to sensitive data not needed for proposals)
  - 9009.020: The contractor shall interface with CIR to obtain this data via XML file format.
  - 9009.030: Credit Gateway information can be obtained from:
    https://www.fiscal.treasury.gov/fsservices/gov/rvnColl/crGtwy/rvnColl_crgtwy.htm

    See Attachment 09009_Credit Gateway User Guide for Online Bill Payments.docx

- **9010.000: The contractor shall establish access to the Inter-Governmental Payment and Collection (IPAC) system to facilitate sending, receiving, and processing interagency fund transfers.**

  - o 9010.010: IPAC provides FSA and contractors with the capability to download activity files. (Note:  Borrower detail of the transfer will be received from the IPAC sending party.  Borrower detail is not available from the IPAC system.)
  - o 9010.020: The link below prescribes procedures agencies use to process intra-governmental expenditure transactions through the IPAC System, an electronic Internet-based collection and payment system. It also presents a general overview of IPAC System requirements and certain technical specifications established by the Department of the Treasury's (Treasury's) Financial Management Service (FMS).
    http://tfm.fiscal.treasury.gov/v1/p6/c400.html

contractor procedures to send and receive interagency fund transfers the contractor shall follow are provided in the Financial Activity and Transactions section.

- o 9010.030: The contractor's IPAC users will self-register following the guidelines in the IPAC User Guide & IPAC Enrollment Guide for Treasury User Provisioning Service available at https://www.fiscal.treasury.gov/fsservices/gov/acctg/ipac/ipac_home.htm.
- o 9010.060: Instructions for logging into IPAC and accessing IPAC schedules are contained in the attachment.

  See Attachment 9010a_How to access an IPAC schedule_v2.doc.
- o 9010.070: Instructions for logging into IPAC and accessing z-schedules are contained in the attachment.

  See Attachment 9010b_How to access a Z-schedule_v2.doc.

- **9011.000: The contractor shall use CIR to obtain FEDWIRE and Credit Gateway deposit information.  Credit Gateway is used for the Loan Purchase program.**

  - o 9011.010: The contractor shall instruct lenders to make payments (overpayment reimbursements) electronically via fedwire or Credit Gateway.  The contractor shall have access to CIR to obtain and process fedwire and Credit Gateway deposit data. See requirement 9013.00 for CIR access.
  - o 9011.020: The attached guidance contains the instructions contractors shall provide third parties wishing to make a payment outside of the Lockbox or Pay.gov. See Attachment 9011_Remittance Instructions.doc
  - o 9011.030: If the contractor chooses to use Credit Gateway, a MOU shall be signed with Treasury.  Treasury will then assign the contractor a Credit Gateway account number.

- **9012.000: The contractor shall use the CIR Specification for CIR XML Extract Files as a reference and to develop its solution for CIR.**

  - o 9012.010: The contractor shall download from the "CIR XML Extract Files Specification" link the document titled "Specification for CIR XML Extract Files" from the following website - https://fiscal.treasury.gov/cir/file-transmissions.html to develop its CIR solution.
  - o 9012.020: The contractors will interface with CIR using defined XML formats
  - o 9012.030: The contractor shall use the CIR Specification for CIR XML Extract Files - Section 7 for Extract File Specifications in developing its extract file solution for CIR
  - o 9012.040: The contractor shall use the CIR Specification for CIR XML Extract Files - Section 5 for Extract File Generation in developing its solution for CIR
  - o 9012.050: The contractor shall use the CIR Specification for CIR XML Extract Files - Section 4 for Security/User Access in developing its solution for CIR
  - o 9012.060: The contractor shall use the CIR Specification for CIR XML Extract Files - Section 8.1 for Special Characters in developing its solution for CIR
  - o 9012.070: The contractor shall download and use the latest Fiscal Service Transmission Message schema version available from the following website - https://fiscal.treasury.gov/cir/file-transmissions.html to develop it CIR solution.

- **9013.000: The contractor shall obtain daily deposit information from Treasury's CIR system to support accounting processes and controls, such as daily and monthly reconciliations.**

  - o 9013.010: Once the Department of Education has set up an Agency Location Code (ALC) with Treasury for a new federal contractor, users can be established with access to CIR.
  - o 9013.020: Each contractor shall assign 2 to 3 persons as CIR Security Users.  These designated Security Users shall be communicated to the FSA designee via email.  FSA

will then provide a partially pre-filled CIR application to these individuals showing their Security User designation.

- 9013.021: Completed Security User applications shall be returned to the FSA designee. (Note: Once approved, FSA will transmit these forms to the CIR Call Center. The CIR Call Center will assign User ID's and passwords, directly to the users.)
- 9013.022: Once the Security Users are established in CIR, each Security User will be given a CIR New User Request Form customized for their ALC and User Group to distribute to other users, along with guidance on training.

  Training for CIR is provided through a Web-based Training (WBT) program after you have been enrolled in CIR. For additional information visit: https://fiscal.treasury.gov/cir/training.html
- 9013.023: New users will complete a form and have it signed by a contractor Security User. The form is then submitted to the FSA designee. (Note: Once approved, FSA will transmit these forms to the CIR Call Center. The CIR Call Center will assign User ID's and passwords, directly to the users.)
  - 9013.030: The FSA CIR designee will be provided post award (FSA_EDcontractor@ed.gov). Staff contacts may be updated as needed.
    - 9013.031: CIR report query guide and screenshots are available in the attachment.

      See Attachment 9013_CIR_Query_v1.pdf.

- **9014.000: The contractor shall obtain Treasury payment status (borrower refund check) information from Treasury Check Information System (TCIS).**

  - 9014.010: The contractor shall access TCIS to trace checks. In order to stop a payment (refund), the contractor will need to contact FSA.

    See requirement 8046 for stop payment requirements.
  - 9014.030: See Attachment 9014.03A_TCIS External User Enrollment Guide for instructions for obtaining access to TCIS. (removed due to sensitive data not needed for proposals)

    See Attachment 9014.03B_TCIS Customer Training Guide for training on how to use TCIS. (removed due to sensitive data not needed for proposals)

- **9015.000: The contractor shall access TCIS to obtain "Schedule of Cancellations" to identify refund requests canceled by Treasury.**

- **9017.000: The contractor shall complete inter-system testing (IST) with Lockbox and Pay.gov.**

- **9020.000: The contractor shall work with FSA and Treasury to establish a Memorandum of Understanding (MOU) and a Treasury Web Application Infrastructure (TWAI) Interconnection Security Agreement (ISA) between the contractor and the Department of Treasury Financial Management Services (FMS) for the exchange of data between the contractor and Treasury, if applicable.**

  - 9020.010: MOU and ISA templates are attached.

    See Attachment 9020a_TWAI_FMS_contractor_MOU_template.doc (removed due to sensitive data not needed for proposals)

See Attachment 9020b_TWAI_FMS_contractor ISA template.doc (removed due to sensitive data not needed for proposals)

- 9020.020: Currently the TWAI MOU and TWAI ISA are only applicable for new host systems establishing their first connection to receive ECP return files.

***Section12000: NSLDS***

- ***12000.000: The contractor shall submit borrower and loan data via the NSLDS loan submittal file. See attachments:***

  *12000_ED contractor DPI Appendix A*

  *[Note: USDS servicers are not required to support the following record types that are referenced in Appendix A:*

    *AW – TEACH Grant Data Elements*

    *BK – Public Service Loan Forgiveness Employment Data Elements]*

  *12000_ED contractor DPI Appendix B*

  *12000_ED contractor DPI Appendix C*

  *12000_ED contractor DPI Appendix D*

  *12000_ED contractor DPI Appendix E*

  *12000_ED contractor DPI Appendix Main Pages*

  *12000_NSLDS Enrollment Reporting Guide - Main Text (for reference only)*

  *12000_NSLDS Enrollment Reporting Guide – Appendices (for reference only)*
    - 12000.01: The contractor shall create an NSLDS loan submittal file that will contain borrower and loan information for all loans on the contractor's system.
      - 12000.011: The contractor shall provide the NSLDS loan submittal file in accordance with the most recent version of the Data Provider Instructions (DPI) which will be periodically updated via CR.
    - 12000.02: The contractor shall submit the loan submittal file no less frequently than once per week on a scheduled day of the week.
      - 12000.021: The contractor shall report new loans or updates to existing loans no less frequently than weekly.
      - 12000.022: The contractor shall submit their file between Sunday and Thursday no later than 2pm EST.
      - 12000.023: The contractor shall not extract the data from the contractor's system more than 24 hours before the scheduled load date.
    - 12000.03: The contractor shall create the NSLDS loan submittal file and follow the NSLDS Data Provider Instructions (DPI) which includes file layouts & definitions.
      - 12000.031: The contractor shall report the record type associated to any change to any data element, identified in the NSLDS DPI, weekly.
      - 12000.032: The contractor shall submit an Outstanding Balance (AQ) or Loan Current State (AR) record type at least once per month if no data elements have changed within the month.
      - 12000.033: The contractor shall report changes on all the loans in the portfolio, from the time a loan is disbursed until:
        - The loan is closed and successfully reported to NSLDS with a closed loan status (unless additional adjustments are made after closure of the loan)
        - The loan is transferred to another entity (federal loan contractor or guaranty agency) and the transfer is successfully reported to NSLDS
        - The loan is transferred to Debt Management and Collection contractor (DMCS) and the transfer is successfully reported to NSLDS
      - 12000.034: The contractor shall submit all required and applicable record types and data fields listed in the NSLDS DPI upon first reporting of any new or transferred loan to NSLDS.
    - 12000.04: The contractor shall report or re-report any record type for any open or closed loan when requested by Federal Student Aid.

- o 12000.05: The contractor shall submit the file via SAIG using Message Class GASLDSIN
- o 12000.06: The contractors shall submit their NSLDS loan submittal file to SAIG Mailbox TG53160.

- **12001.000: The contractor shall receive and process an NSLDS Response File (error file) for each NSLDS loan submittal file sent to NSLDS.**

  - o 12001.01: The contractor shall accept the NSLDS Response File and use the NSLDS DPI to determine which loans failed to pass NSLDS edits.
  - o 12001.02: The contractor shall receive their NSLDS Response File via SAIG using Message Class GASLDSOP.
  - o 12001.03: The contractor shall receive their NSLDS Response File from SAIG Mailbox TG53160.

- **12002.000: The contractor shall correct loans with errors, identified in the NSLDS Response File, and resubmit with the next NSLDS loan submittal file.**

  - o 12002.01: The contractor shall attempt to correct all records and include the corrected records with the next loan submittal file
    - ▪ 12002.011: Except when the error message returned is AU 210 (Award ID - Award being serviced by another provider). The contractor shall suppress re-reporting for this error.
  - o 12002.02: The contractor shall report all uncorrected records with the next submittal file so that an error is created and tracked with each weekly loan submittal

- **12003.000: The contractor shall work to ensure the integrity of the data reported to NSLDS remains intact and of the highest quality**

  - o 12003.01: The contactors shall review, and correct reporting issues identified in the Benchmark Reports.
    - ▪ 12003.011: The contactor shall maintain a low error rate as defined in the Benchmark Report.
    - ▪ 12003.012: The contactor shall maintain a "% of Loan Records in Error" of less than 2% month-over-month
    - ▪ 12003.013: The contactor shall maintain a "% of Award IDs in Error" of less than 1% month-over-month
    - ▪ 12003.014: The contactor shall maintain a "# of Borrowers With Identifier Conflict Errors" of less than 1,000 month-over-month
  - o 12003.02: The contactor shall review and correct data monitoring items.
    - ▪ 12003.021: NSLDS will distribute a monthly Data Monitoring workbook which details potential reporting discrepancies.
    - ▪ 12003.022: NSLDS will distribute the back-up detail to support the monthly Data Monitoring workbook.
    - ▪ 12003.023: The contractor shall receive the Data Monitoring back-up detail under Message Class EDMON3OP.
  - o 12003.03: The contactor shall maintain a Monthly Issues Log which includes but is not limited to the item from their Data Monitoring file.
    - ▪ 12003.031: The contractor shall update and return the log each month, with a comment on each of the open issues. (Note: "no update" is an acceptable response)
    - ▪ 12003.032: The contractor shall review and correct when appropriate items identified on the issues log.

- **12004.000: The contactor shall submit a spreadsheet with weekly reaffirmation details to NSLDS.**

- o 12004.010: The contactor shall submit a weekly spreadsheet to NSLDS, reporting updates stemming from reaffirmation activity.
    - ▪ 12004.011: The format for the spreadsheet is found in Appendix E of the NSLDS DPI
    - ▪ 12004.012: The spreadsheet will be uploaded on the NSLSDSFAP website if there was weekly activity, see 12004.010

- **12005.000: The contactor shall correct and update loan and borrower data as directed by the NSLDS Call Center.**

    - o 12005.010: The contactor shall receive data correction notifications from the NSLDS Call Center via email.
    - o 12005.020: The contactor shall respond to data correction requests/instructions within 5 business days.

- **12006.000: The contractor shall receive and process Enrollment Notification Files from NSLDS. See attachment:**

    *12000_NSLDS Enrollment Reporting Guide – Appendices*

    - o 12006.01: The contractor shall receive an Enrollment Notification File each week which contains school-certified enrollment data
        - ▪ 12006.011: The contractor shall receive the Enrollment Notification File via SAIG under Message Class EFNOTFOP.
    - o 12006.02: The contractor shall process and apply the data within the Enrollment Notification File to update the enrollment information on the contractor's system for that borrower.
        - ▪ 12006.021: The contractor shall determine the most relevant enrollment detail to apply, from the Enrollment Notification File and other enrollment sources.
        - ▪ 12006.022: The contractors shall evaluate all enrollment data from NSLDS and use the OPEID, effective date, certification date, enrollment status and anticipated completion date of each enrollment detail to determine the highest relevant enrollment status level that is in effect for each student.
        - ▪ 12006.023: The contractor shall make use of the "Alt Attending" enrollment data fields on the Enrollment Notification file to be informed that another active enrollment status of half-time or greater exists when they receive a detail record with status of L, G, W, X, or Z.
    - o 12006.03: The contractor shall apply the enrollment data consistently to all loans for each borrower.
        - ▪ 12006.031: Following notification of initial disbursement on a loan, the contactor will not contact a school directly to request an In-School Deferment form until two NSLDS Enrollment Notification Files are received without certified enrollment of Half-Time or greater for that borrower.
    - o 12006.04: The contractor shall report all enrollment data received and applied to the contractor's system, regardless of source (including the Enrollment Notification File), to NSLDS in the AT Record Type of the contactor's loan submittal file
    - o 12006.05: The contractor shall receive full enrollment detail files until approved by FSA to receive changes only. The contractor may elect to always receive full enrollment detail files.

- **12007.000: The contractor shall support the NSLDS Cohort Default Rate process**

    - o 12007.01: The contractor shall receive and access the Loan Record Detail Report.
        - ▪ 12007.011: The contractor shall receive the Loan Record Detail Report via SAIG under Message Class AHSLDEOP.

- o 12007.02: The contractor shall support the Cohort Default Rate process by updating NSLDS on behalf of the Default Management Collection contractor (DMCS) as a result of Cohort Default Rate challenges and appeals.
  - ▪ 12007.021: Updates can be made by the contractors via either the regular batch loan reporting process or via NSLDS Online Loan Update.

- **12008.000: The contractor shall support the NSLDS Gainful Employment process.**

  - o 12008.01: The contractor shall support the NSLDS Gainful Employment process by updating NSLDS on behalf of the Default Management Collection contractor (DMCS) as a result of Gainful Employment corrections, challenges or appeals.
    - ▪ 12008.011: Updates can be made by the contractor via either the regular batch loan reporting process or via NSLDS Online Loan Update.

- **12009.000: [DELETED]**

- **12010.000: The contractor shall have the ability to request and receive loan details via the Loan Information for Servicing (LIS) process.**

  - o 12010.01: The contractor shall have the ability to send NSLDS a list of Federal Loan borrowers for which NSLDS will return loan details in the Loan Information for Servicing Request File.
  - o 12010.011: The contractor shall send the request file to TG53163 via SAIG under message class EDSFAHIN.
  - o 12010.012: Record Layout is available in Appendix E of the NSLDS DPI.
  - o 12010.02: The contractor shall have the ability to receive loan details from NSLDS in response to the contractor's request in the Loan Information for Servicing Response File.
  - o 12010.021: The contractor shall receive the Loan Information for Servicing Response File via SAIG under Message Class EDSFAHOP.
  - o 12010.022: Record Layout is available in Appendix E of the NSLDS DPI.
  - o 12010.03: Although the ability to send and receive files using the LIS process is a requirement, FSA does not have a specific requirement for use of the data. FSA encourages the contactor to use the LIS process to ease processing with IDR Application, Consolidation, Transfers, Skip tracing, etc. FSA will provide requirements in the future for use of the data received through the LIS process.

- **12011.000: The contractor shall have the ability to receive ad hoc files from NSLDS.**

  - o 12011.01: The contractor shall receive the ad hoc files, as needed, via SAIG under Message Class AHSLDEOP.

- **12012.000: The contractor shall provide customer service support by responding to inquiries from Federal Student Aid staff and the NSLDS Customer Call Center.**

  - o 12012.01: The contractor shall respond to inquiries from FSA staff and the NSLDS Call Center within 24 hours.
  - o 12012.02: The contractor shall provide a single primary and secondary contact person to Federal Student Aid staff responsible for NSLDS loan reporting.
  - o 12012.03: The contractor shall be prepared to attend NSLDS quarterly face-to-face meetings.
  - o 12012.04: The contractor shall participate in biweekly status meetings with Federal Student Aid and the NSLDS Contractor staff.
  - o 12012.05: The contractor shall attend and support NSLDS information sessions conducted by Federal Student Aid at various conferences.

- **12013.000: The contractor shall maintain access to NSLDSFAP Online Loan Update for at least 3 users.**

  - 12013.01: The contractor shall have no less than 3 users with privileges to update individual loans and borrowers using NSLDS Online Loan Update.
  - 12013.02: The contractor shall be responsible for oversight and training of users with privileges to update individual loans and borrowers using NSLDS Online Loan Update.

- **12014.000: The Contractor shall receive and process NSLDS Exit Counseling Completion Reports**

  - 12014.01: The contractor shall receive and store the results of Exit Counseling from NSLDS.
  - 12014.02: The contractor shall receive the Exit Counseling Completion Report via SAIG under Message Class EXNSFFOP.
  - 12014.03: Record Layouts are available in Appendix D of the NSLDS DPI.
  - 12014.04: The contractor shall store the Exit Counseling results on the servicer's system at a borrower-level.
  - 12014.05: The contractor shall use the borrower contact, references and next-of-kin data in the NSLDS Exit Counseling Completion Report to determine if updates should be made to the servicer's system.

- **12015.000: The Contractor shall support the IDP/HFP Notification and Confirmation Process**

  - 12015.01: The contractor shall receive the IDP/HFP Notification File weekly from NSLDS.
  - 12015.02: The contractor shall receive the weekly IDP/HFP Notification File via SAIG under Message Class DODMTCOP.
  - 12015.03: Record Layout is available in Appendix E of the NSLDS DPI.
  - 12015.04: The contractor shall respond to the NSLDS with the results of the weekly IDP/HFP Notification File.
  - 12015.05: The contractor shall respond to the NSLDS with the results of the weekly IDP/HFP Notification File via the IDP/HFP Confirmation File or by utilizing online loan update on the IDP/HFP Confirmation page on the NSLDS website.
  - 12015.06: The contractor shall send the IDP/HFP Confirmation File via SAIG under Message Class DODMTCIN.
  - 12015.07: Record Layout is available in Appendix E of the NSLDS DPI.
  - 12015.08: The Contractor shall respond no less frequently than weekly.

- **12016.000: The Contractor shall obtain monthly the Death Status Conflict Report from the NSLDSFAP website.**

*Section 14000: Interaction with DMCS*

- **14000.000: The contractor shall assign all federally held loans, which are 360 calendar days or more delinquent or have been accelerated to default, to the Debt Management and Collections System (DMCS). This includes all FFEL, FISL, and Direct Loan types.**

  - 14000.010: The contractor shall submit defaulted FFEL, FISL and Direct Loans on the COMBINED DMCS FILE EXCHANGE FORMAT
    See Attachment:
    14000 DL_FFEL DMCS File Exchange 02112019.doc.
    14000 DL_FFEL Debt Level Validation Edits transfer in
    14000 DL FFEL Interfacing with DMCS Layout
  - 14000.020: The contractor shall provide access to all required collateral information for the defaulted loans. (See Access to Servicer Systems section of the requirements.)
  - 14000.030: The contractor shall submit federally held defaulted loans to DMCS, at a minimum, on a weekly basis.
  - 14000.040: The contractor shall send a letter of notification to the borrower when his/her loan has been assigned to, DMCS.
  - 14000.050:  The contractor shall report the following value in the Rehabilitation Indicator field (position 1429) of the DMCS assignment files:
    -N if the loan has never been rehabilitated
    -Y if the loan was last rehabilitated on/after 8/14/2008
    -E if the loan was last rehabilitated prior to 8/14/2008
  - 14000.060: The contractor shall create a borrower history and activity report (including a detailed payment history) for every loan/borrower assigned to DMCS. The contractor shall store the BHAR within the servicing solution's image system and make the BHAR available with the other borrower images/collateral.

- **14001.000: The contractor shall transmit files to/from DMCS via SAIG.**

- **14002.000: The contractor shall create separate assignment files containing the correct submission type as defined in the file layout.**
  **"DEF" (initial default) for loans that were NOT previously on Debt Collections (DMCS)**

- **14003.000: The contractor shall create separate assignment files containing the correct submission type as defined in the file layout.**
  **"RDF" (re-default) for loans that were previously on Debt Collections (DMCS).**

  - 14003.010: When sending RDF files, the contractor shall send the list of loans they are requesting to re-default to the DMCS Helpdesk.
    - 14003.011: The contractor shall send the list of loans once a month on the third week of the month.
  - 14003.020: The contractor will receive a response from the DMCS helpdesk notifying if they can send the loan for RDF or need to wait (account is in the closed-database) or need to research (account does not exist, based on the identifiers provided, as a redefault).
  - 14003.030: If the contractor needs to wait, the contractor shall notate on the account that the loan cannot be re-defaulted at this point per DMCS as the date of the response.
  - 14003.040: The contractor will be sent lists monthly of their loans that can be submitted to DMCS on an RDF file

- **14004.000: The contractor shall submit "DEF" and "RDF" files as separate files. The contractor shall be allowed to send these files on the same day.**

- o 14004.010: For each file submitted to DMCS, the contractor shall email an assignment transmittal to: DMCSInterfaceGroup@maximus.com
(See 14004_contractor_Assignment_Transmittal_Form.doc)
- o 14004.020: Assignment file submissions shall be limited to a maximum of 10,000 loans per file. The contractor shall send multiple files if this limit is exceeded.
- o 14004.030: The contractor shall receive rejected assignment files from DMCS via SAIG
  - ▪ 14004.031: DMCS will reject assignment files in its entirety for:
    - File format errors (including header and trailer records errors).
    - Exceeding the maximum error threshold due to high volume of errors.
- o 14004.040: The contractor shall receive any assignment file rejected in its entirety along with a report that provides the reject reason from DMCS via SAIG

- **14005.000: The contractor shall receive a Confirmation File from DMCS for every file submitted (unless rejected in its entirety for file format errors). The confirmation file identifies which submitted records were accepted and which were rejected.**

  - o 14005.010: The Confirmation File consists of all the records that were submitted. Each rejected record contains the original record, appended by one or more error codes. The confirmation file allows for 100 error codes to be appended on the incoming record, beginning in Position 1801. The record length of the confirmation file is 2200. If there are no error codes appended to the record, beginning in Position 1801, then the loan was accepted for assignment.
  - o 14005.020: The contractor shall receive Error Code(s) reflecting the reason(s) a loan was rejected for assignment
See 14000_DL FFEL Debt level edits
  - o 14005.030: The contractor shall receive the following assignment reports from DMCS via SAIG
    - Summary Error Report
    - Detail Error Report
    - Edit Error Report
    - Load Database Report (only received when the assignment file is not rejected in its entirety)
  - o 14005.040: If there is a file level reject, the confirmation file returned to contractor shall not show any loan level error codes (it will appear identical to submission file) but will be identifiable by its filename. (e.g. "contractorname_REJECT_datetimestamp_etc."). A normal confirmation file will have a filename like "contractorname_acknowledgement_datetimestamp_confirmation".

- **14006.000: The contractor shall review each rejected record, make the necessary corrections/updates, and resubmit the corrected records.**

  - o 14006.010: The contractor shall use edit code information provided in the confirmation files to make necessary corrections/updates and resubmit corrected records on the next submission.
  - o 14006.020: Rejected loans shall be considered to be part of the sending contractor's system until accepted by DMCS - e.g., if DMCS rejects a loan, the contractor shall maintain the loan balance and continue to service the loan until it is accepted, and confirmation is received from DMCS. (Note: If the contractor writes-off the loan at the time of assignment, and not acceptance, then upon receiving the reject the contractor must reverse the write-off processed.)
  - o 14006.030 The contractor shall resubmit the corrected records to DMCS within 90 calendar days.

- **14007.000: The contractor shall forward any payments received after loans were assigned to DMCS, once the confirmation of loan acceptance has been received from DMCS.**

- o 14007.010: The contractor shall send payments received on loans transferred using the IPAC process, once acceptance is received from DMCS. (See "Treasury" and "Financial Activity and Transactions" requirement sections for IPAC requirements.)

- **14008.000: The contractor shall have the ability to recall previously defaulted loans if a loan is assigned in error (i.e. incorrect processing, audit determined need for recall, etc.).**

  - o 14008.010: The contractor shall recall a loan that was assigned to DMCS for the following reasons:
    1. Misapplied payment (effective prior to the date the loan became 271 calendar days delinquent) that would have avoided the borrower becoming 270 calendar days delinquent
    2. Payment (effective prior to the date the loan became 271 calendar days delinquent) in suspense file that would have avoided the borrower becoming 270 calendar days delinquent
    3. Disbursement adjustment that would have reduced the balance to zero
    4. Deferment or forbearance that the borrower qualified for but was not applied timely (before being assigned to DMCS)
    5. Separation date adjustments that would have reduced the delinquency to prevent the transfer to DMCS;
    6. Receipt of a consolidation payoff but was not applied before the loan transferred to DMCS;
      For example, if the contractor identifies unapplied payments in suspense that if processed timely the borrower would not have reached 270 calendar days delinquent, the loan should be recalled. However, if the contractor receives a payment or a forbearance form after day 270 that could bring the borrower less than 270 calendar days delinquent, the contractor shall not recall the loan.
  - o 14008.020: The contractor shall perform a recall if FSA instructs it to recall the loan.
    - ▪ 14008.021: The contractor shall have the ability to create a loan on their system in order to facilitate a recall if they are not the contractor that assigned the loan to DMCS.
  - o 14008.030: The contractor shall inform debt collection staff, via email, once per month if a previously defaulted loan needs to be recalled (if no recalls are needed that month - The contractor shall send an email indicating there are NO recalls this month).
    - ▪ 14008.031: The contractor shall send recall notification emails to LoanExchangeTeam@ed.gov. All PII data must be properly secured. 14008.032: The recall notification shall include an Excel spreadsheet with the following information:
      • SSN
      • Borrower Name
      • Borrower Address
      • Loan Disbursement Amount
      • Disbursement Date
      • Loan Type
      • Award ID#
      • Last date address verified
      • SSN
      • Borrower Name
      • Borrower Address
      • Loan Disbursement Amount
      • Disbursement Date
      • Loan Type
      • Award ID#
      • Last date address verified
  - o 14008.040: The contractor shall receive recalled loans from DMCS via a EA27 file sent from DMCS. (See "Transfer" Requirements section for file layout)

- 14008.050: The contractor shall load the loan to the servicing system once received and begin servicing activities.

  Note: If a recalled loan subsequently defaults, it shall be sent to DMCS in an RDF file.
- 14008.060: The contractor may choose to "reopen" the prior loan balances for recalled loans on their system, or they may choose to load them as "new loans" if necessary. [New loans is defined as loading the loan balances on the servicing system exactly as the balances were transferred off the DMCS system at the time of recall. Reopening loans is defined as reinstating the loan balances on the servicing system for the same amounts that were on the servicing system at the time the loans were sent to DMCS.]
- 14008.070: If the contractor chooses to "re-open" a recalled loan, the contractor will be responsible for also replicating on their servicing system the financial transactions that occurred on DMCS between the time the loan was assigned to DMCS as an assignment to the time the loan was received from DMCS as a recall. The reprocessing of these financial transactions on the servicing system must result in loan balances on the servicing system equal to the loan balances that were transferred back from DMCS. (For financial reporting, see "FMS Interface" requirement section.)
- 14008.080: If the contractor chooses to "re-open" a recalled loan the service shall ensure the prior loan servicing history information is fully available no matter if the loan is reopened or a new loan is created as a result of the recall.

- **14009.000: The contractor shall ensure the borrower's credit report is updated to reflect the loan was recalled and should not have defaulted.**

- **14010.000: The contractor shall ensure if the borrower had previously been on an IDR plan that all counters are updated on the "new" loan.**

- **14011.000: The contractor shall ensure if the borrower had previously used any deferment or forbearance time the counters are updated on the "new" loan.**

- **14012.000: The contractor shall complete inter-system testing (IST) with DMCS.**

  - 14012.010: Successfully send an assignment file with defaulted loans
  - 14012.020: Successfully send an assignment file with re-defaulted loans
  - 14012.030: Successfully receive a confirmation file
  - 14012.040: Successfully send an assignment file with rejected loans (corrections)
  - 14012.050: Successfully receive recall files

- **14013.000: The contractor shall complete all reconciliations required for defaulted and recalled loans.**

  - 14013.010: See the "Financial Reports and Reconciliation" requirements section for details.

- **14014.000: The contractor shall send financial information to FMS as required for loan transfers/assignments to/from Debt Collections.**

  - 14014.010: See the "Financial Activity and Transactions" and "FMS Interface" requirement sections for details.

- **14015.000: The contractor shall send borrower/loan information to NSLDS as required for loan transfers/assignments to/from Debt Collections.**

  - 14015.010: See the "NSLDS Interface" requirement section for details.

- **14016.000: At the request of FSA, the contractor shall hold loans from being sent to DMCS until FSA provides the approval for the contractor to send the loans.**

  - 14016.010: The contractor shall continue to accept and respond to borrower inquires on loans > 270 calendar days delinquent.
  - 14016.020: The contractor shall not process any deferments or forbearances received after the loan was 360 calendar days or more delinquent unless that deferment or forbearance application did not get applied previously due to servicer error.
  - 14016.030: Payments received after the loan was 360 calendar days or more delinquent shall be applied to the borrower's loans but shall not result in a reduction of the delinquency.
  - 14016.040: If the loan(s) is in the process of transferring to DMCS, and the payment cannot be applied at the receiving servicer, the payment must be forwarded to DMCS within 10 business days.  A full payoff of the loan shall reduce the loan balance but shall not move the loan out of default

- **14017.000: The contractor shall accept and store a value of "Y" or "E" in the "Rehabilitation Indicator" field on the EA27 file (position 145 on Record Type '05')**

  - 14017.010: If the loan was transferred to the contractor from DMCS as a rehabilitation and the loan later redefaults, the contractor shall populate the "Rehabilitation Indicator" field on the DMCS assignment file (position 1429) with a value of "Y" or "E"
  - 14017.020: If the loan was not transferred to the contractor from DMCS as a rehabilitation, the contractor shall populate the "Rehabilitation Indicator" field on any subsequent transfers (either to DMCS or to another contractor) with the value that had been received on the incoming EA27 file for the loan
  - 14017.030: If the loan was transferred to the contractor from DMCS as a rehabilitation the contractor 's solution will ensure if the borrower had previously been on an IDR plan that all counters are updated on the "new" loan

- **14018.000: If the loan cannot be assigned to DMCS after the borrower has reached 361 calendar days delinquent, the contractor shall notify FSA in a monthly report**

  - 14018.010: The monthly report will indicate the Borrower's Name, SSN, Award ID, Date of default (the date the loan became 361 calendar days delinquent) and the reason the loan was not accepted at DMCS.

- **14019.000: If the contractor receives a consolidation request for a loan that was unable to be assigned to DMCS due to issue's at DMCS that is preventing the transfer (example: DMCS rejecting records incorrectly), the contractor shall consolidate the borrower's loan only into a Forced IDR plan.  See requirement 15014.171 for more information.**

  - 14019.010: The contractor shall notify the borrower that all of their loans being consolidated MUST be placed on Forced IDR to be considered for consolidation.

- **14020.000: The contractor shall accept rehabilitated loans from DMCS**

  - 14020.010: The contractor shall receive DL, FFEL, and FISL Rehabilitated loans form DMCS via SAIG using the EA27 file layout

- **14021.000: Upon receipt of a rehabilitated loan, the contractor shall send a welcome letter to the borrower and request that the borrower choose a repayment plan**

- **14022.000: Upon receipt of a rehabilitated loan, the contractor shall initially place the borrower on the alternative repayment plan for the first 90 calendar days after transfer (if possible for the loan type) and shall set the borrower's payment amount as the amount received on the transfer file from DMCS.**

  - o 14022.010: If the rehabilitated loan is not eligible for the alternative repayment plan, the contractor shall place the borrower on the payment plan that results in a monthly payment amount that is closest to what the borrower was paying DMCS as reflected on the EA27 transfer file.

- **14023.000: The contractor shall review NSLDS for deferment and forbearance history upon receipt of a rehabilitated loan from DMCS**

  - o 14023.010: The contractor shall update the history on their system with the deferment and forbearance history identified on NSLDS

- **14024.000: The contractor shall place the borrower in the payment plan the borrower chooses and qualifies for following the 5000 series requirements.**

  - o 14024.010: The contractor shall place the borrower on a standard payment plan if the borrower does not choose, or fails to complete their application for, a payment plan within 90 calendar days of the rehab transfer.

- **14025.000: [DELETED]**
- **14026.000: [DELETED]**

- **14027.000: The contractor shall process Rehab Reversals from the debt collection staff, via email (see attachment 14027 Rehab Reversal Template.xls)**

  - o 14027.010: Upon receipt of the rehab reversal/cancellation email request from FSA with post-transfer adjustment spreadsheet; the contractor shall take the following actions within two business days:
    - ▪ 14027.011: The contractor shall ensure the borrower account is notated with the reason for the adjustment processed.
    - ▪ The contractor shall reverse all activity posted to the rehab loans requested for reversal/cancellation (e.g., interest accruals, interest capitalizations, borrower account adjustments, borrower payment applications, etc.).
    - ▪ 14027.011: For any voluntary payments the borrower has made on the rehabbed loans:
      - • The contractor shall refund payments to the borrower for loans that were compromised while at DMCS.
      - • The contractor shall transfer payments via Intra-governmental Payment and Collection (IPAC) system to the current loan holder for loans that were rehabilitated or consolidated.
  - o 14027.020: The contractor shall reverse the transfer-in transaction on their servicing system.
  - o 14027.030: The contractor shall update the borrower's credit bureau report to accurately reflect the reversal/cancellation of the rehabilitated loan (i.e., Removes any trade line for credit reporting associated with this error rehab, adjusts the information to be exclusive of the error rehab loan)
  - o 14027.040: The contractor shall update NSLDS reporting
  - o 14027.050: The contractor shall send FSA an email confirmation of rehab reversal/cancellation (i.e., reply to initial email request received from FSA)
  - o 14027.060: Note: All transactions processed to the servicing system must be reported to FMS. Servicer should send any questions regarding the appropriate FMS general ledger

(gl) transactions required to be processed to comply with this CR; to the Servicer Financial Guidance mailbox (servicerfinancialguidance@ed.gov). The attached spreadsheet, 14027 A2 - DMCS Rehab Loan on Error – Accounting Example provides an example scenario with accounting guidance.

- **14028.000: The contractor shall send a monthly request to move accounts in a close status at DMCS to an Active status**

  - 14028.010: The requests shall be sent to the DMCS HELP DESK during the 3rd week of the month, DMCS will then activate the accounts the following month.

*Section 15000: Consolidation Origination*

- **15000.000: The contractor shall provide the borrower the option to complete a consolidation application.**

    - 15000.010: The contractor shall use the below URL/Hyperlink to refer the borrower to StudentAid.gov to complete the electronic Consolidation Application to submit via website or print and mail.

      https://studentaid.gov/app/launchConsolidation.action
    - 15000.020: The contractor shall provide the authenticated borrower the option to download a paper version of the consolidation application and instruction document via the contractor's web portal. The application shall be pre-filled with the borrower's demographic information
        - 15000.021: The contractor shall be able to email, fax or mail the borrower a consolidation application and instructions document.
    - 15000.030: The contractor shall provide the borrower the option to download a paper version of the Federal Direct Consolidation Loan Request to Add loans form with instructions via the contractor's web portal.
        - 15000.031: The contractor shall be able to email or mail the borrower a Request to Add loans form and instructions document.
        - 15000.032: The contractor shall accept verbal updates for a borrower to add a loan to the consolidation as long as it was listed on the Loan summary sheet, the borrower does NOT need to complete the Add on form.
    - 15000.040: The contractor shall accept incoming loan consolidation applications and promissory note information from StudentAid.gov via SAIG. See requirement 16000 Common Application Interface
    - 15000.050: The contractor shall accept paper loan consolidation applications at the servicing correspondence address.
    - 15000.060: The contractor shall receive, process, and image incoming LC paper documents including LC applications, LC promissory notes, LC Additional Loan Listings, Repayment Plan Selection form and Alternate Documentation of Income Form (ADOI).

- **15001.000: The contractor shall validate electronic loan consolidation applications received from the borrower are complete**

    - 15001.010: The contractor shall confirm loans included on the consolidation application are eligible for consolidation
    - 15001.020: The contractor shall contact the borrower(s) or loan holders listed on the consolidation application as needed to resolve eligibility issues and loan holder identities
    - 15001.030: The contractor shall resolve any questions about information on the consolidation loan application that would inhibit funding and booking
    - 15001.040: The contractor shall add/remove underlying loans (as appropriate) as a result of borrower(s) errors during the application process

- **15002.000: The contractor shall validate paper consolidation applications received from the borrower are complete**

    - 15002.010: The contractor shall validate that the borrower has submitted a valid OMB approved form. If the form is not valid, the contractor shall reject the application unless otherwise approved by FSA to use the expired OMB form.
    - 15002.020: The contractor shall validate that the borrower section is complete and accurate by validating the students SSN with data within their system or NSLDS. If the SSN is not found or does not match the borrower's name and/or date of birth, the contractor shall reject the application.

- o 15002.030: The contractor shall validate the remaining fields in the borrower section is complete. If any demographic data is missing, the contractor shall contact the borrower to obtain the missing information. Contact can be made by phone, email, or postal mail.
- o 15002.031: The contractor shall re-image the application after obtaining the missing demographic data.

  --For information received verbally on an application, The contractor should include an annotation on the system and create a comment showing the date/time received and the information provided and scan/add the document to the borrower's imaging record.
- o 15002.032: The contractor shall provide 3 attempts to obtain the missing information.
  --First attempt can be made by phone, email, or postal mail within 24 hours of application review.
  --Second attempt can be made by phone, email, or postal mail within 10 business days if no response received from the first attempt
  --Third attempt shall be sent via postal mail within 10 business days if no response received from the second attempt.
- o 15002.033: The contractor shall cancel the consolidation application 10 business days after the 3rd attempt to obtain the missing information if no contact is made.
- o 15002.040: The contractor shall validate the reference section is complete.
  --The references must have 2 different U.S. Addresses that does not have the same address as the borrower. If not, the application shall be rejected.
- o 15002.050: The contractor shall validate that the borrower completes the 'Loans you want to consolidate' and 'Loans you don't want to consolidate" sections,
- o 15002.060: The contractor shall validate that all pages of the application are submitted.
- o 15002.070: The contractor shall send reject notifications to the borrower detailing the reason of the reject.
- o 15002.080: The contractor shall validate that the application is signed and dated. The signed date must be <= 180 calendar days from receipt date.
- o 15002.090: The contractor shall complete the validation of all paper applications received within 10 business days.

- **15003.000: The contractor shall determine if the borrower and loan(s) are eligible for consolidation.**

  - o 15003.010: To receive a Direct Consolidation loan, the borrower must have at least one of the eligible loans below.
  - o 15003.020: The following is a list of eligible loans:
    --Unsubsidized, Nonsubsidized, and Subsidized Federal Stafford Loans
    --Direct Unsubsidized or Subsidized Loans
    --Guaranteed Student Loans (GSL)
    --Federal Insured Student Loans (FISL)
    --Direct Unsubsidized and Subsidized Consolidation Loans
    --Unsubsidized, Nonsubsidized, and Subsidized Federal Consolidation Loans
    --Federal Perkins Loans
    --Federal Supplemental Loans for Students (SLS)
    --Direct PLUS Loans for Graduate/Professional Students
    --National Direct Student Loans (NDSL)
    --National Defense Student Loans
    --Auxiliary Loans to Assist Students (ALAS)
    --Health Professions Student Loans (HPSL)
    --Health Education Assistance Loans (HEAL)
    --Federal PLUS loans for Graduate Professional Students
    --Federal PLUS loans for Parents
    --Direct PLUS loans for Parents
    --Direct PLUS consolidation loans
    --Nursing Student Loans (NSL)

--Loans for Disadvantaged Students (LDS)
--Direct Subsidized Loans (Subsidy lost eligible)
--Direct Subsidized Consolidation Loans (Subsidy lost eligible)
--Special Direct Loan Consolidation (SDLC)

***Privately originated alternative education loans are NOT eligible

- o 15003.030: The contractor shall allow the borrower to consolidate defaulted loans by agreeing to repay the consolidation loan under a "Forced" Income Driven (ICR, IBR, PAYE, REPAYE) repayment plan
- o 15003.040: Forced repayment is subject to the same requirements as non-forced income driven repayment plans unless otherwise noted in the repayment requirements (5000).
- o 15003.050: Partially disbursed loans that are in repayment status are eligible for consolidation.  Borrowers cannot consolidate while in school.
- o 15003.060: If a loan is more than 360 calendar days delinquent, and DMCS is unable to accept the transfer, the loan may be consolidated but MUST be placed on Forced IDR
  - ▪ 15003.061: The contractor shall create and send a spreadsheet to FSA on a weekly basis that identifies these loans and the underlying loan servicer. FSA will provide approval to the underlying loan servicer to apply a non-capping administrative forbearance to reduce delinquency to 210 calendar days delinquent to allow the consolidation to occur. This work around process is only if there are system issues that are preventing the DMCS servicer from accepting the loan.
  - ▪ 15003.070: If Perkins loans are consolidated, they lose their Post Deferment grace period and Deferment Subsidy.
- o 15003.080: If the borrower indicates that they would like the loans in bankruptcy status included, the contractor will include the loans and reach out to the borrower to ensure the borrower understands the consequences of consolidating the loans.
- o 15003.090: When consolidating a Special Direct Consolidation loan all loans from the Special Direct Consolidation loan MUST be included.
- o 15003.091: The special consolidation program assigned multiple loan ID's to each consolidation. Example: the borrower had 8 underlying loans (4 subsidized and 4 unsubsidized), the special consolidation loan also contains 8 loan ID's. The special consolidation loan ID's will contain a "C" in the 10th character of the loan ID.

- **15004.000: The contractor shall accept electronic and paper consolidation loan applications where one or more of the underlying loans is indicated as being in its grace period**

  - o 15004.010: If the borrower has selected to have the consolidation application loan held for a period (up to 9 months) to ensure that they do not lose the benefit of their grace periods, then the contractor shall hold that application for that period of time prior to processing.
  - o 15004.020: Prior to processing a grace-held loan consolidation application, the contractor shall confirm with the borrower that the consolidation information is still accurate and that the loan is still desired
  - o 15004.030: The contractor shall begin processing a grace-held consolidation application at, or no later than, 30 calendar days before the grace end.

- **15005.000: The contractor shall establish a web interface for loan holders using the current Loan Holder Services web site as a guide for the type of functionality to be provided.**
  **See Attachments:**
  **15005 Att 5 LHS EVC User Manual**
  **15005 Att 6 LHS User Manual**

- o 15005.010: Functionality to be included in the web site shall include such items as the ability to provide LVC request to loan holders, to receive completed LVCs from loan holders, to provide payoff manifests to loan holders, to receive adjusted manifests back from loan holders, to receive information about over and underpayments from loans holders, etc.
- o 15005.020: The contractor shall provide responsive customer service to loan holders.
- o 15005.030: The contractor shall establish a dedicated email address for loan holders to send inquiries to
- o 15005.040: The contractor shall ensure all documents on the contractor's web portal are Section 508 compliant.
- o 15005.050: For Loan holders unable to use the web interface, the contractor shall establish delivery method preferences for LVC's, and payoff manifests, as well as the process for under/over payments.

- **15006.000: The contractor shall identify underlying loans that are ready to be paid off and consolidated.**

  - o 15006.010: Underlying loans will be selected to be paid off if the underlying loan has not been previously funded.
  - o 15006.020: Underlying loans excluded from consolidation will not be selected to be paid off.
  - o 15006.030: The contractor shall compare the borrower's application to NSLDS to validate that the borrower has listed all possible loans that are eligible to be consolidated. If there is a discrepancy, the contractor shall reach out to the borrower to determine if the borrower wants to add the additional loans.
    - ▪ 15006.031: The contractor shall validate that if the borrower is re-consolidating a consolidation loan that the full loan (Subsidized and Unsubsidized portions) are included.

- **15007.000: The contractor shall calculate the payoff amounts for underlying loans.**

  - o 15007.010: The contractor shall use the pay-off amounts certified by loan holders to determine final loan pay-off amounts
  - o 15007.020: The contractor shall contact loan holders for loan pay-off amounts when questions exist about pay-off amounts on LVCs or eLVCs or if LVCs/eLVCs are not returned within 10 business days of request
    - ▪ 15007.021: The contractor may contact the loan holders via email, phone, or mail.
    - ▪ 15007.022: If the loan holder does not respond within 10 business days of the request, the contractor may use outstanding principal and interest amounts found in NSLDS for pay-off calculations when LVCs or eLVCs are not returned within 10 business days of request and loan holders cannot be contacted
  - o 15007.030: The total interest amount included in the loan payoff is the sum of the certified interest through the certification date and the additional interest accrued between the certification date and the payoff date.
  - o 15007.040: Collection costs included in the underlying loan payoff are allowed only on defaulted loans certified by eligible loan holders.
  - o 15007.050: The collection cost percentage used to calculate collection costs included in the underlying loan payoff equals certified collection costs divided by the sum of the certified principal and interest.
    - ▪ 15007.051: Private lenders are eligible for collection costs only for defaulted Perkins and health professions loans.
    - ▪ 15007.052: The collection cost percentage for Perkins and health professions loans cannot exceed 100 percent.
    - ▪ 15007.053: No collection costs will be allowed if collection cost is certified by a private loan holder for a FFEL loan.

- 15007.054: The collection cost percentage for FFEL or Direct Loans certified by GAs or DMCS cannot exceed 18.5 percent.
- 15007.055: Collection costs included in the underlying loan are calculated by multiplying the collection cost percentage by the sum of the certified principal, validated interest, and additional interest accrued through payoff.
- 15007.056: The contractor shall have edits to prevent negative collection costs.
  - 15007.060: Loan holders other than GAs are eligible to be paid certified late fees when the underlying loans are paid off.
  - 15007.070: The payoff amount for each underlying loan is a sum of principal amount certified, interest accrued through the payoff date, eligible collection costs, and eligible late fee charges.
  - 15007.080: Underlying loan payoffs included in a Treasury returned payment will be recalculated based on the new payoff date. (e.g. loan payoff sent to Treasury and returned as undeliverable would have to be resent with new pay-off date and new calculated pay-off amount)
  - 15007.090: The amount of interest that accrues daily is calculated by multiplying the certified principal by the daily interest rate factor (interest per diem). The daily interest rate factor is the validated annual interest rate for each underlying loan divided by 365.25 days. The contractor shall calculate daily interest out to 5 decimal places and truncate. See Requirement: 26004.020
  - 15007.100: The additional interest to be added to the certified interest is calculated by multiplying the number of days from the underlying loan's certification date through the payoff date by the interest per diem.

- **15008.000: The contractor shall calculate the weighted average interest rate for underlying loans as the interest rate for the consolidation loan.**

  - 15008.010: The consolidation loan interest rate is comprised of the weighted average interest rate of all underlying loans included in the consolidation.
  - 15008.020: The contractor shall maintain all history/adjustments for the underlying loans (i.e., overpayments, underpayments, add-ons, or changes) to use in the calculation of the weighted average interest rate.
  - 15008.030: The contractor shall use the pay-off amount and interest rate provided by the loan holder to calculate the weighted average interest rate
  - 15008.040: The contractor shall contact the loan holders to determine the pay-off amount and interest rate to use in calculating the weighted average interest rate when LVCs/eLVCs are not returned within 10 business days. If the loan holder cannot be contacted and the current interest rate is not available in NSLDS, The contractor shall use the statutory interest rate in effect on the date of first disbursement to calculate the weighted average interest rate.
  - 15008.050: The weighted average interest rate is the sum of each included loan's payoff amount multiplied by its certified interest rate, divided by the sum of the participating loan's payoff amounts (that is, loan payoff amount times certified interest rate divided by loan payoff amounts).
  - 15008.060: The weighted average interest rate is rounded up to a multiple of 0.125 percent, if the weighted average interest rate is not a multiple of 0.125 percent.
  - 15008.070: The weighted average interest rate for Direct Consolidation loans made on or prior to 6/30/2013 is capped at 8.25%.
  - 15008.080: The contractor shall recalculate and adjust the weighted average interest rate for the consolidation loan for any adjustments to underlying loans that affect the original interest calculation including the addition of any loans to the consolidation within the 180 day period to add, removal of any underlying loans after original calculation, or any changes to pay-off amounts as a result of overpayments or underpayments.

- **15009.000: The contractor shall provide customer service for any borrowers who have applied for consolidation.**

- o 15009.010: The contractor shall respond to borrower inquiries
- o 15009.020: The contractor shall assist borrowers in making changes to their application
- o 15009.030: The contractor shall provide the Federal Direct Consolidation Loan Request to Add loans form with instructions on its completion upon borrower request
- o 15009.040: The contractor shall cancel applications upon borrower's request if the application has not passed the Loan Summary Statement review deadline.

- **15010.000: Upon completion of the Loan Verification process and prior to funding the consolidation loan, consolidator shall send a Loan Summary Statement with cover letter and instructions to the borrower detailing the loans to be consolidated and giving the borrower 10 business days to respond with any changes or concerns prior to loan being booked.**

  - o 15010.010: The Loan Summary Statement shall contain the data elements shown on the attached sample of the current loan summary statement (see attachment: 15010 Att 14 LSS_sample). See Loan Summary Statement Sample forms contained in the financial requirements
  - o 15010.011: The Loan Summary Statement shall display the date by which the borrower must respond.
  - o 15010.020: The Loan Summary Statement (with cover letter and instructions) may be sent to the borrower through any media acceptable to the borrower (e.g. regular mail, e-mail, etc.) so long as the sending of the statement is trackable.
  - o 15010.030: The borrower may respond to the Loan Summary Statement by phone, mail, or e-mail as deemed appropriate by the borrower so long as the borrower's response it trackable.
  - o 15010.040: If the borrower fails to respond to Loan Summary Statement in the time specified, the consolidator should notate the non-response by the borrower and proceed with funding of the consolidation loan.
  - o 15010.050: The Loan Summary Statement is required for the initial booking of the consolidation loan and is also required, per policy guidance, for any loans added through the 180-day additional loan process.
  - o 15010.060: If the Loan Summary lists data for a loan that the borrower indicated he or she didn't want to consolidate and the borrower gets back to the consolidator indicating he or she does want to include it after all, it can be included automatically without having the borrower complete an add on form providing that the change in the borrower's request is documented.
  - o 15010.070: If the borrower indicates they no longer want a loan included that was previously listed for inclusion in the consolidation, the consolidating servicer shall remove that loan from the consolidation process.
  - o 15010.080: For each consolidation loan summary statement created and mailed to a consolidation loan applicant the contractor shall create/store an exact image copy of the loan summary statement sent with the borrower's stored images. If the consolidation originator is not also the servicer of the loan, the image shall be provided to the current servicer when the consolidation loan is booked.
  - o 15010.090: For each consolidation borrower disclosure statement created and mailed to a consolidation loan borrower as part of the initial consolidation disclosure, or any adjustments/additions to the consolidation loan, and mailed to a consolidation loan borrower the contractor shall create/store an exact image copy of the disclosure statement sent with that borrower's stored images. If the consolidation originator is not also the servicer of the loan, the image shall be provided to the current servicer when the consolidation loan is booked.
  - o 15010.100: The contractor shall include the consolidation loan summary statement and disclosure images with the borrower's image records any time the borrower images are transferred or moved.

- 15010.110: For every consolidation loan created since inception of consolidation loan origination, the consolidation originator/servicer shall create an exact image copy of the loan summary statement and disclosure statements sent to the borrower and store the image with the borrower's stored images. If the consolidation loan isn't currently serviced by the originator of the consolidation loan these images shall be provided to the current servicer. NOTE: This requirement is intended as a cleanup for any loans created where these images haven't already been created/stored.

- **15011.000: The contractor shall book the Direct Consolidation Loan in their servicing system within 30 business days of receipt of the borrower initiated application.**
  **See Attachments:**
  **15011 Att 1 Ongoing Process Flows**
  **15011 Att 2 Application Online and Paper Flows**
  **15011 Att 12 Loan Consolidation File Layout Description**

- **15012.000: The contractor shall apply the borrower's repayment plan choice that was submitted along with the consolidation application.**

  **See Repayment plan requirements 5000**

  - 15012.010: The contractor shall receive and process the income driven repayment plan details from COD via the Common Application Interface.

- **15013.000: When the borrower's repayment plan choice is an income based plan, the contractor shall ensure the chosen plan is in place for the first billing cycle.**

  - 15013.010: For optional ICR, the originator shall process the application for ICR simultaneously with the consolidation application
  - 15013.020: The loan should be placed on ICR with whatever payment amount the contractor calculated
  - 15013.030: If there would be undue delay in booking for the loan because the contractor cannot process the ICR application before origination, it should place the loan on ICR but with Interest-Only payments
  - 15013.040: If the borrower requests ICR, but does not provide an application for ICR with the application for the consolidation loan, the consolidation loan should be placed on the ICR plan but with Interest-only payments for a period not to exceed 60 calendar days while the contractor awaits and processes the ICR application.
  - 15013.050: For forced ICR, the loan cannot be originated until the borrower has submitted a valid and complete (i.e. with supporting income documentation) application for ICR and is determined to be eligible.
  - 15013.060: For optional IBR, PAYE, and REPAYE, the contractor shall process the application for IBR, PAYE, and REPAYE simultaneously with the consolidation application ensuring the plan is in place for the first billing cycle.
  - 15013.070: If the borrower qualifies, the loan should be placed on IBR with whatever payment amount the contractor calculated
  - 15013.080: If the borrower selects a forced IDR plan they do not qualify for, the contractor shall place them on the IDR repayment plan they do qualify for with the lowest monthly payment amount.
  - 15013.090: If there would be undue delay in booking of the consolidation loan because the contractor cannot process the IBR, PAYE, or REPAYE application before origination, the contractor shall place the loan on the standard repayment plan but in a not-to-exceed 60-day non-capping administrative forbearance so that the contractor can process the application.
  - 15013.100: If the borrower requests IBR, PAYE, or REPAYE, but does not provide an application for the consolidation loan application, the consolidation should place the loan on the standard repayment plan with a not-to-exceed 60 calendar day non-capping

administrative forbearance so that the contractor can await and process the IBR application.

- ▪ 15013.110: For forced IBR, PAYE, and REPAYE, the loan cannot be originated until the borrower has submitted a valid and complete (i.e. with supporting income documentation) application for IDR and is determined to be eligible for IDR.
- ▪ 15013.111: For forced IDR/ICR loans, if any necessary documentation is missing or incomplete, the contractor shall send the borrower a notification and give them 15 business days to submit the required documentation.
- ▪ 15013.112: If after 15 business days the required documentation is not submitted, any defaulted loans will be marked ineligible and any non-defaulted loans can move forward in the consolidation process. If the result is that all loans are ineligible the application is cancelled.
- ▪ 15013.113: If the documentation is provided prior to the application being funded or reaching the Loan Summary Statement then it is processed and the loans move forward.
- ▪ 15013.114: If the documentation is provided after the application has reached the Loan Summary Statement or funding has occurred, then the contractor shall notify the borrower and inform them of the Add On process.
- ▪ 15013.115: If the documentation is provided after the application is cancelled, the contractor shall reinstate the application and process the documentation and the consolidation
- o 15013.120: For forced IBR, PAYE, and REPAYE, if the borrower is determined to be ineligible, then the borrower cannot get the consolidation loan unless the borrower instead chooses forced ICR.

- **15014.000: The contractor shall establish a new Direct Consolidation Loan when an applicant's underlying loans included in the consolidation are paid off.**

  - o 15014.010: A new Direct Consolidation Loan shall be established when underlying loans associated with a primary application are paid off.
  - o 15014.020: When calculating the borrower's total indebtedness, for the purpose of determining the length of the Standard or Graduated Repayment Plan term, the Direct Consolidation Loan amount is the total amount of the certified loans that are included in the Direct Consolidation Loan.
  See FMS Interface and Attachment 7006G Master Servicer Layout Spreadsheet for more information on CRC reporting
  - o 15014.030: When calculating the borrower's total indebtedness, for the purpose of determining the length of the Standard or Graduated Repayment Plan term, the non-Direct Consolidation Loan amount is the sum of the total outstanding balance of loans that are not included in the Direct Consolidation Loan, unless they are in default without satisfactory repayment.
  - o 15014.040: When calculating the borrower's total indebtedness, if the non-Direct Consolidation Loan amount is greater than the Direct Consolidation Loan amount, cap the non-Direct Consolidation Loan amount to be equal to the Direct Consolidation Loan amount.
  - o 15014.050: Total indebtedness is the sum of the Direct Consolidation Loan amount and the capped non-Direct Consolidation Loan amount.
  - o 15014.051: Example: Loans with status of "In-School" (IS) or "Default-Satisfactory Repayment Arrangement Not Made" (DN) should not be included in Total Indebtedness calculation for loans being consolidated, unless the DN loans are being included in the consolidation for Forced IDR.

    Educated Indebtedness includes:
    --Eligible loans that are included in the consolidation
    --DN loans included and placed on forced IDR

       --Eligible loans that are NOT included in the consolidation
       --Other Educational loans debt (Ineligible loans) up to the consolidation loan amount.

- o 15014.060: The disbursement gross amount for the Parent PLUS portion of the Direct Consolidation Loan is the sum of the underlying Parent PLUS loans paid off.
- o 15014.070: The disbursement gross amount for the Graduate PLUS portion of the Direct Consolidation Loan is the sum of the underlying Graduate PLUS loans paid off.
- o 15014.080: The disbursement gross amount for the subsidized portion of the Direct Consolidation Loan is the sum of the subsidized underlying loans paid off.
- o 15014.090: The disbursement gross amount for the unsubsidized portion of the Direct Consolidation Loan is the sum of the unsubsidized underlying loans paid off.
- o 15014.100: If the borrower has not yet made the first 12 required on-time monthly payments at the time the loans are consolidated, the borrower loses the rebate. The rebate amount shall be added back into the loan at the time of consolidation.
  - ▪ 15014.101: For loans paid off with a Direct Loan consolidation prior to 10/01/2018 and prior to having earned the rebate, the borrower will lose the rebate if a late payment has been made. Otherwise, the eligibility to earn the rebate is transferred to the new Direct Loan Consolidation Loan and the borrower must meet the 12-month eligibility requirement.
  - ▪ 15014.102: If the loan is paid off with a Direct Loan consolidation on or after 10/01/2018 and prior to having earned the rebate, the borrower will lose the rebate (even if the rebate would have been earned during the full 12-month period).

- o 15014.110: If any of the loans being consolidated (even if Add On) are defaulted with non-satisfactory repayment (DN), the repayment plans must be forced IDR (Income Driven Repayment). If the borrower fails to provide the information to place them on the forced IDR plan, the consolidation (or Add On) cannot be processed.
- o 15014.120: For each portion of the Direct Consolidation Loan, Credit Reform Code will be calculated based on the federal fiscal year the Direct Consolidation Loan was created, the subsidy type of the portion of the direct Consolidation Loan, and its risk value. (cohort year (positions 1-4), followed by Loan Type (position 5), followed by Risk Category (position 6). See Financial requirements for more information on creating CRC codes.
- o 15014.130: New Direct Loan Consolidations and subsequent adjustments shall be reported to NSLDS.
- o 15014.140: The repayment plan for a new Direct Consolidation loan shall be based on the applicant's choice and eligibility unless it is a forced IDR plan
- o 15014.150: If an applicant does not select a repayment plan, then the repayment plan for a new Direct Consolidation loan will be the Standard repayment plan.

- **15015.000: The contractor shall process Direct Loan Payoff's with other federal servicer's and themselves via the Loan Consolidation Inquiry and Payoff Interface files (LCAF/SCAF). See Attachment: 15015 Att 3 LoanConsolidationFundingFlow**

  - o 15015.010: Loan Consolidation Inquiry and Payoff interface files shall be submitted via the Electronic Data exchange over SAIG.
    Links to SAIG Mailbox resources are located at:
    https://fsapartners.ed.gov/knowledge-center/topics/software-and-other-tools
  - o 15015.020: The contractor shall send and receive files daily (Monday-Friday), excluding Federal Holidays.

    ***Changes due to scheduled System releases or other outages will be communication during the contractor Weekly meetings.
  - o 15015.030: The contractor shall have a unique Test TG mailbox number to send and receive files using SAIG.
  - o 15015.040: The contractor shall have a unique Production TG mailbox number to send and receive files using SAIG.

- **15016.000: The contractor shall send/receive and process the Loan Consolidation Inquiry and Payoff Interface file.**
  **See attachments:**
  **15016 Att 7 LCInquiryandPayoffInterfaceSchemaLayoutv1.3**
  **15016 Att 8 LCInquiryandPayoff.v1.3xsd**
  **15016 Att 9 LoanConsolidationInterfaceSupport Guide**

  - 15016.010: The file shall be provided from the loan consolidator via an XML interface.
  - 15016.020: Loan Consolidation Inquiry and Payoff files shall be sent via SAIG using specific message classes for the file type:
  - 15016.030: The contractor shall expect to receive an unlimited amount of borrowers and loans within each daily file.
  - 15016.040: The contractor shall process the files in the order they are received.
  - 15016.050: If there is no activity for the contractor on a given processing day, the Loan Consolidation contractor will send a minimal file. The file will include only the SAIG header, Document Block, and SAIG trailer.
  - 15016.060: Loan Consolidation contractor shall send the Loan Consolidation Inquiry and Payoff file daily and the contractor shall send receipts and responses within 24 hours.

- **15017.000: The contractor shall adhere to the Loan Consolidation Inquiry and Payoff Schema Processing rules as outlined in the Loan Consolidation Interface Support Guide**

  - 15017.010: The contractor shall code according to the XSD; however, additional details regarding the field descriptions, format, valid values, and business/processing rules can be found in the Inquiry and Payoff Schema Layout document and the Loan Consolidation Interface Support Guide.

- **15018.000: The contractor shall create and send inquiry and payoff transactions via the Loan Consolidation Activity File (LCAF).**

  - 15018.010: The LCAF file shall be sent via SAIG with message class
    --LCASTQOP--Test File
    --LCASPQOP--Production File
  - 15018.020: The contractor will send a Borrower Inquiry transaction to the federal contractor's to begin the consolidation process. The inquiry transaction is a request for information and on all unpaid loans. Unpaid loans are referred to as "underlying loans"
  - 15018.030: The contractor will send a Payoff transaction type "Consolidation" to the contractor to initiate the payoff of the underlying award that was identified in the Inquiry response.
  - 15018.040: Multiple "consolidation" payoff transactions will be sent for a borrower with multiple loans.  Each loan will receive only one consolidation payoff transaction.
  - 15018.050: The contractor shall send a "Closeout" transaction to the contractor for ALL solicited and unsolicited payoff transactions received where the payoff amount is <>0.
  - 15018.060: The contractor shall immediately closeout all payoff transactions that are received for the exact amount

- **15019.000: The contractor shall receive and process a Loan Consolidation Activity Receipt File**
  - 15019.010: The LCAF receipt file shall be sent via SAIG with message class
    --LCASTCIN--Test File
    --LCASPCIN--Production File
  - 15019.020: THE LCAF receipt file will acknowledge their receipt of the file as a whole and indicate the file was received by the contractor

- **15020.000: The contractor shall receive and process a Loan Consolidation Activity Response File**

  - 15020.010: The LCAF response file shall be sent via SAIG with message class
    --LCASTSIN--Test File
    --LCASPSIN--Production File
  - 15020.020: The contractor shall resolve rejected transactions received from the contractor.
  - 15020.030: Resolution should include the ability to review rejected transactions, work with COD personnel to analyze why the reject occurred and assist with resolution on a daily basis.
  - 15020.040: These rejects are Work in Process (WIP) for the originating servicer, the originator shall review the rejects daily and resubmit them.

- **15021.000: The contractor shall receive and process the Loan Consolidation Activity file (LCAF)**

  - 15021.010: The contractor shall send a receipt file document for each LCAF file received.
  - 15021.020: The contractor shall send one response file document for each LCAF file processed. The response files shall be returned in order received.
  - 15021.030: The contractor shall edit transactions received from originating contractor and return accepted or rejected responses for each transaction ID in the LCAF response file.
  - 15021.040: The transaction ID's will be unique within the document and across documents. The Transaction ID is assigned for the purpose of tracking, via the response, information that has been accepted or rejected by the contractor.
  - 15021.050: The contractor shall create/send a response complex element (accepted or rejected) for each Transaction ID associated with the document, borrower inquiry, and borrower and/or award complex elements sent in the LCAF.
  - 15021.060: When a response complex element is rejected, The contractor shall include at least one Error Code and return no more than one hundred Error Codes per transactions ID.
  - 15021.070: A response complex element with a Response code of accepted does not exclude another complex element(s) in the hierarchy from being accepted or rejected.
  - 15021.080: A response complex element with a Response code of rejected can result in other complex elements being rejected.
    --If there is a reject at the document level, the contractor will return a response only to the document transaction ID and it can be assumed all of the subsequent transactions were also rejected.
    -- On submission of a borrower, if a borrower complex element is rejected, the award complex element and its associated elements are also rejected.
  - 15021.090: The contractor shall return edit 001 if the LCAF file was sent to the wrong mailbox
  - 15021.100: The contractor shall return edit 002 if duplicate document ID is received
  - 15021.110: The contractor shall return edit 003 if the document create date is greater than current system date
  - 15021.120: The contractor shall return edit 005 if the XML does not pass schema validation.
  - 15021.130: The contactor shall return edit 006 if the borrower has been transferred from their system. The contractor shall return the new servicer ID in the response
  - 15021.140: The contractor shall return edit 013 if the file is missing functionally required tags (missing information required by the business rules that define what is in in the LCAF)
  - 15021.150: The contractor shall return edit 019 if the payoff information inconsistent with what the consolidation Loan servicer/Additional Servicer has on file.
    Note: this edit should not be returned if the payoff amount does not match what is on file

- o 15021.160: The contractor shall return edit 020 if the effective date is not less than or equal to the current processing date. This is only applicable for the effective date in the "payoff" block in the LCAF or SCAF file.
- o 15021.170: The contractor shall respond to a borrower inquiry with loan information for ALL loans that are less than 270 calendar days delinquent. The response block shall contain the number of eligible awards with the <AwardCount> tag.   If The contractor does not have any awards, the <AwardCount> tag shall contain the number 0 (zero).
  - ▪ 15021.171: The contractor shall use a manual process to consolidate loans that are >270 calendar days delinquent and they are unable to transfer the loans to DMCS.
    ---Loans should be sent via email to an FSA specified contact for approval
    ---Once approval is received, the contractor shall apply an administrative forbearance to the account to bring the borrower's account to be 240 calendar days delinquent.
    --The contractor shall request the Inquiry transaction to be resent from the "consolidation originator".
- o 15021.180: For each award the contractor will send an underlying award block.
- o 15021.190: The <IBRBeginDate> is a required field in the inquiry response. If the borrower is not on an Income Based repayment plan, the date shall be populated with 9999-12-31.
- o 15021.200: The <IBRBeginDate> must be populated with a valid date if the <IBRMonths> is returned with a value greater than 0.
- o 15021.210: The <ApplicationReceiptDate> is a required field in the inquiry response. If the contractor does not have the application receipt date, the date shall be populated with 9999-12-31.
- o 15021.220: The <FeesBalanceAmount> element in the borrower inquiry response should NOT include origination fees for any loan type
- o 15021.230: The <InterestRateCategory> element in the borrower inquiry response should always be the TOTAL (not Add-On) and the contractor shall provide the interest rate of the loan in the interest rate element.
  - ▪ 15021.231: The contractor shall certify the statutory interest rate for borrowers receiving reduced interest rate incentives.
- o 15021.240: The contractor shall only use Lost or Earned as valid values for the <IncentiveStatus> element. If the incentive is not earned, the borrower shall lose the rebate upon consolidation.

  If the rebate is earned, use "earned". If the rebate is in any other state, use "lost".
- o 15021.250: The contractor shall include the total amount needed to pay off the loan in the <payoffamount> element of the borrower inquiry response. If a borrower has not earned or lost the DL rebate, but not yet reached the evaluation point (month 13) of repayment, the contractor should include the amount of the rebate to be lost within the <payoffamount> of the borrower inquiry response

  See Requirement 25008 for processing consolidation payoff amounts as of 10/1/2016.
- o 15021.260: The contractor shall process accepted "consolidation" payoff transactions by paying off the complete outstanding principal and interest of the loan identified in the payoff transaction. Any values greater than or less than the amount in the payoff transaction should be included in the "solicited" transaction sent in the SCAF (see requirement 15015).  This information is then forwarded to the Consolidation Servicer to adjust the consolidation loan balance.
- o 15021.270: The contractor shall process accepted "closeout" payoff transactions. Closeout transactions will be sent by the contractor for all solicited and unsolicited transactions sent by the contractor where the payoff amount <>0. The contractor shall immediately closeout payoff transactions that are received for the exact payoff amount.

- **15022.000: The contractor shall create/send a contractor Consolidation Activity File (SCAF). The SCAF file contains "solicited" and "unsolicited" payoff transactions.**

  - 15022.010: The SCAF request file shall be sent via SAIG with message class
    --SCASTSIN--Test File
    --SCASPSIN--Production File
  - 15022.020: The contractor shall send the SCAF file each processing day. If there is no activity on that processing day, a minimal SCAF file shall be sent.
  - 15022.030: The contractor shall receive a SCAF receipt file from the other contractor.
  - 15022.040: The contractor shall receive a SCAF response file from the originator.
  - 15022.050: The contractor shall create/send a "solicited" payoff transaction for every "consolidation" payoff transaction accepted by the contractor if an exact payoff amount was not received.
  - 15022.060: The amount of the solicited transaction should represent the difference (positive or negative) between the amount sent in the "consolidation" payoff transaction from the contractor and the total amount required to pay off the loan.
  - 15022.070: The contractor shall not send a negative solicited payoff transaction that is greater than the Consolidation payoff received from the contractor.
  - 15022.080: An overpayment occurs when the amount the contractor submits in the payoff is more that the amount applied to fully pay off the loan on the servicing system. The resulting solicited transaction should be a negative amount.
  - 15022.090: An Underpayment occurs when the amount the contractor submits in the payoff is less than the amount applied to fully pay of the loan on the servicing system. The resulting solicited transaction should be a positive amount.
  - 15022.100: The contractor shall create/send "unsolicited" payoff transactions with the SCAF.
  - 15022.110: An unsolicited transaction should be created/sent for any new disbursements or disbursement adjustment activity that occurs on a borrower's underlying loan after the loan has been paid in full by consolidation.
  - 15022.120: An unsolicited transaction should be created/sent when a contractor processes a non-sufficient funds on a check that was previously paid on a loan that has been paid in full by consolidation.
  - 15022.130: An unsolicited transaction should be created/sent when a contractor processes any manual adjustments/system cleanups on loan that was paid in full by consolidation.
  - 15022.140: The contractor shall calculate the payoff amount in an unsolicited transaction for disbursement adjustments, NSF, and manual adjustments/system clean ups as of the date the original payoff occurred and use that date as the effective date of the transaction. All interest should be calculated through that effective date.
  - 15022.150: The contractor shall calculate the payoff amount in an unsolicited transaction for NEW disbursements as of the date the unsolicited transaction is created and use that date as the effective date for that transaction. All interest should be calculated through that effective date. (Note: The contractor will send this to the consolidation contractor as a new disbursement with a different disbursement date)
  - 15022.160: There is no time limit on creating and sending unsolicited transactions to the contractor for loans paid in full by consolidation.
  - 15022.170: An unsolicited transaction should NOT be created if the contractor receives any additional loans for a borrower who has been paid off via the consolidation interface. All new loans received after the consolidation payoff has been processed should continue to be serviced on the borrower's account.
  - 15022.180: The contractor shall not send solicited or unsolicited transactions until all previously sent transactions have been closed out. The contractor may create the next solicited/unsolicited transaction and hold that transaction until the closeout has been received provided the information is properly reported for reconciliation purposes. Note: Held items are accounted for as Work in Process (WIP). See Financial Activity section for more information.

- o 15022.190: The contractor shall only use Lost or Earned as valid values for the <IncentiveStatus> element. If the rebate is earned, use "earned". If the rebate is in any other state, use "lost".
- o 15022.200: The contractor shall monitor transactions to validate a "closeout" transaction is received within 30 calendar days. The contractor shall receive a "closeout" transaction from the contractor for every solicited and unsolicited transaction sent by the contractor. Closeout transactions do not have to match the solicited request amount.
- o 15022.210: The contractor shall send transfer activity to the contractor for borrower's whose consolidation loans are transferred to another servicer. This will enable the contractor to send subsequent activity for that borrower to the correct servicer.
- o 15022.220: The contractor that receives the transfer will send the transfer activity the day they receive the transfer.
- o 15022.230: The contractor will reject the transfer if the consolidation award does not exist in the contractor's system.

- **15023.000: The contractor shall create and send a Servicer Consolidation Activity Receipt File**
  - o 15023.010: The SCAF receipt file shall be sent via SAIG with message class
    --SCASTCOP--Test File
    --SCASPCOP--Production File
  - o 15023.020: The SCAF receipt file will acknowledge the receipt of the file as a whole and indicate the file was received by the contractor

- **15024.000: The contractor shall create and send a Servicer Consolidation Activity Response File**

  - o 15024.010: The SCAF response file shall be sent via SAIG with message class
    --SCASTSOP--Test File
    --SCASPSOP--Production File
  - o 15024.020: The contractor shall resolve rejected transactions received from the originator.
  - o 15024.030: Resolution should include the ability to review rejected transactions, work with origination personnel to analyze why the reject occurred and assist with resolution on a daily basis.
  - o 15024.040: These rejects are Work in Process (WIP) for the contractor, the contractor shall review the rejects daily and resubmit them.

- **15025.000: The contractor shall receive and process the Loan Consolidation Activity file (SCAF)**

  - o 15025.010: The contractor shall create/send a response complex element (accepted or rejected) for each Transaction ID associated with the document, borrower inquiry, and borrower and/or award complex elements sent in the SCAF.
  - o 15025.020: When a response complex element is rejected, the contractor shall include at least one Error Code and return no more than one hundred Error Codes per transactions ID.
  - o 15025.030: A response complex element with a Response code of accepted does not exclude another complex element(s) in the hierarchy from being accepted or rejected.
  - o 15025.040: A response complex element with a Response code of rejected can result in other complex elements being rejected.
    --If there is a reject at the document level, the contractor will return a response only to the document transaction ID and it can be assumed all of the subsequent transactions were also rejected.
    -- On submission of a borrower, if a borrower complex element is rejected, the award complex element and its associated elements are also rejected.
  - o 15025.050: The contractor shall return edit 002 if a duplicate document ID is received.

- o 15025.060: The contractor shall return edit 003 if the document create date is greater than the current system date.
- o 15025.070: The contractor shall return edit 007 if the borrower/award/transfer/payoff information is inconsistent with what the contractor has on file.
- o 15025.080: The contractor shall return edit 008 if the award ID is not found. Valid for Payoff and transfer transactions)
- o 15025.090: The contractor shall return edit 016 if the borrower SNN is missing in the borrower block.
- o 15025.100: The contractor shall return edit 017 if the award ID is missing in the award block.
- o 15025.110: The contractor shall return edit 019 if the payoff information is inconsistent with what the contractor has on file.
- o 15025.120: The contractor shall return edit 020 if the effective date in the payoff block is greater than or equal to the current processing date.

- **15026.000: The contractor shall process cash pay-offs to entities such as private loan holders, GAs, DMCS, and HHS**
  **See Attachments:**
  **15026 Att 4 EVC Batch Setup User Guide**
  **15026 Att 10 Manifest_File_Lyout**
  **15026 Att 11 Adjustment Manifest File Layout**

  - o 15026.010: The contractor shall generate LVCs/eLVCs for private loan holders and distribute by on-line access, encrypted e-mail, SFTP, and/or mail.
  - o 15026.020: The contractor shall generate LVCs/eLVCs for GAs and distribute by on-line access, encrypted e-mail, SFTP, and/or mail.
  - o 15026.030: The contractor shall generate LVCs/eLVCs for DMCS and distribute by on-line access, encrypted e-mail, SFTP, and/or mail.
  - o 15026.040: The contractor shall generate LVCs/eLVCs for HHS and distribute by on-line access, encrypted e-mail, SFTP, and/or mail.
  - o 15026.050: The contractor shall process certified LVCs/eLVCs received from private loan holders of Title IV loans.
  - o 15026.060: The contractor shall process certified LVCs/eLVCs received from GAs
  - o 15026.070: The contractor shall process certified LVCs/eLVCs received from DMCS
  - o 15026.080: The contractor shall process certified LVCs/eLVCs received from HHS
  - o 15026.090: The contractor shall generate pay-off manifests for private loan holders and distribute by on-line access, encrypted e-mail, SFTP, and/or mail.
  - o 15026.100: The contractor shall generate pay-off manifests for GAs and distribute by on-line access, encrypted e-mail, SFTP, and/or mail.
  - o 15026.110: The contractor shall generate pay-off manifests for DMCS and distribute by on-line access, encrypted e-mail, SFTP, and/or mail.
  - o 15026.120: The contractor shall generate pay-off manifests for HHS and distribute by on-line access, encrypted e-mail, SFTP, and/or mail.
  - o 15026.130: The contractor shall process adjusted pay-off manifests received from private loan holders.
  - o 15026.140: The contractor shall process adjusted pay-off manifests received from GAs
  - o 15026.150: The contractor shall process adjusted pay-off manifests received from DMCS
  - o 15026.160: The contractor shall process adjusted pay-off manifests received from HHS
  - o 15026.170: The contractor shall generate pay-offs for private loan holders via Purchase Invoice File and submit to FMS.
    See Requirement 7032 FMS Loan Purchase File
  - o 15026.180: The contractor shall generate pay-offs for GAs via Purchase Invoice File and submit to FMS.
    See Requirement 7032 FMS Loan Purchase File

- o 15026.190: The contractor shall generate pay-offs for DMCS via Purchase Invoice File and submit to FMS.
  See Requirement 7032 FMS Loan Purchase File
- o 15026.200: The contractor shall generate pay-offs for HHS via Purchase Invoice File and submit to FMS.
  See Requirement 7032 FMS Loan Purchase File
- o 15026.210: Collection costs on loans held by guaranty agencies enrolled for EFT will be paid by EFT.
- o 15026.220: Collection costs on loans held by guaranty agencies not enrolled for EFT will be paid by check.
- o 15026.230: Payment data for paying off loans by cash-based manifest will identify the loan holder to be paid, the payment method, and the payment amount.
- o 15026.240: When an underlying loan is paid off by cash-based manifest, the payoff date, the payoff amount, and the manifest number are captured and associated with the underlying loan.
- o 15026.250: When an overpayment is received for an underlying loan that was paid off by cash-based manifest, the overpayment amount and the overpayment date are captured and associated with the underlying loan.
- o 15026.260: The loan consolidator shall produce a Manifest Summary Report containing summary payout amounts by loan holder from each manifest associated with a single FMS Purchase Funding Request file. The Manifest Summary Report shall contain a FMS Purchase Funding Request file identifier. The loan consolidator shall submit the Manifest Summary Report at the same time that the FMS Purchase Funding Request file is submitted. The loan consolidator shall send a copy of the Manifest Summary Report via the same email channel to FSA Reconciliations as used for the CONDUIT program (to FSA Reconciliations).

- **15027.000: The contractor shall send loan consolidation check payoffs to FMS in the FMS purchase file for payoffs of loans held by private loan holders, DMCS, and HHS and for payoffs of guaranty agency collection costs.**

  - o 15027.010: Loans held by private loan holders not approved for EFT shall be paid by check requiring method of payment in purchase file to be check.
  - o 15027.020: Collection costs on loans held by guaranty agencies not enrolled for EFT shall be paid by check requiring method of payment in purchase file to be check.

- **15028.000: Upon creation of the new Direct Consolidation Loan, the contractor shall send the borrower a Welcome Letter that contains the following information for the borrower: amount of the Direct Consolidation Loan, date of disbursement, and summary loan amount information for each type of underlying loan that makes up the consolidation**

  - o 15028.010: The contractor shall send the borrower a Welcome Letter as when supplemental loans are added to an existing Direct Consolidation Loan.

- **15029.000: The contractor shall process returned checks and issue stop payments on uncashed checks.**

  - o 15029.010: Consolidation payoff checks will normally be voided when the check has been returned to Treasury or a stop payment is issued when the check is still outstanding.
  - o 15029.020: When a disbursement check is voided, the contractor shall capture the date the check was voided, the void reason and the voided amount associated with the underlying loan.
  - o 15029.030: When a disbursement check is voided, the corresponding Direct Consolidation Loan shall be adjusted based on the amount of the voided disbursement check.

- 15029.050: Underlying EFT loan payoffs that are returned shall be researched for valid bank account information and repaid by EFT or shall be paid off via check.
- 15029.060:  The contractor shall pay private loan holders that do not choose EFT payment by check requiring the purchase file method of payment to be check
- 15029.070: The contractor shall capture for each underlying loan paid off by check (including checks issued for underpayments) the check number, the check amount, the loan holder the check is issued to, the date the check was issued, and the date the check was cashed. The check amount includes the full amount of the underlying loan's principal, interest, and collection fee outstanding balances.
- 15029.080: The contractor shall pay GAs that do not choose EFT Payment for collection costs due on loans by check requiring purchase file method of payment to be check
- 15029.090: The contractor shall issue a stop payment on uncashed Treasury-issued underlying loan payoff checks after 30 calendar days, and no more than 45 calendar days after the check was issued based on the results of a manual review to determine why the check has not been cashed and whether or not it still can be cashed before it becomes stale dated.
  See Attachment 15029 Att 15 Refund_Reverse_Cancel_StopPay_Claim for more information on stop payments

- **15030.000: The contractor shall process incoming electronic payments and checks received from loan holders and other entities.**

  - 15030.010: Checks received by the contractor shall be deposited on the same day that they are received into the Federal Student Aid Treasury Account in the Federal Reserve Bank.
  - 15030.020: Consolidation overpayment checks already entered into the loan consolidation system may be reversed or adjusted.
  - 15030.030: Overpayment check data will contain the following required data: loan holder, check number, and check amount.
  - 15030.040: Adjustments to SF215 deposits are recorded by the contractor. The Federal Reserve Bank shall issue an additional SF215 for an upward adjustment and an SF5515 will be issued for a downward adjustment. A SF215 is a deposit ticket for deposits into the Federal Reserve Bank. If a lockbox is being used for overpayment refund checks received, the lockbox will deposit the money at the Federal Reserve bank and the contractor will record the deposit. Adjustments to the deposit amount due to bounced checks or errors in amounts are issued by the Federal Reserve Bank and are recorded by the contractor.

- **15031.000: The contractor shall process returned EFT payment transactions from Treasury.**

  - 15031.010: When a returned Payment is received, the contractor shall capture the return date and associate the return date with the corresponding underlying loans.
  - 15031.020: Underlying loan payoffs included in the Treasury returned payment shall be recalculated based on the new payoff date.
  - 15031.030: When an EFT loan holder has a returned payment from Treasury, each Direct Consolidation Loan that contained an underlying loan that was included in that returned payment shall be adjusted downward by the amount of the failed payment.
  - 15031.040: When an EFT loan holder has a returned payment from Treasury, the new check or EFT payoff adjustments for the underlying loans that have been paid will adjust the Direct Consolidation Loan up to the proper new loan amount.
  - 15031.050: Subsequent payments to a loan holder with a returned payment will be generated via EFT if the bank account can be corrected or by the check method if an EFT payoff cannot be made.

- **15032.000: The contractor shall receive notification of financial transactions related to consolidation payoffs from FMS through the Treasury Confirmation file and shall receive notification of cancelled EFT and cancelled check reports from querying Treasury systems**

- **15033.000: The contractor shall notify the guaranty agencies of the detail cash-based manifest loan payoffs.**

- **15034.000: The contractor shall notify the sender of payments returned due to nonsufficient funds.**

- **15035.000: The contractor shall capture payment activity associated with an underlying loan when funds are sent to or returned from loan holders.**

    - 15035.010: When a disbursement check is voided, the contractor shall capture the date the check was voided, and the voided amount associated with each underlying loan.
    - 15035.020: For underlying loan payoffs included in the Treasury returned payment that are voided, the contractor shall capture the voided date and associate the voided date with the corresponding underlying loan.
    - 15035.030: The contractor shall capture for each underlying loan paid off by check (including checks issued for underpayments) the check number, the check amount, the loan holder the check is issued to, the date the check was issued, and the date the check was cashed.
    - 15035.040: For each underlying loan paid off by EFT, the payment date, payment amount, payment method, loan holder, and Treasury confirmation code are captured and associated with the underlying loan.
    - 15035.050: When cash overpayments are returned by loan holders, the SF215 number, the date of the SF215, and the amount applied to the loans are captured and associated with the corresponding underlying loans.
    - 15035.060: When an underlying loan is paid off by cash-based manifest, the payoff date, the payoff amount, and the manifest number are captured and associated with the underlying loan.
    - 15035.070: When an overpayment is received for an underlying loan that was paid off by cash-based manifest, the overpayment amount and the overpayment date are captured and associated with the underlying loan.
    - 15035.080: When a non-defaulted underlying FSA serviced loan is paid off, the payoff date, the payoff amount, and the payoff reason are captured and associated with the underlying FSA serviced loan.

- **15036.000: The contractor shall apply overpayments and other refunds returned by loan holders to the underlying loan and adjust the corresponding Direct Consolidation Loan.**

    - 15036.010: Refunds received from loan holders are applied to underlying loans as overpayment adjustments.
    - 15036.020: Cash-based manifest overpayment amount shall be applied to the corresponding underlying loan.
    - 15036.030: Overpayment amounts shall be applied and the corresponding consolidation loan adjusted downward.
    - 15036.040: Overpayment reversal amounts shall be applied to the corresponding consolidation loan and the loan amount shall be adjusted upwards.
    - 15036.050: For underlying loan payoffs included in the Treasury returned payment that are voided, the contractor shall capture the voided date and associate the voided date with the corresponding underlying loan.
    - 15036.060: When cash overpayments are returned by loan holders, the SF215 number, the date of the SF215, and the amount applied to the loans are captured and associated with the corresponding underlying loans.

- o 15036.070: When an overpayment is received for an underlying loan that was paid off by cash-based manifest, the overpayment amount and the overpayment date are captured and associated with the underlying loan.
- o 15036.080: If a loan holder returns funds to the contractor without indicating to which loan the funds should be applied, the contractor shall apply the funds to the underlying loans starting from the oldest first disbursement date.

- **15037.000: The contractor shall apply underpayments returned by the loan holders to the appropriate underlying loan and adjust the corresponding Direct Consolidation Loan.**

  - o 15037.010: Underpayments reported by loan holders will result in an upward adjustment to the amount of the underlying loan and will be paid to the loan holder.
  - o 15037.020: Underpayments reported by loan holders will result in upward adjustments to the amount of the corresponding Direct Consolidation Loan after underpayment amounts are sent to loan holders.
  - o 15037.030: In the case where a new disbursement on an underlying loan books with an effective date after the consolidation payoff, the underlying loan holder will request the underpayment/payoff, and a new disbursement will be created by the contractor.
  - o 15037.040: When an underpayment adjustment file is received without a certification date, the contractor shall use the header date when using an automated process.
  - o 15037.050: When an underpayment adjustment file is received without a certification date, the contractor shall use the date the request was received when using a manual process.

- **15038.000: The contractor shall receive and process Add-On applications**

  - o 15038.010: The borrower can add new eligible loans to a completed Consolidation loan within 180 calendar days of the first disbursement date of the consolidation loan. 15030.Att_1_Ongoing Process Flows & 15030.Att_2_Application_Online_and_Paper_Flows & 15030.Att_12_Loan Consolidation File Layout
  - o 15038.020: The contractor shall reject the Add-On application if it is received >180 calendar days after the first disbursement date of the consolidation loan. The contractor shall notify the borrower that they need to do a New Consolidation Application.
  - o 15038.030: The contractor shall perform the same application review and eligibility checks as the original application.
  - o 15038.040: When the contractor receives a consolidation application for a loan that was consolidated (funded) less than 180 calendar days prior, the contractor shall reach out to the borrower to confirm if the borrower's intent was to:
    a) Request a second consolidation loan for the additional loan(s)
    b) Add the additional loan(s) to their recently consolidated loan
    - ▪ 15038.041: The contractor shall make one written (based on borrower's correspondence option) attempt to get the borrower's intent. If the borrower does not respond within 30 calendar days, The contractor shall process the application as a new consolidation loan.
    - ▪ 15038.042: The communication to the borrower shall indicate if the borrower does not respond within 30 calendar days, the contractor shall assume the intent of the application was for a new loan consolidation.

- **15039.000: The contractor shall process consolidation reversals on underlying loans for loans previously paid off in error.**

  - o 15039.010: The contractor shall forward requests for consolidation reversal to FSA for approval, via the FSA Item Submission Mailbox each Friday
    - ▪ 15039.011: The reversal requests shall be submitted using the template provided by FSA.

      See Attachment: 15039.011 Att 13 Consol Reversal
  - o 15039.020: The contractor shall provide a consolidation reversal spreadsheet of loan information to the loan holder for loans that require and are approved for a reversal
    - ▪ 15039.021: Reasons for consolidation reversals include:
      --Duplicate payoffs
      --Consolidation included a loan that should have been excluded
      --Incorrect subsidy types
      --Borrower wishes to cancel entire consolidation and FSA agrees
      --FSA instructs the contractor to cancel the consolidation
    - ▪ 15039.022: There are only limited circumstances when consideration is given to partially or fully reversing loans from a consolidation loan based on the request of the borrower or based on an error by a servicer. The circumstances are as follows:
      1. The consolidation loan was made as a Joint consolidation loan (meaning the loans of a married couple were intentionally being combined by the couple into a single loan) but only one of the spouses has loans that were included in the consolidation loan. (NOTE: As joint consolidations are no longer allowed to be made under the new LC process, this guidance only pertains to those consolidations previously made under Legacy LC. Servicers will only request these reversals if a borrower disputes their spousal consolidation and contacts the servicer to request a reversal.)
      2. Loans were included in a consolidation loan where the borrower specifically requested those loans be excluded from the consolidation loan and/or did not list the loan on the consolidation application.
      3. Loans were inadvertently included in a consolidation loan that did not belong to the borrower making the consolidation loan.
    - ▪ 15039.023: Methodologies for full or partial consolidation reversal:
      1. If a consolidation loan was made jointly and only one of the borrowers included his or her loans in the joint consolidation loan, the loan is not truly a joint consolidation loan. The spouse has no loans included in the consolidation loan, can be removed with permission from FSA.
      2. If a borrower completed a loan consolidation application and specifically listed the loans to be included and loans to be excluded on the consolidation application and some of the loans to be excluded were inadvertently included, the loans that were not to have been included can be removed and reestablished as separate loans. This can be done by contacting the previous lender (holder) and requesting the return of funds that paid for the underlying loan(s). The interest rate on the consolidation loan can be recalculated and the new balance of the consolidation loan can be re-determined. The consolidation servicer can then begin to properly service the consolidation loan. Approval must be sought from FSA to change the loan record.
      3. If loans were included in a consolidation loan that did not belong to the borrower making the consolidation loan, the improperly included loans should be removed from the consolidation loan. The previous loan holder should be contacted and required to return the funds that were

miss-sent and the loan holder should reestablish the underlying loans that were mistakenly paid off. The consolidator must recalculate the interest rate on the consolidation loan and determine the current balance and again begin servicing the loans. Approval must be sought from the FSA to change the loan record.

- o 15039.030: If the amount listed in the spreadsheet provided by the originator does not match the total net of the consolidation payments (Net of payments and payment adjustments) on the contractor's system, the contractor should NOT process the reversal.
- o 15039.040: The contractor shall re-instate the underlying loan(s) and bring the loan(s) current and cover any delinquency with a non-capping administrative forbearance.
- o 15039.050: The contractor shall notify the borrower that the loan(s) have been re-opened.
- o 15039.060: The contractor shall ensure consolidation reversals do not result in any solicited or unsolicited transactions being generated and sent to the originator.
- o 15039.070: For any loans identified on the spreadsheet for which payoff reversals have been requested, if the contractor has NOT yet received the closeout transaction for any solicited or unsolicited transactions that the contractor has sent, DO NOT PROCESS THE REVERSAL.
- o 15039.080: The contractor shall return a completed reversal spreadsheet to the originator.
- o 15039.090: The contractor shall indicate on the spreadsheet the date the reversal was completed, and if not why. If it was not completed due to net amounts not matching, the contractor shall include their total net amount. If it was not completed due to missing closeouts, the contractor should include the date/amount of the missing closeout.
- o 15039.100: When an underlying loan is assigned to an incorrect subsidy type for the Direct Consolidation Loan (e.g. the loan was classified as the wrong type on the LVC returned to the contractor, etc.), the contractor shall reassign the payoff amount for the underlying loan to a correct subsidy type.

- **15040.000: The contractor shall report new consolidation loan to NSLDS including explicit linking information to all underlying loans.**

- **15041.000: When initially reporting consolidation loans to NSLDS, the contractor shall also report underlying loans paid off by that consolidation subsidy component (Direct Subsidized Consolidation and Direct Unsubsidized Consolidation). Please refer to the NSLDS DPI for details.**

- **15042.000: When reporting additional underlying loans paid by an existing consolidation loan to NSLDS, the contractor shall also report additional underlying loans paid off by that consolidation subsidy component (Direct Subsidized Consolidation and Direct Unsubsidized Consolidation). Please refer to the NSLDS DPI for details.**

- **15043.000: When reporting adjustments to existing consolidation loans to NSLDS, the contractor shall also report additional underlying loans paid off by that consolidation subsidy component (Direct Subsidized Consolidation and Direct Unsubsidized Consolidation). Please refer to the NSLDS DPI for details.**

  - o 15043.010: If the loan being adjusted is no longer held by the originating servicer, the payoff/disbursement adjustments will also be provided to the current holder of the loan using the Post Transfer TIVAS Consolidation Adjustment spreadsheet. See Requirement 29000.

- **15044.000: The contractor shall report all financial transactions to FMS and shall reconcile all financial transactions on their system and with FMS.**

**See Financial Activity and Transactions, FMS Interface, and Financial Reporting and Reconciliation Requirements for more information**

- **15045.000: The contractor shall conduct IST with NSLDS**

- **15046.000: The contractor shall conduct consolidation IST with other Federal servicers.**

- **15047.000: The contractor shall conduct consolidation IST with DMCS**

- **15048.000: The contractor shall conduct consolidation IST with FMS**

- **15049.000: The contractor shall conduct consolidation IST with Federal Perkins Servicer**

- **15050.000: The contractor shall maintain the Consolidation Interface schema layout, Loan Consolidation Support Guide, and ConsolidationXSD documentations. FSA shall review and approve and changes.**

- **15051.000: The contractor shall properly handle underpayments and overpayments of loan consolidations that may occur when the Department of Education (the Department) pays off the underlying loans.**

  - 15051.010: This guidance does not apply to payoffs of federally-owned loans serviced by the Department's federal loan servicers.
  - 15051.020: For both underpayments and overpayments, the tolerances provided below apply to the aggregate eligible balance of principal, interest, fees, and collections costs.
  - 15051.030: Underpayment Tolerance Procedures
    - 15051.031: If a loan holder receives a payoff from the Direct Consolidation Loan Program that is less than the amount needed to fully retire a borrower's underlying loan(s) and that underpayment is less than $25.00, the loan holder may write off the shortage.
    - 15051.032: This underpayment tolerance amount of $25.00 applies to the total of all of the borrower's loans by loan program type that were consolidated by the borrower. Loan program types are Subsidized Stafford Loans, Unsubsidized Stafford Loans, PLUS Loans, and Federal Consolidation Loans. Thus, for example, a borrower with both Subsidized Stafford and Unsubsidized Stafford loans would have an underpayment tolerance of less than $25.00 for the Subsidized Stafford loans, and a separate tolerance of less than $25.00 for the Unsubsidized Stafford loans.
    - 15051.033: If the loan holder chooses not to write off the small balance, it may request the additional amount from the Direct Loan Consolidation Center.
    - 15051.034: If a loan holder receives a payoff from the Direct Consolidation Loan Program that is less than the amount needed to fully retire a borrower's underlying loan(s) and that underpayment is $25.00 or more, the Direct Loan Consolidation Center will make the additional payment upon request of the loan holder. If the loan holder chooses, instead, to write off those higher balances, it may do so.
    - 15051.035: All requests to the Direct Loan Consolidation Center for additional payoff funds must be made promptly and must include identifiers for each borrower and the specific loan type or types for which funds are being requested.
    - 15051.036: Whether the balance is written off or the loan holder requests additional funds from the Direct Loan Consolidation Center, loan holders may not bill the borrower for the underpayment amount. And, in both instances, the loan holder must notify the borrower that the loan(s) is paid in full.
  - 15051.040: Overpayment Tolerance Procedures

- 15051.041: If a loan holder receives a payoff from the Direct Loan Consolidation Program that is more than the amount needed to fully retire a borrower's underlying loan(s) and that overpayment is less than $10.00, the loan holder may retain the overpayment. The Direct Loan Consolidation Center will not expect payment from the loan holder. As noted for underpayments, the $10.00 overpayment tolerance applies to the total of all of the borrower's loans by loan program type that were consolidated by the borrower.
- 15051.042: If a loan holder receives a payoff from the Direct Loan Consolidation Program that is more than the amount needed to fully retire a borrower's underlying loan(s) and that overpayment is $10.00 or more, the loan holder must promptly return the full overpayment amount to the Direct Loan Consolidation Center. All returns of funds to the Direct Loan Consolidation Center must include identifiers for each borrower and the specific loan type or types for which funds are being returned.

*Section 16000: Common Application Interface*

- **16000.000: The contractor shall provide borrowers the option to complete a consolidation application or request income driven repayment plans (ICR, IBR, PAYE, and REPAYE) via the electronic Common Application on StudentAid.gov.**

  - 16000.010: The contractor shall use the below URL/Hyperlink to refer the borrower to FSA single web portal to complete the electronic Repayment or Consolidation Application.https/StudentAid.gov
  - 16000.020: The contractor shall display the link in on all website pages that provide the borrower with income driven repayment plan link and consolidation application information link to allow the borrower to link to the appropriate page(s).
  - 16000.030: The contractor shall include the link information in all documents (borrower communications, procedures, contact center scripts, etc.) that contain income driven repayment plan and consolidation application information.

- **16001.000: The contractor shall send and receive Common Application Files using the Student Aid Internet Gateway (SAIG)**

  - 16001.010: Common Application files shall be submitted via the Electronic Data Exchange over SAIG.

    Links to SAIG Mailbox resources are located at:
    https://fsapartners.ed.gov/knowledge-center/topics/software-and-other-tools

  - 16001.020: The contractor shall send and receive files daily, excluding Sundays and including Federal holidays.

    ***Changes due to scheduled COD system releases or other outages will be communicated during COD/Servicer weekly meetings.
  - 16001.030: The contractor shall use the same Test and Production TG Mailboxes that are used for sending and receiving the Common Servicing Schema. See 4000_Origination Requirements
  - 16001.040: COD shall send the Common Application file daily and the contractor's shall send receipts and responses within 24 hours.

    Repayment Request files are sent around 5:30am daily
    Consolidation Request files are sent around 6:00am daily (no response for consolidation files)

- **16002.000: The contractor shall adhere to the Common Application Schema Processing rules as outlined in the Common Application Interface Support Guide**

  - 16002.010: If a document does not validate against the XML Common Application Schema, the contractor shall not process the document and shall contact the LDE Service desk at LDEServicedesk@accenturefederal.com.

    See Attachment: 16002 Common Application Interface Support Guide
  - 16002.020: The contractor shall code according to the XSD; however, additional details regarding the field descriptions, format, valid values, and business/processing rules can be found in the Common Application Schema Layout document and the Interface Support Guide.

- **16003.000: The contractor shall receive the Common Application Repayment Application Request file from COD.**

- o 16003.010: The Repayment Request file shall be provided from COD via an XML interface.

  See attachments
  16003 ApplicationSchema.xsd
  16003 Common Application File Layout
  16003 Common Application CoreMain.xsd

- o 16003.020: Repayment Application files shall be sent via SAIG using specific message classes for the file type:

  RAASTQOP--Test Repayment Request File
  RAASPQOP--Production Repayment Request File

  See Attachment: Common Application Interface Support Guide
- o 16003.030: The contractor shall expect to receive an unlimited amount of borrower's/applications within each daily file.
- o 16003.040: The contractor shall process the files in the order they are received.
- o 16003.050: If there is no activity for the contractor on a given processing day, COD will send a minimal file. The file will include only the SAIG header, Document Block, and SAIG trailer.
- o 16003.060: The contractor shall only receive completed applications from COD. If multiple applications are completed on the same day by the Initiator, COD will send the latest completed application in the daily file.

- **16004.000: The contractor shall send a receipt for each Repayment Application Request file received.**

  - o 16004.010: The contractor shall send a Receipt to acknowledge the receipt of the file as a whole and indicate that the Repayment Application File was received by the Servicer.
  - o 16004.020: The Repayment Receipt file shall be provided to COD via an XML interface.
    See attachments:
    16003: COD Application Coremain.xsd
    16003: Application Schema Layout.
  - o 16004.030: Repayment Application Receipt files shall be sent via SAIG using specific message classes for the file type:

    RAASTCIN--Test Receipt File
    RAASPCIN--Production Receipt File

    See Attachment: 16002: Common Application Interface Support Guide

- **16005.000: The contractor shall process the Repayment Application Request file and send a response file to COD.**

  - o 16005.010: The Repayment Response file shall be provided to COD via an XML interface.
  - o 16005.020: Repayment Application Response files shall be sent via SAIG using specific message classes for the file type:

    RAASTSIN--Test Repayment Response File
    RAASPSIN--Production Repayment Response File

    See Attachment: Common Application Interface Support Guide

- o 16005.030: The contractor shall send a response block at the document and borrower level.
- o 16005.040: The contractor shall process transactions received in the Common application file and return edits and/or accepted responses for each transaction ID.
- o 16005.050: The Federal servicer shall perform document and borrower level edits.
- o 16005.060: The Federal servicer can send multiple EditProcessResult complex elements within the response block.
- o 16005.070: The contractor shall reject the full file with edit 001 if the file was sent to the wrong SAIG Mailbox
- o 16005.080: The contractor shall reject the full file with edit 002 if a duplicate document ID is received
- o 16005.090: The contractor shall reject the document as a whole with edit 003 if the file has a create date greater than the current system date.
- o 16005.100: The contractor shall reject the borrower block with edit 002 if duplicate transactions ID's are received within the same file.
- o 16005.110: The contractor shall reject the borrow block with edit 006, edit text of "SSN Not Found" when the borrower has never existed on the contractor's system.
- o 16005.120: The contractor shall reject the borrower block with edit 006, when a borrower was transferred from their system. Edit text shall contain the new servicer ID.
- o 16005.130: The contractor shall reject the entire document or the borrower with edit 013 if any functionally required tags are missing.
- o 16005.140: The contractor shall follow the business rules as outlined in the Common Application Interface Support Guide and schema layout documents.

- **16006.000: The contractor shall receive the Consolidation Application Request file from COD.**

  - o 16006.010: The Consolidation Request file shall be provided from COD via an XML interface.
    See attachment: ApplicationSchema.xsd
    See attachment: Common Application File Layout
    See attachment: Common Application CoreMain
  - o 16006.020: Consolidation Application files shall be sent via SAIG using specific message classes for the file type:

    APASTQOP--Test Consolidation Request File
    APASPQOP--Production Consolidation Request File

    See Attachment: Common Application Interface Support Guide
  - o 16006.030: The contractor shall expect to receive an unlimited amount of borrower's/applications within each daily file.
  - o 16006.040: The contractor shall process the files in the order they are received.
  - o 16006.050: If there is no activity for the contractor on a given processing day, COD will send a minimal file. The file will include only the SAIG header, Document Block, and SAIG trailer.
  - o 16006.060: The contractor shall only receive completed applications from COD. If multiple applications are completed on the same day by the Initiator, COD will send the latest completed application in the daily file.
  - o 16006.070: If the borrower selects an IDR plan on the Consolidation Application, the consolidation application file will include the IDR application data in the CPN block.

- **16007.000: The contractor shall send a receipt for each Consolidation Application Request file received.**

  - o 16007.010: The contractor shall send a Receipt to acknowledge the receipt of the file as a whole and indicate that the Loan Activity File was received by the Servicer.

- o 16007.020: The Consolidation Receipt file shall be provided to COD via an XML interface.
- o 16007.030: Consolidation Application Receipt files shall be sent via SAIG using specific message classes for the file type:

  APASTCIN--Test Consolidation Receipt File
  APASPCIN--Production Consolidation Receipt File

- **16008.000: The contractor shall process the Consolidation Application Request file and send a manual response as needed.**

  - o 16008.010: This message class is built as a one-way data interface where Consolidation application data is sent to the contractor. Each file with valid XML shall be accepted (no editing/rejecting).
  - o 16008.020: The contractor shall submit a service request to LDEservicedesk@accenturefederal.com on any occasion that there are issues (invalid xml, duplicate document ID, future dated file, transferred borrower) with the processing of the file or if the borrower was recently transferred
  - o 16008.030: The borrower SSN and the new servicer's 6 digit servicer code should be provided in the service request for transferred borrower's.

- **16009.000: The contractor shall process each accepted consolidation application.**

  - o 16009.010: Consolidation requests will contain the underlying loan detail and loan holder information from NSLDS in addition to any loans that the borrower manually enters. The file will include an indicator for the loans the initiator has selected to include in the consolidation.
  - o 16009.020: Processing of these applications should be similar to processing the paper version of the consolidation application or an application that was submitted via the contractor's website.

    See Requirements:
    15000 Consolidation
  - o 16009.030: Consolidation requests will contain a Public Service Loan Forgiveness (PSLF) indicator that shall be used by the contractor to assign the loan to PSLF processing procedures.
  - o 16009.040: Consolidation requests will include the borrower's repayment plan selection. If the borrower selects an Income Driven (ICR, IBR, PAYE, or REPAYE) repayment plan, the consolidation application file will also include all of the repayment application data.
  - o 16009.050: The contractor shall accept an NSLDS indicator within each consolidation application that will notify the contractor if COD was able to receive real time NSLDS loan information

- **16010.000: The contractor shall process each accepted repayment application.**

  - o 16010.010: Borrower repayment plan requests will contain initial application requests, annual recertification requests, as well as updated income information for the income driven repayment plans.
  - o 16010.020: The Repayment block will contain the borrower's income information, spouses' income (if applicable), and loan information needed to process the repayment request.
  - o 16010.030: Processing of these applications should be similar to processing of any repayment plan selection form requesting ICR, IBR, PAYE, REPAYE or income re-certification received from a borrower.

See Requirements:
5000 Repayment

- **16011.000: The contractor shall notify the borrower of receipt of the repayment and/or consolidation application within 7 calendar days of receipt from COD.**

  - 16011.010: Notifications to the borrower should be sent regardless of whether the electronic application contains income information or income information is being submitted separately.
    If the results of processing the application can be completed within 7 calendar days, the notification of receipt and processing may be the same notification, but if processing isn't complete within 7 calendar days of receipt from COD, the notification of receipt must still be provided to the borrower.
  - 16011.020: NOTE: Examples of meeting this requirement could be standard (current) correspondence to notify borrower of the receipt of the Application, displaying a 'we received your e-application' notification on the borrower's portal (account) page, SMS (text) message notification, or a status bar of the Application on the borrower's personal portal (account) page.

- **16012.000: The contractor shall complete inter system testing (IST) with COD prior to being able to accept the Common Application files.**

  - 16012.010: The contractor shall complete a connection test prior to the start of IST.
  - 16012.020: The contractor shall participate in daily IST test meetings
  - 16012.030: The contractor shall provide copies of all data and files to FSA for review.
  - 16012.040: The contractor shall provide a final IST evaluation artifact that includes daily notes and test status once IST has been completed.

- **16013.000: The contractor will provide Contact names, emails, and phone numbers for the operational contacts for this interface.**

  - 16013.010: The contractor will also need to provide production schedules as needed (if applicable).
  - 16013.020: The contractor shall attend weekly COD/Servicer interface meetings.

- **16014.000: The contractor shall participate in COD/Servicer/FSA status meetings. The meetings will review file processing and any open LDE Service desk tickets.**

  - 16014.010: The contractor shall send any issue/research request to the LDE Service Desk, PII data shall not be sent in email as the contractor shall post documents to the SharePoint site.

- **16015.000: The contractor shall maintain a ticket tracking solution to track any system issues that they have regarding the interface. Examples include but are not limited to: The servicing system is rejecting items back to COD incorrectly, the servicing system is not updating accounts accurately based on data with the files**

  - 16015.010: The contractor will provide reports to FSA and review the errors during the COD/Servicer/FSA status meetings in requirement 4026.000.

- **16016.000: The contractor shall also be familiar with and refer borrowers when appropriate to StudentAid.gov for other current (and future) forms, applications, and functionality as it is made available. Examples of this current functionality include:**
  **- Aid Summary**
  **- Annual Student Loan Acknowledgement**
  **- Borrower Defense Application**

- **Career Search**
- **Contact Us**
- **Credit Appeals**
- **Endorser Addendum**
- **Exit Counseling**
- **FAFSA**
- **Federal Student Aid Calculator**
- **Feedback Center**
- **Help Center**
- **IDR Application**
- **Loan Consolidation Application**
- **Loan Simulator**
- **Notification Center**
- **PLUS Application**
- **PLUS Counseling**
- **Public Service Loan Forgiveness Help Tool**
- **Repayment Forms**
- **TEACH Agreement to Serve and Repay**
- **TEACH Conversion Counseling**
- **Teacher Cancellation Low Income Directory**
- **Virtual Assistant**

*Section 17000: Compliance & Monitoring*

- **17000.000: The contractor shall provide a Compliance Management System.**

  - o 17000.010: The contractor shall maintain a sound compliance management system (CMS) that is integrated into the overall framework for product design, delivery, and administration across their entire product and service lifecycle. Compliance should be part of the day-to-day responsibilities of management and the employees; issues should be self-identified; and corrective action should be initiated by the contractor. Contractors are also expected to manage relationships with service providers to ensure that service providers effectively manage compliance with applicable statutory, regulatory and contractual requirements.
  - o 17000.020: The compliance management system shall support the contractor's and contractor' ability to detect compliance of all contractual activities. The compliance management system shall link policies and procedures to laws, regulations and contractual requirements and shall provide effective dates, revisions, and expirations when laws, regulations and contractual requirements change (history), are modified, or are no longer applicable.
  - o 17000.030: The contractor shall implement a compliance program that includes formal training and training materials that detail servicing policies, procedures, and contractual requirements. The contractor shall provide in-person training, or webinar training, or online training, or a combination of two or more of the aforementioned training methods. The contractor shall provide a mechanism that measures the successful understanding and completion of all training.
  - o 17000.040: The contractor shall implement a monitoring program that includes measurable elements to ensure servicing requirements are being met. The monitoring program shall detail the design of monitoring program and plan for quality control and quality assurance. If sampling is used to measure compliance, a sampling plan shall be provided and include method(s), frequency sampling rate, and expected margin of error.
  - o 17000.050: The contractor shall have an independent compliance audit conducted at least annually. The contractor shall implement a corrective action plan (CAP) for infractions that are equal to or greater than 4% of sampled population or is likely to affect more than 25 borrowers or has a financial impact to borrowers, FSA, or taxpayers greater than $2,500. (See 17004 on CAPs)
    - ▪ 17000.051: The independent compliance audit shall include identifying any potential violations of federal consumer finance law, pose significant risk of confusion to borrowers if left and where corrective action by the contractor requires FSA approval.
    - ▪ 17000.052: The independent compliance audit shall be provided to FSA and the contractor's senior leadership or board within 5 business days of receipt by the contractor.
  - o 17000.060: The contractor shall prepare monthly reports of all training activities performed, procedural changes, regulation and laws changes implemented and provide reports to FSA on the tenth business day for the preceding month's monitoring activities.
  - o 17000.070: The contractor shall conduct training before any change to procedures, regulations, law etc. are implemented.
  - o 17000.080: The contractor shall, on no less than a quarterly basis, provide refresher training on applicable laws and regulations (to include SCRA) to applicable staff.
  - o 17000.090: The contractor shall, on a no less than annual basis, provide refresher training on repayment and forgiveness options (including IDR).
  - o 17000.100: The contractor shall provide FSA access to all components of the compliance management system, including any dashboards, reports or detailed data.
  - o 17000.110: The contractor's procedures and systems shall include a system of internal controls that ensures resource use is consistent with laws, regulations and policies; resources are safeguarded against waste, loss, and misuse; and reliable data are

obtained, maintained, and disclosed in reports. Appropriate internal controls shall be applied to all system inputs, processing and outputs.
- o 17000.120: The contractor shall ensure a minimum accuracy rate of at least 95% as measured by FSA when processing borrower applications, requests and other tasks.

- **17001.000: The contractor shall comply Federal, State and Local Laws**

  - o 17001.010: The contractor shall comply with all Federal, State and local laws, rules, and regulations applicable to its performance under this contract.
  - o 17001.020: The contractor acknowledges that they are not the U.S. Department of Education and is not acting as the Government under this Contract. As such the contractor acknowledges that any claim or defense of Sovereign Immunity or Qualified Immunity is not applicable to work performed under the Contract and any task order issued under the Contract.
  - o 17001.030: The contractor shall take any necessary steps to support oversight by federal or state agencies, regulators, or law enforcement officials.

- **17002.000: The contractor shall execute internal quality control on all operational activity.**

  - o 17002.010: The contractor shall provide FSA access to system data to monitor, review, and report all operational activities performed (including calls, chat sessions, emails, processing, payment applications, adjustments, social media, etc.) performed by the staff.

    The contractor shall provide FSA with access to historical system data to review and report operational activities performed (including calls, chat sessions, emails, processing, payment applications, adjustments, social media, etc.).
  - o 17002.020: The contractor shall establish FSA approved monitoring practices and standards.
    - ▪ 17002.021: The contractor shall review employee monitoring results (internal and completed by FSA/others) and incorporate those results into updated/improved internal control and monitoring activities.
  - o 17002.030: The contractor shall record results of the monitor/review processes and provide the results to FSA on a quarterly basis in a report format approved by FSA. Each report will be due no later than 10 business days from the end of each federal FY quarter.
  - o 17002.040: The contractor shall determine corrective action processes needed in response to any issues found during monitoring activities, obtain FSA approval, and then execute those actions when needed to ensure satisfactory results.
    - ▪ 17002.041: The contractor shall document and retain all corrective actions taken and provide to FSA on demand.

- **17003.000: The contractor shall maintain validation that all contract requirements are being met.**

  - o 17003.010: The contractor shall develop processes/procedures to periodically validate that all requirements of the contract are being met and execute the validation on at least an annual basis.
  - o 17003.011: The contractor shall maintain the validation documentation for the duration of the contract. A copy of all, or part, of the validation shall be provided to FSA on demand.
  - o 17003.020: The contractor shall provide the method by which each requirement can be validated and the processes/procedures to validate them to FSA on demand.

- **17004.000: The contractor shall promptly notify FSA of any issue or instances of non-compliance and work with FSA to resolve those issues.**

- 17004.010: The contractor shall promptly notify FSA of any issues or non-compliance within 2 business days from the date the issue is discovered. This will include an email to FSAitemsubmission@ed.gov to notify FSA of the issue and subject of the issue.
  - 17004.011: Non-compliance includes non-compliance with statutory, regulatory or contractual requirements.
  - 17004.012: Issues include but are not limited to system issues, processing errors, system configuration errors, undetermined root cause, workforce, policy and procedure errors, procedural gap, transfer issues and/or limitations, system limitations, system flaws, training deficiencies (human error) that resulted in or may result in but not limited to harm to FSA's reputation, borrower complaints, harm to borrowers, harm to taxpayers, or a contract violation.
  - 17004.013: The report shall contain the cause and scope of the issue (including, but not limited to, borrower counts, loan number and dollar value), and propose a corrective active plan, which includes a remediation strategy.
  - 17004.014: Self-reporting does not relieve the contractor from being subject to a Corrective Action Plan and/or remediation and/or financial restitution/reimbursement.
- 17004.020: The contractor's solution shall be integrated with the servicing and imaging systems in a way that the FSA reviewer can have access to all information needed to complete the reviews without relying on email submissions and or logging into multiple systems.
- 17004.030: The contractor's solution shall track each issue separately and have an assigned issue number/identifier.
  - 17004.031: The contractor's solution shall contain the following for each issue; Category, Description, Summary, Proposed Corrective Action, Number of Borrowers and Loans affected and the total financial impact.
- 17004.040: The contractor shall allow FSA the option to search and "work" the issues based on various parameter(s). Examples include but are not limited to the below.
  --Oldest discharge (first in, first out)
  --Subject matter (ex: Deferment, Forbearance, Discharge, Consolidation, Repayment, Credit Reporting etc.)
- 17004.050: The contractor's solution shall maintain an audit trail for any action taken in the automated solution including but not limited to:
  --date issue identified
  --date issue sent to FSA for review
  --FSA request for additional information (ability for FSA to enter comments/questions and date of request)
  --FSA response date
  --FSA guidance
- 17004.060: The contractor's solution shall allow for reporting to FSA based on category, date parameters and ad hoc methods as requested
- 17004.070: The contractor shall work with FSA on the final requirements, design, and testing of the automated issue tracking workflow.
- 17004.080: The contractor shall submit to FSA a corrective action plan (CAP) or work plan when the contractor does not comply with a statutory, regulatory or contractual requirement, fails to follow or fully implement FSA guidance or repeatedly misses service level agreements (SLAs) that affects more than 25 borrowers or has a financial impact to borrowers, FSA, or taxpayers greater than $2,500.
  - 17004.081: A CAP/work plan is a detailed description of measures the vendor shall take to remediate any outstanding issues and/or to prevent an issue of noncompliance from reoccurring and may or may not require financial reimbursement, including targeted completion dates necessary to implement final corrective actions on the findings and recommendations. All proposed CAPS and implementations of CAPS will be monitored and tracked through FSA's ACERS tracking database (or equivalent). The Servicer shall provide, when requested, all necessary data points and requested documents to finalize and close out any

CAPS.
See Attachment 17000.SOP-CAPS_Work Plans Financial Penalties for Vendors and Corrections to Borrower Accounts

- 17004.082: The contractor shall correct borrower accounts while remediating any issues. The contractor shall follow FSA's standard approval procedures for automatic account corrections, unless directed by FSA to use non-standard account corrections. FSA's Finance Office, Accounting Policy Division, will provide guidance on proper financial transactions and documentation to be used when resolving these specific account issues.
See Attachment 17000.SOP-CAPS_Work Plans Financial Penalties for Vendors and Corrections to Borrower Accounts

- **17006.000: The contractor shall support monitoring and oversight completed by FSA or FSA approved personnel.**

    - 17006.010: The contractor shall support FSA's monitoring/oversight of all aspects of the contract, servicing requirements, regulatory requirements, and legislative requirements.
    - 17006.020: The Contract shall provide FSA with full and timely access to servicing and reporting systems, monitoring capabilities configured across all interaction channels, customer-facing websites, quality management systems and credit reporting/dispute systems.
    - 17006.030: The contractor shall support onsite and offsite reviews by FSA or FSA approved personnel by providing knowledgeable personnel to support the reviews, a secure workspace for FSA to use while onsite, and training/explanation/walk through of processes/procedures as needed to complete reviews.  The contractor shall provide all data requested in support of reviews.
    - 17006.040: The contractor shall provide FSA specific account information that meets criteria defined by FSA.
        - 17006.041: Account information may include but is not limited to: borrower/servicing history, application(s) or application data, prior contractor notes/history, reports (SCRA Multiple Record Request Results File, etc.), images/scanned documents (letters to/from borrower, etc.), screen shots, payment histories, and contractor processes.
    - 17006.050: The contractor shall periodically provide accounts to FSA as requested, and/or support FSA in use of the DataMart to identify accounts.  FSA may request borrower accounts, generally not to exceed 10000 that have specific parameters to complete reviews/oversight on those scenarios.  Requests may become standard/canned requests or may be ad-hoc/one-time requests.
    - 17006.060: The contractor shall work with FSA to identify repeated requests for the same type of data/information on a daily, weekly, monthly, or yearly basis to be provided and how best to provide that information.
    - 17006.070: The contractor shall create and provide support ad hoc reports to FSA when requested and will respond timely to inquires/polls.
    - 17006.080: The contractor shall promptly respond to oversight and monitoring requests for, but not limited to samples, documentation, images, call recordings, and explanations.

- **17007.000: The contractor shall review and respond to all monitoring, compliance, and/or oversight requests and/or reports.**

    - 17007.010: The contractor shall review any documents provided by FSA or FSA approved personnel as a result of any monitoring, compliance and/or oversight report and provide a summary response to the document in addition to detailed responses to any findings.
    - 17007.020: The contractor shall forward to FSA any information requests for Department of Education records or data from a Federal, State, Local Tribal or Territorial Government agency or financial regulator.

- o 17007.030: The contractor will fully and timely respond to borrower complaints related to the Contractor's performance of this contract submitted to federal, state, local, tribal or territorial government agencies, including but not limited to the Consumer Financial Protection Bureau (CFPB).
- o 17007.040: The contractor shall send all requests received from external parties (e.g. advocacy, government, media, etc.) regarding information related to the U.S. Department of Education's programs, products, services, operations, or customers to a mailbox to be identified later.  The contractor shall not provide responses to any such requests without approval from the Contracting Officer or his or her designee.

- **17008.000: The contractor shall support quality monitoring of customer contacts by FSA or FSA's vendors.**

  - o 17008.010: The contractor shall provide access for FSA to listen to live and recorded inbound and outbound calls and review chat transcripts.
    - ▪ 17008.011: The contractor shall provide access for FSA to listen to recorded calls in near real time (access provided within 10 minutes of calling ending).
  - o 17008.020: The contractor shall provide the ability for FSA personnel to listen to live and recorded calls and review chat transcripts while in an FSA facility or while teleworking.
  - o 17008.030: The contractor shall enable and support FSA or FSA's vendors to engage in quality monitoring and scoring of customer contacts.
  - o 17008.040: The contractor shall enable and support FSA or FSA's vendors to implement natural language processing (NLP) software that includes speech-to-text and voice analytics capabilities that allow transcription and indefinite retention of all allowable customer interactions.
    - ▪ 17008.041: The contractor shall ensure audio recordings are of sufficient quality, made using compatible codecs and is not encrypted or compressed by proprietary technology.
    - ▪ 17008.042: The contractor shall transfer the audio recordings at a minimum of a daily basis using a specified filename format to FSA or FSA vendor.
    - ▪ 17008.043: The contractor shall concurrently provide a metadata file that will link with the filename of the audio recording and will contain a unique record ID, customer ID, agent ID, CRM ID, Call Category and subcategory agent name and other pertinent details as specified by FSA.)
  - o 17008.050: The contractor shall participate in call monitoring calibration sessions as deemed necessary by FSA.
  - o 17008.060 The contractor shall provide access for FSA to review contractors Quality assessments and scores of customer interactions (e.g., calls, emails and chats) for contractor's customer service representatives.

- **17009.000: The contractor shall record and store incoming calls and outgoing calls.**

  - o 17009.010: The contractor shall record 100% of incoming and outbound calls.
  - o 17009.020: The contractor shall ensure recorded calls are stored in a way that identifies the type of call, borrower SSN and account number as well as when the call was made, the length of the call, if the call is incoming or outgoing and the call queue for incoming or reason for call for outgoing.
  - o 17009.030: The contractor shall provide FSA with the ability to listen to recorded calls while in an FSA facility or teleworking.
  - o 17009.040: The contractor shall provide FSA with the ability to search for/select calls by type of call, SSN, account number, and length of call.
  - o 17009.050: [DELETED]
  - o 17009.060: The contractor shall retain calls in compliance with various state and local laws/regulations and for no less than 2 years after all of the borrower's loans are paid in full or discharged.

- o 17009.070: The contractor shall enable and support FSA's efforts to record and transcribe customer interactions (e.g., install necessary software at data centers).
- o 17009.080: The contractor shall, through FSA-approved secured channels, provide recordings of any calls or chat transcripts requested by FSA in a timely manner.

- **17010.000: The contractor shall provide procedures and/or training materials when requested by FSA.**

  - o 17010.010: The contractor shall provide within 24 hours, requested procedures, call scripts and/or training materials for any aspect of the contract.

- **17011.000: The contractor shall support annual program compliance reviews done by FSA, or by an agent of FSA.**

  - o 17011.010: The contractor shall support all activities for FSA to conduct the annual program compliance reviews

- **17012.000: The contractor shall create, review and complete audit integrity reports.**

  - o 17012.010: The contractor shall create a series of monthly reports to identify student borrowing conditions that are abnormal, improper, and/or indicate an issue with the student loan account.
    - ▪ 17012.011: The contractor shall work with FSA to identify the full list of audit integrity reports, but for example the reports would include: Interest balance with no principal balance, loans improperly on different repayment plans, delinquent accounts with status of defer/forb/grace/school, accounts that won't pay off in term, accounts with large final payment, borrowers with balances over $100,000, borrowers with interest over $100,000, negative balance for over 30 calendar days.
    - ▪ 17012.012: The reports shall be provided to FSA on request.
  - o 17012.020: The contractor shall review the audit integrity reports on a monthly basis and resolve all accounts within the 30 calendar days following the report creation.
    - ▪ 17012.021: The contractor shall create procedures for each report. The procedures shall include escalating any issues that indicate a trend or possible system/operational issue impacting borrowers.

- **17013.000: The contractor shall notify Federal Student Aid (FSA) when they are named a defendant in a lawsuit or when required to provide plaintiffs' attorney(s) or other officials part of lawsuit borrower data or data related to ED held assets.**
  - o 17013.010: The contractor shall notify FSA of any lawsuits filed against them that pertain to ED/FSA borrowers or ED/FSA data related to ED held assets.
    - ▪ 17013.011: The contractor shall provide FSA with the court documents related to the lawsuit.
    - ▪ 17013.012: The Contractor shall provide FSA with the court documents related to lawsuit within 7 calendar days of receipt.
    - ▪ 17013.013: The Contractor shall send FSA court documents related to lawsuit to: FOIAControls@ed.gov.
  - o 17013.020: The contractor shall notify their designated Contracts Officer.
  - o 17013.030: The contractor shall submit to FSA a monthly update of ongoing and past legal proceedings related to consumer protection compliance issues see USDS SOW **Attachment 15 Consumer Protection Compliance Template.**

- **17014.000: The contractor shall provide copies of any subpoena's received in relation the federally held portfolio or the federal servicing activities completed by the contractor.**

- o 17014.010: Upon receipt of a Subpoena for information on an FSA Borrower, the contractor shall immediately share the Subpoena with U.S. Department of Education OGC's office as well as the FSA liaison and Contracting Officer/COR and Vendor Oversight Group. Contacts will be provided post award.

- **17015.000: The contractor shall support FSA in preventing and detecting suspicious activity or potential fraud.**

  - o 17015.010: The contractor shall detect common patterns of improper use of any system that processes payments on Federal Direct Loans or other Department information technology systems and alert FSA of potentially improper use of Department information technology systems in a manner determined by FSA.
  - o 17015.020: The contractor shall identify changes made to the borrower's account (such as name, address, email address, phone number) demonstrating the likelihood of improper use and possible fraud and shall immediately contact the borrower to determine the validity of changes made.
  - o 17015.030: The contractor shall reach out to borrowers identified by FSA who are suspected to be involved with a Third Party Debt Relief (TPDR) company to confirm whether they were working with a TPDR company, provide guidance to help borrowers protect their accounts, reverse any unauthorized actions taken by a TPDR company in their name, and advise of other helpful information for those seeking to sever ties with the TPDR company. Servicers shall then report back the results of their outreach using the DCC CRM Salesforce platform.
    - ▪ 17015.031: The contractor shall receive cases through the DCC CRM Salesforce platform for borrowers with activity on their StudentAid.gov accounts that is suspected to have been completed by a TPDR company using the borrower's log-in credentials. Servicers shall reach out to these borrowers to confirm whether they were working with a TPDR company, provide guidance to help borrowers protect their accounts, reverse any unauthorized actions taken by a TPDR company in their name, and advise of other helpful information for those seeking to sever ties with the TPDR company. Servicers shall then report back the results of their outreach using the DCC CRM Salesforce platform.
    - ▪ 17015.032: The contractor shall provide FTE resources with access to the DCC CRM platform to handle the expected monthly volume of new cases listed in Appendix A. Appendix A provides historical volume estimates for low, medium and high volume periods; servicers shall provide levels of effort for each of these volumes. Agents shall be responsible for the following actions:
      - Review cases as assigned
      - Attempt to contact borrowers associated with assigned cases at least twice by email and twice by phone within the first 14 calendar days (or until contact is successful)
      - Record outreach results in Salesforce Partner Community, including the following data points:
        - o Whether or not contact with a borrower is successful
        - o Whether or not the borrower is confirmed to be working with a TPDR company
        - o Whether or not the borrower is receptive to servicer assistance
        - o If identified, the name of the TPDR company and TPDR company contact information
        - o If identified, the actions taken by the TPDR on the borrower's account:
          - ▪ Consolidations
          - ▪ IDR Plan
          - ▪ Forbearance
          - ▪ Deferment
          - ▪ Auto-Debit Cancellation

- ▪ Paperless Change (Electronic Correspondence Preferences)
- ▪ Change in Contact Info.
- ▪ Log-In
- ▪ Impersonation Call
  - o Details of borrower interactions with TPDR companies
- ▪ 17015.033: Provide borrowers with resources and assistance for the following:
  - How to reset their FSA ID password
  - How to reset servicer log-in information
  - Background information on TPDR companies
  - Guidance on how to report fraud to OIG, FTC, and other enforcement agencies
  - Cancellation of fraudulently submitted applications
  - Assistance with applying for Income-Driven Repayment Plans or other forms of repayment assistance
  - Resuming auto-debit payments that may have been cancelled by a TPDR company
- ▪ 17015.033: The contractor's supervisory agents shall periodically conduct quality assurance reviews to validate that appropriate information was provided during outreach and results were recorded correctly.
- ▪ 17015.034: The contractor shall work with FSA to determine exact requirements for the outreach approach.
- ▪ 17015.035: FSA shall work with the contractor to determine the volume of borrowers that servicers shall receive each month for outreach
- o 17015.040: When the contractor confirms the likelihood of improper use or possible fraud, the contractor shall cross reference all other accounts to ensure other borrower accounts have not been affected.
- o 17015.050: The contractor shall maintain and make immediately available to FSA and appropriate legal authorities, logs associated with system, application, and account access.

- **17016.000: The contractor shall submit the Payment Card Industry (PCI) Data Security Standard Self-Assessment Questionnaire D and Attestation of Compliance for Service Providers (PCI-DSS SAQ-D), by the end of January of each year to affirm PCI compliance.**

  - o 17016.010: This questionnaire and attestation should be saved in a PDF format and sent to the COR, ISO and ISSO. The COR will retain for the contract file and the ISSO will load the report into FSA's security systems (CSAM).

*Section 18000: Servicing Transfers*

- **18000.000: The contractor shall accept and load loans transferred in via Servicing Transfers.**
  - 18000.001: See Attachments:
    18000 EA27V5 Layout
    18000 EA80V5 Collateral File
    18000 PAYE Supplemental File
    18000 REPAYE Supplemental File
    18000 PSLF Supplemental File
    18000 Cancer Deferment Supplemental File
  - 18000.010: The contractor shall receive notification of incoming servicing transfers from FSA and/or from FSA servicers (as approved by FSA).
    - 18000.011: Transfers and other movement of loans are defined below:
      Servicing Transfers = Moving of loans one federal non-default servicer to another federal non-default servicer.
      Assignments = Moving of loans from a non-default servicer to the federal default servicers (Assignment requirements are included in the Debt Collection Category/14000).
      Recalled Loan (Recalls) Transfers - Moving of loans from the federal default servicer to a non-default servicer (Recall requirements are included in the Debt Collection Category/14000).
      Rehabilitated Loan (Rehabs) Transfers - Moving of loans from the federal default servicer to a federal non-default servicer (Rehab requirements are included in the Debt Collection Category/14000).
      GA Rehabilitation Transfers - Moving of rehabilitated loans from a non-federal servicer to a federal non-default servicer. (GA Rehab requirements are included in the FFEL GA Rehab Requirement - 35300).
  - 18000.020: The contractor shall accept loans sent via the latest EA27 format.
    See Attachment 18000 EA27V5 File Layout
  - 18000.030: The contractor shall review the information received and work with the sending servicer to obtain any additional information to load the loan successfully. Information from other servicers may be received as supplemental data files, documents, spreadsheets, emails and/or verbal information.
  - 18000.040: The contractor shall accept loans that have active balances and/or loans that have previously been satisfied (zero balance, PIF, discharged, forgiven, etc.)
  - 18000.050: The contractor shall validate every incoming borrower/loan has a servicing history provided from prior servicer (excluding DMCS). If the servicing history is not provided the contractor shall work with sending servicer to obtain the servicing history.
  - 18000.060: The contractor shall load each loan to the servicing system as quickly as possible. All loans shall be loaded to the system to begin servicing within 10 business days of the transfer date (exceptions will require prior FSA approval).
  - 18000.070: The contractor shall receive and process supplemental files. Files that shall be included with each EA27 include but are not limited to: PSLF, PAYE, REPAYE, Cancer Deferment, Credit Reporting, Special Payment Instructions.
  - 18000.080: The contractor shall create yearly servicing history guides. The guides shall provide instructions, data dictionaries, and any other information to allow FSA, FSA Partners, and Customer service agents review the servicing history record
    - 18000.081: The contractor shall provide FSA annual updates to their servicing history guides in a manner determined by FSA.
  - 18000.090: The contractor shall create and send a 1098 history file that contains copies of all 1098 forms generated for an account and include it in the EA80.
  - 18000.100: Note: Per CR 5224 EA27 Record Type 02, field 31/32 was renamed from Tax Exempt to Cancer Deferment.

- o 18000.110: The contractor shall be able to receive inactive zero balanced loans from the sending servicer and will have the capability to either load those loans to their servicing system or store those loans in a central repository.

- **18001.000: The contractor shall accept and store collateral files.**

  - o 18001.010: The contractor shall accept documents sent via the latest EA80 collateral file format.
    - ▪ 18001.011: See Attachment 1800 EA80V5 Collateral File layout.
  - o 18001.020: The contractor shall assume all documents received via the EA80 collateral file format have previously been reviewed/worked by the prior servicer and are being provided as part of the borrower's servicing record.
  - o 18001.030: The contractor shall store the collateral files as part of the borrower's record and provided to other servicers as needed (e.g., when a loan is transferred to another servicer).
  - o 18001.040: The EA80 file shall include all imaged documents related to the transferred loans, such as Promissory Notes, Deferment forms, Forbearance forms, and Borrower Servicing and Payment history, etc.

- **18002.000: The contractor shall accept and store post sale files.**

  - o 18002.010: The contractor shall accept documents sent via the latest EA80 post sale file format.
    - ▪ 18002.011: See Attachment 1800 EA80V5 Collateral File layout.
  - o 18002.020: The contractor shall review all documents received via the EA80 post sale file format to determine if action is needed as a result of the documents.

- **18003.000: The contractor shall transfer loans to other servicers.**

  - o 18003.010: The contractor shall send loans to other servicers via the latest EA27 file format when requested by FSA, including closed/zero balance loans for selected borrowers.
    - ▪ 18003.011: The contractor shall receive the request to transfer loans and details of what loans to transfer and when from FSA and/or another FSA approved entity.
  - o 18003.020: The contractor shall send all of the borrower's collateral image files to the receiving servicers as part of the transfer via the EA80 collateral file at the same time, or soon after, the conversion transfer file (EA27) is sent.
  - o 18003.030: The contractor shall provide the receiving servicer with the borrower's complete servicing history (including BHAR). See requirement below) at time of transfer as part of the EA80 collateral file documents, including the servicing history all documents in the borrower's imaging file and all communications including email and/or chat conversations (all inquiries from and responses to the borrower).
  - o 18003.040: The sending servicer shall ensure that all work in process (WIP) activity related to loans being transferred are worked prior to transfer. WIP includes items such as adjustments, incoming borrower requests, payment applications, etc.
  - o 18003.050: The contractor shall create supplemental files. These files include, but are not limited to, PAYE, REPAYE, Credit Reporting and Special Payment Instructions layouts.
    - ▪ 18003.051: The contractor shall provide the number of Qualifying Payments for each IDR plan (on a supplemental transfer report) individually.
      - • 18003.051.1: The number of Qualifying Payments should NOT include any prepaid months.

        For example: if the borrower is prepaid 8 months in March (paid through the November installment) the qualifying payment counter reflects 24, the current servicer shall reduce the counter to only reflect the payments

through the transfer date (if the transfer is in April the contractor will only report 17 qualifying payments)

- 18003.052: The contractor shall provide number of Qualifying Months for each IDR plan (on a supplemental report) individually at time of transfer. This counter should NOT include any future months. This should reflect the amount of time that has passed since the borrower has begun the IDR forgiveness tracking.
  - 18003.052.1: The contractor shall provide number of Qualifying Months of Economic Hardship Deferment. This number should NOT include future months if currently in an Economic Hardship Deferment at time of transfer.
  - 18003.052.2: The contractor shall provide the number of months spent in the non-capitalizing Administrative Forbearance that begins 3/13/2020 and ends with the end of the payment pause (CARES Act) at time of transfer.
- 18003.053: The contractor shall provide applicable dates for IDR processing, to include anniversary date of IDR, renewal date of IDR, disclosure date of IDR
- 18003.054: The contractor shall provide for any delinquent loans the first date of delinquency for credit furnishing purposes.

- o 18003.060: The contractor shall coordinate the sending of the loan transfer files (EA27, EA80 and supplemental files) with the receiving servicer.
- o 18003.070: Any delay to the delivery/ receipt of the loan transfer files (EA27, EA80 or supplement files) shall be reported to FSA for explanation and approval.
- o 18003.080: When transferring loans to another servicer due to a split borrower situation, the contractor shall check their system and send all loans (active or inactive) to the new servicer as to maintain all of the borrower's loan history at the same servicer.
  - 18003.081: The Servicer shall provide a single report in Excel format that shows for all borrowers who are excluded by a sending Servicer from a split borrower transfer:
  - 18003.082: This single report shall include: SSN, Name (Last, First) Reason for Exclusion, and Total Number of Exclusions
  - 18003.083: This list should be sent in an encrypted email file attachment to the affected Servicers as well as the Servicer Transfer mailbox for FSA (Servicertransfer@ed.gov) with a subject line that includes "MONTH Exclusions" where MONTH is the month of the transfer (e.g., Dec Exclusions). The file should be sent before the end of the month of the transfer.
- o 18003.090: The contractor shall provide the receiving servicer, at the loan level:
  - 18003.091: A complete financial transaction history for all payments, adjustments, status and repayment plan changes that were made to the loan while it was being serviced at the sending servicer to including transaction amount, effective date, schedule number, allocations to principal/interest, and transaction effective and posting dates.
  - 18003.092: A complete borrower correspondence history for all of the phone conversations and email/letter correspondence between the sending servicer and the borrower.
- o 18003.100: The contractor shall create an email & chat conversations file that contains all details from all email and chat conversations and include it in the EA80
- o 18003.110: The contractor shall create and send an annotation/comments file that contains all annotations and comments contained for the account and included it in the EA80
- o 18003.120: The contractor shall provide the receiving servicer a supplemental file identifying any "at risk borrowers" and the relevant cohort codes (as defined in 24009).

- **18004.000: The contractor shall forward all correspondence, documents, or information rec'd on transferred loans after transfer to the receiving servicer.**

- o 18004.010: The contractor shall send any correspondence, documents or information rec'd from a borrower whose loans have been transferred to the receiving servicer via the EA80 post-sale file.

- **18005.000: The contractor shall send all payments received on transferred loans after transfer to the receiving servicer via IPAC.**

  - o 18005.010: The contractor shall use the IPAC process to send payments and payment information to the receiving servicer within 10 business days of receipt of payment.

- **18006.000: The contractor shall create a Borrower History and Activity Report (BHAR).**

  - o 18006.010: The contractor shall include all historical servicing information about the borrower and borrower's loans within the BHAR (for the time period the loan/borrower was on the contractor's system) in a standardized, machine-readable format to be issued by FSA.
    - ▪ 18006.011: The contractor shall include a payment history for all payments received and financial adjustments (for the time period the loan was on the contractor's system) for each loan as part of the creation of the BHAR.
  - o 18006.020: The contractor shall create and maintain a guide the explains all aspects of the BHAR including examples, definitions and explanations of how to interpret the activity that occurred. This guide shall be updated in January of each year, or more frequently if changes are made to the history record.
  - o 18006.030: The contractor shall create a borrower history and activity report (BHAR) for every borrower that is transferred, paid off, or assigned to DMCS. The BHAR shall be included within the EA80 collateral file when transferring loans to servicers who can accept EA80 collateral files. A copy of the BHAR shall be placed in the borrower's imaging history each time a BHAR is created.
  - o 18006.040: The contractor shall create a BHAR and provide to FSA at any time if requested via email.
  - o 18006.050: The contractor shall create a BHAR and store a copy of the BHAR within the imaging history for the borrower (even if the borrower/loan is transferred or assigned off the system, the BHAR shall be placed into the imaging history within this servicing solution).
  - o 18006.060: The contractor shall create a BHAR for every transferred loan (to another servicer) and every assigned loan (to DMCS) at time of transfer/assignment.

- **18007.000: The contractor shall send a welcome notice to the borrower once loaded to the system.**

  - o 18007.010: The contractor shall send the welcome notice to every non-PIF borrower received and loaded.
  - o 18007.020: The contractor shall send the welcome notice immediately (within no more than 3 business days) upon loading of the loan.
  - o 18007.030: The contractor shall ensure welcome notices comply with all federal, state and local laws and regulations (e.g., content and timing).
  - o 18007.040 The contractor shall promote enrolling in Income Driven Repayment Plans and Automatic bill pay in the welcome notices.

- **18008.000: The contractor shall send a transfer notice to the borrower prior to transfer off the system.**

  - o 18008.010: The contractor shall send the transfer notice (see communications category for detail on the notices and text/format to be used) to every non-PIF borrower that is expected to be transferred no less than 15 calendar days before transfer.

- o 18008.020: Notifications shall be sent by email if borrower has chosen to receive communications electronically, otherwise the notification shall be mailed to the borrower. If no good/valid mailing address is available, the notification is not required to be sent.
- o 18008.030: The sending servicer shall send a transfer cancellation notice to borrowers if a previously scheduled transfer, which the borrower was notified of, has been cancelled. (see communications category for detail on the notices and text/format to be used)
  - ▪ 18008.031: Cancellation notifications shall be sent to the borrower as soon as the sending servicer becomes aware of the transfer cancellation, but no more than 3 calendar days prior the scheduled transfer date.
- o 18008.041: The contractor shall ensure transfer notices comply with all federal, state and local laws and regulations (e.g., content and timing).

- **18009.000: The contractor shall maintain a Tracking Log that contains all loan transfers and loan purchases.**

  - o 18009.010: The tracking log shall contain entries for every transfer IN deal a servicer receives. The list shall be cumulative of all transfers.
  - o 18009.020: See attachment 18009 EA27 TrackingLog.xlsx for sample of tracking log and required data elements.
  - o 18009.030: The contractor shall submit the tracking log to FSA each Friday. The Tracking Log shall be sent to FSA transfer contacts via email.

- **18010.000: The contractor shall complete all reconciliations required for loan transfers.**
  - o 18010.010: See Reconciliations Category for additional information on reconciliations.

- **18011.000: The contractor shall successfully complete inter system testing with a servicer prior to conducting transfers with that servicer.**

- **18012.000: The contractor shall send financial information to FMS as required for loan transfers.**

  - o 18012.010: See the Financial activity and FMS interface requirements for details.

- **18013.000: The contractor shall send borrower/loan information to NSLDS as required for loan transfers.**

  - o 18013.010: See the NSLDS interface requirements for details.

- **18014.000: The contractor shall store all incoming EA27 files and provide to FSA on request.**

  - o 18014.010: The contractor shall store all incoming EA27 files as sent from sending vendor for at least 5 years from transfer date.
  - o 18014.020: The contractor shall provide copies of the stored EA27 files to FSA upon request.

- **18015.000: The contractor shall provide a transfer confirmation document to FSA for each transfer.**

  - o 18015.010: The contractor shall complete a confirmation document for each transfer indicating the transfer has been successfully completed and that the contractor has loaded all necessary information to service the loan. Format and detail of confirmation document to be determined in coordination with FSA.
  - o 18015.020: The contractor shall provide the transfer confirmation within 30 calendar days after the transfer date.

- o 18015.030: The contractor shall include total borrowers, total loans, total principal, total interest for the transfer within the transfer confirmation. The contractor shall provide the volumes of borrowers in each status (similar to how reported to NSLDS) for the transfer. The contractor shall maintain borrower level backup to support the information provided and provide that detail on demand.
- o 18015.040: The contractor shall create and store transfer confirmation detail information detailing the SSN, name, award id, principal, interest, status (using NSLDS status reasons), and calendar days delinquent for every loan transferred. This detailed information shall be provided to FSA upon request.
- o 18015.050: The contractor shall ensure the following are available (as appropriate) for each loan received via transfer:
  Servicing history include all debits/credits to borrower loan account
  Servicing history notes/comments
  Sufficient information within the EA27 file to load the loan
  Imaging records for the borrower
  All information needed to create a payment history

- **18016.000: The contractor shall store the prior servicer as part of the borrower's servicing history record.**

  - o 18016.010: The contractor shall identify the prior servicer of a borrower's loan(s) [if transferred in from another servicer/DMCS] and that prior servicer information shall be stored and viewable as a data element on the borrower's account. The element should be stored in a way that allows for queries to use that element as a data parameter and the element should be viewable to customer service representatives and FSA on the borrower's account. The data shall also be included on the BHAR.

- **180017.000 [DELETED]**

- **18018.000: The contractor shall provide a post transfer activity report for each transfer.**

  - o 18018.010: The contractor shall provide a monthly report that shows specific information related to each transfer. The report shall be provided EVERY month for 12 months after the transfer has been completed and delivered by the 10th business day of each month.
  - o 18018.020: The report shall include the number of borrowers within each transfer (as a count and % of all borrowers in transfer) that have logged onto their servicing web account, those that have set preferences via the web (or via other methods), and a count of how many have made payments since being transferred. The report shall include a view of the status of the borrowers in comparison to status at time of transfer. The contractor shall maintain the detailed, borrower level information to support the summary information provided in the report and provide the detailed data on demand.

- **18019.000: The contractor will provide detailed conversion data mapping information, as applicable, following a transfer to the contractor.**

  - o 18019.010: The contractor shall work with FSA to develop standardized portfolio level reporting during the transfer process to facilitate migration planning and modeling.

- **18020.000: The contractor, whether transferring or receiving, will comply with the credit reporting requirements outlined in the credit reporting and procedures requirements**

  - o 18020.010: See credit reporting requirements for loan transfers under 30000 - Credit Reporting.

- **18021.000: The contractor shall provide research on loans for periods prior to loaded to contractor.**

- o 18021.010: The contractor shall provide research on borrowers/loans/accounts, upon FSA request or as needed to support borrowers. The research may require reviewing NSLDS, servicing history images or documents and may require the contractor to perform research on the account for time periods prior to the loading of the account to the contractor.
- o 18021.020: The contractor shall review all prior system documentations to develop knowledge and familiarity with those servicing histories and related documents. The interpretation of those documents shall be included as needed within the contractor's training procedures.

- **18022.000: The contractor shall resolve all data issues with the sending/receiving servicer for all transferred loans.**

  - o 18022.000: It is expected that all loans are accepted during a transfer - servicers shall work with each other to resolve any data issues and provide any additional assistance, data or other information needed by the receiving servicer to complete the transfer.
  - o 18022.020: It is expected that all issues related to the transferred loans will be resolved within 2 weeks of receiving the loans and that the receiving servicer will report all loans as "Work in Process" (WIP) until such time that the loans are successfully loaded to the servicing system.

*Section 19000: System Access*

- **19000.00: The contractor shall provide FSA access to borrower account information.**

  - o 19000.010: The contractor shall provide FSA, FSA approved personnel, or contractor personnel with access to borrower account information.
  - o 19000.020: The contractor shall provide FSA, or contractor personnel, with access to a website view (similar/same as what a borrower sees) to borrower accounts.
  - o 19000.030: The contractor shall provide for a minimum of 250 concurrent FSA users with the ability to allow for additional users within 30 calendar days of enhancement request.
  - o 19000.040: The contractor shall create user role access that allows FSA staff to run Ad-hoc reports. (Example, view only access and access to view and run reports)

- **19001.00: The contractor shall provide FSA access to all stored images.**

  - o 19001.010: The contractor shall provide FSA, or FSA approved personnel, or FSA's contractors with access to imaged documents.
  - o 19001.020: The contractor shall provide for a minimum of 250 concurrent FSA users with the ability to allow for additional within 30 calendar days of enhancement request.
    - ▪ 19001.02: NOTE: FSA and FSA user counts do not include the volumes of users needed for the addition of customer service vendors.

- **19002.00: The contractor shall provide a scalable virtual hosting solution via common access methods used by FSA personnel.**
  **The contractor shall coordinate with FSA and other Next Gen solutions to develop single sign-on capability.**

  - o 19002.010: The contractor shall ensure FSA can securely access borrower and image information via FSA headquarters or regional buildings, via FSA telecommuting options (i.e. Citrix/VPN) and public internet. See Cybersecurity requirements in PWS/Requirements document (USDS SOW Attachment 3 - IT Requirements Repository)
  - o 19002.020: The contractor shall ensure all access meets existing security requirements (see Security category) and requires at least the minimal authentication to gain access. See Cybersecurity requirements in PWS/Requirements document (USDS SOW Attachment 3 - IT Requirements Repository)

- **19003.00: The contractor shall provide personnel to assist FSA and FSA users with completion of forms and initial access to borrower/image contractor's user interfaces.**

  - o 19003.010: The contractor shall provide personnel that FSA and contractor personnel can contact (via phone and email) to obtain assistance with gaining system access based on the user's needs. The personnel shall be able to provide support on which forms must be completed, how they shall be completed, who they would be provided to once completed, and once access is obtained assist with initial log on to various user interfaces.
  - o 19003.020: The contractor's personnel should become familiar with FSA's method of viewing all aspects of borrower and image information to support FSA user needs.
  - o 19003.030: The contractor's personnel shall provide all forms needed to gain access.
  - o 19003.040: The contractor provide access within 2 business days from receipt of approved access forms from FSA security personnel.

- **19004.00: The contractor shall store images in an acceptable, non-proprietary imaging format as agreed to by FSA.**

- o 19004.010: The contractor shall store all borrower images in formats that are viewable by FSA and contractor without requiring additional software, add ons, plug ins or conversions.
  - o 19004.020: The contractor may store images in formats acceptable as part of the EA80 file layout.

- **19005.000 [DELETED]**

- **20000.000: The contractor shall have the ability to receive and service FFEL, Direct Loan (including Direct Loan Consolidation, Special Direct Loan Consolidation and TEACH Loans), , and FISL Loans as required by statutory, regulatory, and legislative guidelines.**

    - 20000.010: For any items that are not detailed within the FSA requirements and could have multiple interpretations, the contractor shall NOT automatically follow their interpretations or follow FFEL regulations for the Direct Loan products.
    - 20000.020: For items described above the contractor shall reach out to FSA to get clarification documented into requirements (the contractor shall provide their proposed approach for validation or direction).

- **20002.000: The contractor shall accept a file from the Postsecondary Education Participants System (PEPS) as a source of school information.**

    - 20002.010: PEPS file information includes various school information such as: New schools, closings, ownership changes, school codes, school types, program lengths, etc.
    - 20002.020: The PEPS file will be provided to contractor weekly via SAIG if requested.

- **20003.000: The contractor shall support FSA's effort to follow the Office of Foreign Assets Control (OFAC) direction on collection activity for servicing customers residing in certain sanctioned countries.**

    - 20003.010: The contractor shall follow Office of Foreign Assets Control ("OFAC") (of the US Department of the Treasury) international sanction rules.  See http://www.treasury.gov/resource-center/sanctions/Pages/default.aspx for additional information
    - 20003.020: The contractor's system should not allow contractor to accept money from customers residing in any sanctioned countries until the Department of Education has received a multi-purpose license.

        The license is an authorization from OFAC to engage in a transaction that otherwise would be prohibited.
    - 20003.030: There is a list of approved countries available at www.treasury.gov/ofac for the contractor to reference.
    - 20003.040: If the customer resides in a country that is sanctioned, the contractor shall notify the FSA Contracting Officer, or their designee, to submit a request for a multipurpose license.
    - 20003.050: The contractor shall place customers that reside in a sanctioned country in a six-month non-capping administrative forbearance and stop all collection activity, until the license is acquired by Department of Education.
    - 20003.060: The contractor shall extend the non-capping forbearance for an additional 3 months if the multi-purpose license is not acquired at the expiration of the initial 6 months (or subsequent 3 months)
    - 20003.070: The contractor shall maintain a monthly report with the customers forborne in sanctioned countries. The report shall list the customer's name, SSN, Award ID, PBO, IRB, Sanctioned Country, Date Non-Capping Forbearance applied awaiting multipurpose license.
    - 20003.080: Once the contractor is notified that the multi-purpose license for the country has been issued, the contractor is required to restart collection activity at the direction of FSA.

- **20004.000: The contractor shall accept general powers of attorney and permit action to be taken by the holder of the power of attorney (within the scope of the power of attorney) so long as the power of attorney meets the minimum requirements of applicable state law as per the Department's Privacy Act regulations (34 CFR part 5b)**

  - o 20004.010: If dealing with an entity that holds a power of attorney (e.g., customer Advocacy Group, Inc. v Joe Smith), the individual action on behalf of that entity and pursuant to the power of attorney must demonstrate, to the contractor, that he or she is an authorized employee or official of the entity holding the power of attorney before permitting the holder of the power of attorney to take any action on the customer's account.

- **20005.000: The contractor shall maintain a list of 3rd party debt companies that are deemed suspicious and update FSA with their list of Suspicious emails and physical addresses at FSA's request.**

  - o 20005.010: The contractor shall store the indicators of suspicious applications for additional analysis and review by FSA. This includes applications received via COD, fax, or paper applications.
  - o 20005.020: The contractor shall reach out to the customer with a suspicious application indicator on file.
    - ▪ 20005.021: The correspondence to the customer shall at minimum inform the customer that:
      o They have a legal obligation to keep the contractor apprised of the customer's current address;
      o Certain documents are required to be on file before being able to work with the third party;
      o That all the student loan-related services that the customer may be receiving from a third-party are available through the Department's contractor for free; and
      o That the customer may file a complaint with another government agency (CFPB/FTC) if the customer feels that he or she was misled by the third party.
  - o 20005.030: The contractor shall update FSA with their list of suspicious emails and physical addresses weekly.
  - o 20005.040: The contractor shall make available a system field/flag for affected accounts, that indicates suspicious activity and a table of codes that allows for various types of suspicious activity related to TPDR/Fraud to be reported.

- **20007.000: The contractor shall place Parent and Graduate/Professional PLUS loans into repayment using the below guidelines for regulation 685.027(d)-Obligation to Repay--Direct PLUS Loan Repayment**

  - o 20007.010: The contractor shall place a fully disbursed PLUS loan into repayment as of the date of the last disbursement. If a PLUS loan is not fully disbursed 30 calendar days after the last anticipated disbursement date, the contractor shall put the loan into repayment using the last actual disbursement date as the date entering repayment. Fully Disbursed loans are loans that no future disbursements are anticipated.
  - o 20007.020: The contractor shall set the first payment due date within 60 calendar days of the date the loans are considered fully disbursed,
  - o 20007.030: For loans received from COD, the contractor shall determine the payment begin date for Fully Disbursed and Not Fully Disbursed loan(s). This determination should be made on the day after the contractor receives and processes the loan booking transactions for the final disbursement of the loan, as specified but not limited to the following examples:
    - ▪ 20007.031: For a Parent PLUS loans where the customer (parent) is in school at least half time and requests and is eligible for an in-school deferment, the

customer's payment begin date would be equal to the day after the customer separates from school or falls below half-time enrollment.

- 20007.032: If a Grad PLUS customer is in school at least half-time and does not decline the automatic in-school deferment, the contractor shall determine the Grad PLUS customer's loan(s) payment begin date as the day after the student separates from school or falls below half-time.
- 20007.033: If a Grad PLUS loan student separates from the school or falls below half-time and then requests and is granted a Partial Financial Hardship forbearance, the contractor shall determine the Grad PLUS customer's loan(s) payment begin date as the day after the PFH forbearance ends.

- o 20007.040: The contractor shall calculate the customer's payment amount of a PLUS Loan(s) that enters repayment based on the net disbursed amount of the loan. If a subsequent disbursement is received for a Not Fully Disbursed loan after it has entered repayment, the contractor shall adjust the customer's repayment schedule and re-disclose to the customer.
- o 20007.050: The contractor shall ensure that each of a customer's PLUS loans enter repayment using the same guidelines provided for Fully Disbursed and/or Not Fully Disbursed loans. A customer with multiple PLUS loans may have different repayment begin dates for each PLUS loan.
- o 20007.060: The contractor shall ensure the applicable records types are included when reporting to NSLDS on Fully or Not Fully Disbursed PLUS loans that enter repayment (see 12000 requirements for more info).

- **20008.000: The contractor shall store and report unique award IDs for each federally held loan, and assign an award id if a FFEL loan doesn't already have an award id.**

  - o 20008.010: The award ID will be a 21 digit element that is commonly provided to the contractor in the incoming transfer file. In most cases the award ID has already been created - ALL DL awards already have an award ID (sometimes referred to as a loan id).

    See Attachment 20009_Award ID Formula
  - o 20008.020: Once assigned, the award ID will NOT change - and should be reported appropriately to NSLDS, DMCS, and to FMS (in TXI/TXO/WIP files). Award IDs should also be included when transferring a loan to another contractor.

- **20009.000: The contractor shall support the customer's request to regain Title IV eligibility and reaffirm their intention to Pay in Full or make payment arrangements when they have inadvertently exceeded annual or aggregate loan limits.**

  See Attachment: 20010_ReaffirmationAgreement1845-0133

  - o 20009.010: Under the Department's regulations at 34 CFR 668.35(d), a student who has inadvertently exceeded annual or aggregate loan limits, and who is not in default on a Title IV loan, may regain Title IV eligibility if the student: (1) repays the excess loan amount now; or (2) Agree to repay the excess according to the terms and conditions of the borrower's promissory note.
  - o 20009.020: The contractor shall receive and process the Reaffirmation agreement.
    - 20009.021: The contractor shall follow the "Reaffirmation Guidance" (https://fsapartners.ed.gov/knowledge-center/library/dear-colleague-letters/2013-01-17/gen-13-02-subject-regaining-title-iv-eligibility-after-exceeding-loan-limits-and-treatment-loan-funds-when-student-fails-begin-attendancel) when a reaffirmation agreement is received.
    - 20009.022: The contractor may rely on the information provided by the school in the reaffirmation agreement. There is no statutory or legislative basis for the contractor to independently confirm through NSLDS that the school identified the correct loan (or loans) on the agreement form.

- 20009.030: See NSLDS requirements for reporting reaffirmation data.
- 20009.040: It is noted on the form that if the over borrowing was caused by more than one loan and the loans are held by different loan holders, a separate form will need to be submitted to each loan holder. For example, if the loan that caused the inadvertent over borrowing is a Direct Loan or a Federal Family Education Loan (FFEL) Program loan that is held by the Department, the student must contact the Federal loan servicer that services the loan to resolve the inadvertent overborrowing. If the loan that caused the inadvertent over borrowing is a FFEL Program loan held by a loan holder other than the Department (a "commercially held" FFEL Program loan), the student must contact the FFEL loan holder or the contractor for the loan to resolve the inadvertent over borrowing.

- **20010.000: The contractor shall ensure the servicing system and all related programs and reports are able to accept, store, process values of up to $99,999,999.99 per customer.**

- **20011.000: The contractor's system shall assign a cycle date (due date) to each borrower and maintain it at a borrower level.**

  - 20011.010: The contractor's system shall apply the assigned cycle date to each loan once it initially enters repayment. The cycle date occurs EVERY month for the life of the loan.
  - 20011.011: Upon request from the borrower, the contractor may change the cycle date (due date) of individual loans or groups of loan to spread the monthly payment amount across multiple due days.
  - 20011.020: The contractor's system shall ensure every monthly cycle date is satisfied payment, deferment, or forbearance. For example, when a deferment or forbearance ends, the next cycle date is the date the customer is due (a loan shall never go more than 30 calendar days after deferment/forbearance end before being due a payment - the customer's notification of deferment/forbearance end may occur during the defer/forb to ensure the customer is sufficiently notified).
  - 20011.030: The contractor's system shall track every cycle due date status and record that status in the customer's permanent record.

- **20012.000: The contractor shall perform quarterly scans of their platform and identify any accounts (defaulted and non-defaulted) that have invalid SSN's.**

  - 20012.010: Definitions for invalid SSNs can be found in the below links: https://secure.ssa.gov/poms.nsf/lnx/0110201035
     https://www.ssa.gov/kc/SSAFactSheet--IssuingSSNs.pdf
  - 20012.020: The contractor shall contact the borrowers and obtain documentation to correct the SSN.
  - 20012.030: The contractor shall create an Invalid SSN report.
  - 20012.040: The report shall be a cumulative report and delivered via email to FSA on a quarterly basis.  The report shall contain at a minimum:
    * Date:  Date SSN identified as Invalid
    * Invalid SSN
    * Borrower Name
    * Outstanding Principal
    * Outstanding Interest
    * Delinquent Yes/No
    * Correct SSN
    * Date Corrected:
    FSA Email address is TBD
  - 20012.050: The contractor shall perform skip tracing activities to locate the borrower's SSN if the invalid SSN is not resolved within one year of identifying the SSN as invalid. All federal debts are required to be associated with a valid Taxpayer ID, per 31 U.S. Code § 7701 and OMB Circular No. A-129.

- **20013.000: The contractor shall perform corrections to the customer's name(s) due to a clearly identifiable clerical error or typos. The correction shall be based on existing contractor documentation (i.e. promissory note). If the contractor is unable to clearly identify a clerical error, the contractor shall follow the name change guidance as outlined below.**
  - 20013.010: Only one piece of supporting documentation from the list provided below is required to process a name change or name correction.
  - 20013.020: Any legitimate documentation meeting the criteria outlined below that is received by the contractor for the purposes of a name change or correction must be processed accordingly without exception, inference or bias. See requirement series for more information on the impact on processing name changes.
    - 20013.021:
      1. Court Decree
      2. Court Order
      3. Marriage Certificate
      4. U.S. Certificate of Naturalization
      5. U.S. Certificate of Citizenship
      6. Social Security Card
      7. Driver's License
      8. State ID
      9. Birth Certificate
      10 U.S. Passport or U.S. Passport Card
      11. U.S. Military Discharge Papers
      12. Alien Registration Card
  - 20013.030: Upon receipt of acceptable documentation, the contractor shall document the below in the servicing history notes. The reason for the name change is extraneous information and should not be documented in the history notes. The supporting document(s) shall be imaged as part of the borrower's records in the following format. "Received [Insert document type] [Enter receipt date] with change of name/correction. Processed name change/correction on system."
    - 20013.031: Example: "Received Passport Card 1/3/2019 with change of name/correction. Processed name change on system." Supporting document sent to/exists in imaging.

- DEFERRED FUTURE CLIN 7 REQUIREMENT - **20014.000: The contractor shall allow the borrower to choose their own pronoun(s).**
  - 20014.010: The contractor's systems (including mainframe, website, and any mobile app) shall allow for the borrower to choose the pronoun(s) of the borrower's choice. Choices shall include "She, He, They, Other". Additionally, the contractor shall allow the borrower to choose a title including, but not limited to, "Mr. Mrs. Ms. Miss. Mx.".

- **20015.000: The contractor shall process borrower requests, applications, complaints, discharges and other tasks in a timely manner.**

  - 22014.010: The contractor shall ensure that at least 95% of tasks are completed within a timely manner, within the time frames outlined in these requirements (e.g., § 5012.010: The contractor shall process IDR applications within 15 business days).

- **20016.000: The contractor shall provide borrowers due process whenever a borrower applies for a non-discretionary benefit (including all loan discharge applications and requests for deferment and forbearance for which a borrower is entitled by meeting specific criteria) (aka Higgins Requirements).**

  - 20016.010: The contractor shall upon receipt of the application, notify the borrower that the application has been received, describe the review and approval process including

the roles and responsibilities of all the entities involved in that process, and actions the borrower may take to reapply if the application is determined to be incomplete or is disapproved.

- o 20016.020: After a review of the application the contractor shall notify the borrower of the results of the review - if the application is incomplete, if the borrower is ineligible, or if the borrower is eligible. The notice must specify the loans to which this decision pertains.
  - ▪ 20016.021: If the application is incomplete, the borrower must be notified of the items necessary for making an application complete, the regulatory authority for that requirement, and what items were missing from that borrower's application.
  - ▪ 20016.022: If the borrower is not eligible, the borrower must be notified of the criteria necessary to qualify for the benefit and which criteria the borrower did not meet in order to qualify for the benefit, including all the relevant facts that served as a basis for the denial, i.e. the regulation at issue, and the data points that were used to determine eligibility, such as dates of enrollment, dates of school closure, evidence reviewed, court judgment etc.
  - ▪ 20016.023: If the borrower is determined to meet the criteria for the benefit and the entity has the authority to render a final decision, the borrower is advised that the benefit has been approved,
  - ▪ 20016.024: If the borrower is determined to meet the criteria for the benefit and the entity does not have the authority to render a final decision, the borrower is advised that the application has been forwarded to the entity that has the authority to make a final decision.
- o 20016.030: After the entity with final decision-making authority reviews the application, the contractor shall notify the borrower of the results of the review - if the application is incomplete, if the borrower is ineligible, or if the borrower is eligible. The notice must specify the loans to which this decision pertains.
  - ▪ 20016.031: If the application is incomplete, the borrower must be notified of the items necessary for making an application complete and what items were missing from that borrower's application,
  - ▪ 20016.032: If the borrower is not eligible, the borrower must be notified of the criteria necessary to qualify for the benefit and which criteria the borrower did not meet in order to qualify for the benefit, including all the relevant facts that served as a basis for the denial, i.e. the regulation at issue, and the data points that were used to determine eligibility, such as dates of enrollment, dates of school closure, evidence reviewed, court judgment etc.
  - ▪ 20016.023: If the borrower is determined to meet the criteria for the benefit, the borrower is advised that the benefit has been approved.

*Section 21000: Deferments*

- **21000.000: The contractor shall apply deferments for Direct Loans in accordance with 34 CFR 685.204 and FFELP loans in accordance with 34 CFR 682.210 using OMB approved forms to borrowers who qualify. The contractor must take any paper deferments and put them in a work queue to be reviewed and worked by the contractor. See attachments 21000_Deferment Crosswalk and 21000_Deferment Processing Guide**

  - 21000.010: The contractor shall process deferment forms within 10 business days of receipt of the forbearance form.
  - 21000.020: An imaged, faxed or digital signature may be accepted for deferments.

- **21001.000: The contractor shall apply In School Deferments.**

  - 21001.010: The contractor shall accept, review, apply and respond to deferment requests as shown in the Deferment Processing Guide.
  - 21001.020: The contractor shall monitor the Enrollment Reporting Report (SSCR) and apply an in-school deferment to loans listed as in-school, but their post-enrollment grace period has been used.
  - 21001.030: The contractor shall shorten the In School Deferment if the borrower requests to enter repayment while reported in school.

- **21002.000: The contractor shall apply Economic Hardship Deferments.**

  - 21002.010: The contractor shall accept, review, apply and respond to deferment requests as shown in the Deferment Processing Guide.
- **21003.000: The contractor shall apply Unemployment Deferments.**

  - 21003.010: The contractor shall accept, review, apply and respond to deferment requests as shown in the Deferment Processing Guide..

- **21004.000: The contractor shall apply Graduate Fellowship Deferments.**

  - 21004.010: The contractor shall accept, review, apply and respond to deferment requests as shown in the Federal Servicing Processing Guide.
- **21005.000: The contractor shall apply Rehabilitation Training Deferments.**

  - 21005.010: The contractor shall accept, review, apply and respond to deferment requests as shown in the Deferment Processing Guide.
- **21006.000: The contractor shall apply Cancer Deferments**

  - 21006.010: The contractor shall accept, review, apply and respond to deferment requests as shown in the Deferment Processing Guide.
  - 21006.020: Any loan that entered repayment on or before 9/28/18, or that was disbursed on or after 9/28/18, for which a borrower submits a completed Cancer Treatment Deferment form certified by a treating physician, shall be placed in a Cancer Treatment Deferment from the certified treatment begin date or September 28, 2018, whichever is later, until 6 months after the last date of treatment, or for a total of 18 months, whichever ends first.
  - 21006.030: If a borrower has at least one loan that qualifies and is approved for the Cancer Treatment Deferment, but also has other loans that do not qualify, those loans that do not qualify shall be placed in an administrative Forbearance (capping, except for Perkins loans), from the certified treatment begin date or September 28, 2018, whichever is later, until 6 months after the last date of treatment, or for a total of 18 months, whichever ends first, unless the borrower selects that they do not want Forbearance.

- 21006.040: If a borrower has no loans that qualify, the Federal loan servicer shall grant a discretionary Forbearance (capping, except for Perkins loans) on all the borrower's loans, from the certified treatment begin date or September 28, 2018, whichever is later, until 6 months after the last date of treatment, or for a total of 18 months, whichever ends first, regardless of the 36-month Forbearance limitation.
- 21006.050: This Forbearance shall not count toward the 36-month limitation.
- 21006.060: The contractor shall code or notate the account such that the Cancer Treatment can be identified and queried for.
- 21006.070: For any and all borrowers in the interim administrative forbearance that have the Cancer Treatment Deferment/Forbearance processed, the contractor shall reverse any interest from the start of the interim forbearance up to the starting date of the Cancer Treatment Deferment/Forbearance, if applicable.
  - 21006.071: For any loans in the interim administrative forbearance (non-capping and where interest will be reversed) that do not qualify for the deferment, the new administrative forbearance (capping, except for Perkins loans) shall begin on the received date of the submitted Cancer Treatment Deferment Form.
- 21006.080: Interest shall be fully subsidized on the following loan types while they are in a Cancer Treatment Deferment. The contactor shall Manually apply an interest rate of Zero during the period of deferment:
  - Direct Subsidized Loans
  - Direct Unsubsidized Loans
  - Direct PLUS Loans made to students
  - Direct PLUS Loans made to parents
  - Direct Subsidized Consolidation Loans
  - Direct Unsubsidized Consolidation Loans
  - Direct PLUS Consolidation Loans
  - Federal Perkins Loans
  - Federal Subsidized Stafford Loans
  - Federal Unsubsidized Stafford Loans
  - Federal Subsidized Consolidation Loans
- 21006.090: Interest shall NOT be subsidized on the following loan types while they are in a Cancer Treatment Deferment. Interest shall accrue and capitalize as normal (except for Perkins loans) at the end of the deferment:
  - Federal PLUS Loans made to students
  - Federal PLUS Loans made to parents
  - Federal Unsubsidized Consolidation Loans
  - Supplemental Loans for Students (SLS)
- 21006.090: The contractor shall require ongoing annual certification for any borrowers whose treatment end date plus 6 months would result in a Cancer Treatment Deferment or associated Forbearance (for borrowers with no qualifying loans) for longer than 18 months.
  - 21006.091: The contractor shall Manually send the borrower a reminder recertification letter (to be provided by FSA at a later date) at least 30 calendar days before the end of each 12 month period of the Cancer Treatment Deferment, or associated Forbearance (for borrowers with no qualifying loans).
  - 21006.092: The contractor shall send notification to the borrower at least 30 calendar days prior to the end of the deferment/forbearance time, providing repayment information, including the next payment due date and amount.
  - 21006.093: If the Cancer Treatment Deferment/Forbearance end date is extended as a result of recertification, or a new approved form provided in advance of recertification, the contractor shall extend the deferment/forbearance end date to 6 months after the new treatment end date.
  - 21006.094: If the borrower does not respond to the recertification request, then the Cancer Treatment Deferment/Forbearance shall end 6 months after the treatment end date.

- o 21006.100: The contractor shall Suppress the existing Approval notifications, Denial notifications and More Information/Correction notifications for deferments and forbearances when the Cancer Treatment Deferment/Forbearance is applied.
  - ▪ 21006.101: The contractor shall utilize existing notifications for the following:
    Receipt of Cancer Treatment Deferment Form
    Notification of end of Cancer Treatment Deferment/Forbearance.
  - ▪ 21006.102: The contractor shall Manually send 4 new notices to support the Cancer Treatment Deferment.  Notice text will be provided by FSA.
    Approval Notice
    Denial Notice
    More Information/Corrections Notice
    Recertification Notice
- o 21006.110: The contractor shall train all appropriate staff and update all training materials with Cancer Treatment Deferment information.
- o 21006.120: The contractor shall report Cancer Treatment Deferments to NSLDS using the new type code of 'CD'.
- o 21006.130: The Contractor shall create a supplemental file with detail for Cancer Treatment Forbearance information to transfer any loans where a Cancer Treatment Deferment has been applied. See Attachment 18000_Cancer Deferment Supplemental File for the sample supplemental file.


- **21007.000: The contractor shall apply Parent PLUS Borrower Deferments.**

  - o 21007.010: The contractor shall accept, review, apply and respond to deferment requests as shown in the Deferment Processing Guide.
- **21008.000: The contractor shall return a borrower with Direct Loans and FFEL loans to repayment after a deferment has ended.**

  - o 21008.010: The contractor shall return a borrower to repayment after the deferment end date so that the borrower has a payment due on the FIRST cycle date following the end of the deferment. Any manual processing is the responsibility of the contractor.
  - o 21008.020: The contractor shall apply an administrative forbearance if needed to 'cover' a cycle due date after deferment end date if a deferment is applied in arrears where there isn't sufficient time to bill the borrower. [i.e. Borrower cycle date is the 21st each month, borrower has a deferment from 1/5/16 – 10/15/16, but it is being applied on 10/8/16 --- this borrower would be due on 10/21/16 but there isn't sufficient time to bill, so the administrative forbearance would cover the 10/21/16 cycle date]

- **21009.000: The contractor shall apply a deferment using the dates provided on the request form.**
- **21010.000: The deferment should not keep a borrower from making changes to their repayment plans.**

- **21011.000: The contractor shall count the number of months of deferment used based on the number of due dates deferred.**

- **21012.000: For joint Direct Consolidation Loans, both borrowers are required to meet the conditions of a deferment in order to qualify for a deferment.**

- **21013.000: The contractor shall not remove a borrower from ACH (Automatic Debit) when processing a deferment on the account.**

  - o 21013.010: The contractor shall suspend the monthly payment ACH debit for the due dates covered by the deferment.

- o 21013.020: The contractor shall reinstitute the ACH debit when the deferment has ended. This includes if the borrower ends the deferment early.

*Section 22000: Forbearances*

- **22000.000: The contractor shall apply forbearances in accordance with 34 CFR 685.205 and FFELP loans in accordance with 34 CFR 682.211 using OMB approved forms to borrowers who qualify.**

  - 22000.001: See Attachment: 22000_Forb List V4. The contractor must process any paper forbearances .
  - 22000.002: See Attachment 22000 Forbearance Processing Guide The contractor shall process forbearance forms within 10 business days of receipt of the forbearance form.
  - 22000.010: The contractor shall have the ability to apply a non-capping forbearance. A non-capitalizing Forbearance is granted in situations that include, but are not limited to, periods necessary to determine the borrower's eligibility for discharge and to cover delinquent periods of time immediately preceding a deferment. The contractor does not require a signed forbearance request from the borrower to grant an administrative forbearance.
  - 22000.020: The contractor shall process a non-capitalizing Forbearance as instructed by FSA. Any manual processing is the responsibility of the contractor.
  - 22000.030: The contractor shall limit the general forbearance to 36 months. This is at a loan level, not borrower level. In the case of 36 months of non-consecutive forbearance, the forbearance may be extended if the contractor supervisor has reviewed and determined that efforts to place the borrower on an affordable repayment plan or deferment (if eligible) have been attempted and extension justified. The justification for the extension must be noted on the borrower's account. In the case of 36 months of consecutive forbearance, the request to extend the forbearance shall not be granted. The 36-month time period does not include periods of administrative forbearance. Note: Administrative forbearances are NOT counted in the 36-month limit. Example: If we cure a delinquency with an administrative forbearance, it will not be counted in the 36-month limit. However, if a borrower calls and requests a General Forbearance and asks for the forbearance to cover delinquency, then this will count towards the 36 months.
  - 22000.040: An imaged, faxed or digital signature may be accepted for forbearances.
  - 22000.050: It is permitted, but not required, for the contractor to align deferment and forbearance requests received for all federal loans on the commercial side of operations with the same borrower loans on the Federal side of operations as long as cybersecurity rules are being met. When done, the deferment / forbearance request should be documented in the borrowers' file (to the same extent that a servicer would have documented action had the borrower called and indicated that he/she had a deferment or forbearance with another servicer – prompting the contractor to verify via NSLDS to confirm the application of a deferment or forbearance). While there is no requirement to seek consent, the contractor or contractor must inform the borrower (in writing) that the deferment or forbearance has been applied to the loan(s) just like the contractor would have done had the contractor received the form.
  - 22000.060: Reduced payment forbearances shall be applied when requested by borrowers and required information has been provided/approved. Borrowers not making payments while in a reduced payment forbearance shall not be deemed delinquent.
    - 22000.061: The reduced payment forbearance is a capping forbearance where the requested payment is less than the monthly payment amount
    - 22000.062: A borrower may not be in a reduced payment forbearance for more than 12 consecutive months.
    - 22000.063: A reduced payment forbearance may also be applied verbally (over the phone). The reduced monthly payment amount agreed upon by the borrower must be notated in the comment section of the account. This is a contractor responsibility.
    - 22000.064: The reduced payment forbearance does count towards the 36 month limit.

- 22000.070: The contractor shall cure any delinquency that exists at the time the borrower enters a period of forbearance. This is done by applying a capping forbearance. If this is an automated process it is the contractor responsibility otherwise the contractor must do this manually.
- 22000.080: The contractor shall have the ability to apply forbearances for eligible borrowers. A borrower is eligible for forbearance if the borrower or endorser intends to repay the loan but requests forbearance and provides sufficient documentation to support this request, and meets the requirements described in paragraphs (1) through (9) of 34 CFR 685.205(a). See requirement below for additional detail.
  - (1) the contractor determines that, due to poor health or other acceptable reasons, the borrower or endorser is currently unable to make scheduled payments,
  - (2) the borrower's payments of principal are deferred and the contractor does not subsidize the interest benefits on behalf of the borrower,
  - (3) The borrower is in a medical or dental internship or residency that must be successfully completed before the borrower may begin professional practice or service, or the borrower is serving in a medical or dental internship or residency program leading to a degree or certificate awarded by an institution of higher education, a hospital, or a health care facility that offers postgraduate training,
  - (4) The borrower is serving in a national service position for which the borrower is receiving a national service education award under title I of the National and Community Service Act of 1990,
  - (5) The borrower is performing the type of service that would qualify the borrower for loan forgiveness under the requirements of the teacher loan forgiveness program,
  - (6) For not more than three years during which the borrower or endorser—
  - (i) Is currently obligated to make payments on loans under title IV of the Act; and
  - (ii) The sum of these payments each month (or a proportional share if the payments are due less frequently than monthly) is equal to or greater than 20 percent of the borrower's or endorser's total monthly gross income,
  - (7) The borrower is a member of the National Guard who qualifies for a post-active duty student deferment, but does not qualify for a military service or other deferment, and is engaged in active State duty for a period of more than 30 consecutive days,
  - (8) to permit a borrower or endorser to resume honoring the agreement to repay the debt after default. The terms of the forbearance agreement in this situation must include a new agreement to repay the debt signed by the borrower or endorser or a written or oral affirmation of the borrower's or endorser's obligation to repay the debt,
  - (9) The borrower is performing the type of service that would qualify the borrower for a partial repayment of his or her loan under the Student Loan Repayment Programs administered by the Department of Defense under 10 U.S.C. 2171, 2173, 2174, or any other student loan repayment programs administered by the Department of Defense.
- 22000.090: The contractor may apply "Administrative forbearance" without requiring documentation from the borrower in certain circumstances described in paragraphs (1) through (10) of 34 CFR 685.205(b). See requirement below for additional details.
  - (1) A properly granted period of deferment for which the contractor learns the borrower did not qualify,
  - (2) The period for which payments are overdue at the beginning of an authorized deferment or forbearance period,
  - (3) The period beginning when the borrower entered repayment without the contractor's knowledge until the first payment due date was established,
  - (4) The period prior to a borrower's filing of a bankruptcy petition,
  - (5) A period after the contractor receives reliable information indicating that the borrower (or the student in the case of a Direct PLUS Loan obtained by a parent borrower) has died, or the borrower has become totally and permanently disabled,
  - (6) Periods necessary for the contractor to determine the borrower's eligibility for discharge,
  - (7) period of up to three years in cases where the effect of a variable interest rate on

a fixed-amount or graduated repayment schedule causes the extension of the maximum repayment term,

(8) A period during which the contractor has authorized forbearance due to a national military mobilization or other local or national emergency,

(9) A period of up to 60 calendar days necessary for the Secretary to collect and process documentation supporting the borrower's request for a deferment, forbearance, change in repayment plan, or consolidation loan. Interest that accrues during this period is not capitalized,

(10) to align repayment due dates across the borrower's loans (e.g. to correct for due date misalignment caused by Direct PLUS Loans.)

- **22001.000: The contractor shall apply a non-capping administrative forbearance upon request from borrower's as defined in The Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122(2)).**
  **Also known as "Major Disaster". Refer to DCL GEN-10-106**

  - 22001.010: The contractor shall apply a non-capping administrative forbearance when requested (verbal, email, fax, mail) by a borrower who lives in an impacted area. The contractor will create work queues for this work to be completed by the contractor.
  - 22001.020: The contractor and/or the contractor shall check the website https://www.fema.gov at least once each business day to identify all impacted areas connected to the major disaster declaration and apply the existing disaster requirement benefits to those borrowers. A report of all automated administrative forbearance shall be given to FSA once the forbearances are completed.
    - 22001.021: The forbearance can be applied for up to 90 calendar days, based on the individual borrower's circumstances.
  - 22001.030: If a borrower who works in an impacted area requests a forbearance, the contractor shall apply the disaster forbearance for up to 90 calendar days, based on the individual borrower's circumstances and document their account with the reason for the length of the forbearance.
    - 22001.031: If any impacted borrower (working or living in the impacted area) requests additional forbearance time for reasonable cause after any initial administrative forbearance period related to the disaster, the contractor may grant additional administrative forbearance time, in 30-day increments, but it shall not exceed a maximum of 12 monthly billing cycles from the declaration date.
  - 22001.040: The contractor shall document the account with the reason for the length of the forbearance.
  - 22001.050: No supporting documentation or written form is required for this 90-day period.
  - 22001.060: The contractor shall NOT apply a "blanket" administrative forbearance for all borrower's residing in the impacted areas unless otherwise directed by FSA (disaster specific).
  - 22001.070: If it is determined that exceptional circumstances exist, such as a local or national emergency or military mobilization, or the geographical area in which the borrower or endorser resides has been designated as a disaster area by the president of the United States or Mexico, the prime Minister of Canada, or by a Governor of a State, the Department will issue an electronic announcement or Dear College Letter authorizing a mandatory administrative forbearance be automatically applied to all borrowers affected by the disaster.
  - 22001.080: The contractor shall apply the forbearance to be effective (cover the due date impacted) either referencing the date when the borrower who lives in an impacted area requested it OR when the contractor applies forbearance.
    - 22001.081: The effective date (due date impacted) cannot be any earlier than the date of major disaster or the declaration date.

- 22001.090: The contractor/ contactors shall automatically apply the 30-day forbearance to delinquent borrowers that reside in the affected area. (Note: The contactor shall determine at which point the borrower is found to be delinquent.)
    - 22001.091: For borrowers that may become delinquent due to a major disaster, contractor must ensure due diligence by identifying newly delinquent borrowers living in the impacted areas and automatically applying the major disaster administrative forbearance, as well as, communicating to the borrower, as such.
    - 22001.092: If a borrower requests the 90 day major disaster forbearance and is also delinquent, the contractor shall apply an administration forbearance to cover both periods. However, the admin forbearance used to cover the past delinquency is a capping event. Therefore, at the end of the consecutive periods of forbearance any interest for the period of delinquency would capitalize.
    - 22001.093: For delinquent borrowers that may need additional forbearance time, the contractor shall apply the administrative forbearance in 30 day increments and monitor to determine if additional forbearance time is needed.
- 22001.100: The contractor shall have no authority to forgive or discharge loans due to a major disaster. Such a provision (if forthcoming) would follow after any immediate relief processes have been put into action. Borrowers that opt to postpone payments based on the guidance provided would not be adversely impacted by any new authority
- 22001.110: The contractor shall send electronic correspondence to borrowers in the impacted areas to notify them of the available relief for affected borrowers as described above.
- 22001.120: The contractor shall add major disaster relief information for affected borrowers to their websites (borrower portals).
- 22001.130: For purposes of certain documentation that a borrower must submit within a specified timeframe (for example, annual documentation of income for the income-driven repayment plans), the contractor shall extend the deadline for providing the documentation by an additional 105 business days for borrowers who live in an impacted area
    - 22001.131: If a borrower living in an impacted area provides the documentation by the extended deadline, the contractor shall consider the borrower to have submitted the documentation on time.
- 22001.140: The contractor shall report to FSA daily by 11am ET on the volume of forbearances applied for this disaster. The following information shall be provided:
    - 22001.141: The number of borrowers who were placed on forb the previous day and the geographical information detailing the areas covered (i.e. zip codes, counties or states) that have been covered.
    - 22001.142: The running total based on the "start" date of the Disaster from the FEMA website."
    - 22001.143: The forbearance information shall be sent to fsaitemsubmission@ed.gov.
    - 22001.144: The forbearance information shall continue to be sent until the contractor is notified it is no longer needed (Typically : 60 calendar days from disaster start).
- 22001.150: When reporting a borrower, affected by a declared disaster, the contractor shall use the following Metro 2 reporting guidelines:
    - 22001.151: Open Accounts – defined as Account Status Code 11 (Current account) or 71, 78, 80, 82, 83 or 84 (Delinquent accounts). There are three options for reporting:
    - 22001.152: 1. Report the Account Status that applies to the account (credit grantor's decision). Report Special Comment AW (Affected by natural or declared disaster).
    - 22001.153: 2. Report Account Status 11 (Current account) and Special Comment AW (Affected by natural or declared disaster).
    - 22001.154: 3. Report the account as deferred, along with Special Comment AW (Affected by natural or declared disaster).

Report the following Base Segment fields as specified:
Terms Duration = blank
Terms Frequency = D (Deferred) Required for deferred accounts
Highest Credit or Original Loan Amount = the total amount borrowed
Scheduled Monthly Payment Amount = zero
Account Status Code = 11 (Current account)
Payment History Profile = Use Character D for the months where payments are deferred.
Current Balance = the total amount borrowed minus any payments which have been made
Amount Past Due = zero
If the Deferred Payment Start Date is known, report the K4 Segment with Specialized Payment Indicator 02 for Deferred Payment.
Also, report the Deferred Payment Start Date as the date the first payment will be due. If the deferred payment start date is not known, do not report the K4 Segment

- o 22001.160: When applying disaster forbearances, the contractor shall provide FSA a weekly Disaster Forbearance Report detailing the number of borrowers placed in a disaster forbearance (see attached 22001_Disaster Forbearance Report).

- **22002.000: The contractor shall grant an administrative forbearance if a borrower is determined to be a 'missing person'.**

  - o 22002.010: The contractor shall apply a 6 month administrative forbearance when a borrower, or student of a Parent Plus loan, has been identified as 'missing' by a reasonable source. The contractor must verify a missing person by checking some type of third party. This includes: the National Missing Person's Database (http://www.namus.gov/), the missing person's employer or, as a last resort, a signed statement from the next of kin. If the borrower is missing in a foreign country, the contractor must verify the person is missing by contacting the State Department.
  - o 22002.020: The above should be applied in increments NOT greater than six months; of course during the forbearance period if additional or conflicting information is received you, as a contractor should act upon the information. If after six months no additional information is received then contact with a family member might be warranted. Contact with family should take place only after first checking the missing person's database (along with the other noted items from above) and the death file for the borrower's name. FSA should be contacted via the FSA Item Submission Mailbox to request additional 6 month extensions as warranted.

- **22003.000: If a borrower has no loans that qualify, but is approved for the Cancer Treatment Deferment, the contractor shall grant a discretionary Forbearance (capping) on all of the borrower's loans, regardless of the 36 month Forbearance limitation.**
  - o 22003.010: This Forbearance shall not count toward the 36 month limitation

- **22004.000: If a borrower has at least one loan that qualifies and is approved for the Cancer Treatment Deferment, but also has other loans that do not qualify, those remaining loans shall be placed in an administrative Forbearance (capping) until 6 months after the last date of treatment, unless the borrower selects that they do not want Forbearance.**

- **22005.000: The contractor shall apply a CNCS Corporation for National and Community Service Forbearance**

  **See Attachment 22005 CNCS Forb**
  - o 22005.010: The contractor shall apply a mandatory forbearance for borrowers serving in approved national service positions in AmeriCorps qualify for mandatory forbearance

during service. The contractor shall grant this forbearance in increments of up to 12 months at a time. Borrowers may reapply if they continue service.

- **22006.000: The contractor shall return a borrower to repayment after a forbearance has ended.**
  - o 22006.010: The contractor shall return a borrower to repayment after forbearance end so that the borrower is due on the FIRST cycle date following the end of the forbearance. NOTE: Since every forbearance will end on the borrower's cycle date each borrower will normally be due approximately 30 calendar days after the end of the forbearance.

- **22007.000: The contractor shall apply a forbearance to cover the billing period for the due date being forborne.**
  - • 22007.001:  For Example: If a borrower requests a forbearance for their July 14th payment, the contractor shall apply the forbearance to begin 06/15/16 (day after the last due date) and end 07/14/16 (on the due date being forborne).
    If a borrower requests a forbearance for their July, August and September due dates the contractor shall apply the forbearance to cover the specific due dates: 06/15/16 (day after the last due date) and end 09/14/16 (on the due date being forborne).
     A forbearance directly following a deferment would begin the day following deferment end.
  - o 22007.010: The forbearance should not keep a borrower from making changes to their repayment plans.
    - o 22007.011: A borrower may change repayment plans while in a forbearance without affecting the forbearance. In such a case, the forbearance is covering a different amount due than was originally the case.
  - o 22007.020: The contractor shall count the number of months of forbearance based on the number of due dates forborne.

- **22008.000: The contractor shall not remove a borrower from ACH (Automatic Debit) when processing a forbearance on the account.**

  - o 22008.010: The contractor shall suspend the monthly payment debit for the due dates covered by the forbearance.

- **22009.000: The contractor shall accept an oral request for a financial hardship forbearance. The contractor shall not apply forbearance for a period greater than one year. The forbearance is renewable, upon request of the borrower, for the duration of the period in which the borrower meets the condition required for the forbearance.**

- **22010.000: The contractor shall track ALL forbearances applied at the level shown in the ForbList (see req 22000).**

  - o 22010.010: The contractor shall identify the forbearance in a way that the users/representatives can clearly and easily see what type of forbearance it is.22010.020: The contractor shall store data elements for forbearances that allow for reporting of the forbearances by name and allow for querying of volumes of forbearances by those names.

- **22011.000: The contractor shall  add an administrative forbearance to Borrower Defense accounts. This shall be a non-capitalizing administrative forbearance.**

  - o 22011.010: The contractor shall accept and apply requests to put a borrower's loans into non-capitalizing forbearance or stopped collections.

- 22011.011: The request to apply a forbearance/stopped collections may be received via the DCC platform or via email request from FSA.
- 22011.012: The contractor shall apply a non-capping Administrative forbearance to non-defaulted loans covering/ resolving any prior delinquency (to bring current) and remain on forbearance until FSA instructs the contractor to remove the forbearance (once the borrower defense application has been decided/resolved). If the borrower is currently in deferment (or in $0.00 IDR plan) the borrower shall remain in that deferment/ plan but if that deferment/ plan ends prior to FSA instructing the contractor to remove the forbearance, an administrative forbearance shall be applied after the deferment/ plan end so that borrower remains in forbearance until FSA instructs the contractor to remove the forbearance. The contractor shall also continue to notify the borrower of IDR plan renewals and other existing IDR notifications.
- 22011.013: The contractor shall apply the forbearance/stoppage of collections within 5 business days.
- 22011.014: The contractor shall apply the proper tags to borrower account for non-defaulted loans to stop all collection activity until FSA instructs the contractor to remove this stoppage.
- 22011.015: The contractor shall upload a copy of the documentation sent to the borrower related to this stoppage of collections/forbearance to DCC platform. The contractor shall ensure a copy of any/all notices to the borrower related to the forbearance/stoppage of collection is uploaded (if any notices are sent).
- 22011.016: The contractor shall ensure the application of the forbearance is annotated in the servicer system.
- 22011.017: The contractor shall update CEMS to include the action taken on the account including: The date the forbearance was applied; The beginning date of the forbearance; if the borrower was not place on forbearance provide explanation why not placed on forbearance (training/ documentation will be provide on how to update CEMS).

- 22011.020: The contractor shall accept and apply requests to remove any forbearance or stopped collections from a borrower's loan(s).
  - 22011.021: The request to remove a forbearance/stopped collections may be received via the CEMS platform or via email request from FSA.
  - 22011.022: The contractor shall upload a copy of the documentation sent to the borrower related to the ending of this stoppage of collections/forbearance to CEMS platform. The contractor shall ensure a copy of any/all notices to the borrower related to the end of the forbearance/stoppage of collection is uploaded (if any notices are sent).
  - 22011.023: The contractor shall remove the forbearance/stoppage of collections within 5 business days.
- 22011.030: The contractor shall accept a monthly Borrower Defense request file from FSA (via email) that includes a list of borrowers related to the Borrower Defense Program.
  - 22011.031: The contractor shall review the listing of borrowers and apply an unending, administrative forbearance to the active (>$0 balance) loans for each borrower on the list unless that borrower is in $0 IDR plan, has opted out of having a forbearance applied for BD, or is already in another status that does not require the borrower to make payments.
  - 22011.032: The contractor shall ensure that borrowers in unending forbearances are NOT sent forbearance end notice or billing notices for >$0 and that the forbearance end date is always AT LEAST 90 calendar days into the future from the current date until FSA has indicated the forbearance is to end. NOTE: It is the servicer's responsibility to ensure borrowers remain in a

protected status until FSA instructs the servicer to remove the borrower from that status.

- 22011.033: The servicer shall create a response file (Excel) and provide the response file to FSA within 7 calendar days of receiving the request file.
- 22011.034: The response file shall include responses to all the requested information found in the request file (see attached Borrower Defense request file template).
- 22011.035: The response file shall be provided to FSA via email with valid values (see data rules in request file template) and in the requested format.
- 22011.036: The servicer shall also provide a compliance statement from the organization at the same time the response file is provided. This statement must include a signature of an executive at the VP level or above at the organization
- 22011.037: This list will be sent to the designated BD contacts at the servicer.

- **22012.000: The contractor shall apply the 60 calendar day administrative forbearance for loans sold or transferred if the borrower is less than 60 calendar days delinquent on the loan at the time of sale or transfer.  This administrative forbearance is a non-capitalizing forbearance.**

- **22013.000: The contractor shall apply a non-capitalizing Administrative Forbearance that begins 3/13/2020 and ends with the end of the payment pause (CARES Act).**

  - 22013.010: During the CARES Act payment pause and subsequent extensions, the contractor shall cease ALL collection related activities on all borrowers.
    - 22013.011: The contractor shall stop all outgoing collection calls to borrowers.
    - 22013.012: The contractor shall stop all billing notices informing borrowers they are due, or going to be due, for a payment.
    - 22013.013: The contractor shall stop debiting borrowers bank accounts for borrowers on an ongoing auto-debit agreement.
    - 22013.014: During this period of forbearance, borrowers should not be required to make any payments and no collection activities should occur requesting payments.
    - 22013.015: The contractor shall refund payments received on/after 3/13/2020 through the end of the payment pause only if the borrower requests the payment be refunded or if directed to do so by FSA (related to unique borrower scenarios).
  - 22013.020: If the borrower was previously in another payment suspension status (deferment, forbearance, etc.) that status should be superseded by this status (see exceptions). If the prior status extends beyond the end of payment pause, the servicer shall reapply that status and use the end date related to that status beginning on the day following the end of the pause.
    - 22013.021: Borrowers currently in $0 IDR plans should also be placed into this forbearance. Borrowers on cancer deferment should be placed into this forbearance. Perkins borrowers should all be brought current and placed onto this forbearance
    - 22013.022: The contractor shall not apply the administrative forbearance to any borrower in an in-school status, in grace status, bankruptcy status, or in-school deferment (including Parent PLUS in-school and other related deferments.) Borrowers currently in the process of applying and receiving TPD (and already has payment suspended for that purpose) should not be placed into this forbearance. If currently in one of these deferments/statuses but removed from that status prior to the end of the payment pause, the

borrower shall be placed into administrative forbearance through the end of the payment pause.

- 22013.023: Borrowers in school or grace but who enter repayment after 3/13/2020 and before the end of the payment pause shall be placed into this forbearance.
- 22013.024: Borrowers entering repayment as a newly originated loan (from COD or consolidation) shall be placed into this forbearance.22013.025: The contractor shall place the borrower in this forbearance if a borrower who is in an excepted status (other than in-school/grace) if the borrower specifically requests to be put into this forbearance.
  - 22013.030: The contractor shall apply a non-capping administrative forbearance to cover any period of delinquency immediately preceding this forbearance.
  - 22013.040: The contractor shall allow a borrower to opt out of this forbearance.
    - 22013.041: The contractor shall resume normal repayment activities for borrowers who have opted out of the forbearance.
  - 22013.042: The contractor shall allow borrowers to opt back into the forbearance if the borrower requests after having opted out.22013.050: The contractor shall, it at any point the borrower becomes over 30 calendar days delinquent the borrower shall be placed back into this forbearance through the end of the payment pause.
  - 22013.060: The contractor shall report the period of Administrative Forbearance to NSLDS as an "MA" forbearance code. If an Administrative Forbearance is used to cover prior delinquency (prior to 3/13/2020 period) those Administrative Forbearances should continue to be reported as "AD."
  - 22013.070: Any requests for deferment or forbearance during this status should be reviewed and if the borrower is deemed eligible, and the end date is after the end of the payment pause, the borrower shall be placed into that status the day after the end of the pause.
  - 22013.080: If the borrower is delinquent at the time the forbearance is applied, all prior periods of delinquency shall be covered by a non-capping administrative forbearance for the prior delinquency period. NOTE: The administrative forbearance used to cover prior delinquency is essentially as separate administrative forbearance - additional benefits (i.e., credit reporting, qualifying payments, etc.) of this administrative forbearance only relate to the 3/13/20 thru the end of the payment pause, not during a forbearance applied to cover a prior delinquency.
  - 22013.090: Upon application of the administrative forbearance period the contractor shall provide notification to the borrower. FSA shall provide the notification template to be used and will include within the notice an explanation that: Payments have been suspended, interest has been waived (changed to 0%), Borrowers may continue to pay if they choose to, and the temporary nature of the suspension.
  - 22013.100: During the payment pause, the contractor shall update their websites with information related to this administrative forbearance period. Updates shall be reviewed and approved by FSA prior to posting (Servicers can use FSA content as input/starting point for servicer website content).
  - 22013.110: Prior to the end of payment pause, the contractor shall provide notices to borrowers.
    - 22013.111: The contractor shall provide at least 6 notices to the borrowers.
    - 22013.112: FSA will work with servicers to determine the sequence, timing, format, and text of each notice to be sent to borrowers.

- 22014.000: The contractor shall implement a "Safety Net" period following the conclusion of the payment pause. (CARES Act)
  - 22014.010: The "Safety Net Period" is 90 calendar days after the borrower's first payment is due following the end of the payment pause and before any adverse credit is furnished to the credit bureaus.

- - 22014.011: The "Safety Net Period" is unique to the borrower's first payment due date (post pause) and will not be the same for every borrower or borrower's loan(s) assuming different due dates exist. During the "Safety Net Period" loan contractor shall ensure no borrowers are reported as delinquent to the credit reporting agencies.
  - 22014.020: The contractor shall identify any borrowers who became delinquent at any time during the "Safety Net Period" and retroactively apply a one-time non-capping administrative forbearance to resolve any delinquency.
  - 22014.021: The retro-active non-capping administrative forbearance shall be applied no later than 30 calendar days after completion of the "Safety Net Period" and before any negative credit reporting occurs.
  - 22014.030: Upon expiration of the "Safety Net Period," the servicer shall consider all borrowers in repayment as "current" regardless of payment history (no delinquency).
  - 22014.040: The "Safety Net" provisions apply to all non-default borrowers entering repayment after the end of the payment pause (e.g., exiting in school, forbearance or a grace period).
  - 22014.050: Borrowers not making payments during the "Safety Net Period" will not receive credit toward loan forgiveness (e.g., PSLF or IDR).
  - 22014.060: For any retroactive adjustments after the end of the "Safety Net Period," that result in a borrower delinquency during the "Safety Net Period," the contractor shall add the administrative forbearance and remove any negative credit reporting that may have occurred.
  - 22014.070: All forbearances applied during this period, for any reason, will be treated as an administrative non-capping forbearance and no negative credit reporting will occur.
  - 22014.080: Upon exiting the "Safety Net Period," the contractor shall send one notification via direct email (no e-correspondence) or postal mail, notifying the borrower that they were placed in the administrative forbearance.
  - 22014.090: The contractor shall be able to uniquely identify and track borrowers and loans that received an administrative forbearance because of the "Safety Net Period."
    - 22014.091: A summary report on a template provided by FSA shall be submitted on each Tuesday following the end of the payment pause until all administrative forbearances have been added. The servicers shall notify FSA when the final report is issued. For any retroactive adjustments that occur after the final report, the servicer shall submit monthly, every Tuesday, a revised final report.
    - 22014.092: Reports should be provided to TivasReports@ed.gov, DSEWReports@Ed.gov, VOG-FSA@ed.gov,and FSACaresActComms@ed.gov (other addresses may be added).
    - 22014.093: The report shall contain a list of borrowers & loans that received the administrative forbearance. The report shall show the SSN, award ID, Forbearance start/end dates, and loan type of the loan(s) forborne.

- **23000.000: The contractor shall counsel borrowers on discharge, forgiveness, and other dispute processes.**

  **See attachment 23000 Discharge Guide**

  - o  23000.010: The contractor shall instruct the borrowers on the procedures for pursuing discharge or cancellation, including what discharge application to complete and what additional documentation is required.
    - ▪  23000.011: The contractor shall first direct the borrowers to the contractor website to download/complete the relevant form(s), but the contractor shall mail or email the form(s) to the borrower upon request.
  - o  23000.020: The contractor shall provide general information to third parties as warranted, e.g. the contractor may describe the requirements for discharge without divulging information about a borrower's account.
  - o  23000.030: The contractor shall advise borrowers of a dispute or discharge/cancellation application's processing status.
  - o  23000.040: The contractor shall, as needed, contact schools and other external entities in order to make a discharge determination.
  - o  23000.050: The contractor shall use OMB approved discharge forms for all discharge types as applicable. Currently, discharge types below do not have an approved form, therefore, the contractor shall follow the required documentation section in the discharge guide for these discharge requests.
    --Death Discharge,
    --Disaster Discharge,
    --Ineligible Borrower.
    - ▪  23000.051: The contractor shall use the attached Discharge guide while processing all discharge types. In addition, the contractor shall update the guide after every release that contains changes to discharges or forgiveness. Updated documents are to be approved by FSA.
    - ▪  23000.052: The contractor shall implement updated OMB discharge forms as requested by FSA.
      NOTE: The current approved forms will be provided at award.

- **23001.000: The contractor shall process discharge transactions (sometimes referred to as 'specialty claims') after receiving and reviewing required supporting documentation meeting the required regulatory guidelines and receiving FSA approval.**

  - o  23001.010: The contractor shall review requests for discharge, forgiveness, and bankruptcy within the timeframes required in the contractor/ contractor's service level agreements.
  - o  23001.020: The contractor shall apply a 60 calendar day non-capitalizing administrative forbearance when discharge applications are received. The forbearance allows time for a borrower to submit all supporting documentation and for the contractor to receive final decision from FSA.
    - ▪  23001.021: The contractor shall extend the non-capping administrative forbearance by an additional 30 calendar days, if less than 30 calendar days remain on the current forbearance and the borrower submitted an incomplete application.
    - ▪  23001.022: Upon written or verbal request for discharge due to the death of the borrower (or student in the case of a Direct PLUS Loan obtained by a parent borrower), closed school discharge, discharge for false certification of student eligibility or unauthorized payment, unpaid refund discharge, teacher loan

forgiveness, forgery or Spouse/Parent of 9/11/01 Victims discharge, the contractor shall apply the 60 day non-capping administrative forbearance.

- 23001.023: The contractor shall apply administrative forbearance to the period prior to a borrower's filing of a bankruptcy discharge petition and shall extend non-capping administrative forbearance during the pendency of the bankruptcy proceeding unless specified otherwise by other technical constraints.
- o 23001.030: The contractor shall perform initial review (first touch) of an application within 10 business days of receipt of a discharge application.
- o 23001.040: The contractor shall complete the pre-determination research/review within 30 business days of receipt of a discharge application.
  - 23001.041: The contractor shall review Department Records (NSLDS, COD, etc.) when making a pre-determination as well as contacting open schools (and sometimes closed schools if applicable) to obtain pertinent records.
  - 23001.042: In the case of any school-based discharge claim (False Certification, Unpaid Refund, Closed School--the subsequent school attended), the school at issue--if open must be contacted for available records in order for the claim to be reviewed.
- o 23001.050: The contractor shall complete the final write off/close out of the loan discharge/cancellation including the NSLDS reporting within 30 business days of receipt of Final approval from FSA.
- o 23001.060: The contractor shall send FSA Denial notification within 5 business days of receipt of the denial from FSA.
- o 23001.070: The contractor shall update the borrower's credit reporting on the borrower's account if the discharge is approved.
- o 23001.080: If the borrower requests a re-review of denial, he or she may submit additional compelling supporting documentation to the contractor and request a re-review, and the contractor shall re-review the request.
- o 23001.090: If the borrower specifically requests an appeal of the denial to be evaluated by the US Department of Education, the contractor will prepare an appeal package (consisting of the contractor denial letter, the original claim, and any supporting documentation received) and send to FSA for review.
- o 23001.100: FSA may periodically request a sampling of the discharges that have been approved or denied. The contractor shall provide all documentation used to determine the decision.

- **23002.000: The contractor shall have the ability to apply Partial loan forgiveness, cancellations, and discharges.**

  - o 23002.010: Partial Forgiveness for programs authorized under the HEA and Partial forgiveness for programs administered by another Federal agency where treatment of payments is unspecified: (TLF, TPD of a portion of a joint consolidation, Closed School, or False Certification of an underlying loan portion of a consolidation, etc.): The forgiveness amount is a "deduction" of outstanding principal and accrued interest and does NOT advance the borrower's payment due date.
  - o 23002.020: Partial Forgiveness for programs administered by another Federal Agency where payment of principal is prioritized: Follow the instructions of the Federal Agency
  - o 23002.030: Partial forgiveness from any other source (school, State, foundation, etc.): Treated as a normal borrower payment, with payment application and advancement of the borrower's payment due date consistent with applicable regulations.

- DEFERRED FUTURE CLIN 7 REQUIREMENT - **23003.000: The contractor shall provide an automated workflow for FSA to make a final determination on eligibility of borrowers or schools that have submitted discharge applications.**

  - o 23003.010: The contractor shall provide a solution that allows FSA to be notified of, review, and make final determination of the following discharge types.

--Death
--Closed School
--Automatic Closed School (see 23007 for more info on this discharge)
--False Certification_Identity Theft
--Teacher Loan Forgiveness
--Unpaid Refund
--False Certification_Ability to Benefit
--False Certification_Disqualifying Status
--False Certification_Unauthorized Signature/Payment
--Ineligible Borrower
--Spouse/Parent of September 11, 2001 Victims
--Borrower Defense to Repayment--The contractor's automation solution shall be able to interface with the current Borrower Defense Platform (See requirement 23017-23020)
--Disaster Discharge
--Forgery

- o 23003.020: The solution shall be integrated with the servicing and imaging systems in a way that the FSA reviewer can have access to all information needed to complete the reviews without relying on email submissions and or logging into multiple systems.
- o 23003.030: The solution shall systematically route all discharge requests to FSA weekly once the contractor completes the pre-determination as outlined in the Discharge Guide.
- o 23003.040: The solution shall track each discharge request as a separate request and track them as "cases".
- o 23003.050: The solution shall allow FSA to review recommended discharge based on a Pre-determination status.
  --Approved: Borrower has completed all forms, supplied all documentation, and meets the eligibility criteria and the request now needs FSA final determination.
  --Denied: Borrower does not meet the eligibility criteria
  --Incomplete: Borrower did not complete the application correctly and/or did not submit all documentation
- o 23003.060: The solution shall allow FSA the option to search and "work" the claims, including the option to either individually process or batch process, based on various parameter(s).  Examples include, but are not limited to the below.
  --Oldest discharge (first in, first out)
  --Discharge type
  --School Code
  --Status
  --Begin/End date
- o 23003.070: The solution shall maintain an audit trail for any action taken in the automated solution including but not limited to:
  --date application received
  --date application passed/failed pre-determination
  --date application sent to FSA for review
  --FSA request for additional information (ability for FSA to enter comments/questions and date of request)
  --FSA approval/denial date
  --FSA denial reason
- o 23003.080: The solution shall track and provide reporting capabilities of each discharge type, including regularly reporting data on approved and denied discharge claims (including denial reasons).
- o 23003.090: The contractor shall work with FSA on the final requirements, design, and testing of the automated discharge workflow.

- **23004.000: The contractor shall receive, review, and process Death discharge requests. The contractor shall put this work in a queue for the contactors to work.**

- 23004.010: The contractor shall review all requests for discharge and perform a predetermination of eligibility and forward the discharge to FSA based on the processes outlined in the discharge guide.
    - 23004.011: If a borrower (or a student on whose behalf a parent borrowed a Direct PLUS Loan) dies, the contractor shall discharge the obligation of the borrower and any endorser to make any further payments on the loan based on an original or certified copy of the borrower's (or student's in the case of a Direct PLUS loan obtained by a parent borrower) death certificate, or an accurate and complete photocopy of the original or certified copy of the borrower's (or student's in the case of a Direct PLUS loan obtained by a parent borrower) death certificate.
    - 23004.012: If an original or certified copy of the death certificate or an accurate and complete photocopy of the original or certified copy of the death certificate is not available, the Secretary discharges the loan only if other reliable documentation establishes, to the Secretary's satisfaction, that the borrower (or student) has died. The Secretary discharges a loan based on documentation other than an original or certified copy of the death certificate, or an accurate and complete photocopy of the original or certified copy of the death certificate only under exceptional circumstances and on a case-by-case basis.
    - 23004.013: Appropriate documentation for certification of death may be in the form of an original certificate of death, a certified copy of a certificate of death, or a photocopy of an original or certified copy of a certificate of death
    - 23004.013: If one of the types of documentation in 23004.013 is unattainable, the Department has approved the use of at least two of the following types of documentation in the order listed:
        - Verification from an official of a county clerk's office stating that the student/borrower is deceased, but that a death certificate could not be readily provided
        - Letter from a clergyman or funeral director
        - Death File Match - The SSA website for the Death Master File is: https://dmf.ntis.gov/
        - Death confirmation from a credit bureau
        - An announcement of death from a local newspaper (with enough information to verify the announcement is referring to the student/borrower)
        - Confirmation from the Social Security death registry
- 23004.020: Where the contractor learns of a post-mortem disbursement, the contractor shall request that school making the disbursement return the funds to FSA and submit a disbursement adjustment to reduce the disbursement to zero.
    - 23004.021: Such requests shall be in writing and documented in the loan servicing history. For the purposes of this provision, written communication will include a request transmitted via regular mail or email.
    - 23004.022: Once the contractor has sent the written communication to the school, the contractor shall follow-up with the school on at least two separate occasions (can be by phone) to notify the school of the death of the borrower's (or student's in the case of a Direct PLUS Loan made on the behalf of a student) and to request that post-mortem disbursements be returned.
    - 23004.023: The contractor shall escalate requests to FSA when a discharge application--awaiting the return of post-mortem disbursements-- is pending more than 30 calendar days. In such cases, the contractor shall requests FSA's assistance in having the school return funds by emailing FSA at the designated mailbox for receiving such request, including any such other person(s) on the email as FSA may deem necessary, and shall provide sufficient information/documentation as to identify the borrower, issue(s), and attempts to resolve the issue(s) with the school.

- 23004.030: The contractor shall process death discharges if another entity has processed a death discharge on NSLDS. NSLDS will provide the Death Conflict Report to be worked by the contractor. The contractor shall not seek FSA's final approval (as outlined in 23004.040) if the Death Status Conflict Report is used to determine discharge eligibility.
- 23004.040: The contractor shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide.

- **23005.000: The contractor shall receive, review, and process Closed School Discharge Requests.**

  - 23005.010: The contractor shall review all requests for discharge and perform a predetermination of eligibility and forward the discharge to FSA based on the processes outlined in the discharge guide.
  - 23005.020: The contractor shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide.
  - 23005.030: The contractor shall follow the closed school procedures outlined in the Code of Federal Regulations (34 CFR § 685.214). Acting on behalf of the U.S. Department of Education, the contractor shall satisfy all requirements of "the Secretary".

- **23006.000: The contractor shall monitor the Post -Secondary Education Processing contractor (PEPS) file on a weekly basis to identify borrower's that may be eligible for Closed School Discharges.**

  - 23006.010: The contractor shall compare their ED-held loan portfolio to FSA's Closed School Search File from PEPS on a weekly basis to identify any borrower (or student on whose behalf a parent borrowed) who:
    --was enrolled at the school on the school closure date
    --withdrew from the school not more than 120 calendar days before the school closed, for loans disbursed prior to 7/1/2020
    --withdrew from school not more than 180 calendar days before the school closed, for loans disbursed on or after 7/1/2020
  - 23006.020: The contractor shall mail the borrower/parent/endorser a closed school discharge application and a cover letter with a clear explanation of the qualifications and procedures for obtaining a closed school discharge within 10 business days of identifying any eligible borrower (see attachment 23006_Closed School Discharge Cover Letter Template). If the borrower has opted in to eCorrespondence, the contractor shall send the package both via US Postal mail and email.
    - 23006.021: If the current address of the borrower is unknown, the contractor shall attempt to locate the borrower by any means possible including consulting with representatives of the closed school, the school's licensing agency, the school's accrediting agency and any other appropriate parties.
    - 23006.022: The contractor shall send a closed school discharge application package via US Postal mail to any new address discovered in this effort.
    - 23006.023: When borrowers fail to respond to the initial application and instructions and upon returning borrowers to repayment following the initial 60-day suspension of collections, the contractor shall send potentially eligible borrowers another application and instructions to obtain a closed school discharge.
    - 23006.024: Where the initial application and instructions are sent with less than 60 calendar days of Grace Period remaining, the contractor shall ensure that a total of 60 calendar days of ceased collections is provided by applying the provisions of existing regulations.
  - 23006.030: The contractor shall apply a 60 calendar day non-capping administrative forbearance to the borrower's loans that are in the following scenario(s):

--Borrower's grace period ends within the next 60 calendar days
--Borrower's account is in a repayment status with a due date within the next 60 calendar days.

Note: If the borrower is prepaid 60 or more calendar days into the future, then a non-capping administrative forbearance is not required.

- o 23006.040: The contractor shall annotate the borrower's account with the following information: If this is a manual process the contractor will do this work.

  --Loan(s) identified for potential closed school discharge for {Insert School Name and OPE ID}
  --School Closed discharge package sent {insert date}
  --Non-capping administrative forb applied {insert begin/end date} (if applicable)

- o 23006.050: The contractor shall follow Closed School Discharge requirements as outlined in the Discharge Guide.
- o 23006.060: The contractor shall resume collections if the borrower fails to submit the application with 60 (end of the forbearance period) calendar days of the mailing of the discharge application.
- o 23006.070: Upon resuming collections in requirement 23006.060, the contractor shall send borrowers, potentially eligible for relief, another application and instructions to obtain a closed school discharge. Note: This requirement applies when borrowers fail to respond to the initial application and instructions sent by the contractor in requirement
- o 26006.080. The application and instructions sent in this requirement shall be sent upon returning borrowers to repayment following the initial 60-day suspension of collections as outlined in existing regulations. If this is a manual process the contractor will create the transaction to send this information.

- **23007.000: The contractor shall process Automatic Closed School Discharge (ACSD) Manifests received from FSA.**

  - o 23007.010: The contractor shall accept on a monthly basis a listing or report from FSA of loans eligible for Automatic Closed School Discharge consistent with the procedures outlined in the discharge processing guide. The listing or report will include—at a minimum—the borrower's SSN, applicable loan award ID(s), and associated OPEID.
  - o 23007.020: The contractor shall monitor for incoming listings or reports from FSA and shall discharge identified loans within 30 calendar days of receipt
  - o 23007.030: The contractor shall notify borrowers identified in requirement 23007.020 that their loans have been discharged within 30 calendar days of discharging the identified loan(s).
    - ▪ 23007.031: The content of notifications may be prescribed by FSA.
  - o 23007.040: The contractor shall return the listing or report ("results") of loans provided in requirements 23007.010 to FSA confirming that discharges have occurred; the results shall be returned to TivasReports@ed.gov and fsaitemsubmission@ed.gov (and/or other addresses as requested by FSA).
  - o 23007.040: The contractor shall report all Automatic Closed School Discharges to NSLDS using a "Loan Status Code" and "Loan Discharge Type Code" consistent with current NSLDS reporting of closed school discharges that occur as a result of a borrower applying for discharge.
  - o 23007.050: The contractor shall Utilize an FMS "Reason Code," "Description," and "Transaction Code," for Automatic Closed School Discharges, that is consistent with current FMS mapping/ reporting for closed school discharges that occur as a result of a borrower applying for discharge.
  - o 23007.060: The Contractor shall process Automatic Closed School Discharges on a loan that was paid in full (PIF) by borrower payment.
    - ▪ 23007.061: The contractor shall, consistent with existing closed school discharge requirements, remove all payments, interest accruals and fees (if any) made on

the loan and apply the discharge with an effective date consistent with how the servicer reports effective dates for application-driven discharges due to school closures. The contractor shall apply the payments to other outstanding loans and refund the remaining overpayment.

- 23007.062: Note: FSA is not changing the way Federal Loan Servicers currently report effective dates for discharges due to school closure. FSA expects to provide guidance and/or changes on "effective dates" for a broader category of discharges at a future date.

- 23007.070: The contractor shall process Automatic Closed School Discharges on a loan (underlying loan) that was PIF by Consolidation.
    - 23007.071: The contractor shall reverse the consolidation payoff as well as any other payments (consistent with requirement 2.0) applied to the loan and send an unsolicited transaction to the consolidation originator to reduce the consolidation loan.
    - 23007.072: If the contractor's system can accurately post the discharge, reallocate payments, and create the unsolicited transactions without requiring the payments be removed, that method is acceptable
    - 23007.072: The contractor servicing the PIF loans by consolidation shall be responsible for meeting all notification and reporting requirements as outlined by existing discharge regulations/ requirements and CR 4910.
    - 23007.073: The contractor shall, consistent with existing requirements, servicing a Federal Direct Consolidation Loan impacted by an unsolicited transaction shall ensure, where applicable, that the weighted average interest rate for the Federal Direct Consolidation loan is adjusted and the new, adjusted rate should be reapplied for the life of the loan.
    - 23007.074: The contractor shall, consistent with existing requirements, ensure that underlying loan processed with an Automatic Closed School Discharge is properly updated in NSLDS with the following:
        - Code for Loan Status (AH-004): CS - Closed School (CS)
        - Type of Discharge (AO-003): CS01 - Closed School Discharge.
    - 23007.075: The contractor shall, consistent with existing requirements, ensure that FMS mapping/ reporting for the underlying loan processed with an Automatic Closed School Discharge is properly updated using existing reporting for Closed School Discharge.

- **23008.000: The contractor shall receive, review, and process Forgery discharge requests.**

    - 23008.010: The contractor shall review all requests for discharge and perform a predetermination of eligibility and forward the discharge to FSA based on the processes outlined in the discharge guide.
    - 23008.020: The contractor/ contactors shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide.

- **23009.000: The contractor shall receive, review, and process Teacher Loan Forgiveness applications.**

    - 23009.010: The contractor shall review all requests for discharge and perform a predetermination of eligibility and forward the discharge to FSA based on the processes outlined in the discharge guide.
    - 23009.020: The contractor shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide.
    - 23009.030: The definition of "chief administrative officer" has been revised to more closely reflect the Department's longstanding guidance that the individual who is authorized to certify the borrower's qualifying teaching service may vary depending on the borrower's employer and is not limited to the principal, assistant principal, or superintendent. The revised definition clarifies that the chief administrative officer is the

official who has access to employment records that establish the borrower's eligibility for loan forgiveness and who is authorized to verify the borrower's employment.

- **23010.000: The contractor shall receive, review, and process Unpaid Refund discharge applications.**

  - ○ 23010.010: The contractor shall review all requests for discharge and perform a predetermination of eligibility and forward the discharge to FSA based on the processes outlined in the discharge guide.
  - ○ 23010.020: The contractor shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide.

- **23011.000: The contractor shall receive, review, and process False Certification-Ability to Benefit discharge applications.**

  - ○ 23011.010: The contractor shall review all requests for discharge and perform a predetermination of eligibility and forward the discharge to FSA based on the processes outlined in the discharge guide.
  - ○ 23011.020: The contractor shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide.

- **23012.000: The contractor shall receive, review, and process False Certification - Disqualifying status discharge applications.**

  - ○ 23012.010: The contractor shall review all requests for discharge and perform a predetermination of eligibility and forward the discharge to FSA based on the processes outlined in the discharge guide.
  - ○ 23012.020: The contractor shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide.

- **23013.000: The contractor shall receive, review, and process False Certification - Unauthorized signature/Payment discharge applications.**

  - ○ 23013.010: The contractor shall review all requests for discharge and perform a predetermination of eligibility and forward the discharge to FSA based on the processes outlined in the discharge guide.
  - ○ 23013.020: The contractor shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide.

- **23014.000: The contractor shall receive, review, and process Ineligible Borrower requests from schools.**

  - ○ 23014.010: The contractor shall review all requests from schools and perform a predetermination of eligibility, send a Final Demand letter to the borrower and forward the request to FSA based on the processes outlined in the discharge guide.
  - ○ 23014.020: The contractor shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide.

- **23015.000: The contractor shall receive and review Spouses and Parent of September 11, 2001 Victims Discharge requests and prepares and provides a pre-determination for FSA approval.**

  - ○ 23015.010: The contractor shall review all requests for discharge and perform a predetermination of eligibility and forward the discharge to FSA based on the processes outlined in the discharge guide.

- o 23015.020: The contractor shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide.

- **23016.000: The contractor shall process adjustment transactions received on loans previously discharged.**

  - o 23016.010: The contractor shall, upon receipt of disbursement adjustments, subsequent disbursements, or any other financial adjustment for loans that were previously discharged, reverse the discharge and process the adjustment/disbursement. Once processed, the discharge shall be reapplied. If there are files that can be processed systematically, the contractor is responsible for this work.

    These transactions may be received from FSA (via manual spreadsheets), COD, DMCS, or consolidation originators. This also includes if system issues are found that require account clean-up and any retro processing (example: SCRA benefits) being applied after discharge.

  - o 23016.020: For upward adjustments and/or new disbursements, the additional amounts must be approved by FSA. For downward adjustments, the contractor shall reverse and reapply the discharge and notate the account.

- **23017.000: The contractor shall provide modified closed school discharge qualifications for borrowers from certain schools.**

    - ▪ See attachments:
      23017.000_Guidance -- G4.19.06 CSD Extension for DEH Schools -- UPDATE 12-02-19.pdf
      23017.000_Guidance -- G4.20.01 CSD Extension for Specific DCEH Schools 02-06-20.pdf
      23017.000_Guidance -- G4.20.05 CSD Extension for Concordia University 11-16-20.pdf
      23017.000_Guidance -- G4.21.03 CSD Extension for ITT Educational Services, Inc. Schools 08.26.21.pdf

  - o 23017.010: The contractor shall modify the 'last enrolled' criteria for those borrowers to be enrolled on/after 6/20/14 rather than 120 calendar days prior to school closure when evaluating a Closed School Discharge request from a borrower that attended one of the Corinthian closed schools (See attachment 23017 List of Corinthian Closed School Codes).
  - o 23017.020: The contractor shall identify and send closed school applications with the FSA drafted cover letter to all eligible borrowers attending ITT Educational Services, Inc. (ITT) when the school closed on September 3, 2016, or withdrew from the school on or after May 5, 2016 (See attachment 23017 List of ITT Closed School Codes)
  - o 23017.030: The contractor shall modify the 'last enrolled' criteria for those borrowers to be enrolled on/after 12/31/2016 rather than 120 calendar days prior to school closure when evaluating a Closed School Discharge request from a borrower that attended Charlotte School of Law.
  - o 23017.040: The contractor shall modify the closed school discharge window for certain Globe University and Minnesota School of Business borrowers, such that borrowers who withdrew from the school on or after September 8, 2016 and meet the normal closed school discharge requirements will qualify.
  - o 23017.050: The contractor shall extend the closed school discharge window for certain Globe University and Minnesota School of Business borrowers, such that borrowers who withdrew from the school on or after September 8, 2016 and meet the normal closed school discharge requirements will qualify. This applies only to the OPEIDs below: 00464200, 00464203, 00464600, 00464603, 00464604, 00464605, 00464606,

00464607, 00464609

The contractor shall approve any new applications received that fall within the new date range and meet the normal closed school discharge requirements.
- 23017.051: The contractor shall not send out applications to this population.
- 23017.052: The contractor or contactors shall not go back and look at prior denials to see if the borrower would now qualify.

- **23018.000: The contractor shall process Borrower Defense Discharges.  Contractors shall maintain compliance with new instructions surrounding borrower defense as they are provided.**
  - 23018.001: See Attachments:
    23018_Adhoc Instructions V24
    23018_Appr_Examples V6
    23018_Appr_QuestionsResponse V16
    23018_ApprovalRequestResponse V3
    23018_Servicer Ineligible Instructions V7b
    23018_Servicer Letter_01_BD Discharge Notice_Above 0_approved_021220
    23018_Servicer Letter_02_BD Discharge Notice_Equal to 0_approve_022120
    23018_Servicer Letter_04_BDApprovedNoLoans_ReceivedInterestCredit_approved_042020
    23018_Servicer Letter_05_SPC1_Specialv2
    23018_Servicer Letter_06_SPC2_SPC3_020922
  - 23018.002: The servicer shall provide an email address where FSA can send borrower defense related actions (e.g., the approval / denial decisions to the servicer for further action).
  - 23018.010: The contractor shall accept and apply requests to put a borrower's loans into non-capitalizing forbearance or stopped collections (See requirements under Forbearance, 22011 for details).
  - .
  - 23018.020: The contractor shall accept and apply requests to remove any forbearance or stopped collections from a borrower's loan(s) (See requirements under Forbearance, 22011 for details).
  - 23018.030: The contractor shall process borrower defense APPROVALS.
    - 23018.031: The request to apply a borrower defense approval may be received via the DCC platform or via email request from FSA.
    - 23018.032: The contractor shall refer to FSA instruction (see attachments in 23018.000) for additional approval processing instructions.
    - 23018.033: The contractor shall complete the processing of the discharge within 15 business days.
    - 23018.034: The contractor shall send a single notification of the approval decision and processing of the approval (can be combined with re-disclosure). For borrowers with a full discharge this notice will act as a paid in full notice. See Attachments listed in 23018.000.
    - 23018.035: FSA will send the contractor templates of letters that borrowers will receive via normal communication channels.
    - 23018.036: The contractor shall upload a copy of the documentation sent to the borrower related to the approval to CEMS and shall update CEMS with all information relevant to processing of the approval.
    - 23018.037: The contractor shall notify FSA via email if a borrower defense discharge approval/denial is received for a loan that is not serviced by them or if the loans were previously fully discharged or forgiven. The email to FSA should indicate why the discharge cannot be processed, and if due to a transfer off when the transfer was done and where the loan was sent. The contractor shall take no further action regarding borrower defense discharge after notifying FSA unless

instructed by FSA. The contractor shall use the COD monthly password when sending/receiving borrower defense encrypted documents.

- o 23018.040: The contractor shall properly process borrower defense discharges.
    - ▪ 23018.041: The contractor shall remove all payments made on the loan to be discharged. This includes any payments made at prior servicers. If the loan was paid off by consolidation, the consolidation payment should be reversed and result in an unsolicited transaction to adjust the consolidation loan. Note: If the servicing system can accurately post the discharge and reallocate payments correctly without requiring the payments be removed, that method is acceptable.
    - ▪ 23018.042: The contractor shall apply the discharge effective on the disbursement date and using the instructions/information provided in the approval notification. The discharge shall reduce loan to $0 (unless otherwise indicated in approval notification). The discharge will apply to principal and non-principal balances. NOTE: Because loans are discharged effective on the disbursement date, interest accruals on loans should be reversed prior to discharge and not included in the discharge amount.
    - ▪ 23018.043: If the loan is fully discharged the contractor shall apply the payments removed from the loan to other loans currently serviced by the contractor (if there are other loans).
    - ▪ 23018.044: If the loan is partially discharged the contractor shall re-apply the payments to the borrower's account based on the post discharge balance of the loan.
    - ▪ 23018.045: If once the discharge is applied the payments to be reapplied will cause the account (including any loans the borrower has with the contractor performing the discharge) to be overpaid (or if all loans are all fully discharged), the contractor shall refund any overpaid amounts to the borrower.
    - ▪ 23018.046: For borrowers due a refund, the contractor shall refund payments to the borrower even if payments were received from another source.
    - ▪ 23018.047: For loans where the borrower defense claim was completed (no other loans are still under consideration for borrower defense discharge with ED/FSA – This information will be provided by FSA in the approval email sent) the contractor shall shorten the non-capping administrative forbearance on the borrower's account (if previously applied in relation to a borrower defense claim) to the date of processing of the denial notification if at least 21 calendar days prior to next payment due date (allowing the contractor enough time to bill the borrower). If the date the contractor processes the denial does not allow 21 calendar days prior to the next payment due date the forbearance shall remain in place through the payment due date (so borrower is not due) and then end on that date. The borrower would become due on the following payment due date (this will allow enough time for proper billing to occur).
    - ▪ 23018.048: For loans where the borrower defense claim was NOT FULLY completed (other loans ARE still under consideration for borrower defense discharge with ED/FSA – This information will be provided by FSA in the approval email sent) the contractor shall allow the administrative forbearance on the account to remain if one was previously applied related to a borrower defense claim.
    - ▪ 23018.049: After the discharge has been applied and payments re-applied non-default contractors shall re-disclose the borrower's account (if the payment amount or schedule has changed) and notify the borrower of the new repayment schedule & installment amount (only required if balance remains).
- o 23018.050: The contractor shall process borrower defense Denials.
    - ▪ 23018.051: The request to apply a borrower defense denial may be received via the DCC platform or via email request from FSA.
    - ▪ 23018.052: The contractor shall refer to FSA instruction (see attachments in 23018.000) for additional denial processing instructions.

- 23018.053: FSA shall be providing notifications to ineligible borrowers defense borrowers and FSA will send the contractor templates of letters that borrowers will receive via normal communication channels.
- 23018.054: The contractor shall complete the processing of the denial within 15 business days
- 23018.055: The contractor shall upload a copy of the documentation sent to the borrower related to the approval to CEMS and shall update CEMS with all information relevant to processing of the denial.
- 23018.055: The contractor shall shorten the non-capping administrative forbearance on the borrower's account (if previously applied in relation to a borrower defense claim) to the date of processing of the denial notification if at least 21 calendar days prior to next payment due date (allowing the contractor enough time to bill the borrower). If the date the contractor processes the denial does not allow 21 calendar days prior to the next payment due date the forbearance shall remain in place through the payment due date (so borrower is not due) and then end on that date. The borrower would become due on the following payment due date (this will allow enough time for proper billing to occur).
  - Example 1: Borrower due date is the 25th each month. Borrower currently in forb from 6/10/15 to 6/09/16. On August 3rd the servicer receives notice the borrower has been denied discharge and the servicer processes the request on Aug 3. The borrower's forbearance would end 8/3/15 and the borrower would be due 8/25/15 (more than 21 calendar days exist prior to next due date).
  - Example 2: Borrower due date is the 25th each month. Borrower currently in forb from 6/10/15 to 6/09/16. On August 13th the servicer receives notice the borrower has been denied discharge and the servicer processes the request on Aug 13. The borrower's forbearance would end on 8/25/15 and the borrower would be due 9/25/15 (less than 21 calendar days existed prior to next due date).
- 23018.056: After the administrative forbearance has been shortened the contractor shall re-disclose the borrower's account and notify the borrower of the new repayment schedule, installment amount and next due date.
- 23018.060: The contractor shall respond to general inquiries about the Borrower Defense program as well as specific borrower inquiries about actions taken by the contractor or contractor.
  - 23018.061: The contractor shall direct borrower defense forms and detailed borrower defense inquiries from borrowers to FSA's BD Support contractor(s)/platform.
  - 23018.062: The contractor shall direct borrower defense questions about the Borrower Defense intake or adjudication process to the Borrower Defense Hotline.
  - 23018.063: The contractor shall upload any correspondence sent to or received from the borrower related to borrower defense to DCC via the contractor processing.
- 23018.070: The contractor shall update credit reporting the current servicer has reported by updating the trade line for the borrower/loans for approved cases.
  - 23018.071: If all the borrower's loan(s) are fully discharged the contractor shall remove all credit reporting the contractor has reported by removing the trade line for the borrower/loans.
  - 23018.072: If the loan(s) are partially or fully discharged (but other non-discharged loans remain for the borrower on the contractor) contractor shall remove all adverse credit reporting reported on the borrower's credit history as of first disbursement of the loan (or as early as the contractor serviced the loan).
  - 23018.073: If the discharged loans were previously at another federal servicer, the contractor or contactors shall review NSLDS to identify all prior servicers of

the loan. The contractor shall notify each of the prior servicers (via email to an email address provided by FSA for each servicer) that the loan has been discharged due to borrower defense and request removal of all adverse credit reporting for those loans, Note: Prior federal servicers who no longer service a federal portfolio will not be notified.

- 23018.074: If the discharged loan(s) included a consolidation payoff, the contractor or contractor shall review NSLDS to identify the contractor(s) of the consolidation loan(s). The contractor shall notify each of the prior servicers (via email to an email address provided by FSA for each servicer) that the consolidation loan included a loan that has been discharged due to borrower defense and request removal of all adverse credit reporting for the consolidation loans, Note: Prior federal servicers who no longer service a federal portfolio will not be notified.

○ 23018.080: The contractor shall annotate the borrower account upon receipt of borrower defense approval or denial.

- 23018.081: The contractor shall include in the annotation the decision (approved/denied), the date of the decision, and basic information on reason for denial (if denied). Additional details about the decision may be available in imaging history or CEMS. contractor shall be trained to use the annotation and related documents to respond to inquiries about borrower defense.
- 23018.082: The contractor shall store all borrower defense approval or denial notification information within the borrower's imaged history.
- 23018.083: The servicer shall receive a 'case file' including all documents related to the borrower's request and the determination(s) made as a result of the request. The case file will be received within the approval/denial email decision.

○ 23018.090: The contractor shall report the borrower defense discharges to FMS, NSLDS, and COD.

- 23018.091: The contractor shall report the borrower defense discharge to FMS.
- 23018.092: The contractor shall use the existing write-off transaction with a new write-off reason code for Borrower Defense Discharges (1123).
- 23018.093: The contractor shall report the borrower defense discharge to NSLDS no more than 10 business days after the discharge was applied.
- 23018.094: The contractor shall report the Discharge (AO) Record Type, through NSLDS batch or online loan update, with a Discharge Type Code ('BD01') as outlined in the DPI indicating a Borrower Defense Discharge effective on the date of discharge approval for full or partial discharges. The contractor shall report the Amount of Discharge Applied to OPB and the Amount of Discharge Applied to OIB, inclusive of borrower payment returns, with the Partial or Full Discharge Indicator.
- 23018.095: The contractor shall report "CS–Closed School" in the Code for Loan Status field effective on the date of discharge approval for full discharges.
- 23018.096: The contractor shall report zero in the Amount of Outstanding Principal Balance and zero in the Amount of Outstanding Accrued Interest Balance with a Date of Outstanding Balance effective on the date of discharge approval for full discharges.
- 23018.097: The contractor shall report the applicable loan status with a Date of Loan Status equal to the earliest effective date of that loan status upon discharge approval for partial discharges.
- 23018.098: The contractor shall report the appropriate Date of Outstanding Balance, Amount of Outstanding Principal Balance and Amount of Outstanding Accrued Interest Balance ) inclusive of the discharge reductions. Note: The contractor shall follow the existing reporting rules to determine the appropriate Date of Outstanding Balance.
- 23018.099: The contractor shall follow the existing reporting/DPI rules.

○ 23018.100: The contractor shall report the borrower defense discharge to COD.

- 23018.110: The contractor shall accept one or more monthly Refund request files from FSA.
    - 23018.111: The file(s) will be sent to the designated BD contacts at the servicer.
    - 23018.112: The contractor shall initiate a refund(s) to the borrowers in the list(s) provided by FSA. FSA will indicate in the request file(s) or email the time period the payments should be refunded (for example: All payments received since 5/25/2018).
    - 23018.113: The contractor shall complete all refunds (send to FMS) within 10 business days of receipt of each refund request file.
    - 23018.114: The contractor shall create a refund response file (Excel) for each request file and provide the response file once the refunds have been initiated. Each response file shall include responses to all requested information found in the refund request file (see attached 23018 Non-Default Refund Request File Template).
- 23018.120: The contractor shall access FSA's Customer Engagement Management System (CEMS/ system) Salesforce.com Partner Portal daily to identify any tasks assigned to the servicer.
    - 23018.121: Tasks assigned to the contractor shall include:
      Forbearance Requests – Non-Defaulted servicers
      Stop Collection Requests – Default servicer
      Borrower Defense Application (Claim) Approvals – all servicers
      Borrower Defense Application (Claim) Denials – all servicers
      Inquiries – all servicers
    - 23018.122: The contractor shall provide FSA with the anticipated volume of users needing access to CEMS in order to complete Borrower Defense (BD) tasks within required standards. The anticipated volume shall be included in the impact assessment to this change request.
    - 23018.123: The servicer shall provide the email addresses of the users once this CR has been approved. FSA will provide directions and send these resources user access forms to be filled out. FSA will then process their access to CEMS prior to go-live.
    - 23018.124: Requests to remove users, add new/ different users shall be coordinated through the CEMS ISSO.
    - 23018.124: The contractor shall participate in CEMS Partner Portal training for Borrower Defense.
- 23018.130: The contractor shall process inquiries as requested via CEMS.
    - 23018.131: The contractor shall identify all CEMS borrower defense inquires and the servicer shall review the request in detail to identify the actions to be taken.
    - 23018.132: The contractor shall respond to all inquiries within 3 business days of the request.
- 23018.140: The servicer shall upload any correspondence sent to or received from the borrower related to borrower defense to CEMS.
    - 23018.141: The contractor shall identify any incoming or outgoing correspondence related to borrower defense and upload the information to CEMS within 5 business days of receipt at the servicer location.
    - 23018.142: The contractor will be provided access to all borrower defense information for borrowers they service (Table 1 reference).
    - 23018.143: The contractor shall update all training and procedures related to borrower defense inquiries to understand that borrowers may refer to the unique number in CEMS when referring to a borrower defense claim/application or inquiry.
    - 23018.144: The contractor shall have the ability in CEMS to view activities and attachments related to the borrower defense application.
- 23019.150: The contractor shall have the ability to reverse the discharge if requested by FSA.

- 23019.151: The contractor shall report reversal information to NSLDS, FMS and COD.
- 23019.152: The contractor shall apply a non-capping administrative forbearance to the account to bring current at the time of reversal.
- 23019.153: If a reversal is required, the contractor shall review to determine if a refund has been issued - if the refund has not yet been cashed, the contractor shall initiate a refund cancellation (and when cancellation is successful reapply all payments with previous effective dates).
- 23019.154: The contractor shall complete borrower defense to repayment discharges within specified timeframes.
  - 23019.160: The contractor shall forward to FSA any requests for borrower defense.
    - 23019.161: The contractor shall scan any postal mail borrower defense requests and email to the FSAOperations@ed.gov address.
    - 23019.162: The contractor shall send any email borrower defense requests and email to the FSAOperations@ed.gov address.
  - 23019.170: The contractor shall instruct customer service and staff on how to respond to inquiries about borrower defense discharges.
    - 23019.171: The contractor shall train staff on the borrower defense discharge process and how to respond to borrower inquiries or inquiries from other servicers.
    - 23019.172: The contractor shall provide information, including borrower defense case documents, to other servicers if needed to service borrowers (i.e. A servicer holding a consolidation loan may need additional information about underlying loans that were discharged to respond to borrower inquiries).

- **23019.000: The contractor shall process Natural Disaster Discharge Manifests received from FSA.**
  **See Attachment 23020 Natural Disaster Discharge Manifest**

  - 23019.010: The contractor shall receive manifest from FSA with all loans that are approved to be discharged for Natural disasters. If this is not an automated process then the contractor is responsible for completing these transactions.
  - 23019.020: The contractor shall receive FSA's final determination and process the discharge based on the processes outlined in the discharge guide. If this is not an automated process then the contractor is responsible for completing these transactions.
  - 23019.030: Borrowers cannot apply for a Natural Disaster Discharge.

- **23020.000: The contractor shall discharge PSLF or TEPSLF accounts that have been approved by FSA for forgiveness.**

  - 23020.010: The contractor shall apply a non-capitalizing forbearance to the borrower's account to stop required payments ONLY if the borrower has requested the forbearance via the application submission process.
  - 23020.020: Upon receipt of a discharge notice from FSA, the contractor shall discharge a borrower's eligible loan(s) for PSLF or TEPSLF forgiveness within 5 business days.
  - 23020.030: Discharges shall be effective on the day the final qualifying month was satisfied. Any payments made after that date on the loan shall be applied to any other of the borrower's debts at the servicer. Once all other borrower debts at the servicer are paid in full, the borrower shall be refunded any payments made after the effective date.
  - 23020.040: For the PSLF program, the contractor shall refund any payments received after the discharge was effective (payments not needed to meet the 120 qualifying months of payments) if the borrower has no other debts with the servicers. For the TEPSLF program, If other debts exist, the refund payments shall be first applied to other debts and then refunded if those debts are satisfied and an overpayment exists.
  - 23020.050: The contractor shall apply a partial discharge for Joint/Spousal DL Consolidation loans if only one of the borrowers is eligible. The contractor shall discharge the amount

attributable to the borrower who is qualified for PSLF/TEPSLF. The contractor shall research the underlying loans to determine the remaining balance that is attributable to the qualified borrower.

- o 23020.060: The contractor shall provide notice to borrowers that PSLF/TEPSLF forgiveness/discharges is non-taxable income (not considered income for federal tax purposes).
- o 23020.070: The contractor shall reverse, adjust, or apply a discharge to any loan upon a request from FSA.
- o 23020.080: The contractor shall report PSLF information to FMS via the FMS interface.
  - ▪ 23020.081: The contractor shall send a WRTOFF transaction in the FMS GL summary file under reason code 1020 for all remaining principal and interest balances forgiven under the Public Service Loan Forgiveness Program once the required number of qualifying payments has been made. If the contractor is able to provide the industry sector of the public service, the contractor should send the specific WRTOFF reason codes of 1021, 1022, 1023, 1024, or 1025; otherwise, the parent reason code 1020 should be sent.
- o 23020.090: The contractor shall report all TEPSLF discharges to FMS via the FMS interface.
  - ▪ 23020.091: The contractor shall send a WRTOFF transaction in the FMS GL summary file under reason code 1026 for all remaining principal and interest balances forgiven under the Temporary Expanded Public Service Loan Forgiveness Program once the required number of qualifying payments has been made.

- **23021.000: The contractor shall process TPD Discharges (including Veteran TPD Discharges) that have been approved by FSA. (see req 34100-34109 for additional information on TPD processing)**
  - o 23021.010: The contractor shall process TPD discharges and reinstate borrower loans at the loan level, and not the borrower level.
  - o 23021.020: The contractor shall process denials received from FSAIC for TPD applications.
    - ▪ 23021.021: The contractor will receive an LHN file from FSAIC listing all borrowers submitted by the agency that have had a discharge decision rendered. For borrowers declared ineligible, the file will include a reject indicator and include the reason for their denial.
    - ▪ 23021.022: The contractor shall reinstate the borrower's obligation to repay previously discharged loan upon notification from FSA that the loan is declared ineligible.
    - ▪ 23021.023: The contractor shall ensure loans do not accrue interest during the monitoring period, beginning when the loan is discharged; if the loan is reinstated, the contractor shall resume accruing interest upon reinstatement.
  - o 23021.030: The contractor shall process approvals received from FSAIC for TPD applications.
    - ▪ 23021.031: The contractor shall, upon receipt of an LHN file with a Reason Code of APPAPPR, discharge the borrower's loans.
    - ▪ 23021.032: This discharge shall be completed within 15 business days from the date the LHN file was sent.
    - ▪ 23021.033: For applicants with an approval indicator in the file, any loan payments received on or after the effective date of the grant of disability listed in the TPD Report must be refunded to the person who made the payments.
  - o 23021.040: The contractor shall report all TPD discharges to the credit bureaus. See 30000 series
    - ▪ 23021.041: The contractor shall also clear any negative reporting on the loan that was reported after the disability date (if applicable).

- **23022.000: The contractor shall retain all documentation and record of all communications related to discharge requests/reviews and all FSA approval/denials as part of the borrower's permanent record.**

  - 23022.010: This information shall be available to FSA on demand (info may be required for audits, litigation, research, etc.).

- **23023.000: The contractor shall comply with all bankruptcy statutes and requirements of the bankruptcy courts.**

  - 23023.010: The contractor/ contactors shall suspend activity, consistent with federal bankruptcy law, the automatic stay, and FSA regulations, within 5 calendar days of receiving bankruptcy notice.
    - 23023.012: Suspend billing and other notices with language that violates the automatic stay while the stay is in effect
    - 23023.013: Cure the default if suspending activity as of the date bankruptcy was filed causes the loan to have been incorrectly declared in default.
    - 23023.015: Maintain a PACER account in order to verify the bankruptcy status of loans and conduct bankruptcy servicing
    - 23023.016: Process and verify verbal notice of bankruptcy filing from the borrower or the borrower's attorney providing a bankruptcy case number.
    - 23023.021: The contractor shall receive and process Electronic Bankruptcy Notices (EBN) from the court and employ EBN, including registering with the Bankruptcy Noticing Center. Contractors shall include address and name iterations at FSA request
    - 23023.022: The contractor shall forward and receive bankruptcy notices to/from other servicers of Education-held loans if that servicer has an active debt.
  - 23023.030: The contractor shall have the ability to distinguish loans in Chapter 7, Chapter 11 or Chapter 13 bankruptcy.
  - 23023.040: The contractor shall exclude post -petition debt from bankruptcy suspense unless instructed by FSA
  - 23023.050: The contractor shall process a refund of any payment violating the automatic stay.
    - 23023.051: Proactively identify post-petition payments that violate the automatic stay and proactively issue those refunds.
    - 23023.052: Refund payments from the 90-day preference period if requested by the trustee or the debtor's counsel with FSA Approval
    - 23023.053: The preference period refund shall be sent to the trustee
    - 23023.054: The contractor shall request approval to refund preferential payments by sending an email to FSABankruptcy@ed.gov
    - 23023.055: Once approval for the preferential payment has been received, the contractor shall submit a refund via the normal bankruptcy refund process
  - 23023.060: The contractor shall file a proof of claim within 15 calendar days (or shorter if required by the bar date or requested by FSA) of receiving notice of an asset case.
    - 23023.061: The proof of claim shall conform with the requirements of the courts and those provided by FSA
    - 23023.062: The contractor shall amend the proof of claim when required following the requirements of the court and those provided by FSA.
    - 23023.063: File a change of address if the lockbox listed on the proof of claim changes.
    - 23023.064: Proactively amend claims to zero when the loan is granted TPD or other discharge or otherwise expunged or balance reduced.
  - 23023.070: Forward claim objections to FSA via a work queue within 5 calendar days of receipt along with borrower identifiers.
  - 23023.080: The contractor shall review Chapter 11, 12, and 13 plans.

- o 23023.081: Consistent with existing requirements the contractor shall (based on rules for Bankruptcy laws) review all Chapter 11, 12 and 13 bankruptcy plans for objectionable language.
- o 23023.082: Objectionable Language includes any provisions that result in the discharge of any loan balance, adjusts the interest rate, changes the manner in which payments are applied or otherwise changes the balance owing on the loan, or provides for other non-standard loan provisions that do not conform with servicing practices.
- o 23023.083: Plans with objectionable language should be emailed to FSABankruptcy@ed.gov within 5 calendar days.
- o 23023.083: Implement any provisions in a confirmed bankruptcy plan as is required by law.
- 23023.090: The contractor shall also forward to FSA any plan containing provisions permitting the debtor to participate in IDR ("IDR Plan") or PSLF during the pendency of the bankruptcy if the plan does not provide protections from stay violations.
  - o 23023.091: The contractor shall complete a template provided by FSA containing language for use in the IDR Plan following instructions provided by FSA.
  - o 23023.092: Forward the completed template to FSA along with the plan containing the IDR language.
  - o 23023.093: Do not forward plans to FSA if the debtor has no Education-held loans.
  - o 23023.094: Instruct borrowers contacting the contractor and requesting IDR participation during bankruptcy to amend their plan using the IDR Plan Template and provide to the borrower information necessary to complete the Template.
  - o 23023.095: Provide borrowers with confirmed plans authorizing IDR and/or PSLF during bankruptcy full access to IDR and PSLF activities, including but not limited to billing, annual certification reminders, access to income certification (including web certification), employment certification and qualifying payments posting as credited towards IDR or PSLF cancellation. The contractor shall allow borrowers to participate in any IDR plan for which they qualify regardless of what IDR plan is specified in the bankruptcy plan provisions.
  - o 23023.096: For borrowers enrolled in IDR when they filed bankruptcy, upon confirmation of a plan allowing IDR, place the borrower on IDR payment arrangements provided the income certification is current. For borrowers without current annual certifications but were enrolled in IDR on the date the bankruptcy petition was filed, the contractor shall lift/remove the bankruptcy suspense once the borrower completes annual certifications and resume IDR servicing.
  - o 23023.097: For borrowers who are participating in IDR any payments the borrower continues to make until a plan is confirmed that would otherwise be qualifying for the purposes of IDR shall continue to count toward IDR forgiveness.
  - o 23021.098: Accept and process IDR applications from borrowers with confirmed plans permitting IDR participation but were not participating in IDR when the bankruptcy petition was filed.
  - o 23023.099: Upon receiving a confirmed IDR Plan, contact the borrower and assist enrollment in IDR including income certification if expired.
- 23023.100: Place loans back into bankruptcy suspense if a borrower participating in IDR during the pendency of their bankruptcy becomes 60 calendar days delinquent.
  - o 23023.101: Place all loans into a bankruptcy suspense when a borrower participating in IDR during the pendency of their bankruptcy fails to meet the hard deadlines for annual IDR certifications.
  - o 23023.102: The contractor shall allow borrowers who have had IDR suspended due to delinquency or failure to complete annual certification to request, in writing, that the contractor remove the bankruptcy suspense and resume payments under the IDR plan.
- 23023.110: The contractor shall return accounts to servicing within 5 calendar days upon receiving notice discharging or dismissing the debtor.

- o 23023.111: The contractor shall annually verify that borrowers are in active bankruptcy for Chapter 7 accounts that have been in bankruptcy for more than 6 months and Chapter 13 accounts for more than 3 years.
- 23023.120: The contractor shall respond to inquiries from the trustee or the debtor's counsel, including but not limited to requests to research and resolve misdirected payments and requests for documentation.
  - o 23023.121: The contractor shall research and resolve unclaimed funds requests, including preparing documentation, following directions on the district website, needed to file a motion to recover the funds.
  - o 23023.122: Forward unclaimed funds documents to FSABankruptcy@ed.gov for a federal signature and submission.
- 23023.130: The contractor shall forward any motion seeking sanctions, attorney fees, or other damages within 3 calendar days to FSABankruptcy@ed.gov.
  - o 23023.131: The email subject shall clearly indicate a motion for sanctions and be sent with High Importance.
- 23023.140: The contractor shall forward to FSABankruptcy@ed.gov any Adversary Proceeding Summons or Complaint involving an ED-held loan or naming the Department of Education within 3 business days.
  - o 23023.141: The contractor shall prepare a litigation referral package for adversary proceedings or other litigation within 5 business days at the request of FSA. All records must be clear and legible with no cut off text.
  - o 23023.142: Suspend activity on the account during the pendency of the adversary proceeding unless otherwise directed by FSA.
  - o 23023.143: The referral package shall contain a copy of all records maintained by the contractor, including records to which the contractor has access from prior servicers, for the plaintiff's loans including screen prints and all imaged documents
  - o 23023.144: The contractor shall request and include in the package a copy of the promissory note.
  - o 23023.145: The contractor shall prepare a Certificate of Indebtedness for FSA signature using the form provided by FSA for inclusion in the package.
  - o 23023.146: The contractor shall provide in the package NSLDS records for the plaintiffs that include the Loan History screen and the loan Detail screen for each loan.
  - o 23023.147: The referral package shall be submitted to FSA in .pdf format to FSABankruptcy@ed.gov
  - o 23023.148: The email subject shall indicate the name of the plaintiff(s), case number and district, and that the email contains an adversary referral package.
  - o 23023.149: The contractor shall designate a point of contact (along with a backup) to provide information regarding servicing records or business practices within 2 business days for accounts in litigation (bankruptcy or otherwise). The designated point of contact shall also fulfill inquiries and provide information or records to OGC or, if necessary, attorneys at the Department of Justice representing our interests
  - o 23023.150: The contractor shall implement any court order or settlement in bankruptcy court following FSA direction. This implementation includes updating the terms and servicing conditions to conform with the order or agreement including, but not limited to, balance, interest rate, repayment terms, cancellation.
  - o 23023.151: The contractor shall monitor borrower compliance with the order/settlement and inform FSA of any breach of the agreement.
  - o 23023.152: The contractor shall, at FSA request, send to the borrower notice that the borrower has breached the order/agreement.
  - o 23023.153: At FSA direction, the contractor shall implement terms following breach of the agreement/order.
  - o 23023.154: The contractor shall have the ability to identify loans serviced under the terms of a settlement/court order
-

- **23024.000: The contractor shall provide support for loans in litigation**

  o 23024.010: The contractor shall designate a point of contact (along with a backup) to provide information regarding borrower records or business practices within 2 business days for accounts in litigation. The designated point of contact shall also fulfill inquiries and provide information or records to OGC or, if necessary, attorneys at the Department of Justice representing Education interest.

  o 23024.020: The contractor shall provide a witness if requested by FSA or OGC to testify in defense of an action brought against Education.

  o 23024.030: At FSA or OGC request, the contractor shall prepare a litigation referral package within 5 business days

  - 23024.031: The referral package shall contain a copy of all records maintained by the Servicer for the plaintiff's loans including screen prints and all imaged documents.

  - 23024.032: The contractor shall request and include in the package a copy of the promissory note.

  - 23024.033: The contractor shall prepare a Certificate of Indebtedness (COI) for FSA signature using the form provided by FSA for inclusion in the package.

    See attachment 23024 Sample ADV_COI non-default

  - 23024.034: The contractor shall provide in the package NSLDS records for the plaintiffs that include the Loan History Screen and the Loan Detail screen for each loan in the contractor's portfolio.

  - 23024.035: All records must be clear and legible with no cut off text.

  o 23024.040:  The contractor shall implement any court order or settlement resulting from litigation including updating the terms and servicing conditions following FSA direction. Implementation shall include, but not limited to, adjusting the balance, interest rate, repayment terms, cancellation, and changes to servicing requirements.

  - 23024.041: The contractor shall monitor borrower compliance with the order/settlement and inform FSA of any breach of the agreement.

  - 23024.042: The contractor shall, at FSA request, send to the borrower notice that the borrower has breached the order/agreement.

  - 23024.043: At FSA direction, the contractor shall implement loan terms following breach of the agreement/order.

  - 23024.044:  The contractor shall have the ability to identify loans serviced under the terms of a settlement/court order.

  - 23024.045: The contractor shall provide screen shots if possible or reports capturing all data for disclosures or discovery responses or at FSA request.

  - 23024.046: The contractor shall implement terms necessary to settle a matter in litigation at the direction of OGC or FSA.

- **23025.000: The contractor shall have the ability to reverse the discharge if requested by FSA. Reversal shall result in reversal to FMS, COD and NSLDS.**

  o 23025.010: Unless directed otherwise by FSA, the contractor shall ensure that the principal and interest balance of a reinstated loan is equal to its prior principal and interest at the time of the discharge.

    Example: A loan is discharged 03/01/2018 at a balance of $3,500 ($3,000 Principal, $200 Capitalized Interest which is now principal, and $300 Outstanding interest). The discharge is reversed 12/20/2019. The loan should be reinstated at $3,500 ($3,000 Principal, $200 Capitalized Interest which is now principal, and $300 Outstanding interest).

  o 23025.020: The contractor shall apply a non-capping administrative forbearance to the account to bring current at the time of reversal.

- ▪ 23025.021: The contractor shall waive interest that would normally accrue from the original date of discharge that has now been reversed and through the date of reinstatement.

  See Financial Activity and Transactions for FMS reporting of ADJUST transactions by Reason Code for reporting the waived interest.
  - o 23025.030: The contractor shall review and determine if a refund has been issued; if the refund has not yet been cashed, the contractor shall initiate a refund cancellation (and when cancellation is successful reapply all payments with previous effective dates).

- **23026.000: The contractor shall capture the discharge information and send to the IRS and to the borrower (via 1099).**

  - o 23026.010: The contractor shall report and issue to a borrower an IRS Form 1099-C based on the date a discharge was processed for all categories of discharge except those noted herein.
    - ▪ 23026.011: The contractor shall not issue an IRS Form 1099-C to a borrower who receives a discharge due to death when the effective date of discharge is on or after January 1, 2018, and on or before December 31, 2025.
    - ▪ 23026.012: The contractor shall not issue an IRS Form 1099-C to a borrower who receives a discharge due to TPD when the effective date of discharge is on or after January 1, 2018, and on or before December 31, 2025
    - ▪ 23026.013: The contractor shall not issue an IRS Form 1099-C to a borrower who receives **any** discharge or forgiveness when the date of discharge or forgiveness is on or after January 1, 2021, and on or before December 31, 2025.
    - ▪ 23026.014: The contractor shall update correspondence, websites, procedures, and call scripts with the following text as it pertains to these discharges.
      - • TAX LANGUAGE FOR TPD DISCHARGE
        - o Tax Implications if Your Loans are Discharged:
        - o As a result of a change in tax law, loan balances that are discharged due to TPD are not considered income for federal tax purposes if you receive the discharge during the period from January 1, 2018, through December 31, 2025. If you qualify for a TPD discharge based on documentation from the VA, the date you are considered to have received the discharge for tax purposes is the date that we approve the discharge. If you qualify for a TPD discharge based on documentation from the Social Security Administration or a physician's certification, the date you are considered to have received the discharge for tax purposes is the completion date of your three-year post-discharge monitoring period.
        - o If you receive a Form 1099-C, you should keep the form for your records, but you do not need to include it when filing your federal tax return. For additional information, visit irs.gov.
        - o The discharged loan amount may be considered income for state tax purposes. You may want to consult with your state tax office or a tax professional before you file your state tax return.
      - • TAX LANGUAGE FOR DEATH DISCHARGE
        - o Tax Implications if Your Loans are Discharged:
        - o As a result of a change in tax law, the Internal Revenue Service (IRS) has determined that loan balances that are discharged due to Death are not considered income for federal tax purposes if the discharge occurs during the period from January 1, 2018, through December 31, 2025.
        - o If you receive a Form 1099-C, you should keep the form with the borrower's records, but you do not need to include it when filing

the borrower's federal tax return. For additional information, visit irs.gov.
- o The discharged loan amount may be considered income for state tax purposes. You may want to consult with the state tax office or a tax professional before you file the borrower's state tax return.
- TAX LANGUAGE FOR All OTHER DISCHARGEs
  - o Tax Implications if Your Loans are Discharged:
  - o As a result of a change in tax law, the Internal Revenue Service (IRS) has determined that loan balances that are discharged for any reason are not considered income for federal tax purposes if the discharge occurs during the period from January 1, 2021, through December 31, 2025.
  - o If you receive a Form 1099-C, you should keep the form with the borrower's records, but you do not need to include it when filing the borrower's federal tax return. For additional information, visit irs.gov.
  - o The discharged loan amount may be considered income for state tax purposes. You may want to consult with the state tax office or a tax professional before you file the borrower's state tax return.
    - ▪ 23026.015: The contractor shall update correspondence, websites, procedures, and call scripts related to the change in tax liability as it pertains to VA TPD Discharge.
  - o 23026.020: The contractor shall create a table of OPE IDs for which Borrower Defense Discharge Form 1099-C will not be sent. Forms 1099-C should continue to be sent for borrower defense discharges if the loan discharged is not from a school that is included within the table of OPE IDs, but if the loan was from one of those OPE IDs the Form 1099-C should not be generated or sent to the borrower or IRS.
    - ▪ 23026.021: The contractor shall populate the initial table to include all OPE IDs from Corinthian Colleges (CCI) and American Career Institutes (ACI) – lists identifying these OPEs can be provided by FSA on request.
    - ▪ 23026.022: The contractor shall add additional OPEs to the table if requested by FSA. The additional OPEs shall be added within 30 calendar days of request (adding OPEs is not a modification of requirements).

- **23027.000: For Discharges on Consolidation loans, all discharges (except for Death discharge where the death occurred after the date of consolidation) should be performed on the underlying loans that were paid off by consolidation.**

  - o 26027.010: For loans partially or fully discharged after being consolidated, the contractor shall use the automated SCAF process to communicate the necessary data to adjust the consolidation loan, to the contractor of the consolidation loan.

- **23028.000: The contractor shall report bankruptcy to NSLDS.**
  **See NSLDS requirements for reporting information**

- **23029.000: The contractor shall report discharges to COD and NSLDS.**
  **See Common Origination Application (COD) and NSLDS requirements for proper reporting information.**

- **23030.000: The contractor shall report all discharges (including bankruptcy and forgiveness) to FMS.**
  **See Financial Activity and Transactions for FMS reporting of WRTOFF transactions by Reason Code for discharges by type.**

*Section 24000: Correspondence, Communication, and Due Diligence*

- **24000.000: The contractor shall provide standard notifications and communications such as but not limited to bills, forms, letters, and correspondence to FSA's customers. The notifications and communications shall be sent via the customer's chosen communication method (email, postal mail, etc.)**

  **See Attachment 24000 Communication List**

  - 24000.010: The contractor shall collaborate with FSA and other trading partners provide copies of all Bills, Disclosures, and other standard letters for FSA approval.

    Note: The attached list is a sample of the correspondence that is currently sent, final letters will developed as part of implementation. The contractor shall provide FSA with the templates for all correspondence (paper and email).
  - 24000.020: The monthly bill is required, but not limited to include the following fields:
    -customer Demographic data
    -Various payment options (web, check, ACH, Credit Card, etc.)
    -Amount due (principle, interest, total)
    --Daily interest and Total Accrued interest
    --Pre-Payment rules/options
    --In case or IDR, length of time until forgiveness
    --PSLF counter
  - 24000.030: The contractor shall receive FSA approval on any changes made to customer correspondence after FSA approval was provided.
  - 24000.040: The contractor shall provide Spanish forms.
  - 24000.050: The contractor shall provide the customer with the option of allowing third parties access to their loan data
    - 24000.051: The contractor shall implement and utilize the OMB approved third party authorization form to be provided by FSA, and make it available via the servicing website, mobile app, email, mail, or fax.
  - 24000.070: [DELETED]
  - 24000.080: The contractor shall remove/mask the SSN on customer facing correspondence.
  - 24000.090: The contractor shall have the ability to capture and store images from internal and external imaging systems to support its business operations.
  - 24000.100: Individual responses to unique borrower inquiries are not considered standard notifications.
  - 24000.110: The contractor shall provide the borrower to "opt-out" of non-essential emails.

- **24001.000: The contractor shall use the latest forms available and shall review all FSA Knowledge Center and/or regulatory postings to find the latest forms available. Any questions can be directed to FSA as updated/additional forms may be available that haven't been incorporated into these requirements.**

- **24002.000: The contractor shall offer combined billing to the customer**

  - 24002.010: The contractor shall allow the borrower to choose combined billing where applicable based on loan type.

- **24004.000: The contractor shall submit any non-standard communications to FSA for review and potential comments. FSA will provide its initial response to the review request within 10 business days**

- o 24004.010: The contactors shall send an email containing the draft communication to SEADNonStandComms@ed.gov for approval.
- o 24004.020: FSA will acknowledge receipt of the request and provide a date/time of which to expect a response (FSA will respond even if it has no comments).
- o 24004.030: Note: This requirement is specific to non-standard communications for all servicers.

- **24005.000: The contractor shall follow the below requirements for defaulted loans that reach 270 calendar days delinquent.**

  - o 24005.010: [DELETED]
  - o 24005.020: [DELETED]
    - ▪ 24005.021: [DELETED]
  - o 24005.030: At award, the contractor shall follow current requirements of transferring a loan to the Debt Collection Management System at day 360 as directed by FSA.
    - ▪ 24005.031: If payment is identified in WIP after loan has been transferred to DMCS and the payment would have prevented the loan from having defaulted, the loan shall be recalled from DMCS and payment processed by the contractor.
    - ▪ 24005.032: If payment is received day 361 or later, loan should not be recalled from DMCS, payment shall be sent to DMCS as misdirected via IPAC.

- **24006.000: The contractor shall maintain copies of version-controlled contractor correspondence (and attachments) in a way that allows users to produce a copy of the correspondence (and attachments) as it looked on a specific date.**

- **24007.000: The contractor shall create and send IRS forms 1098-E and 1099-C**

  - o 24007.010: The contractor will file a 1099-C with the IRS and send a copy to the customer who received discharges for the following reasons:
    (1) death, (2) TPD, and (3) ICR/IBR/PAYE maximum term.
    1099-C are filed for customers with total discharged amounts of $600.00 or more.

    See 23000 Discharge_Forgiveness_Bankruptcy for more information
  - o 24007.020: The contractor will file a 1098-E with the IRS and send a copy to the customer who has interest payments >$0.00.
  - o 24007.030: The contractor receiving a transfer shall include 1098 information received in the incoming EA27 file as part of the 1098 information provided to the customer and IRS at calendar year end
    - ▪ 24007.031: The receiving contractor shall include the amount received from other Servicers via EA27's Student Loan Interest Paid element as part of the total calculated 1098 amount determined at calendar year end.
    - ▪ 24007.032: The sending contractor shall NOT include the amounts sent to other servicers via EA27 when reporting 1098 information to IRS and/or customers.

- **24008.000: The contractor shall provide notice of its privacy policies and practices as required by Gramm-Leach-Bliley Privacy Information Act.**

  **See Attachment 24008 Gramm-Leach-Bliley Privacy Information Act**

  - o 24008.010: The contractor can post their Privacy policy on their websites instead of mailing to the customers.
  - o 24008.020: The contractor must have their privacy policy approved by FSA prior to posting to the website.

- **24009.000: The contractor shall have the ability to record an "at risk" cohort code within their system denoting a borrower as being identified by FSA as at risk for delinquency or default.**
  - 24009.010: The population receiving this "at risk" cohort code shall be established based on a data file provided by FSA on a periodic basis.
  - 24009.020: The "at risk" cohort code shall have accompanying effective start and effective end dates and be used by the contractor to identify borrowers for inclusion in the additional outreach requirements referenced in requirements 24010 and 24011.
  - 24009.040: The contractor may use this "at risk" cohort code to identify borrowers for inclusion in any other delinquency prevention strategies deemed appropriate by the contractor.
  - 24009.030: The cohort borrower populations identified in this manner will be used by FSA to determine at risk borrower incentive payments when authorized.

- **24010.000: The contractor shall perform PRE-REPAYMENT outreach to all customers. Any manual processes will be performed by the contractor.**

  **See Attachment: 24010 Pre-Repayment Contact v2**

  **Post Award, the contractor shall provide current outreach detail during LMM review**

  - 24010.010: The contractor shall perform the basic and "at risk" pre-repayment outreach activities identified in attachment
  - 24010.020: The contractor shall exclude customers from the basic pre-repayment outreach activities if they are already receiving other higher level pre-repayment outreach activities (such as "at risk" outreach).
  - 24010.030: The contractor shall perform the "at risk" pre-repayment outreach activities on accounts identified by FSA as needing "at risk" outreach. These accounts may be identified by characteristics provided by FSA and/or specific SSNs provided by FSA.
  - 24010.040: The contractor shall meet with FSA on at least a quarterly basis (each calendar quarter) to review the effectiveness of the "at risk" modelling and additional outreach.

- **24011.000: The contractor shall perform Delinquency outreach to all customers. Any manual processes will be performed by the contractor.**

  **Attachment: 24011 Due Diligence Delinquency Calls v2**
  **Post Award, the contractor shall provide current outreach detail during LMM review**

  - 24011.010: The contractor shall perform the basic delinquency outreach activities that align with CFR 682.411.
  - 24011.020: The contractor shall exclude customers from the basic delinquency outreach activities if they are already receiving other higher level delinquency outreach activities (such as "at risk" outreach).
  - 24011.030: The contractor shall perform "at risk" Delinquency outreach to select groups of customers.
  - 24011.040: The contractor shall, at a minimum, perform the "at risk" delinquency outreach activities identified in attachment
  - 24011.050: The contractor shall perform the "at risk" delinquency outreach activities on accounts identified by FSA as needing "at risk" outreach. These accounts may be identified by characteristics provided by FSA and/or specific SSNs provided by FSA.
  - 24011.060: The contractor shall meet with FSA on a quarterly basis (each calendar quarter) to identify customers, or characteristics of customers, that will receive "at risk" delinquency outreach. The contractor shall document the customers and/or characteristics and have the documentation approved by FSA quarterly.

- 24011.070: The contractor at a minimum shall follow guidance provided in FFEL CFR 682.411 regulations for due diligence efforts where Direct Loan statutes and regulations are silent.  This requirement includes, but not limited to delinquency, final demand, skip tracing, and collection activities.
- 24011.071: [DELETED]
- 24011.072: [DELETED]
- 24011.073: [DELETED]
- 24011.074: [DELETED]
- 24011.075: [DELETED]
- 24011.076: [DELETED]
- 
- 24011.080: For borrowers eligible for a closed school discharge and have not submitted a closed school application, the contractor shall proactively remind borrowers about their eligibility to apply and the potential benefits of a closed school discharges in all borrower communications and if the borrower contacts the contractor's contact center (especially if the borrower mentions they are having trouble making payments or is requesting a forbearance or deferment).

- **24012.000: [DELETED]**

- **24013.000: The contractor shall perform skip tracing activities**
  **See Attachment 24013 Skip Tracing**

  - 24013.010: The contractor shall perform at a minimum the skip trace activities identified in the attached skip trace matrix.
    - 24013.011: The contractor shall initiate skip tracing for all accounts in a status other than "in-school" within 10 business days of determining that an address is bad. (See address tab)
    - 24013.012: The contractor shall initiate skip tracing for all accounts in a status other than "in-school" within 10 business days of determining that the telephone number(s) is bad. (See phone tab)
    - 24013.013: The contractor shall initiate skip tracing for all accounts in a status other than "in-school" within 10 business days of determining that an address and telephone number(s) are bad. (See "phone&address" tab)
  - 24013.020: If during skip trace efforts the contractor finds a reference provided by the borrower is either deceased or no longer in contact with the customer, the contractor shall not pursue the reference, but should retain the reference information in history on the servicing system. The account shall be annotated with the information.
  - 24013.030: These efforts must include, but are not limited to, sending a letter to or making a diligent effort to contact each endorser, relative, reference, individual, and entity, identified in the customer's loan file, including the schools the student attended.

- **24014.000: The contractor shall provide monthly billing statements to all customers in active repayment status.**

  - 24014.010: The contractor shall provide monthly billing statements at least 21 calendar days prior to a customer's due date.
  - 24014.020: The contractor shall send monthly billing statements to all customers in active repayment status including those on ACH and Direct Debit and any customer who have paid ahead.
  - 24014.030: If the customer is paid ahead, that information needs to be provided on the billing statement clearly stating that the customer's payment amount for this month is zero and provide the next payment due date and the amount of their actual next payment due date on this statement.

- 24014.040: The contractor shall provide the last payment made to the contractor in the monthly billing statement. The statement must also include the effective date of the payment and the breakdown of what portion of the last payment was applied towards principal, interest and fees.
- 24014.050: The contractor shall send additional information on the monthly billing statement identifying PSLF customers. [If the customer has completed an Employer Certification Form (ECF) and the ECF has been approved, the customer would be identified as a PSLF customer.]
  - 24014.051: Monthly billing statement for a PSLF customer shall include a box titled PSLF customer with either a YES or NO in the box to identify the customer as a PSLF customer.
  - 24014.052: Monthly billing statement for a PSLF customer shall include a box titled PSLF Qualifying Payments (QP)(with the number of QP's made which could be anywhere from 0 to 120.
- 24014.060: The contractor shall display the principal balance and any uncapitalized interest accrued up to the date of the generation of the customer's billing statement on the billing statement.
- 24014.070: The contractor shall provide additional information on the monthly billing statement identifying the following:
  - 24014.071: The amount of the last payment made to this current servicer and the breakdown of what portion of the last payment was applied towards principal, interest and fees,
  - 24014.072: The date the payment was effective.
  - 24014.073: FSA suggests the format includes
    - A box titled Last Payment Amount Received
      - The amount of the Last Payment Amount Received should be the total of all of any and all payments made since the last billing statement not necessarily just the last payment received. In most cases, this will be just one payment but in some cases, borrowers make multiple partial payments. Example: Borrower's amount due is $50 yet borrower makes five $10 payments in the month, you would include the entire $50 as the Last Payment Amount Received not just the last $10.
    - A box title Amount Applied to Principal
    - A box titled Amount Applied to Interest
    - A box titled Amount Applied to Fees
    - A box titled Last Payment Effective Date with the effective date of the last payment
- 24014.080:The contractor shall include explanation of all the information included on the billing statement.
- 24014.090: The contractor shall Questions/Answers to their website for borrowers to explain information on the billing statements.
- 24014.100: The contractor shall provide additional scripting to their Customer Servicer Representatives so CSR's can accurately answer questions regarding the billing statement.

- **24015.000: The contractor shall send quarterly statements.**

  - 24015.010: The contractor shall send a quarterly statement for all Federally held.
    - 24015.011: These quarterly statements should be personalized based on the borrower's circumstances (i.e., loan status, programs enrolled in/of interest, risk factors, etc.)
    - These quarterly statements should undergo user testing at least twice a year with improvements made continually over the life of the contract.

- 24015.020: The notice will be generated quarterly, beginning after the first disbursement of a loan, and continue until the loan enters repayment. For Plus/Grad Plus loans in an In-School deferment, the notice will continue until the loans is paid off or discharged.
- 24015.030: The notice will provide the URL or link to FSA's repayment calculators and other relevant FSA resources.
- 24015.040: The notice will provide 3 sample tables of data showing differing balances and what would be paid in interest and in total, over the life of the loan on, each eligible repayment plan.
- 24015.050: The notice will provide, at minimum the following at a loan level: Total Principal Disbursed, Total Outstanding Interest Accrued, Current Total Balance, Interest Rate, monthly payment amount, auto-debit status, repayment plan, recertification date (if applicable), PSLF status (if applicable), count of qualifying monthly payments for PSLF and IDR (if applicable), expected payoff date, expected total amount paid, expected forgiveness amount, interested accrued in the quarter, interest capitalized in the quarter, amount paid down in the quarter, change in balance from last quarter, a summary of changes, and a list of personalized recommendations.

- **24016.000: The contractor shall respond to borrower's phone, mail, fax, text, chat, and email inquiries.**

  - 24016.010: All contractor shall collaborate with FSA and trading partners to create training materials, procedures and scripts to be used to respond to customer inquiries
  - 24016.020: The contractor shall scan and store all hard copy mail and responses as part of the customer's servicing/imaging record.
  - 24016.030: The contractor shall store all email, text, chats, and faxes and responses as part of the customer's servicing/imaging record.

- **24017.000: The contractor shall retain copies of all outgoing account holder notices, correspondence, and communications generated from the contractor or have the ability to recreate them**

  - 24017.010: The contractor shall store copies of all outgoing notices, correspondence, responses as part of the customer's image records and make them available to FSA and customer contractor representatives (and borrower's when needed).
  - 24017.020: If exact copies of correspondence and communications are not retained, the contractor shall maintain version-controlled copies of contractor correspondence templates (and attachments) in a way that allows a copy of the correspondence (and attachments) to be produced on demand as it looked on a specific date.

- **24018.000: The contractor shall retain a record of all interactions with the customer.**

  - 24018.010: The contractor shall record the day, time, and activity for each interaction with the customers. These records may be recorded on the servicing system and shall be included in any permanent record and account history information (Borrower Account History Record)

- **24019.000: The contractor shall have the ability to provide text message alerts**

  - 24019.010: The contractor shall have the ability to send alerts via text message.
  - DEFERRED FUTURE CLIN 7 REQUIREMENT - 24019.020: The contractor shall allow the customer to select the text message alerts they choose to receive via the website or mobile application.
  - 24019.030: All contractor shall work with FSA to determine which types of text messages, if any, are to be sent to customers by default (without the borrower selecting the alert to be sent)

- o 24019.040: The contractor shall only send text messages to customers who have consented to receive text messages
- o 24019.050: The contractor shall have the ability to include hyperlinks within text messages.
  - ▪ DEFERRED FUTURE CLIN 7 REQUIREMENT - 24019.051: The contractor shall have the ability to track and report on click through rates from hyperlinks within text messages.
- o 24019.060: The contractor shall allow the customer to unsubscribe to all text messaging.

- **24020.000: The contractor shall have the ability to provide communications via email**

  - o 24020.010: The contractor shall send emails to customers who have selected the option to receive "e-correspondence/paperless" communications.
  - o 24020.020: The contractor shall use an email solution that will allow personalized information to be included in emails massages, such as borrower name or account status.
  - o 24020.030: The contractor shall use an email solution that will allow emails to be sent based on "triggers" found for various types of communications in the communication listing. This may include sending communications to customers base on parameters such as status, delinquency level, or account type.
  - o 24020.040: The contractor shall use an email solution that can interface with the servicing system in a way to include account information within outgoing emails.
  - o 24020.050: The contractor shall use an email solution that creates emails that use mobile responsive design allowing users to view properly on multiple types of devices. The emails shall be optimized for mobile phone and tablet use and display on multiple screen sizes and operating platforms.
  - o 24020.070: The contractor shall use an email solution that allows FSA to designate which emails must be sent as 'direct emails' (ones where the email contains the text/attachment and the borrower is not required to log onto the servicing website to access the information).
  - o 24020.080: The contractor shall send a hard copy equivalent communication for any borrower emails that "bounce back" as undeliverable.
  - o 24020.090: The contractor should provide FSA designated point of contact as the email address to be used for submitting customer service inquiries.
  - o 24020.100: When sending a borrower an E-CORRESPONDENCE notification email the contractor will ensure that the Subject Line for any E-CORRESPONDENCE notification email stresses the urgency of the communication and includes a brief descriptor of the E-CORRESPODENCE to encourage the customer to login to the contractor E-CORRESPONDENCE system to open the communication in its entirety. This may include, at minimum, information or messaging related to Repayment, Interest Capitalization, ACH, Forgiveness, Discharge, Deferment or Forbearance.
  - o 24020.110: If there is no violation of privacy policies, this E-CORRESPONDENCE notification email should also include in the body of the email a summary of the content of the E-CORRESPONDENCE. (For example, a billing statement E-CORRESPONDENCE notification email may include in the body the due date and payment amount).
  - o 24020.120: If there is no violation of privacy policies, this E-CORRESPONDENCE notification email should also include in the body of the email a summary of the content of the E-CORRESPONDENCE. (For example, a billing statement E-CORRESPONDENCE notification email may include in the body the due date and payment amount).
  - o 24020.130: The contractor shall track when a borrower logs into the E-CORRESPONDENCE system to open an E-CORRESPONDENCE based upon the E-CORRESPONDENCE notification email.
    - ▪ 24020.131: After the first E-CORRESPONDENCE notification email is sent which results in the borrower not logging into the E-CORRESPONDENCE system to open the message the contractor does not need to take any action.

- 24020.132: Upon the sending of a second E-CORRESPONDENCE notification email in the event a borrower does not login to the E-CORRESPONDENCE system to open the message 7 calendar days from this second E-CORRESPONDENCE notification email being sent, the contractor shall suspend the customer from E-CORRESPONDENCE until the borrower requests that their E-CORRESPONDENCE account suspension be removed.
- 24020.133: For example:
  The contractor sends a borrower an E-CORRESPONDENCE notification email on Topic ABC on September 1, 2021, and the borrower does not log into the servicers E-CORRESPONDENCE system to open the message.

  On September 10, 2021, the contractor's sends a borrower an E-CORRESPONDENCE notification email on Topic XYZ and the borrower still does not log into the servicers E-CORRESPONDENCE system to open the second message. On September 17, 2021, if the borrower has still not opened either message in the E-CORRESPONDENCE system the contractor shall then suspend the borrowers E-CORRESPONDENCE account.

- 24020.140: Upon suspension from E-CORRESPONDENCE the contractor shall notify the borrower of their suspension via one direct email and one postal mail. This message should inform them the reason for the removal (lack of timely login and opening of messages in E-CORRESPONDENCE) and the steps the borrower can take to remove the suspension placed on their E-CORRESPONDENCE account.
    - 24020.141: If a borrower attempts to login to their E-CORRESPONDENCE account after the suspension they should be notified of the account suspension, including the reason, and prompted to re-confirm their continued participation in E-CORRESPONDENCE.
    - 24020.142: If 14 calendar days pass after the suspension of their E-CORRESPONDENCE account, and the borrower does not attempt to login to their account or respond to the contractor notifications sent via email or postal mail regarding the suspension of their E-CORRESPONDENCE account, the contractor shall make a phone call to the borrower.
- 24020.150: During the suspension of the borrowers E-CORRESPONDENCE account the contractor shall maintain the account and continue to place messages into the account.
- 24020.160: The contractor is also required to send the borrower the proceeding two un-opened E-CORRESPONDENCE messages before the suspension, and all future messages, via direct email (to the extent that it would not violate any privacy policies) or postal mail (if sending via direct email would violate a privacy policy) until the borrower affirmatively requests the contractor to remove the suspension on their E-CORRESPONDENCE account.

- **24021.000: The contractor shall have the ability to provide communications via postal mail.**

  - 24021.010: The contractor shall send postal mail communications to borrowers who have not selected the option to receive "e-corr/paperless".
  - 24021.020: The contractor shall review returned mail and update borrower accounts as needed based on return reasons (allowing for updated addresses and/or initiation of skip trace activities).

- **24022.000: The contractor shall track and report on reasons for contact.**

  - 24022.010: The contractor shall ensure that contacts, by source, are labeled/tagged with the subject matter/reason for the contact. The reasons shall be compiled, by source and combined, on a daily, weekly, monthly basis and provided to FSA to assist with analysis of calls.

- 24022.011: The contractor shall include borrower contacts from all sources - phone, email, chat, postal mail, etc.
  - o 24022.020: The contractor shall track all contacts including, but not limited to, information requests, assistance requests, complaints, disputes, escalations, appeals, etc. and should allow for monitoring of all contacts to resolution.
    - 24022.021: The contractor shall coordinate the naming and descriptions for all contacts with FSA to allow for the coordination of all borrower requests/contacts/complaints to use common terminology across the servicing solution and other FSA system (i.e. FSA Feedback system).
  - o 24022.030: The contractor shall compile the reasons, by source and combined, on a daily, weekly, monthly basis and provide to FSA weekly and monthly to assist with analysis of calls.
  - o 24022.040: The contractor, using the contractor's system, shall conduct analysis and trending to identify any recurring issues and compile data to assist with improvements to customer service, training needs, and oversight/compliance activities.

- **24023.000: The contractor shall conduct quality monitoring of all borrower communications.**

  - o 24023.010: The contractor shall implement processes that execute quality monitoring of all types of incoming/outgoing borrower communications.
    - 24023.011: The contractor shall ensure unique call topics are monitored uniquely to ensure sufficient quality on each topic is provided. The monitoring results of each topic should be tracked and provided independently of other topics.
  - o 24023.020: The contractor shall compile quality monitoring results and use the results to initiate additional training or take other actions to ensure communications are following approved procedures.
  - o 24023.030: The contractor shall provide quality monitoring results to FSA on demand.

- **24024.000: The contractor shall allow borrowers to identify specific topics they are calling about as part of the incoming call functionality.**

  - o 24024.010: The contractor shall implement a solution that allows borrowers to choose certain topics when calling the primary servicing number. The topics include but are not limited to:
      Military Benefits or questions from a member of the military
      Income Driven Repayment
      Delinquency Resolution/Alternate Repayment Options
      Public Student Loan Forgiveness (PSLF)
      Total & Permanent Disability
      Disability and other Discharges
      TEACH grants/loans
  - o 24024.020: The contractor shall work with FSA to get approval on or develop an IVR flow with options available for incoming callers which can be designed to integrate with other FSA solutions and extended to the vendors, as necessary.
  - o 24024.030: The contractor shall ensure each of the separate topics can be reported with phone statistics specific to that topic and allow for unique call monitoring and recording of calls to those topics (splits).

- **24025.000: The contractor shall ensure incoming calls from borrower's 60 or more calendar days delinquent are directed to a representative trained to resolve delinquency.**

  - o 24025.010: The contractor shall implement a solution that allows borrowers who are identified within the incoming phone system as 60 or more calendar days delinquent to be automatically directed to a representative that has undergone training to resolve delinquency/certified in delinquency resolution.

- **24026.000: The contractor shall annotate a record of all outgoing call attempts.**

    - 24026.010: The contractor shall implement a solution that annotates a record of all outgoing call attempts on the borrower's record.
    - 24026.020: The contractor shall ensure the record clearly indicates if the call was initiated by an auto-dialer or if it was manually dialed. The data element(s) identify the outgoing call source should be available within the contractor's loan servicing system.

- **24027.000: The contractor shall conduct monthly outreach calls to all borrowers who are or have been enrolled in a military deferment for more than 12 months.**

    - 24027.010: The contractor shall conduct monthly outreach calls (2 attempts or 1 contact with borrower) to all borrowers who are or have been enrolled in a military deferment for more than 12 months. The contractor shall offer to discuss alternative repayment plans with the borrower as well as explain the potential benefits and protections specific to military borrowers

- **24028.000: The contractor shall update borrower preferences and options when requested by the borrower.**

    - 24028.010: The contractor shall make updates to borrower preference and options when requested by the borrower via phone call, chat, email, or correspondence (similar to what borrower could update/choose via the website).

- **24029.000: The contractor shall ensure there is a valid address on file before generating a refund check. If there is a bad address, the contractor shall send communication to the borrower to obtain an address.**

    - 24029.010: The contractor shall send a refund if the contractor believes the address is accurate (i.e., borrower has confirmed address within 120 calendar days, or any correspondence sent within 120 calendar days and not received returned correspondence). See Financial Requirements for generating refunds
        - 24029.01.01: The contractor shall send an address confirmation prior to generating a refund when:
        1. There has been no communication with the borrower in the last 120 calendar days
        2. The borrower is 271 calendar days or greater delinquent
    - 24029.020: If there is no response to the address confirmation letter, the contractor shall continue to follow the due diligence/skip tracing requirements to find an valid address up until the refund qualifies for escheatment. See Financial Requirements.

- **24030.000: The contractor shall assist borrowers to avoid scams and fraudsters.**

    - 24030.010: The contractor shall provide clean and simple disclosures in communication with borrowers to ensure they are aware that the Department will never require borrowers to pay for assistance or applications and include a standardized statement on all outgoing communications that include a statement that will be provided by FSA.

- **24031.000 The contractor shall process, image, index and respond to incoming mail in a timely fashion.**

    - 24031.010: The contractor shall process incoming mail (mail room documents) and distribute to the contractor's operational or imaging units within in 2 business days of receipt of the document.

- o 24031.020: The contractor shall complete scanning and uploading into the contractor's work queue or system within in 4 business days of receipt of the document.
  - o 23031.030: The contractor shall respond to borrower mail within 15 business days and borrower emails within 10 business days of the incoming mail or email.

- **24032.000: The contractor shall promote the PSLF and Teacher Loan Forgiveness programs.**

  - o 24032.010: The contractor shall add promotional information regarding PSLF and Teacher Loan Forgiveness to all initial correspondence with borrowers and servicer websites.
  - o 24032.020: The contractor shall provide additional scripting to their Customer Servicer Representatives so CSR's can accurately answer questions regarding the new information included on the initial correspondence and their websites.

*Section 25000: Borrower Benefits & Subsidies*

- **25000.000: The contractor shall support borrower benefit plans.**

- **25001.000: All federally serviced loans are eligible for a 0.25% interest rate reduction while paying via Automated Clearing House (ACH) Sometimes referred to as Electronic Debit Account (EDA)**

  **See Treasury requirements for more information regarding interfacing with pay.gov for ACH debits.**
    - 25001.010: The 0.25% interest rate reduction shall not be removed/disabled for borrowers on IDR with $0 monthly payments, those borrowers continue to qualify for the benefit.
    - 25001.020: The 0.25% interest rate reduction shall be suspended during periods of deferment and forbearance. When the deferment or forbearance ends the contractor shall automatically place the borrower back on the ACH and the 0.25% interest rate reduction will be reinstated unless the borrower requests removal from ACH.
    - 25001.030: Borrower shall be advised of the loss of the 0.25% benefit at the time of approval of deferment or forbearance by the contractor.
    - 25001.040: The 0.25% interest rate reduction is applicable for borrowers while in a repayment status.
    - 25001.050: The borrower's account shall be removed from ACH after three consecutive months of Non-sufficient Funds (NSF) unless the return message code is R02 (Account Closed), R03 (No Account/Unable to Locate), R04 (Invalid Account) or R05 (Unauthorized Debit). When removed from ACH, the interest rate reduction benefit shall be removed as well. In addition, the contractor shall list their current procedures when an invalid routing and/or account number (R04) is returned.
    - 25001.060: ACH shall not be removed for a borrower in paid ahead status.
    - 25001.070: Borrowers shall be notified of the maximum ACH attempts and what action constitutes an automatic withdrawal from ACH by the contractor.
    - 25001.080: During any periods of NSF the contractor must begin due diligence efforts in accordance with established due diligence guidelines.
    - 25001.090: Borrowers must apply for ACH, or submit a request to change/remove their ACH benefit; the contractor cannot make this determination based on some other circumstance(s) (e.g. paid ahead status, etc.) except if a borrower is removed from ACH because of 3 months of NSF. In that scenario, the borrower can re-apply for ACH the next available month and will continue to receive the ACH benefit when they resume paying via ACH.

- **25002.000: The contractor shall support Direct Loans REBATE benefits.**

    - 25002.010: Direct Loans disbursed between 07/01/2000 and 09/30/2001 are eligible for an interest rebate at the time of disbursement, retained by making the first 12 payments on time. Referred to as R1.
        - 25002.011: R1 was an upfront incentive that the borrower was given. For example if the borrower's loan was disbursed for $1,000.00 the R1 was calculated at 3% of the disbursed amount, the rebate for this scenario would have been $30.00. The borrower would have received $1,030.00 but only was required to repay $1,000 as long as the borrower made their first 12 months of payments on time (within 6 calendar days of the due date)
    - 25002.020: Direct Loans disbursed after 07/01/2001 and before 07/01/2012 are eligible for an interest rebate at the time of disbursement, retained by making the first 12 payments on time.  Referred to as R2.

- 25002.021: R2 was a revised version of the R1 incentive that the borrower was given. For example if the borrower's loan was disbursed for $1,000.00 the R2 was calculated at 3% of the disbursed amount, the rebate for this scenario would have been $30.00. The borrower would have received $1,000.00 but only was required to repay $970 as long as the borrower made their first 12 months of payments on time (within 6 calendar days of the due date). The rebate percentage of the R2 decreased over time.
  Before July 1, 2009          1.5%
  July 1, 2009 - June 30, 2010      1.0%
  July 1, 2010 - June 30, 2012      0.5%
- 25002.030: Direct Consolidation loans received a 0.80 % interest rate reduction during the process of consolidation from 10/01/2000 to 09/30/2001 at the time of disbursement, retained by making the first 12 payments on time.
  - 25002.031: This interest rate reduction can be in addition to the 0.25% interest rate reduction for ACH (Requirement 25010.000)
- 25002.040: A borrower may have both the R1 AND Loan Consolidation Rebates on their loan if they consolidated a loan with an R1 rebate prior to losing it during the brief period of time that the Loan Consolidation Rebates were available.
- 25002.050: The benefit information for all of these REBATES is provided to the contractor during the transfer process. The contractor shall request clarification from the sending servicer/entity if this or any benefit provided at time of transfer is unclear.
- 25002.060: The contractor shall report all financial transactions related to rebates to FMS See Financial Activity and Transactions requirements and attachments for reporting of rebates lost and reinstated

- **25003.000: The contractor shall add the rebate amount to the principal balance on the borrower's loan account for any borrower receiving the 'up-front interest rebate', if it is determined the borrower has not earned the rebate after evaluation.**

  **Note: This requirement is only valid for loans created with first disbursement dates prior to 07/01/2012**
  - 25003.010: If the borrower has made one or more payments, AFTER the 6 calendar days of grace following a payment due, the borrower LOSES the rebate. The contractor adds the rebate amount to the principal balance using the evaluation date (due date + 7 calendar days) as the effective date of the additional principal.

- **25004.000: The contractor shall remove the 'consolidation interest rate reduction' and calculate the interest owed on the borrowers Direct Consolidation Loan at the rate that normally applies without the reduction if it is determined the borrower has not earned the interest rate reduction after evaluation.**

- **25005.000: The contractor shall consider either rebate (up front or consolidation interest) earned if a borrower pays a loan in full prior to the Evaluation Date of the rebate. The borrower DOES NOT have to wait for the Evaluation Date on the system.**

- **25006.000: If a borrower prepays an account to cover the 12 payments PRIOR to the evaluation date, the rebate will not be marked on the account as earned until the evaluation date (due date of 12th payment + 7 calendar days).**

  **Note: This requirement is only valid for loans created with first disbursement dates prior to 07/01/2012**

  - 25006.010: Prepayments do not advance the point at which the contractor will review the account to determine if the borrower has fulfilled the twelve-payment requirement
  - 25006.020: If the borrower makes a payment during a period in which they are not required to make monthly payments, the payment is applied to the loan; however, it will

not count as one of the required monthly payments

For example if a borrower makes a payment while they are still in their Grace Period, that payment will not count towards the borrower's 12 on time monthly payments.

- **25007.000: The contractor shall re-evaluate the rebate (reverse or apply) when any scenario is encountered where the loan is rebuilt or relived, (IE: payment identified that wasn't posted properly, NSF, processing error, etc.)**

  **Note: This requirement is only valid for loans created with first disbursement dates prior to 07/01/2012**

- **25008.000: The contractor shall provide interest rebate information for loans being consolidated.**

  **Note: This requirement is only valid for loans created with first disbursement dates prior to 07/01/2012**

  - o 25008.010: For loans paid off with a Direct Loan consolidation prior to 10/01/2016 and prior to having earned the rebate, the borrower will lose the rebate if a late payment has been made. Otherwise, the eligibility to earn the rebate is transferred to the new Direct Loan Consolidation Loan and the borrower must meet the 12-month eligibility requirement.
  - o 25008.020: If the loan is paid off with a Direct Loan consolidation on or after 10/01/2016 and prior to having earned the rebate, the borrower will lose the rebate (even if the rebate would have been earned during the full 12-month period).
  - o 25008.030: If the loan defaults prior to earning the rebate, the borrower will lose the rebate prior to transfer to the collections system.
  - o 25008.040: If the borrower, prior to having earned the interest rate reduction, pays off a consolidation loan, the lower interest rate will cease accruing at the point of payoff. No adjustment is required to recover interest dollars at the original higher interest rate.
  - o 25008.050: If the loan is defaulted prior to the borrower having earned the interest rate reduction, the lower interest rate will cease, and the borrower will lose the interest rate reduction prior to the transfer to the collections system.
  - o 25008.060: If the loan is re-consolidated prior to the borrower having earned the interest rate reduction, the borrower will lose the interest rate reduction at the point of re-consolidation.
  - o 25008.070: If a consolidation loan certification is received prior to the borrower having earned the interest rate reduction, the certification is provided at the original higher interest rate.
  - o 25008.080: If the loan consolidation payoff is received subsequent to the 12-month evaluation period, the achieved lower interest rate will be applied and will prevail

- **25009.000: The contractor shall evaluate every borrower given an interest rebate to determine if the borrower has earned the rebate.**

  **Note: This requirement is only valid for loans created with first disbursement dates prior to 07/01/2012**

  - o 25009.010: Interest rebates to be tracked include the "Non-Consolidation Up Front Interest Rebate" and the "Consolidation Interest Rate reduction".
  - o 25009.020: The contractor will track the borrower's first 12 required payments to determine whether the payments are on time or not.
  - o 25009.030: Payments are deemed "on time" if they are received no later than six calendar days after the due date. However, calculated zero dollar payments or payments

made during in-school, grace, or periods of deferment or forbearance do not count toward eligibility for the 12 required on-time payments.
- o 25009.040: The contractor shall evaluate the borrower on the 7th day after the due date of the thirteenth payment due (excludes any forbearance & deferment time).
- o 25009.050: If the first 12 payments were made "on-time" (within 6 calendar days of the due date) the borrower earns the rebate.
- o 25009.060: The borrower will lose the repayment incentive benefit after the contractor reviews the account on the 7th day after the due date of the thirteenth payment to determine if the on time payment agreement has been fulfilled.

- **25010.000: The contractor shall provide the provisions allotted to borrowers per the Servicemembers Civil Relief Act (SCRA) HEOA section 422 HEA sections 428(d) and 438**

  - o 25010.010: [Moved to 25012]

  - o 25010.020: The contractor shall limit the interest rate to 6% on the borrower's loans (FFEL and Direct Loans) while the borrower is in active military duty. This applies to borrower in service as of August 14, 2008.

    Note: Borrower's serving before the effective date of this change may not receive a refund of the interest paid in excess of the 6% limit before August 14, 2008.
    - 25010.021: Eligible military borrower is one who is:
      --serving on active duty,
      --the debt was incurred prior to entry on active duty
      --and that military service affects the member's ability to pay.
    - 25010.022: For loans which are eligible under the SCRA, the contractor shall reduce the interest rate to 6% for the duration of the borrower's eligibility for SCRA benefits and shall, if the borrower is repaying his or her loan under the standard, graduated, or extended repayment plan, re-amortize the borrower's loan using the reduced interest rate.
    - 25010.023: The contractor shall not accelerate the principal amount owed and forgives (vs. defers) the excess interest payments that would have been due under the higher interest rate so that the borrower is not liable for the excess after he or she is released from active service.
    - 25010.024: When implementing annual variable rate changes, the contractor shall ensure that an active duty borrower's interest rate is always the lower of the statutory rate or 6%.
  - o 25010.030: The contractor shall apply the interest benefit back to the later of the Active Duty Status "Begin" Date or August 14, 2008 if a borrower is identified as eligible for the 6% interest limit and the benefit was not previously provided.
    - 25010.031: An eligible borrower shall receive the 6% interest rate limit on the statutory rate prior to the application of any benefits that may reduce the rate (i.e. A borrower with a statutory rate of 6.25% who is taking advantage of the .25% ACH benefit should be given the 6.0% rate and then receive the ACH benefit in addition, giving that borrower a 5.75% active interest rate).
  - o 25010.040: The contractor shall use the DoD (DMDC) database to compare ALL borrowers in the contractor's portfolio to identify all military personnel that qualify for Service Civil Relief Act (SCRA) benefits and may benefit from targeted counseling and tracking of other military benefits.

    https://scra.dmdc.osd.mil/
    - 25010.041: If the service member requests SCRA or are eligible for other military benefits, but does not send a copy of their military orders, the contractor shall check the DoD database to confirm eligibility for the interest rate reduction

- 25010.042: The DoD database shall be used to end other military benefits that have equivalent or more stringent active duty requirements than what is needed to obtain SCRA benefits (such as the military service deferment).
- 25010.050: The contractor shall accept SCRA related documents via electronic mail, facsimile, U.S. mail, overnight delivery, in person delivery at full-service branches and via online intake forms. The contactors will place these documents in a queue to work. The contractor shall also accept requests over the telephone.
- 25010.060: The contractor shall complete a comparison of all borrowers on the servicing system monthly with the DoD database to identify eligible service members.
  - 25010.061: The contractor shall provide continual monitoring of borrowers that are receiving military benefits and or identified as a military service member. The servicers shall perform no less than monthly monitoring of borrowers who are receiving SCRA benefits.
- 25010.070: The contractor shall use the Notification Date for the SCRA begin date for reservists, which is typically earlier than the actual active duty begin date
- 25010.080: The contractor shall retain and update military status information on the borrower's account
  - 25010.081: The contractor shall annotate and keep current in the borrower history, all SCRA begin and end dates for tracking months of usage.
- 25010.090: The contractor shall apply SCRA benefits to borrowers who are confirmed in active duty status based on the dates provided in the DoD database response file. Only SCRA benefits can be automatically applied based on the database match.
- 25010.100: Based on the database monitoring, the contractor shall end SCRA benefits, including re-amortizing loans being repaid under the standard, graduated, and extended repayment plans using the higher interest rate, as of the Active Duty Status "End" Date as documented in the database as the end date for SCRA benefits.
- 25010.110: If applying SCRA benefits to borrowers with consolidation loans, the contractor will first check the prior loan history for SCRA begin and end dates to determine prior months of usage (if any), in order to properly track the total 60 months of usage.
- 25010.120: The contractor shall not retroactively reduce benefits. If the contractor applied the interest rate cap for an active duty service period, and later data reported by the DMDC changes the active duty status for that same period, so that the borrower no longer qualifies for the interest rate cap, the contractor shall not retroactively remove the interest rate cap.
  - 25010.121: Active duty status for prior period disappears: Upon receiving DMDC match data that indicates a borrower was on active duty status for a 6-month period, the contractor applies the interest rate cap for that 6-month period. The borrower continues active duty status beyond the 6-month period, so the contractor continues applying the interest rate cap for consecutive active duty status periods. One day, when the DMDC match data is returned, the contractor notices that the DMDC is no longer reporting active duty status for the first 6-month period. The contractor shall not retroactively remove the interest rate cap that was applied for that active duty status period.
  - 25010.122: Active duty status for prior period appears for the first time: When the DMDC match data is returned for a borrower that has been on consecutive active duty status period, the contractor notices that the DMDC is reporting an *earlier* begin date for active duty status. The contractor must retroactively apply the interest rate cap for the new active duty status period, even though it's earlier than previously reported.
  - 25010.123: Active duty status ends before expected: The borrower submits paperwork indicating anticipated active duty status begin and end dates. The contractor enters that information into the servicing system, and applies the interest rate cap for the time that has passed so far. The contractor periodically checks the DMDC and applies the interest rate cap throughout the anticipated active duty status period. In the future, the DMDC match data reflects an end

date, earlier than anticipated. In fact, the new end date is in the past and the contractor has already applied the interest cap beyond the new end date. The contractor shall discontinue application of the interest rate cap. The contractor shall not retroactively remove the interest rate cap that was applied for the previously reported active duty status period.

- o 25010.130: 180 Day Rule – Data Match: The contractor shall apply the SCRA interest benefit if a borrower identified through the data match has an Active Duty Status "End" Date that is more than 180 calendar days in the past as of the date the borrower is identified through the match.
- o 25010.140: 180 Day Rule – Written Request: The existing regulatory provision, which requires a borrower who requests SCRA benefits in writing to do so not more than calendar 180 days after the Active Duty Status "End" Date, no longer applies. The contractor shall grant SCRA benefits to a borrower who provides documentation even if the Active Duty Status "End" Date is more than 180 calendar days before the postmark date of the borrower's request.
- o 25010.150: For loans that have endorsers, the contractor and/or the contractor shall also check whether the endorser is eligible for SCRA benefits and shall apply such benefits regardless of whether the contractor and/or the contractor is currently pursuing the endorser for repayment of the loan. For endorsers, the date the debt is incurred for the purposes of determining eligibility of the loan for SCRA benefits based on the endorser's active duty military service is the date the endorser signs the endorser addendum to the MPN. If the date the endorser signed the endorser addendum is unknown, the contractor and/or the contractor shall use the earliest known disbursement date for the applicable loan for determining whether it is eligible for SCRA benefits based on the endorser's active duty military service. If both the borrower and the endorser are eligible for SCRA benefits on the loan, the contractor and/or the contractor shall use the earliest Active Duty "Start" Date and the latest Active Duty "End" Date to start and end SCRA benefits.
- o 25010.160: For loans that have multiple borrowers, such as co-made PLUS loans or joint consolidation loans, the contractor and/or the contractor shall check whether either co-borrower is eligible for SCRA benefits and shall apply such benefits regardless of whether both co-borrowers are eligible for such benefits. If both borrowers are eligible for SCRA benefits on the loan, the contractor and/or the contractor shall use the earliest Active Duty "Start" Date and the latest Active Duty "End" Date to start and end SCRA benefits.
- o 25010.170: If the Active Duty Begin Date, or the Notification Date in the case of reservists called to active duty, is earlier than the date the loan was assigned to the contractor, the contractor and/or the contractor shall adjust the loan balance as if the benefit had been in place from the date the borrower became eligible for the benefit. That is, the contractor shall obtain servicing records (where available) from previous servicers as needed to compute the adjustment.
- o 25010.180: The contractor shall use the date the borrower applied for the Consolidation Loan when determining whether the loan is eligible for SCRA benefits. For SCRA eligibility purposes, the date applied for a Consolidation Loan is defined as the date the Consolidation Loan application was signed. If the application date is unknown, the contractor shall use the earliest known disbursement date for the consolidation loan for determining whether it is eligible for SCRA benefits.
- o 25010.190: For any other circumstances where application of the SCRA benefit results in an overpayment to a loan, the contractor shall refund the amount of that overpayment to the borrower
- o 25010.200: The contractor shall treat the database as being more reliable and rely upon a borrower to explicitly inform the contactor that the orders are more current than the database (Written Documentation vs information in DMDC database).
- o 25010.210: The contractor shall notify the service member that the benefit is being applied and provide the service member an opportunity to request additional information.
- o 25010.220: The contractor shall identify any borrower on active duty that fails to recertify income while on an IDR plan and allow the borrower to remain on IDR at the existing

payment amount (waive the need for income information to remain on IDR in this situation).

- 25010.230: Below are examples of various SCRA scenarios:
    - 25010.231: Example 1a (Active Duty) - Non-Default Servicer
        - Request Date = 7/1/14
        - Match Date = 7/15/14
        - Active Duty Status "Begin" Date = 1/1/13
        - Active Duty Status "End" Date = (blank)
        - Servicers would apply the SCRA interest benefit as of the "notification" date of 1/1/13 for Reservist
        - Servicers would monitor the DoD site not less than monthly to determine active duty end date
        - Reapply all payments accordingly.
    - 25010.232: Example 1b (Reservist) - Non-Default Servicer
        - Notification Date = 1/1/13
        - Active Duty Status "Begin" Date = 3/1/13
        - Assumption: Borrower account on servicer system as of the active duty begin date
        - Servicers would apply the SCRA interest benefit as of the active duty begin date of 1/1/13
        - Servicers would monitor the DoD site not less than monthly to determine active duty end date
        - Reapply all payments accordingly.
    - 25010.233: Example 2a Non-Default Servicer:
        - (Request) Borrower provides documentation = 7/1/14
        - Active Duty Status "Begin" Date = 1/1/13
        - Active Duty Status "End" Date = 8/1/14
        - Assumption: Borrower account on servicer system as of the active duty begin date
        - Servicers would apply the SCRA interest benefit as of the active duty begin date of 1/1/13
        - Servicers would end the SCRA interest benefit as of the active duty end date of 8/1/14
        - Servicers would monitor the DoD site prior to the end date to confirm changes in status
        - Servicers would review documentation to determine eligibility for all military benefits
        - Reapply all payments accordingly.
    - 25010.234: Example 2(b) (180 day Process)
        - Borrower provides written documentation = 7/1/14
        - Active Duty Status "Begin" Date = 1/1/12
        - Active Duty Status "End" Date = 1/30/14
        - Servicer performs match of DoD database = 7/1/14
        - Active Duty Status "Begin" Date = 1/1/12
        - Active Duty Status "End" Date = 1/30/14
        - Servicers would apply the SCRA interest benefit as of the active duty begin date of 1/1/12 for all borrowers identified in the match and in cases where the borrower provided documentation (180 day rule would not apply)
        - Servicers would review documentation to determine eligibility for all military loan benefits
        - Reapply all payments accordingly.
    - 25010.235: Example 3 (Loan Transfer) Non-Default Servicers
        - Active Duty Begin earlier than (Servicer 2) has loan

- Transfer from (Servicer 1) to (Servicer 2) = 5/1/13
- Active Duty Request Date (Servicer 2) = 7/1/14
- Match Date = 7/15/14
- Active Duty Status "Begin" Date = 1/1/13
- Active Duty Status "End" Date = (blank)
- (Servicer 2) would be expected to apply the SCRA interest benefit as of the active duty begin date of 1/1/13
- (Servicer 2) is required to work with (Servicer 1) to handle any post adjustment transactions
- (Servicer 2) would monitor the DoD site not less than monthly to determine active duty end date
- Reapply all payments accordingly.
- Note: Servicers are currently required to handle post adjustments and pre-transfer application of deferment and forbearance processing. This could follow the same adjustment protocol.

- 25010.236: Example 4 (TPD Servicer) Non-Default Servicers
  - Reinstatement from (TPD Servicer) to (Servicer 1) = 5/1/13
  - Active Duty Request Date (Servicer 1) = 7/1/14
  - Match Date = 7/15/14
  - Active Duty Status "Begin" Date = 4/1/13
  - Active Duty Status "End" Date = (blank)
  - (Servicer 1) would be expected to apply the SCRA interest benefit as of the active duty begin date of 4/1/13
  - (Servicer 1) is required to work with (TPD Servicer) to handle any post adjustment transactions
  - (Servicer 1) would monitor the DoD site not less than monthly to determine active duty end date
  - Reapply all payments accordingly.

- 25010.236: Example 5 (Rehab)
  - Rehab loan from (DMCS) to (Servicer 1) = 7/1/2014
  - Loan balance of 6,000 interest rate of 6.8%
  - Loan originally defaulted and sent to DMCS on 7/1/2013
  - When the loan originally defaulted, the balance was $5,500; DMCS has no history on the loan prior to the default.
  - Active Duty Request Date (Servicer 1) = 7/8/14
  - Match Date = 7/15/14
  - Active Duty Status "Begin" Date = 1/1/13
  - Active Duty Status "End" Date = (blank)
  - NOTE: Operational constraints cannot be justification for refusing to adjust an account if the borrower provides proof that they were entitled to military benefits.
  - Servicers would apply the SCRA interest benefit for a borrower identified through the data match even if the active duty begin date occurred prior to the rehab date on the servicer system
  - Servicers would apply the SCRA interest benefit as of the active duty "begin" date of 1/1/13
  - Servicers would monitor the DoD site prior to the end date to confirm changes in status
  - Servicers would review documentation to determine eligibility for all military benefits
  - Reapply all payments accordingly.

- 25010.237: Example 6 (Default)
  - Borrower defaulted as of 7/11/13
  - Active Duty Request Date = 7/1/14

- Match Date = 7/15/14
- Active Duty Status "Begin" Date = 1/1/13
- Active Duty Status "End" Date = (blank)
- NOTE: Operational constraints cannot be justification for refusing to adjust an account if the borrower provides proof that they were entitled to military benefits.
- DMCS will be required to apply the SCRA interest benefit for loans prior to the date the loan loaded to DMCS.
- DMCS will not charge collection costs during the period of active duty. If collection costs have already been charged, DMCS shall reverse and reapply the affected payments, waive any collection costs charged, and refund any resulting overpayment of the account.
- DMCS will recall from a PCA any active duty account currently not on an active repayment plan
- DMCS will prevent PCA assignment for any active duty account that is currently in the default workgroup

- **25011.000: The contractor shall support borrower incentive programs that allow for various interest rate reductions and/or rebate amounts based on multiple trigger activities such as upon signing on for ACH, entry into repayment, 1 on-time payment upon entering repayment, etc.**

- **25012.000: The contractor shall provide the provisions allotted to borrowers per the Imminent Danger Pay (IDP) and Hostile Fire Pay (HFP) as defined in 37 US Code 310.**

  - 25012.010: The contractor shall provide a provision to allow eligible military borrowers to have no interest accrued during periods of eligibility, not to exceed 60 months for Direct Loans.
    - 25012.011: Eligible military borrower is one who is:
      --serving on active duty during a war or other military operation or national emergency; or
      --performing qualifying National Guard duty during a war or other military operation or national emergency; and
      --serving in an area of hostilities in which service qualifies for special pay under section 310 of title 37, U.S.C.
      25012.012: For Direct Loan Borrowers who qualify for the military service deferment, the borrower's deferment period and the 60-month period of no interest accrual run concurrently.
  - 25012.020: This provision will allow borrower in IDP and HFP to receive a benefit so that interest does not accrue for a period of up to 60 months on loans disbursed on or after October 1, 2008 (or on a portion of a Direct Consolidation Loan that repaid a Direct Loan and/or FFEL Program loan first disbursed on or after October 1, 2008).

- **25013.000: The contractor shall process Imminent Danger Pay (IDP) and Hostile Pay (HFP) Transactions**

  - 25013.010: The contractor shall load and process Notification Files from NSLDS.
  - 25013.020: The contractor shall respond to Notification files with a Confirmation File through SAIG using the DODMTCIN message class.
  - 25013.030: The contractor shall report all instances of Interest Rate Reductions for IDP or HFP, whether notified by NSLDS or through other sources, in batch reporting.

- o 25013.040: The contractor shall begin making adjustments to borrower accounts when they receive notification (including paper) that borrowers were in an area of hostility while on active duty.
- o 25013.050: They shall accept written requests from borrowers.
  - 20013.051: For proof of hostile pay or imminent danger on written requests, the contractor may accept letters from a commanding officer or leave and earning statement.
  - 20013.052: The received documentation should show the beginning and ending dates of eligible service.
- o 25013.060: Eligibility should not exceed 60 months in total.
- o 25013.070: Once the contractor's system receives the notification from NSLDS, the contactor shall evaluate the borrower's account to determine if they should apply the benefit. If the borrower was in a hazard pay area, has the borrower previously received an interest reduction for 60 months or longer? If yes then borrower is no longer eligible for benefit.
- o 25013.080: If the borrower has received interest reductions previously for 60 months or longer, the contractor shall not make an adjustment on the account.
- o 25013.090: If the borrower has not received an interest reduction previously for 60 months or longer, the contractor shall adjust the borrower's interest accrual to show that interest did not accrue during the time frame of eligibility.
- o 25013.100: If the borrower has received interest reductions previously for 60 months or longer, the contractor shall not make an adjustment on the account.
- o 25013.110: The contractor shall notify the borrower that they may be eligible for a deferment (not applicable to DMCS) and that the interest accrual has been adjusted for the time frame provided, including the reduction amount and the time frame of the reduction period. FSA will write this communication and provide it when it is finalized.

*Section 26000: Interest Rate, Interest Calculation, Charges and Fees*

- **26000.000: The contractor shall have the ability to assess charge/fees (i.e. Non-sufficient funds charge, late payment fee, etc.) Please refer to 34 CFR 202(a) for the federal regulation that dictates the requirements below.**

  **Note: NSF charges or late fees are NOT assessed on loans in the ED portfolio at this time.**

  - 26000.010: The contractor shall not have placeholders for charges or fees on their disclosures, communications to the borrowers or on their website visible by the borrower until FSA directs them to do so.
    - 26000.011: The term "Late Fee(s)" is reference to charges, from a Federal Servicer or the Department, to a borrower who does not make a payment on-time, by their statement due date. The term does not include references of fees charged for returned checks by an outside bank or borrower payment entity and collection costs for defaulted Federal loans.
    - 26000.012: The contractor shall review all borrower-facing media and correspondence and identify all instances which reference late fee(s). All media and correspondence include, but is not limited to:
      - Borrower letters, emails and text messages,
      - Billing statements,
      - Call scripts - referencing fees assessed for late payment,
      - Disclosure statements.
      - Website content - referencing fees assessed for late payment, and
      - Informational brochures.
      - All documents which identify reference to the term, late fee(s), must be edited to remove reference of the term.
      - Exception: The servicer may state that the U.S. Department of Education does not assess fees for late payment of Federal Direct Loans in call scripts and website FAQ's.
  - 26001.020: The contractor shall have the ability to reverse and adjust assessed charged/fees.

- **26001.000: The contractor shall accrue and report daily, weekly, and monthly interest accruals.**

  - 26001.010: The contractor shall have the ability to support interest and principal field lengths of at least 99,999,999.00 for each loan/grant on the servicing system (without splitting up the loan into segments).
  - 26001.020: The contractor shall store the interest accrual amount have the ability to reverse and adjust accrued interest

- **26002.000: For all loans during periods of subsidy (such as but not limited to, subsidized loans in school, subsidized loans in-grace, all loans in deferments, etc.) the contractor shall accrue & report waived interest (also known as subsidized or government interest") for financial accounting purposes only.**

  **See Financial Activity and Transactions for more information on waived interest**
  - 26002.010: For each loan loaded to the system at initial conversion and as loans are transferred from other vendors the contractor shall accrue and report waived interest to FMS from that point forward.
  - 26002.020: Waived interest occurs when normal interest accruals are not assessed to the loan.
  - 26002.030: Payments are not applied to waived interest.

- o 26002.040: [DELETED]

- o 26002.050: The contractor shall have the ability to reverse and adjust waived interest.

- **26003.000: The contractor shall apply all variations of interest rates for all types of federally held loans. Please refer to 34 CFR 685.202(a) for the federal regulation that dictates the requirements below regarding interest accruals.**

  - o 26003.010: The contractor shall store all prior, current and future interest rates for loans and apply the rates to loans per statute/regulations.

- **26004.000: The contractor shall use following calculation to determine a loan's daily interest accrual.**

  - o 26004.010: Daily interest equals the loan's total principal balance outstanding multiplied by the annual interest rate then divided by 365.25.'
  - o 26004.020: The contractor shall calculate daily interest out to 5 decimal places and truncate.
    Excel Formula is =Trunc(Loan Prin Balance * interest rate/365.25,5)
    Example: Loan Princ Balance =  $1,234.75 Interest Rate = 3.25%  Number of calendar days = 365.25 Per Diem = $0.10986
    Example =Trunc($1,234.75*3.25%/365.25,5) = $0.10986 per diem

    This per diem shall be used to calculate accrued interest to be satisfied. When calculating accrued interest to be satisfied, the contractor shall multiply the per diem derived from the above formula by the number of calendar days since interest was last accrued. The result shall be truncated at 2 decimal places and shall not be rounded up. Example using the above example with 30 calendar days since interest was accrued equates to $0.10986 x 30 = $3.29580, truncated 2 places equates to $3.29 in interest to be satisfied.

- **26005.000: The contractor shall post accrued interest to a borrower's loan(s) on at least a monthly basis. At the end of the month interest is accrued and posted from the date of the last accrual through and including the last day of the month.**

  - o 26005.010: The contractor shall post waived interest to a borrower's loan(s) on at least a monthly basis. At the end of the month waived interest is accrued and posted from the date of the last accrual through and including the last day of the month.

- **26006.000: The contractor shall accrue and post interest before the Servicer applies a borrower's payment.**

  - o 26006.010: Payments are not applied to waived interest. Waived interest is accrued and written-off or adjusted to zero before the contractor applies a payment.
  - o 26006.020: The contractor accrues and posts interest to the account from the last-accrued-through date up until the day prior to the date the payment is applied.

- **26007.000: The contractor shall accrue and post accrued interest to the borrower's loan(s) when the status of the loan(s) changes.**

- **26008.000: The contractor shall ensure consolidation loans that were originated on or after 2/1/1999 and before 7/1/1999 are not updated to a fixed interest rate as a result of transfer. The loans are variable interest rate loans.**

- **26009.000: For variable interest rate loans, the contractor shall assign an interest rate in twelve month increments from July 1 to June 30. The interest rate is adjusted annually on June 30 and effective on the following July 1. (FSA will provide formal notice through the contract office of the new interest rates but will not issue a CR to cover contractor costs associated with this routine maintenance).**

- **26010.000: The contractor shall adjust all monthly payment amounts to reflect the change in the variable interest rate for the July payment of each year.**

    - 26010.010: Prior to July 1, the contractor shall send the borrower an interest rate change notification. This notification states the new interest rate and explains how the new interest rate will affect the borrower's monthly payment amount and that the new monthly payment amount will be incorporated in the borrower's next billing statement.

- **26011.000: The contractor shall accrue interest from the date of the first disbursement for Unsubsidized and Plus loans.**

- **26012.000: The contractor shall, for all Consolidation Loans, begin to accrue interest on the date that Direct Loan Consolidation disbursed the payoff funds (the disbursement date of the Direct Consolidation Loan disbursement).**

- **26013.000: The contractor shall send the borrower quarterly interest statements during periods in a non-repayment status (In-School, In Grace, Deferment, and Forbearance).**

    - 23013.010: The contractor shall generate interest statements at the end of each calendar quarter (March 31, June 30, September 30, December 31).
    - 26013.020: The interest statement discloses the interest accrued through the quarter end, and total unpaid interest at the quarter end.

- **26014.000: The contractor shall send the borrower interest statements quarterly and upon the borrower's request. Examples include, but are not limited to the below:**

    - 26014.010: Quarterly statement. Unsubsidized interest accrued on a borrower's loan(s) during in-school period, and total interest unpaid at quarter end.
    - 26014.020: Quarterly statement. Unsubsidized interest accrued on a borrower's loan(s) during grace and deferment period and total interest unpaid at quarter end. Notifies the borrower that the interest will capitalize.
    - 26014.030: Quarterly statement. Interest accrued on a borrower's loan(s) during a cessation of payment forbearance period, and total interest unpaid at quarter end. Notifies borrower that unpaid interest will be capitalized at the end of the forbearance period.
    - 26014.040: Borrower calls and requests an interest statement for interest accrued and unpaid to date.
    - 26014.050: Borrower calls and requests an interest statement for interest accrued during a specific time period defined by the borrower.
    - 26014.060: Waived interest is not reported to the borrower.

- **26015.000: The contractor shall display the accrued through date, this will represent the date to which the outstanding interest is accrued up until and including this date.**

- **26016.000: The contractor shall report all interest adjustments, interest accruals, and all interest-related transactions to FMS and include unique reason codes.**
  **See Financial Activity and Transactions, and see FMS Interface**

- **26017.000: The contractor shall reconcile all financial activity on their servicing contractor and with FMS.**
  **See Financial Reconciliations and Reporting.**

- **26018.000: The contractor shall set the interest rate on all federally held loans to 0.00% for the period starting 3/13/2020 and when the payment pause ends (CARES Act).**

  - 26018.010: The interest rate change is not expected to modify the borrower's current monthly payment amount or current loan status.
  - 26018.020: The contractor shall not count any months a borrower is in 0% interest due to this requirement toward any military type 0% interest period (do not count these months against the limited number of 0% months allowed).
  - 26018.020: The contractor shall continue to accrue interest at 0% for borrowers that have opted out of forbearance period through the end of the payment pause.

*Section 27000: Interest Capitalization*

- **27000.000: The contractor shall have the ability to capitalize interest (add outstanding interest to the outstanding principal balance), on all federally held loans.**

  - 27000.010: The contractor shall have the ability to adjust and reverse capitalized interest.
  - 27000.020: The contractor shall have the ability to store and report all capitalized interest and adjustments to and reversals of capitalized interest.

- **27001.000: The contractor shall capitalize interest on federally held loans only as explicitly authorized in this requirement (and sub-requirements); in accordance with 34 CFR 685.202(b). With the exception of the period beginning 3/13/2020 and ending 6 months after the payment pause ends where no interest capitalization should occur with an effective date within this period (CARES Act).**

  - 27001.010: When referencing a federally held FFELP Loan, the following FFELP loans in the Department's portfolio are included: PUT, FFEL Rehab, Conduit, and reinstated TPD loans.
  - 27001.020: When referencing a forbearance, all forbearances are included except for a non-capitalizing administrative forbearance, as specified in 34 CFR 685.205(b)(9) and 682.211(f)(11).
  - 27001.030: For Direct Subsidized Loans and ED-held FFEL Subsidized Stafford loans, interest is capitalized when the loan exits forbearance.
  - 27001.040: For Direct Unsubsidized Loans and ED-held FFEL Unsubsidized Stafford loans, interest is capitalized when the loan enters repayment, exits deferment, and exits forbearance.
  - 27001.050: For Direct PLUS Loans and ED-held FFEL PLUS loans, interest is capitalized when the loan exits deferment and exits forbearance.
  - 27001.060: For Direct Subsidized Consolidation Loans, interest is capitalized when the loan exits forbearance.
  - 27001.070: For Direct Unsubsidized Consolidation Loans, interest is capitalized when the loan exits deferment and exits forbearance.
  - 27001.080: For Direct PLUS Consolidation Loans, interest is capitalized when the loan exits deferment and exits forbearance.
  - 27001.090: For Direct Consolidation Loans that qualified for a grace period under regulations that were in effect for consolidation applications received before July 1, 2006, interest on the unsubsidized portion of the loan is also capitalized when the loan enters repayment.
  - 27001.100: Reinstated TPD loans should not have interest capitalized; TPD reinstatement is not equivalent to a loan entering repayment.
  - 27001.110: Waived interest is never capitalized as it is not owed by the borrower. (Note: Also known as subsidized or government interest)

- **27002.000: The contractor shall ensure that if a borrower enters a series of consecutive status changes that would otherwise result in interest capitalization (periods of back-to-back deferment and or forbearance), the contractor will capitalize only once, at the end of the final status change if there is no break (payment due) between the events.**

  - 27002.010: The transition from grace period to any other status, including deferment or forbearance, is not included in this requirement.

- **27003.000: The contractor shall capitalize all outstanding, unpaid interest (excluding neg am*) at the end of a capping deferment or forbearance period.**

- 27003.010: Interest that accrued due to a loan's negative amortization will not capitalize at the end of a deferment or forbearance except as permitted in requirement 5051.030
- 27003.020:  If a 'prior delinquency pay plan admin forb' is immediately followed by a non-capping admin forb applied to a borrower while collecting income documentation, there should be only one period of capitalization, at the end of the non-capping forbearance. Only the interest that accrued during the capping forbearance period (which was used to cover prior delinquency) shall be capitalized.
- 27003.030: Interest that accrued prior to the loan entering a period of deferment or forbearance that remains unpaid when the borrower exits the period of deferment or forbearance and capitalization is otherwise permitted, the capitalization amount may include interest that accrued prior to the loan entering the period of deferment or forbearance.

- **27004.000: The contractor shall "Never" capitalize interest for non-capping forbearance**

  - 27004.010: Interest accrued while loan is in a non-capping forbearance shall be the last interest category to be satisfied with a payment.
  - 27004.020: When payments are applied to interest, they shall pay down interest amounts in the following order:
  1) Neg Am
  2) Regular interest
  3) Non-capping interest

- **27005.000: The contractor shall reference FSA standards for all capitalization requirements in Processing/Servicing and Repayment Plan requirements.**

  **See attachment 27005 Capitalization Job Aid V1**

- **27006.000: The contractor shall recalculate the borrower payment, re-disclose the payment schedule, and notify the borrower of the capitalization amount at each occurrence of capitalization.**


- **27007.000:** For IBR and PAYE borrowers with a PFH, interest shall not capitalize at the end of a deferment or forbearance. For IBR or PAYE borrowers that lose their PFH, interest shall be capitalized at the end of the deferment or forbearance. For borrower on REPAYE and ICR interest will capitalize at the end of the deferment or forbearance regardless of PFH status.

- **27008.000: The contractor shall have a mechanism to capture the different interest types based on the status the borrower is in.**

  **For example the contractor should be able to identify the interest accrued while in a deferment versus the interest accrued while in a Non-capping forbearance.**

- **27009.000: The contractor shall report all capitalized interest transactions to FMS.**
  **See Financial Activity and Transactions, and see FMS Interface**

- **27010.000: The contractor shall reconcile all financial activity on their servicing contractor and with FMS.**
  **See Financial Reconciliations and Reporting.**

*Section 28000: Payment and Refund Processing*

- **28000.000: The contractor shall process all payments and payment returns (insufficient funds/NSF, etc.) received from all payment sources including but not limited to Lockbox/ACH vendor, DOJ, IPAC, paper checks, web/mobile applications.**

  - 28000.010: All payments shall be reviewed and applied by the contractor to borrower accounts upon receipt by the contractor.

    See Financial Reporting and Reconciliation requirements for more details on timeliness of payment posting.
  - 28000.020: The contractor shall credit payments effective as of the date of receipt.
    - 28000.021: Payments should be credited to borrower accounts as of the receipt date for payments sent by U.S. mail and electronic payments sent by a borrower's bank.
    - 28000.022: The contractor shall clearly identify the date online payments will be credited to the borrower account (effective date) prior to the submission of online payments. The payments should be made effective as soon as allowable.
    - 28000.023: For payments received via IPAC (Inter-governmental Payment and Collection System) the contractor shall use the original effective dates of each payment/payment return within the IPAC (using detail provided by the sender), not the date of the deposit/schedule number of the Treasury IPAC.
    - 28000.024: The contractor shall use the treasury confirmation date as the payment effective date for payments received by the contractor's commercial entity but intended for a borrower's federally held loans.

      The date the payment was received by the contractor's commercial entity does not have any bearing on the effective date of the payment posted to the borrower's federally held loans. Note: FSA cannot dictate the operational procedures of a contractor's commercial entity, however contractor need to be fully aware of the following: (i) If a contractor's commercial entity sends a payment to FSA on behalf of the borrower, FSA will not provide reimbursement for any NSFs that occur on the underlying payment (i.e. FSA will not process refunds to a contractor's commercial entity); (ii) Contractor assume the risk & responsibility of cost incurred for payments issued on the borrower's behalf; and (iii) contractor should not post adjustments to borrowers' accounts (to temporarily clear delinquency) while researching missing payments.
    - 28000.025: The contractor shall backdate payments and document to the date the payment should have been processed for a "no fault" payment (i.e. through "no fault" of the borrower the payment is not received or processed in a timely manner by the contractor).
      Contractor should not post the payment with the Treasury schedule date and then process write-offs to adjust the interest accrued between the date the payment was received and the date the payment was applied. Note the following: (i) No fault payments are an exception to the general guidance to use the Treasury confirmation date as the effective date. There may be a financial impact to the affected borrowers if the payment posting date is after the intended effective date; (ii) The borrower should not be harmed as a result of a no fault payment instance. As such: 1. The borrower should not lose the opportunity for a payment to be considered a qualifying payment under Public Service Loan Forgiveness (PSLF) program (i.e. payment must be received within 15 calendar days of payment due date); 2. The borrower should not lose their on-time payment incentive; (iii) Upon request, the contractor is required to provide supporting documentation for any payments not applied as of the Treasury

schedule date.

The contractor shall not process interest write-offs in place of backdating payments.

- 28000.025.10: "No fault" payments are payments received by a contractor but, due to no fault of the borrower, the borrower's payment was not received or processed timely and thus was posted with a later effective date and not the date the payment was expected to be posted. The following are considered "no fault" payments: Automated Clearing House (ACH) payment not pulled by contractor; Borrower unable to make an online payment due to transfer-in process; Pulled ACH but vendor posted to commercial side rather than the federal side of the contractor; and Damaged checks (i.e. damaged during processing; check replacement needed). Note: Additional no-fault scenarios require FSA approval

- **28001.000: The contractor shall have the ability to process payment reversals and correct processing errors.**

  - o 28001.010: Payment reversals may need to be used to correct processing errors such as to reverse a payment processed for the wrong amount or allocated incorrectly, or to reverse a payment from one loan to another or from borrower account to suspense. In these instances, the payments are reversed and then reprocessed or reapplied.

- **28002.000: The contractor shall maintain an unapplied payment recycle (suspense) file for payments and payment returns that cannot be applied to a borrowers account upon receipt.**

  **See Financial Reporting and Reconciliation requirements for more information on unapplied payment recycle file.**

  - o 28002.010: The contractor shall review all payments and payment returns that post to the contractor's unapplied/recycle/suspense within 2 business days of receipt to research the reason for posting to suspense and to determine the appropriate corrective action.
    - ▪ 28002.011: The initial manual review of each payment /return shall include research using readily available resources such as but not limited to payment envelopes, check memos, NSLDS, servicing contractor.
  - o 28002.020: The contractor shall continue to revisit and research each payment/payment returns in their unapplied/suspense every 30 calendar days until final resolution. Continued due diligence is required to attempt to post each payments/return.

    See 24000 series requirements for more information on Due Diligence and Skip Trace activities
    - ▪ 28002.021: Every effort must be made by the contractor to post all payments/payment returns from the contractor's unapplied/suspense within 60 calendar days of receipt. No payment/return in suspense should ever be aged more than 10 months (allowing time for completion of escheatment process - see more information on escheatment in requirements 28029)
  - o 28002.030: The contractor shall retain an audit trail tracking each time a payment/return in suspense is revisited and what steps were taken to attempt to post the payment/return.
    - ▪ 28002.031: Each payment/return shall include a clear explanation as to why the payment/return remains unapplied.

      See Financial Reconciliations and Reports for more specifics on unapplied/suspense reports.

- **28003.000: The contractor shall consistently apply payments to loans.**

- o 28003.010: Payments made matching the total amount due shall be applied to the total amount due for each loan unless otherwise instructed by the borrower.
- o 28003.020: Except in the case of payments applied to loans which the borrower is paying under an IBR, PAYE, or REPAYE plan, payments are applied first to any late charges and collection costs, then to outstanding interest, and then to outstanding principal
- o 28003.030: Payments applied to loans which the borrower is paying under an IBR, PAYE, or REPAYE plan, payments shall be applied first to outstanding interest, then to any late charges and collection costs, and then to outstanding principal.
- o 28003.040: The contractor shall apply all payments to any outstanding interest in the order below except for IDR borrowers. See 28003.041 for IDR exception.
  1. Neg Am Interest
  2. Regular Interest
  3. Non-Capping Interest
    - ▪ 28003.041: Any borrower who's calculated IDR payment that results in a payment not equal to the amount of monthly interest (and meets what other conditions needed for that subsidy/timeframe) will receive an interest subsidy applied to their account for the amount of monthly interest less the scheduled payment. If the borrower chooses to submit a payment greater than the scheduled payment amount it will not reduce the amount of interest subsidy that is applied to the borrower's loan.
- o 28003.050: The contractor shall accept and follow instructions from the borrower on applying payments.
    - ▪ 28003.051: The contractor shall apply the payment as requested by the borrower provided the request is not in conflict with regulations
    - ▪ 28003.052: The contractor shall honor the request of the customer so long as that request does not make the customer delinquent.
    - ▪ 28003.053: If the application of the borrower payment, based on standing borrower instructions, would force one or more loans into delinquency, the servicer will notify the borrower that the payment cannot be applied as requested by the customer.
    - ▪ 28003.054: The contractor shall provide the borrower with the ability to submit instructions on how a payment should be applied. If the transaction is manual the contractor will manually process the instruction for the payment.
    - ▪ 28003.055: The contractor shall allow the borrower to indicate if the payment instruction is to be applied only to a single payment or if it should apply to future payments also. If the borrower indicates it should be applied to the future payments the contractor shall store that request and apply payments following those instructions.
    - ▪ 28003.056: The contractor shall store the borrower's request regardless of if it was for one payment or ongoing within the borrower's servicing history.
    - ▪ 28003.057: The contractor shall use the borrower's most recent instructions if there is a discrepancy between multiple instructions received.
    - ▪ 28003.058: The contractor shall immediately provide notification to the borrower if at any time a payment instruction cannot be followed as requested. The notification shall include the reason why the contactor cannot follow the instruction and directions on how to make instructions on future payments.
    - ▪ 28003.059: A borrower may request to allocate any prepayment to specific loans (or loan groups, if the servicer uses groups instead of loans) or loan types. For example, the borrower may request to allocate a prepayment to unsubsidized loans only.
- o 28003.060: The contractor shall not refund prepayments to the borrower, unless the prepayment results in an overpayment of the borrower's loan(s) (e.g., brings the borrower's loan(s) balance below zero) or was identified as a misdirected payment (e.g., a mortgage payment).

- o 28003.070: The contractor shall clearly communicate to borrowers how payments will be allocated and give borrowers clear, plain language options to provide pay allocation instructions.
  - ▪ 28003.070: The contractor's communications (e.g., bills, notices) and /or self-service options and displays should provide clear and transparent explanations of how payments are applied, when they are processed, on what day they will be considered effective, and an explanation that prepayments will be applied to interest and principal but will reduce the amount that the borrower must pay in future months unless the borrower requests otherwise (consistent with the rules below).
  - ▪ 28003.070: The contractor shall provide the ability of a borrower to specify whether they want their prepayment to cover future installments when making payments on their websites.
  - ▪ 28003.070: If the amount of the prepayment is such that it causes a borrower to be relieved of the obligation to make an installment payment in one or more subsequent months, the Servicer shall notify the borrower of that fact, when the next payment is due, in what amount the payment will be; explain why they are not required to make a payment; and explain that if their intent was not that the prepayment cover a future installment payment, that they may contact the servicer to request (orally or in writing) that the payment be adjusted, how to contact the servicer, and in what timeframe (if any), the borrower must contact the servicer.

- **28004.000: The contractor shall apply overpayments consistently. Overpayments are defined as any payment that is greater than the past due amount plus the current due amount.**

  - o 28004.010: During any period (including the COVID-19 forbearance payment pause) the highest interest rate is determined using the statutory rate.
  - o 28004.020: The contractor shall apply overpayments using this overpayment default logic to apply the payment unless instructed otherwise by the borrower:
    - ▪ 28004.021: The contractor shall apply any amount in excess of the total amount due to the loan with the highest current interest rate.
    - ▪ 28004.022: If the loan with the highest interest rate is paid in full, the excess amount shall be applied to each successive loan with the next highest interest rate.
    - ▪ 28004.023: If multiple loans have the same interest rate and are not paid in full, the excess amount should be applied proportionally across all the loans without a subsidy prior to any loans with a subsidy. This includes consolidation loans where excess amounts should be applied to the unsubsidized portion prior to the subsidized portion.
    - ▪ 28004.024: If loans have the same interest rate and subsidy the excess amount should be applied in proportion to those loans with a regular monthly payment.
  - o 28004.030: [DELETED]

- **28005.000: The contractor shall apply underpayments (Payments made for less than the minimum due).**

  - o 28005.010: The contractor shall apply underpayments using this underpayment default logic to apply the payment unless instructed otherwise by the borrower. The contractor shall evaluate the total, past, and current due on each individual loan prior to applying the payment.
    - ▪ 28005.011: For borrowers with one loan that is more delinquent than all other loans (i.e., more days past due than any other loan), the contractor should apply the payment to that loan, up to the amount necessary to make it equally delinquent with the next most delinquent loan, if possible.

- 28005.012: For borrowers who have multiple, equally delinquent loans that are more delinquent than other loans, the contractor should allocate the payment to the loan in this set that has the lowest regular monthly payment, up to the amount equal to one regular monthly payment on that loan, then to each successive loan in this set with the next lowest regular monthly payment.
- 28005.013: For borrowers with no amounts past due, the payment should be allocated to the loan with the lowest regular monthly payment, and once the current amount due on that loan is satisfied, then to each successive loan with the next lowest regular monthly payment.
  - 28005.013.1: If multiple loans bear the same lowest regular monthly payment, the payment should be allocated to the loan in the set bearing the highest interest rate (use statutory rate), then to each successive loan bearing the next highest interest rate until the payments for that set of loans are exhausted.
  - 28005.013.2: If multiple loans bear the same lowest monthly payment and interest rate, borrowers' payment should be allocated among that subset of loans equally.

- **28006.000: The contractor shall apply payments made during non-repayment statuses consistently.**

  - 28006.010: The contractor shall apply payments made during non-repayment statuses (such as In-school, grace, Deferment, or Forbearance) as described in this requirement unless instructed otherwise by the borrower.
  - 28006.020: The contractor shall consider all borrower payments received during in-school (more than 120 calendar days after a disbursement*), grace, deferment, and forbearance periods are payments that are intended to cover future installments.
  - 28006.021: Payments shall be applied using these payment application requirements unless otherwise instructed by the borrower.
  - 28006.022: The contractor shall apply the entire payment (funds received) during non-repayment status to the loans with the highest interest rate (use statutory rate) and then to successive loans bearing the next highest interest rate until the funds are exhausted.
  - 28006.023: If multiple loans have the same interest rate, apply the funds proportionally across all the loans without a subsidy prior to any loans with a subsidy. This includes consolidation loans where excess amounts should be applied to the unsubsidized portion prior to the subsidized portion.

- **28007.000: The contractor shall process payments received from schools as cash cancellations**
  **See Attachment: 28007_Cash Cancellation_V1**

  - 28007.010: Cash cancellations result in payments applied effective on the disbursement date and should result in reduction of interest and adjustments to fees and rebates similar to the result of a downward disbursement adjustment (if applicable fee/rebates were previously applied to the impacted loan).

    Note: School checks can be received years after disbursement, therefore, ALL checks from schools regardless of loan age are processed as cash cancellations.
  - 28007.020: If the borrower's loans have been transferred to another non-default contractor or the loans have been transferred to DMCS due to default, the contractor shall transfer the funds to the others contractor via IPAC.

    See Financial Activities and Transactions for more information on IPAC and Attachment 8037 for FSA's IPAC procedures

- o 28007.030: If the borrower made payments and the cash cancellation causes the loan to be overpaid, the excess funds should be applied to the borrower's other loans. If all loans are paid in full, the excess needs to be refunded to the BORROWER.
- o 28007.040: If the borrower is deceased, the contractor shall determine (after the cash cancellation is applied and all transactions on the account are reapplied to the new balance) whether the cash cancellation amount exceeds the principle balance that was discharged due to death and refund the amount of the overpayment to the borrower's estate.
  - ▪ 28007.041: If the contractor determines the amount of the loan's new balance is less than or equal to the outstanding principal balance that was discharged, the contractor shall not refund any funds to the borrower's estate. The contractor shall reverse the discharge that was previously processed, then process the cash cancellation, and then reprocess the discharge to bring the borrower's balance to $0.
- o 28007.050: If the borrower's loans have been consolidated, the contractor shall process the cash cancellation and create the unsolicited transactions per normal consolidation processing.
  See Loan Consolidations requirements for more information.

- **28008.000: The contractor shall process borrower payments received within 120 calendar days of the disbursement date as cash cancellations (excluding Consolidation loans which are treated as a regular installment).**
  **See attachment: 28008_ExampleCashCancel**

  **Also See Financial Activity and Transactions requirements and Attachment 8021 for reporting of cash cancellations to FMS**
  - o 28008.010: Cash cancellations result in payments applied effective on the disbursement date and should result in reduction of interest and when applicable adjustments to fees and rebates similar to the result of a downward disbursement adjustment.
  - o 28008.020: If the borrower has no loans in repayment status the contractor shall process borrower payments received within 120 calendar days of the disbursement date (excluding Consolidation loans which are treated as a regular installment) as a cash cancellation, unless the borrower has requested in writing that the funds be used for a different purpose.
  - o 28008.030: If the borrower has loans in repayment status the contractor shall apply borrower payments received within 120 calendar days of the disbursement date (Consolidation loans which are treated as a regular installment) in accordance with §685.211(a), unless the borrower has requested in writing that the funds be applied as a cancellation of all or part of the loan.
    - ▪ DEFERRED FUTURE CLIN 7 REQUIREMENT - 28008.031: For Parent Plus and Grad Plus loans, absent instruction from the borrower, the contractor shall:
      1) Apply the payment as an installment payment if the amount submitted equals the billed installment amount.
      2) If the payment amount does NOT equal the installment amount, contact the borrower to determine if the payment amount was intended to be a cash cancellation on the newly disbursed loan and explain the consequences of reducing the loan vs. applying it as a payment across all loans.
  - o DEFERRED FUTURE CLIN 7 REQUIREMENT - 28008.040: If borrower does not indicate to which loan the cash cancel should be applied and more than one loan exists with disbursements within the 120 calendar days the contractor shall apply the Cash Cancel to the loan using the following hierarchy:
    1) Plus Loan
    2) Unsubsidized Loan
    3) Oldest Loan
    4) Highest Interest Rate

- **28009.000: The contractor shall allow the borrower to make payments free of charge (no charge to the borrower).**

  - 28009.010: The contractor shall not charge the borrower any convenience or processing fee for payments.

- **28010.000: The contractor shall process paper checks sent directly to the contractor.**

  - 28010.010: If a paper check is received at the contractor location, and the payment instructions explain the payment is intended to pay the borrower's federal loans, or if the borrower has not included any specific instructions, send the payment to the contactor's Federal Government Lockbox address for normal check processing.
    - 28010.011: If a paper check is received at the contractor location along with instructions that the check is intended to cover the borrower's non-Federal/Commercial loan payment as well as Federally held payments, deposit the payment as commercial and Wire Transfer the portion that belongs to the Federally Held account via Credit Gateway (REX) or Fedwire.

      See Treasury Requirements for more information on Credit Gateway
  - 28010.020: If a commercial servicer provides funds to FSA from a combined federal/commercial payment made to the commercial side, FSA will not provide reimbursement for any NSFs that occur on the underlying check.

- **28011.000: The contractor shall accept debit card payments from borrowers. Credit cards are no longer a valid method of borrower payment and will be declined by pay.gov**

- **28012.000: The contractor shall process returned/adjusted payments sent by payment sources including but not limited to, the Lockbox/ACH Vendor, DOJ, IPAC.**

  - 28012.010: Typical reasons for these adjustments include:
    Insufficient Funds (NSF's), Stop Payment, Encoding Error, Stale Dated Check, Post Dated Check.
  - 28012.020: The contractor shall adjust all payment counters updated by the payment. The counter shall decrease by the number of payments the original payment had increased the counter initially.
  - 28012.030: The contractor shall notify the borrower within 10 calendar days of the returned/adjusted payment and refer the borrower to inquire at their financial institution if they have questions on the reason for the return/ adjustment payment.
  - 28012.040: The contractor shall notate in the contractor with the reason or reason code for the return/ adjustment.
  - 28012.050: When a payment is returned or adjusted and causes the borrower to become delinquent, the contractor must begin due diligence efforts in accordance with established due diligence requirements.

    See 24000 requirements for more information on Due Diligence

- **28013.000: The contractor shall reallocate payments when needed.**
  **(Also referred to as Re-App or Relive)**

  - 28013.010: The contractor shall reallocate/reapply payments retroactively as needed, including payments made by third parties.
    - 28013.011: Payments may need to be reallocated for various reasons including prior period status changes, adjustments to disbursements/interest/interest rates, processing errors, settlements, etc.

- ▪ 28013.012: For payments not directly received and processed on the contractor's system, the current loan holder must have the ability to reallocate those payments across periods prior to the loan having been loaded to the system.
  - ○ 28013.020: The contractor shall have the ability to process retroactive adjustments including adjustments to accounts for payments that do/do not advance the due date.

- **28014.000: The contractor shall allow borrowers to make payments via Direct Debit (sometimes referred to ACH or EDA).**

  **See 25000 Borrower Benefits & Subsidies requirements for more information on ACH/EDA**

  - ○ 28014.010: The contractor shall allow a borrower to enroll in ACH on their website or via paper application.
    - ▪ 28014.011: The contractor shall provide the borrower the notice of terms once enrolled that includes the recurring nature of the payments, the amount and timing of all payments to which the consumer agreed.
  - ○ 28014.020: An ACH payment shall be presented to the borrower's banking institution no more than two times for a scheduled monthly payment. The ACH attempts are limited to minimize the non-sufficient funds (NSF) charges applied to the borrower's account. The contractor shall list the expected time interval between ACH payments in the Written Procedures document.
  - ○ 28014.030: Borrowers shall be notified by the contractor of NSF payments within 3 business days of NSF notification to the contractor.
  - ○ 28014.040: [DELETED]
    - ▪ 28014.041: [DELETED]
    - ▪ 28014.042: [DELETED]
- **28015.000: The contractor shall allow a borrower the option to advance or not advance the due date for future monthly payment installments.**

  **Due dates are advanced only when the borrower submits a payment that exceeds the borrower's monthly amount due by a "full" payment amount. For example: If the borrower's monthly bill is for $54.00, and the borrower submits a $100.00 payment, the due date is not advanced. If they submit $150.00, the due date would be advanced 1 month (This payment would cover the current month and one additional month).**

  - ○ 28015.010: The contractor shall allow borrowers to select from an option to advance or not advance a due/cycle date for future monthly installments. The borrower shall be provided an option to take effect on all future overpayments (standing instructions) but shall also be offered the options at any time the borrower makes an online payment that would allow for advancement of a due date and be required to make a selection.
    - ▪ 28015.011: The contractor shall store the standing instruction option and use that selection as the option unless specifically requested otherwise by the borrower.
  - ○ 28015.020: The contractor shall allow borrowers to select from the option at any time via the servicing website, phone request, or in writing (includes chat, text, email, and physical mail). The billing statement shall include the options on any tear-off stub to be returned with payment. The contractor will process phone call request and any requests that are loaded to a work queue by the contractor.
  - ○ 28015.030: The contractor shall provide the borrower the following options:
    1.) To advance the due date (listed first)
    2.) To not advance the due date
    - ▪ DEFERRED FUTURE CLIN 7 REQUIREMENT - 28015.031: The due date may be advanced up to a max of 36 months into the future for traditional repayment plans and no further than the next re-certification date for Income Driven Repayment (IDR) Plans.
  - ○ 28015.040: The contractor shall continue to send a billing statement to borrower's who have advanced due dates. The billing statement should reflect $0 amount due provide

information about how continued payments can benefit the borrower by lowest interest accrual and earlier payoff.
- o 28015.050: Overpayments on loans in IDR repayment plans with monthly payment amounts of $0 the contractor shall not advance the next due date. Borrowers should receive monthly bills for $0. [Per 685.209 and 685.221]
- o 28015.060: Absent borrower instructions, the contractor shall treat the borrower as if they have chosen to advance the due date

- **28016.000: The contractor shall have the ability to process payment refunds.**
  - o 28016.010: The contractor shall refrain from refunding payments to the borrower unless the payment results in an overpayment and the borrower has no other active loans.
  - o 28016.020: Upon FSA approval, the contractor shall provide borrower refunds for payments made within the last 60 consecutive days upon the borrower's request for the following reasons, as long as the refunds will not cause any ED held loan for that borrower to become delinquent:
  --Multiple Payments received in a single month
  --Payments greater than the minimum amount
  (For these and any other reasons not listed above, the contactor shall submit a request to FSA via the Issue Tracker process for approval to refund. See 50000 series "Other" requirements for more information on Issue Tracker). All refunds must be approved by FSA Finance Office.
    - ▪ 28016.021: In the event that the contractor incorrectly processes more than one (1) auto-payment in the same billing cycle, the contractor shall actively participate in the process to reverse the payments and make the borrower whole.
      -The contractor shall contact FSA Servicing and FRB Cleveland, to initiate the reversal immediately upon realizing the mistake.
      - The contractor shall reconcile each impacted customer's account.
      - The contractor shall contact the customer to request they make the double-debited payment again in the event that their bank returned the extra debit (not realizing that the credit was sent to off-set the duplicate payment).
      -The contractor shall make the customer account whole if the customer's account was overdrawn as a result of the erroneous double-debit, e.g., reimburse customer for NSF fees.
    - ▪ 28016.022: The contractor shall not provide refunds for misdirected payments (e.g. payments intended for mortgage, car loans, utilities, etc.). These misdirected payments would be those that are not made payable to the U.S. Department of Education or Student Loan in any form (e.g. not payable to any Education contractor, or to DOE, or to Direct Loan Servicing Center, etc.). The contractor shall advise the payment remitter of the misdirected payment to request their financial institution to initiate a return.
  - o 28016.030: The contractor is required to initiate a refund to the borrower for an account that is overpaid by greater than or equal to $5.00. Refunds for an account that is overpaid of $4.99 or less shall be initiated only if requested by the borrower.
  - o 28016.040: Borrower payments received for borrowers with no account balance due to borrower loans being paid off by consolidation shall be forwarded (via IPAC) to the contractor with an active balance for that borrower. If no active balance exists then the payment shall be refunded to the borrower.
  - o 28016.050: For an account that is overpaid by amounts less than or equal to $4.99 that have been written up (to bring the account to $0), if the borrower requests a refund AFTER the contractor has written up the amount, the contractor shall reverse the write up and refund the monies to the borrower.
  - o 28016.060: The contractor shall not send refunds to an address that is known to be invalid or undeliverable.

  See 24000 requirements for information on Due Diligence and Skip Tracing activities

- **28017.000: The contractor shall submit requests for payment refunds to FMS for refunds from Treasury.**

  **See Financial Activity and Transactions requirements and Attachment 8046_8047_8048_Refunds_RefundRevers_Cancel_StopPay_Claim for further details on refunds.**

  - 28017.010: The contractor shall combine multiple refunds for the same payee in the same refund file to FMS as one REFUND.

    See FMS Interface requirements for more information on combining refunds for the same payee and how to correct the financial reporting to support reconciling cash by Treasury schedule number
  - 28017.020: The contractor shall provide supporting documentation to FSA for all refunds exceeding $10,000 to allow FSA to perform validation for accuracy.
    - 28017.021: Supporting documentation must be received by FSA within 48 hours of refund file delivery to FMS otherwise the refunds will be canceled in FMS (refunds will not be generated therefore, the contractor shall reverse the refund). For example, for a refund file submitted to FMS on Monday, support must be received by COB Wednesday; for refund file submitted on Friday support must be received by COB the following Tuesday).
    - 28017.022: The contractor shall email supporting documentation to FSA Accounting Operations' refund mailbox, EdServicer_Refunds@ed.gov, with subject line specifying "Over $10k Refund Supporting Documentation"
    - 28017.023: The contractor shall zip, encrypt and password protect the attachment containing the supporting documentation using the standard password 'ED$ervicer_$10k'
    - 28017.024: The contractor shall include the following in the supporting documentation:
      - Refund Invoice Number (Refund ID)
      - Payee Name
      - Amount
      - Justification for refund
    - 28017.025: The contactors shall include within the body of the email:
      - Refund File Name
      - Refund Invoice Number (Refund ID)
    - 28017.026: Upon completion of validation FSA will release the refund requests for payment by Treasury (if supporting documentation is sufficient and refund is accurate) or the refunds will be canceled in FMS (Treasury refunds will not be generated). For refunds canceled in FMS, FSA will promptly notify the contractor with brief explanation and the contractor shall reverse the refund and if applicable initiate a new refund request in a subsequent Refund File to FMS and provide all required supporting documentation within 48 hours of the new request.

- **28018.000: The contractor shall have the ability to initiate refund recoveries for refunds that were processed in error. contractor shall request direction from FSA for each recovery on a case by case basis.**

  - 28018.010: The contractor shall send request for direction from FSA for each recovery to the Servicer Financial Guidance (SFG) Mailbox (i.e. servicerfinancialguidance@ed.gov).
  - 28018.020: Prior to 14 months from the check "payment date", the contractor shall not process a new/replacement refund for borrower or contractor initiated stop payment requests until the original refund check has been recovered and/or returned to the contractor.

- **28019.000: The contractor shall have the ability to process refund reversals if the Treasury check has not been initiated; the contractor must first verify that the Treasury check has not been initiated and must notify FSA to have the refund reversed in FMS.**

  **See Financial Activity and Transactions requirements and Attachment 8046_8047_8048_Refunds_RefundRevers_Cancel_StopPay_Claim for further details on refund reversals.**

- **28020.000: The contractor shall have the ability to process refund cancellations for refund payments that have been cancelled by Treasury.**
  **See procedures for refund cancellations in attachment 8046_8047_8048_RefundRevers_Cancel_Stop Pay_Claim.**

- **28021.000: The contractor shall have the ability to initiate and process a refund cancellation for refunds that need to be cancelled by Treasury.**
  **See procedures for refund reversals in attachment 8046_8047_8048_RefundRevers_Cancel_Stop Pay_Claim.**

- **28022.000: The contractor shall research any account overpaid by $500.00 or more prior to processing a refund.**

  - 28022.010: The contractor shall research who the payer of the payment is if the account overpaid amount is $500.00 or over and determine if the refund should be sent to the payer or the borrower.
  - 28022.020: The contractor shall refund an account that is overpaid due to Military payments to the borrower if the overpaid amount is under $500.00. If the amount is over $500.00, the contractor is required to contact the agency that sent the funds. (It is acceptable to refund to either the borrower or the agency after having performed and documented the diligence)

- **28023.000: The contractor shall process small balance write-offs and write-ups.**

  **See Financial Activity and Transactions requirements for more information on reporting small balance write-ups and write-offs to FMS by specific Reason Codes.**

  - 28023.010: The contractor shall execute a write-off for any total borrower balance (PBO+IRB+Fees across all debts/accounts for the borrower) of $24.99 or less, bringing the total borrower balance to $0.00.
    - 28023.011: The contractor shall execute the write-off once the total borrower balance has been $24.99 or less for at least 30 calendar days and no later than 60 calendar days
    - 28023.012: If the underpaid balance exceeds the threshold of $24.99 within the 60 calendar days (due to accrued interest or other activity causing the total borrower balance to change), the contractor shall not perform the write-off and shall resume billing effective the next borrower's billing cycle (not allowing the account to become delinquent).
  - 28023.020: The contractor shall execute a write-up for any total borrower balance (PBO+IRB+Fees across all debts/accounts for the borrower) between $0.00 and negative $4.99, bringing the borrower balance and refund due amount to $0.00 (unless the borrower has specifically requested a refund for an amount less than $5).
    - 28023.021: The contractor shall execute the write-up within 45 calendar days from when the total account balance became overpaid by an amount under $5.00.

- o 28023.030: Total borrower account balance in relation to write-offs/write-ups includes all loans on the contractor's system.

- **28024.000: The contractor shall clear all credit balances on borrower accounts within 45 calendar days (including but not limited to refund, IPAC transfers, small balance write-ups)**

  - o 28024.010: The contractor shall clear all credit balances on all loans within 45 calendar days; account balance must not be less than $0 on day 45.
    - ▪ 28024.011: Resolved by Treasury Refund shall include treasury refund generated and borrower account updated with Treasury Confirmation.
    - ▪ 28024.012: Resolved by IPAC shall include borrower account updated with Treasury schedule information.

- **28025.000: The contractor shall provide clear explanations of all rules for applications of payments to borrowers**

  - o 28025.010: The contractor shall display the information for both default payment methodology and available options in addition to a instructions on how to select an option and/or change an option.
  - o 28025.020: The contractor shall display the information on the website.
  - o 28025.030: The contractor shall provide the information within each billing statement and disclosure and make available upon request.

- **28026.000: The contractor shall return Defense Finance and Accounting Service (DFAS) payments to Department of Defense via Treasury refund request to FMS when the payments are received for borrower's they do not service. The contractor shall indicate in the Memo line on the refund that they are not servicing the borrower's loans.**

- **28027.000: The contractor shall receive and apply Settlement Payments from the U.S. Department of Education.**

  - o 28027.010: The US Department of Education will receive at various times settlement payments due to lawsuits or other agreements that must be applied to a certain population of borrowers. Specific details will be provided to the contractor for processing with each unique settlement. The following sub-requirements are for informational purposes only and may be modified for each unique settlement.
  - o 28027.020: The contactor shall receive approval from FSA before proceeding with applying the settlement funds and notifying the borrower.
  - o 28027.030: Upon approval, the contactor shall apply the settlement payment as a cash cancellation to each designated borrower (applied effective on the disbursement date and should result in reduction of interest and when applicable adjustments to fees and rebates similar to the result of a downward disbursement adjustment).
    - ▪ 28027.031: If more than one loan exists for a given borrower the contactor shall use the settlement to pay off one of the loans. If remaining funds still exist then the contactor shall apply the remaining funds to the loan that most benefits the borrower.
    - ▪ 28027.032: If the borrower made payments on the loan that is paid in full, the payments shall be reversed and reapplied to other loans. If no other loans exist, the payments shall be refunded
    - ▪ 28027.033: If all loans from the specific school are paid in full and funds remain, the remaining amount shall be refunded to the borrower even if there are other loans from other schools with remaining balances.
  - o 28027.040: The contractor shall calculate a new repayment amount for the borrower based on the remaining balances

- o 28027.050: If the loans have been transferred to DMCS, the contactor shall recall the loans, along with any other defaulted loans the borrower held from any school. (Payments will only be applied to the to the loans taken out for attendance at that school)
  - ▪ 28027.051: The contractor shall notify the borrower of receipt of the settlement and the borrower's new repayment amount using FSA approved notices . The contractor shall send the approved letter with each separate settlement.
  - ▪ 28027.052: If the borrower does not confirm acceptance of the new repayment (via deferment/forbearance, correspondence confirming or make payments) within 60 calendar days, the contractor will transfer the recalled defaulted loans back to DMCS.
- o 28027.060: All other loans will continue normal processing, delinquency aging, and credit reporting.
- o 28027.070: The contactor shall prepare and provide to FSA a monthly progress and a final report of all borrower's included in the settlement and the results of the confirmation 60 calendar days after the notifications are sent to the borrowers

  Example: The monthly and final reports shall indicate if the borrower made payments, applied def/forb, or transferred back to DMCS. The report shall also include the pre-settlement payment amount and post settlement payment amount.
- o 28027.080: The contractor shall remove any previous negative credit reporting on all loans in the settlement.

- **28028.000: The contractor shall notify borrowers of any changes to payment policies.**

  - o 28028.010: The contractor shall notify borrowers of any changes to payment policies at least 45 calendar days prior to implementation of changes.
  - o 28028.020: The contractor shall inform borrowers of the new policy if the borrower submits a payment following the prior policy. In these cases the contractor shall minimize any impacts to the borrower as a result of the payment being submitted under the prior policy.

- **28029.000: The contractor shall Escheat payments to Treasury after due diligence has occurred and all avenues of locating the borrower/sender have been exhausted.**

  **Escheatment's are in accordance with the Treasury Financial Manual (TFM) 31 U.S.C. 1322**

  **See Financial Activity and Transactions and Attachments 8049 for more information on escheatment**

  - o 28029.010: The contractor shall have the ability to escheat payments from suspense/unapplied and payments or portions of payments from borrower accounts when an address is known to be invalid or undeliverable.
  - o 28029.011: The contractor shall escheat payments after 90 calendar days only for payments that were received with no identifying information whatsoever.
  - o 28029.012: The contractor shall escheat payments or portions of payments by the end of the10th month from payment receipt date after all efforts have been exhausted to locate the borrower and/or valid address.

- **28030.000: The contractor shall have the ability to unescheat payments (or portions of payments) that were escheated to Treasury if additional information is obtained allowing a payment to be applied or if a claim is made by the borrower or payee for unescheatment.**

  **See Financial Activity and Transactions and Attachments 8050 for more information on unescheatment**

- **28031.000: The contractor shall report all financial transactions to FMS including but not limited to payments, payment returns, payment reversals, cash cancellations, small balance write offs, small balance write ups, refunds, refund reversals, refund cancellations, escheatment, unescheatment.**

  **See Financial Activity and Transactions requirements and FMS Interface requirements for all financial transaction reporting to FMS.**

- **28032.000: The contractor shall reconcile all financial activity on their servicing contractor and with FMS.**

  **See Financial Reconciliations and Reporting requirements.**

*Section 29000: Adjustment Processing*

- **29000.000: The contractor shall have the ability to manually add new loans, add new disbursements to existing loans, and apply adjustments to existing disbursements as identified and approved by FSA.**

  **See attachment: 29000_DisbursementAdjustment**

  - 29000.010: These are items that may have been accepted by a prior servicer, but not applied prior to transfer, rejected by a prior servicer, COD has archived the year, Decommissioned Legacy Loan Consolidation System missing transactions, or a missing transaction identified due to subsequent transactions being rejected. In addition, these could be late adjustments from schools for Post Year Closeout (PPYCO) transactions identified during School Audits.
  - 29000.020: For new disbursements and disbursement adjustments, the sending servicer or COD/LC will create a weekly spreadsheet and forward to FSA for approval. FSA will review and forward the spreadsheet with approval for the contractor to process the transactions. PPYCO spreadsheets will be sent to the contractor from FSASchoolReconciliationa@ed.gov
    - 29000.021: The contractor shall be able to accept and process the manual DisbursementAdjustment spreadsheet.
  - 29000.030: For new Loans, the contractor shall receive (via email) and process a manual EA27 file AND a DisbursementAdjustment spreadsheet.
    - 29000.031: FSA will create the manual EA27 and transmittal files, the file will have disbursement amounts of $1.00. The contractor shall load the loan to their system. Once loaded the contractor shall reduce the disbursements to zero and then process the manual adjustment spreadsheet to establish the disbursements for the correct amount.
  - 29000.040: The contractor shall add a processor name and completion date or reject reason for each transaction on the spreadsheet and send the completed spreadsheet back to FSA.
  - 29000.050: The contractor shall complete the spreadsheet within 10 business days.
  - 29000.060: The spreadsheet shall be password protected using the COD monthly password.
  - 29000.070: The contractor shall annotate the borrower's account with the following:
    --Date Received
    --Date Applied
    --File Name
    --Reason (Use reason indicated for each transaction within the spreadsheet)
  - 29000.080: The contractor shall submit DISBUR and DSBADJ transactions to FMS as appropriate for the adjustment type.
  - 29000.090: The contractor shall identify and track as WIP (work in process) any transactions received on the spreadsheets that are for loans that were transferred to DMCS.
    - 29000.091: The contractor will indicate on the spreadsheet that the loan was transferred to DMCS. The adjustment on this spreadsheet is considered complete by indicating transfer to DMCS.
    - 29000.092: The contractor shall complete the WIP using the Transfer to DMCS process identified below in requirement 29004.

- **29001.000: The contractor shall create, receive, and process manual principle (PBO) and interest (IRB) adjustment spreadsheets**
  **See attachment_29001 PBO_IRB_Non-Transfer Adjustment**

- 29001.010: These are spreadsheets that require adjustments to the borrowers PBO and IRB. The spreadsheets may be created by the contractor, other servicer's or FSA. Reasons for these spreadsheets include, but are not limited to: prior/current servicer system issues, incorrect processing, borrower escalations, interest rate, and or rebate issues.

    Note: These adjustments do NOT change the "transfer in" amounts for loans transferred into the contractor's system.
- 29001.020: Sending servicer's shall forward the spreadsheets to FSA for Approval. FSA will forward the PBO_IRB_Non-Transfer Adjustment spreadsheet to the contractor.

    Note: Spreadsheets can be received from various FSA staff, completed spreadsheets should be sent back to the person it was received from.
- 29001.030: The contractor shall add a processor name and completion date or reject reason for each transaction on the spreadsheet and send the completed spreadsheet back to FSA.
- 29001.040: The contractor shall complete the spreadsheet within 10 business days.
- 29001.050: The spreadsheet shall be password protected using the COD monthly password.
- 29001.060: The contractor shall annotate the borrower's account with the following:
    --Date Received
    --Date Applied
    --File Name
    --Reason (Use reason indicated for each transaction within the spreadsheet)
- 29001.070: The contractor shall submit ADJUST transactions as appropriate for the adjustment type.
    See Financial Activity and Transactions for more information on reason codes to be included on ADJUST reporting to FMS.
- 29001.080: The contractor shall identify and track as WIP (work in process) any transactions received on the spreadsheets that are for loans that were transferred to other servicer's (including DMCS).
    - 29001.081: The contractor will indicate on the spreadsheet which servicer that the loan was transferred to. This spreadsheet is considered complete by indicating who the loan was transferred to.
    - 29001.082: The contractor shall complete the WIP when they complete the "roll forward" spreadsheet to the new servicer.
    - 29001.083: If creating a "roll forward" spreadsheet, the new servicer shall, recalculate the values on the spreadsheet and name the file using the below naming convention and forward the spreadsheet to FSA. Files should be sent to FSA weekly, on Friday, as needed.

        XXtoXXmmddyycc )

        XX=Servicer

        DM-DMCS
        ES-Edfinancial
        GL-Great Lakes
        MO-Mohela
        NA-Navient/Aidvantage
        NN-Nelnet
        OS-OSLA
        PH-PHEAA/Fed Loan servicing
        zz--New servicer (will be defined post award)

        Note: Always maintain original servicer/date if multiple transfer's have occurred.

Example. Original file was Great Lakes to PHEAA, then PHEAA sent to DMCS, the file name would be GLtoPH01152021toDM05152021.

- **29002.000: The contractor shall receive and process the Paid in Full by Consolidation manual adjustment spreadsheet.**
  **See Attachment: 29002_PIFLCXXmmddccyy**

  - o 29002.010: This spreadsheet is created by FSA and is used when there are adjustments that need to be processed for Underlying loans that were Paid in Full by Consolidation and the underlying loan does not exist on an active servicer's system. These are usually school adjustments, COD transactions, Legacy LC transactions, or Post ACES adjustments for various discharges such as Borrower Defense.
  - o 29002.020: The contractor shall receive the spreadsheet from FSA and process the PIFLCXXXXXX spreadsheet.
  - o 29002.030: The contractor shall add a completion date or reject reason for each transaction on the spreadsheet and send the completed spreadsheet back to FSA.
  - o 29002.040: The contractor shall complete the spreadsheet within 10 business days.
  - o 29002.050: The spreadsheet shall be password protected using the below standard password.

    Standard PW to be provided upon award.
  - o 29002.060: The contractor shall annotate the borrower's account with the following:
    --Date Received
    --Date Applied
    --File Name
    --Reason (Use reason indicated for each transaction within the spreadsheet)
    - ▪ 29002.061: The contractor shall use data on Tab 1 of the spreadsheet to manually create FMS transactions on the "underlying loan".

      Note: In some situations, such as borrower defense discharges for Post ACES borrowers, FSA will provide additional instructions on spreadsheets if the FMS transactions are not needed
    - ▪ 29002.062: The contractor shall use Tab 2 of the spreadsheet to apply the adjustment to the consolidation loan.
    - ▪ 29002.063: The contractor shall use Tab 3 to identify and send all appropriate FMS transactions. (Some are manually created and others are systematically created based on the processing that occurs on the consolidation loan)
  - o 29002.070: The contractor shall identify and track as WIP (work in process) any transactions received on the spreadsheets that are for loans that were transferred to DMCS.
    - ▪ 29002.071: The contractor will indicate on the spreadsheet that the loan was transferred to DMCS. This spreadsheet is considered complete by indicating transfer to DMCS.
    - ▪ 29002.072: The contractor shall complete the WIP using the Transfer to DMCS process identified below in requirement 29004.

- **29003.000: The contractor shall receive and process the Consolidation Origination Manual Adjustment spreadsheet**
  **See attachment: 29003_Consolidation Origination Manual Adjustment**

  - o 29003.010: These are for TIVAS (and consolidation loans originated for NFPs) originated consolidation loans that have been transferred to another servicer and the originator identifies adjustments(over/under payments) that were not processed prior to transfer.
  - o 29003.020: Originators shall forward the spreadsheets to FSA bi-weekly, on Friday, for Approval. FSA will forward the TIVAS Consolidation Origination Manual Adjustment spreadsheet to the contractor to be processed.

- 29003.030: The contractor shall submit DISBUR and DSBADJ transactions to FMS as appropriate for the adjustment type.
- 29003.040: The contractor shall add a completion date or reject reason for each transaction on the spreadsheet and send the completed spreadsheet back to FSA.
- 29003.050: The contractor shall complete the spreadsheet within 10 business days.
- 29003.060: The spreadsheet shall be password protected using the standard PW below for this process.

  Standard Password to be supplied upon award
- 29003.070: The contractor shall annotate the borrower's account with the following:
  --Date Received
  --Date Applied
  --File Name
  --Reason (Use reason indicated for each transaction within the spreadsheet)
- 29003.080: The contractor shall submit DISBUR and DSBADJ transactions to FMS as appropriate for the adjustment type.
- 29003.090: The contractor shall identify and track as WIP (work in process) any transactions received on the spreadsheets that are for loans that were transferred to DMCS.
  - 29003.091: The contractor will indicate on the spreadsheet that the loan was transferred to DMCS. This spreadsheet is considered complete by indicating transfer to DMCS.
  - 29003.092: The contractor shall complete the WIP using the Transfer to DMCS process identified below in requirement 29004.

- **29004.000: The contractor shall create monthly DMCS Transfer Adjustment spreadsheet and/or a DMCS Non-Transfer adjustment spreadsheet and submit them to FSA for approval.**
  **See Attachment: 29004_Transfer Adjustment Spreadsheet**

  - 29004.010: The DMCS Disbursement Transfer Adjustment spreadsheet shall contain new disbursement and disbursement adjustment transactions received from COD, LC, or any disbursement adjustment spreadsheet.
  - 29004.020: This spreadsheet will actually adjust the "transfer" amounts that were calculated at the time the loan was transferred to DMCS. Therefore, the contractor will calculate what the balance "would" have been if the adjustment had been received and processed prior to transfer.
    - 29004.021: The contractor shall create and submit all necessary FMS ONLY transactions to FMS. The contractor has an option to submit the transactions the same time the spreadsheet is sent to FSA, or they can submit them once DMCS completes the processing. If the contractor chooses to submit the transactions when the spreadsheet is sent to FSA, then they will need to create manual reversal's if DMCS rejects the transaction.

      See Tab 3 of Attachment 29004 for examples of FMS reporting
    - 29004.022: The contractor shall clear the transactions from WIP once the spreadsheet has been sent to FSA for approval.
  - 29004.030: The spreadsheet shall be named using the below naming convention.

    DMCSADJXXmmddyycc

    XX=Servicer (See 29001.083 above)

- o 29004.040: The PBO_IRB_Non-Transfer Adjustment spreadsheet shall contain all other types of adjustments including, but not limited to disbursement date changes, interest rate changes, capitalization issues, processing errors, etc. received from COD or the various manual adjustment spreadsheets.
- o 29004.050: The spreadsheet shall be named using the below naming convention.

  XXtoDMmmddyycc

  XX=Servicer (See 29001.083 above)
  29004.060: The spreadsheets shall be submitted to FSA on a monthly basis, last business day of the month.
- o 29004.070: The spreadsheet shall be password protected using the standard DMCS PW below.

  Standard Password to be supplied upon award
- o 29004.080: Once completed DMCS will send the results back to FSA and FSA will forward the results to the contractor.
- o 29004.090: The Transfer Adjustment spreadsheet shall also be used when manual adjustments are identified by any other servicer and approved by FSA where "transfer" amounts need to be adjusted.  This spreadsheet will use the COD monthly Password.

  The Spreadsheet shall be named XXtoXXTransfermmddccyy

  XX=Servicer (See 29001.083 above)

- **29005.000: The contractor shall review all completed spreadsheets returned to them. If there are any rejects, the contractor shall review them and create a new spreadsheet for any accounts that need to be resubmitted.**

  - o 29005.010: If the loan was rejected by DMCS due to rehabilitation, the contractor shall reverse the manual FMS only transactions.  If the contractor has the loan, the contractor shall apply the adjustment to their system, if the loan was rehabilitated to another servicer, the contractor shall create the appropriate manual adjustment spreadsheet and forward to FSA for approval.
  - o 29005.020: If the loan was rejected due to transfer to another servicer, the contractor shall create a new spreadsheet for the new servicer.

- **29006.000: The contractor shall follow the below guidelines when processing ALL adjustment spreadsheets.**

  - o 29006.010: If the loan was discharged, the contractor shall reverse the discharge, apply the adjustment, then reapply the discharge following normal discharge processing rules based on discharge type.
  - o 29006.020: If the loan was PIF by consolidation, the contractor shall create the unsolicited transaction.
    - ▪ 29006.021: Note: All adjustments shall be processed on underlying loans, therefore, if an adjustment is received for a consolidation loan that is not from the consolidation originator, the contractor shall reject the adjustment. The contractors should not be doing manual calculations to determine how to adjust a consolidation loan. All adjustments (clean ups, discharges, system issues, late disb/adj, etc.) shall be processed on an underlying loan and the appropriate unsolicited transactions created and sent to have the actual consolidation loan corrected.
  - o 29006.030: If the loan was PIF by the borrower;
    --the contractor shall increase the loan for new disbursements and upward adjustments and follow normal processing rules by removing payments, adjusting interest, etc.  A

notification shall be sent to the borrower indicating why the loan was re-opened.
--The contractor shall decrease the loan for downward adjustments, re-calculate the account, and apply the overpayment to other loans if they exist and/or send a refund to the borrower.

- o 29006.040: In addition to the above, all normal business processing rules shall be applied such as performing write off/write up, etc.

- **29009.000: The contractor shall receive and process monthly files from DMCS for adjustments on loans transferred from DMCS to the Servicer.**
  **See Attachment: 29009 DMCS to Servicer Template**

  - o 29009.010: Contractors shall accept csv files containing adjustments from DMCS via SAIG (see attachment for sample file format in Excel).

    Note: The column labels in the sample file format will NOT be present on the csv files; they are provided to indicate the order of the fields of the detail record.
  - o 29009.020: Contractors shall apply adjustments received from DMCS onto borrower accounts on their servicing system. Amounts to be processed are reflected in the fields entitled "Trans adj amt to be applied to PBO" and "Trans adj amt to be applied to the loan: IRB".
  - o 29009.030: Contractors shall process the adjustments received using the effective dates as provided on the files reflected in the field entitled "Transfer Adjustment Effective Date" (Column "T"). The effective date populated in this field should match the same value populated in the field entitled "Effective Date of Last Transfer" (Column "J") of the template
  - o 29009.040: Contractors shall annotate on borrower accounts reasons for the adjustments applied and any payment related information as included on the files received from DMCS.

    Note: No borrower histories are being provided by DMCS for the transfer adjustments. Therefore the contractor' annotations must include sufficient information to act as payment histories and the detail for the annotations can be found in the "Amount applied to DMCS" (PBO, IRB, Fees) and the "Applied (on DMCS) Transaction Effective Date" fields of the files for each adjustment. Multiple transactions applied on DMCS that are rolled up into summary adjustments for the same borrower/same debt should include annotations for each transaction applied on DMCS. It is recommended to include filenames in the annotations to help identify when and how the adjustments were received
  - o 29009.050: For adjustments received on loans that have been subsequently transferred to another servicer, contractors shall accept these adjustments and:
    - ▪ 29009.051: Use the roll forward process to determine the correct amounts to be adjusted (calculate to determine the adjusted balance that should have been transferred had the adjustment from DMCS been processed prior to subsequent transfer to the new servicer). Create roll forward spreadsheets using the PBO_IRB Non Transfer Adjustments V2 spreadsheet (Received with CR3601).Name the (spreadsheet) files as follows:  DMtoXXmmddccyytoXXmmddccyy    Example:  DMCS sent a file to PHEAA on 12/10/20, PHEAA transferred the loan to Nelnet. PHEAA creates the roll forward spreadsheet on 12/31/20.   The file name would be DMtoPH12102020toNN12312020.
    - ▪ 29009.052: Use the COD Monthly Password to encrypt the file. Submit spreadsheets to Wendy.Jerreld@ed.gov on the last business day of each month for transactions received during the previous month.
  - o 29009.060:  Contractors shall only reject adjustments received from DMCS for the following reasons:
    --Re-Defaults

--Invalid Award ID or Award ID not found
--Invalid SSN or SSN not found
--Balance Mismatch (when amounts populated in PBO/IRB at Time of Last Transfer" fields does not match actual amount of last transfer loaded onto receiving servicer's system
Other (for exceptions only) see Data Dictionary in tab 2 of template attached

NOTE: Multiple transactions applied on DMCS that are rolled up into summary adjustments for the same borrower/same debt can only be worked or rejected at the "parent level" (as a whole; either all must be processed or all must be rejected). DMCS will only acknowledge comments and processed dates on the parent adjustments included in return files; all comments or processed dates for any of the "child" adjustments (with $0) will be ignored. There is no harm in inputting the same value in both the parent and child records such as all with the same processed date or all with the same reason for rejection however, DMCS will base their acknowledgement and subsequent activities solely on the contractor' response to the parent adjustments.

- o  29009.070: After processing, servicers shall return all csv files received from DMCS back to DMCS as csv files via SAIG:
  - ▪  29009.071: For all items accepted and processed on the adjustment files received from DMCS, servicers shall indicate that the item was processed by inputting the date on which the adjustment was processed on their servicing system in the "Processed Date" field using the MMDDYYYY format.
  - ▪  29009.072: For all items that cannot be processed by the receiving servicer, the contractor shall indicate in the "Comments/Reject Reason" field the reason for rejection. No date should be included in the "Processed Date" field. (See above for only acceptable reasons for rejection).
  - ▪  29009.073: For adjustments received on loans that have been subsequently transferred to another servicer the contractor shall update the "Processed Date" field with the date of the roll forward spreadsheet and input the contractor ID to whom the loan was transferred in the "Comments/Reject Reason" field.
  - ▪  29009.074: The contractor shall rename the file received from DMCS by using the same filename as received and also appending with 'ret' to the end of the file name to designate returned.
  - ▪  29009.075: The contractor shall provide the original (unchanged data) as received in the adjustment file from DMCS, and only include update information in the 'Comments/Reject Reason" and the "Processed Date fields.
- o  29009.080: Contractors shall report transfer adjustments to FMS

See Attachment 29009.090 "FMS_DM_Adjusts_After_Transfer" for sample scenarios and FMS reporting
  - ▪  29009.081: Contractors shall process each item as adjustments to borrower accounts, and report the adjusted amounts to FMS as TROSSV transactions for the same PBO and IRB amounts as reflected on the files in the "DMCS TRSVOS PBO_AMT" and "DMCS TRSVOS_IRB AMT" fields, but with opposite signs.
  - ▪  29009.082: Contractors shall use existing FMS transactions following existing requirements for reporting reapplication, reallocation, and "relived" activity resulting from processing these adjustments effective the date of the original transfer in (for example, INTCAP, ADJUST, COLLEC, INTACC, etc.).
  - ▪  29009.083: For adjustments on loans subsequently transferred, the receiving servicer shall send TROSSV transactions to FMS for the same PBO and IRB amounts as reflected on the files in the "DMCS TRSVOS PBO_AMT" and "DMCS TRSVOS_IRB AMT" fields, but with opposite signs.
  - ▪  29009.084: No TROSSV transactions shall be reported to FMS for items rejected by the receiving servicer

- 29009.085: Contractors shall include transfer adjustments on their monthly TXI file reporting to FMS during the same months and for the same amounts as reported to FMS in the TROSSV transactions via GLS summary file.
- 29009.086: Contractors shall track as work in process and include all accepted but not processed transfer adjustments in their monthly WIP file reporting to FMS until each are processed. TROSSV transactions shall be reported in the WIP file for the same PBO and IRB amounts *(with opposite signs)* as reflected on the adjustment files in the "DMCS TRSVOS PBO_AMT" and "DMCS TRSVOS_IRB AMT" fields, but with opposite signs.
  - 29009.090: Contractors shall participate in Inter-System Testing (IST) with DMCS to test receiving adjustment files from DMCS and for sending return files to DMCS.
  - 29009.100: Contractors shall work all monthly adjustment files received within 30 calendar days.
  - 29009.110: Contractors shall receive and send the DMCS adjustments as csv files via SAIG (sample file format in Excel is attached). Please refer to the Data Dictionary in the attached for field descriptions, and to the below for information regarding file contents and specific data fields:
    - 29009.111: Information for each TOP reversal/NSF/payment return or refund will be included for each adjustment. If more than one adjustment is included for the same debt in the same file, each will be on a separate line with individual values reflected in each of the "Applied on DMCS Transaction Effective Date", "Adjustment REASON", "Amt applied to PBO on DMCS", "Amt applied to IRB on DMCS" and "Amt applied to Fees on DMCS" fields. However, only the first line item for that debt will include a rolled up amount of the net adjustment to PBO in the "Trans adj amt to be applied to PBO" field and net adjustment to IRB in the "Trans adj amt to be applied to IRB" field; as well as a rolled up amount for the "Additional Re-App Adjusted Amount" field and the "DMCS TRSVOS PBO_AMT" field and the "DMCS TRSVOS IRB_AMT" field. All subsequent line items for the same debt will be populated with $0 in the "Trans adj amt to be applied to PBO", "Trans adj amt to be applied to IRB", "Additional Re-App Adjusted Amount", "DMCS TRSVOS PBO_AMT" and the "DMCS TRSVOS IRB_AMT" fields. This shall apply the net total of the adjustment amounts to the borrower accounts.
    - 29009.112: The "PBO at time of last transfer" and "IRB at time of last transfer" fields (columns 'K' and 'L') reflect the amount of PBO and IRB transferred for the *most recent* transfer. (For subsequent transfer adjustments this amount is *not* adjusted by prior PBO/IRB adjustment amounts and is *not* the amount of the last adjustment to PBO/IRB).
    - 29009.113: The "Additional Re-App Adjustment Amount field (column 'S') reflects the difference resulting from reapplication on DMCS between the transfer adjustment amount and the transaction amount applied on DMCS (PBO+IRB+Fee amount differences combined into this one amount field)**.**
    - 29009.114: Adjustments for same borrowers and loans on subsequent monthly spreadsheets will not be cumulative. If adjustments have been previously sent via this same adjustment file process the amounts will be specific to only the adjustment in the current file and will not be inclusive of any prior adjustments.
  - 29009.115: When the amount of a discharge is adjusted the contractor is not required to file a corrected 1099-C with the IRS; the contractor shall report the net difference of the discharged amount in the current year in which the adjustment is processed

- **29010.000: The contractor shall have the ability to receive a manual EA27 file from FSA to create a loan on their system. These can be created due to, but not limited to loans PIF at prior servicer, TEACH reconsideration, or subsidy type issues.**

  - 29010.010: The contractor will perform manual adjustments to correct financial and non-financial data to rebuild the loan/grant and then begin servicing the loan/grant.

- **30000.000: The contractor shall report the status of borrower loans to Equifax, Experian, TransUnion and Innovis credit reporting agencies (CRAs) once a month. See attachment 30000 Student Loan Credit reporting guide**

  - 30000.010: The contractor shall register with Equifax, Experian, TransUnion and Innovis credit reporting agencies as a Data Furnisher of credit information.
  - 30000.020: The contractor shall use the Metro 2 Reporting format & standards to report to the credit reporting agencies. File layout and instructions can be found at www.cdiaonline.org.
  - 30000.030: The contractor shall establish the data furnisher name with the credit reporting agencies of "US Department of Education" and report the unique identification number in the data record.
  - 30000.040: The contractor shall report to the credit bureau using account data on the last day of the month. This data will be transmitted to the credit bureau within 7 business days of month end.
  - 30000.050: The contractor shall comply with the Fair Credit Reporting Act (FCRA) http://www.consumer.ftc.gov/sites/default/files/articles/pdf/pdf-0111-fair-credit-reporting-act.pdf
  - 30000.060: If a Plus Loan has an endorser, report the endorser as a co-borrower to the credit bureaus

- **30001.000: The contractor shall report to credit reporting agencies at a loan level when a borrower account is first opened and continue until the loan has been fully satisfied.**

  - 30001.010: The contractor shall report each loan individually to credit reporting agencies. Although loans may be displayed to borrowers within a single account, credit reporting shall remain at the individual loan level with specific reporting for each loan.
  - 30001.020: The contractor shall report Original Loan Amount as the original amount borrowed at origination, including all disbursements of the loan. This information would not change after the last disbursement of a loan and would not include any unpaid interest charges assessed subsequent to origination.
  - 30001.030: The contractor shall report Current Balance to reflect all outstanding principal and interest owed at the time of reporting. The contractor shall not include in the "Current Balance" field any accrued interest charges that have been waived or subsidized by the government.
  - 30001.040: The contractor shall report a loans Terms Duration to reflect the scheduled number of months in a loan term for repayment plans with fixed amortization schedules (e.g., standard, extended, and graduated plans). For loans being repaid via income-driven repayment plans, the contractor shall report the maximum length of time under the repayment plan until the borrower would be eligible for loan forgiveness. When a borrower elects to change payment plans, the Terms Duration field would be updated accordingly to reflect the scheduled or maximum duration associated with the new repayment plan

- **30002.000: The contractor shall report the borrower's credit history when the borrower's account is in school.**

  - 30002.010: The contractor shall report the following to the credit reporting agencies for this scenario:
    Terms Duration = blank
    Terms Frequency - D (Deferred)

Account Status = 11 (current)
K4 Segment = Deferred Payment Start Date

- **30003.000: The contractor shall report the borrower's credit history when the borrower's account is in grace.**

  - 30003.010: The contractor shall report the following to the credit reporting agencies for this scenario (same as in school):
    Terms Duration = blank
    Terms Frequency - D (Deferred)
    Account Status = 11 (current)
    K4 Segment = Deferred Payment Start Date

- **30004.000: The contractor shall report the borrower's credit history when the borrower's account is in repayment and current.**

  - 30004.010: The contractor shall report the following to the credit reporting agencies for this scenario (same as in school):
    Terms Duration = number of months of the loan
    Terms Frequency - M (monthly payments due)
    Account Status = 11 (current)
    Current Balance = outstanding balance amount (prin & int)
    Amount Past Due = 0
    K4 Segment = Remove as no longer applicable
  - 30004.020: Accounts will be reported as current if in repayment and less than 90 calendar days delinquent.

- **30005.000: The contractor shall report the borrower's credit history as delinquent when the borrower's account is delinquent by 90 calendar days or more.**

  - 30005.010: The contractor shall report the following to the credit reporting agencies for this scenario:
    Terms Duration = number of months of the loan
    Terms Frequency - M (monthly payments due)
    Account Status = 71, 78, 80, 82, 83, or 84 (3-180 day delq as applicable)
    Current Balance = outstanding balance amount (prin & int)
    Amount Past Due = Payment amount that is 30 or more calendar days past due
    Date of First Delinquency = date of the first delinquency (day after due date of first payment missed)

- **30006.000: The contractor shall report the borrower's credit history when the borrower's account is in forbearance.**

  - 30006.010: The contractor shall report the following to the credit reporting agencies for this scenario:
    Terms Duration = blank
    Terms Frequency - D (Deferred)
    Account Status = 11 (Current)
    K4 segment = Deferred Payment start date
    Payment History Profile (PHP) = B for loans that have never been in repayment OR D for loans that were previously in repayment
  - 30006.020: The contractor shall update the borrower's credit history to reflect implementation of a mandatory forbearance, like an in-school forbearance, back to the beginning of the forbearance.
    - 30006.021: For example, if a borrower is reported 90 calendar days delinquent in January, 120 calendar days delinquent in February and 150 calendar days

delinquent in March and then a servicer receives information that the borrower was enrolled in school starting in January and was entitled to an in school deferment the contractor shall update the borrower's credit report to show the deferred status Jan – March.
- o 30006.030: The contractor shall not update the borrower's credit history to reflect implementation of a retroactive discretionary forbearance.
  - ▪ 30006.031: The Servicer reports the borrower delinquent in January (90 calendar days delinquent), February (120 calendar days delinquent, and March. (180 calendar days delinquent)
  - ▪ 30006.032: Then Servicer receives forbearance because the borrower is temporarily having trouble making payments. The forbearance will cover January – April.
  - ▪ 30006.032: The Servicer will not make any updates to the credit bureau reporting

- **30007.000: The contractor shall report the borrower's credit history when the borrower's account is in deferment.**

  - o 30007.010: The contractor shall report the following to the credit reporting agencies for this scenario:
    Terms Duration = blank
    Terms Frequency - D (Deferred)
    Account Status = 11 (Current)
    K4 segment = Deferred Payment start date
    Payment History Profile (PHP) = B for loans that have never been in repayment OR D for loans that were previously in repayment
  - o 30007.020: The contractor shall update the borrower's credit history to reflect implementation of a mandatory deferment back to the beginning of the deferment (see 30006.021 for an example).
  - o 30006.030: The contractor shall not update the borrower's credit history to reflect implementation of a retroactive deferment forbearance (see 30006.031 for an example).

- **30008.000: The contractor shall update the borrower's credit history when the borrower's account is in the process of bankruptcy.**

  - o 30008.010: The contractor shall refer to CDIA Metro 2 FAQs 23, 27, and 28 to identify how to report to the credit reporting agencies when the borrower filed for bankruptcy but the claim has not yet been resolved, when the claim has been discharged, and when the claim has been resolved but the debt is not discharged or is only partially discharged.

- **30009.000: The contractor shall update the borrower's credit history when the borrower's account is has been adjusted to $0.00 (cancelled).**

  - o 30009.010: The contractor shall report the following to the credit reporting agencies for this scenario:
    Report Status Code DA to delete the account.

- **30010.000: The contractor shall update the borrower's credit history when the borrower's account has been discharged or forgiven.**

  - o 30010.010: The contractor shall report the following to the credit reporting agencies for closed school or automatic closed school discharges:
    Report Status Code DA to delete the account.

- o 30010.020: The contractor shall report the following to the credit reporting agencies for death discharges (Parent loan & student loan):
  Account Status Code = 13 (Paid)
  Payment Rating = 0
  Current Balance = 0
  Account Past Due = 0
  Date Closed.
  ECOA Code = X (only if the borrower died)
  Report Status Code DA to delete the account if the loan had never been in repayment.
- o 30010.030: The contractor shall report the following to the credit reporting agencies for false certification or forgery discharges:
  Report Status Code DF (deleted due to confirmed fraud) to delete the account.
- o 30010.040: The contractor shall report the following to the credit reporting agencies for identity theft discharges:
  Report Status Code DF (deleted due to confirmed fraud) to delete the account.
  - ▪ o 30010.040: If the identify theft case is proven false (not a case of identity theft) then the contractor shall attempt to re-report the information to the credit bureau.
- o 30010.050: The contractor shall report the following to the credit reporting agencies for disability discharge:
  Account Status = 13 (paid)
  Current Balance = 0
  Amount Past Due = 0
  Payment History Profile = D (no payment history) for months going back to the TPD effective date
  Date Closed = Date TPD discharge was approved by FSA
  Report Status Code DA to delete the account if the TPD effective data is prior to the date the loan enterer repayment or the data servicer began reporting the loan.
- o 30010.060: The contractor shall report the following to the credit reporting agencies for borrower defense discharge:
  If fully discharged = Report Status Code DA to delete the account.
  If partially discharged = Reduce the Current Balance to reflect the amount remaining and update Payment History Profile with "D" for months prior to partial discharge and continue reporting the account normally.
- o 30010.070: The contractor shall report the following to the credit reporting agencies for Unpaid Refund:
  Report Status Code DA to delete the account.
- o 30010.070: The contractor shall report the following to the credit reporting agencies for Disaster Discharges:
  Report Status Code DA to delete the account.
- o 30010.070: The contractor shall report the following to the credit reporting agencies for Spouse/Parent of September 11, 2001 Victims:
  Account Status = 13 (paid)
  Current Balance = 0
  Amount Past Due = 0
  Date Closed = FSA approval date
- o 30010.070: The contractor shall report the following to the credit reporting agencies for Ineligible Borrower in the manner consistent with assigning a loan to DMCS
- o 30010.070: The contractor shall report the following to the credit reporting agencies for loans that forgiven (PSLF, IDR, Teacher Loan Forgiveness):
  Account Status = 13 (paid)
  Current Balance = 0
  Amount Past Due = 0
  Date Closed = date account paid in full

- **30011.000: The contractor shall store an entry on the borrower's permanent record that indicates any credit reporting complaint/inquiry received and the resolution of the issue.**

- 30011.010: The contractor shall store the date of the complaint, information about what the complaint was, date of resolution and summary of the resolution.

- **30012.000: The contractor shall refrain from using Special comment codes AC, AL, AB, AV, CH and AS when reporting to credit reporting agencies unless directed by FSA to use them.**

- **30013.000: The contractor shall update the borrower's credit history when the borrower's account is in undergoing review for disability or other discharges.**

  - 30013.010: The contractor shall report the following to the credit reporting agencies while a loan is undergoing review for a discharge:
  Terms Duration = blank
  Terms Frequency = D (Deferred)
  Account Status = 11 (Current)
  K4 segment = Deferred Payment start date
  Payment History Profile (PHP) = B for loans that have never been in repayment OR D for loans that were previously in repayment

- **30014.000: The contractor shall update the borrower's credit history when the borrower's account has been rolled into another account.**

  - 30014.010: The contractor shall report the following to the credit reporting agencies when and account was previously reported and has now been combined with another account also being reported:
   Report Status Code DA to delete the account that was combined into the other existing account.

- **30015.000: The contractor shall update the borrower's credit history when the borrower's account has been written off due to small balance.**

  - 30015.010: The contractor shall report the following to the credit reporting agencies for accounts that have been written off due to small balance:
  Account Status = 13 (Paid)
  Current Balance = 0
  Amount Past Due = 0
  Do not report the written-off amount.

- **30016.000: The contractor shall update the borrower's credit history when the borrower's account is in military grace period.**

  - 30016.010: The contractor shall report the following to the credit reporting agencies for this scenario:
  Terms Duration = blank
  Terms Frequency - D (Deferred)
  Account Status = 11 (Current)
  K4 segment = Deferred Payment start date
  Payment History Profile (PHP) = B for loans that have never been in repayment OR D for loans that were previously in repayment

- **30017.000: The contractor shall update the borrower's credit history when the borrower's account is in a post deferment period.**

  - 30017.010: The contractor shall report the following to the credit reporting agencies for this scenario:

Terms Duration = blank
Terms Frequency = D (Deferred)
Account Status = 11 (Current)
K4 segment = Deferred Payment start date
Payment History Profile (PHP) = B for loans that have never been in repayment OR D for loans that were previously in repayment

- **30018.000: The contractor shall update the borrower's credit history when the borrower's account has been paid in full.**

  - o 30018.010: The contractor shall report the following to the credit reporting agencies for this scenario:
    Account Status = 13 (paid)
    Current Balance = 0
    Amount Past Due = 0
    Date Closed = date account paid in full

- **30019.000: The contractor shall update the borrower's credit history when the borrower's account is paid in full via consolidation (non default).**

  - o 30019.010: The contractor shall report the following to the credit reporting agencies for this scenario :
    Account Status = 13 (paid)
    Current Balance = 0
    Amount Past Due = 0
    Date Closed = date account paid in full

- **30020.000: The contractor shall respond timely to all consumer credit history disputes.**

  - o 30020.010: The contractor shall maintain access to e-Oscar to respond to consumer credit history disputes.
  - o 30020.020: The contractor shall notify FSA of any trends or issues affecting more than 25 borrowers that are that identified during responding to disputes.

- **30021.000: The contractor shall maintain the credit reporting history for each borrower.**

  - o 30021.010: The contractor shall record and store all credit updates, corrections and changes on each borrower's account history.
  - o 30021.020: The contractor shall provide credit reporting history information for individual or groups of borrowers to FSA on demand.
  - o 30021.030: The contractor shall include credit reporting history in any transfer or relocation of borrower account information.

- **30022.000: The contractor shall update the borrower's credit history when requested by FSA.**

  - o 30022.010: The Contractors shall provide a contact that FSA can reach out to for Adhoc updates that may be needed due to escalated issues or special circumstances.

- **30023.000: The contractor shall provide a copy of the file(s) sent to credit bureaus to FSA on request.**

  - o 30023.010: The contractor shall store copies of every credit file sent to credit bureaus for the duration of the contract.

- 30023.020: The contractor shall provide copies of credit reporting files exactly as they had been sent to the credit bureaus to FSA for the date and/or agencies requested by FSA.

- **30024.000: The contractor shall report to the credit reporting agencies as if regularly scheduled payments were made during the CARES Act suspension period beginning 3/13/20 and concluding 90 calendardays after the borrower's first payment is due following the end of the payment pause** (CARES Act).

  - 30024.010: The contractor shall report the borrower is current and have made their regularly monthly payment of $0 (similar to IDR $0).
    Terms Duration = number of months of the loan
    Terms Frequency - M (monthly payments due)
    Account Status = 11 (current)
    Current Balance = outstanding balance amount (prin & int)
    Amount Due = 0
    Amount Past Due = 0
    K4 Segment = Remove as no longer applicable

- **30025.000: The contractor shall ensure that non-defaulted loans that are transferred between servicers are reported correctly to the credit bureaus.**

  - 30025.010: A contractor transferring loans to another servicer shall work with the receiving servicer and provide the information necessary to ensure the credit tradelines for those loans are transferred using the automated "L1 Segment" process outlined in the Metro 2 Guidelines.
  - 30025.020: The sending servicer shall provide the receiving servicer the necessary information to submit the L1 Segment file and to preserve historical credit furnishing data as part of the supplemental transfer files.
  - 30025.030: To facilitate the L1 transfer process FSA will provide servicers a supplemental transfer file template that includes the Credit Reporting Agencies (CRA) identification numbers (e.g., subscriber codes) and consumer account numbers.
    See Attachment 30025_Loan Transfer Supplemental File for Credit Reporting
  - 30025.040: To ensure the preservation of historical credit furnishing data, FSA will provide servicers a second supplemental transfer file template that includes the historical credit furnishing (Base segment) for each award ID for the past 84 months.
    See Attachment 30025_Loan Transfer Supplemental File for Credit Reporting
  - 30025.050: The receiving servicer shall submit the L1 Segment file to the Credit Reporting Agencies (CRA's) in a timely manner and work independently with each of the CRA's to ensure the file is accepted and fully implemented.
  - 30025.060: To ensure the receiving servicer has enough time to prepare the L1 Segment File, the receiving servicer may temporarily delay furnishing up to 90 calendar days after the effective date of the loan transfer if necessary, as long as the servicer submits furnishing for the periods that were delayed.
  - 30025.070: The sending and receiving servicers shall inform borrowers in a plain language manner, using FSA approved text, about the transfer of the credit tradelines, including but not limited to the goodbye / welcome letters sent prior to and immediately after the loan transfers.
  - 30025.080: The receiving servicer shall conduct reasonable quality assurance checks to ensure that the transfer of the tradelines was successful and the integrity of the historical credit reporting data was maintained.
  - 30025.090: The sending servicer shall respond in a timely manner to any credit disputes submitted by borrowers prior to the effective date of the loan transfer.
    - 30025.091: The sending servicer shall identify to the receiving servicer any account corrections made to a borrower's loan(s) in response to a credit dispute.

- o 30025.100: The receiving servicer shall be responsible to respond in a timely manner to credit disputes submitted on the transferred tradelines for the period the prior servicer was reporting on the loan prior to transfer, in addition to the time period after transfer. If the receiving servicer is unable to determine the accuracy of the prior servicer's credit furnishing, the servicer shall comply with FCRA requirements by promptly correcting or deleting the inaccurate or incomplete information.
- o 30025.110: This section of credit reporting requirements for loan transfers does not include transfers due to a rehabilitation, consolidation or default. However, previously rehabilitated, consolidated or default loans that are being transferred for other reasons are affected by this section.
  - ▪ 30025.111: For defaulted loans transferring to DMCS the sending servicer shall report the loan as closed using the special code "AT" (account closed due to transfer).
  - ▪ 30025.112: For loans that are paid in full due to a consolidation, report the loan with Account Status 13 and the appropriate payment rating.
- o 30025.120: The sending servicer shall identify any delinquent loans that were transferred and provide the receiving servicer the First Date of Delinquency for those loans. If the loans remain in a delinquent status when the receiving servicer begins reporting them to the CRAs, the receiving servicer will report the original first date of delinquency.
- o 30025.130: The contractor shall not report any delinquency or negative credit reporting on loans received for 60 calendar days following receipt of the loan via transfer.

- **30026.000: The contractor shall ensure that defaulted, rehabilitated or consolidated loans are reported correctly to the credit bureaus.**

  - o 30026.010: The contractor shall close defaulted loans being transferred to DMCS by reporting Special Comment Code "AT" to denote an internal transfer of the loan.
  - o 30026.020:  The contractor shall report loans that are consolidated with Account Status Code "13" and the appropriate Payment Rating. The new consolidation loan, which paid the underlying loans in full, must be reports as a new account.
  - o 30026.030: The contractor shall report loans that have been rehabilitated as a new account going forward. Payment history reported prior to the default should not be included with the new account.

- DEFERRED FUTURE CLIN 7 REQUIREMENT - **30027.000: The contractor shall report to NSLDS any data reported to the national credit reporting agencies (CRAs).**

  - o DEFERRED FUTURE CLIN 7 REQUIREMENT - 30027.010: In a manner to be prescribed by FSA, the contractor shall report to NSLDS on a monthly what was reported to the CRA pursuant to 30000.000.
  - o DEFERRED FUTURE CLIN 7 REQUIREMENT - 30027.020: In a manner to be prescribed by FSA, the contractor shall report to NSLDS information on any consumer credit history disputes received by the contractor.

- **30028.000: The contractor shall accept and process requests to remove Adverse Credit from FSA.**

  - o 30028.010: The contractor shall remove any adverse credit to the borrowers in a list(s) provided by FSA and update all credit bureaus accordingly. FSA will indicate in the file(s) for the time period the credit update shall be made (for example: remove all adverse credit since 5/25/2018)
  - o 30028.020: The contractor shall complete all adverse credit updates within 10 business days of receipt of each adverse credit request file(s).
  - o 30028.030: The contractor shall annotate and respond to the questions in the list provided by FSA in a manner proscribed by FSA (e.g., returning an excel file stating that

the request to remove adverse credit reporting was complete). Each response file shall include responses to all requested information found in the adverse credit request file

- o 30028.040: Any incomplete or unclear requests shall be returned to the sender for clarification.
- o 30028.040: The contractor shall designate to FSA a point of contact(s) to send these types of requests.

- **31000.000: The contractor shall respond to draft and official cohort default rate (CDR) challenges, adjustments, and appeals. For all requirements the contractor will put into work queues the requests and the contractor will complete the work.**

    o   31000.010: The Department of Education provides schools an opportunity to challenge the draft cohort default rates and/or appeal and adjust their official cohort default rates. The contractor shall work with FSA and the school to review all challenges and perform corrections as necessary.
    o   31000.020: The contractor shall follow the procedures as specified in the Cohort Default Rate Guide and the eCDR User guides for Incorrect Data Challenge (IDC), Uncorrected Data Adjustments (UDA), New Data Adjustment (NDA), and Loan Servicing Appeals (LSA). The user guides provide step by step instructions on how to submit a case via eCDR appeals contractor.

    https://fsapartners.ed.gov/knowledge-center/topics/default-management
    o   31000.030: The eCDR Appeal User Guides complements the Cohort Default Rate Guide. In the event of any discrepancy between the user guides and the Cohort Default Rate Guide, the Cohort Default Rate Guide is the authoritative source for regulatory considerations and constraints.

    https://fsapartners.ed.gov/knowledge-center/topics/default-management
    o   31000.040: During the Official cycle, schools have multiple Appeal and Adjustment deadlines that are required. See attachment at the link below for more detail.

    https://fsapartners.ed.gov/knowledge-center/topics/default-management/cohort-default-rate-guide (see Appendix A)-guide

- **31001.000: The contractor shall access the eCDR system to process IDC, UDA, NDA and LSA challenges**

    **https://ecdrappeals.ed.gov/ecdra/index.html**

    o   31001.010: The contractor's Destination Point Administrator (DPA) shall work with FSA's eCDR Appeals System Security Officer to obtain "Data Manager" access to the eCDR Appeals system and as DPA has responsibility for approving other user requests within their organization.
    https://ecdrappeals.ed.gov/ecdra/docs/SA_User_Guide.pdf
    o   31001.020: Upon initial login, the contractor's data manager(s) will need to complete the organizational and individual profiles, which consist of contact information.
    o   31001.030: Although eCDR system sends email notifications, the contractor shall log in to the eCDR Appeals system on a regular basis throughout the cohort cycle to check the status of the cases, and to ensure that the contact information in your profile is up-to-date.
    o   31001.040: The contractor shall ensure that if a contractor's contact (employee) working the cases leaves, the case is transferred to, and worked, by another contractor's contact in a timely manner.

- **31002.000: The contractor shall review and respond to Incorrect Data Challenges (IDC). The contactor will load paper requests to work.**

    o   31002.010: IDC's are submitted by the school within 45 calendar days of the release of the draft cohort default rates when they believe the Loan Record Detail Report (LRDR) contains inaccurate data.

- 31002.011: The "timeframe begin date: is the sixth business day after the official rates are released as officially announced on the FSA Knowledge Center website:

  https://fsapartners.ed.gov/home/
    - 31002.012: LRDR's contain inaccurate data if:
    --A borrower's data was incorrectly reported in the draft CDR calculation;
    --A borrower was incorrectly included in the draft CDR; and/or
    --A borrower was incorrectly excluded from the draft CDR calculation.
  - 31002.020: The contractor will receive email notifications from the eCDR system when IDC have been submitted.
  - 31002.030: The contractor shall review all data, comments, and attachments and respond to IDC's within 30 calendar days.
    - 31002.031: The contractor shall forward the challenge to the data manager that currently holds the loans or held the loans just prior to default by updating the "data manager code" within the eCDR Appeals system.
  - 31002.040: As needed, the contractor shall request additional or missing information from the school. The school must respond within the initial 45 day timeframe.
  - 31002.050: The contractor shall "agree" or "disagree" to each data challenge
    - 31002.051: If the contractor agrees with the challenge, the contractor shall correct the data within the eCDR system, NSLDS, and the contractor system.
    - 31002.052: If the contractor disagrees with the challenge, the contractor shall indicate the correct data and add a comment indicating why the contractor disagrees with the school. In addition, the contractor shall ensure that there is no "effect on calculation" within the eAppeals system. Copies of supporting documentation should be uploaded to the eCDR system.
  - 31002.060: The school will receive and review the contractor's response. The school may request clarification from the data manager. The contractor shall respond to the inquiry within 20 calendar days of receipt.
  - 31002.070: FSA will review each IDC and make a final determination. Once the case is closed, a user may be able to view and print the detail of the case, but they are no longer allowed to modify it.
    - 31002.071: Upon FSA request, the contractor shall provide additional information as needed by responding to the request within the eCDR system.
    - 31002.072: If FSA determines that the contractor made an error, the contractor shall correct their response in the eCDR system, NSLDS, and the contractor system.
  - 31002.080: The contractor shall annotate the borrower's account of the final determination.

- **31003.000: The contractor shall review and respond to Uncorrected Data Adjustment (UDA).**

  - 31003.010: A UDA is a request submitted to the Department to ensure that a school's official CDR calculation reflects the changes that were correctly agreed to as a result of an IDC.
    - 31003.011: A school shall submit a UDA within 30 calendar days of the release of the Official Cohort default rates when:
    --they submitted a timely challenge of its draft CDR data;
    --The contractor agreed to make changes to the CDR data: and
    --The agreed upon changes are not reflected in the schools LRDR for the official CDR.
    - 31003.012: The "timeframe begin date: is the sixth business day after the official rates are released as officially announced on the FSA Knowledge Center website:

https://fsapartners.ed.gov/home/

- 31003.020: FSA will review each UDA and make a final determination. Once the case is closed, a user may be able to view and print the detail of the case, but they are no longer allowed to modify it. In addition, the rates will be recalculated as needed and a decision letter sent to the school.
  - 31003.021: Upon FSA request, the contractor shall provide additional information as needed by responding to the request within the eCDR system.
  - 31003.022: If FSA determines that the contractor made an error, the contractor shall correct their response in the eCDR system, NSLDS, and their own servicing system.
- 31003.030: The contractor shall annotate the borrower's account of the final determination.

- **31004.000: The contractor shall review and respond to New Data Adjustment (NDA).**

  - 31004.010: NDA's are submitted by the school within 15 calendar days of the release of the official cohort default rates when they believe the loan data reported to NSLDS changed during the period between the calculation of the draft and official CDRs and the 'new data' is inaccurate.
    - 31004.011: The "timeframe begin date: is the sixth business day after the official rates are released as officially announced on the FSA Knowledge Center website:

      https://fsapartners.ed.gov/home/
  - 31004.020: The contractor shall receive email notifications from the eCDR Appeals system when NDA's have been submitted.
  - 31004.030: The contractor shall review and respond to NDA's within 20 calendar days.
    - 31004.031: The contractor shall forward the challenge to the data manager that currently holds the loans or held the loans just prior to default by updating the "data manager code" within the eCDR Appeals system.

      Note: In some instances the data manager was the former holder of the loans and those loans have been assigned to another data manager but the LRDR for the official cohort default rates does not yet reflect the change. In that event, the data manager should send the school and the Department a notice stating that the loans have been assigned to another data manager.
  - 31004.040: As needed, the contractor shall request additional or missing information from the school. The school must respond within the initial 15 day timeframe.
  - 31004.050: The contractor shall review all documents and comments and "agree" or "disagree" to each appeal.
    - 31004.051: If the contractor agrees with the challenge, the contractor shall correct the data within the eCDR system, NSLDS, and the contractor's servicing system.
    - 31004.052: If the contractor disagrees with the challenge, the contractor shall indicate the correct data and add a comment indicating why the contractor disagrees with the school. Copies of supporting documentation should be uploaded to the eCDR system.
  - 31004.060: The school will receive and review the contractor's response. The school may request clarification from the data manager. The contractor shall respond to the inquiry within 20 calendar days of receipt.
  - 31004.070: Within 30 calendar days of the final NDA response, the school shall determine how to proceed.
    - 31004.071: The school may withdraw the NDA or forward NDA to FSA for final determination.

- o 31004.080:  FSA will review each NDA and make a final determination. Once the case is closed, a user may be able to view and print the detail of the case, but they are no longer allowed to modify it.  In addition, the rates will be recalculated as needed and a decision letter sent to the school.
  - ▪ 31004.081: Upon FSA request, the contractor shall provide additional information as needed by responding to the request within the eCDR system.
  - ▪ 31004.082: If FSA determines that the contractor made an error, the contractor shall correct their response in the eCDR system, NSLDS, and the contractor's servicing system.
- o 31004.090: The contractor shall annotate the borrower's account of the final determination.

- **31005.000: The contractor shall review and respond to Loan Servicing Appeals (LSA).**

  - o 31005.010: Within 15 calendar days of the release of the official cohort default rate, a school planning to submit a LSA shall request servicing records from the data manager.
    --Any school receiving an official cohort default rate may submit an LSA if it believes that its most recent CDR includes one or more defaulted FFEL or Direct Loans that were improperly serviced for cohort default rate purposes
    --a school that is subject to sanction based on having a cohort default rate equal to or greater than 30% for the current and previous two cohort years can submit an LSA for the current and/or previous two cohort years.
    - ▪ 31005.011: The "timeframe begin date: is the sixth business day after the official rates are released as officially announced on the FSA Knowledge Center website:

      https://fsapartners.ed.gov/home/
  - o 31005.020: The contractor shall NOT charge fees for the LSA requests.
  - o 31005.030: The contractor shall review and respond the schools request for loan servicing records within 20 calendar days of receipt of request.
    - ▪ 31005.031: The contractor shall use the eCDR system to generate a sample of borrowers when there are 101 or more borrower in the population for whom the servicing records are requested.
    - ▪ 31005.032: The contractor shall direct the request for servicing records to another data manager when they are not the data manager who held the borrower account just prior to default. This is done by updating the data manager code within the eCDR Appeals system.
  - o 31005.040: The contractor shall upload servicing records for all borrowers in the LSA request if 100 or less borrower accounts, or for all accounts that were included in the representative sample if sampling was required.
    - ▪ 31005.041: The contractor may upload material over a period of several sessions and save your work in progress each time before submitting the full response
    - ▪ 31005.042: The contractor may use ZIP/compressed files for this upload, adhering to current compatibility standards.
  - o 31005.050: The contractor shall create the otherwise Optional "DM Spreadsheet" when the contractor is aware of missing or illegible records for certain borrowers in a given cohort year. This will reduce unnecessary clarification requests from the school as the DM spreadsheet will identify any borrower account for which the contractor in unable to provide legible servicing records. When the Data Manager uses the "DM Spreadsheet" to identify key servicing dates and actions that are otherwise documented in the servicing records provided, it generally facilitates the school's work in reviewing those servicing records. There are several options for downloading and completing the template.
    - ▪ 31005.051: The contractor can download a blank DM Spreadsheet from:

      https://fsapartners.ed.gov/knowledge-center/topics/default-management/templatesspreadsheets-schools-and-data-managers

- ▪ 31005.052: The contractor can export the listing of borrowers from the eCDR system. The borrower's name, SNN, number of loans, and data manager will be populated.
- o 31005.060: The contractor has an option to upload additional correspondence or add comments to the LSA request.
- o 31005.070: The school will receive and review the servicing records. The school may request clarification from the data manager. The contractor shall respond to the inquiry within 20 calendar days of receipt.
- o 31005.080: Based on servicing records obtained from the data manager, the school will choose to prepare, certify and submit a perfected LSA case to FSA. FSA will review LSA request and provide final determination. The contractor will receive notification of the final determination and will be able to view the case in the eCDR system.
  - ▪ 31005.081: Upon FSA request, the contractor shall provide additional information as needed by responding to the request within the eCDR system. The contractor shall respond within 5 business days to the request for additional information.
- o 31005.090: The contractor shall annotate the borrower's account that the servicing records were supplied.

- **32000.000: The contractor shall respond to control mail, congressional mail, FSA escalations, FSA feedback, borrower complaints and account disputes.**

  - o 32000.010: When responding the contractor shall conduct a reasonable investigation and correct any error(s) identified.
  - o 32000.020: The contractor shall include the following elements in responses:
    1) a restatement of the issue raised;
    2) steps taken to research and address the issue;
    3) acknowledgement of prior all prior communications regarding the issue; and
    4) follow-up actions the contractor will take in response to the issue.
    Contractor will incorporate additional guidance, including specific language, as directed by FSA.

- **32001.000: Upon receipt of the Control Mail from FSA the contractor shall perform research on the control mail and create an acceptable response. If the request can be solved using a systematic solution the contractor will complete the request.**

  **Control mail is imaged and entered into work queues by the contractor. For all the requirements in this series there are parts that the contractor will need to support even if the requirement is not directly directed at the contractor.**

  - o 32001.010: The contractor to whom the control mail letters is assigned shall contact the contractor(s) of additional loans held by the borrower in the control mail (if appropriate). The contractor shall share the letter with that contractor(s) and request the contractor(s) to draft language regarding the concerns that can be included in the final letter
  - o 32001.020: The contractor shall coordinate with FSA to determine the appropriate letter format, letterhead and paragraph instructions to be used when creating a response.
  - o 32001.030: The contractor shall email the draft response, password protected, within a maximum of 4 business days from receipt to FSA email distribution list (to be provided post award). The subject line of the email for both the response and password should include the last name and control number from the control mail.
  - o 32001.040: The contractor shall create an interim response if the draft response cannot be created within 4 business days due to the time needed to research the issue. The contractor shall send an email with "Interim Letter" in the subject line and indicate in the letter the specific reason why an interim response is being sent along with an approximate timeframe the final response will be sent.
    - ▪ 32001.041: In an effort to ensure that issues are addressed in the responses to control mail letters sent to, not only Members on behalf of their constituents, but for all responses to letters written to borrowers and others inquiring on behalf of the borrowers, the contractor shall:
      - • (1) Enumerate and identify the issues in the incoming letters from the borrowers/Members.
      - • (2) Develop a custom letter that addresses the borrowers' issues clearly and effectively one by one as enumerated
      - • (3) Include a contact name and number for which the borrower may follow up and ask questions.
      - • (4) Return the borrowers' call within 48 hours when messages are left
      - • (5) Include a name and contact number for which the Office of Legislative and Congressional Affairs may contact on behalf of the Members' constituents.

- 32001.050: The contractor shall provide an email notification, to the FSA distribution list, indicating the receipt of a rejected draft response (to ensure the contractor has received the rejection and will update the response).
- 32001.060: The contractor shall modify the draft response, if rejected, and provide an updated draft response within 2 business days of the rejection by FSA.
- 32001.070: The contractor shall update control mail as completed when an approval has been provided by FSA and retain a copy of the response. The contractor and FSA will review content of final response prior to sending to complainant. FSA will forward the completed control mail item to appropriate contacts.
- 32001.080: The contractor shall include a typed word signature in addition to an FSA electronic signature image (to be provided post award) contact information on each response.
- 32001.090: The contractor contact information on each response should include a contact name, email, and phone number at the servicing center who can address questions about the control mail response.
- 32001.100: The contractor shall return misdirected control mail to the FSA sender within 2 business days. 'Misdirected control mail' is defined as control mail assigned to a contractor that does not have the borrower on its system or cannot address the topic of the control mail (if not specific to a borrower).
- 32001.110: The contractor shall provide the borrower the contractor's address and phone number for any Commercial Loans referenced in the response.
- 32001.120: The contractor shall respond with the below language when we do not have any loan information in NSLDS.

  "You have asked for information about loans that do not appear to be Title IV loans. As a result, please make contact with the loan holder for assistance on those loans".

- **32002.000: The contractor shall implement additional actions if "congressional mail" is received.**

  - 32002.001: "Congressional Mail" is not 'control mail' that is sent from FSA to contractor, this is mail from a member of congress, or their office, that the contractor receives directly)
- 32002.010: The contractor shall coordinate with FSA to determine the appropriate letter format, letterhead and paragraph instructions to be used when creating a response.
- 32002.020: The contractor shall provide a copy of the incoming letter or email to FSA contacts (to be provided post award) within 1 business day of receipt of the letter.
  - 32002.021: The contractor shall provide a contact (email address/phone) for congressional mail to FSA.
  - 32002.022: FSA will provide a control number to the contractor's contact for each congressional mail item received within 3 business days from receipt of the email.
  - 32002.023: The contractor shall immediately begin working on creating a response to the inquiry (do not wait for FSA reply).
- 32002.030: The contractor shall provide an initial response acknowledging receipt within 2 business days of the submission of the congressional mail.
- 32002.040: The contractor shall respond to the letter as soon as possible but no later than 21 calendar days from incoming letter.
- 32002.050: The contractor shall provide a copy of the final response to FSA (to be provided post award).
- 32002.060: The contractor shall forward any misdirected congressional mail that belongs with another contractor to the appropriate contractor within 2 business days of receipt. Research can be done on NSLDS to identify the current contractor.

- **32003.000: The contractor shall provide support for inquiries/issues that have been escalated to Ombudsman's office.**

- o 32003.010: The contractor shall provide an escalated issues phone number (or unique IVR option from main servicing number) that Ombudsman can use when calling the contractor with Ombudsman issues.
    - 32003.011: The contractor shall ensure representatives answering this escalated issues line are experienced, and trained to respond to Ombudsman issues.
    - 32003.012: The contractor shall ensure callers to the escalated issues line experience maximum wait times of < 1 minute. (note: this is not 'average' wait time)
    - 32003.013: The contractor shall ensure 100% of calls to the escalated issues phone line are recorded and stored.
    - 32003.014: The contactor shall ensure the escalated issues phone line is available during all call center hours.
- o 32003.020: The contractor shall provide a unique email address that can be used by Ombudsman to submit inquiries.
- o 32003.030: The contractor shall resolve Ombudsman issues in a timely manner.
    - 32003.031: The contractor shall resolve Ombudsman phone inquiries at the time of the phone call when possible.
    - 32003.032: The contractor shall send an immediate response of email receipt.
    - 32003.033: The contractor shall respond to FSA or FSA's vendors regarding all escalated inquires/issues within 2 business days.
    - 32003.034: The contractor shall provide the resolution/answer to phone and email inquiries  unless additional research is needed. If the inquiry was submitted via phone the contractor shall provide the response to the caller via phone, if the inquiry was received via email the contractor shall respond via email (if unable to reach the submitter of a phone inquiry via phone the response may be provided via email).
    - 32003.035: If the inquiry (phone or email) requires additional research the contractor shall contact the submitter within 2 business days to inform them the inquiry will take longer and provide a tracking number that can be referred to in future communications.
    - 32003.036:  For any Ombudsman issue not resolved within 2 business days from initial call/email the contractor shall respond to the issue fully and provide a written response to the issue within 10 business days.
- o 32003.040: The contractor shall uniquely track all issues provided by the Ombudsman - including the borrower(s), issue description, date initiated, all contacts with Ombudsman, date completed and description of the resolution.
    - 32003.041: The contractor shall provide a summary and detailed listing of all Ombudsman issues to FSA on demand.
- o 32003.050: The contractor shall ensure that any requests received from any Ombudsman source that require the contractor to contact the borrower are handled properly.
    - 32003.051: The contractor shall provide initial first contact service to the complainant (by telephone call, email or written correspondence) within 3 business days of receipt of the written contact.
    - 32003.052: If the inquiry/issue cannot be resolved within the 3 business days, the contractor shall complete all required servicing actions to resolve the issue(s) presented within 30 calendar days from its receipt.
    - 32003.053: Upon resolution of the inquiry/issue the contractor shall transmit/deliver to the Ombudsman contractor (via secure means to protect against unintended exposure of PII to unauthorized sources) all documents, or other artifacts included in the response to the customer/complainant.

- **32004.000: The contractor shall resolve all cases assigned via the FSA Feedback system.**

- o 32004.010: The contractor shall gain access to the FSA Feedback system (sometimes referred to as Feedback & Dispute Management System or FDMS) by completing the required forms and submitting to the ISSO.
  - ▪ 32004.011: Additional information on how to request access to the FSA feedback system will be provided by FSA post award.
- o 32004.020: The contractor shall review the system daily for all cases assigned to the contractor's queue.
- o 32004.030: The contractor shall provide an initial response to the borrower/complainant within 2 business days of the submission of the request confirming receipt of complaint.
  - ▪ 32004.031: The contractor shall respond directly to the customer via the complainant's preferred method of communication using Enterprise Complaint System (ECS) Partner Portal functionality to provide updates, feedback and resolution to the complainant.
  - ▪ 32004.032: If the inquiry/complaint requires 3rd party authorization, the contractor shall ensure the authorization exists and include the authorization form in the ECS system. If the authorization doesn't already exist the contractor shall use current procedures for obtaining the authorization/notifying the borrower as needed prior to offering any resolution to the case.
- o 32004.040: The contractor shall research and resolve all Feedback inquiries/complaints within 10 business days. Based on the complexity of the complaint, the contractor sends a request for approval to FSA for Complaints requiring more than 10 business days to resolve.
  - ▪ 32004.041: The contractor shall provide an update to the complainant every 10 business days if not able to fully resolve within 10 business days.
  - ▪ 32004.042: The contractor shall resolve all complaints within 60 calendar days. If the resolution cannot be completed within 60 calendar days, contractor will escalate to FSA Ombudsman for review.
- o 32004.050: The contractor shall provide a formal response to complaints sent both directly to the contractor and to the Feedback system within 10 business days. Based on the complexity of the complaint, the contractor shall request approval from FSA to increase the number of business days to provide a formal response. All responses shall inform borrowers of their right to escalate the issue to the Ombudsman Office if they are unsatisfied with the response.
  - ▪ 32004.051: If the inquiry/complaint has been received at both the contractor site and via the Feedback system, the contractor shall respond to the complaint from the Partner's site and then document that response to the complaint in ECS.

- **32005.000: The contractor shall provide a contact to support complaint handling.**

  - o 32005.010: The contractor shall provide a management level employee to be the primary contact for state or federal agencies inquiring about borrower complaints/disputes/issues.
  - o 32005.020: The contractor shall ensure a written response is provided for each complaint received from a state or federal agency and that the complaint has been properly tracked within the servicing solution's complaint tracking system.
  - o 32005.030: The contractor shall share these written responses to complaints with FSA upon request.

- **32006.000: The contractor shall escalate complaints to FSA as needed.**

  - o 32006.010: The contractor shall create a process that allows for escalation of a complaint rec'd to FSA as needed. In some cases there may be need for FSA intervention or the complaint is of high priority or visibility that the contractor needs FSA to be aware of the complaint or provide input/information to resolve the complaint.

- **32007.000: The contractor shall provide support for FSA to resolve complaints.**

- o 32007.010: The contractor shall provide, upon request from FSA, any information needed from the servicing system/solution to support FSA's efforts to resolve a complaint.
    - ▪ 32007.011: The contractor shall ensure they possess the staff to receive, address, and resolve case issues received from the Feedback & Dispute Management System (FDMS), and provide case information, and/or issues resolution updates via the FDMS on cases in progress, or subsequently updated when the case exists in a closed status.
    - ▪ 32007.012: The contractor shall determine a means to support "loan level status data sharing" into a customer relationship management (CRM) schema to support ED- contractor oversight, FSA-wide status informing on federal student aid borrowers serviced by their organization, and in-time status updates to fluid data used to manage interactions with, and/or resolve issues for their client portfolio (i.e. federal student aid borrowers)

- **32008.000: The contractor shall provide a process by which any borrower can escalate any request for assistance.**

    - o 32008.010: The contractor shall ensure when making a request for assistance on the phone, the borrower has the ability to obtain immediate review of the response, by an employee of the contractor at a higher supervisory level, if an immediate response has provided during the call and the borrower would like a second review/opinion on the response. by an employee of the contractor at a higher supervisory level.
    - o 32008.020: The contractor shall ensure the process allowing for and describing this escalation is defined on the servicing website's FAQs.

- **32009.000: The contractor shall work with FSA to create a process to input and track all inquiries and complaints through resolution.**

    - o 32009.001: A "complaint" is a submissions by a borrower (or an authorized third party) that expresses dissatisfaction with, or communicates suspicion of wrongful conduct by, the contractor related to the borrower's personal experience with the contractor and/or its handling of the borrower's account
    - o 32009.002: An "inquiry" is a submission by a borrower (or an authorized third party) that does not meet the definition of a complaint and is seeking general information about loan terms or account status (e.g., "when is my payment due?" or "I need assistance resetting my password").
    - o 32009.010: The contractor shall record all inquiries (including all borrower contacts) received and attempt to resolve all inquiries upon receipt.
        - ▪ 32009.011: The contractor shall escalate complaints/disputes to team leads, supervisors, or managers as needed in an attempt to resolve upon receipt.
    - o 32009.020: The contractor shall provide an initial response to the borrower/complainant within 2 business days of the submission of the request confirming receipt of complaint.
    - o 32009.030: The contractor shall research and resolve complaints/disputes within 10 business days of receipt unless complexity requires additional time.
        - ▪ 32009.031: The contractor shall provide an update to the complainant every 10 business days if not able to fully resolve within 10 business days.
        - ▪ 32009.032: The contractor shall resolve all complaints/disputes within 60 calendar days. If the resolution cannot be completed within 60 calendar days, contractor will escalate to FSA Ombudsman for review.
    - o 32009.040: The contractor shall request all additional information needed to resolve complaint/dispute from borrower immediately after identifying additional information is needed.
    - o 32009.050: The contractor shall provide detailed information to the borrower if the dispute cannot be resolved in the borrower's favor. All responses shall inform borrowers of their right to escalate the issue to the Ombudsman Office if they are unsatisfied with the response.

- 32009.051: The contractor shall provide an explanation for the determination, contact information of personnel knowledgeable about dispute, information informing borrower how they can request copies of documents used by the contractor to make the determination, and explanation of the method by which the borrower can appeal the determination.
  - 32009.060: The contractor shall maintain a system/solution that supports the input, tracking, and resolution of all complaints/disputes and allows for FSA access to the system/solution and summary and detailed reporting to FSA.

- **32010.000: The contractor shall accept and process appeals on account disputes.**

  - 32010.010: The contractor shall accept written appeals from borrowers in response to a determination on an account dispute.
  - 32010.020: The contractor shall provide written acknowledgement to the borrower that the contractor has received the appeal request and started the appeal process. The notice shall be send within 10 business days from written request for appeal.
  - 32010.030: The contractor shall conduct a reassessment of the borrower dispute performed by an employee of the contractor at a higher supervisory level than the employee(s) involved in the initial account dispute determination.
  - 32010.040: The contractor shall notify the borrower of the outcome of the appeal within 30 business days from receipt of appeal. The notification shall include the outcome of the appeal and include any reason for denial (if denied). All responses shall inform borrowers of their right to escalate the issue to the Ombudsman Office if they are unsatisfied with the response.
  - 32010.050: The contractor shall post an explanation of the appeal process available and instructions on how to request an appeal on the servicing website.

- **32011.000: The contractor shall forward any misdirected complaints to the appropriate contractor or entity.**

  - 32011.010: The contractor shall forward any complaints received to the appropriate contractor or entity within 1 business day of reviewing the complaint.
  - 32011.020: The contractor shall use NSLDS and/or other FSA systems to identify the correct entity to be responding to the complaint. If the correct entity cannot be identified the contractor shall contact the FSA liaison for assistance in determining where to forward the complaint.

- **32012.000: The contractor shall ensure no negative consequences occur to the borrower during the time the complaint is being reviewed.**

  - 32012.010: The contractor shall prevent negative credit reporting from occurring while the complaint is under review.
  - 32012.020: The contractor shall halt all collection activities on the account while the complaint/dispute is being researched/resolved if the complaint/dispute is related to the delinquency.

- **32013.000: The contractor shall provide a contact to support complaint handling.**

  - 32013.010: The contractor shall provide a management level employee to be the primary contact for state or federal agencies inquiring about borrower complaints/disputes/issues.
  - 32013.020: The contractor shall ensure a written response is provided for each complaint received from a state or federal agency and that the complaint has been properly added to a tracked within the servicing solution's complaint tracking system.

- **32014.000: The contractor shall respond to FOIA and Privacy Act requests.**

- o 32014.010: The contractor shall respond FOIA and Privacy Act requests within 5 calendar days.

***Section 33000: Outreach Campaigns***

- **33000.000: The contractor shall send outreach email campaigns.**

- **33001.000: The contractor shall send outreach postal campaigns.**

  - 33001.010: The contractor shall provide postal mail campaigns as requested by FSA. These campaigns will be initiated through the change management process.
  - 33001.020: Outreach postal mail campaigns will consist of FSA defined borrowers, or parameters provided by FSA that allow the contractor to select borrowers.
  - 33001.030: Outreach postal mail campaigns will consist of FSA defined text and/or inserts to be sent.
  - 33001.040: The contractor and the contractor shall work with FSA to define the specific text, format and branding and timing of campaigns to maximize the desired outcome.
  - 33001.050: The contractor shall provide results of campaigns overall volumes sent and volume of returned mail.
  - 33001.060: The contractor shall include testing of multiple subject lines of emails with a small group of borrowers prior to launching each full email campaign, to maximize email open rates.

- **33003.000: The contractor and the contractor shall execute outreach calling campaigns.**

  - 33003.010: The contractor shall execute call campaigns as requested by FSA. These campaigns will be initiated through the change management process.
  - 33003.020: Outreach call campaigns will consist of FSA defined borrowers, or parameters provided by FSA that allow the contactor to select borrowers.
  - 33003.030: Outreach call campaigns will consist of FSA defined scripts created in cooperation with the contractor.
  - 33003.040: The contractor working with the contractor shall work with FSA to define the specific scripts and timing of call campaigns to maximize the desired outcome.
  - 33003.050: The contractor working with the contractor shall provide results of campaigns, including contact rates, overall volumes/dates completed, and caller results/success rate of intent of call.

- **33004.000: The contractor shall retain copies and results of all campaigns.**

  - 33004.010: The contractor shall maintain a catalog of all outreach campaigns, including date(s) executed, volumes, content, method, and all results (e.g., bounced emails and returned mail).

- **33005.000: The contractor shall record outreach efforts on borrower records.**

  - 33005.010: The contractor shall annotate on each impacted borrower's account the outreach efforts made to the borrower.
  - 33005.020: The contractor shall record and annotate on the borrower's account bounced emails or returned mail.

- **33006.000: The contractor shall retain copies of outreach as part of the borrower's record.**

  - 33006.010: The contractor shall store copies of outreach correspondence/notices within the borrowers servicing record/image record.

# Public Service Loan Forgiveness (PSLF)

- **34000.000: The contractor shall continue to service borrowers on their system who have applied, or indicated an intent to apply, for Public Service Loan Forgiveness (PSLF) and Temporary Expanded PSLF (TEPSLF).**

  **Note: With the implementation of the USDS Servicing contracts, the Federal Student Aid Information Center (FSAIC) will begin to perform PSLF and TEPSLF employment adjudication, qualifying payment determination, and forgiveness determination. Contractors shall maintain the borrower account on their system without transfer. FSA will provide further clarification of these requirements via the change management process post-award.**

- **34001.000: The contractor shall provide basic information to borrowers about PSLF and TEPSLF. Note - Special requirements for performing PSLF/TEPSLF discharges can be found in the 23000-Discharge- Forgiveness- Bankruptcy requirements"**

  - 34001.010: The contractor shall provide basic information to any borrower based on a verbal, written, email, online, chat, or fax request. Basic information includes: 1) basic terms of the program 2) advising the borrower of the qualifying loans, repayment plan, and employment criteria and 3) if the borrower's current loans and repayment plan meet those criteria.
  - 34001.020: The contractor shall train representatives to respond to basic inquiries received about the PSLF program via all communication methods.
    - 34001.021: The contractor shall institute a call flow that aims to resolve a borrower's other questions and needs that are pertinent to the servicer before transferring a borrower to 800-4-FEDAID.
    - 34001.022: The contractor shall provide an option in their phone menu related to PSLF and TEPSLF that redirects the call to 800-4-FEDAID.
  - 34001.030: The contractor shall refer borrowers to the general PSLF Landing Page ([www.studentaid.gov/publicservice](www.studentaid.gov/publicservice)), the PSLF Help Tool (www.studentaid.gov/pslf) and the stand-alone employer database (when available) for additional information related to PSLF Program Requirements and Employer Eligibility.
    - 34001.031: The contractor shall transfer a PSLF or TEPSLF borrower to FSAIC should the borrower ask for specific information on a given payment or loan.
  - 34001.040: The contractor shall provide information about PSLF and TEPSLF on their website with a link to the PSLF Help Tool.
    - 34001.041: The contractor shall link borrowers to information about PSLF & TEPSLF on FSA's website (www.studentaid.gov/pslf) on any webpage where repayment, forgiveness, and discharge options are presented.
    - 34001.042: The contractor shall inform borrowers that they may learn more about their eligibility for PSLF by visiting FSA's website or via transferring their call via a warm handoff to 800-4-FEDAID.
  - 34001.050: The contractor shall promote PSLF knowledge on the PSLF portal and the servicing website by working with FSA to create outreach and social media campaigns to inform borrowers about PSLF including, but not limited to customer service support, portal inquiries, calls, emails, and any needed tracking as requested.
  - 34001.060: The contractor shall promote PSLF and provide a link to StudentAid.gov/publicservice in communications to the borrower while in school, in grace, and in repayment.

- o 34001.070: The contractor shall maintain an indicator on their system to denote borrowers who have at least one month of qualifying employment under PSLF or TEPSLF.
    - ▪ 34001.071: This indicator shall be generated based on information from NSLDS. The protocol for receiving this information will be developed by FSA and shared with USDS Servicers.
    - ▪ 34001.072: This indicator shall be referred to by CSRs so that they do not provide counseling that would make a borrower ineligible for PSLF and so they provide information that is tailored to a PSLF borrower's circumstances.
- o 34001.080: The contractor shall include a link to studentaid.gov/PSLF or an FSA-provided insert/attachment/page on PSLF for every borrower who has not already submitted an approved PSLF form and is not already enrolled in PSLF. This information shall be provided at least once per year for every borrower (may be combined with bill or other notification).
- o 34001.090: The contractor shall display the borrower's progress or participation in PSLF and TEPSLF programs prominently on the borrower's online account, the PSLF portal, and every monthly billing statement.

- **34002.000: The contractor shall report PSLF/TEPSLF information to NSLDS.**
    - o 34002.010: The contractor shall report the PSLF payment eligibility information to NSLDS as defined in the NSLDS Data Provider Instructions (See NSLDS_DPI).

- **34003.000: The contractor shall record and store all PSLF/TEPSLF interactions with borrowers.**

    - o 34003.010: The contractor shall store all incoming/outgoing documents and phone/email/chat/online interactions as borrower records.

- **34004.000: The contractor shall ensure PSLF/TEPSLF enrolled borrowers who have requested Direct Loan Consolidation are informed of the impact to their PSLF/TEPSLF progress.**

    - o 34004.010: The contractor shall send unique communications to borrowers who have been enrolled in PSLF and are interested in consolidating their loans.

## Total & Permanent Disability (TPD)

**Note: With the implementation of the USDS Servicing contracts, the Federal Student Aid Information Center will begin to perform TPD application and discharge approval/denial processing. Contractors shall maintain the borrower account on their system without transfer. FSA will provide further clarification of these requirements via the change management process post-award.**

- **34100.000: If the contractor receives a TPD Application from a borrower, the contractor shall forward the application to FSAIC.**

  - 34100.010: The applications shall be forwarded on a daily basis via email.

- **34101.000: The contractor shall receive and process the daily TPD Loan Holder Notification File (TPD LHN File) from FSAIC. See attached 34101_TPD LHN 2018**

  - 34101.010: The contractor shall receive the daily file via SAIG Message Class TPDNOTIN - TPD Status Notification
    - 34101.011: The contractor shall establish and maintain a Student Aid Internet Gateway (SAIG) mailbox to receive the TPD LHN File. See SAIG Enrollment Website at https://fsawebenroll.ed.gov/PMEnroll/index.jsp
    - 34101.012: The contractor shall notify FSAIC via email of its SAIG mailbox number and contact person information.
  - 34101.020: The contractor shall use the data within the TPD LHN file to initially populate the borrower's TPD status within their system.
  - 34101.030: The contractor shall process all borrower status updates received in the TPD LHN file.
  - 34101.040: The contractor shall contact FSAIC to resolve any errors with the LHN within 5 business days of receipt of the file.
  - 34101.050: The contractor shall apply a 120-day non-capitalizing administrative forbearance (or otherwise suspend collection activity for 120 calendar days) to the borrower's loans within 3 business days of receiving notice in the LHN file.
    - 34101.051: The contractor shall apply a non-capping administrative forbearance upon receipt of an LHN file with a reason code of 120SUSP. The forbearance shall begin on the 'suspension start date' and end on the 'suspension end date' received in the LHN file.
    - 34101.052: If the borrower is currently on a deferment when 120SUSP is received, the contractor may keep the borrower on the deferment and apply the non-capping administrative forbearance to cover the period from the end of the deferment through the suspension end date ensuring the full 120 calendar days is covered.
    - 34101.053: If the borrower is not currently on a deferment when 120SUSP is received, contractor shall apply the non-capping administrative forbearance and disallow other deferments and forbearances to be applied during the 120 calendar days of non-capping administrative forbearance for TPD.
  - 34101.060: The contractor shall resume collection activity after 120 calendar days if the contractor does not receive any updates from FSAIC for the borrower within 120 calendar days.
    - 34101.061: The contractor shall resume the borrower's standard billing dates and repayment cycle. (For example, if a borrower is billed on the 20th of the month and due on the 14th of the month, and a rejection is processed on the 30th of the

month, because the billing date for the next month has already passed, the borrower's next payment would not be until the month after.)

- **34102.000: The contractor shall carry out appropriate actions based on LHN updates.**

  o 34102.010: Materially complete TPD Application received by FSAIC: The contractor shall, within 3 business days of the date that FSAIC sent the LHN file to the contractor confirm or apply a non-capitalizing administrative forbearance, until the contractor is informed by FSAIC of the result of FSAIC's review of the borrower's application for TPD discharge.
  o 34102.020: The contractor shall apply a non-capping administrative forbearance to a borrower upon receipt of an LHN file with a reason code of INDEFSUSP. The forbearance shall begin on the 'suspension start date' received in the LHN file and have an indefinite end date (a date far enough out to allow further notification from FSAIC).
  o 34102.030: If the borrower is currently on a deferment when INDEFSUSP is received, the contractor may keep the borrower on the deferment and apply the non-capping administrative forbearance if the deferment does not cover the 120 calendar days.
  o 34102.040: If the borrower is not currently on a deferment when INDEFSUSP is received, the contractor shall apply the non-capping administrative forbearance and disallow other enrollment, deferment, and forbearances to be applied during the 120 calendar days of non-capping administrative forbearance for TPD.
  o 34102.050: Rejection of TPD: The contractor shall resume collection activity within 3 business days of the date that FSAIC sent the LHN file to the contractor.
    ▪ 34102.051: The contractor shall resume the borrower's standard billing dates and cycle. (For example, if a borrower is billed on the 20th of the month and due on the 14th of the month, and the rejection is processed on the 30th of the month, because the billing date for the next month has already passed, the borrower's next payment would not be until the month after.)
  o 34102.060: The contractor shall disregard any information contained in the comprehensive LHN file for account not on its system.

- **34103.000: The contractor shall send a receipt file within 24 hours indicating the LHN file as a whole was received with no errors.  See attachment 34103_LHN Receipt File Sample**

  o 34103.010: The contractor shall send the receipt file via SAIG Message Class TPDNOTOP -TPD Status Notification Output.
  o 34103.020: The Receipt file shall contain the exact same information sent in the Loan Holder Notification file: Note: The only difference is the file name
  o 34103.030:  All receipt files shall use the below naming convention: HolderCode_LHN_UniqueIdentifier.v1.rcvd.csv"

- **34104.000: The contractor shall continue to service borrowers on their system who have applied, or indicated an intent to apply, for Total and Permanent Disability (TPD) discharge.**

- **34105.000: The contractor shall direct the borrower to contact the Federal Student Aid Information Center (FSAIC) when a borrower informs them of the intent to apply for TPD discharge.**

  o 34105.010: This notification to contact FSAIC shall be provided anywhere the contractor interacts with the borrower (e.g. calls, emails, website).

- **34106.000: The contractor shall respond to the borrower within three business days of the date of the borrower's communication (unless the communication between the borrower and his or her contractor was real-time, e.g., over the phone).**

- **34107.000: The contractor shall respond to Loan Consolidation Inquiry/payoff request with edit 006 with field value "TPD" for borrowers currently under TPD designation on their system.**

- **34108.000: The contactor shall participate in inter-contractor testing with FSAIC to validate ability to send/receive LHN records from FSAIC.**

- **34109.000: The contactor shall provide FSAIC their contact information for the TPD interface. The notification should be sent to (email to be provided upon award) and include contact person(s) name, email address, phone number, fax number, and SAIG mailbox number.**

# The Teacher Education Assistance for College and Higher Education Grants (TEACH)

- **34200.000: The contractor will receive TEACH loans from the COD system through the normal COD disbursement files.**

  **Note: FSAIC will support all TEACH Grant processing and monitoring for all TEACH Grants while in grant status, when a Teach Grant becomes a loan it will be transferred to the USDS Servicer like any other DL loan using normal protocols. FSA will provide further clarification of these requirements via the change management process post-award.**

  - **34200.010: The contractor will perform an initial interest accrual on the new loan to accrue interest from the original grant disbursement date through the loan conversion date.**
- **34201.000: When conversion grant to loan is completed, the contractor shall send a welcome notice within 5 business days informing the recipient their grant is now a loan.**

- **34202.000: Once a TEACH Grant has been converted to a Direct Unsubsidized loan (TEACH), the same business rules for Direct Unsubsidized Loans will apply.**
  - 34202.010: A TEACH Grant converted to a Direct Unsubsidized loan can be consolidated. A TEACH Grant in grant status cannot be consolidated.
  - 34202.020: TEACH Grants converted to Direct Unsubsidized Loans (TEACH) shall be serviced as any other Direct Loan.
  - 34202.030: TEACH Grants converted to Direct Unsubsidized Loans (TEACH) shall not be included in the borrower's annual loan limit or in the aggregate loan limit.
  - 34202.040: The contractor shall include Direct Unsubsidized Loans (TEACH) in a borrower's total indebtedness when determining repayment plan eligibility and calculating payments.
  - 34202.050: Direct Unsubsidized Loans (TEACH) shall not be considered for the purpose of calculating and applying cohort default rates.
  - 34202.060:  Contractor shall cancel Direct Loans that were previously TEACH grants when a determination is made by FSA to convert that loan back to a grant. Under such circumstances the loan should be canceled, prior payments should be refunded, the associated tradeline should be removed as though the loan never existed, NSLDS reporting should be updated, and the servicer should follow applicable FMS reporting requirements.
  - 34202.070: The grace period of the Direct Unsubsidized Loan (TEACH) shall begin as of the date the grant was converted to a loan and shall end 6 months later.

*Section 35000: Specialty Tasks*

**Note: FSA will initiate task orders for all specialty tasks in this requirements series post-award.**

## Decommissioned Servicer Data Support

o **35000.000: The contractor shall convert, store and provide access to data from prior decommissioned servicers. This includes ACES/DLSS, decommissioned NFP servicers and future decommissioned TIVAS servicers.**

  **Note: Requirements 35000 and 35001 may be performed by a single or multiple vendors.**

  o 35000.010: The contractor shall coordinate with the current servicing support vendor to convert the static borrower and loan information stored for the prior servicing systems.
  o 35000.020: The contractor shall create a library of up to 50 queries to be used by FSA to obtain access to this information from prior servicers.
  o 35000.030: The contractor shall provide access to the servicing data to FSA or FSA approved users (up to 15 concurrent users). The users shall have access to create new queries and execute existing queries.

o **35001.000: The contractor shall provide support to FSA in relation to research and resolution of issues related to loans that were closed at prior servicers. This includes ACES/DLSS, decommissioned NFP servicers and future decommissioned TIVAS servicers**

  **Examples of closed loans include: PIF by Consolidation (FFEL and DL), PIF by Borrower, reduced to zero, discharged, etc.**

  o 35001.010: The contractor shall support requests for research from FSA or other servicing solutions regarding but not limited to, adjustment processing, refund processing, manual EA27 processing, discharge processing, missing or misapplied payment research, pulling check or refund images etc.

    See Attachments:
    35001 Closed Servicer Research Template (ACS)
    35001 Adhoc Payment Support Refund Template

  o 35001.020: The contractor shall create a monthly report that is sent to PostACES@ed.gov by the 10th business day each month.
    See attachment:
    35001 Payment Support Monthly Report
  o 35001.030: The contractor will access the ACES/DLSS and decommissioned servicer data repositories to perform this work. This includes access to NFP or other decommissioned servicer's archived data as available.
    ▪ 35001.031: The contractor shall convert the ACES/DLSS and decommissioned servicer data repositories and create pre-defined queries as defined by FSA as well as provide access to the data and the ability for FSA staff to create their own queries.
  o 35001.040: The contractor may also receive calls/inquiries from borrowers directly. The servicer shall provide all support. If there are escalations, they shall be forwarded to PostACES@ed.gov for FSA. Escalations shall only be for inquiries where the servicer needs additional help.

# FSA Image Repository

- **35100.000: The contractor shall maintain and provide access to the FSA Image Repository.**

  **Note: Requirement 35100 will be performed by a single vendor.**

  - 35100.010: The FSA image repository currently stores the images from the DLSS/ACES system for borrower's where all loans were in a paid in full status. In addition, the repository has the images, including the Consolidation Loan Origination History Record and images from the Legacy Loan Consolidation System as well as other ancillary images that was transferred into the repository.
  - 35100.020: The contractor shall accept incoming image files in the EA80 format - see 18000 series for EA80 requirements and layouts
    - 35100.021: The incoming images may/may not be related to borrowers currently on the servicer's system
  - 35100.030: The contractor shall provide access to the images for FSA or FSA approved personnel.
    - 35100.031: Access should allow lookup by the borrower SSN at least.
  - 35100.040: The contractor shall allow the download of viewed images by the user (to save to a local device)
  - 35100.050: The contractor shall export the images to another entity at the request of FSA using the EA80 format.

## Legacy Loan Consolidation Adjustments

- **35200.000: The contractor shall receive and process adjustment transactions for consolidation loans originated on the Legacy Direct Loan Consolidation (DLCS) System as well as any decommissioned TIVAS Servicers that previously performed consolidation originations**
  - See Attachments:
  - 35200_Overpayment Template
  - 35200_Underpayment Template
  - 35200_Legacy Consolidation Adjustment Manual Spreadsheet

- **Note:  Requirement 35200 and 35201 will be performed by a single vendor.**

  - 35200.010: The contractor shall process all consolidation loan adjustment requests received via paper and electronically.  Adjustments may be received from Federal or non-Federal servicers.
    - 35200.011: The contractor shall accept and process adjustments (under and over payments) from non-Federal servicers.
    - 35200.012: The contractor shall accept payments from non-federal servicer representing overpayments using the same methods that are used in consolidation origination.
    - 35200.013: The contractor shall make payments to non-federal servicers representing underpayments using the same methods that are used in consolidation origination.
  - 35200.020: The contractor shall create and send a informational packet to the lenders explaining how to submit adjustment requests, where to send payments, and include copies of the under/over payment templates and all servicer contact information.
  - 35200.030: The contractor shall accept and process adjustments (under and over payments) from Federal servicers for consolidation loans previously originated by DLCS or a decommissioned TIVAS Servicers.
    - 35200.031: The contractor shall accept unsolicited transactions from all Federal Servicers using the SCAF file format.
    - 35200.032: The Legacy Adjustment SCAF file shall be submitted to a separate mailbox.
    - 35200.033: The contractor shall send a receipt file for each SCAF submitted.
  - 35200.040: The contractor shall use the same processes outlined in the 15000_Consolidation requirements to process adjustments.
  - 35200.050: The contractor shall use the same processes as outlined in the 7000/8000 financial reporting process adjustments and create/send financial transactions to FMS.
  - 35200.060: "The contractor shall pass the Legacy Consolidation Loan adjustments made to the current servicer of the consolidation loan using the Legacy Consolidation Adjustment Manual Spreadsheet and include the ""Disbursement history"" (See 35201) on a separate tab.  Disbursement history is the full history, it shall include the original disbursement and all adjustments using sequence numbers to distinguish them. "
  - 35200.070: The contractor shall have the ability to receive and process electronic and paper payments in relation to Legacy Consolidation adjustments.
  - 35200.080: The contractor will need to have a lockbox available for Legacy Consolidation payments
  - 35200.090: The contractor shall work with FSA to determine the financial processes needed (REX accounts, reporting, etc.) to complete DLCS adjustments
  - 35200.100: The contractor shall accept incoming calls, emails, correspondence from borrowers, lenders, and servicers about previously originated Direct Consolidation loans.
    - 35200.101: The contractor will be expected to assist with requests for information and issue resolution on consolidation loans received in the data transfer from DLCS and decommissioned TIVAS Servicer.
  - 35200.110: The contractor shall support requests for un-consolidating loans.
    - 35200.111: The contractor will be expected to assist with requests for un-consolidation of consolidation loans within those loans received in the data transfer from DLCS and decommissioned TIVAS Servicer.

NOTE:  Un-consolidation volume is anticipated to be very low.

- o 35200.120: The contractor shall accept and process adjustments (under and over payments) from the DMCS system.
  - o 35200.121: "The contractor shall accept cash (refund EFT) in the Credit Gateway account from DMCS for overpayments.  DMCS shall provide account detail via the overpayment template
  - o 35200.122: "The contractor shall receive and process the underpayment template from DMCS.
  - o 35200.123: The contractor shall send the underpayment payoff information to DMCS using the same methods as listed in the consolidation requirements.  However, they should clearly indicate that these are Legacy Consolidation Payments and submit separate manifests.   Manifest should be sent to DMCSInterfaceGroup@maximus.com

- o **35201.000: The contractor shall provide adjustments received for consolidation loans (originated on the Legacy Direct Loan Consolidation (DLCS) System as well as any decommissioned TIVAS Servicers that previously performed consolidation originations) to the current servicer of the consolidation loan.**
  **See Attachment:**
  **35201_POST LC Manual Adjustment Spreadsheet**

  - o 35201.010: The contractor shall include the POST LC Manual Adjustment Spreadsheet when sending loan adjustments to all servicers as a subsequent tab for Requirement 35200.060.
    - ▪ 35201.011: The contractor shall forward the spreadsheets to FSA for approval. The spreadsheet will then be forwarded by FSA to the correct servicer.  FSA will provide an email confirmation once the spreadsheet is completed.
    - ▪ 35201.012: The contractor shall use the COD monthly password to encrypt the spreadsheets.
  - o 35201.020: The contractor shall forward an adjustment spreadsheet to FSA for adjustments received on loans Paid in Full at ACES or loans that ACES transferred to DMCS.  (This includes PIF by borrower, PIF by consolidation, defaulted, and discharged). Note:  The POST LC Manual adjustment spreadsheet is sent as its own spreadsheet.
    - ▪ 35201.021: The contractor shall use the COD monthly password to encrypt the adjustment spreadsheets.
    - ▪ 35201.022: FSA will provide a confirmation email once the spreadsheet has been completed.
  - o 35201.030: The contractor shall report all financial funding adjustments to FMS.
    - ▪ 35201.031: The contractor shall provide funding adjustments received on Legacy originated loans to FMS using the same transactions as are used for adjusting consolidation loans.
  - o 35201.040: The contractor shall in include the adjustments within consolidation reconciliations.
    - ▪ 35201.041: The contractor shall include all adjustments received within their Funding to Booking reconciliation and into their Funding to Booking report to account reconciliation.
  - o 35201.050: The contractor shall provide support for inquiries about loans consolidated by DLCS and TIVAS Servicers.
    - ▪ 35201.051: The contractor shall create a dedicated email account that will accept and respond to inquiries about Legacy Consolidation loans.  External entities may have inquiries about DLCS and TIVAS Servicer originated consolidation loans and need assistance with resolving (this may involve email responses or outbound calls to resolve the inquiry).  Support for FSA and FSA's vendors is expected to be minimal.

NOTE - It is expected that Servicers, FSA, DMCS, PCAs, Ombudsman, etc. will all have access to the Consolidation promissory notes and consolidation loan origination history records (including funding & disbursement history information) within the FSA Image Repository and can resolve most inquiries by accessing those documents themselves.  The contractor is NOT responsible to provide copies of those items to FSA or FSA vendors.  Borrowers will be instructed to call their current servicer with any questions about their Legacy Consolidation loans."

- 35201.060: The contractor shall provide support for ad-hoc requests by FSA on legacy consolidation loans.
  - 35201.061: The contractor shall provide support to research and create other ad hoc changes to Legacy consolidation loans identified by FSA as needed.  These changes may include subsidy changes, unconsolidation requests, and other less common adjustments that may be identified.  The servicer will need to provide an email address/contact where FSA can send these requests.
- 35201.070: The contractor shall create a supplemental borrower history file for each adjustment received and process and image the document to capture the complete funding history for the legacy consolidation loan.  The history shall use the same format of the files created when the legacy system was decommissioned.

# FFEL Guaranty Agency Rehabilitation Loan Purchases

- **35300.000: The contractor shall accept rehabilitated loan assignments from guaranty agencies and use Department of Education funds to pay collection costs to the guaranty agencies for these rehabilitated loan assignments as specified in Section 428F (Default Reduction Program) of the Higher Education Act as modified by PL 113-67 on December 26, 2013.**

  **Note: Requirements 35300 through 35326 will be performed by a single or multiple vendors.**

  - 35300.010: The contractor shall receive a guaranty agency notice of intent (NOI) to assign loans to the Department and the contractor shall acknowledge receipt to the guarantor and provide notification of the proposed date of assignment (sale date) and the date for the guarantor to send the loan transfer file and image file (on the fourth day prior to the sale date). The transfer file and image file from the guaranty agencies will use the existing EA27/EA80 layouts.
  - 35300.020: The contractor shall review the conversion transfer file information to ensure adequate loan data has been provided by the guaranty agency to service the loan. The contractor shall also perform collateral document review of the EA80 file documents.
  - 35300.030: "The contractor shall provide the guarantor with the loan purchase detail schedule report on the third day prior to the date of sale. The reject file will report the guaranty agency errors and the GA will be required to resubmit any rejected borrowers in a new file. The contractor shall also submit the loan purchase invoice file to FSA FMS on the third day prior to the date of sale.

    See attachment 35300_Loan Purchase Reject Report Sample

  - 35300.040: The contractor shall set the sale date for each deal and communicate that sale date immediately to both guaranty agency and FSA. The sale date is the date that the guarantor receives the payment in their bank account.
  - 35300.050: Sale dates shall not be scheduled on blackout dates established by FSA.
  - 35300.060: On the sale date, the contractor shall load the loans onto their servicing system and send a welcome letter to the borrower containing information about the transfer of servicing. The contractor shall allow the rehab borrower to remain on their existing payment amount for 3 months via reduced payment forbearance in order to gather documentation for the appropriate repayment plan. If the new repayment plan is not selected at the end of the 3 months, the borrower shall be placed onto a Standard repayment plan.
  - 35300.070: The contractor shall be able to uniquely identify rehabilitated loans assigned to the Department through the rehab program.
  - 35300.080: The contractor shall conduct testing with guaranty agencies that are intending to submit their first assignment file.

- **35301.000  The contractor shall use the FMS Purchase Funding Request file (also known as the Loan Purchase Accounts Payable Invoice file) as provided by FSA CFO to send loan purchase requests to FMS for funding.**

  - 35301.010  "The contractor shall submit purchase deals once a week. Transfer to servicing should be initiated within 30 business days after the borrower's ninth payment.

    See Attachment 35301_FMS Purchase Funding Request - File Layout

    See Attachment 35301_FMS Purchase Funding Request - Data Field Definitions

    See Attachment 35301_FMS LC contractor Demographic File

- o 35301.020  The contractor shall submit FMS Purchase Funding Request to FMS at least 3 business days prior to sale date. Example: For a Friday sales date, The contractor would be expected to submit FMS Purchase Funding Request no later than 10am of the preceding Tuesday.
- o 35301.030  The contractor shall transmit files using the existing SAIG (PFUNDGIN) message class and mailbox.
- o 35301.040  The FMS Purchase Funding Request shall use the transaction type: "GAF" or "GAL".
- o 35301.050  "The contractor shall follow instructions contained within the Claim File format for creating and sequencing Deal Number. The entire X(005) field shall be unique, and never be reused.

   Position 1 contractor Identifier alphabetically indicate source

   Position 2 -5 LoanSaleID (Unique alpha-numeric sequence, example 0000 – 9999)"

- o 35301.060: Upon approval of the internal invoice generated from the FMS Purchase Funding Request, FSA shall send the contractor an email confirming approval for the payment to be made by Treasury.
- o 35301.070: The contractor shall pay collection costs up to 16% of the outstanding principal and interest. The guaranty agency assigned loan principal and interest shall be loaded separately as principal and interest receivables. The collection costs shall be added to the principal amount upon loading the loan on the contractor's servicing system.
- o 35301.080: The contractor shall accrue collection fees to the sale date (up to 16% of the principal and interest based on the collection fee percentage in the guaranty agency file). The collection costs shall be capitalized (loaded) to principal.

- **35302.000: The contractor shall create a Loan Purchase Detail File (LPDF) and a LPDF summary file and submit them to FSA Business Operations. The LPDF summary file shall contain no PII information. If multiple guaranty agencies are mixed into one Deal on the LPDF, the LPDF summary file shall have each guaranty agency listed and totals by guaranty agency.**

   **See Attachment 35302.00_Deal Recon and Loan Purchase Detail File Sample for instructions and layout provided for the LPDF.**

- o 35302.010: The contractor shall submit the Loan Purchase Detail File and the LPDF summary file at the same time that the FMS Purchase Funding Request is submitted.
- o 35302.020: The contractor shall submit the Loan Purchase Detail File and LPDF summary file via email to FSA.
- o 35302.030: "The contractor may mix guaranty agencies into one Deal, and one loan detail schedule, or they may separate each guaranty agency onto their own loan detail file.
- o 35302.040: The contractor shall send a copy of the Loan Purchase Detail File to each guaranty agency, ensuring that only the appropriate subsections are delivered to each.
- o 38002.050: Although collection costs are being added to the principal balance of the rehabilitated loan, the contractor shall break the collection costs out separately when completing the Loan Purchase Detail File.
- o 35302.060: The Loan Type field on this file shall be populated with the loan type of the underlying loan.
- o 35302.070: Whenever NSLDS Unique Label data is available for a loan, the contractor shall populate this field on the LPDF.

- **35303.000: The contractor shall report the Credit Reform Code on the FMS Purchase Funding Request and FMS Summary File for the rehabilitation loan being booked, using existing rules for CRC calculation. The CRC for rehabilitation loans under loan programs GAF and GAL follows the FAF and FAL FFEL loan program rules.**

- **35304.000: All Treasury payments under this program will go directly to the guaranty agency.**

- o 35304.010: Approximately one day before payment is made to the loan holder, FSA shall send both guaranty agency and the contractor email notification that funds are about to be deposited into the guaranty agency's account.

- **35305.000: Upon completion of a purchase, the contractor shall book all purchases for a given day with DISBUR transactions (PBO_AMT and IRB_AMT amount types) and note on their next daily summary file using the loan program code values of: "GAF" or "GAL".**

  - o 35305.010: The Credit Reform Code reported on the FMS Summary File shall reflect the CRC of the original FFEL loan.
  - o 35305.020: The contractor shall halt booking and summary file reporting of any loan deemed ineligible for purchase by FSA.

- **35306.000  "The contractor shall maintain a tab within a PUT LOG for guaranty agency rehabilitated loan purchase deals, and a second tab for adjustment deals.**

  **See attachment 35306 PUT Tracking Log SDCL**

  - o 35306.010: The log shall be submitted weekly (using current practice, one cumulative log with multiple tabs, representing all activity planned and executed).
  - o 35306.020: Deal numbers shall list each guaranty agency to be paid under that deal in the PUT log.
  - o 35306.030: "PUT LOG shall be submitted to 'edcontractor' email accounts.

- **35307.000: FFEL Funds 0230XNY and 4251XNY shall be used for this initiative. The account mapping for loan programs GAF and GAL is already contained in the outbound account mapping file sent to the contractor.**

- **35308.000: The contractor shall include loans under the loan program codes, GAF and GAL, in month-end reconciliation reporting.**

  - o 35308.010: Wherever reports break data out by loan program, the contractor shall add the GAF and GAL loan programs to the structure of the report.

- **35309.000  The contractor shall report guaranty agency rehabilitated purchased loan program data on the FFEL TROR.**

- **35310.000: The contractor shall follow deal reconciliation requirements, providing a "Principal & Interest contractor-to-FMS Receivable" reconciliations for all deals.**
  - o 35310.010: These reconciliations shall explain and support any differences between dollars requested in the loan purchase file and dollars booked on the contractor's system through the DISBUR transaction. (See requirement 6074)
  - o 35310.020:  Deal-by-deal reconciliations shall be submitted monthly to an FSA identified email address ('edcontractor' email accounts).

- **35311.000: In cases where the loan holder has been underpaid by Treasury, the contractor shall submit a "mini" deal for the underpaid amount, just as they did for the original deal (submit via the loan purchase file and report a DISBUR transaction on summary file.)**

  - o 35311.010: These transactions shall be associated with the original DEAL so that reconciling items are resolved.
  - o 35311.020: The FMS Purchase Funding Request file shall be used when submitting the "mini" deal.

- **35312.000: In cases where the guaranty agency has been overpaid by Treasury, the contractor shall bill the guaranty agency for payment if the contractor becomes aware of the overpayment prior to being contacted by the guaranty agency.**
  - 35312.010: The contractor shall use Credit Gateway to accept return of excess funds by guaranty agencies.
  - 35312.020: "A SUMDEP transaction shall be sent to FMS by the contractor (via FMS Summary File) when a payment is received.
  - 35312.030: The contractor shall also send FMS either a PUTRET or COLLEC transaction (see below) to apply the collection to the correct loan and reverse the original overpayment transaction for collection costs. The interest and principal amounts that were overstated and assigned shall be adjusted downward using the GROSUP IRB_AMT and GROSUP PBO_AMT transactions. Proper usage of FMS accounting transactions related to overpayment adjustments is as follows: If a payment was received on or prior to the date of purchase, and that payment was applied by the guarantor so as to reduce the balance of the account, then the proper FMS transaction is PUTRET (an adjustment to the purchase price). If the payment was not applied to the borrower account (i.e. held in the guaranty agency suspense account for some reason), or was received after the date of purchase, then the FSA receipt of the funds is a COLLEC (i.e. the guaranty agency has forwarded borrower misdirected funds to FSA). The contractor shall collect this information from the guaranty agency at the time that the guaranty agency notifies The contractor of overpayment, and generate the appropriate FMS transaction.
  - 35312.040: DSBADC is not a valid transaction code for GAF and GAL loans.

- **35313.000: Over and underpayment tolerances for loans purchased under this program shall match FSA's June 28, 2011 Electronic Announcement. (** https://fsapartners.ed.gov/knowledge-center/library/electronic-announcements/2011-06-28/loans-subject-direct-consolidation-loan-information-treatment-underpayments-and-overpayments **).**

  - 35313.010: DEAL tolerance differences shall be handled by sending ADJUST with PBO_AMT and INT_AMT. Adjustment transactions shall tie back to the loan being adjusted.

- **35314.000: The contractor shall add a process flow for this program to their A-123 documentation.**

- **35315.000: The contractor shall work with FSA and trading partners to develop a specific IST schedule.**

- **35316.000: The contractor shall include guaranty agency rehabilitated loan purchases in default management processes.**
  - 35316.010: The contractor shall report the new Loan Program Code value of "GAF" or "GAL" on the Combined DMCS2 File Exchange Format when transferring Guaranty Agency Rehabilitated Loans to DMCS.
  - 35316.020: The contractor shall send any defaulted GA rehabbed loans as part of its regular default assignment file to DMCS (these are not to be sent as part of a re-default assignment file). The contractor shall put a "Y" in the rehab indicator for the debt in the detailed record to disallow the debt from being rehabbed again in the future.

- **35317.000: The contractor shall accept and process the new loan program code values of "GAF" and "GAL" on inbound EA27 files when transferring in a loan.**

- **35318.000: The contractor shall report the new Loan Program Code value of "GAF" or "GAL" on the EA27 when transferring loans to other contractor (including NFPs, DMCS, PHEAA for PSLF, and the Temporary and Permanent Disability contractor.)**

- **35319.000: The contractor shall report the MPNID on the EA27 for all guaranty agency purchased rehabilitated loans when transferring loans to other contractor (including NFPs, DMCS, and the Temporary and Permanent Disability contractor.)**

- **35320.000: The contractor shall process requests to reverse the purchase of the rehabilitated loan.**
  - 35320.010: Guaranty agencies shall make all reverse purchase requests through the contractor. If FSA determines that the borrower was not eligible for the rehab, the purchase will be reversed and the borrower returned to the guaranty agency.
  - 35320.020: The contractor shall communicate anticipated loan balance on sales date to guaranty agency including all principal, fees, and accrued interest.
  - 35320.030: The contractor shall communicate to the guaranty agency that the guaranty agency must initiate payment to Treasury via Credit Gateway.
  - 35320.040: The contractor shall verify on Treasury's Collection Information Repository (CIR) that funds (including all accrued interest) were received from the guaranty agency on the date of repurchase.
  - 35320.050: Assuming funds were received, the contractor shall process a PUTRET transaction and report to FMS for that posting date.
  35320.060: The contractor shall report the reversal of the purchase of the rehabilitated loan as a cancelation to NSLDS per existing cancelation procedures.

- **35321.000: The contractor shall provide detailed reporting on these GA assigned rehab borrowers on a monthly basis, including longitudinal tracking that will show the monthly repayment status of all GA rehabilitation borrowers in a consolidated report dating from the month each loan is transferred to the contractor's system through the current month, and data on repayment plan selection and IDR recertification rates. The report shall be delivered ten business days following the end of the month.**

- **35322.000: For NSLDS reporting on GA rehab purchases/assignments, the contractor shall not populate the rehab indicator field, shall not populate the months in rehab field, shall populate the rehab amount field with the amount funded on the date of purchase, and shall populate the rehab date field with the sale date (the date the loan was purchased).**

- **35323.000: The contractor shall place the rehab agreement under the "NOTE" doc type for any EA80 files being transferred contained GA rehab loans.**

- **35324.000: The contractor shall not receive bank account and routing information from the guaranty agencies for automated billing. The contractor does not need to honor any incentives on the original loan and does not need to reject loans that have incentives on them.**

- **35325.000: The contractor shall allow borrowers to change their due date within the first 90 calendar days based on the following rule: Only during the first 90 calendar days after assignment will we limit the borrower's ability to change their due date. In the first 90 calendar days as the contractor are doing outreaching to the borrower, a due date can only be changed if the borrower is changing/selecting their repayment plan.**

  **Special Note: The following six guarantors have tested and been approved for the GA Rehab program. North Carolina is the only guarantor to submit an NOI over the last 2 years:**

  **GA 755--Great Lakes Guaranty**

  **GA 745--South Carolina State Education Assistance Authority**

  **GA 729--Missouri Department of Higher Education**

  **GA 717--ISAC**

**GA 737--North Carolina Guaranty Agency and Repayment Services**

**GA 742--Pennsylvania Higher Education Assistance Agency (PHEAA)**

*Section 36000: Training*

- **36000.000: The contractor shall provide training to their staff and training team members.**

- **36001.000: The contractor shall provide basic servicing solution training to FSA and other FSA approved personnel.**

  - 36001.010: The contractor shall provide training on how to complete basic servicing tasks/reviews. Items included should include, but not limited to, log onto system(s), search for accounts/borrowers/awards, view borrower activity/transactions, view customer contacts, and access imaged documents, emails, and chat conversations as well as perform all servicing functions such as but not limited to applying payments, processing forbearance, deferments, discharges, etc..
  - 36001.020: The contractor shall create web-based training courses to allow users to self-educate on how to use the servicing system.
    - 36001.021: The web training shall be provided on the vendor's secure website or be packaged and provided to FSA in a way it can be provided via FSA's training tools/on FSA's local network.
    - 36001.022: The web training shall be available at all times (other than planned maintenance windows) if available on vendor's website.

- **36002.000: The contractor shall create, store, and update procedures for all operational activities.**

  - 36002.010: The contractor shall create procedures for all operational activities documenting the current process used by servicing staff for all servicing functionality (borrower contacts, processing activities, financial activity, etc.).
  - 36002.020: The contractor shall provide operational procedure documentation to FSA for review prior to initial go-live and prior to implementing new or material changes to those operational procedures.
  - 36002.030: The contractor shall store/maintain all servicing procedures (current and prior iterations). Each iteration shall indicate during what dates the procedure was effective.
  - 36002.040: The contractor shall provide complete copies of all procedures (current & prior) to FSA at contract end or at any time requested.

- **36003.000: The contractor shall provide training materials (includes, training material, knowledge management, call scripts, procedures etc.), for FSA review.**

  - 36003.010: Training materials are required to be provided to FSA for review prior to the use by the contractor for training.
    - 36003.011: The contractor shall consider FSA input, FSA published documents and policy memos (such as http://www2.ed.gov/documents/press-releases/loan-servicing-policy-memo.pdf) when creating training materials
  - 36003.020: Updated training materials are required to be provided to FSA for review prior to release implementations or process changes.
  - 36003.030: The contractor shall provide complete copies of all training materials (current & prior) to FSA at contract end or at any time requested.
  - 36003.040: The contractor shall review employee monitoring results (internal and completed by FSA/others) and incorporate those results into updated/improved training processes and materials.

- **36004.000: The contractor shall develop and implement training certification courses.**

- 36004.010: The contractor shall provide a training solution that allows representatives to become 'certified' in certain levels of training to allow for specialized training to support borrower contacts.
  - 36004.011: The contractor shall require annual 'refresher' course to be successfully completed for representatives to maintain certification.
  - 36004.012: The contractor shall provide contractor with reporting and tracking capability to, at a minimum, monitor training certification levels, track refresher requirements, and training disciplines.
- 36004.010: The contractor shall provide certification in at least the following categories: Basic customer service, Military support, PSLF Support, TEACH support, TPD & Discharge support., Borrower Defense support, IDR support, Delinquency resolution support, In Grace support, In School support, Accessibility, Social Media and School services (for schools).
  - 36004.011: The contractor shall ensure properly trained representatives with the correct certifications are accessible to borrowers submitting phone, email, or chat inquiries about these topics.
- 36004.020: The contractor shall ensure training certification courses and materials have been provided to FSA for review.
- 36004.030: The contractor shall maintain a listing of all representatives and their current level of certification and when the certifications expire. This listing shall be provided to FSA on request within 1 business day.

*Section 40000: Change Management*

- **40000.000: The contractor shall implement system or operational changes ONLY after receiving written approval from FSA to make the changes.**

    o 40000.010: The contractor shall develop emergency approval procedures with FSA to allow for emergency changes/corrections when needed.
    o 40000.020: The contractor shall maintain tracking and documentation of all changes and approvals for changes and provide the documentation to FSA, or approved FSA personnel, on demand.
    o 40000.030: The contractor shall turn over all documentation of change approvals to FSA upon completion of the contract.

- **40001.000: The contractor shall monitor new or changes to laws, regulations, and state/federal guidance and identify all changes that require functional or operational changes.**

    o 40001.010: The contractor shall submit a list of items identified as possible changes to FSA change team on a bi-weekly basis. The list shall include a summary of the change or new law/regulation/guidance and where it was identified from (what law, regulation, etc.) as well as what impacts it has that require a change.
        ▪ 40001.011: The contractor shall attend a bi-weekly meeting with FSA to discuss the changes on the list and discuss impacts.
    o 40001.020: The contractor shall maintain a tracking log of all submitted possible changes, FSA decisions on changes and any related change request or modifications proposed and/or implemented as a result of the changes.
        ▪ 40001.021: This log will document actions taken on pre-change control ideas and document the result of each (closed-no change, CR # xxxx - a change request was created for the idea, or deferred - no CR created but may be reconsidered at a future time for CR).
        ▪ 40001.021: The contractor shall submit this log to FSA weekly. See attachment 40001_Change Request Tracking Reporting.
    o 40001.030:  The contractor shall work with FSA to create/submit change controls for items identified as needed enhancements.

- **40002.000: The contractor shall provide support for the creation of change requests (CRs).**

    o 40002.010: The contractor shall provide personnel to support FSA with analysis of how any proposed change impacts current functions/operations of the contractor or FSA. Support includes reviewing documents, attending meetings/calls, and completing basic analysis of change ideas prior to creation/submission of a change request.
    o 40002.020: The contractor shall provide personnel to create/submit change controls in cooperation with FSA for items identified as needed enhancements.

- **40003.000: The contractor shall review and analyze change controls received from FSA.**

    o 40003.010: The contractor shall receive notification of a change request and request for an impact analysis from the FSA Change Management team via contracts.
    o 40003.020: The contractor shall provide analysis on change requests received and provide Impact Assessment responses to the FSA change team within the requested timeframe (response dates will be defined within the change request and may include same day or 24 hour turnaround).

- o 40003.030: Upon receipt of a request for an impact analysis, if the contractor finds it necessary to request an extension of the required time frame, the contractor shall request an extension from the FSA Change Management team.
- o 40003.040: Upon receipt of a request for an impact analysis, if the contractor needs further clarification from FSA to complete the analysis, the contractor shall request clarification from the FSA Change Management team. The FSA Change Management team shall coordinate the clarification request with the contractor and the appropriate FSA staff.
- o 40003.050: The contractor shall provide proposals to change requests when requested by FSA via contracts team.
  - ▪ 40003.051: FSA authorization to proceed with changes shall be provided to the contractor via contracts.

- **40004.000: The contractor shall provide a change request status report monthly to FSA.**

  - o 40004.010: The contractor shall track and report on the status of all change requests from the time the change enters the change process through the development lifecycle to the implementation of the change.
  - o 40004.020: The contractor shall provide the change request status report to FSA by the 5th business day of each month, or within 2 business days of request if needed on demand.
  - o 40004.030: The contractor shall attend a bi-weekly meeting with FSA to review the change request status report and to discuss/clarify the changes and impacts.

- **40008.000: The contractor shall support intersystem testing (IST) between its area of responsibility and other entities that do business with Federal Student Aid.**

  - o 40008.010: The contractor shall conduct and support intersystem testing for any changes, upgrades or regression testing needed due to the modifications to the contractor and contractor's system or changes to another system the contractor interacts with. The contractor shall provide resources, interface control documents, test data, and test cases/scenarios in support of intersystem testing.
  - o 40008.020: The contractor shall provide resources, test data, and test cases/scenarios in support of intersystem testing upon approval of change requests for support.
  - o 40008.030: The contractor shall develop a tool or process that allows for interface test data/files to be created internally that can be used to test and validate interface activity prior to IST (i.e. creating COD, NSLDS, FMS without requiring the files from those other systems to test processes like loan bookings/adjustments, enrollment processing, etc.).

- **40009.000: The contractor shall create and maintain interface control documents for each interface the contractor is responsible for maintaining.**

  - o 40009.010: The contractor's interface control documents should include at a minimum: file layouts, elements, descriptions, valid values, format restrictions, edit in/out, frequency and delivery methods.
  - o 40009.020: The contractor should assume responsibility to create ICD for every interface they participate with unless FSA has provided written confirmation identifying another responsible party.
  - o 40009.030: The contractor shall provide support for ICDs managed by other vendors. Support includes attending meetings, reviewing documents, providing comments, etc.

- **40013.000: The contractor shall ensure to coordinate with FSA on all changes to approaches and processes used to implement changes to Federal Student Aid IT operations and services hosted at the NextGen Data Center for any system/facility that connects with FSA's NGDC through government provided networks or telecommunication services.**

- **40014.000: The contractor shall create and execute regression testing of automated processes.**

  - o  40014.010: The contractor shall create a set of regression test script that represent thorough testing of automated processes related to the servicing solution.
  - o  40014.020: The contractor shall have the regression test scripts approved by FSA.
  - o  40014.030: The contractor shall update regressions scripts as need to include updates and/or new processes and have the updates approved by FSA.
  - o  40014.040: The contractor shall execute the regression scripts in association with any significant system releases and/or operational changes.
    - ▪  40014.041: The contractor shall document all issues found and provide all issues/defects/findings to FSA in a summarized report provided within 10 business days from completion of the execution.
  - o  40014.050: The contractor shall conduct existing defect resolution for all issues found.

- **40015.000: The contractor shall create screen shots of the servicing website pages seen by a borrower (pre & post log in) at the end of each calendar quarter (or the last business day of that quarter) AND at any time significant changes to the website are made.**

  - o  40015.010: Screen shots shall include all web pages a borrower would see account data, instructional information, or select options. (FAQ/Glossary pages are not required to be captured as screen shots)
  - o  40015.020: Significant changes include any non-grammatical changes to text or format changes AND at the time of any major 'release'. Screens shots for significant changes are in addition to those created a quarter end.
  - o  40015.030: Screen captures shall be completed and provided to FSA by the 15th calendar day of the month following each quarter end.
  - o  40015.040: Screen captures shall be pasted into .PDF documents and include dates for which they are valid (starting from last capture date through current capture date).
  - o  40015.050: The contractor shall store the screen captures for each instance/date captured and provide the complete library of prints at contract end date or at any time on demand by FSA.

- **40016.000: The contractor shall assist FSA in the creation and maintenance of a Common Manual for Federal student loan servicing.**

  - o  40016.010: The contractor shall assist FSA in the process of compiling servicing requirements and maintaining a Common Manual for Federal student loan servicing.
  - o  40016.020: The contractor shall share with FSA the contractor's compilation of relevant statutory, regulatory, and contractual requirements, and FSA and industry guidance.
  - o  40016.020: The contractor shall participate in an FSA directed working group with other loan servicers to support the drafting of an initial Common Manual and ongoing updates.

*Section 42000: IDR Forgiveness*

- **42000.000: The contractor shall process forgiveness of eligible loans automatically; the contractor shall not require the borrower to request forgiveness.**

- **42001.000: The contractor shall begin the loan forgiveness period on the date the borrower makes a qualifying payment or receives an economic hardship deferment on an eligible loan.**

- **42002.000: The IDR Forgiveness is at the Loan Level, not borrower level. This means that a borrower's loans could age to forgiveness at different times.**

  - 42002.010: Based on the specific IDR plan for each loan, the forgiveness period is as follows:

    PAYE: 20 years
    ICR: 25 years
    REPAYE: 20 years (or 25 years if any loans were taken out for graduate or professional study)
    Original IBR: 25 years
    "New" IBR: 20 years

    (see 5000 Repayment Series for additional information)

- **42003.000: The contractor shall regularly count qualifying payments via automated payment counter.**

  - 42003.010: The contractor shall include loan balances under $25. Small balance write-offs are at the borrower level not loan level.
  - 42003.020: Upon borrower entering an IDR plan for the first time (or re-entering for the first time since initial assessment), the assessment should be performed to capture any qualifying months/payments and notate the account has been validated.
  - 42003.030: The contractor shall continuously count and maintain counters for all borrowers that are currently in IDR and subsequently move out of IDR.
  - 42003.040: The contractor shall continuously count and maintain counters for all borrowers when they first enter repayment.
  - 42003.050: The contractor shall treat the administrative forbearance period starting on 3/13/2020 through the end of the payment pause, including any months immediately following the payment pause for which the borrower is in repayment status but no payment is due, as if payments for each month have been made in full and on a 10 year standard repayment plan towards IDR loan forgiveness. This period of time will count toward IDR loan forgiveness even if the borrower is/was not on a qualifying repayment plan. This period of time should also count as if in full, on-time payments were made for rebated or forced IDR/ICR (CARES Act).

- **42005.000: The contractor shall identify borrowers that are projected to be forgiven no less than 9 months from the end of the forgiveness.**

  - 42005.010: Ensure that the borrower is currently in a IDR plan
  - 42005.020: Document a chronological history of the activities (qualifying and not) as well as time passed on each loan potentially eligible for IDR forgiveness.
  - 42005.030: Payments reversed (NSF, Stop Payment or applied to the wrong account) should not be included in the count

- o 42005.040: The contractor and/or contractor shall get approval from FSA prior to sending a "6 Months Remaining to IDR Forgiveness" letter to the borrower regarding projected forgiveness.

- **42006.000: On a weekly basis, the contractor shall generate a IDR Pre-Forgiveness Report/Checklist for FSA of the borrowers eligible for IDR Forgiveness within no less than 9 months.  If no borrowers are identified, no report is required.**

  - o 42006.010: The IDR Pre-Forgiveness report shall include the following data elements:
    - Servicer/ contractor Name
    - Date Submitted
    - Borrower First Name/ Last Name
    - SSN
    - Award Id
    - Loan Type (Sub, Unsub, PLUS, GPLUS, Consol)
    - Loan Program (AGO, DLO, FAF, FAL, FBR, FCD, FCO, FIS, GAF, GAL, IGO, LNC, LP1, LP2, NDF, NDR, OGO, PEL, PER, PI1, PI2, SGO, TGO, TPG, TPL, UNP, SCN)
    - Current IDR Payment Plan (ICR, IBR, PAYE, IBR/New, REPAYE)
    - Estimated Forgiveness Date*
    - Date loan entered repayment
    - Date loan entered first IDR repayment plan
    - # of months of Economic Hardship deferment
    - # of qualifying payments
    - Current PBO
    - Current IRB
    - Estimated PBO Forgiveness
    - Estimated IRB Forgiveness
    - Original Loan Amount (OLA)
    - · Indicate if the borrower has self-certified $0 income for 5 or more consecutive years (Yes or No)
    - · Indicate if the borrower has provided ADOI income for 5 or more consecutive years (Yes or No)
    - Notes
  - o 42006.011: If the remaining balance will be paid in full prior to or upon the final qualifying payment, the contractor shall indicate that in the notes section of the request.
  - o 42006.020: The forgiveness date is the day after the final qualifying payment / qualifying month (whichever occurs last) when estimating for this date the contractor shall use the final qualifying month date.

    For example: The borrower makes their 240th payment on 03/15/16 but their final qualifying month is not until 05/15/16 so the forgiveness date for this example would be 05/16/16.

    The borrower reaches their 240th qualifying month on 03/15/16 but has only made 239 qualifying payments. The borrower makes the 240th payment on 06/20/16. The forgiveness date would be 06/21/16.
    - 42006.021: The IDR Pre-Forgiveness report shall be available on demand via workflow.
    - 42006.022: Once a loan is forgiven, it should fall off the report.
    - 42006.023: FSA will review the checklist and reports to validate eligibility and approval to send 6 Months Remaining to IDR Forgiveness letter.

- **42007.000: FSA may request additional detailed history from the contractor for sampling during the six months prior to forgiveness.**

- o 42007.010: The contractor shall return the requested additional information via workflow within 10 business days.
- o 42007.020: If FSA notifies the contractor of discrepancies found in the additional information, the contractor shall research and make appropriate corrections and determine if system or procedural changes are required to correct the error within 10 business days.

- **42008.000: Upon final qualifying payment received for the IDR forgiveness, the systems shall begin the automated process for forgiveness.**

  - o 42008.010: The contractor shall suspend collection activity for the loan eligible for IDR forgiveness upon receipt of the final payment or upon the final month of qualifying economic hardship deferment.
  - o 42008.020: The contractor shall apply a non-capping forbearance on the borrower's loan to suspend the collection on the loan(s) pending forgiveness.
  - o 42008.030: If the borrower has other loan(s) that are not eligible for IDR forgiveness at this time, activity on those loans should NOT be suspended.
  - o 42008.040: The contractor shall prepare and send the forgiveness package to FSA for approval upon receipt of the final payment or upon the final month of qualifying economic hardship deferment.
  - o 42008.050: The contractor shall wait 30 business days from the final payment to ensure that payment has cleared prior to processing the IDR forgiveness transactions.
  - o 42008.060: If the borrower's final qualifying payment does not clear (is not paid or is reversed off of the borrower's account) during the 30 business day waiting period, the contractor shall notify FSA.

- **42009.000: The contractor shall prepare the Forgiveness Approval Request:**

  - o 42009.010: The IDR Forgiveness Approval Request report shall include the following data elements:
    - Servicer/ contractor Name
    - Date Submitted
    - Borrower First Name/ Last Name
    - SSN
    - Award Id
    - Loan Type (Sub, Unsub, PLUS, GPLUS, Consol)
    - Loan Program (AGO, DLO, FAF, FAL, FBR, FCD, FCO, FIS, GAF, GAL, IGO, LNC, LP1, LP2, NDF, NDR, OGO, PEL, PER, PI1, PI2, SGO, TGO, TPG, TPL, UNP, SCN)
    - Current IDR Payment Plan (ICR, IBR, PAYE, IBR/New, REPAYE)
    - Estimated Forgiveness Date
    - Date loan entered repayment
    - Date loan entered first IDR repayment plan
    - # of months of Economic Hardship deferment
    - # of months total qualifying payments
    - # of qualifying payments for each servicer
    - Disclosure period dates
    - Status for period – payment plan type, forbearance, EHD, deferment, in-school, etc.
    - Payment due date for period
    - Monthly payment amount due for period
    - Monthly payment amounts made during period
    - Qualifying payment count for each period, including $0 payments and months of EHD
    - Current PBO
    - Current IRB
    - Estimated PBO Forgiveness
    - Estimated IRB Forgiveness
    - Original Loan Amount (OLA)

· Indicate if the borrower has self certified $0 income for 5 or more consecutive years (Yes or No)
· Indicate if the borrower has provided ADOI income for 5 or more consecutive years (Yes or No)
- Prior servicer documentation--.pdf, notepad, etc.
- Notes

- **42010.000: The contractor shall generate the Forgiveness Approval Request for FSA validation on demand.**

- **42011.000: The contractor shall receive and process the results from FSA's review of the Approval requests.**

    o 42011.010: FSA will provide a response. If approved with changes, contractor will make updates as noted. If denied, there will be a reason and the contractor can re-submit using the same submission process. Final discharge date, PBO, and IRB will be reported through this process.

- **42012.000: The contractor shall process the forgiveness transactions within 10 business days upon receiving approval from FSA.**

    o 42012.010: The contractor shall bring the qualified loan to $0 (forgiving the principal balance and outstanding interest).
    o 42012.020: If the contractor received payment(s) from the borrower during FSA review, the contractor shall apply the payment(s) to the borrower's other remaining loans without advancing their due date. If there are no other loans the payment amount should be refunded
    o 42012.030: The contractor shall redisclose the borrower's remaining loans.
    o 42012.040: The contractor shall generate a forgiveness notification to the borrower that includes the following information:
    · principal balance forgiven
    · outstanding interest forgiven
    · whether the forgiven amount is currently considered income by the IRS

- **42013.000: The contractor shall have the ability to reverse or adjust the IDR forgiveness transactions as needed.**

- **42014.000: The contractor shall report IDR forgiveness to FMS.**
  **See Financial Activity and Transactions for FMS reporting of WRTOFF transactions by Reason Code for forgiveness and discharges by type.**

- **42015.000: The contractor shall report forgiveness to the Credit Bureaus See_30000 Credit Reporting**

- **42016.000: The contractor shall report the borrower's progress towards forgiveness to NSLDS. See 12000_NSLDS Reporting**

***Section 46000: Records Retention***

- 46000.000: The contractor shall abide by record retention disposition schedule 075.

  - 46000.010:
    ED Records Schedule SCHEDULE LOCATOR NO.: 075
    APPROVED DATE: 1/5/2011 and 11/6/2017
    TITLE: FSA Loan Servicing, Consolidation, and Collections Records
    PRINCIPAL OFFICE: Federal Student Aid
    (FSA)
    NARA DISPOSITION AUTHORITY: N1-441-09-16 and DAA-0441-2017-0002
    DESCRIPTION: DESCRIPTION: These records document business operations that
    support the servicing, consolidation, and collection of Title IV federal student aid
    obligations. These records relate to the post-enrollment period of student aid, including
    servicing of direct loans, consolidation of direct loans, managing and recovering defaulted
    debts assigned to the Department from Federal Family Education Loan (FFEL) and other
    lenders, rehabilitated loans, and any other type of Title IV student aid obligation. This
    schedule provides a common disposition for records that comprise a variety of material
    and media, including but not limited to demographic and financial data on individual
    borrowers; institutional data on schools, guarantors, lenders, private collection agencies;
    records of financial transactions, payments, collections, account balancing and
    reconciliation, and reporting; records pertaining to customer interactions; and related
    correspondence and documents.
    DISPOSITION INSTRUCTIONS: ED 75 Section 6. Title IV Additional contractor System
    (TIVAS) master data files.
    This system contains records on federal student borrowers who have applied for
    and received loans under the William D. Ford Federal Direct Loan Program and the
    Federal Family Education Loan (FFEL) Program,
    TEMPORARY Cut off annually upon repayment or discharge of loan. Destroy/delete 15
    years after cut off. Records for loans not repaid or discharged are retained for 75 years
    from the issuance of the original loan.
    Note: While 15 years is the official policy for borrower records, a shorter retention period
    is currently in review and expected to be approved prior to go-live.
  - 46000.020: The contractor shall document any borrower records not clearly defined
    within schedule 075.
    - 46000.021: The contractor shall maintain an inventory of records by category and
      disposition.
    - 46000.022: The contractor shall alert the Contract Office to any unscheduled
      records within 60 calendar days of identification.  Unscheduled records shall be
      treated as permanent until an approved schedule is assigned.
    - 46000.023: The contractor shall request and maintain disposition instructions for
      records by category.
    - 46000.024: The contractor shall destroy record at approved
      disposition/destruction intervals OR provide justification and seek written
      approval from Contract Office to retain longer.
    - 46000.025: For borrower accounts that have been transferred to another
      servicer, contractor shall maintain those records in accordance with the defined
      record retention schedule.  The triggering event (date paid-in-full or date
      discharged) for defining retention period shall continue to be supported for
      transferred accounts.  Contractor shall have the ability to accept notice of date
      paid in full or date discharged from FSA for these transferred accounts.
  - 46000.030: The contractor shall not dispose of any information during the life of the
    contract prior to verifying its record status and approved disposition schedule or
    confirmed as non-record material. For material determined to be a record, the

information, regardless of format, should be safeguarded as a permanent record until record schedule is approved.

- o 46000.040: The contractor shall not dispose of any records during the life of the contract unless clearly approved for disposal by requirement or approval from FSA.
- o 46000.050: The contractor shall retain an inventory of all identified records by type and schedule in the NARA compliant format provided by FSA throughout the duration of the contract, submitting an updated copy to FSA annually, indicating adherence to the approved record schedule or documented and approved rationale for deviation from the record schedule. See attachment 46000-Record Retention Schedule for USDS Servicer Records
    - ▪ 46000.051: The contractor shall report unscheduled records on this inventory as "unscheduled". Per 36 CFR § 1220.18, unscheduled records are Federal records whose final disposition has not been approved by NARA on a SF 115, Request for Records Disposition Authority. Such records must be treated as permanent until a final disposition is approved.
- o 46000.060: The contractor shall retain all borrower records throughout the duration of the contract and provide the records to FSA at conclusion of the contract.

- **46001.000: The contractor shall retain electronic copies of all borrower correspondence, notices, communications to/from borrowers throughout the life of the contract.**

    **https://www.govinfo.gov/content/pkg/FR-2018-09-10/pdf/2018-19497.pdf**
    **See Attachment 46001_Universal-ERM-RequirementsTemplate updated.pdf**

    - o 46001.010: When digitizing source record materials sent or received in support of executing the contracted deliverables, the contractor will adhere to the NARA standards in CRF 1236.3 (NATIONAL ARCHIVES AND RECORDS ADMINISTRATION 36 CFR Part 1236 [FDMS No. NARA–18–0003; NARA–2018–058] RIN 3095–AB98 Electronic Records: standards for digitizing temporary Federal records prior to the disposal of the original source records, where appropriate and in accordance with the Federal Records Act amendments of 2014.
    AGENCY: National Archives and Records Administration (NARA). ACTION: Proposed rule. Link provided to Federal Register / Vol. 83, No. 175 / Monday, September 10, 2018 / Proposed Rules 45587 https://www.govinfo.gov/content/pkg/FR-2018-09-10/pdf/2018-19497.pdf.
    - o 46001.020: The contractor shall retain all borrower records throughout the duration of the contract and provide the records to FSA at conclusion of the contract.

    Note: Copies converted into electronic formats are allowed if standards are met to ensure integrity as outlined in 46000.000 and 46001.010

- **46002.000: The system shall retain servicing documentation (including inventories of records) to support key financial and operational controls identified through the contractor's SSE16/A-123A process.**

    - o 46002.010: The contractor shall provide this documentation to FSA, or FSA approved personnel, on demand.
    - o 46002.020: The contractor shall retain this documentation throughout the duration of the contract and provide the documentation to FSA at conclusion of the contract.

- **46003.000: The contractor shall retain credit reporting files for all borrowers throughout the duration of the contract.**

    - o 46003.010: The contractor shall provide the credit reporting files (files as sent to credit reporting agencies) to FSA, or FSA approved personnel, on demand.

- o 46003.020: The contractor shall retain the credit reporting files throughout the duration of the contract and provide the documentation to FSA at conclusion of the contract.

- **46004.000: The contractor shall meet all Federal and FSA record retention standards including (but not limited to):**

  - o 46004.010: Citations to pertinent laws, codes and regulations such as 44 U.S.C chapters 21, 29, 31 and 33; Freedom of Information Act (5 U.S.C. 552); Privacy Act (5 U.S.C. 552a); 36 CFR Part 1222 and Part 1228.
  - o 46004.020: The contractor's system(s) used to execute and support contract delivery will adhere to 36 CFR Part 1236 - ELECTRONIC RECORDS MANAGEMENT  36 CFR Subpart B - Records Management and Preservation Considerations for Designing and Implementing Electronic Information Systems
  - o 46004.030: The contractor and contactors shall treat all deliverables under the contract as the property of the U.S. Government for which the Government Agency shall have unlimited rights to use, dispose of, or disclose such data contained therein as it determines to be in the public interest.
  - o 46004.040: The contractor shall not store any records related to the contract on a non-government authorized repository.
  - o 46004.050: The contractor shall not create or maintain any records that are not specifically tied to or authorized by the contract using Government IT equipment and/or Government records.
  - o 46004.060: The Contractor shall not retain, use, sell, or disseminate copies of any deliverable that contains information covered by the Privacy Act of 1974 or that which is generally protected from public disclosure by an exemption to the Freedom of Information Act.
  - o 46004.070: The contractor shall not create or maintain any records containing any Government Agency records that are not specifically tied to or authorized by the contract.
    - ▪ 46004.071: The Government Agency owns all rights to all data/records produced as part of this contract.
  - o 46004.080: The Government Agency owns the rights to all electronic information (electronic data, electronic information contractor, electronic databases, etc.) and all supporting documentation created as part of this contract. The contractor must deliver sufficient technical documentation with all data deliverables to permit the agency to use the data.
  - o 46004.090: The contractor agrees to comply with Federal and Agency records management policies, including those policies associated with the safeguarding of records covered by the Privacy Act of 1974. These policies include the preservation of all records created or received regardless of format [paper, electronic, etc.] or mode of transmission [e-mail, fax, etc.] or state of completion [draft, final, etc.].
    See Attachment: 46004_ NPRM – Digitizing Records (NARA) – 82 Fed Reg 45587

- **46005.000: The contractor shall ensure any hard copy documents stored are prepared for relocation.**

  - o 46005.010: The contractor shall ensure any hard copy documents that may eventually require relocation are stored in Federal Record Center (FRC) approved boxes and are stored following FRC guidelines to allow for simple relocation at FSA request.

- **46006.000 The contractor shall ensure borrower data privacy.**

  - o 46006.010 The Department of Education has exclusive ownership of all information stored in, retrieved, modified, and/or archived in as part of this service. The contractor shall have no rights in such information and no rights to such information shall vest on the contractor by virtue of its performance of this contract. No other party has the right to

copy, delete, archive, or transfer such information without the prior express written consent of the Department of Education.

- o 46006.020: The contractor shall not use such information for any marketing or solicitation purpose including, but not limited to, commercial advertising, credit offers, or similar campaigns.
- **46007.000: The contractor shall support the decommissioning of the contract.**

  - o 46007.010: In the event the contractor decommissions as a Federal loan servicer, the contractor shall support the offloading and transfer of all the historical borrower data currently stored on the contractor's system (beyond what is currently transferred in the EA27, EA80 and Supplemental Files) to be archived and stored by FSA or by one of FSA's vendors.
  - o 46007.020: This transfer of data will include the necessary documentation and indexing to allow FSA or and FSA Vendor to create queries and reports to support historical account research.
  - o 46007.030: The contractor shall develop a Phase-Out Plan (Phase-Out Plan) to affect a smooth and orderly transfer of contract responsibility to a successor. The Phase-Out Plan shall fully describe how the contractor will approach project Phase-Out including but not limited to the following issues: employee notification; retention of key personnel; turn-over of work-in-progress, inventories (e.g. Federal records including borrower accounts, Standard Operating Procedures (SOPs), software licenses, telephone lines), Government property; surrender of Federal records, removal of contractor property form Government facilities; data and information transfer; surrender of Federal records, and any other actions required to ensure continuity of operations.
  - o 46007.040: The contractor's Phase-Out Plan shall require that the contractor and the Government conduct an inventory of all systems, GFE, Federal records, contract deliverables, work in progress, and other items required for the support of the servicing Solution. Following such inventory, the contractor will conduct a joint inventory with the successor contractor and/or FSA to ensure a smooth transition of all applicable services.
  - o 46007.050:The Phase-Out Plan must also include the following: reconciliation of all property accounts, requisitions, work-in-progress; turn-in of excess property; Contractor's work areas clean-up; plan for training successor contractor, specialized equipment, utilities systems, and ongoing work that the successor would be required to complete; transfer of Federal records, sanitizing contractor equipment and systems of all Federal records, and, security debriefings in accordance with FSA security procedures for incumbent personnel holding security clearances.
  - o 46007.060: The Phase-Out Plan must address the phase-in activities required under FAR 52.237-3 including a training program for the incoming contractor, transition dates for work described in the plan observation periods, access to employees of on-site interviews etc. The Phase-Out Plan must include an observation period at which time management personnel of the incoming workforce can observe operations and performance methods of the contractor. This will allow for orderly turnover of facilities, equipment, and Federal records and will help to ensure continuity of service. The USDS Servicer shall not defer any requirements of the Transition-Out plan for the purpose of avoiding responsibility or of transferring services to the succeeding contractor. The contractor shall fully cooperate with the succeeding contractor and the Government so as not to interfere with their work or duties.

- DEFERRED FUTURE CLIN 7 REQUIREMENT - **47000.000: The contractor shall create the Servicer Data Supplemental File (ESF) to be sent to the Enterprise Data Warehouse and Analytics (EDWA) system.**

    - 47000.010: The contractor shall create the ESF according to the layout specified in the ESF Schema Layout document. See attachments 47000 EDWA Servicing Data Elements.
    - 47000.020: If there is no activity for the contractor for a given week the contractor will send an email stating there is no data to be sent.
    - 47000.030: The contractor shall send the CSV file weekly.

- DEFERRED FUTURE CLIN 7 REQUIREMENT - **47001.000: The contractor shall accept the Servicer Data Supplemental (ESF) response file from the EDWA system.**

    - 47001.010: The ESF response file will be created by EDWA according to the layout specified in the ESF Schema Layout document. See attachment 4700 EDWA Servicing Data Elements
    - 47001.020: The contractor shall review the errored record information from the ESF file from EDWA to determine which records from the ESF were accepted and which were rejected. See attachments 4700 EDWA Servicing Data Elements

- DEFERRED FUTURE CLIN 7 REQUIREMENT - **47002.000: The contractor shall resolve rejected transactions received from EDWA.**

    **Note: The reject process shall be implemented and monitored by the ESF system. The EDWA system shall identify and provide rejected data, along with the data payload for the ESF system to determine what corrective actions are required. As needed, the ESF system will resend the entire event message payload should a correction be required.**

    - 47002.010: The contractor shall review rejected transactions, and work with EDWA personnel to analyze why the reject occurred.
    - 47002.020: The contractor shall resend rejected transactions using the original EventID once corrected as needed.
    - 47002.030: The contractor shall have the ability to "close" rejected transactions if they are not required to be sent. Closed transactions will no longer be identified as unresolved rejects.

- DEFERRED FUTURE CLIN 7 REQUIREMENT - **47003.000: The contractor shall send the ESF and receive the ESF via the Student Aid Internet Gateway (SAIG).**

    - 47003.010: The contractor shall send the ESF Every Friday between 10:00pm and 2:00am (Saturday). NOTE: Schedule may be modified as agreed to by contractor, EDWA, and FSA.
    - 47003.020: The contractor shall send the ESF to the following EDWA SAIG Mailboxes:
        - TGN4866 – Production mailbox
    - TGD5024 – Test mailbox
    47003.030: The contractor shall send the ESF using the following message classes:
        - EDWSVCIN (production)
        - EDTSVCIN (test)
    - 47003.040: The contractor shall receive the ESF between 10:00pm Friday and 2:00am the following Tuesday. NOTE: Schedule may be modified as agreed to by contractor, EDWA, and FSA.

- o 47003.050: The contractor shall have a unique Test TG mailbox number to send and receive files from/to EDWA using SAIG.
- o 47003.060: The contractor shall have a unique Production TG mailbox number to send and receive files from/to EDWA using SAIG.
- o 47003.070: Links to SAIG Mailbox resources are located at: https://fsapartners.ed.gov/knowledge-center/topics/software-and-other-tools

- **47004.000: The contractor shall attend the contractor/EDWA interface meeting.**

  - o 47004.010: The interface meeting will be held weekly or more often as necessary and may be combined with similar interface meetings.

- **47005.000: The contractor shall participate in Intersystem Testing (IST) with EDWA.**

  **Note: Test will consist of sending several files that contains various data. Data will need to be valid and invalid data to support the testing of the response files and error code processing**

- DEFERRED FUTURE CLIN 7 REQUIREMENT - **47006.000: FSA is in the process of designing and implementing an Enterprise API Management solution. The Servicing solution ingress/egress API's (Exposing APIs for use externally to the Servicing solution and/or Servicing solution features using APIs provided by other FSA systems) shall integrate/use FSA's Enterprise API Management solution. The servicer's solution for APIs shall conform to the API Enablement Guide at go-live of the initial task order. See attachment: 47006_API_Enablement_Guide _v1.6**

  - o 47006.010: FSA API Management Solution envisions the following capabilities:
    - 47006.011: API Specification Repository capturing full API specifications enabling machine readable API specification that can be used in FSAs DevSecOps tool chain and infrastructure as code capacities.
    - 47006.012: API Developers portal allowing developers to discover and leverage FSA APIs
    - 47006.013: API Governance enabling FSA to manage and coordinate API changes across the organization.
    - 47006.014: Gateway standards for all ingress and egress access points. Specific Gateway technologies will be determined at a later time.
    - 47006.015: API Management solution standards for securing and monitoring internal APIs.
    - 47006.016: Automated deployment and configuration of API's through DevSecOps tool chain.
    - 47006.017: All ingress and egress Servicing APIs interacting with FSA systems shall use oAuth standards. All access tokens will be managed by one of FSA Enterprise Access Token managers (AIMS, PAS, System to System).
    - 47006.018: Security rules and policies for ingress and egress access to APIs shall be externalized and available to the API Management solution for enforcement. Those policy's shall be under change management and subject to governance.
    - 47006.019: All APIs exposed to Web Sites or Mobile apps (both servicer and FSA) will protect those API using FSAs Enterprise API Management standards.
  - o 47006.020: The contractor shall collaborate with FSA to establish API Security policies that can be externalized and managed in the API Management solution. The service can replicate those security policies in their solution but must coordinate with FSA so that those rules can be centrally managed, applied and informed access APIs servicer ingress and egress APIs through FSAs API Management Solution.

- **47007.000: The contractor shall develop and implement FSA-approved protocol specification for data exposure from systems/applications in the vendor IT environment to downstream servicing operational components and data lake in FSA's IT environment.**

    - 47007.010: Protocol specification must encompass data governance protocols in addition to integration and interoperability protocols
    - 47007.020: The contractor shall maintain documented lifecycles and processes for how data flows across its processing platform, define crosswalks for data across multiple systems, and ensure IT solutions are configured to meet FSA's data integration needs
    - 47007.030: The contractor shall support data migration and ingestion of historical loan data into FSA-approved destinations, to enable operational reporting and longitudinal analysis involving historical data.
    - 47001.040: The contractor shall support data migration and ingestion of relevant third-party data into FSA-approved destinations, to enable the third-party data to be incorporated into operational reporting and analyses.

- DEFERRED FUTURE CLIN 7 REQUIREMENT - **47008.000: The contractor shall enable real-time data services with built-in APIs to provide a universal access method independent of language specific integration, greater flexibility in implementation tools, and capabilities to perform additional business logic on the data, including formatting, standardization, and enrichment.**

- DEFERRED FUTURE CLIN 7 REQUIREMENT - **47009.000: The contractor shall ensure proper metadata management to include the following:**

    - 47009.010: System functionality to capture and store: (a) audit trails of when core, reference, and unmatched data was captured and updated; (b) record of attribute changes; and (c) definitions of data elements, locations, and types
    - 47009.020: Business capabilities to query, search, and report on metadata

- DEFERRED FUTURE CLIN 7 REQUIREMENT - **47010.000: The contractor shall ensure data-related tools and solutions properly meet all applicable data governance requirements which may include, but are not limited to, the following:**

    - 47010.010: Data synchronization and availability – Integrate with upstream source systems and downstream consuming systems either in batch ETL or API. (timeliness, frequency, service-level agreements)
    - 47010.020: Data quality standards – Ensure that data is complete, accurate, and consistent. Profile, cleanse, and monitor data on an on-going basis
    - 47010.030: Data conformity and interoperability – support common keys, industry standards, common object model to enable longitudinal analysis.
    - 47010.040: Data privacy – create processes including any required encryption, data masking and tokenization, etc., with a particular focus on practical PII management without overly conservative access limitations.
    - 47010.050: Data change management – maintain a change management process to make changes to data (updates vs initial creation, transactional, exception handling, etc.)

- DEFERRED FUTURE CLIN 7 REQUIREMENT - **47011.000: The contractor shall provide FSA a data dictionary of data stored on the contractor's systems.**

    - 47011.010: The contractor shall provide FSA a data dictionary for all data housed on a servicer's platform, including ancillary services/sub-contractors that access data relating for FSA Customers.
    - 47011.020: The data dictionary shall include the following:

- 47011.021: Field name, field definition (in simple to understand terms), valid values for the content, field format/length for data stored in the servicing system (i.e. databases, access databases, tables, and spreadsheets).
- 47011.022:  Specialized Data including, but not limited to:
  - Imaged data:
    - Collateral materials, specifically promissory notes
    - Old/Legacy data
    - Other imaged data
    - Forms and other documents provided by the borrower customer
  - Historical transactional data for all actions(financial and non-financial) taken on an account including but not limited to payments, refunds, schedule histories, credit reporting, and communication (Paper, email, fax, etc.) data
    - TIVAS (including NFP) Loan consolidation origination data
    - Nelnet's payment support vendor, and Post ACES data
    - Great Lakes Legacy consolidation data and images
- 47011.023:  Archived data including zero balance and paid-in-full loans
- 47011.024: Custom handling/specialized data such as bankruptcy settlements, stipulated repayment plans, court orders, etc.
- 47011.030:The contractor shall provide a catalog of their procedures and training materials.
- 47011.040: The contractor shall provide the deliverables in this requirement to FSA on an annual basis (or upon request) in an excel workbook.

***Section 48000: Reporting***

- DEFERRED FUTURE CLIN 7 REQUIREMENT - **48000.000: The contractor shall provide FSA regular reports to facilitate oversight and accountability.**

  - o 48000.010: The contractor shall submit per the schedule and method provided the reports listed in the attachment Legacy Reporting CR Tables 2022-1-4.xlsx, tab General Requirement 1.
    - ▪ 48000.011: The contractor shall support the defined reporting templates, schedule and submission method.
      See 48000_Enhanced Reporting Template attachments below
      48000_01. Contact Center Statistics
      48000_02. Customer Interaction Logs
      48000_03. Timeliness Report Template
      48000_04. Volume Report
      48000_06. Staffing and Forecast Report
      48000_07. Contact Center Quality Control Template
      48000_08. Customer Complaint Log
      48000_09. Credit Reporting and Dispute Reporting Template
      48000_AA. Enhanced Reporting Categories and Subcateg
      48000_Legacy Reporting CR Table
    - ▪ 48000.012: Daily is defined as Monday to Friday excluding federal holidays.
    - ▪ 48000.013: Weekly and monthly reports that fall on weekends or federal holidays will be submitted the next federal business day.
  - o 48000.020: Definitions, data types, and formatting shall be adhered to without modification as specified in the template for all templates except the "Internal Quality Assurance and Error Report" which can be submitted in a format defined by the servicer. Definitions for all data fields are provided in the template on the Definitions tab.
  - o 48000.030: All fields with repetitive data, such as the vendor NSLDS GA code, shall be filled in for every record so FSA can automate the extraction.
  - o 48000.040: The servicer shall email their assigned POCs separately from the report submission with important notes or comments regarding the report. FSA will be automating the processing of the reports for inclusion in other reports and will not be manually reading the emails or notes within the report.
  - o 48000.050: Reports to be submitted via email
    - ▪ 48000.051: Reports requiring email submission per requirement 1 shall be updated and emailed to a list of FSA staff and mailboxes set by FSA.
    - ▪ 48000.052: The report submission email shall be titled "CRXXXX NSLDS GA CODE Report Name" where NSLDS GA CODE is the three-digit NSLDS assigned GA code used to identify the servicer and the Report name is the given report name.
    - ▪ 48000.053: The file shall be named "CRXXXX NSLDS GA CODE Report Name YYYYMMDD" where NSLDS GA CODE is the three digit NSLDS assigned GA code used to identify the servicer, YYYY is the four-digit year, MM is the two-digit month, and DD is the two-digit day. For example, if Nelnet submitted their weekly "Volume Report" on January 18, 2022, the file would be labelled: "CR XXXX 580 Volume Report 20220118".
    - ▪ 48000.054: The "Customer Complaint Log" report will contain and the "Contact Center Quality Control" and "Internal Quality Assurance and Error" reports may contain customer PII and those reports shall be password protected with the COD password.
    - ▪ 48000.055: All of the other reports submitted by email shall not contain PII and shall not be password protected.

- 48000.056: Weekly reports shall include data for the prior 90 calendar days. Monthly data shall include data for the prior 12 months.
- 48000.057: The Staffing and Forecast Report shall provide 6 months of forecast data except for the PerSec detail which at least 2 months of forecast data will be provided.
  - 48000.060: Reports to be submitted via SAIG Mailbox
    - 48000.061: Reports requiring SAIG Mailbox submission per requirement 1 shall be updated and submitted to the SAIG Mailbox for processing and loading into EDWA.
    - 48000.062: Each data tab within each template will be submitted as a csv comma delimited file to the EDWA SAIG mailbox TGN4866 where the file name and message class IDs are specified in Appendix Table A: Details on Files and Tables.
    - 48000.063: Informational tabs (definitions and categories) shall not be submitted. The data types row in each data tab shall be removed before submission.
    - 48000.064: Weekly reports shall include data for the prior week only. Monthly data shall include data for the prior month only. Daily reports shall include data for the prior day only.
    - 48000.065: The Staffing and Forecast Report shall provide 6 months of forecast data except for the PerSec detail which at least 2 months of forecast data will be provided.
  - 48000.070: Test reports shall be provided by contractor and loaded into EDWA.
  - 48000.080: The vendor shall support troubleshooting of any issues related to the test reports to include submitting subsequent test reports until the report and process is approved by FSA.

- **48001.000: The contractor shall provide regular operation and financial reports**

  - 48001.010: The contractor shall provide to FSA the operational and financial reports on the proscribed schedule and frequency and to the designated delivery points.
    - 48001.011: The following attachment(s) contain some of the relevant reporting templates:
      - 48001_Bankruptcy Aging Report (Monthly)
      - 48001_Bankruptcy Report (Monthly)
      - 48001_Discharge Application and Aging Report (Monthly)
      - 48001_Dischargre Approval Denial Workflow (Weekly)
      - 48001_IDR Application and Processing (Daily)
      - 48001_IDR Detail File (Monthly)
      - 48001_IDR Summary (Monthly)
      - 48001_LoansConsol (Monthly)
      - 48001_LoansRehab (Monthly)
      - 48001_Performance Tracking Summary (Monthly)
      - 48001_Portfolio Cohort Performance (Monthly)
      - 48001_Portfolio Summary Report (Monthly)
      - 48001_Service Member Delinquency Report (Monthly)
      - 48001_Service Member Listing Report (Monthly)
      - 48001_Servicer Clearance Requests (Monthly)
      - 48001_Servicer Inventory Report (Monthly)
      - 48001_Touch Point Call Report (Bi-weekly)
    - 48001.012: FSA will provide the contractor with the specific timing for each report, file naming conventions and the associated distribution list.

- **48002.000: The contractor shall provide a weekly closed school and automatic closed school discharge reports.**

- o 48002.010: The contractor shall provide the closed school and automatic closed school discharge applications report to FSA every Monday by 5pm ET. If Monday is a holiday the report shall be provided by 5pm the following business day.
- o 48002.020: The report shall include all processing of closed school and automatic closed school discharge applications through the prior Friday. Details of the report shall be created along with other operational reports (see attachments 48002_Discharge Automatic Closed School, 48002_Discharge Closed School, and 48002_Discharge Closed School Application Report).
- o 48002.030: The report shall be a cumulative report each week (including all CSD and ACSD applications processed for ALL Schools). Existing application entries will be updated and new entries will be added.
- o 48002.040: The closed school report shall be sent to fsaitemsubmission@ed.gov and to tivasreports@ed.gov. FSA may add additional email locations to receive the report periodically. The subject line of the report should be "CSD.700XXX.MMCCYY" (Where 700XXX is the specific 6 digit code for the contractor (i.e. 700500 for MOHELA) and MMDDCCYY is the Friday date that the report is reporting through).
- o 48002.050: The automatic closed school report shall be sent weekly reports to TivasReports@ed.gov and fsaitemsubmission@ed.gov (and/or other addresses as requested by FSA). The subject line of the report should be "Automatic Closed School Discharge.700XXX.MMCCYY" (Where 700XXX is the specific 6 digit code for the servicer (i.e. 700500 for MOHELA) and MMDDCCYY is the Friday date that the report is reporting through).

- **48003.000: The contractor shall provide FSA weekly reporting via email to FSA identifying administrative forbearance statistics.**

  - o 48003.010: Reports shall be provided by 11:00 am ET on Mondays and sent to tivas.reports@ed.gov; Patrick.Campbell@ed.gov, Mark.LaVia@ed.gov, and Marc.Piccolo@ed.gov (other addresses may be added as needed).
  - o 48003.020: Report shall be provided in Excel format as an attachment to the daily email.
  - o 48003.030: See attached reporting template 48003_Admin Forb Statistics (CR5505).

- **48004.000: The contractor shall provide FSA weekly reporting regarding borrower defense via email to FSA.**
  - o 48004.010: The servicer shall provide FSA a weekly borrower defense discharge report.
  - o 48004.020: The servicer shall provide this report by 1pm ET each Tuesday (or following business day if Tuesday is a holiday) showing all activity updated through the prior Friday. See Attachments 48004 Discharge Borrower Defense Report and 48004 Discharge Borrower Defense Adjustment Report
  - o 48004.030: The servicer shall send the report to tivasreports@ed.gov email address (and other addresses as requested by FSA. Email addresses may be updated periodically)

- **48005.000: The contractor shall properly encrypt and password protect files containing borrower PII being sent by email or uploaded.**
  - o 48005.010: Unless otherwise directed by other requirements, the contractor shall encrypt and password protect any documents containing borrower personally identifiable information being emailed or transferred.
  - o 48005.020: Unless otherwise directed by other requirements, the contractor shall use the COD monthly password for any documents being emailed or transferred to FSA.

*Section 49000: Contact Center*

- **49000.000: The contractor shall maintain a customer contact center(s) for borrowers.**

  - o 49000.010: The contractor shall ensure the contact center is open the following minimum hours:
    - Mon: 0800-2300 EST
    - Tue – Fri: 0800-2000 EST
    - Sat: 1000-1400 EST
  - o 49000.020: The contractor shall have English and Spanish speaking representatives during all open hours.
  - o 49000.030: The contract shall maintain a minimum of customer satisfaction rating of at least 70 as determined by FSA's Customer Satisfaction Survey.
    - 49000.040: The contractor shall maintain a monthly abandon rate below 4%.
    - 49000.041: Calls Offered to Agents: The total number of calls offered to a queue for agents to answer, which includes callers put in a virtual hold or given other call back options.
    - 49000.042: Calls Handled by Agents: The total number of calls answered by the agent. If utilizing virtual hold or other callback options, this includes the total number of virtual hold or other callback options that resulted in a caller speaking to an agent on the same day as a call. This does not include voicemail messages left for callers opting for callbacks or call backs that do not connect with the caller.
    - 49000.043: Calls Abandoned: The total number of calls that have been offered into a communications network or telephone system but is terminated by persons originating the contact before an agent answers their calls.
    - 49000.044: If a caller opts to utilize either virtual hold or other callback features and a contact is made with the caller following their request, the call must be reported as a Call Handled. If an attempt is made the same day to reach a caller following their request and they are unavailable, the call must be also reported as a Call Abandoned. If a caller makes a request for a callback and no attempt is made to reach the caller in the same day as the request, the call must be reported as an Abandoned Call.
    - 49000.045: Abandon Rate is the percentage of callers offered to an agent who hang up before an agent is able to intercept the call ("Calls Abandoned" / "Calls Offered to Agents").
  - o 49000.050: The contractor shall ensure that 95% of customer interactions (e.g., inbound and outbound calls, chats and emails) pass an interaction quality monitoring review as measured by FSA. FSA will develop, with input from the contractor, a scorecard for evaluating customer interactions and will update that scorecard periodically.
  - o 49000.060: The contractor shall have a Call Management System to handle all inbound and outbound calls including required recording and reporting, as well as Interactive Voice Response capabilities.

- **49001.000: The contractor shall adhere to the Telephone Consumer Protection Act (TCPA).**

  - o 49001.010: The contractor shall receive customer consent when contacting customer via cell phone and text messages.
    - 49001.011: When capturing cell phone consent directly from the borrower, the contractor shall use language that aligns with the cell phone consent language in the Direct Loan MPN. (e.g. [I authorize] the schools, ED, and their agents and contractors to contact me regarding my loan request or my loan, including repayment of my loan, at any cellular telephone number I provide now or in the

future using automated dialing equipment or artificial or prerecorded voice or text messages.)
- o DEFERRED FUTURE CLIN 7 REQUIREMENT - 49001.020: The contractor shall force a customer to choose their options the first time they log in to the website. Consent should be stored with an effective date and viewable on the website.
- o 49001.030: If the customer does not log into the website, the contractor shall consider no consent granted unless consent has been granted via another source (chat, COD, email, postal mail, promissory note etc.) and stored. The default if the customer does not login to the website shall be No Consent.
- o 49001.040: The contractor shall store the effective date of the consent when received from sources other than the web. Images of any written/digital correspondence shall be retained.

- **49002.000: The contractor shall receive the customer's consent for eCorrespondence communications.**

  - o 49002.010: The contractor shall receive customer consent via web, email, chat, verbal or paper.

    Note: This is used in conjunction with the eCorrespondence option data provided in the Loan Origination Activity file.
  - o 49002.020: If the customer consents via web the contractor have the customer confirm receipt and understanding of terms and conditions of eCorrespondence and record that action on the customer's account.
  - o 49002.030: If the customer consents via verbal, email, chat, or paper the contractor shall notate the conversation on the customer's account and disclose the terms and conditions of eCorrespondence.
  - o 49002.040: The contractor shall help the customer to withdraw consent to eCorrespondence via web, email, chat, verbal, paper or the eCorrespondence data received via the Loan Origination interface.
    - ▪ 49002.041: The contractor shall maintain an effective date for each change the customer makes and that effective date shall be used in determining if the customer's option should be updated.
    - ▪ 49002.042: The contractor shall maintain an audit trail for each eCorrespondence option change that a customer selects. The audit trail needs to include, the date, time, effective begin date, end date (if current option is being updated), and option chosen.
    - ▪ 49002.043: The contractor shall maintain an audit trail for each web chat conversation with a customer when the conversation results in updates that are made to the customer's account.

- **49003.000: The contractor shall refer to the 24001 Communication Listing for triggers specific to eCorr**

- **49004.000: The contractor shall ensure FSA has access to a real-time call statistics dashboard.**

  - o 49004.010: The contractor shall provide FSA with a dashboard/terminal as needed to allow FSA to see and validate calling functions such as wait times, talk times, wrap-up times, call allocations and blocked calls. The details of all splits, numbers, etc. should be available.

- **49005.000: The contractor shall support FSA customer service surveys.**

- 49005.010: The contractor shall enable FSA to conduct post transactional customer satisfaction surveys of customers who interact with the contractor (e.g., surveying customers after they submit applications, after applications are processed, after the customer contacts the servicer or vice versa, after the customer makes a payment, etc.)
- 49005.020 The contractor shall enable always-on customer satisfaction surveys (e.g., embedding a survey on the contractor's websites and a survey within all the contractor's email communications).
- 49005.030 The contractor shall enable FSA to conduct relationship level customer satisfaction surveys (i.e. a quarterly survey to a randomized sample of borrowers)
- 49005.040: The contractor shall provide support for FSA, or FSA's vendors, to execute surveys of customers by providing information needed to complete surveys (customer info/status/demographics for specific cohorts of customers).
- 49005.050: Support for surveys may include providing information related to customers meeting certain criteria, reviewing survey content, triggers, alerting, closed loop feedback and other y processes/procedures, reviewing survey results and consulting with FSA on analysis and recommendations from survey results. Additionally, servicers will need to provide support for inter system testing IST and maintenance activities.
- 49005.060: The contractor shall support an external closed loop feedback process for survey results. (i.e., reach out to customers whose inquiries weren't resolved or who had poor satisfaction)
- 49005.070: The contractor shall support an internal closed loop feedback process for survey results. (i.e., identifying internal improvement areas, summarizing trends, developing action plans for improving in lower scoring areas, etc.).
- 49005.070: The contractor shall provide FSA and its vendors open and regular access to data collected through the contractor's customer service surveys.

- **49006.000: The contractor shall provide support for incoming student loan related inquiries received via the FSA managed and branded social media (i.e. Facebook page and Twitter).**

  - 49006.010: The contractor shall provide support by providing all resources needed to complete items submitted to the contractor from FSA.
  - 49006.020: The contractor will ONLY receive inquiries directly related to topics and customers relative to the contractor and contractor's contract.

- **49007.000: The contractor shall provide notification of outages to FSA. FSA defines interruptions as any instance during the normal course of business where an offered customer service component is affected by a full or partial outage, intermittent disruption, or failure to provide an element of customer service usually provided by the contractor.**

  - 49007.010: The contractor shall report any service interruption to FSA regardless of the duration or cause of the incident or its actual impact to customers.
  - 49007.020: The contractor shall report Category 1 incidents to FSA within 30 minutes of initial discovery of the outage, and must provide status updates each hour until resolved, or on a frequency agreed to by FSA. Examples of Category 1 include: customers are unable to log into a customer portal, call center system experiences a complete outage, web site is not accessible.
  - 49007.030: The contractor shall report Category 2 incidents to FSA within an hour of initial discovery of the outage and must provide status updates every four hours during normal business hours and within the first hour of each day following non-business hours, or on a frequency agreed to by FSA. Examples Category 2 include: intermittent call center issues such as some calls dropping, audio intermittently not functioning, specific functions within a portal not available such as making payments.

- 49007.040: To report an outage to FSA, the contractor shall send an email message to FSA-FederalServicersOutageAlert@ed.gov when their Borrowers' Website or Call Center is not in operation or experiences an interruption as defined above.
- 49007.050: The contractor shall provide an ETA for system recovery or advise "ETA not available." The contractor shall inform FSA if the IVR and website were updated with outage information. Upon resolution, the contractor shall send a final email message that describes the issue and duration of the outage, description of customer population affected, root cause, resolution, and prevention.
- 49007.060: The contractor will collect contact information for those who call in during a system outage to receive a call back when the system is working again. The contractor will then contact everyone who requested a call back soon after the outage is over, during business hours. The contractor will provide the list used to contact those who requested a call back to FSA within 3 business days after the outage has been resolved.

- **49008.000: The contractor shall respond to all incoming written and email questions received.**

- **49009.000: The contractor shall ensure there is no reference to late fees in any of the contractor's loan servicing media or correspondence for pre-defaulted loans.**

  - 49009.010: All media and correspondence includes but is not limited to:
    • customer letters, emails and text messages,
    • Billing statements,
    • Call scripts - referencing fees assessed for late payment,
    • Disclosure statements.
    • Website content - referencing fees assessed for late payment, and
    • Informational brochures.
  - 49009.020: The contractor may state that the U.S. Department of Education does not assess fees for late payment of Federal Direct Loans in call scripts and website FAQs for pre-defaulted loans.

- **49010.000: The contractor's solution shall allow for unique identification of military/servicemembers.**

  - 49010.010: The contractor's solution shall include a data element that is updated once a customer has been determined to be a military/servicemember. The element should be easily viewable to users of the solution and allow for use of the element as a parameter for queries/identification of military/servicemembers.
  - 49010.020: The contractor's phone system shall route incoming calls from customers known to be a military/servicemember to a call queue designated for military/servicemembers.
  - 49010.030: The contractor shall transfer calls from military/servicemembers to the call queue designated for military/servicemembers and explain to the caller the reason for the transfer.

- **49011.000: The contractor's telephony solution shall offer the following options to those who interact via the telephone.**

  - 49011.010: The contractor's telephony solution must provide those who call in an estimated hold time before reaching a live agent.
  - 49011.020: The contractor's telephony solution must allow those who call in the option to receive a call back when a live agent is available to talk with them and/or to select an available timeslot in the future, during business hours – could be same day or a future date. Sometimes referred to as virtual hold and/or future appointment
  - 49011.030: The contractor's telephony solution must allow those who call in the option to use voice recognition software when interacting with the contractor's IVR process.

- o 49011.040: The contractor's telephony system must provide functionality for specialty/targeted messages upon authentication, based on customer-specific data elements, as needed
- o 49011.050 The contractor's telephony system must provide functionality to provide messages to customers during high volume calling times to notify them there may be a better time to call and provide that better time based on call forecasting data (can be turned on/off based on volumes)
- o The contractor's telephony system shall allow a borrower to make payments via one-time payments, set up recurring payments, debit card payments, as well as an option to save payment data for use in the future.
- ⊖ DEFERRED FUTURE CLIN 7 REQUIREMENT - 49011.060: The contractor's automated dialing solution shall maintain the best time to call a customer and utilize that information in correlation with business hours, state calling restrictions/requirements and time zone limitations to create optimal call campaigns based on customer/account status.

- **49012.000: The contractor shall provide web content and specially trainer CSRs for servicemembers.**

  - o 49012.010: The contractor shall develop service member focused website presence ( e.g., enhanced navigation or options for all military benefits and the steps to apply). 49012.020: The contractor shall develop robust CSR scripts and processes that would help identify military personnel during counseling / conversations / servicer contact -
  - o 49012.030: This includes:
    - ▪ 49012.031: Identification of long term plans (determining if the military person is active duty and will remain active duty or is unsure)
    - ▪ 49012.032: Public Service Loan Forgiveness (PSLF) benefits – Discuss the PSLF program and benefits; how it qualifies as public service employment; and how the forgiveness features could benefit the borrower. If the borrower is concerned about making current payment, explain IBR as a possible means of remaining in repayment with lower payments so they can qualify for PSLF.
    - ▪ 49012.033: Discuss steps and process to apply eligible benefits afforded by SCRA.
    - ▪ 49012.034: Discuss interest waiver for service members receiving hostile fire or imminent danger pay.
    - ▪ 49012.035: Repayment Options (advantages and disadvantages) of using income driven repayment plans instead of deferment and forbearance.
    - ▪ 49012.036: Assistance with deferment /forbearance eligibility and other military related entitlements/benefits.
  - o 49013.040: The contractor shall include the link for Military OneSource ( http://www.militaryonesource.mil/ ) on their websites as the primary referral location for Servicemembers.
  - o 49013.050: The contractor shall ensure there are no referrals to Military.com.  This site is a lead generator, and the link should be promptly removed from your websites and all borrower communications.
  - o 49013.060: The contractor shall ensure their website features the "For Members of the U.S. Armed Forces – What you need to know about your federal student loans benefits" document.  See https://studentaid.gov/sites/default/files/military-student-loan-benefits.pdf.

- **49013.000: The contractor shall provide CSRs information on the National Suicide Hotline and be trained follow incident reporting procedures.**
  - o 49013.010: The contract shall train CSRs about the National Suicide Prevention Lifeline and make the hotline's number "988" or (800) 273-8255 and website (https://suicidepreventionlifeline.org/)  readily available to CSRs.
  - o 49013.020: The contractor's Call Centers shall follow the Incident Reporting Procedures for Threatening and Nuisance Calls and Perceived Threats.

- o 49013.030: The contractor's Call Centers will complete the U.S. Department of Education Office of Management/Security Services Threat/Incident form and email the form to the appropriate security agents listed in the Incident Reporting Procedures for Threatening and Nuisance Calls and Perceived Threats.
- o 49013.040: The contractor's Call Centers will email a copy of the Threat/Incident form to their FSA Call Center Branch contact.

***Section 50000: Other***

*Reserved*

*Appendix A – Attachment Crosswalk*

| USDS Requirement Series | USDS Requirement # | USDS Attachment Name |
|---|---|---|
| **2000 Accessibility** | 2008.000 | 2008 Alternative Format Operational Report |
| | 2013.060 | 2013 Section 508 Compliance Test Process for Applications |
| | 2013.080 | 2013 Accessibility Testing Report |
| **3000 Website and Mobile** | 3002.060 | 3002 Code Snippets and Brand Templates Attachments.zip |
| **4000 Loan Origination Interface** | 4002.000 | 4002_CommonServicingSchemaFileLayout |
| | 4002.000 | 4002_CommonServicingXSD |
| | 4003.000 | 4003_Additional Servicer Interface Support Guide |
| | 4009.040 40010.000 | 4009_4010 Current SMS_ eCorr Consent language |
| **5000 Repayment** | 5000.000 | 5000_Repayment Guide |
| | 5017.000 5022.000 | 5017_IDR_protocol |
| **9000 Treasury** | 9001.010 | 09001_Sample SRS.doc |
| | 9001.010 | 09001_ECP_ACP Template_2-4-2019.pdf |
| | 9001.010 | 09001_Lockbox Work Flow_07112022.pdf |
| | 9001.010 | 09001_ACH_Credit_PaymentFlow_v4_112819.pdf |
| | 9001.010 | 9001_01h_ACH_Credit_PaymentFlow_v4_112819.pdf |
| | 9004.030 | 09004_ECP Generic Return file Layout.xls |
| | 9005.010 | 09005_ECP_User Access_Request_form.doc |
| | 9006.030 | 09006a_TCS Technical Reference Manual.pdf (not included in proposal package for security reasons) |
| | 9006.040 | 09006b_Adapter Technical Reference Manual071910.pdf |
| | 9006.060 | 09006c_Blank_ACT.doc |
| | 9006.070 | 09006d_access_control_wksht_oci_ccp.xls |
| | 9006.080 | 09006e_Access Control Worksheet for TCS.xls |
| | 9009.030 | 09009_Credit Gateway User Guide for Online Bill Payments.docx |
| | 9010.060 | 09010a_How to access an IPAC schedule_v2.doc |
| | 9010.070 | 09010b_How to access a Z-schedule_v2.doc |
| | 9011.020 | 09011_Remittance Instructions.doc |
| | 9013.030 | 09013_CIR_Query_v1.pdf |
| | 9014.030 | 9014.03A_TCIS External User Enrollment Guide.docx (not included in proposal package for security reasons) |

| | 9014.030 | 9014.03B_TCIS Customer Training Guide.docx |
|---|---|---|
| | | (not included in proposal package for security reasons) |
| | 9020.010 | 09020a_TWAI_FMS_Servicer_MOU_template.doc |
| | | (not included in proposal package for security reasons) |
| | 9020.010 | 09020b_TWAI_FMS_Servicer_ISA_template.doc |
| | | (not included in proposal package for security reasons) |
| **12000 NSLDS** | 12000.000 | 12000_ED Servicer DPI Appendix A |
| | 12000.000 | 12000_ED Servicer DPI Appendix B |
| | 12000.000 | 12000_ED Servicer DPI Appendix C |
| | 12000.000 | 12000_ED Servicer DPI Appendix D |
| | 12000.000 | 12000_ED Servicer DPI Appendix E |
| | 12000.000 | 12000_ED Servicer DPI Appendix Main Pages |
| | 12000.000 | 12000_NSLDS Enrollment Reporting Guide - Main Text |
| | 12000.000 | 12000_NSLDS Enrollment Reporting Guide - Appendices |
| **14000 Interaction with DMCS** | 14000.010 | 14000_FFEL DMCS File Exchange 02112019.doc |
| | 14000.010 | 14000 DL_FFEL Debt Level Validation Edits transfer in |
| | 14000.010 | 14000 Interfacing with DMCS Layout |
| | 14027.000 | 14027 Rehab Reversal Template |
| | 14027.060 | 14027 A2 - DMCS Rehab Loan on Error - Accounting Error |
| **15000 Consolidation Origination** | 15005.000 | |
| | 15005.000 | 15005_Att 6_LHS User Manual |
| | 15010.010 | 15010.010_Att 14_LSS Sample |
| | 15011.000 | 15011_Att 1_On going Process Flows |
| | 15011.000 | 15011_Att 2_Application_Online and Paper Flow |
| | 15011.000 | 15011_Att 12_Loan Consolidation File Layout Description |
| | 15015.000 | 15015_Att 3_Loan Consolidation Funding Flow |
| | 15016.000 | 15016_Att 7_LC Inquiry and Payoff Interface Schema Layout |
| | 15016.000 | 15016_Att 8_LC Inquiry and PayoffInterface XSD |
| | 15016.000 | 15016_Att 9_Loan Consolidation Interface Support Guide |
| | 15026.000 | 15026_Att 4_EVC Batch Set Up User Guide |
| | 15026.000 | 15026_Att 10_Manifest File Layout |
| | 15026.000 | 15026_Att 11_Adjustment Manifest File Layout |
| | 15029.090 | 15029 Att 15 Refund Reversal Cancel StopPay Claim |
| | 15039.011 | 15039.011_Att 13_Consol Reversal |
| **16000 Common Application Interface** | 16002.01, 16003.020, 16004.030, 16005.020, 16006.020 | 16002 Common Application Interface Support Guide |

| | 16003.010 | 16003 ApplicationSchema.xsd |
|---|---|---|
| | 16003.010 | 16003 Common Application File Layout |
| | 16003.010 | 16003 Common Application CoreMain |
| **17000 Compliance & Monitoring** | 17004.081, 17004.082 | 17000.SOP-CAPS _Work Plans Financial Penalties for Vendors and Correction to Borrower Accounts |
| **18000 Servicing Transfers** | 18000.001 | 18000 EA27V5 Layout |
| | 18000.001, 18001.011, 18002.011 | 18000 EA80V5 Collateral File |
| | 18000.001, 21006.130 | 18000 Cancer Deferment Supplemental File |
| | 18000.001 | 18000 PAYE Supplemental File |
| | 18000.001 | 18000 REPAY Supplemental File |
| | 18000.001 | 18000 PSLF Supplemental File |
| | 18009.020 | 18009 EA27 TrackingLog.xlsx |
| **19000 Systems Access** | | |
| **20000 Processing General** | 20008.01 | 20008_Award ID Formula |
| | 20009 | 20009_ReaffirmationAgreement1845-0133 |
| **21000 Deferment** | 21000.000 | 21000_Deferment Crosswalk |
| | 21000.000 | 21000_Deferment Processing Guide |
| | 21006.130 | 18000_Cancer Deferment Supplemental File |
| **22000 Forbearance** | 22000.001 | 22000 Forb List V4 |
| | 22000.002 | 22000 Forbearance Processing Guide |
| | 22001.000 | 22001 Disaster Forbearance Report |
| | 22005.000 | 22005 CNCS Forb |
| **23000 Discharge-Forgiveness-Bankruptcy and Litigation** | 23000.000 | 23000 Discharge Guide |
| | 23006.020 | 23006_Closed School Discharge Cover Letter Template |
| | 23017.000 | 23017.000_Guidance -- G4.19.06 CSD Extension for DCEH Schools -- UPDATE 12-02-19.pdf |
| | 23017.000 | 23017.000_Guidance -- G4.20.01 CSD Extension for Specific DCEH Schools 02-06-20.pdf |

| | 23017.000 | 23017.000_Guidance -- G4.20.05 CSD Extension for Concordia University 11-16-20.pdf |
| | 23017.000 | 23017.000_Guidance - G4.21.03 CSD Extension for ITT Educational Services, Inc. Schools 08.26.21.pdf |
| | 23017.010 | 23017 List of Corinthian Closed School Codes |
| | 23017.020 | 23017 List of ITT Closed School  Codes |
| | 23018.001 | 23018_Adhoc Instructions V24 |
| | 23018.001 | 23018_Appr_Examples V6 |
| | 23018.001 | 23018_Appr_QuestionsResponse V16 |
| | 23018.001 | 23018_ApprovalRequestResponse V3 |
| | 23018.001 | 23018_Servicer Ineligible Instructions V7b |
| | 23018.001 | 23018_Servicer Letter_01_BD Discharge Notice_Above 0_approved_021220 |
| | 23018.001 | 23018_Servicer Letter_02_BD Discharge Notice_Equal to 0_approve_022120 |
| | 23018.001 | 23018_Servicer Letter_04_BDApprovedNoLoans_ReceivedInterestCredit_approved_042020 |
| | 23018.001 | 23018_Servicer Letter_05_SPC1_Specialv2 |
| | 23018.034 | 23018_Servicer Letter_06_SPC2_SPC3_020922 |
| | 23018.114 | 23018 Non-Default Refund Request File Template |
| | 23019.000 | 23019 Natural Disaster Discharge Manifest |
| | 23024.033 | 23024 Sample ADV_COI_non-default |
| **24000 Correspondence, Communication and Due Diligence** | 24000.000 | 24000 Communication List |
| | 24008.000 | 24008 Gramm-Leach-Bliley Privacy Information Act |
| | 24010.000 | 24010 Pre-Repayment Contact |
| | | deleted |
| | 24013.000 | 24013 Skip Tracing Matrix |
| **25000 Borrower Benefits and Subsidies** | | |
| **26000 Interest Rate, Interest Calculation, Charges and Fees** | | |
| **27000 Interest Capitalization** | 27005.000 | 27005 Capitalization Job Aid V1 |
| **28000 Payment and Refund Processing** | 28007.000 | 28007_Cash Cancellation_V1 |

|  |  |  |
|---|---|---|
|  | 28008.000 | 28008 ExampleCashCancel |
| **29000 Adjustment Processing** | 29000.000 | 29000_DisbursementAdjustment |
|  | 29001.000 | 29001_PBO_IRB_Non-Transfer Adjustment |
|  | 29002.000 | 29002_PIFLCXXmmddccyy |
|  | 29003.000 | 29003_Consolidation Origination Manual Adjustment |
|  | 29004.000 | 29004_Transfer Adjustment |
|  | 29009.000 | 29009_DMCS to Servicer Template |
|  | 29009.090 | 29009.090_FMS_DM_Adjusts_After_Transfer |
| **30000 Credit Reporting and Clearing** | 30000.000 | 30000 Student Loan Credit Reporting Guide |
|  | 30025.030 | 30025_Loan Transfer Supplemental File for Credit Reporting |
| **31000 Cohort Default Rate Activity** |  |  |
| **32000 Control Mail, Ombudsman & Escalated Issues** |  |  |
| **33000 Outreach Campaigns** |  |  |
| **34000 Specialty Programs** | 34101.000 | 34101_TPD LHN 2018 |
|  | 34103.000 | 34103_LHN Receipt File Sample |
| **35000 Specialty Tasks** | 35001.010 | 35001_Closed_Servicer_Research_Template (ACS) |
|  | 35001.010 | 35001_Adhoc Payment Support Refund Template |
|  | 35001.020 | 35001_Payment Support Monthly Report |
|  | 35200.000 | 35200_Overpayment Template |
|  | 35200.000 | 35200_Underpayment Template |
|  | 35200.000 | 35200_Legacy Loan Consolidation Adjustment Manual Spreadsheet |
|  | 35201.000 | 35201_POST LC Manual Adjustment Spreadsheet |
|  | 35300.030 | 35300_Loan Purchase Reject Sample |
|  | 35301.010 | 35301_FMS Purchase Funding Request - File Layout |
|  | 35301.010 | 35301_FMS Purchase Funding Request - Data Field Definitions |
|  | 35301.010 | 35301_FMS LC Contractor Demographic File |
|  | 35302.000 | 35302_Deal Recon and Loan Purchase Detail File Sample |
|  | 35306.000 | 35306_PUT Tracking Log SDCL |
| **36000 Training** |  |  |
| **40000 Change Management** | 40001.021 | Change Request Tracking Report (Monthly) |

| | | |
|---|---|---|
| **42000 IDR Forgiveness** | | |
| **46000 Record Retention** | 46000.050 | 46000_Record Retention Schedule for USDS Servicer Records v1.0 |
| | 46001.000 | 46001_Universal-ERM-RequirementsTemplate updated.pdf |
| | 46004.090 | 46004_ NPRM – Digitizing Records (NARA) – 82 Fed Reg 45587 |
| **47000 Data Management & Integration** | 47000.000, 47001.000 | 47000 EDWA Servicing Data Elements |
| | 47006.000 | 47006_ API Enablement Guide_v1.6 |
| **48000 Reporting** | 48000.011 | 48000_02. Customer Interaction Logs |
| | 48000.011 | 48000_03. Timeliness Report Template |
| | 48000.011 | 48000_04. Volume Report |
| | 48000.011 | 48000_06. Staffing and Forecast Report |
| | 48000.011 | 48000_07. Contact Center Quality Control Template |
| | 48000.011 | 48000_08. Customer Complaint Log |
| | 48000.011 | 48000_09. Credit Reporting and Dispute Reporting Template |
| | 48000.011 | 48000_AA. Enhanced Reporting Categories and Subcateg |
| | 48000.011 | 48000_Legacy Reporting CR Tables |
| | 48001.010 | 48001_Operational and Financial Report List |
| | 48001.010 | 48001_Bankruptcy Aging Report (Monthly) |
| | 48001.010 | 48001_Bankruptcy Report (Monthly) |
| | 48001.010 | 48001_Discharge Application and Aging Report (Monthly) |
| | 48001.010 | 48001_Discharge Approval Denial Workflow (Weekly) |
| | 48001.010 | 48001_IDR Application and Processing (Daily) |
| | 48001.010 | 48001_IDR Detail File (Monthly) |
| | 48001.010 | 48001_IDR Summary (Monthly) |
| | 48001.010 | 48001_LoansConsol (Monthly) |
| | 48001.010 | 48001_LoansRehab (Monthly) |
| | 48001.010 | 48001_Performance Tracking Summary (Monthly) |
| | 48001.010 | 48001_Portfolio Cohort Performance (Monthly) |
| | 48001.010 | 48001_Portfolio Summary Report (Monthly) |
| | 48001.010 | 48001_Service Member Delinquency Report (Monthly) |
| | 48001.010 | 48001_Service Member Listing Report (Monthly) |
| | 48001.010 | 48001_Servicer Clearance Requests (Monthly) |
| | 48001.010 | 48001_Servicer Inventory Report (Monthly) |
| | 48001.010 | 48001_Servicer All Staff Report (Monthly) |
| | 48001.010 | 48001_Touch Point Call Report |
| | 48002.020 | 48002_Discharge Closed School Report |
| | 48002.020 | 48002_Discharge Closed School Applications Report |
| | 48002.020 | 48002_Discharge Automatic Closed School Report |
| | 48003.030 | 48003_Admin Forb Statistics (CR5505) |
| | 48004.020 | 48004_Discharge Borrower Defense Report |

| | 48004.020 | 48004_Discharge Borrower Defense Adjustment Report |
|---|---|---|
| **49000 Contact Center** | | |
| **50000 Other** | | |