# EXHIBIT 78

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LINDA McMAHON, *et al.*, <br><br> Defendants. | C.A. No. 1:25-cv-10601 <br><br> **DECLARATION OF DOE DECLARANT 18** |

# DECLARATION OF DOE DECLARANT 18

Pursuant to 28 U.S.C. § 1746, I, Doe Declarant 18, declare as follows:

1. I am over the age of 18 and have personal knowledge of all the facts stated herein through personal experience and through conversations with my colleagues. If called as a witness, I could and would testify competently to the matters set forth below.

2. This declaration is submitted in support of the States' Request for a Preliminary Injunction.

3. I work in the Institute of Education Sciences ("IES"), which is part of the Department of Education, and I have worked there for over 3 years. I have knowledge about the responsibilities of the Department of Education in general and IES specifically.

4. IES is made up of four centers: the National Center for Education and Statistics ("NCES"), the National Center for Education Research ("NCER"), the National Center for Special Education Research ("NCSER"), and the National Center for Education and Evaluation ("NCEE") along with the Office of Science, which handles peer review for grants.

5. NCES was further divided into the Office of the Commissioner, the Assessment Division, the Administrative Data Division, and the Sample Surveys Division.

6. The Office of the Commissioner housed the crosscutting functions of the Chief Psychometrician, the Deputy Commissioner, the Annual Reports and Information Staff and the Chief Statistician and her Statistical Standards and Data Confidentiality Staff. The Chief Psychometrician reviewed the methodology for all assessments in NCES. The Annual Reports and Information Staff produced Digests of Education Statistics and the Report on the Condition of Education, an annual report mandated by the U.S. Congress. According to 20 U.S.C § 9545(b), the report must be submitted to the President and appropriate congressional committees no later than June 1 of every year. The Annual Reports and Information Staff also disseminated information collected by NCES by conducting outreach to data-users, issuing press releases, and conducting webinars and trainings. The Chief Statistician along with the standards review team reviewed everything before it was disseminated by NCES to ensure that it met the Department's quality standards and followed collection and dissemination protocols. The Chief Statistician's staff also operated the National Forum on Education Statistics, which was a group committed to improving the quality, comparability, and usefulness of elementary and secondary education data.

7. The Assessment Division handled the National Assessment of Education Progress and international assessments, such as the Program for International Student Assessment and the Program for the International Assessment of Adult Competencies.

   a. **National Assessment of Education Progress** (NAEP). NAEP is known as the Nation's Report Card. It is the largest continuing and nationally representative assessment of what the nation's students know and can do in subjects such as mathematics, reading, science, and writing. NAEP is a congressionally mandated project administered by NCES.

      b. **Program for International Student Assessment** (PISA). PISA is an international assessment that measures 15-year-old students' reading, mathematics, and science literacy. PISA has been conducted every 3 years since 2000, except for a 1 year delay in the current cycle due to the pandemic.

      c. **Program for the International Assessment of Adult Competencies** (PIAAC). PIAAC, also known as the Survey of Adult Skills, is an international study of key cognitive and workplace skills of adults ages 16-74 in the United States and 16-65 in other countries.

8.     The Administrative Data Division managed data collections from state education agencies, school districts, and colleges and universities. They managed the Integrated Postsecondary Education Data System and Common Core Data. The Administrative Division also provided technical support to school districts and states to assist them in collecting their own data through the Statewide Longitudinal Data Systems Grant Program and initiatives such as the Common Education Data Standard.

      a. **Common Core Data** ("CCD"). CCD is a census of all public schools in the country. It provides information down to the individual school level about how many children attend a given school, how many teachers work at the school, and where the school is physically located. This is known as non-fiscal CCD, and this data is used to determine things like the pupil to teacher ratio at schools and enrollment counts. Through non-fiscal CCD, we have learned that fall enrollment in public schools has dropped 3% since the start of the pandemic. CCD also collects information at the

district level about how much money the districts are receiving and how the money is being spent. This is known as fiscal CCD, and it is used to understand whether funds are being distributed equitably within states and across the country.

    b. **Integrated Postsecondary Education Data System** (IPEDS). IPEDS consists of 12 interrelated surveys conducted annually from every college, university, and technical and vocational institution that participates in the federal financial aid programs. It is the primary source of information on colleges, universities, and technical and vocational institutions in the United States.

    c. **Statewide Longitudinal Data Systems Grant Program**: Pursuant to 20 U.S.C. § 9607, the Administrative Data Division managed the statewide longitudinal data systems grant program to enable State educational agencies to design, develop, implement and expand statewide longitudinal data systems.

    d. **Common Education Data Standards** (CEDS): NCES, along with the assistance of key stakeholders, was developing a specified set of the most commonly used education data elements, known as CEDS. The goal was to create a common vocabulary to support the effective exchange of data within and across states as students transition between educational sectors and levels and for federal reporting.

9. The Sample Survey Division managed cross-sectional and longitudinal studies that collected person level data from parents, students and education staff through programs such

as the National Teacher and Principal Survey, surveys about bullying, the National Household Education Survey, and the Private School Universe Survey.

    a. **National Teacher and Principal Survey** is the primary source of information on K-12 education from principals and teachers providing trends on staff, demographics, school climates, and principal and teacher attrition since 1987, though the survey name has changed over the years.

    b. **National Household Education Survey** collects data on a variety of topics with a recent focus on parent involvement in education. It collects data on things like homeschooling, school choice, and when parents send children to kindergarten or daycare.

    c. **Private School Universe Survey** is a census of all of the private schools in the country that is conducted every two years. It provides the most comprehensive list of private schools in every state and is used for NAEP and other sample surveys collected by NCES.

10.    On February 10, 2025, many of NCES's ongoing contracts to collect data for the aforementioned surveys and programs were terminated despite employees at NCES providing memos about how the contracts were necessary for NCES to complete its statutorily required functions. At the end of February, at least one contract was re-started after getting approval from the Office of the Secretary and the Department of Governmental Efficiency, but funding for the contract was significantly reduced.

11.    On March 11, 2025, I received an internal email advising me to telework the following day because there was a security threat at the Department of Education building.

Later that evening, I received an email stating that my organizational unit was being abolished along with all positions in the unit, including mine.

12. My understanding is that NCES was significantly impacted by the Reduction in Force ("RIF"). Prior to the RIF, I believe that there were between 80-90 people working at NCES. Currently, NCES has three remaining employees who all work in the Office of the Commissioner. My understanding is that the three remaining employees are the Chief Psychometrician, an individual who do outreach to states, districts, and stakeholders and a staffer who supported data governance. Everyone else who did not take the "folk in the road" voluntary separation or retirement has been separated from their job as part of the RIF.

13. Based on my knowledge and experience, I do not believe that the Department can meet its statutory obligations to collect, maintain, and disseminate data with only three NCES staff members remaining. The Education Sciences Reform Act requires that data be of high quality, free of partisan influence, and useful. There is no one left at NCES to review the quality of the work being done on the remaining contracts and ensure that it adheres to the statutorily required standards. NCES is also required to disseminate data once it is collected, and there are not enough staff left to meet this requirement or even ensure that NCES's website continues to function.

14. NCES previously managed over 300 million dollars in contracts every year, with NAEP accounting for 185 million dollars in 2024. Around 30 people used to work on NAEP alone. It is not possible for three people to manage that workload. Even if NCES's annual contracts are cut in half, that would still be too much work for three people to handle on their own. The remaining three employees need to be experts in testing, surveying, sampling,

dissemination of information, IT, and contracting just to review the quality of the work from contractors.

15. NCES also has required standards that need to be met before information is disseminated. The Chief Statistician had to review and sign off on all work before it was released to the public pursuant to the Paperwork Reduction Act, the Information Quality Act, OMB Statistical Policy Directive 1, and 5 CFR Part 1321, Responsibilities of Recognized Statistical Agencies and Units. The Chief Statistician and her team were separated pursuant to the RIF, and now there is no one at NCES to conduct the required quality reviews.

16. In the short term, I do not believe that NCES will be able to submit a comprehensive Report on the Condition of Education to the President and Congress by June 1st, as is required by statute. Congress and public users have provided feedback requesting comprehensive reports, and the established practice for decades has been to produce a report consisting of 30 or more indicators or chapters.

17. Another immediate impact of the RIF at NCES is that certain data sets will be lost. We will not be able to retroactively collect accurate data for certain surveys. For example, NCES was conducting the Early Childhood Longitudinal Study that started with Kindergarteners in the fall of 2023. The contract for that study was canceled in February, and the people at NCES working on that study were separated as part of the RIF. As a result, there is no one at NCES to collect data on these now First Graders. If the study ultimately continues, it will be missing a year of data that cannot be meaningfully collected at some date in the future. NCES was also collecting data monthly from certain public schools as part of the School Pulse Panel. That data is no longer being collected, and there will be no way to go backward and collect missing data sets.

18. Title I and other formula grants that rely on NCES data are also going to be impacted. It is not clear whether the Department will have valid, reliable, and accurate data sets to use as inputs for calculating Title I grants next year or whether they will have to rely on old data. Even if contractors collect updated data, there are not enough staff left at NCES to conduct quality assurances and confirm the accuracy of the data collected.

19. Many of the systems at NCES are interdependent. NAEP depends on the Common Core of Data and the Private School Universe Survey to determine which schools to sample in the future. Outdated data could impact the accuracy and completeness of NAEP.

20. Long term, I am concerned that there will be a significant loss of institutional knowledge that will impact NCES and the Department's ability to accurately collect data and track trends over time.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on April 15, 2025.

/s/ Doe Declarant 18
_____
Doe Declarant 18