# EXHIBIT 79

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, et al.<br><br>      Plaintiffs,<br><br>      v.<br><br>LINDA McMAHON, et al.<br><br>      Defendants. | Case No. 1:25-cv-10601 (MJJ) |

## DECLARATION OF DOE DECLARANT 19

Pursuant to 28 U.S.C. § 1746, I, Doe Declarant 19, hereby declare and state as follows:

1. I am over the age of 18 and have personal knowledge of all the fact. If called as a witness, I could and would testify competently as to the matters set forth below.

2. I am currently employed in the Office of Elementary and Secondary Education ("OESE") within the U.S. Department of Education ("Department").

3. OESE oversees funding to state education agencies ("SEAs") through a number of programs, chief amongst them Title I of the Elementary and Secondary Education Act ("ESEA"). Title I funds represent a significant portion of the total funding provided by the Department to states. Title I funding is made via noncompetitive formula grant, meaning that each state's allotment is calculated based on a predetermined formula set out by Congress.

4. In March 2025, the Department experienced significant headcount reduction as a result of a reduction-in-force ("RIF"). While many of my colleagues throughout the Department are slated to lose their jobs because of the RIF, my position within OESE was not one of the roles covered by the RIF.

5. Department leadership has not explained to the Department's remaining employees why the RIF was initiated, how the Department's leadership team arrived at who to RIF, or even who was RIF'ed. My colleagues and I have instead been forced to rely on our union to get some sense of which groups within the Department were impacted by the RIF.

6. My understanding is that on March 20, 2025, President Trump signed an executive order directing Secretary McMahon to dismantle the Department.[1] The next day, my understanding is that the President directed Secretary McMahon to transfer certain functions, including IDEA funding and programming, out of the Department and to other federal agencies.[2]

7. Despite these momentous announcements, Department leadership has not sought to explain how the Department plans to implement the executive order or the transfer of these statutory functions outside of the Department to career Department employees.

8. I am also aware, from press coverage, that earlier this month, Secretary McMahon met with democratic members of Congress.[3] According to press sources, during that meeting, Secretary McMahon apparently informed the congressional delegation that she anticipated making additional reductions in headcount within the Department, and that she was proceeding with the President's directive to move statutory functions out of the Department. Despite this public reporting, Departmental leadership has not informed the remaining staff of the Department whether or when additional headcount reductions are coming. We have also not been told how

---

[1] "Improving Education Outcomes by Empowering Parents, States, and Communities" Executive Order, Exec. Order No. 14,242, 90 Fed. Reg. 13,679 (Mar. 20, 2025) ("Executive Order").
[2] Arthur Jones II et al., "Trump says student loans, special needs programs will be moved to new departments," ABC News.com (Mar. 21, 2025) accessed https://abcnews.go.com/Politics/trump-student-loans-special-programs-moved-new-departments/story?id=120032077.
[3] Arthur Jones II, "McMahon hijacks House Democrats' presser after closed-door meeting outside Department of Education," ABC News.com (Apr. 2, 2025), accessed at: https://abcnews.go.com/Politics/mcmahon-hijacks-house-democrats-presser-after-closed-door/story?id=120416571

Departmental leadership plans to move statutory functions—like IDEA funding and programing—out of the Department.

9. In fact, aside from an initial Town Hall to discuss the "fork" offer in February 2025, Department leadership has not provided Departmental employees with any guidance regarding the Administration's future plans for the Department and its programs.

10. While my office, OESE, was not directly impacted by the RIF, many of the functions we relied on in the ordinary course of our work have been RIF'ed, seriously impacting our ability to carry out our core functions. For instance, the OGC staff that historically advised us has been completely eliminated, leaving OESE largely without legal guidance. Monitoring efforts that were important to our Title I work and which were performed by other functions within the Department were also RIF'ed, seriously impacting our continued ability to monitor funding recipients. Finally, cuts at NCES have had a major impact on the Department's collection and analysis of data. This is important, because OESE relies on this data for our work. Our team has attempted to fill holes caused by the RIF, but we lack the subject matter expertise of many of the RIF'ed employees.

11. OESE often works closely with the Office of Special Education Programs ("OSEP"), which oversees IDEA funding and programming. This is because OESE and OSEP are often working with the same funding recipients, and frequently use the same or similar data from those funding recipients in fulfilling their duties. Based on my experience, I believe that OESE's continuing work would be negatively impacted if OSEP's functions were transferred to a different agency, because that transfer is likely to result in increased difficulty in coordinating and communicating between OESE, OSEP, and funding recipients.

12. Historically, in my experience, OESE provides Title I preliminary allocation figures to States a few weeks after a continuing resolution is passed by Congress. These preliminary allocation levels are important to States, because they allow States and Local Education Agencies ("LEAs") to plan their budget for the coming year. This year, however, that process has been disrupted, and we have not been able to get preliminary allocation figures to States despite a continuing resolution passing in March 2025. Department management has advised us to tell Title I recipients that the Office of Management and Budget ("OMB") is still setting funding levels, which has caused preliminary allocation levels to be delayed. This is troubling, because Title I is a formula grant program. A number of States have approached our office about the delay.

13. Moving forward, I believe that the RIF is likely to have significant impacts on OESE's ability to perform its core functions.

I declare under the penalties of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed this 17th Day of April, 2025

                                                                             Doe Declarant 19
                                                                             Doe Declarant 19