# EXHIBIT 82

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, et al.<br><br>       Plaintiffs,<br><br>              v.<br><br>LINDA McMAHON, et al.<br><br>       Defendants. | Case No. 1:25-cv-10601 (MJJ) |

### DECLARATION OF DAVID J. DOWNEY

Pursuant to 28 U.S.C. § 1746, I, David J. Downey, hereby declare and state as follows:

1.      I am a resident of Virginia. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently as to the matters set forth below.

2.      This declaration is submitted in support of the Plaintiff States' request for entry of a preliminary injunction.

Professional Background

3.      I have worked within the United States Department of Education ("Department") in various roles for over 30 years, most recently as a Senior Management Policy Analyst in the Grants Management Policy Division of the Office of Grants Management.

4.      Over the course of my career with the Department I have developed extensive expertise regarding the management of federal education grants, including expertise with respect to the laws, regulations, and policies that govern and inform such grants.

5.      At various times during my three-decade long career in the Department, I have been placed on details outside of the Department to train outside entities and help ensure their

compliance with grants-related laws, regulations, and policies. This includes an approximately eight-year period during which I trained faith-based organizations about grant application processes across the Federal government, as well as promoting the No Child Left Behind Act. I also spent one year at the Office of Management and Budget ("OMB") where I worked with OMB staff to update their computer-based grant recipient training course that explained federal grant regulations. Additionally at OMB, I worked with agencies across the federal government to help identify and eliminate improper payments, targeting fraud, waste, and abuse and implementing enterprise risk management ("ERM").

6. Within the Department I developed and conducted trainings for Department personnel, grant applicants, grant recipients, and state, local, and private entities to help ensure compliance with federal laws, regulations, and policies governing grants. I also helped develop internal policy guidance as well as develop or update internal guidance when laws and regulations governing grants changed or were amended.

<u>The Office of Grants Management</u>

7. The Department works alongside state partners to administer and support states' education efforts. Grants are issued to carry out and support national policies, and at the Department specifically, to support disadvantaged students, support adult learners, and to increase knowledge through education-related research. Each grant is governed by various laws and regulations as well the specific requirements of the grant.

8. The Office of Grants Management ("OGM") supports and ensures quality management of formula and discretionary grants, Department-wide. It oversees the Department's compliance with grant policies and procedures; develops and conducts internal grant management trainings; develops and implements the Department's policies regarding external audits; oversees

external audit resolution operations; resolves and closes discretionary and formula grant audits; and develops and implements indirect cost policies and negotiates indirect cost rates. OGM also ensures that research conducted by grantees complies with the protection of human subjects regulations pursuant to Part 97 of Title 34 of the federal code of regulations.

9. Until the events at issue in this lawsuit, OGM was comprised of three divisions: the Grants Management Policy Division, the Risk Management Services Division, and the Indirect Cost Division.

10. My division, the Grants Management Policy Division, performed several functions including creating guidance for and overseeing competitive grant application cycles; providing guidance on new laws and regulations to ensure the Department's compliance; developing and providing trainings to the entire Department, as well as external federal, state, local, and private entities to ensure compliance with laws, regulations, and policies governing grants. The division also preformed the oversight ensuring compliance with regulations governing the safety of human research subjects. The Grants Management Policy Division was comprised of individuals with a high level of experience in grants management. Collectively, my division represented centuries of collective institutional knowledge focused on the evolution of the grant making process.

11. The Risk Management Services Division was responsible for conducting audits of grant recipients and working with high-risk grantees. High-risk grantees are those that may have experienced instances of fraud, are struggling and at risk of financial mismanagement, or otherwise have systemic challenges that undermine their ability to fully comply with federal regulations and law. Though high-risk grantees qualify to receive grants, they require additional oversight, guidance, and support to ensure compliance with grant requirements as well as federal laws and

regulations. The Risk Management Services Division was comprised of individuals with a high level of experience in this specialized area.

12.     The Indirect Cost Division establishes and approves indirect cost methods and other cost allocation plans used to charge costs under Federal awards; assigns Department delegations to State Education Agencies for local oversight after approving methodologies; negotiates and settles liabilities resulting from excessive indirect cost reimbursements; consults on indirect cost audits; and provides policy guidance, technical advice, and support.

Events From January through March of 2025

13.     The beginning of 2025 was a chaotic and troubling time in the Department. For example, beginning in late January 2025 internal and external communications were severely curtailed, and the Grants Management Policy Division was not allowed to perform any trainings without the express permission of a political appointee from the new administration. This resulted in a long backlog and hindered the Grants Management Policy Division's ability to provide timely trainings to ensure compliance with federal grant requirements, laws, regulations, and policies. By way of example, internally, OGM's efforts to lead focus groups to determine how to incorporate artificial intelligence ("AI") into grant functions was delayed by a month and eventually canceled. OGM had also been scheduled to conduct multiple sessions at the National Grants Management Association conference in March 2025. At the conference, OGM would have provided training regarding how federal staff could conduct technical application workshops for grant applicants to increase the likelihood of successful project outcomes. However, the Department canceled OGM's involvement in the conference. Department staff were also warned—in writing—that any trainings that went forward without approval would result in staff being placed on administrative leave.

14. Communications prior to the March 11, 2025, RIF notification were inconsistent and lacked meaningful information. There was a lack of clarity, even for career leadership, as to how day-to-day operations should be conducted.[1] As communications were breaking down generally, Department leadership held several large "data" calls beginning in February. These calls focused on a range of issues, including remote work, statutory functions, and policy roles within OGM for purposes of Schedule F.

15. In early February, OGM was abruptly redirected by political appointees, as conveyed through our team lead, to scour our trainings, policy bulletins, manuals, and other internal and external resources to identify instances of "wokeness" and "DEI." These terms were not defined, and my team was forced to identify anything that appeared to implicate diversity or equity considerations. Lacking formal definitions, we were forced to engage in internal debates regarding the inclusion of certain terms, like "Tribe" and "tribal government," under the category of DEI. We were even required to review for "wokeness" and "DEI," 34 CFR Part 97, regulations established to protect human research subjects. The assignment of reviewing materials for "wokeness" and "DEI" essentially became OGM's full-time work, particularly given the significant delays in getting political sign off for trainings.

16. On March 11, 2025, members of my team and I received notice from the Department that we should not return to the office. At 6:06 p.m. that same day, I learned that I had been locked out of my Department email and computer, as well as the Department's system. When access to the system was cut off, my team and I were entirely unable to communicate externally to agencies or the public. This inability to communicate externally was especially difficult for the Risk Management Division of OGM, which works closely with state education agencies ("SEAs").

---

[1] Even as recently as April 9, 2025, the OGM Deputy Assistant Secretary relayed to me that she was unsure if she was even still employed with the Department.

Access was cut off so abruptly that we had standing Teams meetings scheduled with outside parties that we were unable to cancel; my understanding is that external partners joined these scheduled calls but that there were no Department staff in attendance.

17. The notice I received on March 11, 2025, indicated that my position and my entire division had been abolished. The notice informed me that I would be placed on administrative leave starting March 21, 2025; however, because I had been locked out of the Department's system, I had effectively been on leave since March 11, 2025. I was entirely unable to wrap up any ongoing work or transition my work to anyone else within the Department. At the time we received the notice, we were in the midst of updating our advanced grant training curriculum for Departmental staff which we were forced to stop. In FY 2024, our staff had received the Department's Innovation Award for this training program.

18. The Department has set the following automated email response for my Departmental email: "Downey, David is currently engaged in closing out their work activities and responsibilities as part of a planned transition. They are working to ensure a smooth handover of key matters. To ensure continuity, please direct any related inquires to OFO-Transition@ed.gov." This response is entirely inaccurate. Since March 11, 2025, I have been unable to close out my work and responsibilities or transition them to another Department employee at all, let alone as part of a "planned transition" or "smooth handover of key matters."

19. My understanding is that the Risk Management Services Division was also entirely abolished.

## Impacts of the RIF

20. Based on my extensive experience working within OGM, the Department cannot meet its statutory obligations with the staff remaining after the RIF. The individuals and divisions

cut represent centuries of experience, some of which is highly technical and specialized. Even if certain duties from within OGM could be shifted elsewhere within the Office or the Department, those duties would be shifted to individuals who do not have specialized experience, and who, due to the loss of experience resulting from the RIF and other actions of the Department, would not have the necessary guidance and mentorship to come up to speed.

21. Due to the abolition of the Grants Management Policy Division, the Department will lack vital training for its staff to ensure compliance with federal laws, regulations, and policies governing all facets of grant management. The Department will likewise lack the expertise to timely and effectively update policies and trainings as well as provide real-time compliance advice in the face of new laws, regulations, or even court orders impacting federal grants. Part of OGM's responsibilities included providing annual, mandatory training to grant license holders, who obligated competitive grant funding. That training was centrally important to ensuring that grants were made in accordance with federal statutes, regulations, and agency policy and guidance.

22. Due to the RIF, the Department will lack the highly specialized expertise necessary to oversee compliance with the regulations protecting human research subjects and ensure that individuals (and in particular, minors) are treated fairly, safely, and in compliance with federal law. The lack of qualified oversight in this area could result in harm to individuals.

23. The Department will also lack the highly specialized expertise necessary to oversee the international fellowships grants program.

24. Due to the RIF, the group that adjudicated suspensions and disbarments of grant recipients was severely diminished, as such the Department may fail to bar bad actors from applying for and receiving federal grants.

I declare under penalty of perjury that, to the best of my knowledge, the following is true and correct. Executed this 16 day of April, 2025.

                                                         /s/ David J. Downey
                                                   David J. Downey