# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>LINDA McMAHON, in her official capacity as Secretary of Education, *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-10601-MJJ |

## NOTICE OF APPEARANCE FOR AMICI CURIAE

Please take notice that the undersigned hereby enters her appearance as counsel for *amici curiae* Members of Congress.

DATED: April 25, 2025

Respectfully submitted,

  */s/ Dana Abelson*
  Dana Abelson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave, Suite 2000
Seattle, Washington 98101
T: (206) 623-7292
F: (206) 623-0594
dana.abelson@hbsslaw.com

*Attorney for Amici Curiae Members of Congress*

- 1 -

007004-11/3187719 V1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: April 25, 2025  */s/ Dana Abelson*
Dana Abelson