IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, et al.,

    Plaintiffs,

v.

Case No. 25-CV-10601

DONALD J. TRUMP, et al.,

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Plaintiff, State of Wisconsin, appears in this action by its attorney, Charlotte Gibson, Assistant Attorney General, and asks that all documents in this matter be served upon Assistant Attorney General Gibson personally at 17 West Main Street, Madison, Wisconsin 53703, by first-class mail at Post Office Box 7857, Madison, Wisconsin 53707-7857, or by the CM/ECF system for the District Court of Massachusetts.

Dated this 1st day of May 2025.

        Respectfully submitted,

        JOSHUA L. KAUL
        Attorney General of Wisconsin

        <u>s/ Charlotte Gibson</u>
        CHARLOTTE GIBSON
        Assistant Attorney General
        State Bar #1038845

<div style="text-align: right">Attorneys for Plaintiff State of Wisconsin</div>

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 957-5218
(608) 294-2907 (Fax)
gibsoncj@doj.state.wi.us

## CERTIFICATE OF SERVICE

I certify that on May 1, 2025, I electronically filed the foregoing *Notice of Appearance* with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 1st day of May 2025.

<div style="margin-left: 50%">
s/ Charlotte Gibson<br>
CHARLOTTE GIBSON<br>
Assistant Attorney General
</div>