UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*;<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>LINDA McMAHON, *et al.*;<br><br>　　　Defendants. | C.A. No. 1:25-cv-10601-MJJ |

### SECOND SUPPLEMENTAL DECLARATION OF NATHANIEL J. HYMAN

Pursuant to 28 U.S.C. § 1746, I, Nathaniel J. Hyman, do hereby state:

1.　　I am an Assistant Attorney General in the Office of the Attorney General for the Commonwealth of Massachusetts. I am admitted to the U.S. District of Massachusetts, and appear on behalf of the Commonwealth of Massachusetts in this action.

2.　　I submit this second supplemental declaration in support of the Plaintiff States' motion for entry of a preliminary injunction, pursuant to Federal Rule of Civil Procedure 65. Doc. No. 69.

3.　　I make the following statements of my own knowledge or a review of files in my possession, except as to those matters set forth herein as being based on my belief or understanding. With respect to the latter, I believe them to be true.

4.　　Attached as Exhibit 84 to this declaration is a true and accurate copy of the Declaration of Doe Declarant 21.

5.　　Attached as Exhibit 85 to this declaration is a true and accurate copy of excerpts of a transcript of an April 25, 2025 hearing on the Plaintiff States' motion for entry of a preliminary injunction in the above-captioned matter.

1

Signed under the penalties of perjury this 3rd day of May, 2025.

                                                          */s/ Nathaniel J. Hyman*
                                                        Nathaniel J. Hyman (BBO No. 698506)
                                                        Assistant Attorney General
                                                        Office of the Attorney General, Massachusetts

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document and the exhibits appended thereto were filed through this Court's CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

>                            */s/ Nathaniel J. Hyman*
>                            Nathaniel J. Hyman