UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA McMAHON, in her official capacity as Secretary of Education, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10601-MJJ |

**ASSENTED TO MOTION FOR A 30-DAY EXTENSION
OF DEFENDANTS' RESPONSE DEADLINE**

Defendants hereby move, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, for a 30-day extension of their May 19, 2025 deadline to respond to Plaintiffs' Complaint, thus making their response due on or before June 18, 2025. As relevant to this motion, Defendants state:

1. Plaintiffs' Complaint was filed on March 13, 2025, and was then followed by their Motion for a Preliminary Injunction on March 24, 2025. ECF Nos. 1, 69.

2. Plaintiffs effectuated service of their Complaint on Defendants through service on the United States Attorney's Office on March 18, 2025. *See* Fed. R. Civ. P. 4(i)(1)(A).

3. Thus, pursuant to Federal Rules of Civil Procedure 6(a)(1)(C) and 12(a)(2), Defendants' response to the Complaint is currently due on May 19, 2025.

4. Plaintiffs' Motion for a Preliminary Injunction has been fully briefed, and this Court heard oral argument on April 25, 2025.

5. Given that the Court has not yet issued a decision on Plaintiffs' Motion for a Preliminary Injunction and that any such decision may implicate future proceedings in this case,

and given the press of other litigation matters, Defendants seek an additional 30 days to respond to Plaintiffs' Complaint.

6. Plaintiffs, through counsel, have stated that they assent to this relief.

7. This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiffs consent to the same.

8. Accordingly, Defendants request a 30-day extension of the response deadline until June 18, 2025.

Dated: May 13, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG (DC Bar No. 467513)
Special Counsel
MICHAEL BRUNS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-514-3374
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for the Plaintiffs and that the parties were able to resolve the issues presented by this motion.

Dated: May 13, 2025

                                                          */s/ Brad P. Rosenberg*
                                                         BRAD P. ROSENBERG
                                                        Special Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: May 13, 2025

                                      */s/ Brad P. Rosenberg*
                                      BRAD P. ROSENBERG
                                      Special Counsel