# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA McMAHON, in her official capacity as Secretary of Education, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10677-MJJ |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Defendants hereby appeal to the United States Court of Appeals for the First Circuit from this Court's May 22, 2025 Memorandum and Order on Consolidated Plaintiffs' Motions for Preliminary Injunction entered in *State of New York, et al. v. McMahon, et al.*, No. 1:25-cv-10601-MJJ (ECF No. 128) and *Somerville Public Schools, et al. v. Trump, et al.*, No. 1:25-cv-10677-MJJ (ECF No. 45).

| | |
|---|---|
| Dated: May 22, 2025 | YAAKOV M. ROTH<br>Acting Assistant Attorney General<br>Civil Division<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br>Civil Division<br><br>*/s/ Brad P. Rosenberg*<br>BRAD P. ROSENBERG (DC Bar No. 467513)<br>Special Counsel<br>MICHAEL BRUNS<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Phone: 202-514-3374<br>Email: brad.rosenberg@usdoj.gov<br><br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: May 22, 2025

                                               */s/ Brad P. Rosenberg*
                                               BRAD P. ROSENBERG
                                               Special Counsel