# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: State of New York, et al. v. McMahon, et al

District Court Number: 25cv10601-MJJ

Fee: Paid? Yes ____ No ____   Government filer  X    In Forma Pauperis Yes ____ No ____

Motions Pending      Yes ____ No  X     Sealed documents      Yes ____ No  X  
If yes, document # _____        If yes, document # _____

Ex parte documents   Yes ____ No  X     Transcripts           Yes  X  No ____
If yes, document # _____        If yes, document # 121

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent  X    Other: ____

Appeal from:
#128 Memorandum and Order

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#128 and #130

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __130__ filed on __May 22, 2025__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __May 22, 2025__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**