UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA McMAHON, in her official capacity as Secretary of Education, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10677-MJJ |

**MOTION FOR A STAY PENDING APPEAL**

The government respectfully moves for a stay pending appeal of the district court's preliminary injunction. *See* ECF No. 128, *State of New York v. McMahon*, No. 1:25-cv-10601-MJJ; ECF No. 45, *Somerville Public Schools v. Trump*, No. 1:25-cv-10677-MJJ. For the reasons stated in the government's opposition to plaintiffs' requests for injunctive relief, the government is likely to prevail on the merits, plaintiffs cannot demonstrate irreparable injury, and the remaining equitable factors favor the government. The government recognizes that the Court has already

rejected these arguments and ordered its injunction to take effect immediately, notwithstanding the government's prior requests that any injunctive order be stayed. *See* ECF No. 95 at 27, *State of New York*; ECF No. 38 at 27, *Somerville Public Schools*; Apr. 25 Hearing Tr. at 43. Out of an abundance of caution, *see* Fed. R. App. P. 8(a)(1), the government nevertheless again requests that the Court stay its order pending appeal or, at minimum, enter a seven-day administrative stay in order to allow the government to seek emergency relief from the First Circuit. The government respectfully requests that the Court act on this motion by 10 a.m. tomorrow, after which time the government intends to seek relief from the First Circuit.

Dated: May 22, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG (DC Bar No. 467513)
Special Counsel
MICHAEL BRUNS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-3374
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for the Plaintiffs and that the parties were unable to resolve the issues presented by this motion.

Dated: May 22, 2025

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
Special Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: May 22, 2025

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
Special Counsel