UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA McMAHON, in her official capacity as Secretary of Education, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10677-MJJ |

**ASSENTED TO MOTION FOR A 22-DAY EXTENSION OF DEFENDANTS' RESPONSE DEADLINE IN SOMERVILLE PUBLIC SCHOOLS V. TRUMP**

Defendants hereby move, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, for a 22-day extension of their May 27, 2025 deadline to respond to Plaintiffs' Complaint in *Somerville Public Schools v. Trump*, No. 1:25-cv-10677-MJJ, thus making their response due on or before June 18, 2025. As relevant to this motion, Defendants state:

1. Plaintiffs' Complaint in *Somerville Public Schools* was filed on March 24, 2025, and was then followed by their Motion for a Preliminary Injunction on April 1, 2025. ECF Nos. 1,

25.[1]

2. Plaintiffs effectuated service of their Complaint on Defendants through service on the United States Attorney's Office on March 28, 2025. *See* Fed. R. Civ. P. 4(i)(1)(A).

3. Thus, pursuant to Federal Rules of Civil Procedure 6(a)(1)(C) and 12(a)(2), Defendants' response to the Complaint in *Somerville Public Schools* is currently due on May 27, 2025.

4. This Court entered a preliminary injunction on May 22, 2025. *See* ECF No. 45.

5. Given that the Court has entered a preliminary injunction, given the press of other litigation matters, given that this Court has consolidated the *State of New York* and *Somerville Public Schools* cases, *see* ECF No. 46, and in order to align the response deadline in the *Somerville Public Schools* case with the June 18, 2025 response deadline in the *State of New York* case, Defendants seek an additional 22 days to respond to Plaintiffs' Complaint in *Somerville Public Schools*.

6. Plaintiffs, through counsel, have stated that they assent to this relief.

7. This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiffs consent to the same.

8. Accordingly, Defendants request a 22-day extension of the response deadline in *Somerville Public Schools* until June 18, 2025.

---

[1] All references are to the docket in *Somerville Public Schools v. Trump*.

Dated: May 22, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG (DC Bar No. 467513)
Special Counsel
MICHAEL BRUNS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-3374
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for the Plaintiffs and that the parties were able to resolve the issues presented by this motion.

Dated: May 22, 2025

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
Special Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: May 22, 2025

>*/s/ Brad P. Rosenberg*
>BRAD P. ROSENBERG
>Special Counsel