IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LINDA McMAHON, *et al.*, <br><br> Defendants. | C.A. No. 1:25-cv-10601-MJJ |

**DECLARATION OF JACQUELINE CLAY**

Pursuant to 28 U.S.C. § 1746, I, Jacqueline Clay, declare as follows:

1. I am the Chief Human Capital Officer for the U.S. Department of Education, headquartered in Washington, D.C. I make this Declaration based on my own personal knowledge, on information contained in the records of the Department of Education, or on information provided to me by the Department of Education employees.

2. I have served in this position since June 19, 2022. In my role at the Department of Education, I am responsible for personnel management. I have the responsibility for overseeing the personnel enterprise and tracking and recording of personnel actions, including terminations. I assist in ensuring that all personnel actions comply with federal law, including communications with employees who were subject to the reduction-in-force (RIF) announced by the Department on March 11, 2025.

3. I have read the preliminary injunction order entered in this case on May 22, 2025 (and am aware that a virtually identical order was entered on the same date in the companion case

*Somerville Pub. Sch., et al. v. Trump, et al.*, Civil Action No. 25-10677-MJJ) (the "May 22 Court Orders").

4. On Friday, May 23, 2025, prior to 10:30am, I emailed notice and copies of the May 22 Court Orders to all Department employees, including employees who received RIF notices on March 11, 2025 or who are otherwise on administrative leave by using personal email addresses for such employees who do not have an active "ed.gov" email address. A true and correct copy of the notice is attached hereto as Exhibit A ("the Notice").

5. I have also received copies of emails containing the Notice sent on Friday, May 23, 2025, from ED's Office of the General Counsel to officials at the Department of Labor, Department of Health and Human Services, Small Business Administration, and Treasury Department.

6. On Tuesday morning, May 27, 2025, the Department also posted the Notice as an FAQ under the "About Dept of Education" topic in the FAQs under "What is the status of New York v. McMahon?" on ED.gov at: https://www.ed.gov/about/contact-us/faqs/About%20Dept%20of%20Education.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:

Jacqueline Clay

# Exhibit A

| | |
|---|---|
| **From:** | CHCO-Info |
| **Subject:** | Notice of Order of Preliminary Injunction |
| **Date:** | Friday, May 23, 2025 9:58:26 AM |
| **Attachments:** | 45 - Preliminary Injunction - Somerville (D Mass).pdf |
| | 128 - Preliminary Injunction - NY v McMahon (D Mass).pdf |

Good Morning,

On May 22, 2025, in the *State of New York v. McMahon (1:25-cv-10601)*, Judge Myong J. Joun granted Plaintiffs' (STATE OF NEW YORK; COMMONWEALTH OF MASSACHUSSETTS; STATE OF HAWAII; STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL FOR THE PEOPLE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; and STATE OF WISCONSIN) Preliminary Injunction and ordered (1) the Agency Defendants (LINDA McMAHON, in her official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION; and DONALD J. TRUMP, in his official capacity as President of the United States) are enjoined from carrying out the reduction-in-force announced on March 11, 2025; from implementing President Trump's March 20, 2025 Executive Order; and from carrying out the President's March 21, 2025 Directive to transfer management of federal student loans and special education functions out of the Department; (2) the Agency Defendants are enjoined from implementing, giving effect to, or reinstating the March 11, 2025, the President's March 20, 2025 Executive Order, or the President's March 21, 2025 Directive under a different name; (3) the Agency Defendants shall reinstate federal employees whose employment was terminated or otherwise eliminated on or after January 20, 2025, as part of the reduction-in-force announced on March 11, 2025 to restore the Department to the status quo such that it is able to carry out its statutory functions; (4) the Agency Defendants shall provide notice of this Order of Preliminary Injunction within 24 hours of entry to all their officers, agents, servants, employees, attorneys, and anyone acting in concert with them; (5) the Agency Defendants shall file a status report with this Court within 72 hours of the entry of this Order, describing all steps the Agency Defendants have taken to comply with this Order, and every week thereafter until the Department is restored to the status quo prior to January 20, 2025; and (6) the Preliminary Injunction shall become effective immediately upon entry by this Court. The Preliminary Injunction Order shall remain in effect for the duration of this litigation and until the merits of a decision have been issued. Agency Defendants are appealing the Order.

Thank You,

Jacqueline Clay
Chief Human Capital Officer