# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>LINDA McMAHON, in her official capacity as Secretary of Education, *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-10601 |

|  |  |
|---|---|
| SOMERVILLE PUBLIC SCHOOLS, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-10677 |

## MOTION FOR EMERGENCY STATUS CONFERENCE

Plaintiff States and the Somerville Plaintiffs (together, "Plaintiffs") hereby respectfully request that this Court schedule a status conference at its earliest convenience, to better ascertain whether and to what extent the U.S. Department of Education and Secretary McMahon (together, the "Agency Defendants") have complied with this Court's May 22, 2025 preliminary injunction order (Doc. No. 128).

1

On May 22, 2025, this Court consolidated the above-captioned matters and entered a preliminary injunction requiring that the Agency Defendants, amongst other things, "reinstate federal employees" in order to "restore the Department to the status quo such that it is able to carry out its statutory functions." Doc. No. 128 at 88. The Agency Defendants were also, *inter alia*, required to file regular status reports with this Court within 72 hours of the Court's order, and every week thereafter "until the Department is restored to the status quo prior to January 20, 2025." *Id.* Nearly two weeks have passed since the Court issued its May 22, 2025, Order granting Plaintiffs' Motion for a Preliminary Injunction. (Doc. No. 128).[1] And yet, as reflected by the status report that Defendants submitted late yesterday evening (Doc. No. 139), none of the affected employees have returned to active-duty status and may not understand that they will not be separated from government employment on June 9, 2025.

Defendants' May 27 initial status report attested that the Agency Defendants provided notice of the Court's injunction to certain personnel in compliance with the Court's order, *see* Doc. No. 138-1, but provided no other information regarding steps that the Agency Defendants were taking to comply with the substance of the Court's Order that the Department be "restored to the status quo prior to January 20," *see id.*

On June 4, Defendants filed a second status report, which makes clear that the Department has not yet taken substantial steps to comply with the Court's Order. *See* Doc. No. 139-1. This report explains, *inter alia*, that Department senior leadership was convened a full week after this Court issued its order, *id.* ¶ 10, and has now been instructed to "develop detailed compliance steps," but fails to share those steps or any timeline for their implementation. *Id.* at ¶ 11. In particular,

---

[1] Citations to the record are to Case No. 1:25-cv-10601 (*New York v. McMahon*), except where noted to No. 1:25-cv-10677 (*Somerville v. Trump*).

Defendants' status report does not indicate that any employees subject to the Mass Termination Order have been returned to active-duty status to perform their work. Nor do Defendants identify any efforts, timelines, or plans to return Department employees to work or any communications to Department staff regarding the same. Although Defendants identify logistical barriers to returning employees to working in person, they do not explain any plan or timeline to overcome these barriers, nor whether alternative options (such as employees working remotely) are being considered and may be feasible. *See* Doc. 139-1 ¶¶ 7, 10.

Defendants also acknowledge that some employees were "recently" asked to return their government furnished equipment ("GFE"). Doc. No. 139-1 ¶ 10 n.1. While Defendants confirmed that a contractor involved in this off-boarding communication now understands that it must pause GFE recovery processes, (Doc. No. 139-1 ¶ 10 n.1), Defendants give no indication as to whether this that this message has been communicated to Department employees.

Plaintiffs alerted Defendants' Counsel to these concerns by email dated May 30, June 3, and June 4, and met and conferred with Defendants' Counsel by video call on June 4. Plaintiffs sent a follow-up email to Defendants' Counsel after the meet and confer, as requested by Defendants' Counsel, but have not received a reply as of the time of this filing.

Until employees subject to the Mass Termination Order are returned to active-duty status, the Department will remain unable to carry out its statutorily mandated functions as required by this Court's Order, and Plaintiffs will continue to suffer irreparable harms. *See* Doc. No. 128 at 63-84. Defendants' reference in its Status Report, Doc. No. 139-1 ¶ 10, to the complexity of "'re-onboarding' approximately 1400 employees" underscores the need for immediate and accurate communication with those employees regarding their employment status, as many of them may

not currently understand their employment status and may believe that they will be separated from government service on June 9.

Plaintiffs request that the Court convene a status conference at its earliest convenience. Such a conference will enable the Court to obtain information regarding compliance with the Order, to determine appropriate communication to employees clarifying their employment status, and if appropriate, to establish a concrete timeline for compliance with the Order.[2]

In the alternative, Plaintiffs request that the Court take such other actions as the Court in its discretion may find necessary to achieve compliance with its Order.

Plaintiffs also request that the status conference include an option for counsel who are not in Massachusetts to participate by video-teleconference.

Dated: June 5, 2025                 Respectfully submitted,

/s/ *Rachel F. Homer*
Rachel F. Homer (MA State Bar No. 693642)
Kali Schellenberg* (MA State Bar No. 694875)
Will Bardwell* (DC Bar No. 90006120)
Elena Goldstein* (NY State Bar No. 4210456)
Victoria Nugent* (DC Bar No. 470800)
Adnan Perwez* (DC Bar No. 90027532)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: 202.448.9090
Facsimile: 202.796.4426
rhomer@democracyforward.org
kschellenberg@democracyforward.org
wbardwell@democracyforward.org
egoldstein@democracyforward.org

---

[2] As the Court is likely aware, following this Court's denial of the Agency Defendants' request for a stay, Doc. No. 136, the First Circuit denied the Agency Defendants' request for a stay on June 4, 2025. *See* "Order of Court," *New York v. McMahon et al.*, No. 25-1495 (1st Cir. June 4, 2025).

vnugent@democracyforward.org
aperwez@democracyforward.org

* admitted *pro hac vice*

*Counsel for Somerville Plaintiffs*


*Counsel for State Plaintiffs*:


**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day*
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
Solicitor General
Ewan C. Rayner*
Caitlyn B. Carpenter**
Deputy Solicitors General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
ewan.rayner@hawaii.gov
caitlyn.b.carpenter@hawaii.gov


**PHIL WEISER**
Attorney General for the State of Colorado

**ROB BONTA**
Attorney General for the State of California

By: */s/ Lucia Choi*
Lucia J. Choi*
Deputy Attorney General
Michael L. Newman**
Senior Assistant Attorney General
Srividya Panchalam*
James E. Stanley*
Supervising Deputy Attorneys General
Natasha A. Reyes*
Megan Rayburn**
Deputy Attorneys General
California Attorney General's Office
300 South Spring Street
Los Angeles, CA 90013
(213) 269-6364
Lucia.Choi@doj.ca.gov
Michael.Newman@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
James.Stanley@doj.ca.gov
Natasha.Reyes@doj.ca.gov
Megan.Rayburn@doj.ca.gov


**KRISTIN K. MAYES**
Attorney General for the State of Arizona

5

By: /s/ David Moskowitz
David Moskowitz*
Deputy Solicitor General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

By: /s/ Clinten N. Garrett
Clinten N. Garrett**
Senior Appellate Counsel
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
Clinten.Garrett@azag.gov

**KATHLEEN JENNINGS**
Attorney General for the State of Delaware

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: /s/ Ian R. Liston
Ian R. Liston**
Director of Impact Litigation
Vanessa L. Kassab**
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

By: /s/ Patrick Ring
Patrick Ring*
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808 5020
Patrick.ring@ct.gov

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

**KWAME RAOUL**
Attorney General for the State of Illinois

By: /s/ Andrew Mendrala
Andrew Mendrala*
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.Mendrala@dc.gov

By: /s/ Karyn L. Bass Ehler
Karyn L. Bass Ehler*
Assistant Chief Deputy Attorney General
Katharine P. Roberts*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-4985
karyn.bassehler@ilag.gov
katharine.roberts@ilag.gov

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Sean D. Magenis*
Sean D. Magenis*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
sean.d.magenis@maine.gov

**DANA NESSEL**
Attorney General for the People of
Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Kathleen Halloran*
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
HalloranK1@michigan.gov

**AARON D. FORD**
Attorney General for the State of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Keith M. Jamieson*
Keith M. Jamieson*
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6960
kjamieson@oag.state.md.us

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Liz Kramer*
Liz Kramer*
Solicitor General
445 Minnesota Street, Suite 1400
St. Paul, MN, 55101
(651) 757-1010
Liz.Kramer@ag.state.mn.us

**MATTHEW J. PLATKIN**
Attorney General for the State of New Jersey

By: */s/ Jessica L. Palmer*
Jessica L. Palmer*
Andrew Simon*
*Deputy Attorney General*
25 Market Street
Trenton, NJ 08625-0093
(609) 696-4607
Jessica.Palmer@law.njoag.gov

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Elleanor H. Chin*
Elleanor H. Chin*
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
elleanor.chin@doj.oregon.gov

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jonathan T. Rose*
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 793-1646
Jonathan.rose@vermont.gov

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson**
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 957-5218
gibsoncj@doj.state.wi.us

*Admitted *Pro Hac Vice*
** Motion for *Pro Hac Vice* pending or forthcoming

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: */s/ Kathryn T. Gradowski*
Kathryn T. Gradowski*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2810
kgradowski@riag.ri.gov

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s/ Spencer W. Coates*
Spencer W. Coates*
Assistant Attorney General
Cristina Sepe*
Deputy Solicitor General
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
spencer.coates@atg.wa.gov
cristina.sepe@atg.wa.gov

## **CERTIFICATE OF SERVICE**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ *Rachel F. Homer*
Rachel F. Homer