UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>LINDA McMAHON, *et al.*,<br><br>    Defendants. | C.A. No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | C.A. No. 1:25-cv-10677-MJJ |

**NOTICE OF WITHDRAWAL OF REQUEST FOR STATUS CONFERENCE**

The Plaintiff States and the Somerville Plaintiffs (together, the "Consolidated Plaintiffs") hereby give notice of their withdrawal of their request for a status conference, and respectfully request that this Court cancel the parties' scheduled June 9, 2025 status conference in light of developments in this case. As grounds for this Notice, the Consolidated Plaintiffs state as follows:

1.  On Tuesday, May 27, 2025, the Agency Defendants filed their first status report ("First Status Report"). The First Status Report contained almost no detail regarding what steps—if any—the Agency Defendants had taken to effectuate the Court's preliminary injunction order (the "Order"), which was entered on May 22, 2025. *See* Doc. Nos. 128, 138, 138-1. In substance,

1

it simply confirmed that the Agency Defendants had given notice of the Order to the employees subject to the Mass Termination Order ("MTO"). *See id.*

2. The Agency Defendants filed their Second Status Report on June 3, 2025. Doc. Nos. 139 & 139-1. This report, while slightly more substantive than the First Status Report, was still largely silent as to what practical steps the Agency Defendants were taking to comply with the Order. Indeed, the Second Status Report appeared to indicate that the only action the Agency Defendants had taken to comply with the Order was to provide the mandated notice of the Order to employees and, ten days after the Court's Order, convene an "ad hoc" meeting of senior leadership to study how the Agency might comply with the Court's order. *See* Doc. No. 139-1 at ¶¶ 10, 11.

3. Chief among the Consolidated Plaintiffs' immediate concerns was the Agency Defendants' apparent lack of communication to ensure that employees subject to the MTO were aware that the Department was taking steps to reintegrate them into their roles, and not separate them on June 9 or June 10. As of June 4, 2025, the Consolidated Plaintiffs had only learned of two substantive communications that the affected employees had received from the Agency Defendants about their future with the U.S. Department of Education ("Department"): (1) a notice of the Court's Order, including an indication that the Agency Defendants were appealing that order and (2) a demand that certain employees return equipment before being terminated.

4. In an effort to better understand the Agency Defendants' plans for compliance, the Consolidated Plaintiffs repeatedly reached out to counsel for the defendants. *See* Exh. 1. Although the parties were able to confer on Wednesday, June 4, 2025 via videoconference, that process did not yield meaningful information about the Agency Defendants' plans to comply with the Order. In light of the need for clarity surrounding the Agency Defendants' plans for employees subject to

2

the MTO, the Consolidated Plaintiffs requested a status conference on the morning of Thursday, June 5, 2025, and the Court granted that request later that day. Doc. No. 142.

5. A day after the Court granted that request, the Consolidated Plaintiffs learned that at approximately 2:15 PM on Friday, June 6, 2025, the Department's Human Resources department emailed employees impacted by the MTO—apparently for the first time—providing some guidance regarding what steps those employees could expect over the coming weeks and informing them that in light of the Court's injunction "you will not be separated on June 10, 2025" and that the agency was "actively assessing how to reintegrate" employees. *See* Exh. 2.

6. Because the Consolidated Plaintiffs' acute concern—that the Agency Defendants were not taking steps to maintain the MTO-affected employees beyond June 10—appears to be addressed by the Agency Defendants' June 6 email to affected employees, the Consolidated Plaintiffs respectfully withdraw their request for a status conference at this time. The Consolidated Plaintiffs look forward to receiving the Agency Defendants' forthcoming status report on June 10, 2025.

Dated: June 7, 2025                               Respectfully submitted,

| | |
|---|---|
| **ANDREA JOY CAMPBELL** | **LETITIA JAMES** |
| Attorney General for the Commonwealth of Massachusetts | Attorney General for the State of New York |
| | By: */s/ Rabia Muqaddam* |
| By: */s/ Nathaniel Hyman* | Rabia Muqaddam* |
| Katherine Dirks (BBO No. 673674) | Special Counsel for Federal Initiatives |
|   Chief State Trial Counsel | Molly Thomas-Jensen* |
| Yael Shavit (BBO No. 695333) | Special Counsel |
|   Chief, Consumer Protection Division | Gina Bull* |
| Anna Lumelsky (BBO No. 677708) | Assistant Attorney General |
|   Deputy State Solicitor | 28 Liberty St. |
| Elizabeth Carnes Flynn (BBO No. 687708) | New York, NY 10005 |
| Nathaniel Hyman (BBO No. 698506) | (929) 638-0447 |
| Arjun Jaikumar (BBO No. 691311) | rabia.muqaddam@ag.ny.gov |

3

<div style="display: flex;">

Assistant Attorneys General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
yael.shavit@mass.gov
anna.lumelsky@mass.gov
elizabeth.carnes-flynn@mass.gov
nathaniel.j.hyman@mass.gov
arjun.k.jaikumar@mass.gov

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day*
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
Solicitor General
Ewan C. Rayner*
Caitlyn B. Carpenter**
Deputy Solicitors General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
ewan.rayner@hawaii.gov
caitlyn.b.carpenter@hawaii.gov

molly.thomas-jensen@ag.ny.gov
gina.bull@ag.ny.gov

**ROB BONTA**
Attorney General for the State of California

By: */s/ Lucia Choi*
Lucia J. Choi*
Deputy Attorney General
Michael L. Newman**
Senior Assistant Attorney General
Srividya Panchalam*
James E. Stanley*
Supervising Deputy Attorneys General
Natasha A. Reyes*
Megan Rayburn**
Deputy Attorneys General
California Attorney General's Office
300 South Spring Street
Los Angeles, CA 90013
(213) 269-6364
Lucia.Choi@doj.ca.gov
Michael.Newman@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
James.Stanley@doj.ca.gov
Natasha.Reyes@doj.ca.gov
Megan.Rayburn@doj.ca.gov

</div>

4

| | |
|---|---|
| **PHIL WEISER** <br> Attorney General for the State of Colorado <br><br> By: */s/ David Moskowitz* <br> David Moskowitz* <br> Deputy Solicitor General <br> 1300 Broadway, #10 <br> Denver, CO 80203 <br> (720) 508-6000 <br> David.Moskowitz@coag.gov | **KRISTIN K. MAYES** <br> Attorney General for the State of Arizona <br><br> By: */s/ Clinten N. Garrett* <br> Clinten N. Garrett** <br> Senior Appellate Counsel <br> 2005 North Central Avenue <br> Phoenix, AZ 85004 <br> (602) 542-3333 <br> Clinten.Garrett@azag.gov |
| **KATHLEEN JENNINGS** <br> Attorney General for the State of Delaware <br><br> By: /s/ *Ian R. Liston* <br> Ian R. Liston** <br> Director of Impact Litigation <br> Vanessa L. Kassab** <br> Deputy Attorney General <br> Delaware Department of Justice <br> 820 N. French Street <br> Wilmington, DE 19801 <br> (302) 683-8899 <br> ian.liston@delaware.gov | **WILLIAM TONG** <br> Attorney General for the State of Connecticut <br><br> By: */s/ Patrick Ring* <br> Patrick Ring* <br> Assistant Attorney General <br> 165 Capitol Avenue <br> Hartford, CT 06106 <br> (860) 808 5020 <br> Patrick.ring@ct.gov |
| **BRIAN L. SCHWALB** <br> Attorney General for the District of Columbia <br><br> By: */s/ Andrew Mendrala* <br> Andrew Mendrala* <br> Assistant Attorney General <br> Public Advocacy Division <br> Office of the Attorney General for the District of Columbia <br> 400 Sixth Street, NW <br> Washington, D.C. 20001 <br> (202) 724-9726 <br> Andrew.Mendrala@dc.gov | **KWAME RAOUL** <br> Attorney General for the State of Illinois <br><br> By: /s/ *Karyn L. Bass Ehler* <br> Karyn L. Bass Ehler* <br> Assistant Chief Deputy Attorney General <br> Katharine P. Roberts* <br> Assistant Attorney General <br> Office of the Illinois Attorney General <br> 115 S. LaSalle St. <br> Chicago, IL 60603 <br> (312) 814-4985 <br> karyn.bassehler@ilag.gov <br> katharine.roberts@ilag.gov |

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Sean D. Magenis*
Sean D. Magenis*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
sean.d.magenis@maine.gov

**DANA NESSEL**
Attorney General for the People of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Kathleen Halloran*
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
HalloranK1@michigan.gov

**AARON D. FORD**
Attorney General for the State of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Keith M. Jamieson*
Keith M. Jamieson*
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6960
kjamieson@oag.state.md.us

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Liz Kramer*
Liz Kramer*
Solicitor General
445 Minnesota Street, Suite 1400
St. Paul, MN, 55101
(651) 757-1010
Liz.Kramer@ag.state.mn.us

**MATTHEW J. PLATKIN**
Attorney General for the State of New Jersey

By: */s/ Jessica L. Palmer*
Jessica L. Palmer*
Andrew Simon*
*Deputy Attorney General*
25 Market Street
Trenton, NJ 08625-0093
(609) 696-4607
Jessica.Palmer@law.njoag.gov

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Elleanor H. Chin*
Elleanor H. Chin*
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
elleanor.chin@doj.oregon.gov

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jonathan T. Rose*
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 793-1646
Jonathan.rose@vermont.gov

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson**
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 957-5218
gibsoncj@doj.state.wi.us

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: */s/ Kathryn T. Gradowski*
Kathryn T. Gradowski*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2810
kgradowski@riag.ri.gov

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s/ Spencer W. Coates*
Spencer W. Coates*
Assistant Attorney General
Cristina Sepe*
Deputy Solicitor General
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
spencer.coates@atg.wa.gov
cristina.sepe@atg.wa.gov

*Admitted *Pro Hac Vice*

** Motion for *Pro Hac Vice* pending or forthcoming

                                          */s/ Rachel F. Homer*
Rachel F. Homer (MA State Bar No. 693642)
Kali Schellenberg* (MA State Bar No. 694875)
Will Bardwell* (DC Bar No. 90006120)
Elena Goldstein* (NY State Bar No. 4210456)
Victoria Nugent* (DC Bar No. 470800)
Adnan Perwez* (DC Bar No. 90027532)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: 202.448.9090
Facsimile: 202.796.4426

rhomer@democracyforward.org
kschellenberg@democracyforward.org
wbardwell@democracyforward.org
egoldstein@democracyforward.org
vnugent@democracyforward.org
aperwez@democracyforward.org

* admitted *pro hac vice*

*Counsel for Somerville Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

                                          */s/ Nathaniel J. Hyman*
                                          Nathaniel J. Hyman