# EXHIBIT 2



Rachel Homer <rhomer@democracyforward.org>

## Fwd: Update: RIF Status

**Rachel Homer** <rhomer@democracyforward.org>  Sat, Jun 7, 2025 at 12:29 PM
To: Rachel Homer <rhomer@democracyforward.org>

---------- Forwarded message ---------
From: **CHCO-Info** <00000254aa7d4078-dmarc-request@listserv.ed.gov>
Date: Fri, Jun 6, 2025 at 2:14 PM
Subject: Update: RIF Status
To: <RIF@listserv.ed.gov>

Colleagues,

I wanted to provide an update to the Official Reduction in Force notice you previously received. Considering the recent injunction in *State of New York v. McMahon (1:25-cv-10601)*, you will not be separated on June 10, 2025. We are actively assessing how to reintegrate you back to the office in the most seamless way possible. This includes evaluating necessary updates to security access, technology, and workspaces to ensure full operability.

As part of our reintegration planning, we are asking all impacted employees to voluntarily share any information regarding current outside employment or offers they may have accepted since the RIF notification. This information will assist us in understanding potential reentry timelines and identifying any accommodations that may be needed. We understand that circumstances may have changed during this period, and this request is made solely to support a smooth and informed return to duty. Please note this information does not affect your employment status. Please click the following link to complete the form found here: Outside Employment.

Your continued patience is appreciated. You will receive further updates as soon as possible.

Jacqueline Clay

Chief Human Capital Officer

To unsubscribe from the RIF list, click the following link:
https://listserv.ed.gov/cgi-bin/wa?TICKET=NzM5NDM4IGNyb3NlMzYwQEdNQUlMLk
NPTSBSSUYgIEqIQ3uYhlNj&c=SIGNOFF