UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LINDA McMAHON, in her official capacity as Secretary of Education, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-10677-MJJ |

**ASSENTED TO MOTION FOR A 30-DAY EXTENSION
OF DEFENDANTS' RESPONSE DEADLINE**

Defendants hereby move, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, for a 30-day extension of their June 18, 2025 deadline to respond to States Plaintiffs' and Somerville Plaintiffs' complaints, thus making their response due on or before July 18, 2025. As relevant to this motion, Defendants state:

1. States Plaintiffs' Complaint was filed on March 13, 2025. ECF Nos. 1. Somerville Plaintiffs' Complaint was filed on March 24, 2025. *Somerville Public Schools v. Trump*, No. 25-

cv-10677-MJJ, ECF No. 1

2. Both Plaintiffs filed motions for a preliminary injunction, which the Court granted on May 22, 2025. ECF 128

3. Defendants filed an appeal at the First Circuit and requested a stay of the preliminary injunction order. *New York v. McMahon*, Nos. 25-1495, 25-1500 (1st Cir.). The First Circuit denied a stay of the preliminary injunction order, and the parties are in the process of briefing the appeal.

4. Defendants filed a request for an emergency stay at the Supreme Court. *McMahon, et al. v. New York, et al.,* No. 24A1203 (U.S. filed June 6, 2025). The issues on appeal for the emergency stay motion are, among others, whether Plaintiffs have standing to bring their suit and whether the CSRA precludes jurisdiction over the claims.

5. The Supreme Court has not yet issued a decision on Defendants' application. Given the issues on appeal to the Supreme Court, its decision on Defendant's application for a stay could significantly impact this litigation or give the parties guidance on how to further proceed. Because any such decision may implicate future proceedings in this case, and given the press of other litigation matters, Defendants seek an additional 30 days to respond to Plaintiffs' complaints.

6. Plaintiffs, through counsel, have stated that they consent to this relief, but as part of that consent asked Defendants to produce the administrative record for Plaintiffs' Administrative Procedure Act claims by July 25, to which Defendants agreed.

7. This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiffs have consented to the extension and are currently protected by the Court's preliminary injunction.

8. Accordingly, Defendants request a 30-day extension of the response deadline in these cases until July 18, 2025.

Dated: June 16, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel

*/s/ Michael Bruns*
MICHAEL BRUNS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-4011
Email: michael.bruns@usdoj.gov

*Attorneys for Defendants*

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for the Plaintiffs and that the parties were able to resolve the issues presented by this motion.

Dated: June 16, 2025

*/s/ Michael Bruns*
MICHAEL BRUNS
Trial Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: June 16, 2025

                                              */s/ Michael Bruns*
                                              Michael Bruns
                                              Trial Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA McMAHON, in her official capacity as Secretary of Education, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10677-MJJ |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Assented to Motion for Extension of Defendants' Response Deadline, it is this _____ day of _____ 2025

**ORDERED** that the same be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Defendants' deadline to respond to the Complaints in these consolidated cases shall be, and the same hereby is, **EXTENDED** by 30 days until July 18, 2025.

**ORDERED** that Defendants will provide the administrative record on or before July 25, 2025.

_____
Myong J. Joun
United States District Judge