# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>)  Civil Action No. 25-10601-MJJ |
| LINDA MCMAHON, *et al.*, | )<br>) |
| Defendants. | )<br>)<br>) |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>)  Civil Action No. 25-10677-MJJ |
| DONALD J. TRUMP, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## DECLARATION OF RACHEL OGLESBY

1. My name is Rachel Oglesby. I make this Declaration based on my own personal knowledge, on information contained in the records of the Department of Education, or on information provided to me by Department of Education employees.

2. I am currently employed as Chief of Staff for the U.S. Department of Education, headquartered in Washington, D.C. I began my service at the Department on January 20, 2025.

3. Before joining the Department, I worked at America First Policy Institute as the Chief State Action Officer and Director of the Center for the American Worker.

4. In my role at the Department, I have the following responsibilities:
    a. I assist the Secretary of Education with all her responsibilities running the Department.
    b. I advise the Secretary on significant matters within and affecting the Department.

5. I submitted declarations in this matter on June 3, 2025, and June 10, 2025, describing the Department's compliance activities with regard to the preliminary injunction issued by this Court on May 22, 2025 (the "Preliminary Injunction"), and I incorporate herein by reference the statements made in my previous declarations.

6. The ad hoc committee described in my earlier declarations met again on June 12, 2025 to further coordinate reinstatement activities. By June 17, 2025, the Department had:

    - Received 999 "Outside Employment" survey responses from employees who had received RIF notices on March 11, 2025. For those employees who responded to the survey and indicated that they have obtained outside employment since receiving notification of the RIF, and that they plan to remain in their new position following reintegration, the Department is reviewing those responses to ensure compliance with applicable ethics rules.
    - Issued a formal communication (by email to personal email addresses for employees who do not have access yet to their government furnished equipment (GFE)) on June 16, 2025, to all employees who had received RIF notices on March 11, 2025, requesting that they complete a reintegration survey. A true and correct copy of that communication to employees is attached hereto as Exhibit A. A true and correct copy of the reintegration survey is attached hereto as Exhibit B.
        - The reintegration survey prepared by the ad hoc committee is providing necessary individualized information that will enable the Department to implement the logistical complexities of: arranging for facilities for physical workspace and considering telework options; updating, reactivating, and re-issuing GFE; issuing security access (including building entry, parking, transit passes, and PIV card updates); preparing and updating position descriptions; and ensuring that all actions comply with collective bargaining requirements.
    - Communicated with the Employee Assistance Program (EAP) to support employee reorientation and reintegration. The EAP has confirmed availability of sessions to support employee reorientation and reintegration.
    - Communicated with the Department of Homeland Security to request safety and security briefings. The Department is following up to confirm briefing dates.
    - Inventoried 519 personal identity verification (PIV) cards that were returned by employees who had received RIF notices on March 11, 2025. A process to reinstate

- access for those PIV cards identified as inactive is being built into the Department's reintegration plan.
- Identified temporary workspace for the Washington, DC Regional office. Workstation setup is being assessed. Negotiations for additional regional office space and long-term planning are ongoing.
- Continued to build out the Department's reintegration plan to ensure all supporting actions are accounted for as responses to the reintegration survey are received, including IT and technical support contracts.

<p style="text-align:center">\*\*\*</p>

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC this 17th day of June.

*Rachel Oglesby* (signature)

Rachel Oglesby

# EXHIBIT A

# Sherman, Browyn

| | |
|---|---|
| **From:** | CHCO-Info |
| **Sent:** | Monday, June 16, 2025 9:21 AM |
| **To:** | RIF@listserv.ed.gov |
| **Subject:** | Reintegration & Space Planning Survey |

Good Morning,

We are requesting that you assist with reintegration and space planning efforts by completing a short survey. This information will assist us in understanding potential reentry timelines and identifying any accommodations that may be needed. Please click the following link to complete the form by Friday 6/20/2025: Survey.

Thank you,

Jacqueline Clay
Chief Human Capital Officer

# EXHIBIT B

# Reintegration & Space Planning Survey

Please take a few moments to complete this survey to help us plan for your return to the workplace. Your input is valuable in ensuring we can effectively address your logistical and operational needs.

**Please complete and return this form by June 20, 2025.**

* Required

## Personal Information

1\. First Name *

[                    ]

2\. Middle Initial

[                    ]

Please enter at most 1 characters

3\. Last Name *

[                    ]

4. Personal Email Address *

<div style="border:1px solid #ccc; padding:10px;"></div>

Please enter text that contains @

Please validate your current home mailing address:

5. Street Address *

6. City *

7. State *

Please enter at most 2 characters

8. Zip Code *

Please enter at most 5 characters

Employee Information

9. Department of Education Email Address *

[ ]

Please enter text that contains @ed.gov

10. POC *

- ○ FSA
- ○ IES
- ○ NAGB
- ○ OCIO
- ○ OCO
- ○ OCR
- ○ OCTAE
- ○ NAGB
- ○ OELA
- ○ OESE
- ○ OFO
- ○ OGC
- ○ OIG
- ○ OLCA
- ○ OPE
- ○ OPEPD
- ○ OS
- ○ OSERS

( ) OUS

# Government Furnished Equipment (GFE) & Personal Identity Verification (PIV) Card

11. Do you currently have Government Furnished Equipment (GFE)? *

○ Yes

○ No

12. What GFE item(s) do you have? *

☐ Laptop

☐ Mobile Device

☐ iPad

☐ Monitor

☐ Printer

☐ Other

13. Do you have your Personal Identity Verification (PIV) card? *

○ Yes

○ No

## Space Planning & Transportation

14. For space planning purposes, please select your primary duty station: *

- ○ Headquarters – Washington, DC
- ○ Regional Office – Atlanta, GA
- ○ Regional Office – Boston, MA
- ○ Regional Office – Chicago, IL
- ○ Regional Office – Dallas, TX
- ○ Regional Office – Denver, CO
- ○ Regional Office – Kansas City, MO
- ○ Regional Office – New York, NY
- ○ Regional Office – Philadelphia, PA
- ○ Regional Office – San Francisco, CA
- ○ Regional Office – Seattle, WA
- ○ Other

15. Do you require transit benefits? *

   ○ Yes

   ○ No

16. Did you have an ED parking permit prior to March 11, 2025? *

   ○ Yes

   ○ No

17. Do you plan to request a parking permit? *

   ○ Yes

   ○ No

Retirement Plans

18. Do you intend to retire? *

○ Yes

○ No

19. What is your planned effective retirement date? *



---

This content is neither created nor endorsed by Microsoft. The data you submit will be sent to the form owner.

Microsoft Forms