IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STATE OF NEW YORK, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 25-10601-MJJ |
| LINDA MCMAHON, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 25-10677-MJJ |
| DONALD J. TRUMP, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF RACHEL OGLESBY**

1. My name is Rachel Oglesby. I make this Declaration based on my own personal knowledge, on information contained in the records of the Department of Education, or on information provided to me by Department of Education employees.

2. I am currently employed as Chief of Staff for the U.S. Department of Education, headquartered in Washington, D.C. I began my service at the Department on January 20, 2025.

3. Before joining the Department, I worked at America First Policy Institute as the Chief State Action Officer and Director of the Center for the American Worker.

4. In my role at the Department, I have the following responsibilities:

    a. I assist the Secretary of Education with all her responsibilities running the Department.
    b. I advise the Secretary on significant matters within and affecting the Department.

5. I submitted declarations in this matter on June 3, 2025, June 10, 2025, and June 17, 2025, describing the Department's compliance activities with regard to the preliminary injunction issued by this Court on May 22, 2025 (the "Preliminary Injunction"), and I incorporate herein by reference the statements made in my previous declarations.

6. The ad hoc committee described in my earlier declarations met again on June 20, 2025, to further coordinate reintegration activities. By June 24, 2025, the Department had:

    - Received 481 (excluding duplicates)[1] responses to the Department's "Outside Employment Survey" from employees who had received RIF notices on March 11, 2025.
        - For those employees who responded to the survey and indicated that they have obtained outside employment since receiving notification of the RIF, and that they plan to remain in their new position following reintegration, the Department continues to review those responses to ensure compliance with applicable ethics rules.
    - Received 1,008 (excluding duplicates) responses to the Department's "Employee Reintegration and Space Planning Survey" from employees who had received RIF notices on March 11, 2025.
        - Issued formal communications (by email to personal email addresses for employees who do not have access yet to their government furnished equipment (GFE)) on June 18, 2025, and June 23, 2025, to the employees who had received RIF notices on March 11, 2025, requesting that those who had not yet submitted their reintegration survey responses do so. A true and correct copy of those communications to employees is attached hereto as Exhibit A and Exhibit B.
    - Received a response from the Department of Homeland Security (DHS) indicating that they will be unable to provide safety and security briefings.
        - Due to the unavailability of DHS, the Department scheduled a meeting with the National Counterintelligence and Security Center within the Office of the Director of National Intelligence. Senior Department personnel met with DNI leadership to discuss reintegration-related operational security considerations on June 24, 2025.

---

[1] My declaration dated June 17, 2025, incorrectly identified the number of survey responses received as of that date.

- Identified 31 out of the 519 personal identity verification (PIV) cards that were returned by employees who had received RIF notices on March 11, 2025, that need to be reprinted.
    - Documented in the Department's reintegration plans the activities necessary for those 31 PIV cards to be reprinted. For those employees located outside of the national capital region whose PIV card must be reprinted, the Department will need to identify the USAccess site(s) to which the card(s) must be shipped for employee pickup and activation.[2]
- Continued to build-out the Department's reintegration plan to ensure all dependencies and supporting actions are identified, including reconciling employee responses to the two surveys and integrating into the reintegration plan the data provided in those responses.
    - Further refined the information technology (IT) restoration process to reflect the information supplied in the 1,008 employee responses to the reintegration survey. For example, the IT restoration process will be different for the 399 employees responded "Yes"[3] and the 609 employees responded "No"[4] to the survey question, "Do you currently have Government Furnished Equipment (GFE)?" Similarly, the IT restoration process will be different for those employees who will be restored on site and those employees who will be restored remotely.
    - Identified space in the National Capital Region to reflect the information supplied thus far in employee responses to the reintegration survey. While the Department had halted the planned closure of regional offices in Boston, Chicago, Dallas, and San Francisco, the Cleveland regional office had previously been returned to General Services Administration and the New York regional office remains under renovation.
        - The Department's regional offices were primarily staffed with personnel from the Office for Civil Rights (OCR). As a result, ad hoc committee members met with OCR leadership to discuss the particular complexities of OCR employee reintegration including, for example, the need to identify reintegration plans for the 21 employees who indicated in response to the reintegration survey that their primary duty station was in a regional office building no longer available to the Department. To support their particular reintegration requirements, OCR designated a representative to join the ad hoc committee.

---

[2] The Department utilizes USAccess, a shared service provided by the General Services Administration, for credentialing services and support.

[3] The 399 employees indicating they still possess GFE is likely because, as stated in my declaration dated June 3, 2025, the Department "pause[d] GFE recovery processes, including employee notification emails, pursuant to this Court's Order."

[4] In accordance with the Federal Rules of Civil Procedure, GFE collected from employees who had received RIF notices on March 11, 2025, were placed under a litigation hold. To facilitate reintegration activities, the Department is modifying that litigation hold so that collected GFE can be reimaged, updated to Windows 11, and reissued to those 609 employees who have indicated that they no longer possess GFE.

\*\*\*

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC this 24th day of June.

*Rachel Oglesby*

_____
Rachel Oglesby

# EXHIBIT A

| | |
|---|---|
| **From:** | CHCO-Info |
| **To:** | "rif@listserv.ed.gov" |
| **Subject:** | Reminder: Please Complete The Reintegration & Space Planning Survey by 6/20 |
| **Date:** | Wednesday, June 18, 2025 1:53:00 PM |

Good Afternoon,

If you have not done so already, we are requesting that you assist with reintegration and space planning efforts by completing a short survey. This information will assist us in understanding potential reentry timelines and identifying any accommodations that may be needed. Please click the following link to complete the form by **Friday 6/20/2025**: **Survey**.

Thank you,

Jacqueline Clay
Chief Human Capital Officer

# EXHIBIT B

| | |
|---|---|
| **From:** | CHCO-Info |
| **To:** | "rif@listserv.ed.gov" |
| **Subject:** | Please Complete Surveys by COB Today |
| **Date:** | Monday, June 23, 2025 10:32:00 AM |

Good Morning,

If you have not done so already, please complete the following surveys **by close of business today**. This information will assist us in understanding potential reentry timelines and identifying any accommodations that may be needed. There is no need to resubmit the surveys if you have already completed them.

1. Reintegration & Space Planning Survey
2. Outside Employment Disclosure

Thank you,

Jacqueline Clay
Chief Human Capital Officer