UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA McMAHON, in her official capacity as Secretary of Education, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10677-MJJ |

**STATUS REPORT REGARDING COMPLIANCE**

      Defendants, through undersigned counsel, hereby file this Status Report documenting the steps taken to date to comply with the Court's preliminary injunctions of May 22, 2025. *See* ECF No. 128, *State of New York, et al. v. McMahon, et al.*, No. 1:25-cv-10601-MJJ; ECF No. 45, *Somerville Public Schools, et al. v. Trump, et al.*, No. 1:25-cv-10677-MJJ. Those preliminary injunctions, which were entered by the Court at 10:30 a.m. on Thursday, May 22, required the filing of a status report "within 72 hours of the date of entry of this Order, describing all steps the

Agency Defendants have taken to comply with this Order, and every week thereafter until the Department is restored to the status quo prior to January 20, 2025." ECF No. 128 at 88; ECF No. 45 at 88. Consistent with the Court's orders, Defendants submit this weekly status report. In support of the status report, Defendants submit the attached declaration, which identifies the steps the Department of Education has taken to date to comply with the Court's preliminary injunctions.

Dated: July 1, 2025                                  Respectfully submitted,

                                                     BRETT A. SHUMATE
                                                     Assistant Attorney General
                                                     Civil Division

                                                     ERIC J. HAMILTON
                                                     Deputy Assistant Attorney General
                                                     Civil Division

                                                     /s/ Brad P. Rosenberg
                                                     BRAD P. ROSENBERG (DC Bar No. 467513)
                                                     Special Counsel
                                                     MICHAEL BRUNS
                                                     Trial Attorney
                                                     U.S. Department of Justice
                                                     Civil Division, Federal Programs Branch
                                                     1100 L Street, NW
                                                     Washington, DC 20005
                                                     Phone: 202-514-3374
                                                     Email: brad.rosenberg@usdoj.gov

                                                     *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: July 1, 2025

                                          */s/ Brad P. Rosenberg*
                                          BRAD P. ROSENBERG
                                          Special Counsel