UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LINDA McMAHON, in her official capacity as Secretary of Education, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-10677-MJJ |

### ASSENTED TO MOTION FOR A 30-DAY EXTENSION OF DEFENDANTS' RESPONSE DEADLINE

Defendants hereby move, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, for a 14-day extension of their July 18, 2025 deadline to respond to States Plaintiffs' and Somerville Plaintiffs' complaints, thus making their response due on or before August 1, 2025. As relevant to this motion, Defendants state:

1.      States Plaintiffs' Complaint was filed on March 13, 2025. ECF Nos. 1. Somerville Plaintiffs' Complaint was filed on March 24, 2025. *Somerville Public Schools v. Trump*, No. 25-

cv-10677-MJJ, ECF No. 1

2. Both Plaintiffs filed motions for a preliminary injunction, which the Court granted on May 22, 2025. ECF 128

3. Defendants filed an appeal at the First Circuit and requested a stay of the preliminary injunction order. *New York v. McMahon*, Nos. 25-1495, 25-1500 (1st Cir.). The First Circuit denied a stay of the preliminary injunction order, and the parties are in the process of briefing the appeal.

4. Defendants filed a request for an emergency stay at the Supreme Court. *McMahon, et al. v. New York, et al.,* No. 24A1203 (U.S. filed June 6, 2025). The issues on appeal for the emergency stay motion were, among others, whether Plaintiffs have standing to bring their suit and whether the CSRA precludes jurisdiction over the claims. The Supreme Court granted the stay on July 14, 2025, pending the disposition of the appeal in the United States Court of Appeals for the First Circuit and disposition of a petition for a writ of certiorari, if such a writ is timely sought. *McMahon v. New York*, 606 U. S. ____ (2025)

5. Because the stay decision implicates future proceedings in this case, Defendants seek an additional 14 days to respond to Plaintiffs' complaints to allow time to confer with Plaintiffs on how to proceed in the consolidated actions.

6. Plaintiffs, through counsel, have stated that they consent to this relief, but as part of that consent asked Defendants to produce the administrative record for Plaintiffs' Administrative Procedure Act claims with Defendants' response to the Complaint, to which Defendants agreed.

7. This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiffs have consented to the extension.

8. Accordingly, Defendants request a 14-day extension of the response deadline in these cases until August 1, 2025.

Dated: July 18, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel

*/s/ Michael Bruns*
MICHAEL BRUNS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-4011
Email: michael.bruns@usdoj.gov

*Attorneys for Defendants*

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for the Plaintiffs and that the parties were able to resolve the issues presented by this motion.

Dated: July 18, 2025

                                              */s/ Michael Bruns*
                                              MICHAEL BRUNS
                                              Trial Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: July 18, 2025

                                               */s/ Michael Bruns*
                                               Michael Bruns
                                               Trial Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA McMAHON, in her official capacity as Secretary of Education, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10677-MJJ |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Assented to Motion for Extension of Defendants' Response Deadline, it is this _____ day of _____ 2025

**ORDERED** that the same be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Defendants' deadline to respond to the Complaints in these consolidated cases shall be, and the same hereby is, **EXTENDED** by 14 days until August 1, 2025.

**ORDERED** that Defendants will provide the administrative record on or before August 1, 2025.

_____
Myong J. Joun
United States District Judge