UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA McMAHON, in her official capacity as Secretary of Education, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10677-MJJ |

### ASSENTED TO MOTION FOR A 21-DAY EXTENSION OF DEFENDANTS' RESPONSE DEADLINE

Defendants hereby move, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, for a 21-day extension of their August 1, 2025 deadline to respond to States Plaintiffs' and Somerville Plaintiffs' complaints, thus making their response due on or before August 22, 2025. As relevant to this motion, Defendants state:

1.  States Plaintiffs' Complaint was filed on March 13, 2025. ECF No. 1. Somerville Plaintiffs' Complaint was filed on March 24, 2025. *Somerville Public Schools v. Trump*, No. 25-

cv-10677-MJJ, ECF No. 1

2. Both Plaintiffs filed motions for a preliminary injunction, which the Court granted on May 22, 2025. ECF 128.

3. Defendants filed an appeal at the First Circuit and requested a stay of the preliminary injunction order. *New York v. McMahon*, Nos. 25-1495, 25-1500 (1st Cir.). The First Circuit denied a stay of the preliminary injunction order, and the parties are in the process of briefing the appeal.

4. Defendants filed a request for an emergency stay at the Supreme Court. *McMahon, et al. v. New York, et al.,* No. 24A1203 (U.S. filed June 6, 2025). The issues on appeal for the emergency stay motion were, among others, whether Plaintiffs have standing to bring their suit and whether the CSRA precludes jurisdiction over the claims. The Supreme Court granted the stay on July 14, 2025, pending the disposition of the appeal in the United States Court of Appeals for the First Circuit and disposition of a petition for a writ of certiorari, if such a writ is timely sought. *McMahon v. New York*, 606 U. S. ____, 2025 WL 1922626 (2025).

5. Since the Supreme Court entered its stay decision, the parties have been conferring regarding next steps in this litigation. Those discussions are ongoing. Accordingly, Defendants seek an additional 21 days to respond to Plaintiffs' complaints to allow time to continue to confer with Plaintiffs on how to proceed in the consolidated actions.

6. Plaintiffs, through counsel, have stated that they assent to this relief.

7. This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiffs have assented to the extension.

8. Accordingly, Defendants request a 21-day extension of the response deadline in these cases until August 22, 2025.

Dated: July 31, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG (DC Bar No. 467513)
Special Counsel
MICHAEL BRUNS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-3374
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for the Plaintiffs and that the parties were able to resolve the issues presented by this motion.

Dated: July 31, 2025

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
Special Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: July 31, 2025

                                               */s/ Brad P. Rosenberg*
                                               BRAD P. ROSENBERG
                                               Special Counsel