## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STATE OF NEW YORK, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 25-10601-MJJ |
| LINDA MCMAHON, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 25-10677-MJJ |
| DONALD J. TRUMP, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**CERTIFICATION OF THE ADMINISTRATIVE RECORD**

I, Candice Jackson, Deputy General Counsel, U.S. Department of Education, certify that, to the best of my knowledge and based on the information presented to me, the materials described in the accompanying list comprise the complete, non-privileged Administrative Record for the Department's decisions at issue in this case.

Dated: August 1, 2025

_____
Candice Jackson
Deputy General Counsel
United States Department of Education