**Administrative Record Index**

| Description | Bates Number |
|---|---|
| U.S. Department of Education Organizational Charts 2.24.2025 | EDNY_00001 – EDNY_00024 |
| U.S. Department of Education Organizational Chart 03.06.2025 | EDNY_00025 – EDNY_00048 |
| Instructions for Employees Impacted by RIF 03.11.2025 | EDNY_00049 – EDNY_00050 |
| RIF Information and Resources 03.11.2025 | EDNY_00051 – EDNY_00054 |
| CHCO – Notice to Employees Impacted by RIF 03.12.2025 | EDNY_00055 – EDNY_00056 |
| Attachment to Employees Impacted by RIF | EDNY_00057 |
| Waiver of 90-day Competitive Area Requirement for Reduction in Force (RIF) | EDNY_00058 |
| Office Hours: Retirement Paperwork and Process | EDNY_00059 – EDNY_00074 |
| CSRS Retirement Forms | EDNY_00075 – EDNY_00107 |
| FERS Retirement Forms | EDNY_00108 – EDNY_00133 |
| Institute of Education Services (IES) Organizational Chart | EDNY_00134 |
| Office of the Chief Information Officer (OCIO) Organizational Chart | EDNY_00135 |
| Office of Communication and Outreach (OCO) Organizational Chart | EDNY_00136 |
| Office of the Deputy Secretary (ODS) Organizational Chart | EDNY_00137 |
| Office of Elementary and Secondary Education (OESE) Organizational Chart | EDNY_00138 |
| Office of Finance and Operations (OFO) Organizational Chart | EDNY_00139 |

| Description | Bates Number |
|---|---|
| Office of the General Counsel (OGC) Organizational Chart | EDNY_00140 |
| Office of Postsecondary Education (OPE) Organizational Chart | EDNY_00141 |
| Office of Planning, Evaluation and Policy Development (OPEPD) Organizational Chart | EDNY_00142 |
| Office of Special Education and Rehabilitative Services (OSERS) Organizational Chart | EDNY_00143 |
| Office of the Under Secretary (OUS) Organizational Chart | EDNY_00144 |
| Institute of Education Services (IES) Impacted Positions | EDNY_00145 |
| Office of the Chief Information Officer (OCIO) Impacted Positions | EDNY_00146 |
| Office of Communication and Outreach (OCO) Impacted Positions | EDNY_00147 |
| Office of the Deputy Secretary (ODS) Impacted Positions | EDNY_00148 |
| Office of Elementary and Secondary Education (OESE) Impacted Positions | EDNY_00149 |
| Office of Finance and Operations (OFO) Impacted Positions | EDNY_00150 |
| Office of the General Counsel (OGC) Impacted Positions | EDNY_00151 |
| Office of Postsecondary Education (OPE) Impacted Positions | EDNY_00152 |
| Office of Planning, Evaluation and Policy Development (OPEPD) Impacted Positions | EDNY_00153 |
| Office of Special Education and Rehabilitative Services (OSERS) Impacted Positions | EDNY_00154 |
| Office of the Under Secretary (OUS) Impacted Positions | EDNY_00155 |