## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*; | |
| Plaintiffs, | |
| v. | C.A. No. 1:25-cv-10601-MJJ |
| LINDA McMAHON, *et al.*; | |
| Defendants. | |

| | |
|---|---|
| SOMERVILLE PUBLIC SCHOOLS, *et al.* | |
| Plaintiffs, | |
| v. | C.A. No. 1:25-cv-10677-MJJ |
| DONALD J. TRUMP, *et al.* | |
| Defendants. | |

**PLAINTIFFS' MOTION TO VACATE AND FOR AN INDICATIVE RULING
PURSUANT TO FED. R. CIV. P. 62.1 AND FOR A RULE 16 CONFERENCE**

1

The Plaintiff States and the Somerville Plaintiffs (together, the "Plaintiffs") hereby respectfully request that this Court issue an indicative ruling, pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, in the form appended hereto as **Exhibit A**, indicating that if the U.S. Court of Appeals for the First Circuit were to remand the federal defendants' appeal of this Court's May 22, 2025 preliminary injunction (the "Injunction"), this Court would grant Plaintiffs' motion to vacate such Injunction.[1]  The Plaintiffs further request that this Court set a Rule 16 conference at the Court's convenience on or after September 12, 2025.  The Plaintiffs certify that, pursuant to Rule 7.1 of the Local Rules, they have conferred with counsel for the federal defendants, who do not oppose their request for entry of an indicative ruling pursuant to Rule 62.1.  The federal defendants oppose Plaintiffs' request for a Rule 16 conference, and further state: "Defendants respectfully request that the Court enter a briefing schedule based on the parties' forthcoming proposals without holding a Rule 16.1 hearing, given that this is an APA case."

Should this Court grant the Plaintiffs' motion and issue an indicative ruling, the Plaintiffs will promptly inform the First Circuit of that ruling pursuant to Fed. R. App. P. 12.1, and the parties will seek to have this matter remanded to allow the Court to enter its indicative ruling vacating the Injunction.

WHEREFORE, the Plaintiffs respectfully request that this Court:

1. Enter their requested order, in the form attached hereto as **Exhibit A** to this motion; and

2. Schedule a Rule 16 conference at the Court's convenience.

---

[1] As noted in the Plaintiffs' memorandum of law, Plaintiffs also formally move to vacate the Injunction to avoid any ripeness concerns with their Rule 62.1 request, acknowledging that this Court likely lacks subject matter jurisdiction to adjudicate Plaintiffs' request at this time.

Dated: August 8, 2025                    Respectfully submitted,

**ANDREA JOY CAMPBELL**                  **LETITIA JAMES**
Attorney General for the Commonwealth    Attorney General for the State of New York
of Massachusetts

By: */s/ Nathaniel Hyman*                By: */s/ Rabia Muqaddam*
Katherine Dirks (BBO No. 673674)         Rabia Muqaddam*
Chief State Trial Counsel                Special Counsel for Federal Initiatives
Yael Shavit (BBO No. 695333)             Molly Thomas-Jensen*
Chief, Consumer Protection Division      Special Counsel
Anna Lumelsky (BBO No. 677708)           Gina Bull*
  Deputy State Solicitor                 Assistant Attorney General
Elizabeth Carnes Flynn (BBO No. 687708)  28 Liberty St.
Nathaniel Hyman (BBO No. 698506)         New York, NY 10005
Arjun Jaikumar (BBO No. 691311)          (929) 638-0447
Assistant Attorneys General              rabia.muqaddam@ag.ny.gov
1 Ashburton Pl.                          molly.thomas-jensen@ag.ny.gov
Boston, MA 02108                         gina.bull@ag.ny.gov
(617) 963-2277
katherine.dirks@mass.gov
yael.shavit@mass.gov
anna.lumelsky@mass.gov
elizabeth.carnes-flynn@mass.gov
nathaniel.j.hyman@mass.gov
arjun.k.jaikumar@mass.gov

**ANNE E. LOPEZ**                        **ROB BONTA**
Attorney General for the State of Hawaiʻi Attorney General for the State of California

By: */s/ Kalikoʻonālani D. Fernandes*    By: */s/ Lucia Choi*
David D. Day*                            Lucia J. Choi*
Special Assistant to the Attorney General Deputy Attorney General
Kalikoʻonālani D. Fernandes*             Michael L. Newman**
Solicitor General                        Senior Assistant Attorney General
Ewan C. Rayner*                          Srividya Panchalam*
Caitlyn B. Carpenter*                    James E. Stanley*
Deputy Solicitors General                Supervising Deputy Attorneys General
425 Queen Street                         Natasha A. Reyes*
Honolulu, HI 96813                       Megan Rayburn**
(808) 586-1360                           Deputy Attorneys General
david.d.day@hawaii.gov                   California Attorney General's Office
kaliko.d.fernandes@hawaii.gov            300 South Spring Street
ewan.rayner@hawaii.gov                   Los Angeles, CA 90013
caitlyn.b.carpenter@hawaii.gov           (213) 269-6364
                                         Lucia.Choi@doj.ca.gov

Michael.Newman@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
James.Stanley@doj.ca.gov
Natasha.Reyes@doj.ca.gov
Megan.Rayburn@doj.ca.gov

**PHIL WEISER**
Attorney General for the State of Colorado

By: */s/ David Moskowitz*
David Moskowitz*
Deputy Solicitor General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**KATHLEEN JENNINGS**
Attorney General for the State of Delaware

By: /s/ *Ian R. Liston*
Ian R. Liston**
Director of Impact Litigation
Vanessa L. Kassab**
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

**BRIAN L. SCHWALB**
Attorney General for the District of
Columbia

By: */s/ Andrew Mendrala*
Andrew Mendrala*
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the
District of Columbia
400 Sixth Street, NW

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: */s/ Clinten N. Garrett*
Clinten N. Garrett**
Senior Appellate Counsel
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
Clinten.Garrett@azag.gov

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: */s/ Patrick Ring*
Patrick Ring*
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808 5020
Patrick.ring@ct.gov

**KWAME RAOUL**
Attorney General for the State of Illinois

By: /s/ *Karyn L. Bass Ehler*
Karyn L. Bass Ehler*
Assistant Chief Deputy Attorney General
Katharine P. Roberts*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603

Washington, D.C. 20001
(202) 724-9726
Andrew.Mendrala@dc.gov

(312) 814-4985
karyn.bassehler@ilag.gov
katharine.roberts@ilag.gov

**AARON M. FREY**
Attorney General for the State of
Maine

By: */s/ Sean D. Magenis*
Sean D. Magenis*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
sean.d.magenis@maine.gov

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Keith M. Jamieson*
Keith M. Jamieson*
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6960
kjamieson@oag.state.md.us

**DANA NESSEL**
Attorney General for the People of
Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Kathleen Halloran*
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
HalloranK1@michigan.gov

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Liz Kramer*
Liz Kramer*
Solicitor General
445 Minnesota Street, Suite 1400
St. Paul, MN, 55101
(651) 757-1010
Liz.Kramer@ag.state.mn.us

**AARON D. FORD**
Attorney General for the State of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
Solicitor General
Office of the Nevada Attorney
General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

**MATTHEW J. PLATKIN**
Attorney General for the State of New Jersey

By: */s/ Jessica L. Palmer*
Jessica L. Palmer*
Amanda Morejon
*Deputy Attorney General*
25 Market Street
Trenton, NJ 08625-0093
(609) 696-4607
Jessica.Palmer@law.njoag.gov

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Elleanor H. Chin*
Elleanor H. Chin*
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
elleanor.chin@doj.oregon.gov

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jonathan T. Rose*
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 793-1646
Jonathan.rose@vermont.gov

**JOSHUA L. KAUL**
Attorney General for the State of
Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson**
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 957-5218
gibsoncj@doj.state.wi.us

**PETER F. NERONHA**
Attorney General for the State of Rhode
Island

By: */s/ Kathryn T. Gradowski*
Kathryn T. Gradowski*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2810
kgradowski@riag.ri.gov

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s/ Spencer W. Coates*
Spencer W. Coates*
Assistant Attorney General
Cristina Sepe*
Deputy Solicitor General
Office of the Washington State Attorney
General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
spencer.coates@atg.wa.gov
cristina.sepe@atg.wa.gov

*Admitted *Pro Hac Vice*
** Motion for *Pro Hac Vice* pending or
forthcoming

6

*/s/ Rachel F. Homer*
Rachel F. Homer (MA State Bar No. 693642)
Kali Schellenberg* (MA State Bar No. 694875)
Will Bardwell* (DC Bar No. 90006120)
Elena Goldstein* (NY State Bar No. 4210456)
Victoria Nugent* (DC Bar No. 470800)
Adnan Perwez* (DC Bar No. 90027532)
Shiva Kooragayala** (Ill. Bar No. 6336195)
Paul R.Q. Wolfson** (DC Bar No. 414759)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: 833.391.4732
Facsimile: 202.796.4426
rhomer@democracyforward.org
kschellenberg@democracyforward.org
wbardwell@democracyforward.org
egoldstein@democracyforward.org
vnugent@democracyforward.org
aperwez@democracyforward.org
skooragayala@democracyforward.org
pwolfson@democracyforward.org

\* Admitted *pro hac vice*
\*\* *Pro hac vice* pending

*Counsel for Somerville Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ Nathaniel J. Hyman
Nathaniel J. Hyman

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I hereby certify that, pursuant to Local Rule 7.1, the Plaintiffs have conferred with the federal defendants regarding the Plaintiffs' requested relief in this motion. The parties were able to reach agreement regarding some aspects of the Plaintiffs' requested relief and were unable to reach agreement with regard to other aspects of the Plaintiffs' requested relief, as described above in the Plaintiffs' motion. The parties are continuing to engage in a meet and confer process regarding a proposed scheduling order for the Court and anticipate providing a joint proposal (or competing proposals, if the parties are unable to reach agreement) in the coming weeks.

/s/ Nathaniel J. Hyman
Nathaniel J. Hyman