UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

State of New York, et al.,
                Plaintiff

v.                                          Civil Action Number  1:25-cv-10601-MJJ

Linda McMahon, et al.
                Defendant

NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned counsel hereby withdraws as counsel for the State of New Jersey in this case.

Respectfully submitted,

/s/ *Andrew Simon*
Attorney Name
Andrew Simon (438202023)

Office of the New Jersey Attorney General 124 Halsey Street, 5th Floor Newark, NJ 07101

Andrew.simon@law.njoag.gov, (609) 696-5260

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Andrew Simon*