UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*;<br><br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>LINDA McMAHON, in her official capacity as Secretary of Education, *et al.*;<br><br>　　　Defendants. | C.A. No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*;<br><br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*;<br><br>　　　Defendants. | C.A. No. 1:25-cv-10677-MJJ |

## ASSENTED TO MOTION FOR A SCHEDULING ORDER

　　　The Plaintiffs in the above captioned cases hereby move for the entry of a scheduling order that will enable the efficient resolution of the claims in this case. The parties have conferred, and Defendants are in agreement with the proposed schedule, which is as follows:

1. Defendants' response to the complaint or any amended complaint is deferred until Defendants' affirmative motions.

2. Any motions for extra-record discovery and/or supplementation of record to be filed no later than September 12, 2025.

3. Responses to motions for discovery to be filed no later than October 3, 2025.

4. Amended complaints (if any) to be filed no later than October 15, 2025.

5. Discovery (if any) to close 90 days after discovery is ordered.

6. Plaintiffs' motions for summary judgment to be filed no later than 30 days after the close of discovery (or 30 days after Court ruling on discovery, whichever is later).

7. Defendants' oppositions to motions for summary judgment, together with affirmative motions, to be filed no later than 30 days after Plaintiffs' motions are filed.

8. Plaintiffs' reply briefs, together with any oppositions, to be filed no later than 21 days after Defendants' oppositions are filed.

9. Defendants' reply briefs to be filed no later than 14 days after Plaintiffs' replies are filed.

10. Oral argument on omnibus motions held at the Court's convenience.

Plaintiffs respectfully request that the Court enter the attached scheduling order.

Dated: August 21, 2025                                   Respectfully submitted,

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth of Massachusetts

By: */s/ Katherine Dirks*
Katherine Dirks (BBO No. 673674)
  Chief State Trial Counsel
Yael Shavit (BBO No. 695333)
  Chief, Consumer Protection Division
Elizabeth Carnes Flynn (BBO No. 687708)
Nathaniel Hyman (BBO No. 698506)
  Assistant Attorneys General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
yael.shavit@mass.gov
elizabeth.carnes-flynn@mass.gov
nathaniel.j.hyman@mass.gov

**LETITIA JAMES**
Attorney General for the State of New York

By: */s/ Molly Thomas-Jensen*
Rabia Muqaddam*
Special Counsel for Federal Initiatives
Molly Thomas-Jensen*
Special Counsel
Gina Bull*
Assistant Attorney General
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
molly.thomas-jensen@ag.ny.gov
gina.bull@ag.ny.gov

**ANNE E. LOPEZ**
Attorney General for the State of Hawai'i

**ROB BONTA**
Attorney General for the State of California

By: /s/ Kalikoʻonālani D. Fernandes
David D. Day*
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
Solicitor General
Ewan C. Rayner*
Caitlyn B. Carpenter**
Deputy Solicitors General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
ewan.rayner@hawaii.gov
caitlyn.b.carpenter@hawaii.gov

By: /s/ Lucia Choi
Lucia J. Choi*
Deputy Attorney General
Michael L. Newman**
Senior Assistant Attorney General
Srividya Panchalam*
James E. Stanley*
Supervising Deputy Attorneys General
Natasha A. Reyes*
Megan Rayburn**
Deputy Attorneys General
California Attorney General's Office
300 South Spring Street
Los Angeles, CA 90013
(213) 269-6364
Lucia.Choi@doj.ca.gov
Michael.Newman@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
James.Stanley@doj.ca.gov
Natasha.Reyes@doj.ca.gov
Megan.Rayburn@doj.ca.gov

**PHIL WEISER**
Attorney General for the State of Colorado

By: /s/ David Moskowitz
David Moskowitz*
Deputy Solicitor General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**KATHLEEN JENNINGS**
Attorney General for the State of Delaware

By: /s/ Ian R. Liston
Ian R. Liston**
Director of Impact Litigation
Vanessa L. Kassab**
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: /s/ Clinten N. Garrett
Clinten N. Garrett**
Senior Appellate Counsel
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
Clinten.Garrett@azag.gov

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: /s/ Patrick Ring
Patrick Ring*
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808 5020
Patrick.ring@ct.gov

(302) 683-8899
ian.liston@delaware.gov

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: /s/ *Andrew Mendrala*
Andrew Mendrala*
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.Mendrala@dc.gov

**AARON M. FREY**
Attorney General for the State of Maine

By: /s/ *Sean D. Magenis*
Sean D. Magenis*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
sean.d.magenis@maine.gov

**DANA NESSEL**
Attorney General for the People of Michigan

By: /s/ *Neil Giovanatti*
Neil Giovanatti*
Kathleen Halloran*
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
HalloranK1@michigan.gov

**KWAME RAOUL**
Attorney General for the State of Illinois

By: /s/ *Karyn L. Bass Ehler*
Karyn L. Bass Ehler*
Assistant Chief Deputy Attorney General
Katharine P. Roberts*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-4985
karyn.bassehler@ilag.gov
katharine.roberts@ilag.gov

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: /s/ *Keith M. Jamieson**
Keith M. Jamieson*
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6960
kjamieson@oag.state.md.us

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: /s/ *Liz Kramer*
Liz Kramer*
Solicitor General
445 Minnesota Street, Suite 1400
St. Paul, MN, 55101
(651) 757-1010
Liz.Kramer@ag.state.mn.us

| | |
|---|---|
| **AARON D. FORD**<br>Attorney General for the State of Nevada<br><br>By: /s/ *Heidi Parry Stern*<br>Heidi Parry Stern\*<br>Solicitor General<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>HStern@ag.nv.gov | **MATTHEW J. PLATKIN**<br>Attorney General for the State of New Jersey<br><br>By: /s/ *Jessica L. Palmer*<br>Jessica L. Palmer\*<br>Andrew Simon\*<br>*Deputy Attorney General*<br>25 Market Street<br>Trenton, NJ 08625-0093<br>(609) 696-4607<br>Jessica.Palmer@law.njoag.gov |
| **DAN RAYFIELD**<br>Attorney General for the State of Oregon<br><br>By: /s/ *Elleanor H. Chin*<br>Elleanor H. Chin\*<br>Senior Assistant Attorney General<br>100 SW Market Street<br>Portland, OR 97201<br>(971) 673-1880<br>elleanor.chin@doj.oregon.gov | **PETER F. NERONHA**<br>Attorney General for the State of Rhode Island<br><br>By: /s/ *Kathryn T. Gradowski*<br>Kathryn T. Gradowski\*<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2810<br>kgradowski@riag.ri.gov |
| **CHARITY R. CLARK**<br>Attorney General for the State of Vermont<br><br>By: /s/ *Jonathan T. Rose*<br>Jonathan T. Rose\*<br>Solicitor General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 793-1646<br>Jonathan.rose@vermont.gov | **NICHOLAS W. BROWN**<br>Attorney General for the State of Washington<br><br>By: /s/ *Spencer W. Coates*<br>Spencer W. Coates\*<br>Assistant Attorney General<br>Cristina Sepe\*<br>Deputy Solicitor General<br>Office of the Washington State Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 464-7744<br>spencer.coates@atg.wa.gov<br>cristina.sepe@atg.wa.gov |
| **JOSHUA L. KAUL**<br>Attorney General for the State of Wisconsin<br><br>By: /s/ *Charlotte Gibson* | \*Admitted *Pro Hac Vice*<br>\*\* Motion for *Pro Hac Vice* pending or forthcoming |

Charlotte Gibson**
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 957-5218
gibsoncj@doj.state.wi.us


*/s/ Rachel F. Homer*
Rachel F. Homer (MA State Bar No. 693642)
Kali Schellenberg* (MA State Bar No. 694875)
Will Bardwell* (DC Bar No. 90006120)
Elena Goldstein* (NY State Bar No. 4210456)
Victoria Nugent* (DC Bar No. 470800)
Adnan Perwez* (DC Bar No. 90027532)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: 202.448.9090
Facsimile: 202.796.4426

rhomer@democracyforward.org
kschellenberg@democracyforward.org
wbardwell@democracyforward.org
egoldstein@democracyforward.org
vnugent@democracyforward.org
aperwez@democracyforward.org
* admitted *pro hac vice*
*Counsel for Somerville Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ Molly Thomas-Jensen
Molly Thomas-Jensen

**Local Rule 7.1 Certification**

I hereby certify that I conferred with counsel for Defendants and that the parties were able to resolve the issues presented by this motion.

August 21, 2025
/s/ Molly Thomas-Jensen
Molly Thomas-Jensen
Special Counsel
Office of the New York State Attorney General