IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LINDA McMAHON, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-10677-MJJ |

**PLAINTIFFS' MOTION FOR DISCOVERY**

For the reasons stated in their Memorandum in Support of Plaintiffs' Motion for Discovery, the Plaintiff States and the Somerville Plaintiffs (together, the Plaintiffs) respectfully request that this Court order the U.S. Department of Education and Secretary Linda McMahon (together, the Agency Defendants) to complete and supplement the administrative record that the Agency Defendants produced on August 1, 2025. Following such production, the Court should allow extra record discovery regarding the March 11, 2025 reduction in force ("RIF") and reorganization at the U.S. Department of Education.

WHEREFORE, the Plaintiffs respectfully request that:

1

1. The Court order that the Agency Defendants complete and supplement the record by responding to the following enumerated Plaintiffs' proposed discovery requests:

| Category of Proposed Discovery | Proposed Requests Agency Defendants Must Respond to: |
|---|---|
| Plaintiffs' Proposed Requests for the Production of Documents | Nos. 1-20 |
| Plaintiffs' Proposed Interrogatories | Nos. 1-15 |
| Plaintiffs' Proposed Requests for Admissions | Nos. 1-8 |

2. Following completion of the record, the Court direct the parties to file a status report as to the status of productions and subsequently address the Plaintiffs' remaining extra-record discovery requests.

Dated: September 12, 2025

Respectfully submitted,

/s/ Rachel F. Homer
Rachel F. Homer (MA State Bar No. 693642)
Kali Schellenberg* (MA State Bar No. 694875)
Will Bardwell* (DC Bar No. 90006120)
Elena Goldstein* (NY State Bar No. 4210456)
Victoria Nugent* (DC Bar No. 470800)
Adnan Perwez* (DC Bar No. 90027532)
Shiva Kooragayala** (Ill. Bar No. 6336195)
Paul R.Q. Wolfson** (DC Bar No. 414759)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: 833.391.4732
Facsimile: 202.796.4426
rhomer@democracyforward.org
kschellenberg@democracyforward.org
wbardwell@democracyforward.org
egoldstein@democracyforward.org
vnugent@democracyforward.org
aperwez@democracyforward.org
skooragayala@democracyforward.org
pwolfson@democracyforward.org

\* Admitted *pro hac vice*
\*\* *Pro hac vice* pending

2

*Counsel for Somerville Plaintiffs*

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth of Massachusetts

By: */s/ Michelle Pascucci*
Katherine Dirks (BBO No. 673674)
Chief State Trial Counsel
Michelle Pascucci (BBO No. 690899)
State Trial Counsel
Yael Shavit (BBO No. 695333)
Chief, Consumer Protection Division
Anna Lumelsky (BBO No. 677708)
Deputy State Solicitor
Elizabeth Carnes Flynn (BBO No. 687708)
Nathaniel Hyman (BBO No. 698506)
Arjun Jaikumar (BBO No. 691311)
Assistant Attorneys General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
michelle.pascucci@mass.gov
yael.shavit@mass.gov
anna.lumelsky@mass.gov
elizabeth.carnes-flynn@mass.gov
nathaniel.j.hyman@mass.gov
arjun.k.jaikumar@mass.gov

**LETITIA JAMES**
Attorney General for the State of New York

By: */s/ Rabia Muqaddam*
Rabia Muqaddam*
Special Counsel for Federal Initiatives
Molly Thomas-Jensen*
Special Counsel
Gina Bull*
Assistant Attorney General
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
molly.thomas-jensen@ag.ny.gov
gina.bull@ag.ny.gov

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day*
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
Solicitor General
Ewan C. Rayner*
Caitlyn B. Carpenter*
Deputy Solicitors General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360

**ROB BONTA**
Attorney General for the State of California

By: */s/ Lucia Choi*
Lucia J. Choi*
Deputy Attorney General
Michael L. Newman**
Senior Assistant Attorney General
Srividya Panchalam*
James E. Stanley*
Supervising Deputy Attorneys General
Natasha A. Reyes*
Deputy Attorneys General
California Attorney General's Office

3

david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
ewan.rayner@hawaii.gov
caitlyn.b.carpenter@hawaii.gov

300 South Spring Street
Los Angeles, CA 90013
(213) 269-6364
Lucia.Choi@doj.ca.gov
Michael.Newman@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
James.Stanley@doj.ca.gov
Natasha.Reyes@doj.ca.gov
Megan.Rayburn@doj.ca.gov

**PHIL WEISER**
Attorney General for the State of Colorado

By: */s/ David Moskowitz*
David Moskowitz*
Deputy Solicitor General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: */s/ Clinten N. Garrett*
Clinten N. Garrett**
Senior Appellate Counsel
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
Clinten.Garrett@azag.gov

**KATHLEEN JENNINGS**
Attorney General for the State of Delaware

By: */s/ Ian R. Liston*
Ian R. Liston**
Director of Impact Litigation
Vanessa L. Kassab**
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: */s/ Patrick Ring*
Patrick Ring*
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808 5020
Patrick.ring@ct.gov

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Andrew Mendrala*
Andrew Mendrala*
Assistant Attorney General

**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Karyn L. Bass Ehler*
Karyn L. Bass Ehler*
Assistant Chief Deputy Attorney General
Katharine P. Roberts*

4

| | |
|---|---|
| Public Advocacy Division<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, NW<br>Washington, D.C. 20001<br>(202) 724-9726<br>Andrew.Mendrala@dc.gov | Assistant Attorney General<br>Office of the Illinois Attorney General<br>115 S. LaSalle St.<br>Chicago, IL 60603<br>(312) 814-4985<br>karyn.bassehler@ilag.gov<br>katharine.roberts@ilag.gov |
| **AARON M. FREY**<br>Attorney General for the State of Maine<br><br>By: */s/ Sean D. Magenis*<br>Sean D. Magenis*<br>Assistant Attorney General<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME  04333-0006<br>(207) 626-8800<br>sean.d.magenis@maine.gov | **ANTHONY G. BROWN**<br>Attorney General for the State of Maryland<br><br>By: */s/ Keith M. Jamieson*\*<br>Keith M. Jamieson*<br>Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, MD 21202<br>(410) 576-6960<br>kjamieson@oag.state.md.us |
| **DANA NESSEL**<br>Attorney General for the People of Michigan<br><br>By: */s/ Neil Giovanatti*<br>Neil Giovanatti*<br>Kathleen Halloran*<br>*Assistant Attorneys General*<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>(517) 335-7603<br>GiovanattiN@michigan.gov<br>HalloranK1@michigan.gov | **KEITH ELLISON**<br>Attorney General for the State of Minnesota<br><br>By: */s/ Liz Kramer*<br>Liz Kramer*<br>Solicitor General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN, 55101<br>(651) 757-1010<br>Liz.Kramer@ag.state.mn.us |
| **AARON D. FORD**<br>Attorney General for the State of Nevada<br><br>By: */s/ Heidi Parry Stern*<br>Heidi Parry Stern*<br>Solicitor General<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100 | **MATTHEW J. PLATKIN**<br>Attorney General for the State of New Jersey<br><br>By: */s/ Jessica L. Palmer*<br>Jessica L. Palmer*<br>Amanda Morejon<br>*Deputy Attorney General*<br>25 Market Street<br>Trenton, NJ 08625-0093 |

Las Vegas, NV 89119
HStern@ag.nv.gov

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: /s/ Elleanor H. Chin
Elleanor H. Chin*
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
elleanor.chin@doj.oregon.gov

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: /s/ Jonathan T. Rose
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 793-1646
Jonathan.rose@vermont.gov

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: /s/ Charlotte Gibson
Charlotte Gibson**
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 957-5218
gibsoncj@doj.state.wi.us

(609) 696-4607
Jessica.Palmer@law.njoag.gov

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: /s/ Kathryn T. Gradowski
Kathryn T. Gradowski*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2810
kgradowski@riag.ri.gov

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: /s/ Spencer W. Coates
Spencer W. Coates*
Assistant Attorney General
Cristina Sepe*
Deputy Solicitor General
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
spencer.coates@atg.wa.gov
cristina.sepe@atg.wa.gov

*Admitted *Pro Hac Vice*
** Motion for *Pro Hac Vice* pending or forthcoming

6

## CERTIFICATE OF SERVICE

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

                                        */s/ Rachel F. Homer*
                                        Rachel Homer

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I hereby certify that, pursuant to Local Rule 7.1, the Plaintiffs have conferred with the counsel for the Agency Defendants regarding the Plaintiffs' requested relief in this motion. Despite their conference, the parties were unable to narrow the scope of their dispute as of the date of this filing.

                                        */s/ Rachel F. Homer*
                                        Rachel F. Homer

## REQUEST FOR HEARING PURSUANT TO L.R. 7.1(d)

The Plaintiffs request a hearing to the extent the Court would find it helpful to resolving the issues raised herein.

                                        */s/ Rachel F. Homer*
                                        Rachel F. Homer