**INDEX OF EXHIBITS IN MEMORANDUM OF LAW
IN SUPPORT OF PLAINTIFFS' MOTION FOR DISCOVERY**

| Exhibit Number | Description |
|---|---|
| 1 | Plaintiffs' Proposed Requests for the Production of Documents |
| 2 | Plaintiffs' Proposed Interrogatories |
| 3 | Plaintiffs' Proposed Requests for Admissions |
| 4 | Plaintiffs' Proposed Notice of 30(b)(6) Deposition Topics |
| 5 | U.S. Department of Education Organizational Charts 2.24.2025 - EDNY_00001 |
| 6 | U.S. Department of Education Organizational Chart 03.06.2025 – EDNY_00025 |
| 7 | Office of Postsecondary Education (OPE) Impacted Positions - EDNY_00152 |
| 8 | Waiver of 90-day Competitive Area Requirement for Reduction in Force (RIF) - EDNY_00058 |
| 9 | Institute of Education Services (IES) Impacted Positions - EDNY_00145 |