# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, | |
| Plaintiffs, | Case No. 1:25-cv-10601-MJJ |
| v. | |
| LINDA McMAHON, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| SOMERVILLE PUBLIC SCHOOLS, *et al.*, | |
| Plaintiffs, | Case No. 1:25-cv-10677-MJJ |
| v. | |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF RULE 30(b)(6) DEPOSITION**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the State Plaintiffs and Somerville Plaintiffs (together, the Plaintiffs) shall take the deposition upon oral examination of the United States Department of Education (the Department) through one or more officers, directors, agents or other representatives who shall be designated to testify on the Department's behalf regarding all information known or reasonably available to the Department with respect to the subject matter identified in **Exhibit A**. Plaintiffs request that the Department provide written notice at least 14 business days before the deposition of the name(s) and employment position(s) of the individual(s) designated to testify on the Department's behalf.

1

The deposition shall commence at such time and location as agreed upon by the parties and shall be taken before a duly certified court reporter and notary public or other person authorized by law to administer oaths. The deposition will be recorded by stenographic means and by videotape.

Dated: September 12, 2025                    Respectfully submitted,

/s/ *Kali Schellenberg*
Rachel F. Homer (MA State Bar No. 693642)
Kali Schellenberg* (MA State Bar No. 694875)
Will Bardwell* (DC Bar No. 90006120)
Elena Goldstein* (NY State Bar No. 4210456)
Victoria Nugent* (DC Bar No. 470800)
Adnan Perwez* (DC Bar No. 90027532)
Shiva Kooragayala** (Ill. Bar No. 6336195)
Paul R.Q. Wolfson** (DC Bar No. 414759)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: 833.391.4732
Facsimile: 202.796.4426
rhomer@democracyforward.org
kschellenberg@democracyforward.org
wbardwell@democracyforward.org
egoldstein@democracyforward.org
vnugent@democracyforward.org
aperwez@democracyforward.org
skooragayala@democracyforward.org
pwolfson@democracyforward.org

* Admitted *pro hac vice*
** *Pro hac vice* pending

*Counsel for Somerville Plaintiffs*

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth
of Massachusetts

By: /s/ *Michelle Pascucci*
Katherine Dirks (BBO No. 673674)
Chief State Trial Counsel

**LETITIA JAMES**
Attorney General for the State of New York

By: /s/ *Rabia Muqaddam*
Rabia Muqaddam*
Special Counsel for Federal Initiatives
Molly Thomas-Jensen*

2

Michelle Pascucci (BBO No. 690899)
State Trial Counsel
Yael Shavit (BBO No. 695333)
Chief, Consumer Protection Division
Anna Lumelsky (BBO No. 677708)
  Deputy State Solicitor
Elizabeth Carnes Flynn (BBO No. 687708)
Nathaniel Hyman (BBO No. 698506)
Arjun Jaikumar (BBO No. 691311)
Assistant Attorneys General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
yael.shavit@mass.gov
anna.lumelsky@mass.gov
elizabeth.carnes-flynn@mass.gov
nathaniel.j.hyman@mass.gov
arjun.k.jaikumar@mass.gov

Special Counsel
Gina Bull*
Assistant Attorney General
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
molly.thomas-jensen@ag.ny.gov
gina.bull@ag.ny.gov

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day*
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
Solicitor General
Ewan C. Rayner*
Caitlyn B. Carpenter*
Deputy Solicitors General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
ewan.rayner@hawaii.gov
caitlyn.b.carpenter@hawaii.gov

**ROB BONTA**
Attorney General for the State of California

By: */s/ Lucia Choi*
Lucia J. Choi*
Deputy Attorney General
Michael L. Newman**
Senior Assistant Attorney General
Srividya Panchalam*
James E. Stanley*
Supervising Deputy Attorneys General
Natasha A. Reyes*

Deputy Attorneys General
California Attorney General's Office
300 South Spring Street
Los Angeles, CA 90013
(213) 269-6364
Lucia.Choi@doj.ca.gov
Michael.Newman@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
James.Stanley@doj.ca.gov
Natasha.Reyes@doj.ca.gov
Megan.Rayburn@doj.ca.gov

**PHIL WEISER**
Attorney General for the State of Colorado

By: */s/ David Moskowitz*
David Moskowitz*
Deputy Solicitor General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**KATHLEEN JENNINGS**
Attorney General for the State of Delaware

By: /s/ *Ian R. Liston*
Ian R. Liston**
Director of Impact Litigation
Vanessa L. Kassab**
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

**BRIAN L. SCHWALB**
Attorney General for the District of
Columbia

By: */s/ Andrew Mendrala*
Andrew Mendrala*
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the
District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.Mendrala@dc.gov

**AARON M. FREY**

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: */s/ Clinten N. Garrett*
Clinten N. Garrett**
Senior Appellate Counsel
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
Clinten.Garrett@azag.gov

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: */s/ Patrick Ring*
Patrick Ring*
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808 5020
Patrick.ring@ct.gov

**KWAME RAOUL**
Attorney General for the State of Illinois

By: /s/ *Karyn L. Bass Ehler*
Karyn L. Bass Ehler*
Assistant Chief Deputy Attorney General
Katharine P. Roberts*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-4985
karyn.bassehler@ilag.gov
katharine.roberts@ilag.gov

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

Attorney General for the State of
Maine

By: */s/ Sean D. Magenis*
Sean D. Magenis*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
sean.d.magenis@maine.gov

**DANA NESSEL**
Attorney General for the People of
Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Kathleen Halloran*
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
HalloranK1@michigan.gov

**AARON D. FORD**
Attorney General for the State of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
Solicitor General
Office of the Nevada Attorney
General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

By: */s/ Keith M. Jamieson*
Keith M. Jamieson*
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6960
kjamieson@oag.state.md.us

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Liz Kramer*
Liz Kramer*
Solicitor General
445 Minnesota Street, Suite 1400
St. Paul, MN, 55101
(651) 757-1010
Liz.Kramer@ag.state.mn.us

**MATTHEW J. PLATKIN**
Attorney General for the State of New Jersey

By: */s/ Jessica L. Palmer*
Jessica L. Palmer*
Amanda Morejon
*Deputy Attorney General*
25 Market Street
Trenton, NJ 08625-0093
(609) 696-4607
Jessica.Palmer@law.njoag.gov

5

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Elleanor H. Chin*
Elleanor H. Chin*
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
elleanor.chin@doj.oregon.gov


**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jonathan T. Rose*
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 793-1646
Jonathan.rose@vermont.gov


**JOSHUA L. KAUL**
Attorney General for the State of
Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson**
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 957-5218
gibsoncj@doj.state.wi.us


**PETER F. NERONHA**
Attorney General for the State of Rhode
Island

By: */s/ Kathryn T. Gradowski*
Kathryn T. Gradowski*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2810
kgradowski@riag.ri.gov


**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s/ Spencer W. Coates*
Spencer W. Coates*
Assistant Attorney General
Cristina Sepe*
Deputy Solicitor General
Office of the Washington State Attorney
General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
spencer.coates@atg.wa.gov
cristina.sepe@atg.wa.gov


*Admitted *Pro Hac Vice*
** Motion for *Pro Hac Vice* pending or
forthcoming

6

## EXHIBIT A

In accordance with Fed. R. Civ. P. 30(b)(6), Plaintiffs designate the matters identified below for examination. The deponent(s) should have knowledge about the following information:

1.      The factors that the Department considered when determining whether to execute a Reduction in Force ("RIF") and reorganization including, but not limited to, the following factors, to the extent those factors were considered:

(a)      The impact of a RIF and reorganization on students, schools, parents, teachers and other school professionals, unions, States, local education agencies, and other individuals or organizations that rely on the Department's services and ability to perform statutorily mandated and authorized work;

(b)      Whether the Department could meet its statutory obligations following a RIF and reorganization;

(c)      Whether the Department would be able to expend all appropriated funds; and

(d)      Whether the RIF and reorganization would result in the closure of Department offices or the transfer or reorganization of Department offices or functions.

2.      Any analysis done to determine which positions to include in the RIF and which employees to retain, including, but not limited to:

(a)  Any criteria used to select employees and positions to be included in the RIF;

(b) Any analysis done to determine whether the Department could meet its statutory obligations and expend appropriated funds, including, but not

7

limited to, any evaluation of the statutory tasks of employees and positions included in the RIF;

(c) Any positions within the Department that were identified as duplicative or unnecessary and how those determinations were made; and

(d) Any analysis of agency efficiency.

3.    Any changes to the RIF after the creation of EDNY_00145 – EDNY_00155, including any changes to the list of positions and employees impacted by the RIF, and the reasons for those changes.

4.    The contents of any briefing(s) provided to Secretary Linda McMahon, Acting Secretary Denise Carter, or leadership within the Department related to the RIF and reorganization.

5.    Any communications between the Department and the U.S. Office of Personnel Management ("OPM") concerning the RIF, including, but not limited to:

(a) Any Agency RIF and Restructuring Plans ("ARRPs") the Department submitted to OPM;

(b) Any ARRPs the Department drafted or discussed even if they were not submitted to OPM;

(c) The contents of any such ARRPs, whether submitted, drafted, or only discussed; and

(d) Any and all reasoning behind submitting or not submitting any ARRPs to OPM.

6.  The contents of the Administrative Record.

7.  Any alternatives to the RIF and reorganization the Department considered.

8

8.    Any agreements between the Department and any other agency or body that would result in an entity other than the Department performing tasks or functions historically conducted by the Department, including but not limited to:

> (a) Plans to transfer work performed by the Office of Federal Student Aid to the Small Business Administration or the U.S. Treasury Department;
>
> (b) Plans to transfer work performed by the Office of Career, Technical, and Adult Education to the Department of Labor; and
>
> (c) Any other such plans.

9.    Any plans for future agreements between the Department and any other agency or body that would result in an entity other than the Department performing tasks or functions historically conducted by the Department.

10.    Any analysis done to determine whether to form such agreements between the Department and any other agency or body that would result in an entity other than the Department performing tasks or functions historically conducted by the Department.

11.    The U.S. Department of Government Efficiency and the U.S. DOGE Services' role in designing and executing the RIF.

12.    Any communications with either house of the U.S. Congress (or any member thereof or the U.S. Government Accountability Office) regarding (i) the RIF, (ii) any Executive Order pertaining to the Department, and/or (iii) plans for a RIF.