UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA McMAHON, in her official capacity as Secretary of Education, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10677-MJJ |

**ASSENTED-TO MOTION TO VACATE THE PRELIMINARY INJUNCTIONS**

Defendants hereby move, pursuant to Rules 54 and 60 of the Federal Rules of Civil Procedure, to vacate the May 22, 2025 preliminary injunctions entered by this Court in both of the above-captioned cases. *See* Mem. and Order on Consolidated Pls.' Mots. for Prelim. Inj., ECF No. 128; Mem. and Order on Consolidated Pls.' Mots. For Prelim. Inj., *Somerville Public Schools v. Trump*, No. 25-cv-10677-MJJ, ECF No. 45. As relevant to this motion, Defendants state:

1. On May 22, 2025, this Court entered preliminary injunctions in these consolidated cases. ECF No. 128 (*State of New York*); ECF No. 45 (*Somerville Public Schools*).

2. Defendants appealed to the First Circuit and requested a stay of the preliminary injunctions. *New York v. McMahon*, Nos. 25-1495, 25-1500 (1st Cir.). The First Circuit denied a stay. On July 14, 2025, however, the Supreme Court entered a stay pending appeal.

3. With Defendants' assent, Plaintiffs requested an indicative ruling from this Court providing that "[t]he Court would grant the Consolidated Plaintiffs' motion to vacate the preliminary injunction if the United States Court of Appeals for the First Circuit were to remand the case for this purpose." ECF No. 163-1. The Court issued the proposed indicative ruling on August 11, 2025, confirming that it would vacate the preliminary injunctions if given jurisdiction to do so. ECF No. 165.

4. On August 11, 2025, Plaintiffs/Appellees filed a letter with the First Circuit "to request that the [First Circuit] remand [the appellate] case so that the district court may vacate the preliminary injunction." *New York v. McMahon*, Nos. 25-1495, 25-1500 (1st Cir.), ECF No. 108327535. The First Circuit then dismissed the appeal and issued its mandate, such that this Court now has jurisdiction to vacate the preliminary injunction in accordance with its indicative ruling.

5. With Plaintiffs' assent, Defendants therefore respectfully request that the Court vacate the preliminary injunctions in accordance with its indicative ruling.


Dated: September 25, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel

*/s/ Michael Bruns*
MICHAEL BRUNS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-514-4011
Email: michael.bruns@usdoj.gov

*Attorneys for Defendants*

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for the Plaintiffs and that the parties were able to resolve the issues presented by this motion.

Dated: September 25, 2025

>   */s/ Michael Bruns*
>   MICHAEL BRUNS
>   Trial Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: September 25, 2025

                                             */s/ Michael Bruns*
                                             Michael Bruns
                                             Trial Attorney