UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LINDA McMAHON, in her official capacity as Secretary of Education, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-10677-MJJ |

**UNOPPOSED MOTION FOR A STAY OF PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants hereby move for a stay of the scheduled discovery briefing in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed.

The same is true for the majority of other Executive agencies, including the federal Defendants. The Department does not know when such funding will be restored by Congress.

2.	Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.	Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings in this case, including, in particular, Defendants' October 3, 2025 deadline to respond to Plaintiffs Motion for Discovery, set by Court order at ECF 170, until Congress has restored appropriations to the Department.

4.	If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations – plus five additional days to allow for the orderly resumption of litigation.

5.	Plaintiffs do not oppose this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of briefing in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

|  |  |
|---|---|
| Dated: October 1, 2025 | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br>Civil Division<br><br>BRAD P. ROSENBERG<br>Special Counsel<br><br>*/s/ Michael Bruns*<br>MICHAEL BRUNS<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Phone:  202-514-4011<br>Email: michael.bruns@usdoj.gov<br><br>*Attorneys for Defendants* |

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for Plaintiffs and that the parties were able to resolve the issues presented by this motion.

Dated: October 1, 2025

                                        */s/ Michael Bruns*
                                        MICHAEL BRUNS
                                        Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: October 1, 2025

                                                  */s/ Michael Bruns*
                                                  Michael Bruns
                                                  Trial Attorney