UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>LINDA McMAHON, in her official capacity as Secretary of Education, *et al.*,<br><br>        *Defendants*. | Case No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        *Defendants*. | Case No. 1:25-cv-10677-MJJ |

**Government's Notice of a Resumption of Appropriations and Assented to Scheduling Motion**

On November 12, 2025, the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026 was signed by the President. That law restored appropriations to *inter alia* the Department of Justice, effective November 13, 2025. In light of that development, Defendants understand that the deadline for the Government's Opposition to Plaintiffs' Motion for Discovery (ECF

172) is set for November 20, 2025 and Plaintiffs deadline to amend its Complaint is set for December 2, 2025. Defendants conferred with Plaintiffs, and Plaintiffs agree.

Accordingly, with Plaintiffs' assent, Defendants move to set the deadline for its Opposition to Plaintiffs Motion for Discovery to November 20, 2025, and Plaintiffs' deadline to amend its Complaint to December 2, 2025.

Dated: November 14, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel

*/s/ Michael Bruns*
MICHAEL BRUNS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-4011
Email: michael.bruns@usdoj.gov

*Attorneys for Defendants*

## **LOCAL RULE 7.1 CERTIFICATION**

      I hereby certify that I conferred with counsel for Plaintiffs and that the parties were able to resolve the issues presented by this motion.

Dated: November 14, 2025

                                                      */s/ Michael Bruns*
                                                    MICHAEL BRUNS
                                                    Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: November 14, 2025

/s/ Michael Bruns
Michael Bruns
Trial Attorney