IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LINDA McMAHON, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-10677-MJJ |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF**

Pursuant to Local Rule 7.1(b)(3), Plaintiff States and the Somerville Plaintiffs (together, "Plaintiffs") respectfully seek leave to file a reply brief in support of their pending motion for discovery. Defendants U.S. Department of Education, President Donald J. Trump, and Secretary Linda McMahon do not oppose this request.

On September 12, 2025, Plaintiffs filed a motion for discovery. (Doc. No. 172; Doc. No. 173). Specifically, Plaintiffs seek an order (1) directing Defendants to complete and supplement the administrative record that the Defendants produced on August 1, 2025; and following such production, (2) permitting extra-record discovery related to the same. On October 1, 2025, following a lapse in federal appropriations for the Department of Justice and most federal agencies,

1

(Doc. No. 178), the Court stayed all proceedings in this case, (Doc. No. 179). Appropriations resumed on November 13, 2025, (Doc. No. 184), so the Court lifted the stay. (Doc. No. 185). On November 20, 2025, Defendants filed a response in opposition to Plaintiffs' motion. (Doc. No. 186).

Plaintiffs seek leave to file a reply brief, not to exceed 10 pages, to respond to the key arguments and cases cited in Defendants' opposition brief. Full briefing would better assist the Court in resolving the motion for discovery, especially given that more than two months have passed since Plaintiffs filed their motion, due to the delay caused by the government shutdown. Plaintiffs propose that their reply brief be due on or before December 5, 2025—that is, fifteen days after submission of Defendants' response in opposition.

THEREFORE, Plaintiffs respectfully request that the Court grant leave to file a reply brief in support of their pending motion for discovery.

Dated: November 25, 2025                              Respectfully submitted,

                                             By: */s/* Rachel F. Homer

                                             Rachel F. Homer (MA State Bar No. 693642)
                                             Kali Schellenberg* (MA State Bar No. 694875)
                                             Will Bardwell* (DC Bar No. 90006120)
                                             Elena Goldstein* (NY State Bar No. 4210456)
                                             Victoria Nugent* (DC Bar No. 470800)
                                             Adnan Perwez* (DC Bar No. 90027532)
                                             Shiva Kooragayala* (Ill. Bar No. 6336195)
                                             Paul R.Q. Wolfson* (DC Bar No. 414759)
                                             Democracy Forward Foundation
                                             P.O. Box 34553
                                             Washington, D.C. 20043
                                             Telephone: 833.391.4732
                                             Facsimile: 202.796.4426
                                             rhomer@democracyforward.org
                                             kschellenberg@democracyforward.org
                                             wbardwell@democracyforward.org
                                             egoldstein@democracyforward.org

vnugent@democracyforward.org
aperwez@democracyforward.org
skooragayala@democracyforward.org
pwolfson@democracyforward.org

\* admitted *pro hac vice*

*Counsel for Somerville Plaintiffs*

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth of Massachusetts

By: */s/ Michelle Pascucci*
Katherine Dirks (BBO No. 673674)
Chief State Trial Counsel
Michelle Pascucci (BBO No. 690899)
State Trial Counsel
Yael Shavit (BBO No. 695333)
Chief, Consumer Protection Division
Anna Lumelsky (BBO No. 677708)
  Deputy State Solicitor
Elizabeth Carnes Flynn (BBO No. 687708)
Nathaniel Hyman (BBO No. 698506)
Arjun Jaikumar (BBO No. 691311)
Assistant Attorneys General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
yael.shavit@mass.gov
anna.lumelsky@mass.gov
elizabeth.carnes-flynn@mass.gov
nathaniel.j.hyman@mass.gov
arjun.k.jaikumar@mass.gov

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day\*
Special Assistant to the Attorney General

**LETITIA JAMES**
Attorney General for the State of New York

By: */s/ Rabia Muqaddam*
Rabia Muqaddam\*
Special Counsel for Federal Initiatives
Molly Thomas-Jensen\*
Special Counsel
Gina Bull\*
Assistant Attorney General
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
molly.thomas-jensen@ag.ny.gov
gina.bull@ag.ny.gov

**ROB BONTA**
Attorney General for the State of California

By: */s/ Lucia Choi*
Lucia J. Choi\*
Deputy Attorney General
Michael L. Newman\*\*
Senior Assistant Attorney General
Srividya Panchalam\*

3

Kaliko'onālani D. Fernandes*
Solicitor General
Ewan C. Rayner*
Caitlyn B. Carpenter*
Deputy Solicitors General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
ewan.rayner@hawaii.gov
caitlyn.b.carpenter@hawaii.gov

James E. Stanley*
Supervising Deputy Attorneys General
Natasha A. Reyes*
Deputy Attorneys General
California Attorney General's Office
300 South Spring Street
Los Angeles, CA 90013
(213) 269-6364
Lucia.Choi@doj.ca.gov
Michael.Newman@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
James.Stanley@doj.ca.gov
Natasha.Reyes@doj.ca.gov

**PHIL WEISER**
Attorney General for the State of Colorado

By: /s/ *David Moskowitz*
David Moskowitz*
Deputy Solicitor General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: /s/ *Clinten N. Garrett*
Clinten N. Garrett**
Senior Appellate Counsel
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
Clinten.Garrett@azag.gov

**KATHLEEN JENNINGS**
Attorney General for the State of Delaware

By: /s/ *Ian R. Liston*
Ian R. Liston**
Director of Impact Litigation
Vanessa L. Kassab**
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: /s/ *Patrick Ring*
Patrick Ring*
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808 5020
Patrick.ring@ct.gov

**BRIAN L. SCHWALB**

**KWAME RAOUL**

<div style="columns:2">

Attorney General for the District of Columbia

By: */s/ Andrew Mendrala*
Andrew Mendrala*
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.Mendrala@dc.gov

Attorney General for the State of Illinois

By: */s/ Karyn L. Bass Ehler*
Karyn L. Bass Ehler*
Assistant Chief Deputy Attorney General
Katharine P. Roberts*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-4985
karyn.bassehler@ilag.gov
katharine.roberts@ilag.gov

</div>

## CERTIFICATE OF SERVICE

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

By: */s/ Rachel F. Homer*
Rachel F. Homer

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I hereby certify that, pursuant to Local Rule 7.1, the Plaintiffs have conferred with the counsel for Defendants regarding the Plaintiffs' requested relief in this motion. Defendants do not oppose this motion.

By: */s/ Rachel F. Homer*
Rachel F. Homer