UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*;<br><br>     Plaintiffs,<br><br>     v.<br><br>LINDA McMAHON, in her official capacity as Secretary of Education, *et al.*;<br><br>     Defendants. | C.A. No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>   Defendants. | C.A. No. 1:25-cv-10677-MJJ |

**PLAINTIFF STATES' MOTION TO EXTEND
DEADLINE TO AMEND COMPLAINT**

The Plaintiff States in the above-captioned case hereby move, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Local Rule 7.1, and this Court's November 17, 2025 scheduling order (Doc. No. 185) for an extension of their December 2, 2025 deadline to file their amended complaint. Plaintiffs respectfully request that the amended complaint be due on or before **January 9, 2026**. Good cause exists for the Plaintiff States' requested five-and-a-half week extension. As of the time of filing, Defendants have not indicated whether they oppose this motion, despite the parties' good faith efforts to confer regarding their request.

The Plaintiff States filed their complaint on March 13, 2025. (Doc. No. 1). On August 21, 2025, the Court entered a scheduling order requiring any amended complaints be filed no later

1

than October 15, 2025. (Doc. No. 170). On October 1, 2025, following a lapse in federal appropriations for the Department of Justice and most federal agencies, (Doc. No. 178), the Court stayed all proceedings in this case. (Doc. No. 179). Appropriations resumed on November 13, 2025, (Doc. No. 184), so the Court lifted the stay. (Doc. No. 185). With the stay lifted, the deadline for plaintiffs to file an amended complaint is December 2, 2025. (Doc. Nos. 178, 185).

Additional facts have come to light since appropriations have resumed. In particular, on November 18, 2025, the Department announced six new agency agreements with Departments of Labor, Interior, Health and Human Services, and State.[1] This Court has previously allowed amendment of a pleading for good cause when new evidence emerged. *See Gouin v. Nolan Assocs., LLC*, 325 F.R.D. 521, 523 (D. Mass. 2017), *quoting Penobscot Nation v. Mills,* No. 12-cv-254, 2014 WL 442429, at *3 (D. Me. Feb. 4, 2014) (allowing for amendment of answer and affirmative defenses for good cause shown and noting that "[the] request to amend does not reflect delay, rather it reflects the developing factual record related to this litigation.") A short extension of the deadline for Plaintiff States to file an amended complaint—to January 9, 2026—would provide more time to review these new facts to assess whether an Amended Complaint from the Plaintiff States addressing these issues is warranted.

THEREFORE, Plaintiff States respectfully request that the Court grant an extension of the deadline for the filing of Plaintiff States' Amended Complaint to **January 9, 2026**.

---

[1] U.S. Department of Education, *U.S. Department of Education Announces Six New Agency Partnerships to Break Up Federal Bureaucracy* (Nov. 18, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-announces-six-new-agency-partnerships-break-federal-bureaucracy

Dated: December 2, 2025                                      Respectfully submitted,

| | |
|---|---|
| **ANDREA JOY CAMPBELL**<br>Attorney General for the Commonwealth of Massachusetts<br><br>By: */s/ Nathaniel J. Hyman*<br>Katherine Dirks (BBO No. 673674)<br>Chief State Trial Counsel<br>Michelle Pascucci (BBO No. 690899)<br>State Trial Counsel<br>Yael Shavit (BBO No. 695333)<br>Chief, Consumer Protection Division<br>Anna Lumelsky (BBO No. 677708)<br>  Deputy State Solicitor<br>Elizabeth Carnes Flynn (BBO No. 687708)<br>Nathaniel Hyman (BBO No. 698506)<br>Arjun Jaikumar (BBO No. 691311)<br>Assistant Attorneys General<br>1 Ashburton Pl.<br>Boston, MA 02108<br>(617) 963-2277<br>katherine.dirks@mass.gov<br>michelle.pascucci@mass.gov<br>yael.shavit@mass.gov<br>anna.lumelsky@mass.gov<br>elizabeth.carnes-flynn@mass.gov<br>nathaniel.j.hyman@mass.gov<br>arjun.k.jaikumar@mass.gov | **LETITIA JAMES**<br>Attorney General for the State of New York<br><br>By: */s/ Molly Thomas-Jensen*<br>Rabia Muqaddam*<br>Special Counsel for Federal Initiatives<br>Molly Thomas-Jensen*<br>Special Counsel<br>Gina Bull*<br>Assistant Attorney General<br>28 Liberty St.<br>New York, NY 10005<br>(929) 638-0447<br>rabia.muqaddam@ag.ny.gov<br>molly.thomas-jensen@ag.ny.gov<br>gina.bull@ag.ny.gov |
| **ANNE E. LOPEZ**<br>Attorney General for the State of Hawaiʻi<br><br>By: */s/ Kalikoʻonālani D. Fernandes*<br>David D. Day*<br>Special Assistant to the Attorney General<br>Kalikoʻonālani D. Fernandes*<br>Solicitor General<br>Ewan C. Rayner*<br>Caitlyn B. Carpenter*<br>Deputy Solicitors General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360 | **ROB BONTA**<br>Attorney General for the State of California<br><br>By: */s/ Lucia Choi*<br>Lucia J. Choi*<br>Deputy Attorney General<br>Michael L. Newman**<br>Senior Assistant Attorney General<br>Srividya Panchalam*<br>James E. Stanley*<br>Supervising Deputy Attorneys General<br>Natasha A. Reyes*<br>Deputy Attorneys General<br>California Attorney General's Office |

3

<div style="columns:2">

david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
ewan.rayner@hawaii.gov
caitlyn.b.carpenter@hawaii.gov

300 South Spring Street
Los Angeles, CA 90013
(213) 269-6364
Lucia.Choi@doj.ca.gov
Michael.Newman@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
James.Stanley@doj.ca.gov
Natasha.Reyes@doj.ca.gov

**PHIL WEISER**
Attorney General for the State of Colorado

By: */s/ David Moskowitz*
David Moskowitz*
Deputy Solicitor General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: */s/ Clinten N. Garrett*
Clinten N. Garrett**
Senior Appellate Counsel
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
Clinten.Garrett@azag.gov

**KATHLEEN JENNINGS**
Attorney General for the State of Delaware

By: */s/ Ian R. Liston*
Ian R. Liston**
Director of Impact Litigation
Vanessa L. Kassab**
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: */s/ Patrick Ring*
Patrick Ring*
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808 5020
Patrick.ring@ct.gov

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Andrew Mendrala*
Andrew Mendrala*
Assistant Attorney General
Public Advocacy Division

**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Karyn L. Bass Ehler*
Karyn L. Bass Ehler*
Assistant Chief Deputy Attorney General
Katharine P. Roberts*
Assistant Attorney General

</div>

| | |
|---|---|
| Office of the Attorney General for the District of Columbia<br>400 Sixth Street, NW<br>Washington, D.C. 20001<br>(202) 724-9726<br>Andrew.Mendrala@dc.gov | Office of the Illinois Attorney General<br>115 S. LaSalle St.<br>Chicago, IL 60603<br>(312) 814-4985<br>karyn.bassehler@ilag.gov<br>katharine.roberts@ilag.gov |
| **AARON M. FREY**<br>Attorney General for the State of Maine<br><br>By: /s/ Paul Suitter<br>Assistant Attorney General<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>(207) 450-0374<br>paul.suitter@maine.gov | **ANTHONY G. BROWN**<br>Attorney General for the State of Maryland<br><br>By: /s/ Keith M. Jamieson*<br>Keith M. Jamieson*<br>Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, MD 21202<br>(410) 576-6960<br>kjamieson@oag.state.md.us |
| **DANA NESSEL**<br>Attorney General for the People of Michigan<br><br>By: /s/ Neil Giovanatti<br>Neil Giovanatti*<br>Kathleen Halloran*<br>*Assistant Attorneys General*<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>(517) 335-7603<br>GiovanattiN@michigan.gov<br>HalloranK1@michigan.gov | **KEITH ELLISON**<br>Attorney General for the State of Minnesota<br><br>By: /s/ Liz Kramer<br>Liz Kramer*<br>Solicitor General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN, 55101<br>(651) 757-1010<br>Liz.Kramer@ag.state.mn.us |
| **AARON D. FORD**<br>Attorney General for the State of Nevada<br><br>By: /s/ Heidi Parry Stern<br>Heidi Parry Stern*<br>Solicitor General<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>HStern@ag.nv.gov | **MATTHEW J. PLATKIN**<br>Attorney General for the State of New Jersey<br><br>By: /s/ Jessica L. Palmer<br>Jessica L. Palmer*<br>Amanda Morejon<br>*Deputy Attorney General*<br>25 Market Street<br>Trenton, NJ 08625-0093<br>(609) 696-4607<br>Jessica.Palmer@law.njoag.gov |

5

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Elleanor H. Chin*
Elleanor H. Chin*
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
elleanor.chin@doj.oregon.gov


**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jonathan T. Rose*
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 793-1646
Jonathan.rose@vermont.gov


**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson**
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 957-5218
gibsoncj@doj.state.wi.us


*Admitted *Pro Hac Vice*
** Motion for *Pro Hac Vice* pending or forthcoming

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: */s/ Kathryn T. Gradowski*
Kathryn T. Gradowski*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2810
kgradowski@riag.ri.gov


**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s/ Spencer W. Coates*
Spencer W. Coates*
Assistant Attorney General
Cristina Sepe*
Deputy Solicitor General
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
spencer.coates@atg.wa.gov
cristina.sepe@atg.wa.gov

## CERTIFICATE OF SERVICE

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

<div style="text-align: right;">

*/s/ Nathaniel J. Hyman*
Nathaniel J. Hyman

</div>

**Local Rule 7.1 Certification**

      I hereby certify that counsel for the Plaintiff States have conferred with counsel for Defendants regarding the Plaintiff States' request, but have not been able to resolve the Plaintiff States' motion despite good faith efforts by the parties to do so. Counsel for the Plaintiff States initially approached counsel for the federal defendants on November 25, 2025 regarding their anticipated request to extend their deadline to file an amended complaint. The federal defendants indicated via email that they would not oppose a short request for an extension of time to file an amended complaint, but that they would oppose a request to extend the Plaintiff States' deadline until after the close of discovery in the above-captioned matters. In an effort to narrow or eliminate the parties' dispute, the Plaintiff States then proposed an extension until January 9, 2026. As of the time of filing, however, the federal defendants have not provided Plaintiff States with their position on the Plaintiff States' request for an extension until January 9, 2026 to file an amended complaint.

December 2, 2025                                  */s/ Nathaniel J. Hyman*
                                                             Nathaniel J. Hyman