IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STATE OF NEW YORK,** *et al.* ,<br><br>*Plaintiffs*,<br><br>v.<br><br>**LINDA McMAHON, in her official capacity as Secretary of Education,** *et al.*,<br><br>*Defendants*. | No. 1:25-cv-10601-MJJ |
| **SOMERVILLE PUBLIC SCHOOLS,** *et al.* ,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States,** *et al.*,<br><br>*Defendants*. | No. 1: 25-cv-10677-MJJ |

### NOTICE OF THE PRODUCTION OF THE ADMINISTRATIVE RECORD REGARDING INTERAGENCY AGREEMENTS

Defendants hereby provide notice that on March 6, 2026, they, through counsel, transmitted to counsel for Plaintiffs the supplemental administrative record relating to interagency agreements. Attached hereto are the certification of and index to those administrative records.

1

DATED: March 6, 2026 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　ERIC J. HAMILTON
　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　BRAD P. ROSENBERG
　　　　　　　　　　　　　　　　　　Special Counsel

　　　　　　　　　　　　　　　　　　*/s/ Michael Bruns*
　　　　　　　　　　　　　　　　　　Michael Bruns
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　1100 L Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　202-514-4011
　　　　　　　　　　　　　　　　　　michael.bruns@usdoj.gov

　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF).

Dated: March 6, 2026           <u>/s/ *Michael Bruns*</u>

                                                 Michael Bruns