**Supplemental Administrative Record Index**

| Description | Bates Number |
|---|---|
| Interagency Agreement Between the U.S. Department of Education and U.S. Department of the Interior Relating to the Office of Indian Education | EDNY_00156 – EDNY_00166 |
| Interagency Agreement Between the U.S. Department of Education and U.S. Department of Labor Relating to the Office of Elementary and Secondary Education (OESE) | EDNY_00167 – EDNY_00178 |
| Interagency Agreement Between the U.S. Department of Education and U.S. Department of Labor | EDNY_00179 – EDNY_00186 |
| Interagency Agreement Between the U.S. Department of Education and U.S. Department of Labor Relating to Higher Education Programs | EDNY_00187 – EDNY_00199 |
| Interagency Agreement Between the U.S. Department of Education and U.S. Department of Health and Human Services, Administration for Children and Families Relating to the CCAMPIS Program | EDNY_00200 – EDNY_00206 |
| Interagency Agreement Between the U.S. Department of Education and U.S. Department of Health and Human Services Relating to the National Committee on Foreign Medical Education and Accreditation (NCFMEA) | EDNY_00207 – EDNY_00212 |
| Interagency Agreement Between the U.S. Department of Education and U.S. Department of State Relating to International and Foreign Language Education (IFLE) | EDNY_00213 – EDNY_00221 |
| Exec. Order No. 14,242, 90 Fed. Reg. 13,679 (Mar. 20, 2025) | |