UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*; <br><br> Plaintiffs, <br><br> v. <br><br> LINDA McMAHON, in her official capacity as Secretary of Education, *et al.*; <br><br> Defendants. | C.A. No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*; <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*; <br><br> Defendants. | C.A. No. 1:25-cv-10677-MJJ |

**JOINT MOTION FOR A SCHEDULING ORDER**

Based on the Court's Memorandum of Decision (the "Order," Doc. No. 202), the Consolidated Plaintiffs ("Plaintiffs") and Defendants in the above-captioned cases hereby move for the entry of a revised scheduling order that will enable the efficient resolution of the claims in this case. The parties have conferred and agreed with the proposed schedule, which is as follows:

1. On or before March 6, 2026, Defendants are to produce to Plaintiffs the Administrative Record ("AR") as to any Interagency Agreements ("IAAs") negotiated between the Department of Education and other federal agencies as of March 6, 2026;

1

2. On or before March 19, 2026, the Defendants will produce to Defendants written responses to Plaintiffs' Requests for Production and Requests for Admission responsive to the Order;

3. On or before March 20, 2026, Plaintiffs are to file any motion to complete the AR, supplement the AR, or to seek extra-record discovery pertaining to the Department's IAAs;

4. On or before April 3, 2026, Defendants are to file any opposition to Plaintiffs' discovery motion;

5. On or before April 10, 2026, Plaintiffs have leave to file any reply in support of their discovery motion;

6. On or before May 4, 2026, or 60 days after additional discovery is ordered, Defendants will complete document production to Plaintiffs;

7. On or before May 11, 2026, Defendants will produce to Plaintiffs written responses to interrogatories responsive to the Order;

8. Provided that parties agree that Defendants have complied with their discovery obligations, and that the Defendants produce any Rule 30(b)(6) deponents between May 26 and June 19 at times convenient to counsel and witness(es), discovery will close on June 19, or 90 days after additional discovery is ordered, whichever is later. Following the close of discovery, the parties shall confer and submit a proposed scheduling order as to summary judgment proceedings to the Court.

9. Should Plaintiffs disagree that Defendants have complied with their discovery obligations, Plaintiffs may file a motion for discovery without prejudice to their ability to schedule any deposition(s) following the Court's ruling on that motion and any subsequent discovery productions and written responses to discovery requests.

The parties respectfully request that the Court grant that parties' motion and enter the scheduling order set forth herein.

Dated: March 9, 2026                                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel

*/s/ Michael Bruns*
Michael Bruns
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
michael.bruns@usdoj.gov

*Counsel for Defendants*

*/s/  Rachel F. Homer*
Rachel F. Homer (MA State Bar No. 693642)
Kali Schellenberg* (MA State Bar No. 694875)
Will Bardwell* (DC Bar No. 90006120)
Elena Goldstein* (NY State Bar No. 4210456)
Victoria Nugent* (DC Bar No. 470800)
Adnan Perwez* (DC Bar No. 90027532)
Shiva Kooragayala* (Ill. Bar No. 6336195)
Paul R.Q. Wolfson* (DC Bar No. 414759)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043

Telephone: 202.448.9090
Facsimile: 202.796.4426
rhomer@democracyforward.org
kschellenberg@democracyforward.org
wbardwell@democracyforward.org
egoldstein@democracyforward.org
vnugent@democracyforward.org
aperwez@democracyforward.org
skooragayala@democracyforward.org
pwolfson@democracyforward.org

* admitted pro hac vice
* admitted *pro hac vice*
*Counsel for Somerville Plaintiffs*

<div style="display: flex;">
<div>

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth of Massachusetts

By: */s/ Nathaniel J. Hyman*
Katherine Dirks (BBO No. 673674)
Chief State Trial Counsel
Michelle Pascucci (BBO No. 690899)
State Trial Counsel
Yael Shavit (BBO No. 695333)
Chief, Consumer Protection Division
Anna Lumelsky (BBO No. 677708)
Deputy State Solicitor
Elizabeth Carnes Flynn (BBO No. 687708)
Nathaniel Hyman (BBO No. 698506)
Arjun Jaikumar (BBO No. 691311)
Assistant Attorneys General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
michelle.pascucci@mass.gov
yael.shavit@mass.gov
anna.lumelsky@mass.gov
elizabeth.carnes-flynn@mass.gov
nathaniel.j.hyman@mass.gov
arjun.k.jaikumar@mass.gov

</div>
<div>

**LETITIA JAMES**
Attorney General for the State of New York

By: */s/ Rabia Muqaddam*
Rabia Muqaddam*
Special Counsel for Federal Initiatives
Molly Thomas-Jensen*
Special Counsel
Gina Bull*
Assistant Attorney General
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
molly.thomas-jensen@ag.ny.gov
gina.bull@ag.ny.gov

</div>
</div>

4

<div style="display: flex;">

<div>

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day*
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
Solicitor General
Ewan C. Rayner*
Caitlyn B. Carpenter*
Deputy Solicitors General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
ewan.rayner@hawaii.gov
caitlyn.b.carpenter@hawaii.gov

**ROB BONTA**
Attorney General for the State of California

By: */s/ Lucia Choi*
Lucia J. Choi*
Deputy Attorney General
Michael L. Newman*
Senior Assistant Attorney General
Srividya Panchalam*
James E. Stanley*
Supervising Deputy Attorneys General
Natasha A. Reyes*
Francisco V. Balderrama*
Deputy Attorneys General
California Attorney General's Office
300 South Spring Street
Los Angeles, CA 90013
(213) 269-6364
Lucia.Choi@doj.ca.gov
Michael.Newman@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
James.Stanley@doj.ca.gov
Natasha.Reyes@doj.ca.gov
Francisco.Balderrama@doj.ca.gov

</div>

<div>

**PHIL WEISER**
Attorney General for the State of Colorado

By: */s/ David Moskowitz*
David Moskowitz*
Deputy Solicitor General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

</div>

</div>

**KATHLEEN JENNINGS**
Attorney General for the State of Delaware

By: /s/ *Ian R. Liston*
Ian R. Liston**
Director of Impact Litigation
Vanessa L. Kassab**
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: */s/ Clinten N. Garrett*
Clinten N. Garrett*
Senior Appellate Counsel
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
Clinten.Garrett@azag.gov

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Andrew Mendrala*
Andrew Mendrala*
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.Mendrala@dc.gov

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: */s/ Patrick Ring*
Patrick Ring*
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808 5020
Patrick.ring@ct.gov

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Paul E. Suitter*
Paul E. Suitter
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
paul.suitter@maine.gov

**KWAME RAOUL**
Attorney General for the State of Illinois

By: /s/ *Karyn L. Bass Ehler*
Karyn L. Bass Ehler*
Assistant Chief Deputy Attorney General
Katharine P. Roberts*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-4985
karyn.bassehler@ilag.gov

katharine.roberts@ilag.gov

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: /s/ Keith M. Jamieson*
Keith M. Jamieson*
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6960
kjamieson@oag.maryland.gov

**DANA NESSEL**
Attorney General for the People of Michigan

By: /s/ Neil Giovanatti
Neil Giovanatti*
Kathleen Halloran*
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
HalloranK1@michigan.gov

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: /s/ Liz Kramer
Liz Kramer*
Solicitor General
445 Minnesota Street, Suite 1400
St. Paul, MN, 55101
(651) 757-1010
Liz.Kramer@ag.state.mn.us

**RAÚL TORREZ**
Attorney General of the State of New Mexico

By: /s/ Olivia den Dulk
Olivia den Dulk**
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 270-4332
odendulk@nmdoj.gov

**AARON D. FORD**
Attorney General for the State of Nevada

By: /s/ Heidi Parry Stern
Heidi Parry Stern*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

**MATTHEW J. PLATKIN**
Attorney General for the State of New Jersey

By: /s/ Jessica L. Palmer
Jessica L. Palmer*
Amanda Morejon
*Deputy Attorney General*
25 Market Street
Trenton, NJ 08625-0093
(609) 696-4607
Jessica.Palmer@law.njoag.gov

| | |
|---|---|
| **DAN RAYFIELD**<br>Attorney General for the State of Oregon<br><br>By: /s/ Elleanor H. Chin<br>Elleanor H. Chin*<br>Senior Assistant Attorney General<br>100 SW Market Street<br>Portland, OR 97201<br>(971) 673-1880<br>elleanor.chin@doj.oregon.gov | **PETER F. NERONHA**<br>Attorney General for the State of Rhode Island<br><br>By: /s/ Kathryn T. Gradowski<br>Kathryn T. Gradowski*<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2810<br>kgradowski@riag.ri.gov |
| **CHARITY R. CLARK**<br>Attorney General for the State of Vermont<br><br>By: /s/ Jonathan T. Rose<br>Jonathan T. Rose*<br>Solicitor General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 793-1646<br>Jonathan.rose@vermont.gov<br><br>**JOSHUA L. KAUL**<br>Attorney General for the State of Wisconsin<br><br>By: /s/ Charlotte Gibson<br>Charlotte Gibson**<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, WI 53707-7857<br>(608) 957-5218<br>gibsoncj@doj.state.wi.us | **NICHOLAS W. BROWN**<br>Attorney General for the State of Washington<br><br>By: /s/ Spencer W. Coates<br>Spencer W. Coates*<br>Assistant Attorney General<br>Cristina Sepe*<br>Deputy Solicitor General<br>Office of the Washington State Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 464-7744<br>spencer.coates@atg.wa.gov<br>cristina.sepe@atg.wa.gov |

*Admitted *Pro Hac Vice*
** Motion for *Pro Hac Vice* pending or forthcoming

## LOCAL RULE 7.1 CERTIFICATE

I hereby certify that, pursuant to Local Rule 7.1, the parties have conferred regarding the contents of this motion, and have agreed to seek the relief sought herein jointly.

                                                  */s/ Nathaniel J. Hyman*
                                                  Nathaniel J. Hyman

## CERTIFICATE OF SERVICE

      I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

                                                  */s/ Nathaniel J. Hyman*
                                                  Nathaniel J. Hyman