**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF NEW YORK, *et al.*;
Plaintiffs,
v.
LINDA McMAHON, in her official capacity as
Secretary of Education, *et al.*;
Defendants.

C.A. No. 1:25-cv-10601-MJJ

SOMERVILLE PUBLIC SCHOOLS, *et al.*;
Plaintiffs,
v.
DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*;
Defendants.

C.A. No. 1:25-cv-10677-MJJ

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
AND OPPOSE SECOND MOTION FOR DISCOVERY**

The Consolidated Plaintiffs and the Defendants in the above-captioned cases hereby respectfully move for a brief, one-week extension of their current deadlines for (i) the Consolidated Plaintiffs to file a motion to complete and supplement the administrative record, and for extra-record discovery, with regard to the Department's inter-agency agreements ("IAAs"), (ii) the Defendants to oppose such motion, and (iii) the Consolidated Plaintiffs to file a reply brief in support of such motion (if needed), and a one day extension to Defendants' deadline to provide responses to Plaintiffs' first sets of requests for admission ("RFAs") and requests for production ("RFPs").  In support of this motion, the parties state that the requested extension will allow for additional time to continue ongoing, productive negotiations regarding the Consolidated Plaintiffs' anticipated request for additional discovery regarding the IAAs.  In further support of this motion, the parties state as follows:

1.      On March 6, 2026, the Defendants produced an administrative record for seven of the IAAs challenged in the Plaintiffs' amended complaints.

2.      On March 9, 2026, the Court granted the parties' proposed scheduling order for this matter.  *See* Doc. No. 204, 205.

3.      Under the Court's scheduling order, the Consolidated Plaintiffs' motion to complete and supplement that administrative record, or to seek extra-record discovery, pertaining to the IAAs (if any) is due on or before March 20, 2026.  *See* Doc. Nos. 204, 205.

4.      On March 19, 2026, the parties met pursuant to Local Rule 7.1 to engage in a good faith meet and confer regarding the Plaintiffs' anticipated motion.  The parties' conference was productive, and the parties are currently exploring the possibility that they may be able to resolve some or all of the concerns raised in the Plaintiffs' anticipated motion without Court intervention.

2

5.    Given the size and complexity of this matter, however, the parties anticipate that they will not be able to conclude their negotiations prior to the Plaintiffs' current filing date of March 20, 2026.

6.    The parties therefore request that the Consolidated Plaintiffs' deadline to file such a motion be enlarged to March 27, 2026, and that the Defendants' deadline to oppose such motion be enlarged to April 10, 2026.  Should any reply brief be needed, the parties further request that the Consolidated Plaintiffs' deadline to file such reply be extended to April 17, 2026.

7.    Technical issues prevented the timely review of written discovery responses by Defendants on their due date of March 19, 2026, and as a result Defendants require an additional day to finalize responses. Defendants therefore request a *nunc pro tunc* extension of the Court's March 19, 2026 deadline to March 20, 2026 to serve those responses.

8.    No party will be prejudiced by this request, and the parties respectfully submit that the requested relief will promote the efficient progression of discovery in this matter.

WHEREFORE, the Consolidated Plaintiffs and the Defendants respectfully request that this Court (i) enlarge the Consolidated Plaintiffs' deadline to file any motion to complete the AR, supplement the AR, or to seek extra-record discovery pertaining to the Department's IAAs until March 27, 2026; (ii) enlarge the Defendants' deadline to oppose such motion, if filed, until April 10, 2026; (iii) enlarge the Consolidated Plaintiffs' deadline to file any reply brief in support of such motion (if needed) until April 17, 2026, and (iv) extend the Court's March 19, 2026 deadline for Defendant's responses to written discovery to March 20, 2026.

3

Dated: March 20, 2026                    Respectfully submitted,


BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel

*/s/ Michael Bruns*
Michael Bruns
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
michael.bruns@usdoj.gov


*Counsel for Defendants*



*/s/  Rachel F. Homer*
Rachel F. Homer (MA State Bar No. 693642)
Kali Schellenberg* (MA State Bar No. 694875)
Will Bardwell* (DC Bar No. 90006120)
Elena Goldstein* (NY State Bar No. 4210456)
Victoria Nugent* (DC Bar No. 470800)
Adnan Perwez* (DC Bar No. 90027532)
Shiva Kooragayala* (Ill. Bar No. 6336195)
Paul R.Q. Wolfson* (DC Bar No. 414759)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: 202.448.9090
Facsimile: 202.796.4426
rhomer@democracyforward.org
kschellenberg@democracyforward.org

wbardwell@democracyforward.org
egoldstein@democracyforward.org
vnugent@democracyforward.org
aperwez@democracyforward.org
skooragayala@democracyforward.org
pwolfson@democracyforward.org

\* admitted pro hac vice
\* admitted *pro hac vice*
*Counsel for Somerville Plaintiffs*

**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth
of Massachusetts

By: */s/ Nathaniel J. Hyman*
Katherine Dirks (BBO No. 673674)
Chief State Trial Counsel
Michelle Pascucci (BBO No. 690899)
State Trial Counsel
Yael Shavit (BBO No. 695333)
Chief, Consumer Protection Division
Anna Lumelsky (BBO No. 677708)
Deputy State Solicitor
Elizabeth Carnes Flynn (BBO No. 687708)
Nathaniel Hyman (BBO No. 698506)
Arjun Jaikumar (BBO No. 691311)
Assistant Attorneys General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
michelle.pascucci@mass.gov
yael.shavit@mass.gov
anna.lumelsky@mass.gov
elizabeth.carnes-flynn@mass.gov
nathaniel.j.hyman@mass.gov
arjun.k.jaikumar@mass.gov

**LETITIA JAMES**
Attorney General for the State of New York

By: */s/ Rabia Muqaddam*
Rabia Muqaddam\*
Special Counsel for Federal Initiatives
Molly Thomas-Jensen\*
Special Counsel
Gina Bull\*
Assistant Attorney General
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
molly.thomas-jensen@ag.ny.gov
gina.bull@ag.ny.gov

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

**PHIL WEISER**
Attorney General for the State of Colorado

By: */s/ David Moskowitz*

5

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day*
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
Solicitor General
Ewan C. Rayner*
Caitlyn B. Carpenter*
Deputy Solicitors General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
ewan.rayner@hawaii.gov
caitlyn.b.carpenter@hawaii.gov
**ROB BONTA**
Attorney General for the State of California

By: */s/ Lucia Choi*
Lucia J. Choi*
Deputy Attorney General
Michael L. Newman*
Senior Assistant Attorney General
James E. Stanley*
Supervising Deputy Attorneys General
Natasha A. Reyes*
Francisco V. Balderrama*
Deputy Attorneys General
California Attorney General's Office
300 South Spring Street
Los Angeles, CA 90013
(213) 269-6364
Lucia.Choi@doj.ca.gov
Michael.Newman@doj.ca.gov

James.Stanley@doj.ca.gov
Natasha.Reyes@doj.ca.gov
Francisco.Balderrama@doj.ca.gov

David Moskowitz*
Deputy Solicitor General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**KATHLEEN JENNINGS**
Attorney General for the State of Delaware

By: /s/ *Ian R. Liston*

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: */s/ Clinten N. Garrett*

6

Ian R. Liston**
Director of Impact Litigation
Vanessa L. Kassab**
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

Clinten N. Garrett*
Senior Appellate Counsel
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
Clinten.Garrett@azag.gov


**BRIAN L. SCHWALB**
Attorney General for the District of
Columbia

By: */s/ Andrew Mendrala*
Andrew Mendrala*
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the
District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.Mendrala@dc.gov

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: */s/ Patrick Ring*
Patrick Ring*
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808 5020
Patrick.ring@ct.gov


**AARON M. FREY**
Attorney General for the State of
Maine

By: */s/ Paul E. Suitter*
Paul E. Suitter
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
paul.suitter@maine.gov

**KWAME RAOUL**
Attorney General for the State of Illinois

By: /s/ *Karyn L. Bass Ehler*
Karyn L. Bass Ehler*
Assistant Chief Deputy Attorney General
Katharine P. Roberts*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-4985
karyn.bassehler@ilag.gov
katharine.roberts@ilag.gov


**ANTHONY G. BROWN**

**DANA NESSEL**

Attorney General for the State of Maryland

By: */s/ Keith M. Jamieson*\
Keith M. Jamieson\*\
Assistant Attorney General\
Office of the Attorney General\
200 Saint Paul Place, 20th Floor\
Baltimore, MD 21202\
(410) 576-6960\
kjamieson@oag.maryland.gov

Attorney General for the People of Michigan

By: */s/ Neil Giovanatti*\
Neil Giovanatti\*\
Kathleen Halloran\*\
*Assistant Attorneys General*\
Michigan Department of Attorney General\
525 W. Ottawa\
Lansing, MI 48909\
(517) 335-7603\
GiovanattiN@michigan.gov\
HalloranK1@michigan.gov

**KEITH ELLISON**\
Attorney General for the State of Minnesota

By: */s/ Liz Kramer*\
Liz Kramer\*\
Solicitor General\
445 Minnesota Street, Suite 1400\
St. Paul, MN, 55101\
(651) 757-1010\
Liz.Kramer@ag.state.mn.us

**RAÚL TORREZ**\
Attorney General of the State of New Mexico

By: */s/ Olivia den Dulk*\
Olivia den Dulk\*\*\
Assistant Attorney General\
New Mexico Department of Justice\
408 Galisteo Street\
Santa Fe, New Mexico 87501\
(505) 270-4332\
odendulk@nmdoj.gov

**AARON D. FORD**\
Attorney General for the State of Nevada

By: */s/ Heidi Parry Stern*\
Heidi Parry Stern\*\
Solicitor General\
Office of the Nevada Attorney General\
1 State of Nevada Way, Ste. 100\
Las Vegas, NV 89119\
HStern@ag.nv.gov

**MATTHEW J. PLATKIN**\
Attorney General for the State of New Jersey

By: */s/ Jessica L. Palmer*\
Jessica L. Palmer\*\
Amanda Morejon\
*Deputy Attorney General*\
25 Market Street\
Trenton, NJ 08625-0093\
(609) 696-4607\
Jessica.Palmer@law.njoag.gov

8

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Elleanor H. Chin*
Elleanor H. Chin*
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
elleanor.chin@doj.oregon.gov

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: */s/ Kathryn T. Gradowski*
Kathryn T. Gradowski*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2810
kgradowski@riag.ri.gov

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jonathan T. Rose*
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 793-1646
Jonathan.rose@vermont.gov

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s/ Spencer W. Coates*
Spencer W. Coates*
Assistant Attorney General
Cristina Sepe*
Deputy Solicitor General
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
spencer.coates@atg.wa.gov
cristina.sepe@atg.wa.gov

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson**
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 957-5218
gibsoncj@doj.state.wi.us

*Admitted *Pro Hac Vice*
** Motion for *Pro Hac Vice* pending or forthcoming

## LOCAL RULE 7.1 CERTIFICATE

I hereby certify that, pursuant to Local Rule 7.1, the parties have conferred regarding the contents of this motion, and have agreed to seek the relief sought herein jointly.

> /s/ Nathaniel J. Hyman
> Nathaniel J. Hyman

## CERTIFICATE OF SERVICE

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

> /s/ Nathaniel J. Hyman
> Nathaniel J. Hyman