UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW YORK, et al.,

   Plaintiffs,

v.                                                                    C.A. No. 1:25-cv-10601-MJJ

LINDA McMAHON, et al.,

   Defendants.

**NOTICE OF WITHDRAWAL**

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please withdraw the appearance of the undersigned as an attorney for the Plaintiff, State of Illinois, in the above-entitled action.

Plaintiff,

STATE OF ILLINOIS,

By its Attorneys

KWAME RAOUL
ATTORNEY GENERAL

/s/ Karyn L. Bass Ehler
Karyn L. Bass Ehler
Assistant Chief Deputy Attorney General
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
773-590-7864
Karyn.BassEhler@ilag.gov

Dated: March 26, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system on March 26, 2026, and will be served upon Defendants' counsel electronically.

/s/ Karyn L. Bass Ehler
Karyn L. Bass Ehler
Dated: March 26, 2026