**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*; <br><br> Plaintiffs, <br><br> v. <br><br> LINDA McMAHON, in her official capacity as Secretary of Education, *et al.*; <br><br> Defendants. | C.A. No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*; <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*; <br><br> Defendants. | C.A. No. 1:25-cv-10677-MJJ |

**JOINT MOTION FOR ENTRY OF ORDER**

1

The Consolidated Plaintiffs and the Defendants (together, the "Parties") in the above-captioned matters hereby respectfully request that this Court enter the Parties' proposed order, attached hereto as Exhibit A to this motion, governing discovery relating to several inter-agency agreements ("IAAs") entered into between the U.S. Department of Education (the "Department") and other federal agencies and challenged by the Consolidated Plaintiffs in the above-captioned matters. In support of this motion, the Parties state as follows:

1.      In March 2025, the Consolidated Plaintiffs brought the instant suits to challenge Defendants' alleged dismantling of the Department of Education, including the large-scale reductions in force ("RIFs") announced by the Department on March 11, 2025.  *See* Doc. No. 1[1]; Doc. No. 1, No. 1:25-cv-10677-MJJ.

2.      In August 2025, the Department produced its initial administrative record relating to the Consolidated Plaintiffs' RIF-related claims (the "RIF Administrative Record").  *See* Doc. No. 158.

3.      In September 2025, pursuant to this Court's scheduling order, the Consolidated Plaintiffs moved to complete and supplement the RIF Administrative Record and for extra-record discovery relating to their RIF claims.  *See* Doc. Nos. 172, 173, 193.  The Defendants opposed that motion. *See* Doc. No. 186.

4.      In late 2025 and early 2026, the Consolidated Plaintiffs amended their complaints to add additional claims relating to the ongoing actions to dismantle the Department, including the IAAs between the Department and other federal agencies.  *See* Doc. Nos. 187, 196.  As of the date of this motion, the Department has announced ten IAAs.

---

[1] Docket numbers referenced herein refer to docket entries in *New York v. McMahon et al.*, No. 1:25-cv-10601 (D. Mass.), unless otherwise indicated.

5.      In February 2026, this Court granted in part and denied in part the Consolidated Plaintiffs' motion for additional discovery.  *See* Doc. No. 202.

6.      On March 6, 2026, the Department served a supplemental administrative record as to the IAAs challenged in the Consolidated Plaintiffs' amended complaints (the "IAA Administrative Record").  *See* Doc. No. 203.

7.      After a review of the IAA Administrative Record, which consists of seven of the IAAs themselves and Executive Order No. 14,242, *see* Doc. No. 203-1, the Consolidated Plaintiffs believe that the IAA Administrative Record is incomplete and seek discovery on the IAAs to allow for the completion and supplementation of administrative record and for extra-record discovery. The Consolidated Plaintiffs also seek a privilege log for documents withheld from the IAA Administrative Record.

8.      Defendants maintain that discovery is not appropriate in this case, and incorporate all their arguments and objections to the requested discovery in their opposition to Plaintiffs' previous discovery request. *See* Doc. No. 186. Further, Defendants object to providing a log for any privileged document considered by the Department, as a properly constructed administrative record does not contain privileged material. *See id.* However, Defendants acknowledge that the Court has resolved a very similar discovery motion in this case in favor of Plaintiffs. Because of that acknowledgment, Defendants join this motion but ask the Court to consider their objections.

9.      On March 19, 2026, the Parties held a Rule 7.1 conference to discuss the Consolidated Plaintiffs' anticipated motion as to the scope of the IAA Administrative Record.  That conference was productive, and resulted in a tentative framework for the possible resolution or narrowing of the Consolidated Plaintiffs' concerns.

10.     The Parties have entered an agreement to resolve these disputes, reflected in the Parties' proposed order, attached as **Exhibit A**, to this motion.  The Parties respectfully submit that entry of the Parties' proposed order promotes the efficient progression of discovery in this matter and avoids the need for significant and lengthy briefing on the Consolidated Plaintiffs' anticipated motion.

WHEREFORE, the Parties respectfully request that this Court grant this motion, and enter the Parties' proposed order, in the form attached hereto as **Exhibit A**.

Dated: March 27, 2026                                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel

/s/    Michael Bruns
Michael Bruns
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
michael.bruns@usdoj.gov

*Counsel for Defendants*

/s/  Rachel F. Homer
Rachel F. Homer (MA State Bar No. 693642)

4

Kali Schellenberg* (MA State Bar No. 694875)
Will Bardwell* (DC Bar No. 90006120)
Elena Goldstein* (NY State Bar No. 4210456)
Victoria Nugent* (DC Bar No. 470800)
Adnan Perwez* (DC Bar No. 90027532)
Shiva Kooragayala* (Ill. Bar No. 6336195)
Paul R.Q. Wolfson* (DC Bar No. 414759)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: 202.448.9090
Facsimile: 202.796.4426
rhomer@democracyforward.org
kschellenberg@democracyforward.org
wbardwell@democracyforward.org
egoldstein@democracyforward.org
vnugent@democracyforward.org
aperwez@democracyforward.org
skooragayala@democracyforward.org
pwolfson@democracyforward.org

\* admitted pro hac vice
\* admitted *pro hac vice*
*Counsel for Somerville Plaintiffs*


**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth
of Massachusetts

By: */s/ Nathaniel J. Hyman*
Katherine Dirks (BBO No. 673674)
Chief State Trial Counsel
Michelle Pascucci (BBO No. 690899)
State Trial Counsel
Yael Shavit (BBO No. 695333)
Chief, Consumer Protection Division
Anna Lumelsky (BBO No. 677708)
Deputy State Solicitor
Elizabeth Carnes Flynn (BBO No. 687708)
Nathaniel Hyman (BBO No. 698506)
Arjun Jaikumar (BBO No. 691311)
Assistant Attorneys General

**LETITIA JAMES**
Attorney General for the State of New York

By: */s/ Rabia Muqaddam*
Rabia Muqaddam*
Special Counsel for Federal Initiatives
Molly Thomas-Jensen*
Special Counsel
Gina Bull*
Assistant Attorney General
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
molly.thomas-jensen@ag.ny.gov
gina.bull@ag.ny.gov

5

1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
michelle.pascucci@mass.gov
yael.shavit@mass.gov
anna.lumelsky@mass.gov
elizabeth.carnes-flynn@mass.gov
nathaniel.j.hyman@mass.gov
arjun.k.jaikumar@mass.gov

**ANNE E. LOPEZ**
Attorney General for the State of Hawai'i

By: */s/ Kaliko'onālani D. Fernandes*
David D. Day*
Special Assistant to the Attorney General
Kaliko'onālani D. Fernandes*
Solicitor General
Ewan C. Rayner*
Caitlyn B. Carpenter*
Deputy Solicitors General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
ewan.rayner@hawaii.gov
caitlyn.b.carpenter@hawaii.gov

**ROB BONTA**
Attorney General for the State of California

By: */s/ Lucia Choi*
Lucia J. Choi*
Deputy Attorney General
Michael L. Newman*
Senior Assistant Attorney General
James E. Stanley*
Supervising Deputy Attorneys General
Natasha A. Reyes*
Francisco V. Balderrama*
Deputy Attorneys General
California Attorney General's Office

**PHIL WEISER**
Attorney General for the State of Colorado

By: */s/ David Moskowitz*
David Moskowitz*
Deputy Solicitor General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

6

300 South Spring Street
Los Angeles, CA 90013
(213) 269-6364
Lucia.Choi@doj.ca.gov
Michael.Newman@doj.ca.gov

James.Stanley@doj.ca.gov
Natasha.Reyes@doj.ca.gov
Francisco.Balderrama@doj.ca.gov

**KATHLEEN JENNINGS**
Attorney General for the State of Delaware

By: */s/ Ian R. Liston*
Ian R. Liston**
Director of Impact Litigation
Vanessa L. Kassab**
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: */s/ Clinten N. Garrett*
Clinten N. Garrett*
Senior Appellate Counsel
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
Clinten.Garrett@azag.gov

**BRIAN L. SCHWALB**
Attorney General for the District of
Columbia

By: */s/ Andrew Mendrala*
Andrew Mendrala*
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the
District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.Mendrala@dc.gov

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: */s/ Patrick Ring*
Patrick Ring*
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808 5020
Patrick.ring@ct.gov

**AARON M. FREY**

**KWAME RAOUL**
Attorney General for the State of Illinois

7

Attorney General for the State of
Maine

By: */s/ Paul E. Suitter*
Paul E. Suitter
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
paul.suitter@maine.gov

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Keith M. Jamieson**
Keith M. Jamieson*
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6960
kjamieson@oag.maryland.gov

**KEITH ELLISON**
Attorney General for the State of
Minnesota

By: */s/ Liz Kramer*
Liz Kramer*
Solicitor General
445 Minnesota Street, Suite 1400
St. Paul, MN, 55101
(651) 757-1010
Liz.Kramer@ag.state.mn.us

**AARON D. FORD**
Attorney General for the State of Nevada

By: */s/ Karyn L. Bass Ehler*
Karyn L. Bass Ehler*
Assistant Chief Deputy Attorney General
Katharine P. Roberts*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-4985
karyn.bassehler@ilag.gov
katharine.roberts@ilag.gov

**DANA NESSEL**
Attorney General for the People of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Kathleen Halloran*
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
HalloranK1@michigan.gov

**RAÚL TORREZ**
Attorney General of the State of New
Mexico

By: */s/ Olivia den Dulk*
Olivia den Dulk**
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 270-4332
odendulk@nmdoj.gov

8

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
Solicitor General
Office of the Nevada Attorney
General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Elleanor H. Chin*
Elleanor H. Chin*
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
elleanor.chin@doj.oregon.gov

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jonathan T. Rose*
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 793-1646
Jonathan.rose@vermont.gov

**JOSHUA L. KAUL**
Attorney General for the State of
Wisconsin

By: */s/ Charlotte Gibson*

**MATTHEW J. PLATKIN**
Attorney General for the State of New Jersey

By: */s/ Jessica L. Palmer*
Jessica L. Palmer*
Amanda Morejon
*Deputy Attorney General*
25 Market Street
Trenton, NJ 08625-0093
(609) 696-4607
Jessica.Palmer@law.njoag.gov

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: */s/ Kathryn T. Gradowski*
Kathryn T. Gradowski*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2810
kgradowski@riag.ri.gov

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s/ Spencer W. Coates*
Spencer W. Coates*
Assistant Attorney General
Cristina Sepe*
Deputy Solicitor General
Office of the Washington State Attorney
General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
spencer.coates@atg.wa.gov
cristina.sepe@atg.wa.gov

Charlotte Gibson**
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 957-5218
gibsoncj@doj.state.wi.us


*Admitted *Pro Hac Vice*
** Motion for *Pro Hac Vice* pending or
forthcoming

## LOCAL RULE 7.1 CERTIFICATE

I hereby certify that, pursuant to Local Rule 7.1, the parties have conferred regarding the contents of this motion, and have agreed to seek the relief sought herein jointly.

*/s/ Nathaniel J. Hyman*
Nathaniel J. Hyman



## CERTIFICATE OF SERVICE

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

*/s/ Nathaniel J. Hyman*
Nathaniel J. Hyman