## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> LINDA McMAHON, *et al.*, <br><br>   Defendants. | Case No. 1:25-cv-10601-MJJ |
| SOMERVILLE PUBLIC SCHOOLS, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br>   Defendants. | Case No. 1:25-cv-10677-MJJ |

## EXHIBIT INDEX

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Proposed Order Granting Motion |
| B | Consolidated Plaintiffs' Second Set of Interrogatories |
| C | Consolidated Plaintiffs' Second Set of Requests for Admission |
| D | Consolidated Plaintiffs' Second Set of Requests for the Production of Documents |
| E | Consolidated Plaintiffs' Second Rule 30(b)(6) Deposition Notice |