## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*;<br>Plaintiffs,<br>v.<br>LINDA McMAHON, in her official capacity as<br>Secretary of Education, *et al.*;<br>Defendants. | C.A. No. 1:25-cv-10601-MJJ |

| | |
|---|---|
| SOMERVILLE PUBLIC SCHOOLS, *et al.*;<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, in his official capacity as<br>President of the United States, *et al.*;<br>Defendants. | C.A. No. 1:25-cv-10677-MJJ |

## JOINT MOTION FOR EXTENSION OF TIME TO CONDUCT DEPOSITIONS AND FOR THE CLOSE OF DISCOVERY

The Consolidated Plaintiffs and the Defendants in the above-captioned cases hereby respectfully move for an extension of their current deadlines for (i) any and all Rule 30(b)(6) deposition(s), and (ii) the close of discovery until October 30, 2026. In support of this motion, the parties state that the requested extension will allow for additional time to continue ongoing, productive negotiations regarding discovery. In further support of this motion, the parties state as follows:

1.     On April 21, 2026, the Court granted the parties' revised scheduling order for this matter. *See* Doc. Nos. 211, 212.

2.     Under the Court's scheduling order, Rule 30(b)(6) deposition(s) shall be completed by July 24, 2026, and discovery is scheduled to close on July 31, 2026.

3.     Following Defendants' production of documents and submission of written responses to Consolidated Plaintiffs' discovery responses, Consolidated Plaintiffs raised several concerns with respect to Defendants' discovery. The parties have engaged in productive discussions regarding Defendants' discovery obligations, including negotiations as to the timing for future document productions and discovery responses.

4.     Based on the outcome of these negotiations, Defendants will produce additional documents and provide additional written discovery to Consolidated Plaintiffs through October 30, 2026, and the parties anticipate conducting deposition pursuant to Rule 30(b)(6) in September and October 2026.

5.     The parties therefore request that the Court extend the current deadlines as to Rule 30(b)(6) deposition(s) and the close of discovery to October 30, 2026, to allow time for the parties to conclude discovery.

6.      Should Consolidated Plaintiffs object to the sufficiency of discovery provided by Defendants, they will file any motion seeking relief with the Court prior to October 30, 2026.  In the absence of further motions as to the scope of discovery, the parties will jointly file a motion with the Court regarding scheduling for summary judgment briefing in the first week of November 2026.

7.      The parties respectfully submit that the requested relief will promote the efficient progression of discovery in this matter.

WHEREFORE, the Consolidated Plaintiffs and the Defendants respectfully request that this Court enlarge the deadline for any and all Rule 30(b)(6) deposition(s) and enlarge the deadline for the close of discovery through October 30, 2026.

Dated: July 24, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Chief Litigation Counsel

*/s/ Michael Bruns*
Michael Bruns
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
michael.bruns@usdoj.gov

*Counsel for Defendants*

*/s/  Rachel F. Homer*
Rachel F. Homer (MA State Bar No.
693642)
Kali Schellenberg (MA State Bar No.
694875)
Will Bardwell* (DC Bar No. 90006120)
Elena Goldstein* (NY State Bar No.
4210456)
Victoria Nugent* (DC Bar No. 470800)
Adnan Perwez* (DC Bar No. 90027532)
Shiva Kooragayala* (Ill. Bar No. 6336195)
Paul R.Q. Wolfson* (DC Bar No. 414759)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: 202.448.9090
Facsimile: 202.796.4426
rhomer@democracyforward.org
kschellenberg@democracyforward.org
wbardwell@democracyforward.org
egoldstein@democracyforward.org
vnugent@democracyforward.org
aperwez@democracyforward.org

skooragayala@democracyforward.org
pwolfson@democracyforward.org

\* admitted pro hac vice
\* admitted *pro hac vice*
*Counsel for Somerville Plaintiffs*


**ANDREA JOY CAMPBELL**
Attorney General for the Commonwealth
of Massachusetts

By: */s/ Michelle R. Pascucci*
Katherine Dirks (BBO No. 673674)
Chief State Trial Counsel
Michelle Pascucci (BBO No. 690899)
State Trial Counsel
Yael Shavit (BBO No. 695333)
Chief, Consumer Protection Division
Anna Lumelsky (BBO No. 677708)
Deputy State Solicitor
Nathaniel Hyman (BBO No. 698506)
Arjun Jaikumar (BBO No. 691311)
Assistant Attorneys General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
michelle.pascucci@mass.gov
yael.shavit@mass.gov
anna.lumelsky@mass.gov
nathaniel.j.hyman@mass.gov
arjun.k.jaikumar@mass.gov

**LETITIA JAMES**
Attorney General for the State of New York

By: */s/ Rabia Muqaddam*
Rabia Muqaddam\*
Special Counsel for Federal Initiatives
Molly Thomas-Jensen\*
Special Counsel
Gina Bull\*
Assistant Attorney General
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
molly.thomas-jensen@ag.ny.gov
gina.bull@ag.ny.gov

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*

Kalikoʻonālani D. Fernandes*
Solicitor General
Ewan C. Rayner*
Caitlyn B. Carpenter*
Deputy Solicitors General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
ewan.rayner@hawaii.gov
caitlyn.b.carpenter@hawaii.gov


**ROB BONTA**
Attorney General for the State of California

By: */s/ Lucia Choi*
Lucia J. Choi*
Deputy Attorney General
Michael L. Newman*
Senior Assistant Attorney General
James E. Stanley*
Supervising Deputy Attorneys General
Natasha A. Reyes*
Deputy Attorney General
California Attorney General's Office
300 South Spring Street
Los Angeles, CA 90013
(213) 269-6364
Lucia.Choi@doj.ca.gov
Michael.Newman@doj.ca.gov
James.Stanley@doj.ca.gov
Natasha.Reyes@doj.ca.gov


**PHIL WEISER**
Attorney General for the State of Colorado

By: */s/ David Moskowitz*
David Moskowitz*
Deputy Solicitor General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

6

**KATHLEEN JENNINGS**
Attorney General for the State of Delaware

By: /s/ *Ian R. Liston*
Ian R. Liston**
Director of Impact Litigation
Vanessa L. Kassab**
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

**BRIAN L. SCHWALB**
Attorney General for the District of
Columbia

By: /s/ *Andrew Mendrala*
Andrew Mendrala*
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the
District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.Mendrala@dc.gov

**AARON M. FREY**
Attorney General for the State of
Maine

By: /s/ *Paul E. Suitter*
Paul E. Suitter
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
paul.suitter@maine.gov

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: /s/ *Clinten N. Garrett*
Clinten N. Garrett*
Senior Appellate Counsel
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
Clinten.Garrett@azag.gov

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: /s/ *Andrew M. Ammirati*
Andrew M. Ammirati*
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5090
andrew.ammirati@ct.gov

**KWAME RAOUL**
Attorney General for the State of Illinois

By: /s/ *Katharine Roberts*
Katharine P. Roberts*
Darren Kinkead*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-4985
katharine.roberts@ilag.gov
Darren. Kinkead@ilag.gov

7

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Keith M. Jamieson**
Keith M. Jamieson*
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6960
kjamieson@oag.maryland.gov

**DANA NESSEL**
Attorney General for the People of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
*Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Joseph Richie*
Joseph Richie*
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, MN, 55101
(651) 757-1010
Liz.Kramer@ag.state.mn.us

**RAÚL TORREZ**
Attorney General of the State of New Mexico

By: */s/ Olivia den Dulk*
Olivia den Dulk**
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 270-4332
odendulk@nmdoj.gov

**AARON D. FORD**
Attorney General for the State of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

**JENNIFER DAVENPORT**
Attorney General for the State of New Jersey

By: */s/ Amanda I. Morejón*
Amanda Morejón
Jessica L. Palmer*
*Deputy Attorney General*
124 Halsey Street
Newark, NJ 07101
(609) 696-5279
Amanda.Morejon@law.njoag.gov

8

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Elleanor H. Chin*
Elleanor H. Chin*
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
elleanor.chin@doj.oregon.gov

**PETER F. NERONHA**
Attorney General for the State of Rhode
Island

By: */s/ Kathryn T. Gradowski*
Kathryn T. Gradowski*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2810
kgradowski@riag.ri.gov

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Jonathan T. Rose*
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 793-1646
Jonathan.rose@vermont.gov

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s/ Spencer W. Coates*
Spencer W. Coates*
Assistant Attorney General
Cristina Sepe*
Deputy Solicitor General
Office of the Washington State Attorney
General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
spencer.coates@atg.wa.gov
cristina.sepe@atg.wa.gov

**JOSHUA L. KAUL**
Attorney General for the State of
Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson**
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 957-5218
gibsoncj@doj.state.wi.us

*Admitted *Pro Hac Vice*
** Motion for *Pro Hac Vice* pending or
forthcoming

## **LOCAL RULE 7.1 CERTIFICATE**

I hereby certify that, pursuant to Local Rule 7.1, the parties have conferred regarding the contents of this motion, and have agreed to seek the relief sought herein jointly.

*/s/ Michelle R. Pascucci*
Michelle R. Pascucci

## **CERTIFICATE OF SERVICE**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

*/s/ Michelle R. Pascucci*
Michelle R. Pascucci