# Exhibit 3

UNITED STATES DEPARTMENT OF EDUCATION

February 28, 2025

**MEMORANDUM**

TO: Latonia J. Page
Deputy Associate Director
Talent Acquisition, Classification, and Veterans Programs
Office of Personnel Management

FROM: Jacqueline Clay JACQUELINE CLAY Digitally signed by JACQUELINE CLAY Date: 2025.02.28 17:52:22 -05'00'
Deputy Assistant Secretary for Human Resources
Chief Human Capital Officer
Office of Finance and Operations

SUBJECT: Waiver of 90-day Competitive Area Requirement for Reduction in Force (RIF)

In accordance with 5 CFR 351, the Department of Education (ED) requests a waiver of the 90-day competitive area requirement to immediately implement a Reduction in Force (RIF). The competitive area, as it has been defined and submitted for review, is in full compliance with RIF regulations and was structured to ensure fair and consistent application of RIF procedures.

In support of the President's Executive Order 14210, "Implementing the President's 'Department of Government Efficiency' Workforce Optimization Initiative", as well as the administration's broader initiative to streamline federal operations, ED is initiating a significant RIF to align our workforce with statutory mandates and operational priorities. In accordance with the recent Office of Management and Budget (OMB) memorandum directing agencies to submit RIF plans, ED is undertaking a comprehensive restructuring effort that will reduce our workforce from 4133 employees across 18 Principal Operating Components (POCS) to 2000 employees, an approximate 52% reduction.

The strategic realignment is necessary to:

- Enhance operational efficiency by consolidating functions and eliminating duplicative roles.
- Ensure compliance with statutory mandates for the Department while discontinuing non-essential programs.
- Improve fiscal sustainability by significantly reducing personnel costs.

Granting this waiver will allow us to expedite the necessary actions while maintaining compliance with RIF regulation. We appreciate OPM's prompt consideration of this request.

cc: Bonnie Hochhalter

400 MARYLAND AVE., S.W., WASHINGTON, DC 20202
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*